# EXHIBIT 18

# *NYC Au Pair Orientation & Training*

**Logistics** ……………………………………………………………………………… *2*
- Hotel Information
- Safety
- Roommates & Hotel Amenities

**Arriving at Orientation**…………………………………………………………... *4*
- Arrival Schedule
- Au Pairs Traveling Together
- Super Shuttle Van Service
- Hotel Check In

**Orientation Schedule**………………………………………………...…..…………. *5*

**Contacting Au Pairs**……………………………………………………….......... *6*

**Welcome Gifts**……………………………………………………...…….... *7*
- What & Where to Send Them

**Orientation Meals**…………………………………………………………….. *7*

**Orientation Workshops**……………………………………………….... *8*
- Program Rules, Regulations & Guidelines
- Working with Older Children
- Child Safety, First Aid & CPR
- Driving in the USA
- Early Childhood Development
- Cultural Exchange
- Domestic Travel

**Au Pair Free Time**…………………………………………………...……… *16*
- New York City Tour

**Traveling to Host Families**……………………………………...…….. *17*
- Host Family Pick Up
- Train Travel
- Bus Travel
- Airplane Travel
- Hotel Car Service

**Missed Orientation**…………………………………………….…...…….. *20*
- Missed Orientation Form

**Additional FAQ**……………………………………………..………... *23*

1

InterExchange0028522

## Orientation Logistics

Orientation is held at the famous **New Yorker Hotel** in midtown Manhattan. It is only 3 blocks to the Empire State Building and 8 blocks to Times Square!

The New Yorker Hotel
481 Eight Avenue (at 34th Street)
New York, NY 10001

Phone Number: 212-971-0101

You can learn more about the hotel by following this link: http://newyorkerhotel.com

The neighborhood is filled with 24-hour shops, restaurants and tourist sites. The A/C/E subway lines stop directly outside the hotel's main entrance.

## Hotel Safety

Providing au pairs with a safe and secure program year in the USA is one of our top priorities and begins the moment au pairs arrive in New York City for their Orientation and Training Program.

During their week in New York, au pairs stay in the recently renovated New Yorker Hotel in the center of Manhattan where guest security is at its best. In addition to an onsite 24/7 team of security personnel, the hotel is monitored by a state of the art camera surveillance and motion detector system. InterExchange Au Pair USA staff is available around the clock should any emergencies arise and all au pair arrivals, departures and itineraries are closely monitored.

As part of the training week, in accordance with the NYPD's Crime Prevention Unit's recommendations, Au Pair USA has developed a safety workshop to raise awareness of personal safety both in NYC and throughout the program, making the year ahead a pleasant and safe experience.

When sightseeing in NYC, au pairs can feel secure in knowing that, although you have to use your common sense just like in any other big city in the world, crime rates are well below that of many other major cities. New York City's post 9/11 counter-terrorism program has become one of the most sophisticated in the world, leading the way in crime and terrorism prevention.

2

InterExchange0028523

**Roommates**

Au Pairs are roomed with a fellow au pair of the same gender, 2 au pairs per room. To encourage them to start speaking in English they are normally roomed with an au pair who does not speak their native language.

**Hotel Amenities**

The New Yorker Hotel is the state of the art hotel and includes the following amenities:
- Free Internet Wi-fi
- Gym, hairdryers, safes and mini fridges
- Onsite Concierge and Transportation Desk
- 2 onsite restaurants
- Coffee Shop

3

InterExchange0028524

## Arriving at Orientation

### Arrival Schedule

All au pairs arrive on Monday of Orientation Week. Arrivals begin in the early morning and end late at night. Those flying from South America, Asia & South Africa tend to have flights that arrive early in the day, while those arriving from Europe tend to arrive in the evening.

Once an au pair lands they will need to clear customs and immigration. It takes on average about 3 hours for an au pair to land, clear immigration and arrive at the New Yorker Hotel.

### Au Pairs Traveling Together

Those au pairs that are traveling on the same flight and/or connecting flight to NYC are notified of this via email the week before their departure.

### Transportation to the New Yorker Hotel

Au pairs are given detailed instructions about how to take the Super Shuttle Van service to the hotel. These instructions are given to them both in their native language at their final meeting with their International Cooperator and in written form from us in their Au Pair Handbook and in their Pre Departure email.

Super Shuttle operates all day and all night and is the safest, cheapest way to get to the hotel. Depending on the airport it will cost between $15-17 to get to the New Yorker Hotel. Supershuttles can be pre-booked and paid for by au pairs and/or host families—but it is not necessary.

You can learn more about the Super Shuttle here: http://www.supershuttle.com

### Hotel Check-In

Upon arrival at the New Yorker Hotel au pairs are greeted by a representative from Au Pair USA. The representative will check the au pair in, provide them with materials for class, answer any questions and assist in solving any problems that might have arisen in their travels.

4

InterExchange0028525

## Orientation Schedule

Orientations begin each day at 8:30 AM and continue through until 5:30 PM. Attending Orientation is a State Department mandated aspect of the au pair program.  During Orientation an au pair will learn skills in Childhood Development, Care & Safety to better prepare them in caring for their host children. They will also spend time learning about US culture, methods for handling culture shock and will begin building a strong support system of other au pairs they meet to support them throughout the coming year.

### Monday

- Au Pairs arrive to U.S. (NYC)
- Rest and Sightsee (at leisure)

### Tuesday

- Welcome, Program Rules, Regulations & Keys to a Successful Year
- Culture Shock
- Working with Children Ages 7 and Up
- Optional Tour of NYC

### Wednesday

- First Aid, CPR & Child Safety

### Thursday

- Driving in the USA
- Early Childhood Development
- Cultural Exchange
- Domestic Travel Instructions

### Friday

- Travel to Host Families

InterExchange0028526

## Contacting Au Pairs

Host Families will receive an email from InterExchange confirming their au pair's arrival. Keep in mind au pairs are arriving at all times during the day and night and the final confirmation might not come until Tuesday morning.  Included in this email will be the au pair's room number.

To telephone your au pair directly, dial the hotel's phone number (212-971-0101) and then provide the hotel operator with your au pair's room number. Au pairs are able to receive phone calls directly in their rooms, but are unable to make outgoing calls. In order to telephone host families, au pairs will need to use a phone card and one of the many pay phones located throughout the hotel.

The hotel does have free Wi-Fi and if your au pair has a laptop you will also be able to communicate with them via email.  If your au pair does not have a laptop with them and you still want to email them, you can send an email directly to the hotel and they will print and deliver this message to your au pair.

To email your au pair via the hotel, you will want to write your au pair's name and room number in the email subject heading. Send your message to: guest@nyhotel.com

6

InterExchange0028527

## Welcome Gifts

If a Host Family wishes to send a small gift or "welcome" package to their Au Pair while at the hotel please remind them the smaller (or more edible!) the better as the Au Pairs already have overstuffed suitcases. A "welcome" card, handwritten note or pictures drawn by the children are always appreciated.

The majority of host families do not send their Au Pairs a gift, nor do the Au Pairs seem to expect them. If however a host family does send a gift, please have them follow these directions:

**Suggestions on gifts:**
- Starbucks Gift Card (There is one located across the street from the hotel)
- Fruit Baskets, such as Edible Arrangements  (http://ediblearrangements.com)
- Phone Card
- Gourmet Chocolates
- Nice Journal & Pen

**Where to send a gift:**

Option 1 (Preferable)

Directly to the hotel:
Au Pair's Name/InterExchange Au Pair USA/Check In Date
The New Yorker Hotel
481 8th Avenue
New York, NY 10001

Option 2

Directly to our office (Must be received *before* Monday of Orientation week):
InterExchange Au Pair USA/Joanna Lehmann
161 Sixth Ave, Floor 10
New York, NY 10013

## Orientation Meals

Au pairs will receive vouchers for breakfast Tuesday—Friday and lunch Tuesday—Thursday.  Dinner is included in the optional NYC tour offered Tuesday evening.

Located within the hotel are 2 restaurants including one, which operates 24 hours a day. The hotel is also surrounded by hundreds of restaurants, shops and drug stores, many of which operate 24 hours a day.

7

InterExchange0028528

## Orientation Workshops

### Program Rules, Regulations & Culture Shock

At the Program Rules & Regulations workshop au pairs are welcomed to the USA, participate in icebreakers and get extensively schooled in the program rules. Au pairs have already been thoroughly versed about what encompasses their program by their international cooperator and through their required program reading material, but the session provides them with an opportunity to ask questions and get further details on health insurance, paying taxes, educational requirements, documents, transitions and many more important aspects of the program.

Tips on building positive, professional relationships with their host family are stressed. A wide range of topics is discussed such as first encounters, appropriate working attire and American family life.

The workshop also provides an introduction to life in the USA, providing au pairs with valuable insights into the American lifestyle and culture to assist in a smooth transition. Topics touch on everything from tipping and standard etiquette to friendships and dating.

8

InterExchange0028529

## Working with Older Children

Knowing physical, emotional and social developmental milestones are critical to evaluating and meeting a child's needs. The Working with Older Children workshop, led by a New York State teacher, helps au pairs understand these personality changes, intellectual and physical growth and effects of peer groups on the school age child. Through roll playing, group discussion and activities prompted by the Au Pair USA Orientation Manual au pairs develop methods to effectively handle discipline, homework help and communication challenges that might arise during their year.

**Personality Changes & Support Them**
- Decision making choices
- Mood swings
- Changes in personality between girls and boys
- Self-esteem

**Intellectual Growth & How to Encourage**
- Increased need stimulation and more detailed information at school and home.
- Specific interests develop which are unique to each child.
- Intellectual growth supported and encouraged by caregivers.
- Appropriate projects, learning materials, etc. essential for age and stage of development

**Peer Group Influence**
- Peer pressure
- Choices made to deal with peers
- Encouragement with decisions relating to peers
- Positive reinforcement

**Physical Growth**
- Need for physical activity on a regular basis
- Development of large-muscle coordination
- Physical activity as a release from stress and frustration.
- Physical activity provides interaction with others.

**Discipline**
- Set limits, establish routines…allow for flexibility
- Give either/or choices for improper behavior
- Include children's opinions and feelings in resolving of conflicts
- Work together to solve problems and review results
- Other possible suggestions for discipline control

InterExchange0028530

**Importance of Play**
- Establishes respect for rules
- Sets goals
- Competition situations
- Physical coordination benefits
- Helps children make decisions and choices when playing with others
- Need for independence from care-giver
- Role of au pair in children's play

**Special Problem Child Care Situations**
- ADD—Attention Deficit Disorder
  - Slow learners
  - Methods needed to deal with situations

**Conflict Resolution**
- Open communication
- Ask for information and/or things that you are unsure about
- Work together to come up with effective, positive ways to handle children
- Talk regularly to parents about how everything is "shaping up"

10

InterExchange0028531

## Child Safety, First Aid & CPR

Our 8-hour workshop in childcare safety and first aid is taught by, Red Cross Authorized Provider, Lifesaving Enterprises (http://lifesavingenterprises.com ) a dynamic team of high-energy instructors that believe in a fully hands on approach to learning.

**Modeling Safe Behavior**
- Importance of being a role model.
- Positive behavior & attitude.

**Recognizing Emergencies**
- What is an emergency?
- Deciding To Act
- Emergency Action Steps—Check-Call-Care
- When To Call
- Getting help by calling 911 (How to Call)
     *Skill Check: Calling 911*
- Good Samaritan Laws

**Preventing Disease Transmission**
- First Aid Supplies
- Hand Washing

**Checking Victims**
- Checking a conscious child or infant victim
- **S.A.M.P.L.E Survey**
  - Signs & Symptoms
  - Allergies/Asthma
  - Medications
  - Past History
  - Last Meal/Last Beverage
  - Event
- When & How to Move a Victim

**Conscious Choking of a Child**
     *Hands on Practical: CPR Children/Dummies—Clearing the Blocked Airway*
- Signs of Respiratory Distress
- Preventing Choking
- Asthma Inhaler
- Clearing the Blocked Airway of a Child w/ Abdominal Thrusts

**Conscious Choking Infant**
     *Hands on Practical: Clearing an infant's airway*

**Practical CPR**
     *Hands on Practical: CPR for the Child & Infant*

11

InterExchange0028532

- Unconscious Respiratory
- Cardiac Emergencies
- CPR for the Child/Adult
- CPR for the Infant

**Heimlich Procedure**
   *Hands on Practical: Heimlich*

**First Aid**
- Recognizing & Caring for a Victim in Shock

**Bleeding You Can See**
   *Hands on Practical: Bandaging an injury*
- How to Control External Bleeding
- Abrasions, Punctures, Lacerations (When are stitches needed?), Avulsions & Amputations

**Bleeding You Can Not See**
- Recognizing Internal Bleeding
- Caring for the Victim

**Burns**
- Caring for Burns

**Injuries to Muscles, Bones & Joints**
   *Hands on Practical: Applying a Sling*
- Fractures, Sprains & Stains

**Head, Neck & Back Injuries**
   *Hands on Practical: In-Line Stabilization*
- Minimizing Movement of a Child or Infant Suspected of Having a Spinal Injury

**Facial Injuries**
- Eye, Nose, Tooth & Mouth Injuries

**Punctures**
- First Aid & Signs of Infection

**Impaled Objects**
- First Aid & Caring For

**Amputations**
- First Aid & Caring For

**Eye Injuries**

12

**InterExchange0028533**

**Prevention is Key**
- Sudden Infant Death Syndrome

**Safety at Home: Infants & Children**
- Baby & Toddler Proofing
- Hazard Hunting—*Hands on Activity*
- Fire Safety—Caring for Burn Injuries, creating an escape plan
- Poisoning
- Carbon Monoxide Poisoning
- Toy Safety
- Crossing the Street!
- Cooking
- Electrical Burns
- Defensive Driving
- Car Seats/Booster Seats
- School Buses
- Personal Safety

**Water Safety**
- "Super" Vision In & Around Water

**Recognizing Illness & Caring for an Ill Child/Infant**
- Fainting, Seizures
- Diabetic Emergencies—Hypo/Hyperglycemia
- Type 1 Insulin Dependent Diabetic/Type 2 Non-Insulin Dependent Diabetic
- Allergic Reaction: Review Assistance with Self Administration of an Epi-Pen
- Stinger Removal—Bites
- Lyme Disease & West Nile
- Fever Head Related Emergencies
- Cold Related Emergencies
- Vomiting—Diarrhea

**Medication Dosage**
- Label Reading
- Prescription and/or OTC

**Sunburn Prevention**

**Storm Safety**

**Bites**
- Animal Bites
- Human Bites

**Wild Animals in the USA**

13

**InterExchange0028534**

- Rabies
- Snake Bites
- Spider Bites
- Stingers

**Poisons**
- Ways it Can Enter the Body
- Poison Control Center
- Solid Forms, Liquid Forms, Spray Form & Invisible Forms
- Poisoning Prevention
- Poison Look-A-Likes

**Nature**
- Poison Ivy
- Poison Oak
- Tick Removal

**Child Abuse**
- Shaken Baby Syndrome
- "Patient Contract" for Your Temper

## Driving in the USA

Au pairs are provided with an overview of need to know laws, regulations and procedures that they will encounter when driving throughout the USA.

**Driver's License**
- The International License
- Obtaining an American License

**Accidents**
- What do to
- Financial Responsibility

**Universal Rules**
- Drinking & Driving
- Seatbelts, Cell Phones, Car Seats, School Zones, etc

**Smart Drivers**
- Weather Conditions
- Gas Stations
- Car Insurance
- Speeding Tickets

14

InterExchange0028535

## Early Childhood Development

Understanding how young children grow and learn is an extremely important part of working with children. The Early Childhood Development workshop provides au pairs with a definition of what is "normal" behavior with the goal of providing them with the knowledge to effectively care for their young children through the early stages of life. The workshop begins with the physical, social and emotional needs of children in the infant stage and concludes with those in the preschool age.

**Infant/Baby Development**  (through 1 year)
- Thinking Like a Baby
- What a Baby Need From His Caregiver
- How Babies Learn in the First Year
- How Babies Communicate
- Singing, Talking, Interacting with Babies Throughout the Day
- Physical, Emotional & Intellectual Changes from 0—1 Year of Age

**Toddlers; Ages 1-3**
- Growth & Development Stage
- Lots of Movement, Supervision Needed
- What is a Toddler?
- Physical, Intellectual, Social/Emotional Development of Toddlers

**Preschoolers; Ages 3-5**
- What You Can Expect From a Preschooler at This Stage
- Physical, Intellectual & Social Growth
- Varied Scenarios of Children Engaged in Conflicts With Caregivers, & How To Handle

## Cultural Exchange

Au pairs arrive in the country with hopes, dreams and fears of their year abroad. Through an open discussion au pairs are given tips on how to achieve those dreams, manage their fears and help everyone have their best year possible.

## Domestic Travel

Getting ready to say goodbye to their newfound friends at orientation and hello to their new family can be an exciting yet stressful time for the au pairs. Together with our Orientation & Logistic teams the au pairs are prepared for their next step in their au pair adventure—meeting their host families.

15

**InterExchange0028536**

## Au Pair Free Time

### Optional New York City Tour $30

This 3 hour walking tour of New York City's most famous sites is offered Tuesday evening. Sites include: Times Square, Empire State Building, Trump Tours, St. Patrick's Cathedral, Central Park, etc.  The tour also includes both dinner and a subway ride lesson.

### Evenings in NYC

The majority of au pairs arrive in New York with a long list of activities they want to do, see and experience during their week. The remaining few that are unsure are provided with an array of suggested itineraries from Au Pair USA.

### Visiting Family & Friends

Many au pairs have family and/or friends in the NYC metro area. Au pairs are welcome to visit with them in the evenings of orientation week, however they are not allowed to leave Manhattan nor stay overnight at the homes of their friends.

InterExchange0028537

## Traveling to Host Families

Au pairs that live locally and are being picked up are free to depart as of 6:00 PM on Thursday of Orientation Week. Au pairs that will be traveling by bus, train or airplane depart on Friday of Orientation Week. Unfortunately due to State Department regulations early departures are not allowed. Prior to an au pair arriving in their host family's home they have to have completed the mandated number of training hours. Departing any earlier will not allow them to fulfill this requirement.

Official hotel check out time is 12:00 PM on Friday of Orientation Week. Au Pairs are not allowed to stay in the hotel additional nights. If however an au pair has a late flight, pick up, etc luggage storage is available in the hotel.

### Host Family Pickup

Au Pairs are free to be picked up by local families as of 6:00 PM on Thursday of Orientation Week. Host Families need to contact our logistics department (logistics@interexchange.org ) detailing us of their intentions and we will forward the information onto the Au Pair.

For ease of locating the au pair we advise one of two scenarios, if the au pair is being picked up on Thursday Night, a host family may ask the au pair to wait in his/her room until they call and tell them they are there to pick them up.  Or give the au pair a 30-60 minute window during which to expect them and ask them to wait in the coffee shop area of the hotel's main lobby.

In a host family's email to our logistics department they can give us specifics and we will pass these on to the au pairs (*for example: I'm Agneiska's host mom, I will be picking her up Thursday night at 8, she should wait for me in the coffee shop, my cell phone # is 9\*\*-3\*\*-8\*\*\**)

There are paid parking lots within the vicinity of the Hotel New Yorker. Host Families are also able to park directly in the pickup/drop-off lane directly in front of the hotel for a quick pick up.

### Train Travel

Train tickets must be booked for Friday of Orientation Week. We strongly recommend booking the au pair's travel through our travel agent at Globe Travel Service. Our consultant, Elaine Messier, can be reached by calling 1-800-892-9385. All tickets arranged through Globe Travel Service will be automatically forwarded to our office, giving a host family one less thing to arrange.

17

InterExchange0028538

If a host family does not book through Globe Travel, they must email a copy of the au pair's itinerary to logistics@interexchange.org .

WE STRONGLY ADVISE THAT HOST FAMILIES ALWAYS BUY REFUNDABLE/TRANSFERABLE TICKETS IN CASE THEIR AU PAIR'S TRAVEL IS UNEXPECTEDLY DELAYED!

Penn Station is a major hub of Amtrak's east coast operations and is an easy 5-minute walk from the New Yorker Hotel. Thursday of Orientation Week our Logistics Team will escort au pairs traveling by train to Penn Station to show them around and pick up their boarding passes.

Getting to Grand Central Station will require a taxi ride. Grand Central Station is not recommended.

Keep in mind that many of the au pairs will be traveling with large bags and suitcases. We do not recommend having au pairs take commuter and mass transit trains. These operations can be very confusing and intimidating to young travelers especially during rush hour! If a host family must have their au pair use one of these means to travel, we will certainly prepare her/him for the journey.


**Bus Travel**

Bus tickets must be booked for Friday of Orientation Week. Port Authority is the major bus terminal in NYC and is located on 8th Ave and 42nd. Getting to Port Authority Bus Terminal will require a taxi ride. Port Authority is also a very large multilevel system that is not easy to navigate. Keep in mind that many of the au pairs will be traveling with large bags and suitcases. We do not recommend having au pairs take commuter and mass transit buses. These operations can be very confusing and intimidating to young travelers especially during rush hour! If a host family must have their au pair use one of these means to travel, we will certainly prepare her/him for the journey.

There are a few bus systems that operate in and around Penn Train Station that are a short 5-minute walk from the hotel. These buses are much preferable than to those, which depart the Port Authority.

If a host family arranges for their au pair to travel by bus to their home, they must email a copy of the itinerary to logistics@interexchange.org .

WE STRONGLY ADVISE THAT HOST FAMILIES ALWAYS BUY REFUNDABLE/TRANSFERABLE TICKETS IN CASE THEIR AU PAIR'S TRAVEL IS UNEXPECTEDLY DELAYED!

18

InterExchange0028539

**Airplane Travel**

Airplane tickets must be booked for Friday of Orientation Week. We strongly recommend booking an au pair's travel through our travel agent at Globe Travel Service. Our consultant, Elaine Messier, can be reached by calling 1-800-892-9385. All tickets arranged through Globe Travel Service will be automatically forwarded to our office, giving a host family one less thing to arrange.

If a host family does not book through Globe Travel, they must email a copy of the itinerary to logistics@interexchange.org .

WE STRONGLY ADVISE THAT HOST FAMILIES ALWAYS BUY REFUNDABLE/TRANSFERABLE TICKETS IN CASE THEIR AU PAIR'S TRAVEL IS UNEXPECTEDLY DELAYED!

New York City has three airports (JFK, LGA, Newark) all about equal distance from the New Yorker Hotel.

Super Shuttle is a convenient and affordable shuttle bus service from the New Yorker Hotel to all of the NYC Metropolitan Airports (JFK, LGA, Newark). Host Families have the option of booking and prepaying for this service online ahead of time. If they do not pre-book it, our Logistics Team will make a reservation for the au pair and the au pair will be responsible for paying for the service.  If a host family does book this shuttle on behalf of their au pair please forward the booking confirmation to our Logistics Department.

You can check out Super Shuttle's NYC Service at:
http://www.supershuttle.com/htm/cities/nyc.htm

As you may know, many airlines have implemented the new policy of charging fees for checking-in luggage on domestic flights.  In most cases, these fees will be charged at the airport when the au pair checks-in.

InterExchange views these charges as part of the domestic travel cost for au pairs and, as such, will address them in the following ways:

* Upon arrival at their Host Family's home, au pairs should be reimbursed by their Host Family for any baggage fees paid out of pocket for checking-in two normal sized pieces of luggage.

* Families may request proof of payment from the au pair.

* Any additional fees for overweight luggage or extra pieces of luggage are the au pair's responsibility and do not have to be reimbursed by the Host Family.

We regret if this adds any unforeseen costs to the au pair program. We believe that a

19

InterExchange0028540

young person traveling abroad for 12 months will need at least two pieces of luggage to be appropriately prepared.

**Hotel Car Service**

Within the hotel is located New Yorker Rides. A safe, dependable car service company.  They are very familiar with the Au Pair USA program and will be happy to assist host families in making reservations for travel to the airport and/or their home.

For more information:
http://www.newyorkerrides.com
(646)293-1658 x1658
info@newyorkerrides.com

# Missed Orientation

Au Pairs normally arrive on Monday of Orientation week in time for their first class on Tuesday morning. However, occasionally an Au Pair will arrive late to Orientation due to flight issues. Due to strict government regulations, we need to insure that all of our au pairs receive the correct information from our agency. When this occurs we require the Local Coordinator to make up the missed session with the Au Pair.

Local Coordinators will be sent a *Missed Orientation Training Form* that states everything that needs to be reviewed with the Au Pair. The form then needs to be signed by both the Local Coordinator and the Au pair and then mailed back to InterExchange. All of the information can be found in their Orientation Handbook, Host Family Au Pair Handbook and the Child Care Handbook.

Missed Orientation Forms are also available from the Local Coordinator Resource Center located on NING.

InterExchange0028541

*InterExchange Au Pair USA*
*Missed Orientation Form*

*If an au pair has arrived late due to flight delays it is the Local Coordinator's responsibility to review the missed material with the au pair. Failure to do so is a direct violation of the Federal Government Au Pair Regulations and could result in the Au Pair's program being terminated. He/she would also be required to return home at his/her own expense.*

Au Pair Name:_____   Arrival Date:_____

Address:_____   Local Coordinator (or IEX rep.):_____

*Instructions: Please check off sections completed by au pair (with the help of Local Coordinator or InterExchange Representative).*

- Basic customs and social issues (i.e. 21 to drink, drinking and driving laws, etc.).
- Au Pair USA Program rules and regulations:
  - Non-immigrant exchange visitor J1 visa.
  - Au Pair cannot work anywhere else with visa.
  - 12 months to work for host family—13th month is only intended for domestic travel. 13th month is inferred on visa and is 30 days after visa ends.
  - Hours allowed to work up to (**45 hours per week/10 hours per day**).
  - Vacation time allowed (1 and 1/2 days off per week, one complete weekend per month, 2 weeks paid vacation for year).
  - Stipend is $195.75 per week.
- Visa information (the "entry permit")
  - Visa is not valid without SEVIS DS 2019 form.
  - Note expiration date (after it passes, Au Pair can not longer re-enter the country)
  - Responsibility of au pair to find out needed visas for travel during year, (travel with family or on own).
  - Exit/re-entry rules during 12 months as au pair.
- DS-2019 (the "work permit")
  - Must always be up to date
  - Only allows work as an Au Pair, once it expires Au Pair has 30 days to leave the country.
- I-94 Card (the proof that au pair came through a legal port of entry)
  - $360 &4 plus months of headache to replace
- Educational Component Information
  - 6 credits (points); Higher than a high school level & at an accredited institution (University, Community College, College or Junior College)
  - 6 credits = 60 hours = 2 classes normally; Normal BA degree—120 credits/4 years
  - REQUIRED: If you do not complete—can not keep $500, can not extend, will not get a Completion Certificate (often needed for university enrollment) or bonus, might not be able to get a US visa in the future (Government usually requires the Completion Certificate/Proof of Successful Completion before the will issue a new student/tourist visa)

21

InterExchange0028542

- ❑ $500 from family; About $500 needed from you (budget $10 a week from your paycheck)
- ❑ Local Coordinator's role to Au Pair during year.
  - ❑ Cluster Meetings
- ❑ Basic common sense issues, i.e. phone usage in host family home, phone cards, Internet usage and attitude.
- ❑ Tips for a successful year.
- ❑ How to work out problems.
  - ❑ One-month, no-move policy.
  - ❑ Transition- *and how to avoid it if possible*.
- Immediate expulsion from program if specific behavior is exhibited from au pair (i.e. corporal punishment with host children, disregard of American laws, child neglect, "outside" employment, disregard of specific Au Pair USA rules, regulations and policies.
- Au Pair Rights: to be paid on time, to help with housework as a family member but not a servant, etc.
- Accident and Sickness Insurance coverage (AIG Assist and Travel Insurance Services). Review "Summary of Coverage" and basic information.
  - Finding a Doctor
  - Difference between Doctor's Office & Hospital/Emergency Room
  - $30 Co-pay (doctor) $250 deductible (hospital)
  - Not covered: Dental, Vision & Pre-existing Conditions
- Sex—Protection, Planned Parenthood, etc.
- Social Security Card information (Au Pair has already filled out application for it and has in her/his possession)
- Culture Shock (adapting to a new culture, homesickness, related issues and best ways to overcome difficulties).
  - Cultural Differences explored.
  - Ideas given to help alleviate culture shock.
- School-Age Children Workshop Information:
  - Interacting with children in daily life routines, etc.
  - Children's Behavior (and discipline techniques).
  - Problem-solving with children.
  - The importance of "Play".
  - Child Development and Peer Group Influence.
  - Au Pair's Role in Children's Daily Life.

Au Pair's Signature:_____

Local Coordinator, or IEX Representative's Signature:_____

Date:_____

InterExchange0028543

## Additional FAQ

**Will the au pairs have Internet access during Orientation?**
If an au pair arrives with a personal laptop there is free Wi-Fi in all the hotel rooms.
There are also several Internet cafes nearby for those who did not bring a personal
computer.

**Does a host family need to pay their au pair a stipend during Orientation Week?**
No

**Do repeat au pairs have to attend orientation again?**
Yes. Au pairs that were au pairs in the USA 2+ years ago are still required to participate
in orientation again.

**If an au pair has friends and/or family in the NYC area, can they spend a few days
with them directly following orientation and before continuing on to their host
family's home?**
No, all au pairs should be with their host families as of Friday to begin their working
year.

**Can an au pair remain an additional night or two in the New Yorker Hotel?**
No, all au pairs must travel to their host family's homes on Friday of Orientation Week.

**If an au pair forgot something at the hotel, whom should she contact?**
They will need to contact the hotel's lost and found department. They can email them at:
lostandfound@nyhotel.com

23

InterExchange0028544