# EXHIBIT 19

**InterExchange, Inc.**

**Independent Public Accountant's Report
on Applying Agreed-Upon Procedures**

**December 31, 2013**

**CONFIDENTIAL**

**InterExchange0005666**



CohnReznick LLP
cohnreznick.com

# Independent Public Accountant's Report
# on Applying Agreed-Upon Procedures

To the Board of Directors
InterExchange, Inc.

We have performed the procedures enumerated below, which are included in the Audit Compliance Procedure Template – *Au Pair Participants* prepared by the U.S. Department of State, Bureau of Educational and Cultural Affairs. These procedures were agreed to by the Board of Directors and management of InterExchange, Inc. solely to assist you in your assertion of compliance with certain Department of State regulations during the year ended December 31, 2013. This agreed-upon procedures engagement was performed in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of those parties specified in the report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

Our procedures and findings are as follows:

1.      We requested confirmation from the Department of State that InterExchange, Inc. (the "Sponsor") is designated as a bona-fide program Sponsor, authorized by the Department of State. Holly Stephens, Program Analyst, Private Sector Programs Division, Office of Designation of Department of State Bureau of Education and Cultural Affairs, confirmed in writing on June 9, 2014 that InterExchange, Inc. was a Department of State bona-fide sponsor for the year ended December 31, 2013.

We obtained the Sponsor's listing of au pair participants who arrived in the United States during the year ended December 31, 2013, from which we randomly selected 174 of the program's au pair participants, and randomly selected 174 of the program's host family participants also included in the listing. From this group, we established a sample size of 87 au pairs and 87 host families, respectively, based on instructions contained in Audit Compliance Procedure Template – *Au Pair Participants* and obtained the corresponding files. In connection with those files:

**CONFIDENTIAL**                                    **InterExchange0005667**

2

2.      We read the DS-2019 Forms issued by the Sponsor, to determine that the program duration indicated on the form does not exceed 12 months (one year), unless an extension was granted.  Of the au pair forms examined, all 87 stated an initial program duration period that did not exceed 12 months.

3.      We read all the program literature made available to us (EXHIBIT 5), including materials directed to the host families and materials directed to the au pair participants, websites, applications and the Host Family/Au Pair Agreements to determine that these documents include a requirement that the au pair participant must register and attend classes offered at an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent. All of the program literature and materials made available to us stated this requirement. This requirement is also stated on the website and all of the Host Family/Au Pair Agreements state this requirement.  Of the host family and au pair files reviewed, all of the Host Family/Au Pair Agreements were in the file and signed by the host families and au pairs.

We have confirmed in writing directly with the 87 au pair participants and 87 host families whether the au pair participants have actually enrolled or will enroll in an accredited U.S. post-secondary institution for not less than six semester hours of academic credits, or its equivalent (see results at item 27k and 28d, respectively).

4.      We inquired of Sponsor personnel and were informed that all officers, employees, agents and volunteers acting on their behalf are properly trained and supervised. We obtained the training materials used by the Sponsor. We read the Sponsor's roster of the annual training conference and regional meeting and noted the local organizational representatives who attended. Those who did not attend the annual conference were required to attend regional meetings. According to the roster, out of 63 local organizational representatives, 38 attended the annual conference, 15 did not attend the conference, but attended the regional meetings, and 10 did not attend either.

Management represented that of the 10 local organizational representatives that did not attend either the annual conference or regional meeting, 8 were not employed at the time. No additional procedures were performed with respect to management's representation as to the reason for the differences.

**CONFIDENTIAL**                                    **InterExchange0005668**

3

5.  We inquired of Sponsor personnel and were informed that each of the 87 au pair participants selected for the purpose of these agreed-upon procedures was placed with a host family within one hour's driving time of the home of their local organizational representative authorized to act on the Sponsor's behalf. We read the Sponsor's cluster and area mileage report noting the distance between the host families selected for testing and their respective local organizational representative to determine that the distance was within one hour's driving time. Of the 87 host families selected for this procedure, all 87 were noted in the report to live within one hour's driving time from the local organizational representative's home, based on information developed using internet software, for example, Google Maps.

6.  We read the host family/au pair contact records prepared by the local organizational representatives to determine that each local organizational representative maintained a schedule of personal monthly contact with each au pair participant and host family for which he or she was responsible. All 87 au pair contact records and all 87 host family contact records were located, and all contained entries that the local organizational representative contacted au pair participants and host families monthly.

    The Sponsor does not maintain status reports. We were not able to determine the consistency of the Sponsor's status report to the local representative contact record.

    We have confirmed directly in writing from the au pair participants and host families whether monthly contact with the local representative was being adhered to (see results at items 27j and 28c, respectively).

7.  We read all 87 host family/au pair contact records to determine that, whenever there was a placement other than an initial placement, known as a "rematch", the local organizational representatives contacted au pair participants and host families twice monthly for the first two months.  Of the 8 rematches noted, all 8 contact records indicated that the local organizational representative contacted the host family and au pair participants twice monthly for the first two months, as required by the regulations.

    The Sponsor does not maintain status reports. We were not able to determine the consistency of the Sponsor's status report to the local representative contact record.

4

We have confirmed directly in writing from the au pair participants whether the local organizational representatives contacted au pair participants and host families twice monthly for the first two months following a rematch (see results at item 27o).

8.      We inquired of Sponsor personnel and were informed that the local organizational representatives not devoting their full time and attention to the program are responsible for not more than 15 au pairs and host families. We obtained a roster of local organizational representatives for the year ended December 31, 2013 which indicated that 0 of the local organizational representatives, who did not devote their full attention to the program, had exceeded the maximum number of 15 au pairs and host families.

9.      We inquired of Sponsor personnel and were informed that they utilize regional organization supervisors. The Sponsor provided us with 51 evaluation reports for their local organizational representatives which we read.  These reports had been prepared and signed by the regional supervisors.

10.     We obtained the au pair participant files and read the application, interview worksheets, physical examination forms, and signed Au Pair Agreements noting that the au pair participants selected met each of the following requirements:
   i.     Are between the ages 18 and 26;
   ii.    Are secondary school graduates, or equivalent;
   iii.   Are proficient in spoken English;
   iv.    Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical examination;
   v.     Have been personally interviewed, in English, by an organizational representative.
Of the 87 au pair participant files examined, all 87 were complete with all of the required documentation.

We read the au pair participant files and noted that each au pair participant selected had undergone a background investigation that included:
   i.     Verification of school/presence of high school diploma;
   ii.    Three non-family related personal and employment references and notations of verification for each reference;
   iii.   A criminal background check or its recognized equivalent; and

5

iv.  A personality profile based upon a psychometric test designed to measure differences in characteristics among applicants against those characteristics considered most important to successfully participate in the au pair program.

Of the 87 au pair participant files obtained, all 87 contained documentation for all items above.

We obtained the au pair participant files to determine that each file included:

i.   A signed Au Pair Agreement;

ii.  Notation that the host family interviewed the au pair by telephone prior to his/her departure from the home country; and

iii. A verification form that the individual has not previously participated in a U.S. au pair program.

Of the 87 au pair participant files examined, all 87 included the documentation for all items above.

11.  We obtained the signed Host Family Agreements in which the family agreed to comply with the requirement that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival. We noted the Host Family Agreement did contain this requirement and of the 87 host family files reviewed, all 87 agreements were signed.

We also read the program literature and all materials made available to us (EXHIBIT 5) to determine that they state this requirement. All of the documents state this requirement.

12.  We read the signed Host Family Agreement to determine that any host family that has a child aged less than three months has agreed that a parent or other responsible adult is present in the home. We noted the Host Family Agreement did contain this requirement and of the 87 host family files obtained, all 87 agreements were signed.

We also read the program literature and all materials made available to us (EXHIBIT 5) to determine that they state this requirement. All of the documents state this requirement.

6

13.     We obtained the au pair participant files, and read the application and child care references of au pair participants who are placed with host families that have a child or children under the age of two to support that the au pair participant satisfied the requirement of at least 200 hours of documented infant child care experience. Of the 87 files read, 45 indicated that the au pair participant was placed with host families that have a child or children under the age of two.  All 45 au pair participants had the required 200 hours of documented infant child care experience.

We also read the program literature and all materials made available to us (EXHIBIT 5) to determine that they state this requirement. All of the documents state this requirement.

14.     We obtained the host family files to determine that the host family has:
   a.     Identified, in writing, the presence of a special needs child in the home;
   b.     Signed a verification form stating that the au pair participant is aware of the special needs conditions and has agreed to them; and
   c.     Reviewed and acknowledged in writing the au pair participant's prior experience, skills, or training in the care of special needs children, as identified in the au pair participant's application.

Of the 87 host family files reviewed, 3 were found to contain reference to a special needs child. These files were complete with all documentation and supported that the host family met each criterion above.

We obtained the au pair participant files and read the child care references and the application of au pair participants placed with host families having a special needs child, as so identified by the host family, to determine that the au pair participants have specifically identified their prior experience, skills, or training in the care of special needs children. Of the 87 au pair participant files reviewed, 4 were found to contain reference to a special needs child and included written identification of the au pair participant's prior experience, skills, or training in the care of special needs children.

15.     We obtained the host family files and read the signed Host Family Agreement to determine that each host family agreed to provide a suitable private bedroom for the au pair participant. Of the 87 files reviewed, all 87 files included the signed agreement.

**CONFIDENTIAL**                    **InterExchange0005672**

We also read the program literature and all materials made available to us (EXHIBIT 5) and determined that all of the materials and documents stated this requirement. We have confirmed in writing with the au pair participants whether a private bedroom was made available for their use (see results at item 27g).

16.    We looked for a written notation in the files that the host family made the required contact with the au pair participant. Of the 87 au pair participant files reviewed, all 87 included notations documenting the required contact between the host family and the au pair prior to the au pair participant's departure from their respective home country. We have confirmed in writing with the au pair participants that they were contacted by the host family prior to their departure from their respective home countries (see results at item 27p).

We also read the program literature and all materials made available to us (EXHIBIT 5) to determine that all of the materials and documents state this requirement; one does not, Au Pair Brochure: Au Pair USA - Experience Life in the U.S.

17.    We obtained the au pair participant files to determine that the Sponsor has provided the au pair participant with the following prior to their departure from their home country:

   a.    A copy of all operating procedures, rules and regulations, including a grievance process, which governs the au pair's participation in the exchange program;

   b.    A detailed profile of the family and community in which the au pair will be placed;

   c.    A detailed profile of the educational institutions in the community where the au pair will be placed, including the financial cost of attendance at these institutions;

   d.    A detailed summary of travel arrangements; and

   e.    A copy of the Department of State's written statement and brochure regarding the au pair program.

We reviewed the files to determine that they contained the required orientation information prior to their departure from their home country. Of the 87 files examined, all 87 included documentation demonstrating that the required information, noted above, had been provided to the au pair participant.

8

18.   We read the materials used by the instructor for the au pair participants' orientation program including a detail of time by activity, and discussed the orientation time and activities with the appropriate Sponsor's management personnel to determine that the training program provided by the Sponsor included:

    a.   Not less than eight hours of child safety instruction, no less than four of which was infant-related; and

    b.   Not less than twenty-four hours of child development instruction, of which no less than four was devoted to specific training for children under the age of two.

Of the 87 au pair participant files reviewed, all 87 included documentation that indicated the required training (a) and (b) noted above was completed prior to placement with the host family.

We have confirmed, directly in writing, with all 87 of the au pair participants, whether the orientation program included the child safety and child development instruction (see results at item 27n).

19.   We obtained the host family files to determine that each file contains their application, personal interview form, employment and personal references and signed Host Family Agreement, and to document that all host families met the following requirements:

    a.   Host parents are U.S. citizens or legal permanent residents;

    b.   The host parents are fluent in spoken English;

    c.   All adult family members in the home have been personally interviewed by an organizational representative;

    d.   The host parents have successfully passed a background investigation, including employment and personal character references;

    e.   The host family has financial resources to undertake hosting obligations; and

    f.   The host family has been provided with a written detailed summary of the exchange program and the parameters of their and the au pair participant's duties, participation and obligations.

Of the 87 host family files reviewed, all 87 were complete. They contained all of the required documents to satisfy (a) through (f).

CONFIDENTIAL

InterExchange0005674

9

    g.      We obtained the host family participant files to determine that the host family had been provided with a prospective au pair participant's complete application, including all references. Of the 87 host family files obtained, all 87 contained evidence that they had been provided the information regarding their prospective au pair.

20.     We read the program literature and all materials made available to us (EXHIBIT 5) and the signed Host Family Agreement to determine whether the Sponsor has informed the host families in this information of the philosophy, rules and regulations governing the au pair exchange program, and that the host family has received a copy of the Department of State's written statement regarding the au pair program and promulgated Exchange Visitor Program regulations including the published supplemental information. All of the materials provided contained the required information.

21.     We obtained the signed Host Family Agreement to determine that the Sponsor has informed the host families of their obligation to attend at least one family day conference to be provided by the Sponsor during the course of the placement year. We noted the 87 Host Family Agreements do contain this obligation.

We also read the program literature and all materials made available to us (EXHIBIT 5) to determine that they state this requirement. 4 of the documents stated this requirement, and 1 (Au Pair brochure) did not.

We obtained the host family contact records maintained by the local organizational representative to determine that they document the host families have attended at least one family day conference, as required by the program regulations. Of the 87 contact records obtained, 68 indicated that the family attended and 19 did not attend at least one family day conference.

22.     We read the program literature and all materials made available to us (EXHIBIT 5) to determine that the requirement of the Sponsor's counselors to contact the au pair participant and the host family within 48 hours of the au pair's arrival and to meet, in person, at the host family's home with the au pair participant and the host family within two weeks of the au pair's arrival are stated. All 5 of the documents state this requirement.

We also obtained the local representative's contact records to determine that compliance with these procedures was documented.

> 87 monthly contact logs were obtained;
>
> All 87 of them contained evidence of both contact and a visit.

We have confirmed, directly in writing, from the au pair participants and host families, whether the contact requirements were met (see results at items 27h, 27i, 28a and 28b.)

23.   We read the program literature and all materials made available to us (EXHIBIT 5) and the signed Host Family/Au Pair Agreements which indicate that the host family has agreed that the au pair participant will:

i.    be compensated at a weekly rate based on 45 hours per week and paid in conformance with the requirements of the Fair Labor Standards Act;

ii.   not provide more than ten hours of child care on any given day, nor more than 45 hours of child care in any one week;

iii.  receive a minimum of one-and-one-half days off per week, in addition to one complete weekend off each month; and

iv.   receive two weeks of paid vacation.

All of the program documents state these requirements. These requirements are stated on the website.   Of the 87 host family files reviewed, all 87 Host Family Agreements stating the above requirements were included and signed.

We have confirmed, in writing from the au pairs, whether these provisions were adhered to (see results at items 27a, 27b, 27c, 27d, 27e and 27f).

24.   We read the signed Host Family/Au Pair Agreements which indicate that as a condition of program participation, the host family participant agrees to facilitate the enrollment and attendance of the au pair participant at an accredited U.S. post-secondary educational institution and to reimburse or pay the first $500 toward the costs of required academic coursework incurred by the au pair participant in meeting this requirement. We read the program literature and all materials made available to us (EXHIBIT 5) to determine that they clearly state this requirement. All of the materials provided contained the required information.

25.     We read the host family/au pair actual contact records prepared by the local counselors that document contact between the au pair participants, host families and their local organizational representatives, to determine that the Sponsor requires monthly contact among them. All contact records were located. Of the 87 contact records that were located, all 87 indicated that the au pair participant and host family were contacted monthly by the local organizational representative.

The Sponsor has advised us that the regional supervisors send out quarterly contact surveys to the au pairs and the host families asking specific questions about compliance with the rules and regulations of the program. They provided us with the results of these contact surveys which we read. We noted that 4 of the 4 required regional quarterly contacts were documented as sent.

26.     We read the host family/au pair contact records and complaint forms maintained by the Sponsor that the representatives are required to prepare for "unusual or serious situations", as defined in the Regulations, or incidents involving either the au pair or host family. We noted 8 instances in which the Department of State was notified; of the instances noted, 1 of these involved an arrest of an au pair for driving while intoxicated ("DWI"); 1 involved an arrest of an au pair for driving under the influence of alcohol ("DUI"); 1 involved health issues related to an au pair; 1 involved communication issues with the host family; 2 involved the au pair's working schedule; 2 involved complaints against the host family. 2 instances resulted in rematches, 1 in mediation, 2 in sponsor terminations and 3 in self-terminations.

We have reviewed all of the Sponsor's records of complaints which included 2 reports of incidents of potentially illegal activity in which an au pair participant or host family was involved. There was 1 instance in which the au pair was stopped for "Driving Under the Influence" and 1 instance in which the au pair was arrested for "Driving While Intoxicated". The first incident was resolved through a Sponsor termination. The second instance was resolved through self-termination by the au pair and a rematch for the host family.

27.     We sent confirmations to the 174 au pair participants selected for testing, of which 87 responded to these confirmations. The following outlines the responses to the confirmation questions:

12

a.  80 responded that they worked 45 hours or less per week.

7 responded that they sometimes worked more.

b.  76 responded that they were required to provide no more than 10 hours per day of child care. 5 responded that they sometimes provided more.

6 did not respond.

c.  84 responded that they received at least $195.75 per week as compensation.

3 responded that they did not

d.  86 responded that they received at least one-and-one-half days off per week.

1 responded that they did not

e.  85 responded that they received one complete weekend off per month.

2 responded that they did not

f.  82 responded that they did, or will, receive two weeks paid vacation.

4 responded that they did not, or will not.

1 did not respond.

g.  87 responded that they had a private room.

h.  86 responded that their local organizational representative contacted them within 48 hours of their arrival at the host family's home.

1 responded that they did not.

i.  84 responded that their local organizational representative met, in person, with them and their host family within two weeks of their arrival at the host family's home.

3 responded that they did not.

j.  85 responded that they had monthly contact with their local organizational representative.

2 responded that they did not.

k.  78 responded that they had enrolled, or will enroll before the completion of the year, in a U.S. post-secondary institution of higher learning.

8 responded that they had not, or will not.

1 did not respond.

l.  81 responded that they were reimbursed or paid up to $500 toward the costs of the required academic coursework.

5 responded that they were not.

1 did not respond.

m.  87 responded that they completed the orientation program prior to arriving at the host family's home.

n.  87 responded that the orientation program they attended, inclusive of the reading of the Childcare Book and completion of the Childcare Test (required prior to arrival in the U.S.), included 8 hours of child safety and 24 hours of child development instruction, and that the training was completed prior to their arrival at the host family's home.

o.  8 responded that theirs was not an initial placement.
Of these, 5 responded that the local coordinator contacted them and their host family twice monthly for the first two months following the rematch, 3 responded that they were not contacted twice monthly

p.  85 responded that they were contacted by the host family prior to their departure from their home country.
2 responded that they were not.

28.  We sent confirmations to 174 host families (including rematches) selected for testing, 87 host families responded to the confirmations. The following summarizes their responses to the confirmation questions:

a.  87 responded that their counselor contacted them within 48 hours of the au pair participant's arrival at their home.

b.  87 responded that their counselor met, in person with them and their au pair participant within two weeks of the au pair participant's arrival at their home.

c.  85 responded they had monthly contact with their counselor.
2 responded that they did not.

d.  80 responded that their au pair participant had enrolled or will enroll before the completion of the year in a U.S. post-secondary institution of higher learning.
5 responded that they did not but were either planning on it or already enrolled for the next semester of classes.
2 responded they will not be enrolling.

29.  We read all complaints submitted to the Sponsor, including those initiated by au pair participants and those initiated by the host families. We have obtained and attached a summation of complaints (see TABLE D) as well as a summation of each complaint setting forth the following detail (EXHIBIT 1):

a.  The last name of the host family and the date the host family started with the program.

b.  The first and last name of the au pair participant.

14

   c.  Who initiated the transition/complaint and date of complaint.

   d.  A brief description of the nature of the complaint.

   e.  Whether complaint was reported to the Department of State and, if so, date of report.

   f.  How complaint was resolved (action taken by Sponsor) and date of resolution.

In addition to the Summary of Complaints (EXHIBIT 1), we have obtained from the program director and attached the following documents as required by the Department of State. We have performed no specific procedures on the attachments, other than those noted above:

   a.  A statistical report based on all au pair participants during reporting period (TABLES A, B, C and D);

   b.  A summation of the results of an annual survey of all au pair participants and all host families regarding their satisfaction with the program, and its strengths and weaknesses, as defined in the regulations (EXHIBIT 2);

   c.  A summation of all situations which resulted in the placement of an au pair with more than one host family (EXHIBIT 3);

   d.  A report detailing the name of the au pair participant, his or her host family placement, location and names of the local and regional organizational supervisors (EXHIBIT 4); and

   e.  A list of all program literature made available to participants (EXHIBIT 5).

We were not engaged to, and did not conduct an audit, the objective of which would be the expression of an opinion on InterExchange, Inc.'s compliance with certain Department of State Regulations. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information and use of the Board of Directors and management of InterExchange, Inc., and the Department of State, Bureau of Educational and Cultural Affairs, and is not intended to be and should not be used by anyone other than these specified parties.

*CohnReznick LLP*

New York, New York
June 26, 2014

## STATISTICAL REPORT BASED ON **ALL** PARTICIPANTS DURING REPORTING PERIOD

| TABLE A.  Participation Levels | Number of Au Pair Participants |
|---|---|
| Total Number of Au Pair Participants Active in Program (in J-1 Status) during Reporting Period | 967 |
| Number of Au Pair Participants Beginning Program during Reporting Period | 555 |
|     Number of these Participants who were rematched once | 79 |
|     Number of these Participants who were rematched two or more times | 6 |
| Number of Participants Successfully Completing Program During the Reporting Period | 328 |
| Number of Participants leaving the program prior to the completion of their 12 months or Extension During the Reporting Period | 170 |

| TABLE B.  Educational Component | Number of Au Pair Participants |
|---|---|
| Number of Au Pair Participants who successfully completed program (from Table A) | 328 |
|     Number of these participants who completed the educational component. | 230 |
|     Number of these participants who did not complete the educational component. | 98 |

| TABLE C.  Early Terminations | Number of Au Pair Participants |
|---|---|
| Number of Participants leaving the program prior to the completion of their 12 months (from Table A) | 170 |
|     Of these, number of participants leaving program of their own choice | 146 |
|         Please specify reasons, and number of participants leaving program for each reason | Attached |
|     Of these, number of participants terminated by sponsor prior to the completion of their 12-month program | 24 |
|         Please specify reasons, and number of participants terminated by sponsor for each reason | Attached |

| **TABLE D.  Complaints**<br><br>A Complaint is defined as a statement of dissatisfaction received by the Sponsor directly or indirectly (through the DOS) from either Host Family or Au Pair Participants and requiring action on the part of Sponsor to resolve | **Number of Au Pair Participants** |
|---|---|
| Total number of Complaints received by Sponsor during the reporting period | 275 |
| Number of complaints initiated by both Au Pair and Host Family Participants | 80 |
| Number of complaints initiated by Au Pair Participants | 102 |
| Number of complaints initiated by the Host Family | 93 |
| Number of complaints resolved by mediation | 2 |
| Number of complaints resolved by rematching the Au Pair Participant | 99 |
| Number of complaints resolved by terminating the Au Pair Participant | 174 |
| Number of complaints resolved by terminating the Host Family | 116 |

| **Reason for Complaints** | |
|---|---|
| Host Family not cooperative regarding Au Pair Participant's educational component | 0 |
| Host Family requesting/requiring more than 45 hours/week or more than 10 hours/day of childcare | 1 |
| Host Family requesting/requiring housekeeping chores beyond those directly related to childcare responsibilities | 0 |
| Au Pair Participant is unwilling to work required time | 3 |
| Au Pair Participant provides inadequate childcare | 28 |
| Au Pair Participant is not proficient in the spoken English language | 3 |
| Au Pair Participant did not receive required training | 0 |
| Au Pair Participant does not have required experience | 0 |
| Issues concerning scheduling -- time off, vacation, daily routine | 17 |
| Issues regarding money – pay, reimbursements for damages, calls, etc. | 0 |
| Issues concerning hygiene and privacy | 0 |
| Issues concerning behavior and/or inappropriate activity | 2 |
| Other Complaints, Please specify | 221 |

# Attachment to Table C

**Early Return Reasons - Self Terminated**

| Reason | Occurences |
|---|---|
| Au Pair Participant is not proficient in the spoken English language | 3 |
| Au Pair Participant is unwilling to work required time | 1 |
| Au Pair Participant provides inadequate childcare | 14 |
| Issues concerning scheduling- time off, vacation, daily routine | 3 |
| Issues concerning behavior and/or inappropriate activity | 1 |
| Other - School/Job back in home country | 22 |
| Other - Personality conflict | 19 |
| Other - Personal Problems | 16 |
| Other - Homesick | 14 |
| Other - Communication problems | 11 |
| Other - Au Pair decided to end program early | 6 |
| Other - Driving Issues | 6 |
| Other - Program not as expected | 6 |
| Other - Host Withdrawal | 5 |
| Other - Host Family Financial issues | 4 |
| Other - HF no longer needed Au Pair | 2 |
| Other - Medical/health issues | 2 |
| Other - Not following house rules | 2 |
| Other - Au Pair is getting married | 1 |
| Other - Au Pair quit with no explanation | 1 |
| Other - Au Pair violated Program Rules | 1 |
| Other - Difficult Children | 1 |
| Other - Host Family Moving out of area | 1 |
| Other - Host Family Personal Problems | 1 |
| Other - Poor Judgement | 1 |
| Other - Problems with Host Family | 1 |
| Other - Unhappy with Location | 1 |
| **Total Occurences** | **146** |

## Attachment to Table C

**Early Return Reasons - Sponsor Terminated**

| Reason | Occurences |
|---|---|
| Host Family requesting/requiring more than 45 hours/week or more than 10 hours/day of childcare | 1 |
| Au Pair Participant provides inadequate childcare | 7 |
| Issues concerning scheduling- time off, vacation, daily routine | 1 |
| Other - Personality conflict | 3 |
| Other - AP violated Program Rules | 2 |
| Other - Driving Issues | 2 |
| Other - AP quit with no explanation | 1 |
| Other - Communication problems | 1 |
| Other - Difficult Children | 1 |
| Other - Medical/health issues | 1 |
| Other - Not following house rules | 1 |
| Other - Personal Problems | 1 |
| Other - Program not as expected | 1 |
| Other - School/Job back in home country | 1 |
| **Total Occurences** | **24** |

**Attachment to Table D**

**Reason for Complaints: 2013**

| | |
|---|---|
| Host Family requesting/requiring more than 45 hours/week or more than 10 | 1 |
| Au Pair Participant is unwilling to work required time | 3 |
| Au Pair Participant provides inadequate childcare | 28 |
| Au Pair Participant is not proficient in the spoken English language | 3 |
| Issues concerning scheduling- time off vacation daily routine | 17 |
| Issues concerning behavior and/or inappropriate activity | 2 |
| Other Complaints: | 221 |
| | |
|     Personality conflict | 47 |
|     Communication problems | 27 |
|     Au Pair had School/Job back in home country | 24 |
|     Au pair had personal problems | 18 |
|     Host Family Withdrawal | 17 |
|     Driving Issues | 14 |
|     Homesick | 12 |
|     Program not as expected | 8 |
|     Au Pair decided to end program early | 7 |
|     Difficult Children | 6 |
|     Host Family no longer needed Au Pair | 6 |
|     Host Family Financial issues | 5 |
|     Unhappy with Location | 4 |
|     Host Family had unrealistic expectations | 4 |
|     Medical/health issues | 3 |
|     Not following house rules | 3 |
|     Problems with Host Family | 3 |
|     Au Pair is getting married and changing visa | 2 |
|     Au Pair quit with no explanation | 2 |
|     Au Pair violated Program Rules | 2 |
|     Host Family Personal Problems | 2 |
|     Poor Judgement | 2 |
|     Host Family violated program rules | 1 |
|     Host Family moving out of area | 1 |
|     Au Pair unhappy with ages of children | 1 |
| | |
| **Total Complaints** | **275** |

Exhibit 1

| # | AP Last | Host Family Name Last | Host Family Since | Transition Start date | Transition Initiated by | Transition Issues | Reported to DOS | Reported to DOS Date | Transition Outcome Host Family | Host Family Resolution Date | Transition Outcome Au Pair | Au Pair Resolution Date | Transition Summation |
|---|---------|-----------------------|-------------------|-----------------------|-------------------------|-------------------|-----------------|----------------------|--------------------------------|-----------------------------|----------------------------|-------------------------|----------------------|

Exhibit 1

Exhibit 1

CONFIDENTIAL

InterExchange0005688

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Kaloudelis

**# of Years Participating in Program:** 3

**Au Pair Name:** Ana Mihaljevic

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☒   Mutual ☐   |   Date: 01/24/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Personal Problems

**Summary of Issues:**

> AP informed HF she needs to repatriate to Montenegro for serious family reasons.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Withdrew
> **Date:** 02/01/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Goldberg

**# of Years Participating in Program:** 2

**Au Pair Name:** Kristi de Freitas

**Placement Number 1**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 04/18/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Personality conflict

**Summary of Issues:**

> The host family disapproves of the au pair's personal life. Also, they need somebody more energetic and a good driver.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Withdrew
> **Date:** 04/18/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Aaronson

**# of Years Participating in Program:** 3

**Au Pair Name:** Anna-Lena Kass

**Placement Number 2**

**Complaint Initiated by:** Host Family ☐    Au Pair ☐    Mutual ☒    |    Date: 08/22/2013

**Reported to the DOS?** Yes ☐    No ☒

**Description of Issues:** HF no longer needed AP

**Summary of Issues:**

| |
|---|
| Host family has found alternative childcare. |

**How it was resolved:**

| |
|---|
| **Au Pair:** Rematched<br>**Host Family:** Withdrew<br>**Date:** 08/26/2013 |

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Abbattista

**# of Years Participating in Program:** 10

**Au Pair Name:** Maria Jose Ocejo Valle

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☒   Mutual ☐   |   Date: 11/05/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

The host family is in transition with the au pair as the au pair will be retuning home for a job opportunity.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 11/25/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Acquaah

**# of Years Participating in Program:** 2

**Au Pair Name:** Serap Inel

**Placement Number 1**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 01/28/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** HF violated program rules

**Summary of Issues:**

> Host family informed InterExchange that they would be leaving the country after the au pairs arrival. Since they would be out of the country for more than 3 months, they cannot have an au pair in their home during this time.

**How it was resolved:**

> **Au Pair:** Rematched
> **Host Family:** Withdrew
> **Date:** 02/01/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Adams

**# of Years Participating in Program:** 2

**Au Pair Name:** Agata Groszyk

**Placement Number 1**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 02/11/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Personality conflict

**Summary of Issues:**

> The family is in transition with the au pair as they feel she is not a self-starter and not a god match for their needs. The family wants to withdraw from the program.

**How it was resolved:**

> **Au Pair:** Rematched
> **Host Family:** Withdrew
> **Date:** 02/18/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Adler

**# of Years Participating in Program:** 1

**Au Pair Name:** Lea Schreiner

**Placement Number 1**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 10/21/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Communication problems

**Summary of Issues:**

> The host family is in transition with the au pair due to disagreement over food consumption and access to car.

**How it was resolved:**

> **Au Pair:** Rematched
> **Host Family:** Withdrew
> **Date:** 10/22/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Ainge

**# of Years Participating in Program:** 6

**Au Pair Name:** Kevin Bachelier

**Placement Number 1**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 09/09/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Host Withdrawal

**Summary of Issues:**

| |
|---|
| The host family will be withdrawing from the program for financial reasons. |

**How it was resolved:**

| |
|---|
| **Au Pair:** Rematched<br>**Host Family:** Withdrew<br>**Date:** 09/29/2013 |

**CONFIDENTIAL**                    InterExchange0005697

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Allensworth-Haltrecht

**# of Years Participating in Program:** 5

**Au Pair Name:** Emma Rogers

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☐   Mutual ☒   |   Date: 07/30/2013

**Reported to the DOS? Yes** ☐   No ☒

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

> The host family is in transition with the au pair because the au pair wants to return home.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 10/19/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Alstede

**# of Years Participating in Program:** 2

**Au Pair Name:** Marlies Jaeger

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☒   Mutual ☐   |   Date: 11/05/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Communication problems

**Summary of Issues:**

> The host family is in transition with the au pair as both parties feel they are not a good fit for each other.

**How it was resolved:**

> **Au Pair:** Rematched
> **Host Family:** Rematched
> **Date:** 11/15/2013

InterExchange0005699

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Amidror

**# of Years Participating in Program:** 4

**Au Pair Name:** Andrea Rodriguez Posadas

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☐   Mutual ☒   |   Date: 05/30/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Communication problems

**Summary of Issues:**

> The host family is in transition with the au pair. They mutually agreed that transition is the best course of action as they are not a good match.

**How it was resolved:**

> **Au Pair:** Rematched
> **Host Family:** Rematched
> **Date:** 07/03/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Amidror

**# of Years Participating in Program:** 4

**Au Pair Name:** Flor Teutli Garcia

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☒   Mutual ☐   |   Date: 10/03/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Unhappy with Location

**Summary of Issues:**

> The host family is in transition with the au pair as the au pair is unhappy with the location.

**How it was resolved:**

> **Au Pair:** Rematched
> **Host Family:** On Hold
> **Date:** 10/21/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Anderson

**# of Years Participating in Program:** 6

**Au Pair Name:** Magdalena Kucharska

**Placement Number 1**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 01/14/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Personality conflict

**Summary of Issues:**

> The host family is in transition with the au pair due to a personality conflict.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 02/20/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Andrade

**# of Years Participating in Program:** 1

**Au Pair Name:** Huiying Wang

**Placement Number 2**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 12/02/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Personality conflict

**Summary of Issues:**

Host family does not think the au pair is a good fit for their family.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 12/14/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Arzuaga/Brown

**# of Years Participating in Program:** 11

**Au Pair Name:** Madlen Jahn

**Placement Number 2**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 07/03/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Personality conflict

**Summary of Issues:**

> The host family is in transition with the au pair due to personality differences.

**How it was resolved:**

> **Au Pair:** Rematched
> **Host Family:** Rematched
> **Date:** 07/20/2013

**CONFIDENTIAL**          InterExchange0005704

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Arzuaga/Brown

**# of Years Participating in Program:** 11

**Au Pair Name:** Fabio Niero da Silva

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐    Au Pair ☐    Mutual ☒    |    Date: 09/06/2013

**Reported to the DOS?** Yes ☐    No ☒

**Description of Issues:** Personality conflict

**Summary of Issues:**

> Personality conflict between au pair and 13 year old boy.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 09/19/2013

---

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Arzuaga/Brown

**# of Years Participating in Program:** 11

**Au Pair Name:** Anna Lewandowska

**Placement Number 2**

**Complaint Initiated by:** Host Family ☐   Au Pair ☒   Mutual ☐   |   Date: 09/26/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

> The host family is in transition with the au pair as the au pair is not willing to drive at might due to her eyesight and she does not like caring for a teenager.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 10/07/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Ascione

**# of Years Participating in Program:** 2

**Au Pair Name:** Melanie Carrillo

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☐   Mutual ☒   |   Date: 03/11/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Au Pair Participant is unwilling to work required time

**Summary of Issues:**

Very busy family with four children and a busy schedule schedule. Au pair finds it challenging to keep up.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 03/20/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Aulakh

**# of Years Participating in Program:** 4

**Au Pair Name:** Roberta Germano Orsi

**Placement Number 2**

**Complaint Initiated by:** Host Family ☐   Au Pair ☒   Mutual ☐   |   Date: 03/27/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Personality conflict

**Summary of Issues:**

> Au pair had issues with older kid's behavior.

**How it was resolved:**

> **Au Pair:** Rematched
> **Host Family:** Rematched
> **Date:** 05/06/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Avolio

**# of Years Participating in Program:** 4

**Au Pair Name:** Chanell van Zyl

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐    Au Pair ☒    Mutual ☐    |    Date: 02/12/2013

**Reported to the DOS? Yes** ☐    **No** ☒

**Description of Issues:** Driving Issues

**Summary of Issues:**

> The host family is in transition with the au pair due to differences on using the car.

**How it was resolved:**

> **Au Pair:** Rematched
> **Host Family:** Rematched
> **Date:** 03/01/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Avolio

**# of Years Participating in Program:** 4

**Au Pair Name:** Dalina Ocana Moran

**Placement Number 2**

**Complaint Initiated by:** Host Family ☐   Au Pair ☒   Mutual ☐   |   Date: 06/03/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Personal Problems

**Summary of Issues:**

> The au pair is returning home to be with her sick family member.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 06/25/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Avolio

**# of Years Participating in Program:** 4

**Au Pair Name:** Andrea Rodriguez Posadas

**Placement Number 2**

**Complaint Initiated by:** Host Family ☐   Au Pair ☒   Mutual ☐   |   Date: 08/06/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Personality conflict

**Summary of Issues:**

> The host family is in transition with the au pair due to a personality conflict.

**How it was resolved:**

> **Au Pair:** Rematched
> **Host Family:** Withdrew
> **Date:** 08/24/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Bailey

**# of Years Participating in Program:** 2

**Au Pair Name:** Izabela Kania

**Placement Number 1**

**Complaint Initiated by:** Host Family ☒    Au Pair ☐    Mutual ☐    |    Date: 01/07/2013

**Reported to the DOS?** Yes ☐    No ☒

**Description of Issues:** Program not as expected

**Summary of Issues:**

Host family has decided that they do not want live in childcare.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 01/12/2013

**CONFIDENTIAL**                    InterExchange0005712

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Bailey

**# of Years Participating in Program:** 1

**Au Pair Name:** Damla Kocak

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☒   Mutual ☐   |   Date: 11/26/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Personality conflict

**Summary of Issues:**

> The host family is in transition with the au pair due to a personality conflict and alleged breach of several program regulations.

**How it was resolved:**

> **Au Pair:** Sponsor Terminated
> **Host Family:** Sponsor Terminated
> **Date:** 12/26/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Baker

**# of Years Participating in Program:** 4

**Au Pair Name:** Diana Campana Dias

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☒   Mutual ☐   |   Date: 01/05/2013

**Reported to the DOS?** Yes ☒   No ☐   |   Date: 01/07/2013

**Description of Issues:** Issues concerning scheduling- time off, vacation, daily routine

**Summary of Issues:**

| |
|---|
| The au pair prefers to have a schedule where she does not work on weekends. |

**How it was resolved:**

| |
|---|
| **Au Pair:** Rematched<br>**Host Family:** Sponsor Terminated<br>**Date:** 01/23/2013 |

**CONFIDENTIAL**          InterExchange0005714

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Baker

**# of Years Participating in Program:** 4

**Au Pair Name:** Marine Sturtzer

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐    Au Pair ☐    Mutual ☒    |    Date: 02/01/2013

**Reported to the DOS?** Yes ☒    No ☐    |    Date: 01/14/2013

**Description of Issues:** Host Family requesting/requiring more than 45 hours/week or more than 10 hours/day of childcare

**Summary of Issues:**

> HF being removed from InterExchange Program because of allegations of Working the au pairs more than 45 hours per week, verbally intimidating/threatening their au pairs.

**How it was resolved:**

> **Au Pair:** Sponsor Terminated
> **Host Family:** Sponsor Terminated
> **Date:** 02/01/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Bales

**# of Years Participating in Program:** 5

**Au Pair Name:** Robyn Cotter

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☐   Mutual ☒   |   Date: 12/05/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Issues concerning scheduling- time off, vacation, daily routine

**Summary of Issues:**

> The host family is in transition with the au pair as the au pair has a hard time keeping up with a very busy schedule. She would do better in a more laid back household.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 12/31/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Barker

**# of Years Participating in Program:** 5

**Au Pair Name:** Dalina Ocana Moran

**Placement Number 1**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 01/30/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

> Host family feels that the au pair is not about to provide adequate supervision of their children.

**How it was resolved:**

> **Au Pair:** Rematched
> **Host Family:** Withdrew
> **Date:** 02/18/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Bauermeister

**# of Years Participating in Program:** 2

**Au Pair Name:** Mandy Ullrich

**Placement Number 1**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 06/27/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

> The host family is in transition with the au pair as they believe the au pair provides inadequate childcare. The au pair will be returning home and the host family will be withdrawing from the program.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Withdrew
> **Date:** 07/19/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Baumann

**# of Years Participating in Program:** 1

**Au Pair Name:** Nobuhle Dlamini

**Placement Number 1**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 07/02/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Driving Issues

**Summary of Issues:**

> The host family is in transition with the au pair due to her poor driving skills.

**How it was resolved:**

> **Au Pair:** Sponsor Terminated
> **Host Family:** Rematched
> **Date:** 08/14/2013

**CONFIDENTIAL**            **InterExchange0005719**

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Bens

**# of Years Participating in Program:** 1

**Au Pair Name:** Michelle Schneider

**Placement Number 1**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 10/14/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

| |
|---|
| The host family is in transition with the au pair as the family feels that au pair will do better with older kids. |

**How it was resolved:**

| |
|---|
| **Au Pair:** Self Terminated<br>**Host Family:** Rematched<br>**Date:** 10/23/2013 |

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Best

**# of Years Participating in Program:** 15

**Au Pair Name:** Zara Kavanagh

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☐   Mutual ☒   |   Date: 04/15/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Au Pair decided to end program early

**Summary of Issues:**

> The au pair went to UK due to her mother's illness. She decided to not complete the program.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 04/16/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Bisbey

**# of Years Participating in Program:** 7

**Au Pair Name:** Nadezda Izotova

**Placement Number 2**

**Complaint Initiated by:** Host Family ☐    Au Pair ☐    Mutual ☒    |    Date: 01/03/2013

**Reported to the DOS?** Yes ☐    No ☒

**Description of Issues:** Unrealistic expectations HF

**Summary of Issues:**

Au pair does not feel as if she can live up to the host family's high expectations.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 01/10/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Bohac-Howland

**# of Years Participating in Program:** 14

**Au Pair Name:** Stefan Brinkmann

**Placement Number 2**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 04/03/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Host Family Financial issues

**Summary of Issues:**

> The host father lost his job and they can no longer afford the program.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Withdrew
> **Date:** 05/11/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Borkiewicz

**# of Years Participating in Program:** 1

**Au Pair Name:** Monika Sztark

**Placement Number 1**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 12/27/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Personality conflict

**Summary of Issues:**

> The host family is in transition with the au pair due to differences of opinions.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Withdrew
> **Date:** 01/12/2014

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Bowman

**# of Years Participating in Program:** 5

**Au Pair Name:** Bianca van Greuning

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☒   Mutual ☐   |   Date: 11/20/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

> The au pair will be returning home for a great job opportunity.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 01/15/2014

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors
_____

**Host Family Name:** Brachfeld

**# of Years Participating in Program:** 2

**Au Pair Name:** Erika Paez Sanchez

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐    Au Pair ☒    Mutual ☐    |    Date: 04/30/2013

**Reported to the DOS?** Yes ☐    No ☒

**Description of Issues:** Communication problems

**Summary of Issues:**

> The au pair feels under appreciated and undervalued by the host family. The host family feels they have gone out of their way to be welcoming to the au pair and were surprised to find she felt this way.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 05/03/2013

_____

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Bruck

**# of Years Participating in Program:** 1

**Au Pair Name:** Irina Zavalishina

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☒   Mutual ☐   |   Date: 10/21/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

> The host family is in transition with the au pair as the au pair wants to visit home for an alleged emergency.

**How it was resolved:**

> **Au Pair:** Sponsor Terminated
> **Host Family:** Rematched
> **Date:** 11/04/2013

**CONFIDENTIAL**         **InterExchange0005727**

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Brust

**# of Years Participating in Program:** 8

**Au Pair Name:** Amaranta van Mourik

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☒   Mutual ☐   |   Date: 03/14/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Personality conflict

**Summary of Issues:**

> The au pair and the host daughter do not get along.

**How it was resolved:**

> **Au Pair:** Rematched
> **Host Family:** Rematched
> **Date:** 04/12/2013

---

**CONFIDENTIAL**                    InterExchange0005728

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Budke

**# of Years Participating in Program:** 4

**Au Pair Name:** Marina Sama Borque

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☐   Mutual ☒   |   Date: 01/16/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Problems with HF

**Summary of Issues:**

> The host family is in transition with the au pair. The au pair claims there is a tension between the parents due to an upcoming divorce. However, the tension is amicable. The host mother feels the au pair has not bonded with children well.

**How it was resolved:**

> **Au Pair:** Rematched
> **Host Family:** Rematched
> **Date:** 02/20/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Budke

**# of Years Participating in Program:** 4

**Au Pair Name:** Ksenia Strebkova

**Placement Number 2**

**Complaint Initiated by:** Host Family ☐   Au Pair ☐   Mutual ☒   |   Date: 06/17/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Host Family Personal Problems

**Summary of Issues:**

> The host family wants to withdraw from the program due to an upcoming spousal separation.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Withdrew
> **Date:** 07/02/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Bustami-Sukkarieh

**# of Years Participating in Program:** 3

**Au Pair Name:** Marion Roussel

**Placement Number 2**

**Complaint Initiated by:** Host Family ☐   Au Pair ☒   Mutual ☐   |   Date: 06/17/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Unrealistic expectations HF

**Summary of Issues:**

> The host family will be withdrawing as they are not a good fit for the program.

**How it was resolved:**

> **Au Pair:** Rematched
> **Host Family:** Withdrew
> **Date:** 06/27/2013

---

**CONFIDENTIAL**          **InterExchange0005731**

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Butera-Manning

**# of Years Participating in Program:** 2

**Au Pair Name:** Ilse Adame Calderon

**Placement Number 1**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 12/13/2013

**Reported to the DOS? Yes** ☒   **No** ☐   |   Date: 11/27/2013

**Description of Issues:** AP violated Program Rules

**Summary of Issues:**

> The host family is in transition with the au pair as the au pair was charged with DWI.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Withdrew
> **Date:** 03/14/2014

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Byrnes-Flores

**# of Years Participating in Program:** 1

**Au Pair Name:** Miwa Ishii

**Placement Number 1**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 10/01/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

> The host family is in transition with the au pair due to child safety concerns. The au pair will be returning home.

**How it was resolved:**

> **Au Pair:** Sponsor Terminated
> **Host Family:** Rematched
> **Date:** 10/03/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Campanella

**# of Years Participating in Program:** 3

**Au Pair Name:** Lorena Monroy Hurtado

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐    Au Pair ☒    Mutual ☐    |    Date: 04/01/2013

**Reported to the DOS?** Yes ☐    No ☒

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

> Au pair got a scholarship back home. Wants to take a summer off before starting college. She will be returning home.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 04/11/2013

**CONFIDENTIAL**                    **InterExchange0005734**

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Campanella

**# of Years Participating in Program:** 3

**Au Pair Name:** Francesca Zavettieri

**Placement Number 1**

**Complaint Initiated by:** Host Family ☒    Au Pair ☐    Mutual ☐    |    Date: 06/20/2013

**Reported to the DOS?** Yes ☐    No ☒

**Description of Issues:** Communication problems

**Summary of Issues:**

> The host family is in transition with the au pair due to communication problems and personality differences.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 06/26/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Campanella

**# of Years Participating in Program:** 3

**Au Pair Name:** Paulina Chlebek

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☒   Mutual ☐   |   Date: 11/27/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Homesick

**Summary of Issues:**

> The au pair will be returning home as she claims she is not mature enough and is homesick.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 12/06/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Campbell

**# of Years Participating in Program:** 2

**Au Pair Name:** Robyn Chowles

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☒   Mutual ☐   |   Date: 09/12/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

| |
|---|
| The au pair is returning home to help out her father with a family business. |

**How it was resolved:**

| |
|---|
| **Au Pair:** Self Terminated<br>**Host Family:** Rematched<br>**Date:** 11/12/2013 |

**CONFIDENTIAL**                    InterExchange0005737

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Carothers

**# of Years Participating in Program:** 5

**Au Pair Name:** Nicole Heathcote

**Placement Number 1**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 06/20/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Personality conflict

**Summary of Issues:**

> The au pair and host family are in transition because there is a personality conflict, and the host family prefers an au pair who is more outgoing.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 06/21/2013

**CONFIDENTIAL**                    InterExchange0005738

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Cartwright

**# of Years Participating in Program:** 8

**Au Pair Name:** Soltana Benkhiat

**Placement Number 1**

**Complaint Initiated by:** Host Family ☒    Au Pair ☐    Mutual ☐    |    Date: 07/18/2013

**Reported to the DOS?** Yes ☐    No ☒

**Description of Issues:** Medical/health issues

**Summary of Issues:**

> The au pair is sick and returning home.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 08/19/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Celestin

**# of Years Participating in Program:** 3

**Au Pair Name:** Livia Ricordel

**Placement Number 1**

**Complaint Initiated by:** Host Family ☐   Au Pair ☐   Mutual ☒   |   Date: 03/29/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Host Withdrawal

**Summary of Issues:**

The host family decided to withdraw.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 04/06/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Chaplow

**# of Years Participating in Program:** 3

**Au Pair Name:** Kelly Bravo Gonzalez

**Placement Number 3**

**Complaint Initiated by:** Host Family ☒   Au Pair ☐   Mutual ☐   |   Date: 01/02/2013

**Reported to the DOS?** Yes ☐   No ☒

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

> The host family is in transition with the au pair as they felt that the au pair provided inadequate childcare and could not drive. The host family will be withdrawing from the program.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Withdrew
> **Date:** 02/20/2013

**CONFIDENTIAL**                    InterExchange0005741

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Chellappa

**# of Years Participating in Program:** 2

**Au Pair Name:** Karolina Kozielska

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 10/16/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Unhappy with Location

**Summary of Issues:**

   The Au pair would like to experience a different part of the US.

**How it was resolved:**

   **Au Pair:** Rematched
   **Host Family:** Rematched
   **Date:** 11/04/2013

---

**CONFIDENTIAL**                    InterExchange0005742

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Cheng

**# of Years Participating in Program:** 2

**Au Pair Name:** Irene Rodulfo Flores

**Placement Number 1**

**Complaint Initiated by:** Host Family      Au Pair      Mutual      |   Date: 12/23/2013

**Reported to the DOS?** Yes      No

**Description of Issues:** Homesick

**Summary of Issues:**

The au pair decided that this job was not for her and returning home.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 12/23/2013

---

**CONFIDENTIAL**                    InterExchange0005743

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Chow

**# of Years Participating in Program:** 5

**Au Pair Name:** Zhihong Ma

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 11/18/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Driving Issues

**Summary of Issues:**

The host family is in transition with the au pair due to her poor driving skills.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 12/29/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Chowdhury

**# of Years Participating in Program:** 2

**Au Pair Name:** Sarah Rhodes

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 03/15/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Host Family Financial issues

**Summary of Issues:**

Host mother lost her job and the family cannot afford an au pair any more.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 03/28/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Christian

**# of Years Participating in Program:** 2

**Au Pair Name:** Elsa Lopez Salazar

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 04/10/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** HF no longer needed AP

**Summary of Issues:**

The family has decided to withdraw from the program. The host mother
is quitting her job, and an au pair is no longer needed.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 04/20/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Cohen-Gala

**# of Years Participating in Program:** 2

**Au Pair Name:** Gemma Geddes

**Placement Number 1**

**Complaint Initiated by:** Host Family       Au Pair       Mutual       |   Date: 02/27/2013

**Reported to the DOS?** Yes       No

**Description of Issues:** Program not as expected

**Summary of Issues:**

The au pair got along with the children but she did not quite realize the responsibility of being an au pair and was home sick. Au pair will return home.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 03/16/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Cook

**# of Years Participating in Program:** 3

**Au Pair Name:** Alicja Sahajdak

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 07/12/2013

**Reported to the DOS?** Yes        No        |   Date: 07/05/2013

**Description of Issues:** Problems with HF

**Summary of Issues:**

The host family and the au pair are in transition because the au pair filed a complaint against the host family and has married and changed her visa.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 07/12/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Crelman

**# of Years Participating in Program:** 2

**Au Pair Name:** Juraldie Snyman

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 05/20/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Communication problems

**Summary of Issues:**

The host mother and the au pair have communication issues. Also, the host mother claims the au pair was drinking under age.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 06/10/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Crespo

**# of Years Participating in Program:** 5

**Au Pair Name:** Silvia Calvo Corea

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 03/22/2013

**Reported to the DOS?** Yes         No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The host family is a little loud, which makes the au pair uncomfortable.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 04/10/2013

**CONFIDENTIAL**              InterExchange0005750

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Crook

**# of Years Participating in Program:** 3

**Au Pair Name:** Anne-Marie Christians

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 06/06/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personality conflict

**Summary of Issues:**

  The host family is in transition with the au pair due to a growing
  personality conflict.

**How it was resolved:**

  **Au Pair:** Mediated
  **Host Family:** Rematched
  **Date:** 08/30/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Cross

**# of Years Participating in Program:** 3

**Au Pair Name:** Marina Romans

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 11/05/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

    Au pair invited multiple friends over and engaged in drinking while the children were in her care. She was also very disengaged with her au pair duties in general.

**How it was resolved:**

    **Au Pair:** Sponsor Terminated
    **Host Family:** Withdrew
    **Date:** 11/07/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Crystal

**# of Years Participating in Program:** 2

**Au Pair Name:** Ieva Blusa

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 04/08/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The au pair did not work overtime but her hours would change often and she had to work mainly evenings and weekends.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 04/23/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Crystal

**# of Years Participating in Program:** 2

**Au Pair Name:** Elsa Lopez Salazar

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 06/17/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Host Withdrawal

**Summary of Issues:**

The host family will be withdrawing from the program. The au pair will be returning home as this is the end of her year.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 07/09/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Dalto

**# of Years Participating in Program:** 2

**Au Pair Name:** Nadine Baker

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 03/18/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Issues concerning behavior and/or inappropriate activity

**Summary of Issues:**

Au pair was away on her night out and did not let the host family know.
She came back just before her call time.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 03/21/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Dalto

**# of Years Participating in Program:** 2

**Au Pair Name:** Priscila Gamba Villa

**Placement Number 1**

**Complaint Initiated by:** Host Family         Au Pair         Mutual         |   Date: 07/09/2013

**Reported to the DOS?** Yes         No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

The host family is in transition with the au pair. The au pair needed
more guidance and the family needs more of a take-charger.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 08/20/2013

**CONFIDENTIAL**        InterExchange0005756

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Daniel

**# of Years Participating in Program:** 1

**Au Pair Name:** Kriyanka Naidoo

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 10/29/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Homesick

**Summary of Issues:**

Au pair is homesick and will be returning home.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 11/17/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Danzeisen

**# of Years Participating in Program:** 2

**Au Pair Name:** Coraline Bernard

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |    Date: 03/18/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair decided to end program early

**Summary of Issues:**

   Au pair is homesick and wants to return home.

**How it was resolved:**

   **Au Pair:** Self Terminated
   **Host Family:** Withdrew
   **Date:** 04/05/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Dassler Sakati

**# of Years Participating in Program:** 8

**Au Pair Name:** Claudia Boyer Castaneda

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/04/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Homesick

**Summary of Issues:**

The au pair decided to return home early as her brother is getting married.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 01/05/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Dassler Sakati

**# of Years Participating in Program:** 8

**Au Pair Name:** Anayeli Abrajan Tlahuel

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 04/23/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personality conflict

**Summary of Issues:**

> The host family needs a more independent au pair who would be a self-starter.

**How it was resolved:**

> **Au Pair:** Rematched
> **Host Family:** Rematched
> **Date:** 05/16/2013

---

**CONFIDENTIAL**            InterExchange0005760

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Day

**# of Years Participating in Program:** 1

**Au Pair Name:** Berendina Alons

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |    Date: 04/24/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

   The host family feels the au pair is nice and responsible but she would
   do better with older children.

**How it was resolved:**

   **Au Pair:** Rematched
   **Host Family:** Withdrew
   **Date:** 05/23/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** De Narp

**# of Years Participating in Program:** 2

**Au Pair Name:** Claire Mace de Gastines

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 10/20/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Host Family Moving out of area

**Summary of Issues:**

The host family moved to London on October 21st for the host father's new job. The au pair went with them.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 10/20/2013

---

**CONFIDENTIAL**          **InterExchange0005762**

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Decker Schulz

**# of Years Participating in Program:** 1

**Au Pair Name:** Jessica De Paula Dos Santos

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 08/26/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Issues concerning scheduling- time off, vacation, daily routine

**Summary of Issues:**

The host family is in transition with the au pair due to scheduling
issues and a personality conflict.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 09/20/2013

**CONFIDENTIAL**                    InterExchange0005763

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Depeyrot

**# of Years Participating in Program:** 1

**Au Pair Name:** Paola Orjuela Bayona

**Placement Number 1**

**Complaint Initiated by:** Host Family     Au Pair     Mutual     |   Date: 10/29/2013

**Reported to the DOS?** Yes      No

**Description of Issues:** Driving Issues

**Summary of Issues:**

    The au pair does not have sufficient driving skills.

**How it was resolved:**

    **Au Pair:** Sponsor Terminated
    **Host Family:** Rematched
    **Date:** 12/18/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Douglas

**# of Years Participating in Program:** 10

**Au Pair Name:** Tanja Kellerman

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |  Date: 10/22/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Personality conflict

**Summary of Issues:**

    The host family is in transition with the au pair because of a personality conflict.

**How it was resolved:**

    **Au Pair:** Rematched
    **Host Family:** Rematched
    **Date:** 11/03/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Dowling

**# of Years Participating in Program:** 1

**Au Pair Name:** Christina Cagnina

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 10/24/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

Au pair is not a self starter and has difficulty with engaging with the children.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 11/04/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Duckworth

**# of Years Participating in Program:** 2

**Au Pair Name:** Sandra Reyes Malacara

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 08/14/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

The au pair will be returning home for a great job offer. The family will
be withdrawing from the program.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 08/30/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Dunn

**# of Years Participating in Program:** 1

**Au Pair Name:** Huiying Wang

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 04/26/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

> The au pair does not have enough experience to take care of two children under 2.

**How it was resolved:**

> **Au Pair:** Rematched
> **Host Family:** Rematched
> **Date:** 05/31/2013

---

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Eghtedari

**# of Years Participating in Program:** 1

**Au Pair Name:** Ana Recio Benitez

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 10/18/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Issues concerning scheduling- time off, vacation, daily routine

**Summary of Issues:**

The host family is in transition with the au pair due to scheduling
issues.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 11/08/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Elder

**# of Years Participating in Program:** 1

**Au Pair Name:** Maria Lopez Videla Gaymer

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 08/08/2013

**Reported to the DOS?** Yes          No          |   Date: 08/05/2013

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

The au pair had a chicken pox when arrived and could not work. Even
after she got better, she did not show much initiative or interest in
childcare.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 08/13/2013

---

**CONFIDENTIAL**               **InterExchange0005770**

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Evans

**# of Years Participating in Program:** 3

**Au Pair Name:** Anna Lewandowska

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 08/28/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personality conflict

**Summary of Issues:**

   The host family is in transition with the au pair due to a personality conflict.

**How it was resolved:**

   **Au Pair:** Rematched
   **Host Family:** Rematched
   **Date:** 09/16/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Farina

**# of Years Participating in Program:** 4

**Au Pair Name:** Vivian Mendez Martinez

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/29/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Communication problems

**Summary of Issues:**

   The host family and the au pair are in transition because of
   communication issues.

**How it was resolved:**

   **Au Pair:** Rematched
   **Host Family:** Withdrew
   **Date:** 02/05/2013

---

**CONFIDENTIAL**        InterExchange0005772

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Farre-Brennan

**# of Years Participating in Program:** 3

**Au Pair Name:** Nuria Mir Graells

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 06/18/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant is not proficient in the spoken English language

**Summary of Issues:**

the host family and the au pair are in transition because the family feels
that the au pair's English skills are not strong enough for their family.
The au pair also refuses to drive for the family.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 07/12/2013

**CONFIDENTIAL**        InterExchange0005773

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Feinstein

**# of Years Participating in Program:** 1

**Au Pair Name:** Gill Mcmahon

**Placement Number 1**

**Complaint Initiated by:** Host Family       Au Pair       Mutual       |   Date: 12/19/2013

**Reported to the DOS?** Yes       No

**Description of Issues:** Personal Problems

**Summary of Issues:**

The host family is in transition with he au pair. The local coordinator
and the family feel that au pair's emotional problems do not make her a
good fit for the program. Au pair flew home on 12/16.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 12/31/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Felix

**# of Years Participating in Program:** 1

**Au Pair Name:** Katharina Krause

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |    Date: 12/02/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Issues concerning scheduling- time off, vacation, daily routine

**Summary of Issues:**

The host family is in transition with the au pair due to scheduling issues and personality differences.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 12/23/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Fidanza

**# of Years Participating in Program:** 2

**Au Pair Name:** Alla Bibishiants

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/07/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Driving Issues

**Summary of Issues:**

The host family is in transition with the au pair due the au pair's poor driving skills.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 03/20/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Flood

**# of Years Participating in Program:** 10

**Au Pair Name:** Suzaan Pretorius

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 09/25/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

> The host family is in transition with the au pair as the au pair will be
> returning home for personal reasons.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 11/03/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Foster

**# of Years Participating in Program:** 3

**Au Pair Name:** Denielle Nel

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/30/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

Host family feels that the au pair does not have the required experience to care for their young child.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 02/08/2013

---

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Foster

**# of Years Participating in Program:** 3

**Au Pair Name:** Janine Solomons

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 07/23/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Communication problems

**Summary of Issues:**

The host family is in transition with the au pair due to communication problems.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 07/26/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Geller

**# of Years Participating in Program:** 4

**Au Pair Name:** Aneta Utrata

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 09/03/2013

**Reported to the DOS?** Yes        No        |   Date: 09/03/2013

**Description of Issues:** AP violated Program Rules

**Summary of Issues:**

   The au pair -- Aneta Utrata was pulled over by the police and charged
   with DUI.

**How it was resolved:**

   **Au Pair:** Sponsor Terminated
   **Host Family:** Rematched
   **Date:** 09/04/2013

**CONFIDENTIAL**        InterExchange0005780

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Geller

**# of Years Participating in Program:** 4

**Au Pair Name:** Lidia Tamarit Roda

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 09/30/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Communication problems

**Summary of Issues:**

The host family is in transition with the au pair. The family feels she
has not bonded with children well enough and that she needs constant
instruction.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 10/07/2013

**CONFIDENTIAL**          InterExchange0005781

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Geraghty

**# of Years Participating in Program:** 5

**Au Pair Name:** Patricia Barning

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 04/10/2013

**Reported to the DOS?** Yes         No

**Description of Issues:** Host Family Financial issues

**Summary of Issues:**

The family has decided to go on hold due to a change in their financial situation.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 04/15/2013

**CONFIDENTIAL**            **InterExchange0005782**

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Geraghty

**# of Years Participating in Program:** 5

**Au Pair Name:** Ieva Blusa

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 06/04/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** HF no longer needed AP

**Summary of Issues:**

The host family and the au pair are in transition because the host family will not need an au pair for most of July and the au pair will start looking for a new family for her extension program.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 06/29/2013

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Exhibit 1

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Gerdes

**# of Years Participating in Program:** 2

**Au Pair Name:** Manuela Stauber

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 05/06/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Host Withdrawal

**Summary of Issues:**

   The host family has decided to withdraw from the program.

**How it was resolved:**

   **Au Pair:** Self Terminated
   **Host Family:** Withdrew
   **Date:** 05/25/2013

**CONFIDENTIAL**        InterExchange0005784

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Gillam

**# of Years Participating in Program:** 2

**Au Pair Name:** Manon Rouge-Colas

**Placement Number 1**

**Complaint Initiated by:** Host Family    Au Pair    Mutual   |  Date: 03/26/2013

**Reported to the DOS?** Yes    No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

The au pair has decided to return home for a family event. The host family is supportive.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 07/04/2013

---

**CONFIDENTIAL**        InterExchange0005785

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Gillam

**# of Years Participating in Program:** 2

**Au Pair Name:** Julia Gerhardt

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |    Date: 07/18/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Communication problems

**Summary of Issues:**

    The host family is in transition with the au paid due to communication issues.

**How it was resolved:**

    **Au Pair:** Self Terminated
    **Host Family:** Rematched
    **Date:** 07/18/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Goel

**# of Years Participating in Program:** 1

**Au Pair Name:** Kajal Ridhoo

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 10/08/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

The host family is in transition with the au pair as the au pair is returning home.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 10/26/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Goldenberg

**# of Years Participating in Program:** 1

**Au Pair Name:** Emanuela Capelli

**Placement Number 2**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 04/08/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The au pair wants to work for a two-parent family.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 05/01/2013

**CONFIDENTIAL**          InterExchange0005788

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Golio-Picone

**# of Years Participating in Program:** 3

**Au Pair Name:** Alba Badrena Alcover

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 04/05/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Host Family Financial issues

**Summary of Issues:**

    The host family has decided to withdraw from the program as they can no longer afford an au pair.

**How it was resolved:**

    **Au Pair:** Self Terminated
    **Host Family:** Self/Sponsor Terminated
    **Date:** 04/22/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Gordon

**# of Years Participating in Program:** 11

**Au Pair Name:** Alisa Ibragimova

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 05/24/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Not following house rules

**Summary of Issues:**

The local coordinator and the host mother feel that the au pair in not interested in doing her job.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 05/24/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Gordon

**# of Years Participating in Program:** 11

**Au Pair Name:** Elianne Ballast

**Placement Number 2**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 08/06/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Host Withdrawal

**Summary of Issues:**

   This was a temp family and they will be withdrawing from the program.

**How it was resolved:**

   **Au Pair:** Rematched
   **Host Family:** Withdrew
   **Date:** 09/02/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Gore

**# of Years Participating in Program:** 1

**Au Pair Name:** Thomas Cox

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 07/25/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Issues concerning scheduling- time off, vacation, daily routine

**Summary of Issues:**

The host family is in transition with the au pair due to scheduling
issues.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 08/10/2013

**CONFIDENTIAL**                              InterExchange0005792

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Gorman

**# of Years Participating in Program:** 9

**Au Pair Name:** Daniel Jakobson

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 04/09/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair decided to end program early

**Summary of Issues:**

HF and AP are in transition because the HF would like an AP for the August arrival. Their current AP will leave in July.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 07/01/2013

---

**CONFIDENTIAL**        InterExchange0005793

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Granpeesheh

**# of Years Participating in Program:** 4

**Au Pair Name:** Nicola Rossouw

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 07/30/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

The host family is in transition with the au pair because they feel she is not mature enough to be an au pair.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 07/30/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Gray

**# of Years Participating in Program:** 1

**Au Pair Name:** Lilia Calderon Sanchez

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 09/10/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Issues concerning scheduling- time off, vacation, daily routine

**Summary of Issues:**

The host family is in transition with the AP due to scheduling issue and
child safety concern.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 10/16/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Groner

**# of Years Participating in Program:** 2

**Au Pair Name:** Amelie Bauer

**Placement Number 2**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 01/03/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

> The au pair is going back home for a work/study opprotunity, which is one in a million.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 02/18/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Gruyters

**# of Years Participating in Program:** 1

**Au Pair Name:** Desire Baas

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 12/13/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personal Problems

**Summary of Issues:**

The au pair is returning home as her father is having a heart surgery.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 12/16/2013

**CONFIDENTIAL**         InterExchange0005797

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Gurock

**# of Years Participating in Program:** 2

**Au Pair Name:** Branden Keene

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 12/04/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Poor Judgement

**Summary of Issues:**

Host family feels that the au pair is not mature enough for their needs and does not exhibit the best judgement.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 12/14/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Gurwitch-Saal

**# of Years Participating in Program:** 9

**Au Pair Name:** Juliana Gomes Barbosa Cabral de Lima

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 08/14/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Issues concerning scheduling- time off, vacation, daily routine

**Summary of Issues:**

The host family is in transition with the au pair due to personality differences and disagreement over scheduling.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 10/04/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Gutowska-Hock

**# of Years Participating in Program:** 3

**Au Pair Name:** Iwona Jankowska

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 02/25/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Host Withdrawal

**Summary of Issues:**

   Host family no longer requires an au pair.

**How it was resolved:**

   **Au Pair:** Rematched
   **Host Family:** Withdrew
   **Date:** 03/23/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Hagen-Metzler

**# of Years Participating in Program:** 4

**Au Pair Name:** Claudia Mendez Ramirez

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |    Date: 04/23/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** HF no longer needed AP

**Summary of Issues:**

The host parents are separating and children will be living with their
father from the end of June. He does not need an au pair.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 07/29/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Hamedi

**# of Years Participating in Program:** 2

**Au Pair Name:** Emma Cerutti

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 03/13/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Unhappy with Location

**Summary of Issues:**

   Au pair wants to live in a more urban area.

**How it was resolved:**

   **Au Pair:** Self Terminated
   **Host Family:** Rematched
   **Date:** 04/20/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Hanson

**# of Years Participating in Program:** 6

**Au Pair Name:** Trinidad Correa Gutierrez

**Placement Number 1**

**Complaint Initiated by:** Host Family     Au Pair     Mutual    |  Date: 07/18/2013

**Reported to the DOS?** Yes     No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The host family is in transition with the au pair due to a personality conflict.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 07/31/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Harrell

**# of Years Participating in Program:** 3

**Au Pair Name:** Daniela Oros

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 09/24/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Host Withdrawal

**Summary of Issues:**

The host family will be withdrawing from the program due to change in their family situation. The au pair will be returning home a month early.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 10/14/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Hart

**# of Years Participating in Program:** 3

**Au Pair Name:** Julia Schmidt

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 01/18/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The host family is in transition with the au pair. Both the family and the
au pair agree they are not a good fit for each other.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 02/20/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Harvey

**# of Years Participating in Program:** 5

**Au Pair Name:** Alexandra Glawe

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 02/07/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

   The au pair would like to return home before the end of her program.

**How it was resolved:**

   **Au Pair:** Self Terminated
   **Host Family:** Rematched
   **Date:** 04/04/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Hastman

**# of Years Participating in Program:** 2

**Au Pair Name:** Ilona Becakova

**Placement Number 1**

**Complaint Initiated by:** Host Family      Au Pair      Mutual      |   Date: 02/15/2013

**Reported to the DOS?** Yes      No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

The host family is in transition with the au pair because they feel the au pair does not have required experience to care for an infant.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 03/11/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Hastman

**# of Years Participating in Program:** 2

**Au Pair Name:** Mallerlys Carvajal Mejia

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 06/27/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The host family is in transition with the au pair due to a personality conflict. The host family will be withdrawing from the program.

**How it was resolved:**

**Au Pair:** Sponsor Terminated
**Host Family:** Withdrew
**Date:** 08/12/2013

---

**CONFIDENTIAL**                    InterExchange0005808

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Heron

**# of Years Participating in Program:** 2

**Au Pair Name:** Paris Fraser

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 12/13/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Unrealistic expectations HF

**Summary of Issues:**

The host family is in transition with the au pair as they had unrealistic driving expectations. The au pair will be returning home. The host family will be withdrawing from the program.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 01/01/2014

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Hickey

**# of Years Participating in Program:** 2

**Au Pair Name:** Julia Saiger

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/03/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Unhappy with ages of children

**Summary of Issues:**

The host family is in transition with the au pair. The family feels she is
a good au pair but she is overwhelmed by three active boys.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 02/20/2013

---

**CONFIDENTIAL**              **InterExchange0005810**

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Higgins-Carantani

**# of Years Participating in Program:** 2

**Au Pair Name:** Maria Martin Sanchez

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 12/16/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair decided to end program early

**Summary of Issues:**

The host family is in transition with the au pair as the au pair is ending her program early. She claims that she will be changing her visa status and becoming a Spanish language teacher in the local community. We requested proof of change of status but have not received anything yet.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 03/28/2014

**CONFIDENTIAL**                    InterExchange0005811

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Hoffman

**# of Years Participating in Program:** 4

**Au Pair Name:** Mina Melakhessou

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 06/11/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Host Withdrawal

**Summary of Issues:**

The host family is moving to France. The au pair wants to find a new
family for the remaining 6 months on her 12 months extension.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 09/02/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Horne

**# of Years Participating in Program:** 6

**Au Pair Name:** Shannon Haughton

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 11/05/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Homesick

**Summary of Issues:**

　　The au pair is homesick and returning home.

**How it was resolved:**

　　**Au Pair:** Self Terminated
　　**Host Family:** Rematched
　　**Date:** 11/22/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Hu

**# of Years Participating in Program:** 1

**Au Pair Name:** Li Zhang

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 04/17/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The host mother did not get along with the au pair.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 05/13/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Idy

**# of Years Participating in Program:** 2

**Au Pair Name:** Belen Busquet

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 03/15/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Program not as expected

**Summary of Issues:**

The au pair had different expectations about the program. She has decided to return home.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 03/23/2013

**CONFIDENTIAL**                    InterExchange0005815

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Ingber

**# of Years Participating in Program:** 2

**Au Pair Name:** Roberta Germano Orsi

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 02/25/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Unhappy with Location

**Summary of Issues:**

AP wants to be in a warmer climate. She is not comfortable driving in a snow.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 03/19/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Ingber

**# of Years Participating in Program:** 2

**Au Pair Name:** Katarzyna Nowak

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 05/13/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Personality conflict

**Summary of Issues:**

Personality differences. Also AP seemed to be overwhelmed by four
kids.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 06/17/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Jackson

**# of Years Participating in Program:** 4

**Au Pair Name:** Judit Horvath

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 05/15/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

The host family has indicated that an au pair careless with kids on two occasions.

**How it was resolved:**

**Au Pair:** Sponsor Terminated
**Host Family:** Rematched
**Date:** 06/21/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Johnson

**# of Years Participating in Program:** 3

**Au Pair Name:** Isabela Machado Piva

**Placement Number 2**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 01/23/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Personal Problems

**Summary of Issues:**

It has been a great relationship. The au pair is returning home because of personal problems.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 02/20/2013

---

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Johnson

**# of Years Participating in Program:** 3

**Au Pair Name:** Tisja van der Hoest

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 06/24/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Issues concerning scheduling- time off, vacation, daily routine

**Summary of Issues:**

The host family is in transition with the au pair due to different
expectations about the program.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 08/27/2013

**CONFIDENTIAL**              InterExchange0005820

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Johnston

**# of Years Participating in Program:** 3

**Au Pair Name:** Anna Kondratiuk

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 01/18/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Communication problems

**Summary of Issues:**

The host family is in transition with the au pair due to communication problems. Additionally, the au pair is not happy with the living conditions.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Sponsor Terminated
**Date:** 01/30/2013

**CONFIDENTIAL**          InterExchange0005821

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Kaistha-Hesse

**# of Years Participating in Program:** 9

**Au Pair Name:** Janina Frankenberger

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 04/16/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personality conflict

**Summary of Issues:**

Personality differences.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 04/29/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Kaistha-Hesse

**# of Years Participating in Program:** 9

**Au Pair Name:** Estefania Condo Reinoso

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 09/09/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

The host family is in transition with the AP as the AP is returning home for a school opportunity.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 09/27/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Kaistha-Hesse

**# of Years Participating in Program:** 9

**Au Pair Name:** Servane Lepage

**Placement Number 1**

**Complaint Initiated by:** Host Family       Au Pair       Mutual       |   Date: 12/03/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Program not as expected

**Summary of Issues:**

Au pair had some unrealistic expectations about the program and did not bond well with the children.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 12/16/2013

**CONFIDENTIAL**          InterExchange0005824

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Kallis

**# of Years Participating in Program:** 2

**Au Pair Name:** Yuna Sasayama

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 05/02/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personality conflict

**Summary of Issues:**

   The au pair and the host mother did not get along.

**How it was resolved:**

   **Au Pair:** Rematched
   **Host Family:** Withdrew
   **Date:** 05/22/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Karaburun

**# of Years Participating in Program:** 2

**Au Pair Name:** Adrian Luzania Hernandez

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 05/16/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Host Family Financial issues

**Summary of Issues:**

   The host father lost employment.

**How it was resolved:**

   **Au Pair:** Self Terminated
   **Host Family:** Rematched
   **Date:** 05/16/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Kass-Lazar

**# of Years Participating in Program:** 2

**Au Pair Name:** Allistine Grady

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |    Date: 08/23/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Issues concerning scheduling- time off, vacation, daily routine

**Summary of Issues:**

The host family is in transition with the au pair due to scheduling
issues and personality differences.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 09/15/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Keegan

**# of Years Participating in Program:** 7

**Au Pair Name:** Kern Barlow

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 03/26/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Host Withdrawal

**Summary of Issues:**

    The host family can no longer afford childcare services and has decided to withdraw.

**How it was resolved:**

    **Au Pair:** Rematched
    **Host Family:** Withdrew
    **Date:** 04/21/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Khaleeli/Mulla-Feroze

**# of Years Participating in Program:** 8

**Au Pair Name:** Dominika Fodor

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 08/13/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

   The au pair decided to return home.

**How it was resolved:**

   **Au Pair:** Self Terminated
   **Host Family:** Rematched
   **Date:** 08/13/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Kilgannon

**# of Years Participating in Program:** 3

**Au Pair Name:** Laura Hornaert

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 12/27/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The host family is in transition with the au pair due to personality differences.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 01/09/2014

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** King-Duff

**# of Years Participating in Program:** 1

**Au Pair Name:** Cindy Bentenrieder

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 10/18/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Communication problems

**Summary of Issues:**

The host family is in transition with the au pair due to communication problems.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 11/04/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Kleiner-Baraldi

**# of Years Participating in Program:** 3

**Au Pair Name:** Ekaterina Maksimova

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |    Date: 04/22/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personality conflict

**Summary of Issues:**

    The host family needs a more independent au pair who would be a
self-starter.

**How it was resolved:**

    **Au Pair:** Rematched
    **Host Family:** Withdrew
    **Date:** 05/06/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Klenk

**# of Years Participating in Program:** 1

**Au Pair Name:** Katerina Melcova

**Placement Number 1**

**Complaint Initiated by:** Host Family       Au Pair       Mutual       |   Date: 06/13/2013

**Reported to the DOS?** Yes       No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The host family is in transition with the au pair due to a personality
conflict and communication issues.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 06/19/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Klimerman-Davis

**# of Years Participating in Program:** 2

**Au Pair Name:** Virag Toth

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 03/18/2013

**Reported to the DOS? Yes**          No

**Description of Issues:** Not following house rules

**Summary of Issues:**

The au pair and host family are in transition because the au pair was
not being careful enough in regards to the children's allergies.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 04/11/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Klimerman-Davis

**# of Years Participating in Program:** 2

**Au Pair Name:** Carolina Rocha Marques Figueira

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 10/23/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Personality conflict

**Summary of Issues:**

Au pair wants to return home due to an alleged personality conflict with
the family.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 10/23/2013

**CONFIDENTIAL**          InterExchange0005835

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Knoer-Adams

**# of Years Participating in Program:** 4

**Au Pair Name:** Jana Halirova

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 02/22/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant is not proficient in the spoken English language

**Summary of Issues:**

The host family feels the au pair's English is not strong enough for their needs.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 04/02/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Koehler

**# of Years Participating in Program:** 2

**Au Pair Name:** Maria de la Rosa Ahumada

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/04/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The host family is in transition with the au pair due to a personality conflict. The au pair decided to go home.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 02/20/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Koenig

**# of Years Participating in Program:** 2

**Au Pair Name:** Gina Atencio Lan

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 07/17/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

The host family is in transition with the au paid due to child safety
concerns. The au pair is going home.

**How it was resolved:**

**Au Pair:** Sponsor Terminated
**Host Family:** Withdrew
**Date:** 07/18/2013

---

**CONFIDENTIAL**          InterExchange0005838

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Kolyani

**# of Years Participating in Program:** 1

**Au Pair Name:** Mika Suzuki

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |    Date: 06/24/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Driving Issues

**Summary of Issues:**

The host family is in transition with the au pair due to a personality
conflict. They also feel the au pair's driving is not strong enough for
their needs.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 08/10/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Kolyani

**# of Years Participating in Program:** 1

**Au Pair Name:** Vatinee Phiammattawat

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 12/04/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Issues concerning scheduling- time off, vacation, daily routine

**Summary of Issues:**

The host family is in transition with the au pair due to scheduling
issues, personality conflict and communication problems.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 01/07/2014

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Korde

**# of Years Participating in Program:** 3

**Au Pair Name:** Emilia Zoltowska

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |  Date: 09/11/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair decided to end program early

**Summary of Issues:**

Au pair decided to end her program early.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 09/25/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Lacey

**# of Years Participating in Program:** 1

**Au Pair Name:** Bileen Jackson

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 11/05/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

Au pair was not confident caring for the infant. Would do better with older children.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 12/09/2013

---

**CONFIDENTIAL**                    InterExchange0005842

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Lass

**# of Years Participating in Program:** 5

**Au Pair Name:** Kristina Irving

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 09/24/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Homesick

**Summary of Issues:**

Au pair is homesick and will be returning home.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 10/05/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Lasser

**# of Years Participating in Program:** 10

**Au Pair Name:** Ussanee Zarpuang

**Placement Number 2**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 05/21/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

The host family feels the au pair would do better with older kids.

**How it was resolved:**

**Au Pair:** Sponsor Terminated
**Host Family:** Rematched
**Date:** 08/22/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** LeBow

**# of Years Participating in Program:** 1

**Au Pair Name:** Caroline Heughan

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 08/21/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Issues concerning scheduling- time off, vacation, daily routine

**Summary of Issues:**

The host family is in transition with the au pair due to scheduling issues and personality conflict. The host family will be withdrawing from the program.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 09/13/2013

**CONFIDENTIAL**                    InterExchange0005845

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Leduc

**# of Years Participating in Program:** 1

**Au Pair Name:** Lilia Caicedo Guzman

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 09/13/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Issues concerning scheduling- time off, vacation, daily routine

**Summary of Issues:**

The host family and au pair are in transition due to scheduling issues.

**How it was resolved:**

**Au Pair:** Sponsor Terminated
**Host Family:** Rematched
**Date:** 10/11/2013

---

**CONFIDENTIAL**            InterExchange0005846

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Lerner

**# of Years Participating in Program:** 7

**Au Pair Name:** Michelle Kelly

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 08/23/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Issues concerning scheduling- time off, vacation, daily routine

**Summary of Issues:**

The host family is in transition with the au pair due to scheduling issues and differing expectations.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 09/08/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Louthan

**# of Years Participating in Program:** 1

**Au Pair Name:** Carolina Barragan Salas

**Placement Number 2**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 06/18/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Communication problems

**Summary of Issues:**

The host family is in transition with the au pair as the host father feels
the au pair has been neglectful and does deem her job as a priority.
The host father is in transition with the au pair again since an
inappropriate nature of their relationship has come to our attention. The
au pair is returning home and the contact with the host family will be
cancelled immediately.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Sponsor Terminated
**Date:** 06/19/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Lovett

**# of Years Participating in Program:** 2

**Au Pair Name:** Lies de Jonge

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 02/19/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

    The au pair decided to go home early for an educational opportunity.

**How it was resolved:**

    **Au Pair:** Self Terminated
    **Host Family:** Rematched
    **Date:** 06/15/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Lucas-Lieberman

**# of Years Participating in Program:** 3

**Au Pair Name:** Laura Endres

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 05/08/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Host Withdrawal

**Summary of Issues:**

   The host family has decided to withdraw from the program due to
   personal reasons.

**How it was resolved:**

   **Au Pair:** Self Terminated
   **Host Family:** Withdrew
   **Date:** 05/17/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Lundsgaarde

**# of Years Participating in Program:** 2

**Au Pair Name:** Aura Valencia Cuartas

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 03/15/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Host Family Personal Problems

**Summary of Issues:**

The family is going through a divorce and is not sharing custody. The host mother no longer needs an au pair.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 04/08/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Mackey

**# of Years Participating in Program:** 2

**Au Pair Name:** Thiama Gun Cordova

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 07/29/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Driving Issues

**Summary of Issues:**

The host family is in transition with the au pair due to her poor driving skills.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 08/03/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Mackey

**# of Years Participating in Program:** 2

**Au Pair Name:** Trinidad Correa Gutierrez

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 09/04/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

The host family is in transition with the au pair due to problems in childcare and personality conflict

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 09/24/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Mairs

**# of Years Participating in Program:** 1

**Au Pair Name:** Danilo Bordim

**Placement Number 1**

**Complaint Initiated by:** Host Family     Au Pair     Mutual    |   Date: 12/03/2013

**Reported to the DOS?** Yes     No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The host family is in transition with the au pair due to personality differences.

**How it was resolved:**

**Au Pair:** Sponsor Terminated
**Host Family:** Rematched
**Date:** 12/20/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Maish

**# of Years Participating in Program:** 3

**Au Pair Name:** Etienne Tardit

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 02/06/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Problems with HF

**Summary of Issues:**

   Host family feels that the au pair is not a good fit for their family.

**How it was resolved:**

   **Au Pair:** Self Terminated
   **Host Family:** Rematched
   **Date:** 04/09/2013

**CONFIDENTIAL**              InterExchange0005855

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Maler

**# of Years Participating in Program:** 6

**Au Pair Name:** Nora Klener

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 08/29/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

  The AP went back home the HF is withdrawing from the program.

**How it was resolved:**

  **Au Pair:** Self Terminated
  **Host Family:** Withdrew
  **Date:** 08/29/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Malone

**# of Years Participating in Program:** 8

**Au Pair Name:** Monika Krejzova

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 10/16/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Driving Issues

**Summary of Issues:**

The au pair passed out while driving to the gym, which caused her to be in a car accident. There are some concerns about her driving in the future.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 11/26/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Martinkus

**# of Years Participating in Program:** 3

**Au Pair Name:** Rozanne Hanekom

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/02/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Homesick

**Summary of Issues:**

   The au pair is homesick and decided to go home.

**How it was resolved:**

   **Au Pair:** Self Terminated
   **Host Family:** Rematched
   **Date:** 02/02/2013

---

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Martinkus

**# of Years Participating in Program:** 3

**Au Pair Name:** Maryke Janse van Vuuren

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 07/11/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Personality conflict

**Summary of Issues:**

   The host family is in transition with the au pair due to personality differences.

**How it was resolved:**

   **Au Pair:** Rematched
   **Host Family:** Rematched
   **Date:** 07/26/2013

**CONFIDENTIAL**          InterExchange0005859

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Martinkus

**# of Years Participating in Program:** 3

**Au Pair Name:** Lucia Gonzalez Fernandez

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 12/16/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Driving Issues

**Summary of Issues:**

Au pair is having trouble adjusting to driving a very large vehicle in the snow and on dark streets. Also au pair does not believe the family is a good match for her.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 01/05/2014

---

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Maxwell

**# of Years Participating in Program:** 3

**Au Pair Name:** Gabrielle Johannes

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/02/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Difficult Children

**Summary of Issues:**

The Maxwell family is in transition with the au pair due to their child's behavior issues.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 01/13/2013

**CONFIDENTIAL**          InterExchange0005861

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** McCurry

**# of Years Participating in Program:** 5

**Au Pair Name:** Zamira Villasenor Coss

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 10/29/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personality conflict

**Summary of Issues:**

　　Au pair does not exhibit good judgement at times and has a
personality conflict with the host mother.

**How it was resolved:**

　　**Au Pair:** Rematched
　　**Host Family:** Rematched
　　**Date:** 11/15/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** McGrath

**# of Years Participating in Program:** 1

**Au Pair Name:** Elin Edin

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 10/23/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personal Problems

**Summary of Issues:**

Au pair is returning home for personal reasons and host family will be withdrawing from the program.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 10/24/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** McMillan

**# of Years Participating in Program:** 1

**Au Pair Name:** Ke Zhang

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 08/15/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

The host family is in transition with the au pair as the au pair feels that the kids energy and dynamics is too much for her to handle.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 09/22/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Messina

**# of Years Participating in Program:** 8

**Au Pair Name:** Johanna Sauermann Gutierrez

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 02/11/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

   The au pair is returning home for a study opportunity.

**How it was resolved:**

   **Au Pair:** Self Terminated
   **Host Family:** Rematched
   **Date:** 02/11/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Messina

**# of Years Participating in Program:** 8

**Au Pair Name:** Vera Silarova

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |    Date: 05/03/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Host Withdrawal

**Summary of Issues:**

   The host family has decided to withdraw from the program.

**How it was resolved:**

   **Au Pair:** Rematched
   **Host Family:** Withdrew
   **Date:** 05/11/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Messing-Wax

**# of Years Participating in Program:** 3

**Au Pair Name:** Ankia Le Roux

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/18/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Homesick

**Summary of Issues:**

    Au pair is very homesick and no longer wants to be an au pair.

**How it was resolved:**

    **Au Pair:** Self Terminated
    **Host Family:** Withdrew
    **Date:** 02/08/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Messonnier

**# of Years Participating in Program:** 2

**Au Pair Name:** Antoine Rich

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 12/10/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

The host family is in transition with the au pair as they are not happy with his performance. They also claim the au paid has not established proper rapport with the kids.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 12/14/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Michaelson

**# of Years Participating in Program:** 1

**Au Pair Name:** Nancy Cardenas Armijos

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 07/29/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Communication problems

**Summary of Issues:**

The host family is in transition with the au pair as they feel she is not engaging with their children.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 07/29/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Miller-Geoghan

**# of Years Participating in Program:** 3

**Au Pair Name:** Mia McGlynn

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/14/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personality conflict

**Summary of Issues:**

    The host family is in transition with the au pair due to a personality conflict and differences over parenting style.

**How it was resolved:**

    **Au Pair:** Self Terminated
    **Host Family:** Rematched
    **Date:** 02/20/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Miranda

**# of Years Participating in Program:** 8

**Au Pair Name:** Miriam Guadalupe Zuniga Salcedo

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 08/14/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personal Problems

**Summary of Issues:**

   The au pair will be returning home to care for her ailing father.

**How it was resolved:**

   **Au Pair:** Self Terminated
   **Host Family:** Withdrew
   **Date:** 08/23/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Moonaz-Mooney

**# of Years Participating in Program:** 3

**Au Pair Name:** Nayara Calvo Gomez

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 08/05/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** AP is getting married

**Summary of Issues:**

The AP got married and then told the host family was quitting.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 08/06/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Nakra

**# of Years Participating in Program:** 2

**Au Pair Name:** Rachel Blackburn

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 10/07/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personal Problems

**Summary of Issues:**

The host family is in transition with the au pair as the au pair wants to go back home due to her family member's medical situation.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 11/08/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Narvaez

**# of Years Participating in Program:** 3

**Au Pair Name:** Ofelia Yesica Tecanhuey Nava

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 04/19/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

The au pair lacks adequate childcare skills. She is returning home.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 04/20/2013

**CONFIDENTIAL**              **InterExchange0005874**

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Narvaez-Shea

**# of Years Participating in Program:** 2

**Au Pair Name:** Paola Ordonez Eraso

**Placement Number 1**

**Complaint Initiated by:** Host Family      Au Pair      Mutual      |   Date: 07/23/2013

**Reported to the DOS?** Yes      No

**Description of Issues:** Issues concerning scheduling- time off, vacation, daily routine

**Summary of Issues:**

   Host family scheduled the au pair for more than 10 hours a day.

**How it was resolved:**

   **Au Pair:** Rematched
   **Host Family:** Rematched
   **Date:** 09/21/2013

---

**CONFIDENTIAL**          **InterExchange0005875**

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Nealon

**# of Years Participating in Program:** 3

**Au Pair Name:** Rebecca Demenis Luz

**Placement Number 1**

**Complaint Initiated by:** Host Family     Au Pair     Mutual    |   Date: 09/25/2013

**Reported to the DOS?** Yes     No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

The au pair is returning home for a scholarship opportunity.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 10/01/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Nelson

**# of Years Participating in Program:** 1

**Au Pair Name:** Jana Veselkova

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 12/02/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Unrealistic expectations HF

**Summary of Issues:**

The host family is in transition with the au pair due to scheduling issues and differing expectations about the program.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Sponsor Terminated
**Date:** 12/19/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Neuroth

**# of Years Participating in Program:** 2

**Au Pair Name:** Kerstin Zierer

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 10/29/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personality conflict

**Summary of Issues:**

   Personality conflict between au pair and host mother.

**How it was resolved:**

   **Au Pair:** Rematched
   **Host Family:** Withdrew
   **Date:** 11/15/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Nielson

**# of Years Participating in Program:** 2

**Au Pair Name:** Elianne Ballast

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |    Date: 05/13/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Difficult Children

**Summary of Issues:**

The host family is in transition with the au pair as due to a difficult child.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 06/03/2013

**CONFIDENTIAL**        InterExchange0005879

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Nielson

**# of Years Participating in Program:** 2

**Au Pair Name:** Magdalena Freund

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 10/10/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Poor Judgement

**Summary of Issues:**

The host family is in transition with the au pair as the au pair was doing a German language blog about her experience in the US. Also, one of the kids is dyslexic and the family felt the au pair was not firm enough with him.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 11/04/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** O'Brien

**# of Years Participating in Program:** 3

**Au Pair Name:** Elena Antonano Nieto

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 11/15/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Driving Issues

**Summary of Issues:**

Au pair is a very weak driver and was involved in two car accidents
while on duty. The au pair's English level is also lower than the host
family expected.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 12/04/2013

**CONFIDENTIAL**          **InterExchange0005881**

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** O'Looney

**# of Years Participating in Program:** 2

**Au Pair Name:** Kasumi Takahashi

**Placement Number 1**

**Complaint Initiated by:** Host Family      Au Pair      Mutual      |   Date: 12/19/2013

**Reported to the DOS?** Yes      No      |   Date: 12/19/2013

**Description of Issues:** Communication problems

**Summary of Issues:**

Au Pair had difficulty communicating with Host Mother about time on versus time off.

**How it was resolved:**

**Au Pair:** Mediated
**Host Family:** Mediated
**Date:** 12/19/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Ocana

**# of Years Participating in Program:** 2

**Au Pair Name:** Claudia Godoy Pangue

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/28/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Driving Issues

**Summary of Issues:**

   Host family is not confident in the au pair's driving abilities.

**How it was resolved:**

   **Au Pair:** Self Terminated
   **Host Family:** Rematched
   **Date:** 02/23/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Ocana

**# of Years Participating in Program:** 2

**Au Pair Name:** Vasiliki Filippidou

**Placement Number 3**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 07/18/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The host family is in transition with the au pair due to personality differences.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 07/21/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Orrico

**# of Years Participating in Program:** 3

**Au Pair Name:** Piotr Cieslik

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 12/13/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** HF no longer needed AP

**Summary of Issues:**

Not a true transition. The au pair has matched for his extension year
and will go to the family a bit earlier. The host family's new au pair is
also arriving earlier.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 01/08/2014

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Overway

**# of Years Participating in Program:** 1

**Au Pair Name:** Laura da Silva

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 12/09/2013

**Reported to the DOS?** Yes         No

**Description of Issues:** Personal Problems

**Summary of Issues:**

> The au pair will be returning home to attend to family matters in France.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 02/04/2014

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Pavlides

**# of Years Participating in Program:** 9

**Au Pair Name:** Vasiliki Filippidou

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/14/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Difficult Children

**Summary of Issues:**

The host family is in transition with the au pair. The host family feels
the au pair is not managing very active and sometimes difficult children
successfully.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 02/20/2013

**CONFIDENTIAL**                    InterExchange0005887

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Peters

**# of Years Participating in Program:** 7

**Au Pair Name:** Mao Shimomura

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 11/22/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Personal Problems

**Summary of Issues:**

Au pair must return home to take care of her sick parents.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 12/06/2013

**CONFIDENTIAL**                    InterExchange0005888

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Phillips

**# of Years Participating in Program:** 5

**Au Pair Name:** Melissa Corbett

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 05/02/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Homesick

**Summary of Issues:**

AP is homesick and wants to go home.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 05/08/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Piazza

**# of Years Participating in Program:** 1

**Au Pair Name:** Emily Simons

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 11/19/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Medical/health issues

**Summary of Issues:**

   The host family is in transition with the au pair due to au pair's medical
   emergency.

**How it was resolved:**

   **Au Pair:** Sponsor Terminated
   **Host Family:** Rematched
   **Date:** 11/23/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Poehlmann

**# of Years Participating in Program:** 8

**Au Pair Name:** Daele Alvarado Jimenez

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 06/03/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personal Problems

**Summary of Issues:**

The au pair left for her home country to visit her ailing mother. She
decided not to come back to the US since her mother's health
condition is still not good.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 06/03/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Pollard

**# of Years Participating in Program:** 3

**Au Pair Name:** Petra Horackova

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 07/01/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Personality conflict

**Summary of Issues:**

Host family feels that the au pair is not a good fit for their family.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 09/04/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Pollard

**# of Years Participating in Program:** 3

**Au Pair Name:** Nandi Hlatshwayo

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 11/07/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Program not as expected

**Summary of Issues:**

The host family is in transition with the au pair due to different expectations about the program.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 11/24/2013

**CONFIDENTIAL**          **InterExchange0005893**

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Popa

**# of Years Participating in Program:** 1

**Au Pair Name:** Laura van Kasteel

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 09/19/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

The host family is in transition with the AP. The AP seems to need a lot of direction and cannot handle a very active 2 year old well.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 09/29/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Rees

**# of Years Participating in Program:** 7

**Au Pair Name:** Ksenia Strebkova

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/10/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Driving Issues

**Summary of Issues:**

The family is in transition with the au pair due to driving issues. They
would recommend the au pair as they feel she is not neglectful of her
duties.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 01/24/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Rees

**# of Years Participating in Program:** 7

**Au Pair Name:** Diana Campana Dias

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 03/12/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Host Withdrawal

**Summary of Issues:**

Great relationship. The host family is moving overseas for a period of time for an exciting job opportunity.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 03/15/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Reese

**# of Years Participating in Program:** 2

**Au Pair Name:** Eriko Hashimoto

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 05/16/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Communication problems

**Summary of Issues:**

There were on-going communication issues between the au pair and
the host family.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 05/31/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Rios

**# of Years Participating in Program:** 7

**Au Pair Name:** Angela Moreira Marcondes

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 09/06/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Communication problems

**Summary of Issues:**

Scheduling issues, personality conflict, communication issues and child safety concerns.

**How it was resolved:**

**Au Pair:** Sponsor Terminated
**Host Family:** Rematched
**Date:** 10/09/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Rizkalla

**# of Years Participating in Program:** 1

**Au Pair Name:** Anna Morys

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 09/24/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personal Problems

**Summary of Issues:**

   Au pair is returning home to be with her ill father

**How it was resolved:**

   **Au Pair:** Self Terminated
   **Host Family:** Withdrew
   **Date:** 10/05/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Rizzolo-Chiodo

**# of Years Participating in Program:** 3

**Au Pair Name:** Sabina Petrekanic

**Placement Number 1**

**Complaint Initiated by:** Host Family       Au Pair       Mutual       |   Date: 08/15/2013

**Reported to the DOS?** Yes       No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

Problems with childcare. We are sending AP home.

**How it was resolved:**

**Au Pair:** Sponsor Terminated
**Host Family:** Rematched
**Date:** 08/20/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Roberts-McKnight

**# of Years Participating in Program:** 5

**Au Pair Name:** Hannah Geringer

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 03/21/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Program not as expected

**Summary of Issues:**

The au pair has decided to go home due to her different expectations about the program.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 04/21/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Rohatagi

**# of Years Participating in Program:** 1

**Au Pair Name:** Christine Ganas

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 10/03/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Communication problems

**Summary of Issues:**

   The host family is in transition with the au pair due to communications problems.

**How it was resolved:**

   **Au Pair:** Rematched
   **Host Family:** Rematched
   **Date:** 10/21/2013

**CONFIDENTIAL**          **InterExchange0005902**

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Rosen

**# of Years Participating in Program:** 2

**Au Pair Name:** Sanne Kwinten

**Placement Number 1**

**Complaint Initiated by:** Host Family       Au Pair       Mutual       |   Date: 07/03/2013

**Reported to the DOS?** Yes       No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The host family is in transition with the au pair due to a personality
conflict. They do not trust her judgement.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 07/05/2013

---

**CONFIDENTIAL**            InterExchange0005903

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Rosenbaum

**# of Years Participating in Program:** 1

**Au Pair Name:** Luca Smoydzin

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 09/30/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Difficult Children

**Summary of Issues:**

The host family is in transition with the au pair as the au pair is not comfortable with the kids fighting all the time.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 10/18/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Rust

**# of Years Participating in Program:** 10

**Au Pair Name:** Viwanthanee Javana

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 12/30/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** AP is getting married

**Summary of Issues:**

    Au pair decided to end her program early, as she wishes to get
married. InterExchange requested Change of Status documentation.

**How it was resolved:**

    **Au Pair:** Self Terminated
    **Host Family:** Rematched
    **Date:** 01/31/2014

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Sakellarios

**# of Years Participating in Program:** 5

**Au Pair Name:** Priscila Perez Wong

**Placement Number 4**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/14/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Homesick

**Summary of Issues:**

   The au pair is homesick and decided to return home.

**How it was resolved:**

   **Au Pair:** Self Terminated
   **Host Family:** Rematched
   **Date:** 02/20/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Sakellarios

**# of Years Participating in Program:** 5

**Au Pair Name:** Nadezda Izotova

**Placement Number 3**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 06/10/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Not following house rules

**Summary of Issues:**

The host family and the au pair are in transition because there were
too many trust issues, and the host family found the au pair's boyfriend
in the house when he wasn't supposed to be there.

**How it was resolved:**

**Au Pair:** Sponsor Terminated
**Host Family:** Withdrew
**Date:** 08/15/2013

**CONFIDENTIAL**          InterExchange0005907

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Sarma

**# of Years Participating in Program:** 1

**Au Pair Name:** Rezaine Desai

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 05/06/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Communication problems

**Summary of Issues:**

Communications problems between the host mother and au pair.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Sponsor Terminated
**Date:** 05/31/2013

---

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Savin-Cabezas

**# of Years Participating in Program:** 2

**Au Pair Name:** Lidia Tamarit Roda

**Placement Number 1**

**Complaint Initiated by:** Host Family         Au Pair         Mutual         |   Date: 08/12/2013

**Reported to the DOS?** Yes         No

**Description of Issues:** Personality Conflict

**Summary of Issues:**

   The host family is in transition due to a personality conflict.

**How it was resolved:**

   **Au Pair:** Rematched
   **Host Family:** Withdrew
   **Date:** 09/04/2013

---

**CONFIDENTIAL**                    InterExchange0005909

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Schmidt

**# of Years Participating in Program:** 3

**Au Pair Name:** Tamina Muehlmann

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 08/27/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Issues concerning scheduling- time off, vacation, daily routine

**Summary of Issues:**

The host family is in transition because the au pair feels overwhelmed
and overworked.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 09/09/2013

---

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Schultz

**# of Years Participating in Program:** 1

**Au Pair Name:** Kassandra Cordova Balderrama

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 04/03/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Communication problems

**Summary of Issues:**

The host family felt the au pair wanted too much time off and was not interested in spending enough time with them or participating in the family activities.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 04/27/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Sergio

**# of Years Participating in Program:** 4

**Au Pair Name:** Tayvia Fulford

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/03/2013

**Reported to the DOS?** Yes         No

**Description of Issues:** Communication problems

**Summary of Issues:**

    The host family is in transition with the au pair due to communication problems and use of the car.

**How it was resolved:**

    **Au Pair:** Rematched
    **Host Family:** Rematched
    **Date:** 02/20/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Sergio

**# of Years Participating in Program:** 4

**Au Pair Name:** Monica Flores Santoy

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 03/27/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Communication problems

**Summary of Issues:**

   Not strong English, did not bond with the kids.

**How it was resolved:**

   **Au Pair:** Rematched
   **Host Family:** Rematched
   **Date:** 05/06/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Sergio

**# of Years Participating in Program:** 4

**Au Pair Name:** Livia Ricordel

**Placement Number 2**

**Complaint Initiated by:** Host Family      Au Pair      Mutual      |   Date: 07/08/2013

**Reported to the DOS?** Yes      No

**Description of Issues:** Communication problems

**Summary of Issues:**

The host family is in transition with the au pair as the host mother feels the au pair did not bond with the children.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 07/09/2013

**CONFIDENTIAL**            **InterExchange0005914**

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Shaffer

**# of Years Participating in Program:** 8

**Au Pair Name:** Carolina Barragan Salas

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 03/18/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Communication problems

**Summary of Issues:**

Au pair's English is not good enough for the family needs.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 05/31/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Sharma

**# of Years Participating in Program:** 1

**Au Pair Name:** Erica Pillay

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 12/09/2013

**Reported to the DOS?** Yes        No        |   Date: 12/12/2013

**Description of Issues:** Issues concerning behavior and/or inappropriate activity

**Summary of Issues:**

The host family is in transition with the au pair as the host father was inappropriate with the au pair.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Sponsor Terminated
**Date:** 12/14/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Shavelson-Choy

**# of Years Participating in Program:** 3

**Au Pair Name:** Giuliana Disessa Toledo

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 08/13/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personal Problems

**Summary of Issues:**

   The au pair is returning home due to personal reasons.

**How it was resolved:**

   **Au Pair:** Self Terminated
   **Host Family:** Rematched
   **Date:** 08/24/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Shaw

**# of Years Participating in Program:** 2

**Au Pair Name:** Linn Kristine Tislevoll

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 01/31/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The host family is in transition with the au pair because of a personality conflict. The au pair will be returning home and the host family will be withdrawing.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 02/02/2013

**CONFIDENTIAL**                    InterExchange0005918

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Shaya

**# of Years Participating in Program:** 11

**Au Pair Name:** Annemarie Henson

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 09/24/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

   AP left 10 year old in the park unattended. She will be returning home.

**How it was resolved:**

   **Au Pair:** Sponsor Terminated
   **Host Family:** Withdrew
   **Date:** 09/30/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Shin-Sherman

**# of Years Participating in Program:** 1

**Au Pair Name:** Hikari Sato

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 05/31/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The host family and the au pair are in transition because the host family prefers an au pair who has a warmer personality and is more flexible.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 08/11/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Shuker

**# of Years Participating in Program:** 2

**Au Pair Name:** Aafke Ariaans

**Placement Number 1**

**Complaint Initiated by:** Host Family         Au Pair         Mutual         |   Date: 08/20/2013

**Reported to the DOS?** Yes         No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

The au pair will be retuning home due to an exciting opportunity over there.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 09/13/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Shulman

**# of Years Participating in Program:** 1

**Au Pair Name:** Alice Alvarez Mendoza

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 10/28/2013

**Reported to the DOS?** Yes         No

**Description of Issues:** Difficult Children

**Summary of Issues:**

Au pair does not feel comfortable caring for the child due to behavioral issues.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 10/29/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Shupert

**# of Years Participating in Program:** 3

**Au Pair Name:** Marina Tesic

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 02/15/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair decided to end program early

**Summary of Issues:**

The host family is in transition with the au pair because they need an
au pair who would be a self-starter and more energetic.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 04/11/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Simi

**# of Years Participating in Program:** 1

**Au Pair Name:** Janine Solomons

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 12/04/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Program not as expected

**Summary of Issues:**

The host family is in transition with the au pair due to differing expectations about the program. The au pair will be returning home.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 12/09/2013

---

**CONFIDENTIAL**                    InterExchange0005924

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Skinner

**# of Years Participating in Program:** 4

**Au Pair Name:** Makayla Stubbs

**Placement Number 1**

**Complaint Initiated by:** Host Family      Au Pair      Mutual      |   Date: 03/18/2013

**Reported to the DOS?** Yes      No

**Description of Issues:** Personal Problems

**Summary of Issues:**

The au pair and host family are in transition because the au pair's
father is very ill and she wants to return home.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 04/14/2013

---

**CONFIDENTIAL**          InterExchange0005925

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Sorvino

**# of Years Participating in Program:** 4

**Au Pair Name:** Eva-Maria Wintergerst

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 09/26/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Issues concerning scheduling- time off, vacation, daily routine

**Summary of Issues:**

The host family is in transition with the au pair due to differing
expectations and some scheduling issues.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 10/14/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Steckle

**# of Years Participating in Program:** 3

**Au Pair Name:** Lily Gjertsen

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 09/03/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Homesick

**Summary of Issues:**

The host family is in transition with the au pair as the au pair is homesick and decided to return home.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 09/06/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Stewart

**# of Years Participating in Program:** 2

**Au Pair Name:** Fisiwe Maphumulo

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/24/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personal Problems

**Summary of Issues:**

> The HF initiated transition after finding out that the AP is involved in criminal proceedings against her in her home country. The Host mother received emails from someone who's filing charges against the AP.

**How it was resolved:**

> **Au Pair:** Sponsor Terminated
> **Host Family:** Rematched
> **Date:** 02/20/2013

**CONFIDENTIAL**        InterExchange0005928

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Struble

**# of Years Participating in Program:** 3

**Au Pair Name:** Veronika Vesela

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 05/31/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Communication problems

**Summary of Issues:**

The host family is in transition with the au pair due to communication issues. They had differing expectations on childcare, car use and house rules.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 06/01/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Suna

**# of Years Participating in Program:** 2

**Au Pair Name:** Tshepang Mokwele

**Placement Number 2**

**Complaint Initiated by:** Host Family         Au Pair         Mutual         |   Date: 01/03/2013

**Reported to the DOS?** Yes         No

**Description of Issues:** Personal Problems

**Summary of Issues:**

The au pair is going home due to her grandfather's illness.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 01/19/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Swatland

**# of Years Participating in Program:** 9

**Au Pair Name:** Karen Drew

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 03/06/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

The au pair has decided to return home early.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 06/12/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Swatland

**# of Years Participating in Program:** 7

**Au Pair Name:** Theresa Woehling

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 09/17/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant is unwilling to work required time

**Summary of Issues:**

　　The au pair claims that she is overwhelmed with the workload.

**How it was resolved:**

　　**Au Pair:** Self Terminated
　　**Host Family:** Rematched
　　**Date:** 09/27/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Sweeney

**# of Years Participating in Program:** 2

**Au Pair Name:** Camille Pithois

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 04/09/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

AP accepted to business school program that required her to end the program early.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 06/21/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Tainton

**# of Years Participating in Program:** 7

**Au Pair Name:** Nicola Hyslop

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 11/07/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Communication problems

**Summary of Issues:**

   The host family is in transition with the au pair as the au pair did not
   feel included in the family. The family tried to rectify the situation but it
   was too late.

**How it was resolved:**

   **Au Pair:** Rematched
   **Host Family:** Rematched
   **Date:** 11/18/2013

---

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Tamaddon

**# of Years Participating in Program:** 1

**Au Pair Name:** Viviana Granada Ramirez

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |    Date: 12/19/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Au Pair Participant is unwilling to work required time

**Summary of Issues:**

The host family is in transition with the au pair as she feels
overwhelmed by five kids.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 01/19/2014

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Thibert

**# of Years Participating in Program:** 2

**Au Pair Name:** Xuyan Peng

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 02/15/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Program not as expected

**Summary of Issues:**

The host family is in transition with the au pair because of her poor
driving/navigations skills as well as her lack of adjustment skills to the
new environment and the life as an au pair.

**How it was resolved:**

**Au Pair:** Sponsor Terminated
**Host Family:** Rematched
**Date:** 03/20/2013

---

**CONFIDENTIAL**                    InterExchange0005936

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Tigoudar

**# of Years Participating in Program:** 4

**Au Pair Name:** Yliangemari Aguirre de Gracia

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 05/16/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant is not proficient in the spoken English language

**Summary of Issues:**

The host family feels the au pair's English is too weak for their needs.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 06/05/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Tigoudar

**# of Years Participating in Program:** 4

**Au Pair Name:** Anayeli Abrajan Tlahuel

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 07/22/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Medical/health issues

**Summary of Issues:**

The host family and au pair are in transition because the au pair's father is experiencing health issues.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 07/27/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Tissot

**# of Years Participating in Program:** 2

**Au Pair Name:** Jessica Bower

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 08/01/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

The host family is in transition with the au pair as she au pair wants to return home.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 08/31/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Trego

**# of Years Participating in Program:** 8

**Au Pair Name:** Mai Nomichi

**Placement Number 2**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 09/17/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Driving Issues

**Summary of Issues:**

The host family is in transition with the au pair as they feel that the au pair's driving is strong enough for their needs.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 10/20/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Vaccaro

**# of Years Participating in Program:** 8

**Au Pair Name:** Andrea Gallegos Ibarra

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 07/23/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Host Withdrawal

**Summary of Issues:**

    The host family is in transition with the au pair since they are withdrawing from the program.

**How it was resolved:**

    **Au Pair:** Rematched
    **Host Family:** Withdrew
    **Date:** 08/15/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Van De Voort-Perez

**# of Years Participating in Program:** 8

**Au Pair Name:** Mai Nomichi

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 05/20/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Host Withdrawal

**Summary of Issues:**

HF decided to withdraw from the program due to an upcoming divorce.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 07/01/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** van der Veen

**# of Years Participating in Program:** 1

**Au Pair Name:** Mbali Mzobe

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 06/25/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Difficult Children

**Summary of Issues:**

The host family is in transition with the au pair. There was an incident during which the au pair felt threatened by the family's 14 year old son who is special needs. The family will be withdrawing from the program.

**How it was resolved:**

**Au Pair:** Sponsor Terminated
**Host Family:** Withdrew
**Date:** 08/01/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** van Heukelum

**# of Years Participating in Program:** 2

**Au Pair Name:** Myrte Reininga

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 04/23/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Homesick

**Summary of Issues:**

The au pair is homesick and wants to go home.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 05/03/2013

**CONFIDENTIAL**                    InterExchange0005944

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Vardy Stearn

**# of Years Participating in Program:** 6

**Au Pair Name:** Jasna Boschker

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 12/12/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

The host family is in transition with the au pair as they feel the au pair
does not take enough initiative.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 12/21/2013

---

**CONFIDENTIAL**                    InterExchange0005945

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Vascellaro

**# of Years Participating in Program:** 1

**Au Pair Name:** Gala Cabrera Font

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 10/09/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The host family is in transition with the au pair due to driving issues
and a personality conflict.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 10/27/2013

**CONFIDENTIAL**          InterExchange0005946

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Vazquez

**# of Years Participating in Program:** 2

**Au Pair Name:** Karla Molina Bravo

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/21/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personal Problems

**Summary of Issues:**

The au pair thinks the program is not for her, she is homesick and wants to return home.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 02/20/2013

**CONFIDENTIAL**              InterExchange0005947

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Vazquez

**# of Years Participating in Program:** 2

**Au Pair Name:** Vivian Mendez Martinez

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 09/04/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

The au pair decided to return home for an internship opportunity.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 09/04/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Victorino

**# of Years Participating in Program:** 2

**Au Pair Name:** Iryna Sharlaieva

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/14/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** HF no longer needed AP

**Summary of Issues:**

    Host Family no longer requires an au pair.

**How it was resolved:**

    **Au Pair:** Self Terminated
    **Host Family:** Withdrew
    **Date:** 02/18/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Villani

**# of Years Participating in Program:** 2

**Au Pair Name:** Ghaya Hachani

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 03/04/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Communication problems

**Summary of Issues:**

Independent au pair who needs use of a car during her off time.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 03/31/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Walther

**# of Years Participating in Program:** 1

**Au Pair Name:** Angelica Arango Borrero

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 12/06/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The host family is in transition with the au pair due to a personality conflict. They would recommend the au pair.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Rematched
**Date:** 01/19/2014

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Warren

**# of Years Participating in Program:** 4

**Au Pair Name:** Stacey Zog

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 02/11/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** AP quit with no explanation

**Summary of Issues:**

The host family came home from the funeral from out of town and found the au pair and her belongings missing. She quit without any explanation and moved in with a friend.

**How it was resolved:**

**Au Pair:** Sponsor Terminated
**Host Family:** Rematched
**Date:** 04/01/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Watson/Keyes

**# of Years Participating in Program:** 3

**Au Pair Name:** Franziska Schug

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 01/03/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personality conflict

**Summary of Issues:**

> The host family is in transition with the au pair due to a personality conflict. The host family feels she has been disrespectful towards them and negligent towards her duties as an au pair.

**How it was resolved:**

> **Au Pair:** Self Terminated
> **Host Family:** Rematched
> **Date:** 01/06/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Weaver

**# of Years Participating in Program:** 1

**Au Pair Name:** Alisa Ibragimova

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 05/08/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Host Withdrawal

**Summary of Issues:**

The family has decided to withdraw from the program as the host father lost his job.

**How it was resolved:**

**Au Pair:** Rematched
**Host Family:** Withdrew
**Date:** 05/20/2013

**CONFIDENTIAL**          InterExchange0005954

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Weiner

**# of Years Participating in Program:** 1

**Au Pair Name:** Madibe Molatudi

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 12/16/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Driving Issues

**Summary of Issues:**

   The host family is in transition with the au pair due to the au pair's poor
   driving abilities.

**How it was resolved:**

   **Au Pair:** Self Terminated
   **Host Family:** Rematched
   **Date:** 01/03/2014

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Weissensee

**# of Years Participating in Program:** 2

**Au Pair Name:** Paulina Wieczorek

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 07/10/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair decided to end program early

**Summary of Issues:**

The host family is in transition with the au pair as the au pair decided to return home early. The family will be withdrawing from the program. It is a mutual decision.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 07/10/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Widner

**# of Years Participating in Program:** 1

**Au Pair Name:** Christine Ganas

**Placement Number 2**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 12/02/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** School/Job back in home country

**Summary of Issues:**

The au pair will be returning home.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** On Hold
**Date:** 12/10/2013

---

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Willis-Rougny

**# of Years Participating in Program:** 3

**Au Pair Name:** Melissa Bouclon

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 03/13/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personality conflict

**Summary of Issues:**

Au pair was caught in the middle of marital dispute.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 03/14/2013

---

**CONFIDENTIAL**                    InterExchange0005958

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Yau

**# of Years Participating in Program:** 2

**Au Pair Name:** Karine Higashi

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 01/03/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** AP quit with no explanation

**Summary of Issues:**

   The au pair decided to go home and quit without explanation.

**How it was resolved:**

   **Au Pair:** Self Terminated
   **Host Family:** Rematched
   **Date:** 02/20/2013

---

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Yerkin

**# of Years Participating in Program:** 1

**Au Pair Name:** Kerri Alexander

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 10/14/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Au Pair Participant provides inadequate childcare

**Summary of Issues:**

The host family is in transition with the au pair as their 22-month old little girl sustained second degree burns while in au pair's care. It was an accident, the mother was in the kitchen. I spoke with the AP and she said that she is ADD and while being in high school she was on low dosage of ADD medication. She claims she has been off of that medication for two years now.

**How it was resolved:**

**Au Pair:** Sponsor Terminated
**Host Family:** Withdrew
**Date:** 10/18/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Yoda-Chambless

**# of Years Participating in Program:** 5

**Au Pair Name:** Kadimo Thakadu

**Placement Number 1**

**Complaint Initiated by:** Host Family          Au Pair          Mutual          |   Date: 01/04/2013

**Reported to the DOS?** Yes          No

**Description of Issues:** Personality conflict

**Summary of Issues:**

The au pair was not happy that her room was used as a coat room at the Christmas party.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Withdrew
**Date:** 01/09/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Youngson

**# of Years Participating in Program:** 1

**Au Pair Name:** Klaudia Penter

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 05/29/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Host Withdrawal

**Summary of Issues:**

   The host family is withdrawing from the program. They have no
   complaints about the au pair's childcare skills.

**How it was resolved:**

   **Au Pair:** Rematched
   **Host Family:** Withdrew
   **Date:** 06/17/2013

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Zawadzki

**# of Years Participating in Program:** 2

**Au Pair Name:** Sandra Kardach

**Placement Number 1**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 03/13/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Personal Problems

**Summary of Issues:**

Au pair had a death in the family. She is sad and depressed and wants
to go home.

**How it was resolved:**

**Au Pair:** Self Terminated
**Host Family:** Rematched
**Date:** 03/20/2013

**CONFIDENTIAL**            InterExchange0005963

Exhibit 1

# Summation of Complaints

*ALL Complaints Should be Included in the Summation*

Suggested format - to be used by ALL Sponsors

**Host Family Name:** Zawadzki

**# of Years Participating in Program:** 2

**Au Pair Name:** Iwona Jankowska

**Placement Number 2**

**Complaint Initiated by:** Host Family        Au Pair        Mutual        |   Date: 07/12/2013

**Reported to the DOS?** Yes        No

**Description of Issues:** Host Withdrawal

**Summary of Issues:**

   The host family wanted to extend with the au pair but she declined.
   The host family will be withdrawing from the program.

**How it was resolved:**

   **Au Pair:** Rematched
   **Host Family:** Withdrew
   **Date:** 07/21/2013

Exhibit #2

## AP Satisfaction Report Audit 2013
**Last Printed: 06/13/2014**

### 1. Overall, how would you rate your experience in the InterExchange Au Pair USA Program?

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Excellent | | 42 | 23% |
| 2 | Very Good | | 90 | 49% |
| 3 | Good | | 42 | 23% |
| 4 | Fair | | 6 | 3% |
| 5 | Poor | | 5 | 3% |
| | Total | | 185 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 5 |
| Mean | 2.15 |
| Variance | 0.81 |
| Standard Deviation | 0.90 |
| Total Responses | 185 |

### 2. How would you rate your home country agency and its staff?

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Excellent | | 79 | 43% |
| 2 | Very Good | | 45 | 24% |
| 3 | Good | | 49 | 26% |
| 4 | Fair | | 7 | 4% |
| 5 | Poor | | 5 | 3% |
| | Total | | 185 | 100% |

**CONFIDENTIAL**                    InterExchange0005965

| Statistic | Value |
|---|---|
| Min Value | 1 |
| Max Value | 5 |
| Mean | 1.99 |
| Variance | 1.09 |
| Standard Deviation | 1.05 |
| Total Responses | 185 |

### 3. How would you rate the quality of the Orientation and Training Program in New York City?

| # | Answer | | Response | % |
|---|---|---|---|---|
| 1 | Excellent | | 64 | 35% |
| 2 | Very Good | | 87 | 47% |
| 3 | Good | | 28 | 15% |
| 4 | Fair | | 5 | 3% |
| 5 | Poor | | 1 | 1% |
| | Total | | 185 | 100% |

| Statistic | Value |
|---|---|
| Min Value | 1 |
| Max Value | 5 |
| Mean | 1.88 |
| Variance | 0.64 |
| Standard Deviation | 0.80 |
| Total Responses | 185 |

**CONFIDENTIAL**

InterExchange0005966

**4.  How would you rate the communication and program materials you received from the New York office of InterExchange Au Pair USA?**

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Excellent | | 51 | 28% |
| 2 | Very Good | | 83 | 45% |
| 3 | Good | | 46 | 25% |
| 4 | Fair | | 4 | 2% |
| 5 | Poor | | 1 | 1% |
| | Total | | 185 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 5 |
| Mean | 2.03 |
| Variance | 0.66 |
| Standard Deviation | 0.81 |
| Total Responses | 185 |

**5.  Would you recommend our program to your friends back home?**

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Yes. Why? | | 172 | 93% |
| 2 | No. Why not? | | 13 | 7% |
| | Total | | 185 | 100% |

**CONFIDENTIAL**

InterExchange0005967

| Statistic | Value |
|---|---|
| Min Value | 1 |
| Max Value | 2 |
| Mean | 1.07 |
| Variance | 0.07 |
| Standard Deviation | 0.26 |
| Total Responses | 185 |

## 6.  Overall, how satisfied are you with the the support you receive from your Local Coordinator?

| # | Answer | | Response | % |
|---|---|---|---|---|
| 1 | Excellent | | 68 | 37% |
| 2 | Very Good | | 61 | 33% |
| 3 | Good | | 32 | 17% |
| 4 | Fair | | 15 | 8% |
| 5 | Poor | | 9 | 5% |
| | Total | | 185 | 100% |

| Statistic | Value |
|---|---|
| Min Value | 1 |
| Max Value | 5 |
| Mean | 2.11 |
| Variance | 1.30 |
| Standard Deviation | 1.14 |
| Total Responses | 185 |

**CONFIDENTIAL**                    InterExchange0005968

**7.  Rate the following items according to your level of satisfaction with them during the program.**

| # | Question | Excellent | Very Good | Good | Fair | Poor | Total Responses | Mean |
|---|----------|-----------|-----------|------|------|------|-----------------|------|
| 1 | Relationship with host family | 82 | 59 | 29 | 7 | 8 | 185 | 1.92 |
| 2 | New friends | 87 | 62 | 25 | 9 | 2 | 185 | 1.79 |
| 3 | Working with children | 66 | 74 | 38 | 5 | 2 | 185 | 1.94 |
| 4 | Taking classes | 53 | 46 | 54 | 18 | 11 | 182 | 2.38 |
| 5 | Learning about American culture | 76 | 62 | 41 | 2 | 3 | 184 | 1.88 |
| 6 | Improving my English | 81 | 57 | 36 | 6 | 3 | 183 | 1.87 |
| 7 | Other | 6 | 4 | 0 | 0 | 4 | 14 | 2.43 |

| Other |
|-------|
| Traveling |
| Earning money |
| na |
| travelling |
| Living abroad by myself |
| Meeting Americans |
| Know new places |
| Traveling |

**CONFIDENTIAL**

InterExchange0005969

| Statistic | Relationship with host family | New friends | Working with children | Taking classes | Learning about American culture | Improving my English | Other |
|---|---|---|---|---|---|---|---|
| Min Value | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Max Value | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Mean | 1.92 | 1.79 | 1.94 | 2.38 | 1.88 | 1.87 | 2.43 |
| Variance | 1.14 | 0.86 | 0.77 | 1.39 | 0.82 | 0.91 | 3.03 |
| Standard Deviation | 1.07 | 0.93 | 0.88 | 1.18 | 0.90 | 0.95 | 1.74 |
| Total Responses | 185 | 185 | 185 | 182 | 184 | 183 | 14 |

## 8.  Please rate your interactions with the InterExchange Au Pair USA staff.

| # | Question | Excellent | Very Good | Good | Fair | Poor | Total Responses | Mean |
|---|---|---|---|---|---|---|---|---|
| 1 | Understanding of your needs | 47 | 69 | 56 | 11 | 2 | 185 | 2.20 |
| 2 | Knowledgeable about the program | 68 | 71 | 40 | 5 | 1 | 185 | 1.92 |
| 3 | Courteous and helpful | 65 | 59 | 48 | 12 | 1 | 185 | 2.05 |
| 5 | Responded within 24 hours | 67 | 59 | 47 | 10 | 2 | 185 | 2.03 |
| 6 | Problem solving ability | 55 | 66 | 49 | 9 | 6 | 185 | 2.16 |

**CONFIDENTIAL**                    **InterExchange0005970**

| Statistic | Understanding of your needs | Knowledgeable about the program | Courteous and helpful | Responded within 24 hours | Problem solving ability |
|---|---|---|---|---|---|
| Min Value | 1 | 1 | 1 | 1 | 1 |
| Max Value | 5 | 5 | 5 | 5 | 5 |
| Mean | 2.20 | 1.92 | 2.05 | 2.03 | 2.16 |
| Variance | 0.86 | 0.74 | 0.92 | 0.93 | 1.03 |
| Standard Deviation | 0.93 | 0.86 | 0.96 | 0.97 | 1.01 |
| Total Responses | 185 | 185 | 185 | 185 | 185 |

**CONFIDENTIAL**

**InterExchange0005971**

## 9.  What additional information can InterExchange provide to better prepare you for your work as an au pair and improve the experience for future au pairs?

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | More detailed handbooks and materials. Please share details. | | 10 | 5% |
| 2 | Better child care-related information. Please share details. | | 18 | 10% |
| 3 | Better orientation for living in the U.S. Please share details. | | 32 | 17% |
| 4 | Other. Please specify. | | 21 | 11% |
| 5 | None. | | 123 | 66% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 5 |
| Total Responses | 185 |

**CONFIDENTIAL**

InterExchange0005972

**10.  Which of the following information sources was the most influential in your selecting the InterExchange Au Pair USA program?**

| # | Answer | | Response | % |
|---|--------|--|----------|---|
| 1 | The InterExchange Au Pair USA website | | 13 | 7% |
| 2 | My home country agency | | 132 | 71% |
| 3 | Friend or family member | | 18 | 10% |
| 4 | General online search for au pair agencies | | 13 | 7% |
| 5 | Advertising in my home country (please specify) | | 0 | 0% |
| 7 | Information provided at my university | | 0 | 0% |
| 6 | Other (please specify) | | 9 | 5% |
| | Total | | 185 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 6 |
| Mean | 2.36 |
| Variance | 1.10 |
| Standard Deviation | 1.05 |
| Total Responses | 185 |

**CONFIDENTIAL**                                    InterExchange0005973

**11.  How important were the following factors in your decision to join the program?**

| # | Question | Very important | Important | Not Important | Total Responses | Mean |
|---|----------|----------------|-----------|---------------|-----------------|------|
| 1 | Earning money | 38 | 102 | 45 | 185 | 2.28 |
| 2 | Experience of living in the U.S. | 161 | 22 | 2 | 185 | 1.15 |
| 3 | Security of living with a family | 91 | 86 | 8 | 185 | 1.59 |
| 4 | Gaining experience working with children | 65 | 86 | 34 | 185 | 2.02 |
| 5 | Cultural learning opportunities | 142 | 41 | 2 | 185 | 1.25 |
| 6 | Academic learning opportunities | 84 | 65 | 36 | 185 | 1.94 |
| 7 | Improving my English skills | 133 | 24 | 28 | 185 | 1.58 |
| 8 | Local support person (Local Coordinator) | 40 | 97 | 48 | 185 | 2.30 |
| 9 | InterExchange - favorable reputation and history | 28 | 100 | 57 | 185 | 2.46 |

**CONFIDENTIAL**

InterExchange0005974

| Statistic | Earning money | Experience of living in the U.S. | Security of living with a family | Gaining experience working with children | Cultural learning opportunities | Academic learning opportunities | Improving my English skills | Local support person (Local Coordinator) | InterExchange - favorable reputation and history |
|---|---|---|---|---|---|---|---|---|---|
| Min Value | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Max Value | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Mean | 2.28 | 1.15 | 1.59 | 2.02 | 1.25 | 1.94 | 1.58 | 2.30 | 2.46 |
| Variance | 1.11 | 0.19 | 0.50 | 1.09 | 0.26 | 1.23 | 1.16 | 1.17 | 1.17 |
| Standard Deviation | 1.05 | 0.44 | 0.71 | 1.05 | 0.51 | 1.11 | 1.08 | 1.08 | 1.08 |
| Total Responses | 185 | 185 | 185 | 185 | 185 | 185 | 185 | 185 | 185 |

**CONFIDENTIAL**                    **InterExchange0005975**

## 12.  Rate your interactions with your Local Coordinator.

| # | Question | Excellent | Very Good | Good | Fair | Poor | Total Responses | Mean |
|---|----------|-----------|-----------|------|------|------|-----------------|------|
| 1 | Understanding of your needs | 76 | 51 | 37 | 16 | 5 | 185 | 2.04 |
| 2 | Knowledgeable about the program | 80 | 54 | 35 | 12 | 4 | 185 | 1.95 |
| 3 | Courteous and helpful | 89 | 47 | 31 | 14 | 4 | 185 | 1.90 |
| 5 | Responded to questions within 24 hours | 93 | 42 | 30 | 13 | 7 | 185 | 1.91 |
| 6 | Helped me solve problems | 77 | 50 | 33 | 17 | 8 | 185 | 2.08 |
| 7 | Helped me adapt to American culture | 71 | 46 | 41 | 16 | 11 | 185 | 2.19 |
| 8 | Coordinated opportunities to learn about my local community | 67 | 46 | 41 | 17 | 14 | 185 | 2.27 |

**CONFIDENTIAL**

**InterExchange0005976**

| Statistic | Understanding of your needs | Knowledgeable about the program | Courteous and helpful | Responded to questions within 24 hours | Helped me solve problems | Helped me adapt to American culture | Coordinated opportunities to learn about my local community |
|---|---|---|---|---|---|---|---|
| Min Value | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Max Value | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Mean | 2.04 | 1.95 | 1.90 | 1.91 | 2.08 | 2.19 | 2.27 |
| Variance | 1.20 | 1.08 | 1.14 | 1.29 | 1.35 | 1.46 | 1.57 |
| Standard Deviation | 1.10 | 1.04 | 1.07 | 1.13 | 1.16 | 1.21 | 1.25 |
| Total Responses | 185 | 185 | 185 | 185 | 185 | 185 | 185 |

## 13.  Did you travel in the U.S. during your program?

| # | Answer | | Response | % |
|---|---|---|---|---|
| 1 | Yes. Please list cities and states | | 158 | 87% |
| 2 | No | | 24 | 13% |
| | Total | | 182 | 100% |

**CONFIDENTIAL**

**InterExchange0005977**

| Yes. Please list cities and states |
| --- |
| Indiana, Philadelphie, Florida, Annapolis |
| Chicago. Cinncinati, New York |
| New York and Boston |
| NYC, Washington D.C. |
| Orlando, Florida |
| Florida, Massachusetts, Pennsylvania, Louisiana, California, New York |
| Boston, Chicago , Baltimore , Las Vegas and california |
| Yes everywhere i could |
| Philadelphia, Virginia, Washington DC, Connecticut, Maryland |
| Boston, MA. Washington DC. Baltimore, ML. Philadelphia, Pensilvania. NYC, NY. Niagara Falls, NY. |
| Seattle,Washington |
| Washington, Philadelphia, San Francisco, New York, Boston |
| Statesville, NC |
| cape cod, MA ; niagara falls, canada ; chicago, IL |
| NY, NJ, MA, PA, FL, GA, CA, AR and NV |
| Idaho(Boise), Oregon (Portland), California (LA), Texas (Dallas),  Hawaii (Kauai) |
| Washington, DC; New Orleans, New York, Atlantic city, Baton Rouge |
| Boston |
| Chicago, illinois, Miami, Florida |
| NYC AND Georgia |
| New York, Philadelphia, myrtle beach |
| Orlando, Mianm and Temple Hill, Maryland |
| Mexico, Peru, Toronto, San Francisco, Baltimore, Philadeplhia |
| Washghton, Boston |
| Durham, nc/ nyc/ ... To be continued |
| Florida, North Carolina |
| FL, PA, NY, NJ, MA, NC... |
| Boston, Washington, Asheville, Charlotte |
| Washington DC, Boston, New Jersey |
| WASHINGTON D.C. |
| St. Lauderdale, Asheville, Boston, Canada |
| Tampa, Orlando, Miami in Florida, Long Island, New Jersey |

**CONFIDENTIAL**                    InterExchange0005978

Boston MA, New York NY
Niagara Falls (NY), Seattle (Washington), Wisconsin Dells (Wisconsin), Miami (Florida), Washington D.C.
Boston, Washington DC, Atlantic City, Mount Snow, New Hampshire, Bahamas, Belgium, London
New York, Williamsburg, Philildelphia
wisconsin, madison;milwaukee; Oconomovok, Arizona, Phoenix
Massachusetts, New Hampshire, Rhode Island, New York, California
San Francisco, Los Angeles, San Diego, Las Vegas, Phoenix
Las Vegas, LA, Florida etc
New York, Chicago, Washington DC, Florida, Ohio
New York City, Washington DC, New Jersey
Los Angels, California
miami, washington dc, boston, philadelphia, baltimore, florida, south carolina, maryland
Philadelphia, Amish town (Pennsylvania), Niagara Falls, Boston, California (Los Angeles), Las Vegas, the Grand Canyon, Connecticut, New Jersey, Washington DC, Maryland, Virginia
Denver, Vegas, Boston, NYC, Miami, Philadelphia
SF, LA, LV, Boston, NYC, Baltimore, Philadelphia, D.C., Miami, Orlando
Montreal (Canada), Miami FL, Chicago IL, Niagara Falls, Boston MA, Washington DC, Philadelphia, Baltimore
Boston, MA; Miami, FL; Washington D.C., Philadelphia, PA
San Francisco, Los Angeles, New Hampshire, New Jersey, Connecticut, New York City
Washington DC, Philadelphia, Tronto - Canada, Niagara Falls - Canada, San Fransisco, New Orleans, Montreal - classes Canada, Bermuda,
NY, Washington, New Hampshire, Vermont, Altanta, Memphis, Miami, California, Hawaii
Philadephia, Washington DC,Los Angeles, New Orleans, Houston, Austin, Fort Worth
San Diego, Chicago
washington DC, Atlanta GA, new orleans Louisiana, Chicago Illinois, Miami FL, Myrtle beach North carolina
San Francisco, CA ; Somewhere in INDIANA: Orlando/Celebration, FLORIDA; Chicago, ILLINOIS
Los Angeles, California; Indianapolis, Indiana; New York City, New York
Washington D.C, Boston
New York and Washington

**CONFIDENTIAL**

InterExchange0005979

Philadelphia, San Francisco, Los Angeles, Seattle
Alaska, Nevada
Atlantic City, Washington DC, several cities in Canada
Washington, Miami beach, Atlantic City, Boston, New York
nyc nc stl
Montreal, New York. Boston
New York and Washington DC and I have a holiday in California planned.
Muai, Hawaii - Sandiego & San Francisco, CA - Boston, MA - Washington, D.C.
New Orleans, Florida.
miami(FL), Key West (FL), NYC, Boston(MA), Washington DC, Philadelphia(PEN), State college (PEN), Gettysburg (PE), Outer banks(NC)...
Tennese, Winsconsin, California
portland, san francisco, new york, philadelphia, dc, virgina
Washington DC and Toronto ON
Detroit, Chicago, Wilmington NC, San Francisco, Las Vegas, Los Angeles, Santa Monica, Route 66, Yosemite Park, Grand Canyon Park, Havasu Lake, Death Valley, Washingtong DC, Asheville NC, New York, New Jersey, Boston
Not yet but I will be, not sure yet, only been here 6 months
Los Angeles - California
Rhode Island, New York (Manhattan), California (LA, San Francisco, San Diego), Washington DC, Virginia, Massachusetts (Boston), Nevada (Las Vegas)
Washington DC, Oregon,  Georgia
florida, bahamas, tennesse
Boston,MA: New Orleans, LA
San Francisco, CA; New York City, NY; Niagara Falls, NY; Atlantic city, NJ
Boston Wilmington in NC Washington Niagara Falls Miami NYC
New York, NY; Palm Harbor, FL; Milwaukee, WI; Sneads Ferry, NC; Greenville, SC;
Boston MA, New York/ New Paltz NY, Philadelphia PA, Washington DC, Orlando/ Miami/ Key West FL, Los Angels/ San Diego/ San Francisco CA, Las Vegas NV, Grand Canyon AZ.
New york, Washington, California, Nevada, LA
Washington,DC. Los Angeles, California.
Niagara Falls, Boston, Washington DC, Chicago, Atlantic City, Miami, Key West, San Diego, Los Angeles, San Francisco, Nevada, Maine
Boston MA, Washington DC, Niagara Falls NY, Miami FL

**CONFIDENTIAL**                    InterExchange0005980

Orlando, Florida; Mexico; travel month: 21 days southern sun (trek America)
Boston, Miami, Hamptons, Vermont, New Jersey
Disneyworld, Chicago, Washington, Niagara falls, Boston, Atlanta, Asheville
Los Angeles, CA; Las Vegas, NV; Grand Canyon, AZ
NYC, Virginia, Connecticut, Rhode Island, Boston (MA), Vermont, New Hampshire, Philadelphia and Washington DC
Florida, LA, Las Vegas, Atlantic city, Chicago, Vermont
Atlanta, Indiana
Philadelphia, PA, Virginia (multiple) Delaware (Multiple) Okemo, VT, New York, NY Baltimore, Miami (Florida)
San Francisco, CA New York, NY, Philadelphia, PA Atlantic City, NJ
New york, st. Croix, Marthas Vineyard, Boston, Chicago, LA, Philly, Washington
Philadelphia, Pennsylvania
San Francisco, Philadelphia, Washington DC, New Hampshire, New York , New Jersy

| Statistic | Value |
|---|---|
| Min Value | 1 |
| Max Value | 2 |
| Mean | 1.13 |
| Variance | 0.12 |
| Standard Deviation | 0.34 |
| Total Responses | 182 |

**CONFIDENTIAL**

InterExchange0005981

**14.  Please rate your experience with the cultural exchange aspects of the program.**

| # | Question | Strongly Agree | Agree | Neither Agree nor Disagree | Disagree | Strongly Disagree | Total Responses | Mean |
|---|----------|----------------|-------|----------------------------|----------|-------------------|-----------------|------|
| 1 | I gained a greater appreciation for U.S. culture during my program | 63 | 90 | 25 | 4 | 1 | 183 | 1.85 |
| 2 | I was able to share my culture with others during my program | 73 | 91 | 17 | 2 | 0 | 183 | 1.72 |
| 3 | After this experience, I am more likely to encourage others to participate in cultural exchange programs | 88 | 76 | 16 | 2 | 1 | 183 | 1.64 |
| 4 | I am more likely to visit other countries because of | 97 | 59 | 18 | 7 | 2 | 183 | 1.68 |

CONFIDENTIAL

InterExchange0005982

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5 | this experience I felt supported by the U.S. government throughout my program | 34 | 75 | 58 | 11 | 4 | 182 | 2.32 |
| 6 | I am likely to maintain friendships with Americans I met during the program | 77 | 72 | 25 | 8 | 1 | 183 | 1.82 |

**CONFIDENTIAL**

**InterExchange0005983**

| Statistic | I gained a greater appreciation for U.S. culture during my program | I was able to share my culture with others during my program | After this experience, I am more likely to encourage others to participate in cultural exchange programs | I am more likely to visit other countries because of this experience | I felt supported by the U.S. government throughout my program | I am likely to maintain friendships with Americans I met during the program |
|---|---|---|---|---|---|---|
| Min Value | 1 | 1 | 1 | 1 | 1 | 1 |
| Max Value | 5 | 4 | 5 | 5 | 5 | 5 |
| Mean | 1.85 | 1.72 | 1.64 | 1.68 | 2.32 | 1.82 |
| Variance | 0.60 | 0.46 | 0.54 | 0.78 | 0.85 | 0.75 |
| Standard Deviation | 0.77 | 0.68 | 0.73 | 0.88 | 0.92 | 0.87 |
| Total Responses | 183 | 183 | 183 | 183 | 182 | 183 |

**CONFIDENTIAL**

**InterExchange0005984**

## 15.  What did you learn about American culture during your program?

**Text Response**

History, food, tradition

On Presidents' Day I went to George Washington's mansion, which was very interesting and cultural knowing what happened in that time range, also quite a few museums I visited where about American history I went in Washington, D.C.

They're easy going, they waste a lot of food, the United States was built by immigrants, they love their country with passion, it's very well structured.

Freedom

American people are friendly, and helpful. They like watching sports, and celebrate together holidays like Halloween, thanksgiving, st Patrick's day. We can eat food from a lot of different countries, and we can eat really good food.

They are diferent but really interesting

A lot

Everything! Love the people and the way they celebrate their holidays!

It's not quite like it is portrayed on TV and in movies. The people Are very friendly and love celebrating holidays.

My experience about American culture is really impressive. I learned that Americans are very open to people from other parts of the world, they are very helpful and really attached to tradition. American culture is much different in every state and people take care about it.

Everything is different from what I was used to. American people are really careful at spending time with the family. They know when to stop working and dedicate time to their children. Besides they have an au pair to help them with the kids they know how to split up their time to make the kids know that nothing is more important than family. I also learnt how important is the discipline and  working hard to get something they want or need. American culture is about diversity, equality, sharing, acceptance, advancing and improving every day. I learnt I need to be consistent and always to be impeccable on what I am doing following the rules and respect everybody's work around me.

everybody is using a car

Children education is completely different

A lot of things.

the USA have a lot of interesting and unusual for europians holidays such as Thanks giving day, Halloween, St Patricks day, Mardi Gras etc. Different states have their own traditions, food and

CONFIDENTIAL                                     InterExchange0005985

culture depending on the historical aspect of the settlement of the local people. This is also is the reason for some places resemble some European ones, for example French quarter in Nola.

family culture in U.S

yes

I learned a lot about the military, due to great friends.

-

That there ´s a big difference between how do people behave here, how do they treat their kids and organized their lifes

About the holidays, the politics, how is the people what they problems are, the spirit of be a nation, the important of veterans

I knew a lot because of exchange students in my home family

workaholics

This is the culture of great oportunities, contrast, fast and ad food and consumism.

Americans are very strong opinionated people - in a good way.

Not all the things that you see in the movies is right! :)

History about DC and Niagara Falls, American meals, American vacation, Thanksgiving.

They are welcoming and like to do so many activities.

They love junk food, are loud, pushing kids to learn a lot, drive also the smallest distance with the car. I saw a lot of old 'classic' movies, learned that they are crazy about sports and that they love to decorate everything and everywhere for any occasion. PARADES! I learned about the 'American Dream'. Fahrenheit, Miles, Feet, Inches, Ounzes...

Food

People are friendly, drivers are fast and not that great, health system sucks, big country with so much to see and do, always say bless you after you sneeze, they cant tell the difference between a NZ and australian accent

People's behaviour, hobbies, routines, food...

Food, Thanksgiving, American football, driving, history and monuments, hanuka, school programs and neighborhood life and charity...

i learned how different the amreican culture is compared to my own. not in any bad way, just different. for example the food and just basic things and opinions.

I learned a lot about American holidays and traditional food. I had oportunity to celebrate 4th of July or Thanksgiving.

I learned about Holidays, meals, music, how they live. how they think about different stuff in this

**CONFIDENTIAL**

InterExchange0005986

world. For short I learned so many things about the culture in this country.

noThing

The people here are so much different.

Americans are super friendly , open-minded and funny people.  I made a lot of friends and never had any problems.

there love for grills, football, Icehockey and open minds. my family made me feel welcome from the first minute I arrived and I am still in touch witch them. Americans love to learn about other peoples culture, drive like assholes, kids are spoiled, they are workaholics and have great food. also there is a big amount of history that you can learn on every streetcorner.

I noticed how friendly and openminded most of the Americans are and got to celebrate their holidays such as Thanksgiving, Halloween, Haneka and Christmas. I was and still am part of the best host family you can imagine and am looking forward to all the things that are yet to come.

The american culture is very conservative compared to my own. We grow up very independent so we start earlier with meeting friends on our own, taking a bus to the town to meet. Boyfriends are not that big of a deal. Aslo religion is a very special topic where you have to be careful to talk about.

A lot of new things

I did not learn much about American culture but more about jewish culture. My first host family was very religious, they kept kosher in the house and attended services and celebrated every jewish holiday. It was great to experience that. My recent host family is jewish, too, but they don't practice it as much. I learned about Hanukkah and the special kind of services and visits when somebody dies.   Regarding American culture I think that they are not as modern and advanced in everything as it seems in Europe. I never stayed with an American family how you would imagine them so I can't really tell.   The only thing I realized in my host family is how important sports are especially in high school. That's very different from Germany where we play sports in clubs and don't have so much competition in school.

How they celebrate Thanksgiving and halloween, also christmas. What it´s like to be at a festival.

I learned about the government.

It's different from what I thought it would be.

They are not as loving and welcoming as Latin culture

Nothing new.

It gave me a real insight of the culture

**CONFIDENTIAL**

InterExchange0005987

When in europe, america appeared as topic of a conversation, I was the first in order to shut people that has not had an experience in the country. But now I get it. After having lived in 6 different countries, I can say that this is one of the countries more worst  in the world. It's really contradictory, sad, violent and unhealthy place to live. I learn that is better places where to live

Everything is bigger and Amercians think they are the best and you can't discuss about that

A lot! The American culture it's a very strong culture. They believe in themselves to make their dreams come true, that is what inspired me the most.

Similar to my home country but I feel Americans work more and concentrate far too much on their work that they feel stressed at home.

To be independent and very patient.

Americans are very friendly people who are alway helpful in every situation. Everything is bigger, especially the food. They drive the car everywhere, walking ore biking is not very common.

There are certain aspects of the American culture that the world doesn't know and the American culture still has a lot to learn about the many other cultures of the other countries of the world

How nice are people here at the south. That you have to work hard to have what you want. How important holidays are for American people.

Forget prejudice stuff and the stuff what you seeing on TV, make your own experiences.

I learnt about American people values and principles, history, customs, education, sports, cultural and recreational activities

A lot of things

A lot of interesting things

the language , the life style

- having a car in US is essential  - people are friendly

to step outside of my comfort zone and try new things

The Americans are very friendly and open for new things

They are very organized people, it is much easier to come in this country than in many other

That it´s very different from my own culture, especially in terms of childcare.

a lot from different american's celebration

I learned about food, thanksgiving, Christmas and how houses are build.

Pretty much what I expected just sharper it up

I learn everyday about a new thing. That can be the history, the geography, the culture, the food, the way to think or to live.

I learn a lot of American culture.

CONFIDENTIAL

InterExchange0005988

Because I come from an English speaking country, it was more the differences in the lifestyle I noticed! National holidays especially are great fun, and I had the chance to be involved in them, which is brilliant.

I learnt a lot about how varied America is as a culture.

Healthy nutrition, a lot tolerances to imigrants.

I learn a lot about their habits and manners. How they act and manage their lifes. The concern about money and work.

Great people, beautiful cities,  loved the language and the culture. The paradise of shopping.

That Americans feel the need to talk extremely loud when discussing a simple issue.

I've learnt about American way of living.  American, they love convenience  I love that they are quite punctual (Although some are not but most of them are)

The importance of Thanksgiving  The fun of Halloween  The friendliness of American people

The importance of friends and family, they are there and ready to help if you need it.   The addiction to technology  The way they raise their children, the importance of respect

Mostly their holidays, how they are celebrated and why. Through theatre, I learned about the different influential people of America.

History

The people are great.. There are people from other countries.. It's very safe and quite...

Americans are obsessed with high grades and sport

I got to live with a good family that truly respects the true values. What I love about America is a lot of  creative work with children.

There's so much more than meets the eye

They are different than European culture.

They do not eat and drive well.   They are respectful and understanding and try to help whenever they can.   They like people from other countries because they like to listen and learn about different cultures.

Many things... how they celabrate their holidays, how they love Army, how practical they are. etc

Food portions are big  Children are a lot more spoilt here and rude  There's a lack of respect toward adults in the USA  They're very patriotic  They celebrate a lot of holidays

The state of mind

I learned about new holidays but also holidays that we have in common but are celebrated differently. I got to know the american cuisine and family traditions. But for me the most important things that I learned are that you should always be open-minded, positive about

**CONFIDENTIAL**                                    InterExchange0005989

different manners and you should treat other cultures with respect.
Holidays are celebrated different than in my country and have a less or more important (depends on the holiday) meaning
It's because of American culture that America is such a successful the people are hardworking and determined ! And want you to do well and succeed !
Americans are fascinated by different cultures, but often do not know a lot about different cultures. The people on the west coast are considered friendlier and more lay back than the people on the east coast.
Many interesting things.
I've learned that american's live there life according to the american dream. They are very it's a very open and hospitable culture.
Americans are a really open nation. They are always ready to help and support You in every situation. They love their families and they spent together a lot of time, as often as possible. They eat at least one big meal at one table during every important holiday. They love to hang out and laugh. I don't have to add that they are in love with american football and they celebrate every championshios and watch games with group of friends usually making barbecue and drinking beer or other beverages :)  American culture is full of national pride. Parents trie to show and learn their kids the culture of their country.
This is one very good content.

| Statistic | Value |
|---|---|
| Total Responses | 119 |

**CONFIDENTIAL**

InterExchange0005990

## 16. What aspects of your country's culture did you teach your host family or other Americans in your community during your program?

| Text Response |
|---|
| Language, tradition, history, food |
| About our food which I also made for them and about holidays like St. Nicholas |
| Mexicans don't ride donkeys, we ride cars, we don't wear a hat all the time and we don't have a mustache, we do eat tacos but taco bell is baloney, I've taught my language to the kids, they love home made flour tortillas, guacamole and my HD's favorite: green salsa, definitely I've cooked a lot and they love it. |
| smart and have fun |
| Language, food, games, holiday, songs. |
| More than soccer or samba about brazil |
| A few things |
| What we enjoy doing, our landscape |
| My host mother is Polish too so my host dad knows everything about Polish culture already. |
| My culture is about sharing and trying to make everybody happy.. We are warm people and we take really serious every relationship we have.. Our relatives, friends, partners, mates... We try to make a really good relationship by being special whenever we have a chance to show them. We give everything from us and we make everybody feel we are unconditional for them. I thought my host kids to express their love for their parents, friends and relatives in a special way, touching their hearths and making love marks for them to realize how important they are in their life. |
| we eat a lot of bread |
| None |
| Music, Food, Language and others. |
| National quisine, language, national holidays. |
| Chinese food and festivals. |
| I always talk to my host family about what important is for me to have good manners, be nice and respectful. They weren't nice, respectul or have good manners, spoiled girls, those are stereotypes about *Americans* and I still have that stereotype. |
| i teached spanish to the children |
| Language, history and food |

CONFIDENTIAL

InterExchange0005991

Food

About our holidays and customs

The food, some educational points, about the weather and the cities, I talked a lot about my country.

They werent interested

Food and talk about my country's traditions.

Food, holidays.

Language, Food, Holidays

I cooked French food and I'm teaching French lessons to the girls.

Some food I cooked, and some words from my language.

manners while sitting at a table, food, school system, education, clothes, language,

Food

We speak another language (maori), we play sport that is not played in USA, government is way different along with better healthcare

Lifestyle, food...

language, history, food, way of life, holidays...

different food from my homecountry, our traditions and holidays

I cooked traditional polish food. i.e. 'pierogi'

I teach to them about my different kind of meals, holidays, music, language.

Food life and activities

I´m not the biggest fan of my host Family. We had a lot of problems. I gave my best, but they didn´t wanted me.

Food, way of life.

Definitely cooking and some words in my language.

language, cooking, counting, songs, clothing (woodenshoes)  telling them how we do things back home.

I did teach them that not all the people in Germany wear Lederhosen all the time and drink beer all day long..and taught them about German holidays and food.

That Austria is it´s own country completely independent from Germany just with the same language ;) That the drinking age is much better since we are allowed to drink with 16 there are no problems with drinking and driving.

I bought them book about my country

Since I'm from Cologne, I told and showed my host mom a lot about "Karneval" which we celebrate in February/March. I also baked some german cakes and made german meals for my

**CONFIDENTIAL**

InterExchange0005992

host kids. Since my host family (well, the first one too but there were not interested in other cultures) is jewish, we talked a lot about the differences of how they celebrate Hanukkah and how my family celebrates Christmas.

Cutting out pumpkins on halloween  German eating manners  German way of celebrating christmas eve

Our social system is very different from the Americans social system. I cooked some food from my country.

I told them a lot about the differences between America and The Netherlands.

Food and language

Language, Dishes, Songs, Holidays

food, music, tradition, clothes, language...

Specially those related to food, languages and cultural differences.

my host familie where no interesting in learned anything from me.

Mostly food, traditions, holidays and sayings!

I introduced them to some British foods and answered any of their questions that they wanted to know about my country.

To be polite and gentle, for example to ask for something telling please and say thanks.

I cooked food from my home country. Taught them about our history, holidays and the way we live and celebrate.

The differences of some holidays!

Etiquette, travelling and accepting and dwelling with other people from all over the globe

How we celebrate holidays.   A lot about our food.

My language, that Austria is not Australia and that Austrians speak kind of German, but is still not equal with Germany.

About my customs, about our cuisine, history and places, and also about the cultural activities that we usually do, especially with kids.

Food

- food  - activities   - ...

about our culture , our food , our history , our holidays.

- cusine   - holidays traditions

language, food and holidays

My language and holiday traditions

We are hard-working, intelligent people who want to get ahead, language, morality

I cooked a lot of german food.

**CONFIDENTIAL**                                    InterExchange0005993

holidays, food
Holidays, food, social aspects
Holidays, language, cuisine
The language, the food, the history.
I think people Always want to know about how Brazil looks like and about our food.
Food, different words despite having the same language, games
Different celebrations and traditional aspects, also about the different foods and customs.
kid's manners, education and schoolsystem, way of thinking,....
food, manners, language, habits, games and music
I guess a lot of things in my everyday with the girls, talked to them about my life, my people, taught them a few words, tough they have probably forgotten.
Maori words
Thai food is what I show them.  Thai culture way of greeting which was different from many countries.
Belgian waffles  To try to stay true to the values I've learned growing up in my culture, to listen, to be polite, to be nice to everyone. And to show this values to the kids
I taught them some of my language (the kids were interested because it's in the Lion king). I also had brought different tribal dolls and explained those
Food, music and traditions
the food and traditions,..
yes ....a little bit.
Dutch food
Be open-minded and calm. Nothing is more important than family.
Government
Flamenco.
food, festivals, the way of life in general.   Education system.
Our music and food.
Our way of life  That we have infrastructure and white people in south afruca  That USA is lucky that it's so safe to live here
French meals
I got to share political, educational and cultural aspects about my country. I enjoyed sharing some german words, songs and books with my host children.
We talked about differences of the cultures
That South Africa is a beautiful country !

**CONFIDENTIAL**

InterExchange0005994

The food, language, partying, legal drinking and driving age. The rules and fines.

Hospitality and being loud

songs, words, traditional stories

During every holiday I explained them how it looks like in my home country. I showed them piictures connected with each of them and played different songs like : carols. I also shared my country's history so they could know how valuable and interesting nation the Polish are.   Of course I encouraged them to visit my country by showing them different places, like museums, mountains, sea side.

| Statistic | Value |
|---|---|
| Total Responses | 119 |

**CONFIDENTIAL**

InterExchange0005995

## 17. How did you learn about the InterExchange Au Pair USA program?

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | A past/current au pair recommended it | | 18 | 10% |
| 2 | Friend or family member | | 33 | 18% |
| 3 | My home country agency | | 90 | 49% |
| 4 | My university | | 1 | 1% |
| 5 | General online search for au pair agencies. Please list search terms used, e.g. "au pair agency" "au pair job" | | 31 | 17% |
| 6 | International job or work abroad directory (please list) | | 2 | 1% |
| 7 | The U.S. Department of State website of sponsor agencies | | 2 | 1% |
| 8 | Other (Please specify) | | 8 | 4% |
| | Total | | 185 | 100% |

CONFIDENTIAL

InterExchange0005996

| General online search for au pair agencies. Please list search terms used, e.g. "au pair agency" "au pair job" | International job or work abroad directory (please list) | Other (Please specify) |
|---|---|---|
| Au pair Amerika | | Relai Emploi |
| Au pair America | | I was with Interexchange at summer Camp too. |
| Au pair USA | | through camp america site |
| au pair usa | | I´m happy that I have know so many other au pairs but I think there are so many contras about InterExchange |
| au pair usa | | a friend told my sister and my sister told me |
| au pair in USA | | It's a generally well known program back home |
| "Au pair USA" | | Googled travelling |
| Au pair USA | | I found my host family first and then they got my into the agency. |
| au pair usa | | |
| au pair usa | | |
| Au Pair USA | | |
| Au pair in US | | |
| Au pairs in the US | | |
| Aupair USA | | |
| Aupair Agency | | |
| Be an au pair in America | | |
| don't remember, sorry | | |
| I googled au pair in America | | |
| Au pair program | | |
| Au pair USA | | |
| au pair agency Munich | | |
| Au pair | | |

**CONFIDENTIAL**

InterExchange0005997

| "au pair agency in Colombia" au pair in USA " au pair abroad", "job abroad", "work in USA" | | |
|---|---|---|

| Statistic | Value |
|---|---|
| Min Value | 1 |
| Max Value | 8 |
| Mean | 3.26 |
| Variance | 2.54 |
| Standard Deviation | 1.59 |
| Total Responses | 185 |

**CONFIDENTIAL**

**InterExchange0005998**

## 18.  Do you have any suggestions to improve the Orientation and Training Program?

**Text Response**

No

More games, more suggestions of what to do in any specific situation. More about driving and rules in the country.

No

No

No

None

No

No

Make presentations more interesting and brief

No

Nope

No

no

No

No

No

Have old au pairs who give an authentic overview how it feels to be an au pair

Not that concentrated, too many hours in just 3 days.

IS OK

No it was perfect!

Maybe this is not a very important point but I arrived in June and for people who are not used to all the cold air conditioning it is not nice to sit in a freezing room. Besides that, I liked it a lot. We always got to sit next to somebody new and after that week I found a lot of new friends from all over the world. It was also good that we had to do some work ourselves (like crafting, changing diapers..) and not just sit and listen.

More information about how to register for school and what are the some of the most common classes for english speaking people

Orientation was excellent, but real live sometimes is going rough, it haven't teach us how to deal with those bad situation

CONFIDENTIAL                              InterExchange0005999

Try to add more rhythm in the last day, because it's exhausting (A lot of things to remember after 2 intense days + the jet lag).

It would be cool, if we could spend half a day with sightseeing. For example, I really wanted to go to a museum, but it was always close after 5, when they let us out from the training.

It would be better if there were homework from my country.  Ex) I could prepare for our country's kids song if I knew we were going to discuss about that .

It was incredibly boring

Nothing. It was pretty cool!

No

more information about taxes

no

longer breaks between program  previous list of all the au pairs joining you in the program to get it contact before it starts

Communication is the keyword for a good year with a hostfamily. I think you should talk more about how important it is to communicate with the hostparents, and also tell the hostparents that this is the same for them. Especially german and austrian aupairs are very independent raised so it´s hard to come to a family where you have to inform the parents about everything you do. Make sure they understand why and that it´s important otherwise there might be some issues after a time.

No

the orientation and training program is really good but it takes a lot of time. adding an extra day to enjoy NY a little bit more would be great.

I had the feeling that they only bought us about Infants and Toddlers which in my case was really unnecessary. I know (since it happened to me, too) you easily have to change the family and might have to take care of young kids then. But for me the orientation was not very helpful even though I think I would have known everything they would teach about older kids anyways from my experiences.

None

No

It needs to b shorter because it's repetitive

Turn down the AC. It was freezing.

be honest with the real intentions, and facilitate information about the  labor part of the program - which is really what this program is about more than a cultural exchange

We arrived at 10 am but the hotel allowed to get in our rooms just until 3 pm; we were REALLY

**CONFIDENTIAL**

InterExchange0006000

tired after almost 3 days traveling to get New York. It would be great if they make a difference for us.
Teach more about kids from 7 to 10 and teenagers
No
Nope
It was pretty good
No
I had 2 older children in my host family and I thought the program was a lot about babies and young children, so I think it would be great if the au pairs who will have older children could get more information and suggestions for that and less about babies.
Sometimes long days if you have jetlag. But overall usefull information.
No
No
no
More information about taxes and driver license
no
more free time
Tell us more about college!!!
No
Maybe some days should be shorter ?
I don't have any suggestions
No, it was very interesting and informative.
More first aid trainning, and emergency cases
It was relatively boring. Longer breaks would've been better, and actual food rather than diner food :)
I think the orientation covers all the topic au pairs need to know. So I dont have any suggestion. Thank you
The showers were usually always cold but the orientation itself was good
No complaints..
maybe do more about the first aid stuff .....that is really useful
Everything is good.
No
no
No

**CONFIDENTIAL**

InterExchange0006001

No

Allowing a day to recover from jet lag/travel so we can concentrate better in class and when we arrive in our new house we can not be so exhausted, ending the program on Friday instead of being collected Thursday night after a long day abd just wanting a day to recoup before being thrown in the deep end

Separate the training for Au Pairs, who take care of toddlers and Au Pairs, who take care of older children.

It was very short but good. Itd be nice to have an au pair that is about to finish her year so she can tell us real life advices about th experience, not only the good side of the program. Maybe in the last day,  30min/1h of speech from a randomly selected aupair.

No, it was great!

It is very long it's a little hard to focus on so much information If you just got of a very long flight!

I think it should be a little bit more spaced out...we don't get to spend much time in NYC

Make the days on the beginning longer and shorter at the end of the week.  That way it won't be as exhausting.

Just make people take what they need to take. If I am to take care of a toddler I see no need to take the instruction part related to dealing with teenagers. Most of the time we were so tired we didn't even pay attention.

No!

more opportunities to explore the city.

No

No.

No I don't have any things.

It was perfect:)

No suggestions, I'm totally satisfied with orientation week I have been to

NO

no

-

No.

No

No

no

No, I don´t.

**CONFIDENTIAL**                              InterExchange0006002

| Statistic | Value |
|---|---|
| Total Responses | 95 |

## 19.  How would you rate the InterExchange Passport online matching and communications system?

| # | Answer | | Response | % |
|---|---|---|---|---|
| 1 | Excellent | | 34 | 18% |
| 2 | Very Good | | 67 | 36% |
| 3 | Good | | 67 | 36% |
| 4 | Fair | | 12 | 6% |
| 5 | Poor | | 5 | 3% |
| | Total | | 185 | 100% |

| Statistic | Value |
|---|---|
| Min Value | 1 |
| Max Value | 5 |
| Mean | 2.39 |
| Variance | 0.90 |
| Standard Deviation | 0.95 |
| Total Responses | 185 |

**CONFIDENTIAL**                    InterExchange0006003

## 20. What can your Local Coordinator do improve the program for you?

**Text Response**

Nothing

Do more actual activities with cluster meetings.

No

A lot thou she is a sweet and lovely person!

She is fantastic

organize monthly meetings during the weeks, not in the weekends

Be more interested for the au pairs she take care of.

I had problems with all the 3 LC. The first one was Corry Whitty and the cluster meeting used poor, the second one was René Brown and she was totally poor, I was with a terrible host family and she used didn't give me support and answer me when I needed, by the way I needed to stay with her friend when I left the host family house. And the last lc was Cara Harper. She used to knew the family was a trouble maker and she used to say she could understand about but never did something. So I think the NY office may require more supervision of lc regarding the families.

She dies her job perfectly

no

I appreciate what my coordinator has done for me, she has been very nice, she is retiring and I think the next coordinator should be ready with more knowledge about the *important facts* that AuPairs need to know. (How the insurance works, taxes, immigration issues). Information that I consider the coordinators have to get.

Nothing

No

Find me another great family to extend my programme.

Write me more or organice meetings when i can

Be in the family more than one time in the first weeks

I think she's doing a great job and it's really greatful the fact that she's entusiastic about doing this

Respond to emails/texts quicker. Be more helpful with queries and suggest solutions, for example courses to choose from to study.

DOES NOT FAVOR THE PERSONS WHO SHE LIKES MORE AND HELP THEM MORE THAN TO THE OTHERS

CONFIDENTIAL                                InterExchange0006004

Nothing, she is really the best that everybody can wish.  I heard so many things about other local coordinators from other agencys and they are all horrible.  So I'm really glad to have suzanne.

The cluster meetings are sometimes really short and it's really hard to get to know other people. He always says we should go and introduce ourselves but I heard from somebody from another cluster that they are doing games to get to know each other better, a circle where everybody is introducing himself and so on. We have fun but it's more as if I go there, sign in, talk a little bit and then leave.

There are only 7 girls in my cluster and yet only 3 of the same girls show up, I think the other girls should have to show up to these meetings as it is unfair on the other girls who put in the effort, and I also thing the LC should go out of her way to show abit of emotional support for us girls

It's nice to be comforting, but it can create confusion: in the beginning of my 3-point meeting, Cara said "it's not bad" : so I thought it was not this famous 3 point meeting, but just an informal meeting to help us, before, if still needed, a 3-point meeting. So it's better to explain, when there is a 3-point meeting, that it's the last step before transition (I thought it was just an informal meeting to help us) as I had to go in transition (and they didn't propose me any family, even if I didn't do any big mistake -it was just a wrong match, the relationship with the mother was wrong- because I was a male Au Pair and it was just before Christmas).

She can remind us what do we have to do for the program.  Ex) Educational document: what kind of document do we need etc

Do not care about the money and your commission, rather the well being of your au pairs nothing! She is amazing!

Nothing

Nothing actually. I really loved her and she was a great helper.

more interaction and maby not choosing sides but try to solve the problem. Thankfully I didn't have any problems with my family but I know from friends who had and they didn't get much help. (also the first thing I heard when I came there)

Nothing

Improving in everything

It's good the way it is.

No suggestions

Providing them the information they need, answering them as soon as possible, helping them and getting really involved with them.

**CONFIDENTIAL**

InterExchange0006005

I think the problem is this agency and the program is not much that the coordinator can do, meaby change her job ?

To be more interested in a pair life

I believe she is a very good LC.

They could give us some advises how you should handle with the relationship with the host parents, if they already known about them.

Tauryn has everything under control, is very organised and goes above and beyondbher call of duty. I wouldn't have asked for another local coordinator

Nothing, everything is fine.

Prepare more activities for the all the au pairs of the same area

Nothing

Nothing more, I think Christine Meek does a good job.

i don´t have anything in mind , she was very nice and helpfull all the time.

-

nothing

She is the right person on the right place. She is really helpful and awesom so there is no more what she can do.

Making sure more people come to the cluster meetings and stay the whole meeting, not only to 'sign and leave'.

I had two coordinators, first one was excellent, second one was trying her best we just didn't get along personality wise.

Nothing

I think she can talk more with us in the meetings. Maybe do some kind of discussion group to talk about au pair questions.

i mean she was fine, but i prefered to solve things by myself or directly with my host family cause there were a few misunderstandings at the beginning. But at the end of my program she was very helpful to me.

Maybe a little more personal contact, I did't have any problems so far, so I didn't talk to her that much.

She does more than enough

Everything is ok

I think she is very nice and she does her job very well..

she has been doing a great job ...

She is just perfect, and she made everything easier for us. Without her support it could be very

**CONFIDENTIAL**

InterExchange0006006

difficult.
-
Nothing, she is great.
Nothing
Plan more varied and fun activities for the cluster meetings.
She has improved her help lately. What should improve now are the cluster meetings. They should be fun, cultural or at least useful.
He could be more involved ...he doesn't really interact with us  his more like a manager instead of a local coordinator
Give information about local events. When you cross I like to talk on the paper at the clustermeeting, that she actually looks for you and talks to you.
She should improve her knowledge about the InterExchnge guidelines. For example if I ask her about education requirements or forms I have to take to travel out of  the country I don't want to receive a message which says "hang on let me check wit New York". I want an answer of her, I can send an Email ti the New York office myself! But all in all Cara is a great Cluster Leader and I'm enjoying every meeting and she is really close to us girls and 2 boys!
Everything
nothing.
Be more interested in my needs. Be helpful and communicative.
She help me to make friend with people from another country because that help me to improve my English skill.
Also try to connect au pairs from different countries besides the monthly meeting, offer suggestions and things to do, places to go and see etc.
I don't have any complains about that
Giving more information about the area that you are living
I have only been in Robin's cluster for a few days, so I can't really say anything about this.
Everything!
Have more knowledge about the program so she can answer questions when we ask. Help more to fix problems between families and Au pairs, not just say everything will be fine. Contact Au Pairs more to see how they are going. Pick better cluster meetings where Au Pairs can actually talk to each other, not activities that require no talking.
Just try to improve our cluster meetings.. More activities/fun/interactions.  My impression is that the cluster meeting is mostly only about signing the papers and "that is".  Other agencies have got cluster meetings in different way. They are "working" ALL TOGETHER.  She doesn't

**CONFIDENTIAL**

InterExchange0006007

understand us sometimes nevertheless on the other hand my LC is amazing and she is doing everything for us.
Just be more helpful when its problems with familly
nothing that I can really think of as Dawn is very good at what she does.
I don´t know now.

| Statistic | Value |
|---|---|
| Total Responses | 80 |

## 21.  What types of cultural activities did you engage in during your time in the U.S?  Please click all that apply.

| # | Answer | | Response | % |
|---|---|---|---|---|
| 2 | Historic site visit | | 134 | 72% |
| 3 | Museum visit | | 160 | 86% |
| 4 | National or state park visit | | 143 | 77% |
| 5 | Celebrated U.S. holiday | | 173 | 94% |
| 6 | Live performance (theater, music, dance, etc.) | | 153 | 83% |
| 7 | Sporting event | | 134 | 72% |
| 8 | Tour of a new city | | 159 | 86% |
| 9 | Local festival or exhibition | | 130 | 70% |
| 10 | American meals with new friends | | 163 | 88% |
| 12 | Other. Please list. | | 6 | 3% |

**CONFIDENTIAL**

InterExchange0006008

| Other. Please list. |
| --- |
| Church gym(great way to meet friends!!!!) |
| Learned about jewish culture |
| Christian church experience, Concerts, Travel |
| Camping |
| Fell in love with my fiance, he is from New York |
| Night life, visit photography courses, take pictures as an photographer at an college party |

| Statistic | Value |
| --- | --- |
| Min Value | 2 |
| Max Value | 12 |
| Total Responses | 185 |

## 22. Who coordinated the majority of your cultural activities? Select only one.

| # | Answer | | Response | % |
| --- | --- | --- | --- | --- |
| 2 | My Local Coordinator | | 10 | 5% |
| 3 | My host family | | 29 | 16% |
| 4 | I coordinated my own activities | | 136 | 74% |
| 5 | Other (Please list) | | 10 | 5% |
| 6 | A local community organization (e.g. church, community center) | | 0 | 0% |
| | Total | | 185 | 100% |

**CONFIDENTIAL**                    InterExchange0006009

| Other (Please list) |
| --- |
| my LC, my HF, and myself |
| Friends |
| Friends |
| me together with friends as well as my hostfamily |
| Me and my friends together. |
| Me, my friends and host family |
| Sometimes I planed it by myself but my host family and my local  coordinator have alos taken part in broadening my mind! |
| Host family, me, friends |
| friends |
| myself and my friends that i had met while in the USA |

| Statistic | Value |
| --- | --- |
| Min Value | 2 |
| Max Value | 5 |
| Mean | 3.79 |
| Variance | 0.38 |
| Standard Deviation | 0.62 |
| Total Responses | 185 |

**CONFIDENTIAL**

InterExchange0006010

**23.  Please rate the resources InterExchange provided to help you engage in cultural exchange activities.**

| # | Question | Excellent | Very Good | Good | Fair | Poor | Did Not Use | Total Responses | Mean |
|---|----------|-----------|-----------|------|------|------|-------------|-----------------|------|
| 1 | Cultural Compass (on the InterExchange Website) | 23 | 42 | 50 | 11 | 6 | 52 | 184 | 3.49 |
| 2 | Printed materials | 31 | 53 | 54 | 14 | 6 | 26 | 184 | 2.94 |
| 3 | Orientation materials | 40 | 52 | 54 | 12 | 5 | 21 | 184 | 2.74 |
| 4 | Handbooks (Inside the USA) | 44 | 46 | 57 | 8 | 5 | 24 | 184 | 2.76 |
| 5 | Other, please fill in. | 6 | 2 | 1 | 0 | 1 | 6 | 16 | 3.38 |
| 6 | Blog information | 27 | 45 | 45 | 11 | 7 | 48 | 183 | 3.38 |

**CONFIDENTIAL**

**InterExchange0006011**

| Statistic | Cultural Compass (on the InterExchange Website) | Printed materials | Orientation materials | Handbooks (Inside the USA) | Other, please fill in. | Blog information |
|---|---|---|---|---|---|---|
| Min Value | 1 | 1 | 1 | 1 | 1 | 1 |
| Max Value | 6 | 6 | 6 | 6 | 6 | 6 |
| Mean | 3.49 | 2.94 | 2.74 | 2.76 | 3.38 | 3.38 |
| Variance | 3.23 | 2.45 | 2.30 | 2.49 | 5.45 | 3.28 |
| Standard Deviation | 1.80 | 1.57 | 1.52 | 1.58 | 2.33 | 1.81 |
| Total Responses | 184 | 184 | 184 | 184 | 16 | 183 |

**CONFIDENTIAL**

**InterExchange0006012**

## 24.  What other resources could InterExchange provide to encourage you to participate in more cultural exchange activities?

**Text Response**

Nothing

No

I dont know

-

Previous experiences for people who have traveled with this kind of programs.

I think the agency work its best

help the au pairs have more chance to visit or join different universities activities.

Your own app.

No

Send email with more information

Videos would help

Unknown

none!

Maybe send an email each month for the state you are in to let you know of any events or activities you could be interested in

Working as a teacher.

Nothing

A financial support

Texts or emails about cheap exciting things happening in your area

no more.

maby some information with activities that are available in the area you stay in like, holidays, festivals etc. I had to figure it out by myself and most of the time I was to late to get involved in it.

maybe special offers

Nothing

I think they should provide a list of things you might want to ask your future host family before you match. I think that with my second match I knew way better what to ask them because I already knew what went wrong the first time.    Things like discipline don't seem to be a big

**CONFIDENTIAL**                                     InterExchange0006013

question before you match but once you end up in a family who hit their kids and lock them
outside you start to wish you would have asked them before.

It's good the way it is.

Na

Use your FB page to provide ideas for events or trips

provide a dignified living wage to make  possible to do activities.

Coupons

Maybe gave us more tour or sightseeing information of New York city. Just for say something.

-

Telling the host parents to provide you of a cellphone so we could talk with more people and
make friends easier.

Nothing

Nothing, everything is fine

Meetings

recomend information about cultural events or famous holidays in the usa

Maybe it would be good idea to provide more information about upcoming cultura events in our
area

-

receiving more information about different activities to do in each area.

LC's should give information about local and cultural things you can do.

Facebook !

Maybe some tips of the cultural activities of the city the au pair will be.

Lists of activities/ places to visit in the area, written by local coordinators or Au pairs in the area

Send you more information about the actual area you will be living in.

Just the local cordinator

More community outings

the resource about paying tax.

More on facebook and email

Information about the events/ an event calendar

Mails of my lcc

/

In my opinion is enough cause the local coordinator when you arrive to your host family house
give to you a folder with information about the city where you are at. That include the cultural
activities like parks, museums, things to do in your free time. So I think is up to the au pair want

**CONFIDENTIAL**

InterExchange0006014

to do it or not.

Offer discounts where possible at main cities/museums etc

Facebook

They could give more information  about things that you should defnintly do...

More information about the holidays and more information about local events (f.e. What's the
4th of July celebrate and where can you go see the firework nearby your city).

Accessible fees

inspiration from other travelling au pairs.

No

nothing.

facebook

A monthly newsletter with places to go right now (or name the month which is best to go in that
State etc.) would be awesome! Or for example organize a yearly au pair meeting, somewhere in
the US, where everybody can join and go for a big adventure, for example doing a city tour
through Philadelphia, having dinner together ...

I think is good to ralk with another au pairs orientation.

Videos, books

-

One meeting in our home country before departure.

I don't know

I really enjoyed last cluster meeting - Makeover at school, community service.  I love "American
volunteering" and groups of people like "Faith in Action" etc.   Amazing atmosphere, amazing
people, and amazing feeling.

Specified things I could do in my town.

everything is ok

I don´t know.

| Statistic | Value |
|---|---|
| Total Responses | 72 |

**CONFIDENTIAL**

InterExchange0006015

## 25. Please rate the following.

| # | Question | Strongly Agree | Agree | Neither Agree nor Disagree | Disagree | Strongly Disagree | Total Responses | Mean |
|---|----------|----------------|-------|----------------------------|----------|-------------------|-----------------|------|
| 1 | InterExchange Au Pair USA sent me a satisfactory number of updates and communications during my program. | 56 | 99 | 26 | 2 | 2 | 185 | 1.89 |
| 2 | The InterExchange Au Pair USA website provided useful information to support me throughout my program. | 49 | 90 | 38 | 6 | 2 | 185 | 2.04 |
| 3 | I regularly visited the InterExchange Au Pair USA blog to check for updates about the program. | 20 | 43 | 54 | 35 | 33 | 185 | 3.10 |
| 4 | I regularly visited the | 19 | 46 | 47 | 41 | 32 | 185 | 3.11 |

CONFIDENTIAL

InterExchange0006016

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | InterExchange Au Pair USA Facebook page to check for updates about the program. | | | | | | | |
| 5 | InterExchange staff answered questions about my program to my satisfaction. | 50 | 88 | 40 | 3 | 2 | 183 | 2.01 |
| 6 | This experience will improve my career opportunities in my home country. | 69 | 82 | 24 | 7 | 3 | 185 | 1.88 |

**CONFIDENTIAL**

**InterExchange0006017**

| Statistic | InterExchange Au Pair USA sent me a satisfactory number of updates and communications during my program. | The InterExchange Au Pair USA website provided useful information to support me throughout my program. | I regularly visited the InterExchange Au Pair USA blog to check for updates about the program. | I regularly visited the InterExchange Au Pair USA Facebook page to check for updates about the program. | InterExchange staff answered questions about my program to my satisfaction. | This experience will improve my career opportunities in my home country. |
|---|---|---|---|---|---|---|
| Min Value | 1 | 1 | 1 | 1 | 1 | 1 |
| Max Value | 5 | 5 | 5 | 5 | 5 | 5 |
| Mean | 1.89 | 2.04 | 3.10 | 3.11 | 2.01 | 1.88 |
| Variance | 0.58 | 0.70 | 1.57 | 1.57 | 0.66 | 0.79 |
| Standard Deviation | 0.76 | 0.84 | 1.25 | 1.25 | 0.81 | 0.89 |
| Total Responses | 185 | 185 | 185 | 185 | 183 | 185 |

**CONFIDENTIAL**

**InterExchange0006018**

**26. Please rate the quality of the online and printed information provided by InterExchange in helping make your program experience more successful.**

| # | Question | Excellent | Very Good | Good | Fair | Poor | Total Responses | Mean |
|---|----------|-----------|-----------|------|------|------|-----------------|------|
| 1 | InterExchange website | 52 | 66 | 53 | 10 | 1 | 182 | 2.13 |
| 2 | Handbooks | 57 | 61 | 57 | 4 | 2 | 181 | 2.08 |
| 7 | Social media content | 32 | 70 | 59 | 15 | 3 | 179 | 2.37 |
| 6 | Blog content | 32 | 53 | 68 | 20 | 2 | 175 | 2.47 |
| 3 | Information provided at cluster meetings | 45 | 62 | 56 | 12 | 7 | 182 | 2.31 |
| 5 | Other. Please describe. | 6 | 8 | 5 | 0 | 2 | 21 | 2.24 |

| Statistic | InterExchange website | Handbooks | Social media content | Blog content | Information provided at cluster meetings | Other. Please describe. |
|-----------|-----------------------|-----------|----------------------|--------------|------------------------------------------|-------------------------|
| Min Value | 1 | 1 | 1 | 1 | 1 | 1 |
| Max Value | 5 | 5 | 5 | 5 | 5 | 5 |
| Mean | 2.13 | 2.08 | 2.37 | 2.47 | 2.31 | 2.24 |
| Variance | 0.83 | 0.82 | 0.86 | 0.92 | 1.08 | 1.39 |
| Standard Deviation | 0.91 | 0.90 | 0.93 | 0.96 | 1.04 | 1.18 |
| Total Responses | 182 | 181 | 179 | 175 | 182 | 21 |

**CONFIDENTIAL**

InterExchange0006019

**27.  Would you allow InterExchange to use your comments from this survey to help promote our program?**

| # | Answer | | Response | % |
|---|--------|--|----------|---|
| 1 | Yes, by submitting my email address, I agree to allow InterExchange to use my comments from this survey to promote its programs. | | 94 | 51% |
| 2 | No. | | 91 | 49% |
| | Total | | 185 | 100% |

**CONFIDENTIAL**                              InterExchange0006020

Yes, by submitting my email address, I agree to allow InterExchange to use my comments from this survey to promote its programs.

paulina.a.20@hotmail.com
Yes
Amelia2u@hotmail.com
Suzane Van Niekerk
montserratcruzm@gmail.com
boehmer.gina@online.de
misa.rus@gmail.com
samanthaburns46@gmail.com
Kathrin Haslwanter
sophie.rosa74@gmail.com
siki.janinka@seznam.cz
rich.antoine@gmail.com
karolina.labadz@gmail.com
bbsara20@hotmail.com
bijingqiangus@126.com
madison.a@mweb.co.za
serap-inel@hotmail.de
lisa.mosen@gmx.de
andrea.santos.leites@gmail.com
yoly_tagr@hotmail.com
phly1gk@gmail.com
mombasa2000@hotmail.com
annemarx17@yahoo.de
eva.wintergerst@web.de
lenka.mich@email.cz
elisablanc@ymail.com
RI@kirbys.me.uk
Jana_demuyt@hotmail.com
thobe_molefe@yahoo.com
aline.veg@hotmail.com
viktoria@eigners.com
lizzie.vi@hotmail.com

**CONFIDENTIAL**                    InterExchange0006021

marissa.adriaenssens@hotmail.com
Febe_Verkerk@hotmail.com
carola14151@gmail.com
forejtovai@gmail.com

| Statistic | Value |
|---|---|
| Min Value | 1 |
| Max Value | 2 |
| Mean | 1.49 |
| Variance | 0.25 |
| Standard Deviation | 0.50 |
| Total Responses | 185 |

**CONFIDENTIAL**                    InterExchange0006022

## 28. Please describe your overall experience as an au pair with InterExchange Au Pair USA.

**Text Response**

Excellent

Its amazing.

It's been a great experience and I would definitely regret this if I didn't do this awesome! I'd do it again

Fabulous

I have a very good experience with my agency, I'm satisfied.

Great experience

Nice

A fantastic 6 months so far can't wait for the next

Best experience of my life. I will never regret making the decision to come here with you guys!

It has been a wonderful and enriching experience.

Good Host family is the most important staff in this program! If the are helpful and nice everything is easier. 45 hours work per week is too much for me.

a great experience to get used to working after school

I had a lot of problems with the host families but because the host families didn't respect the rules, but I loved the program and I would like to have the opportunit to do all again.

Very good

I spent amazing time being Au pair in the state and always felt support from the agency, especially from my LC

i liked this experience because i improve my english .i learned abouth the culture in USA. I liked meet people from every where. i liked this experience because i get more habilities in take  care children

I LOVE IT!

I´m satisfied

I am living a great year with ups and a few downs

I had a great experience so far, I'm glad I made it.

Best decision I have ever made. I don't regret it at all.

IT IS GOOD BUT I WAS THINKING TO HAVE MORE FREE TIME TO JOIN THE AMERICAN SOCIAL LIFE

**CONFIDENTIAL**

**InterExchange0006023**

I enjoy my life here. I'm improving my English, I met new friends and I travel. It's a great opportunity to learn about American culture.

It is experience for life and my future.

I love being an au pair. I have a lot of fun with the kids but I don't feel that much as a family member as I hoped I would be. The experience is something unique and teaches you to appreciate everything so much more. Trough this program I get to know the american way of life, culture, travel to different cities, find friends from all over the world and have another home 'on the other side of the world'. InterExchange was always a big help whenever I had questions, concerns or problems. I like it a lot because it is not one of those huge agencies where every au pair is just a number. I always felt like my concerns are important to the stuff and got help immediately.

Great experience with a lot of fun with my host family and new friends

Many ups and downs

Great experience that everyone should live once.

I had to leave the program after 3.5 weeks because my hostmum didn't trust/like me (followed a few days after by the children) so I felt uncomfortable and couldn't work well as expected. I was really disappointed because everything else was good (the program, the people I met, the host father...).

it is one of the best years in my life!

After participating in the program with InterExchange Au Pair USA I have a lot of unforgettable memories. Amazing adventure in USA, opportunity to meet  american people and from other countries as well,  the best way to become confident with english speaking friends. Only positives!!! :)

Pretty good. My host family is really good, my Local coordinator is a nice person. The training in NYC was good. I really liked the Hotel. It was close to turistc place in NYC!

Althought I had problems with my hostparents had I a wonderful time there. I had kind, friendly and funny friends and I liked the my hostkids. And I had the change to see a bit of Amerika

It was turkey amazing traveling America, learning to love my host family and learning new exciting things that I would never learn or see at home.

I'm totally satisfied and happy with the program.

it was a great experience that I will never forget. I had an awesome hostfamily and kids and eventhough it was hard to adjust I had a hard time leaving the US because I got so used to living there and taking care of the kiddoos. Also I had a chance to meet lots of new people and other aupairs that I am still in touch with.

**CONFIDENTIAL**                    InterExchange0006024

I had a lot of fun working with the kids. I also had a lot of good experiences for my working life back in Germany

My overall experience with interexchange has been good until now and I appreciate all the work they have done for me. Thank You!

I´ve had bad experiences with my first hostfamily but therefore I appreciate my new one even more. They are great and really made this year special for me

Excellent

its a wonderfull experience

great so far

Good. No Problems

amazing. I found a new family thanks to this program. I loved every second of it and would do it again in a heartbeat.

I had a really bad experience with my first host family and I am disappointed that InterExchange didn't look into what was going on in this family when I decided to leave. They just got a new Au Pair. I was only asked to say what was wrong when I decided to go into rematch with my host parents sitting next to me and I felt rather uncomfortable to say everything since I knew I had to stay for 3 more weeks after that conversation. My local coordinator helped me a lot but I think that it was just too easy for the family to get a new Au Pair. They got a boy and everybody knows that boys don't leave so easily because their chances to get a different family are even smaller than for girls. My second host family is awesome and I really enjoy staying with them. The area is not really my favorite but I think that it is way more important to be with a great family. I think I pretty much am doing my own thing and I don't need much help or support from InterExchange.

My experience with the programm so far is really great! I found my host family really fast, the orientation in NY was motivating and working here is so much fun. I have enough free time to explore the city and everything around it.

I have great experience. I saw many different things

I learned how to be more Independent and Not scared to Travel alone

It is a great and unique experience. I never wanted to miss this. Best year of my life.

was good

I had good and bad expiriences. All in all a good year.

I like being an au pair, but I think the 6 credits we have to take are of any value for us. At least not for me, cause I already have a degree in my home country.

My experience in the US is being wonderful. I am really happy. Actually, I am writing my own

**CONFIDENTIAL**                                    InterExchange0006025

blog, sharing all my experiences and adventures: http://diarioderutausa.blogspot.com/

Happy with the family but really disappointed with my local coordinator and my local agency in Spain

I feel ripped off, and totally disappointed to have been part of this program, and now I spend my time informing people about what is the truth about this program

It was a really good experience, even when sometimes with my host family we were disagree in somehow; but they were great with me.

I enjoyed it, it was a good experience

It was nice to know many places and travel, but I didn't like the families that I got, anyway living here has been an enriched experience.

You support the families more than the Au Pairs.

It is sad that this agency doesn't have that much families so it is pretty hard to find a new family when you are in rematch!

It was a good learning experience and great way to prepare me for the American way of things and life

It was good to have an agency also in the USA who is there or you if you need somtehing.

It was a very rich experience

I love it. I would do it again!

great

I am happy with the agency

Great

ive learned about myself about a different cultre , it was totally a different experience in my life.

good

I´m very satisfied

this experience has been good, it's a great opportunity to learn English and work the same time.

I unfortunately wasn´t very happy with my first host family. They´re not part of the program anymore. I´m very happy with my new family now.

I am really suttisfied with everything. The most important thing is understanding with houseparents.

It is okay. It is a smaller agency for sure. I hear less bad things about InterExchange than about other agencies.

Great, I'm very happy with how it went

I arrived in USA in November. I was the first au pair in a host family in Chicago. Unfortunately after two months my host family decided to left the program, I was in rematch. I lived in my LC's

**CONFIDENTIAL**                    InterExchange0006026

house during my transition period. She was wonderful ! I will never thank her enough for her support and her help. We worked together to find the right host family for me. And we did it ! I am now in a great host family in Texas since 2 months. Everything is just amazing, they are awesome ! I am spending the best moments of my life as a member of my second family :)

I absolutely love my host family and the host kids are the best!

I've really enjoyed it, but i do feel lucky as i got a great match and a lovely local coordinator.

Not happy with family, but great experience to live in different country, improve language, make freinds from all over the world, travel

Good

I'm learning a lot and testing my feelings and emotions.

It is just the best experience of my life, it can be hard at times but it's so worth it, loved my kids, my friends, the places, the language, the weather and the seasons, if everybody had the opportunity of experience this in their lives the world would be a better place.

It's great. I'm finding it hard to meet people, but I've got a xouple of close friends

It was overwhelmed with American

Ups and downs, but I would do it again anytime!

I have had an among time. I met new people from around the world, I got to explore America and learn first-had from people who live here

It was the best experience ever , my host family and my host kids are the best

it was nice that's why im staying for another year.

It is a agency were i feel safe with

The most valuable aspect of being an au pair is that I've learned to appreciate and accept different cultures, not only the American culture, but the cultures of all the other au pairs from around the world. I've become so proud of my own country.

It's been amazing. The relationship I have with my host family is better than anything I could ever ask for. My first 5 months here, and I couldn't imagine being without them!

After being in 2 families, I found my place in the 3 and I can not complain at all. They are such a good family, always helping with everything. But in my opinion, au pair job is not for me. After my 8 months I've realized that this kind of programs are much better to younger girls.

This is an unique opportunity to live abroad, travel and practice English BUT it is not easy to live with another family, which sometimes respect you but do not have love for you. It is also complicated for me not to have American friends, it is so hard to make friends here (just with Au Pairs or foreigns).

It's been an eye opener

**CONFIDENTIAL**

InterExchange0006027

Had a great experience, enjoyed the cluster meetings, it helped me getting to know some interesting places

I am thankful for this amazing opportunity and I really enjoyed the smooth beginning with the orientation week. I am happy with the agency and it is good to know if you have questions or problems that the InterExchange team will help you.

I was lucky i had a good host family.

Overall I love being an au pair. I learnt so much in the past 7 month and grew a lot.

I love being and au pair and I love America !

Having talked to au pairs from different agency's, I feel that InterExchange is the best one to join.

| Statistic | Value |
|---|---|
| Total Responses | 122 |

**CONFIDENTIAL**

InterExchange0006028

Exhibit #2

## Host Family Satisfaction Survey 2013
**Last Modified: 06/13/2014**

### 1. Overall, how would you rate your experience with the InterExchange Au Pair USA Program?

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Excellent | | 33 | 33% |
| 2 | Very Good | | 36 | 36% |
| 3 | Good | | 20 | 20% |
| 4 | Fair | | 6 | 6% |
| 5 | Poor | | 5 | 5% |
| | Total | | 100 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 5 |
| Mean | 2.14 |
| Variance | 1.21 |
| Standard Deviation | 1.10 |
| Total Responses | 100 |

### 2. How would you rate the child care you receive from your current au pair?

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Excellent | | 52 | 52% |
| 2 | Very Good | | 28 | 28% |
| 3 | Good | | 8 | 8% |
| 4 | Fair | | 9 | 9% |
| 5 | Poor | | 3 | 3% |
| | Total | | 100 | 100% |

**CONFIDENTIAL**

InterExchange0006029

| Statistic | Value |
|---|---|
| Min Value | 1 |
| Max Value | 5 |
| Mean | 1.83 |
| Variance | 1.21 |
| Standard Deviation | 1.10 |
| Total Responses | 100 |

## 3. How would you rate the au pair matching process on Passport?

| # | Answer | | Response | % |
|---|---|---|---|---|
| 1 | Excellent | | 19 | 19% |
| 2 | Very Good | | 43 | 43% |
| 3 | Good | | 28 | 28% |
| 4 | Fair | | 6 | 6% |
| 5 | Poor | | 4 | 4% |
| | Total | | 100 | 100% |

| Statistic | Value |
|---|---|
| Min Value | 1 |
| Max Value | 5 |
| Mean | 2.33 |
| Variance | 0.97 |
| Standard Deviation | 0.99 |
| Total Responses | 100 |

**CONFIDENTIAL**

InterExchange0006030

**4.  Please rate the communications and program materials you received from the InterExchange Au Pair USA corporate office?**

| # | Question | Excellent | Very Good | Good | Fair | Poor | Total Responses | Mean |
|---|----------|-----------|-----------|------|------|------|-----------------|------|
| 1 | Email | 32 | 32 | 31 | 3 | 2 | 100 | 2.11 |
| 2 | Handbooks | 24 | 34 | 31 | 4 | 6 | 99 | 2.33 |
| 3 | Website | 24 | 37 | 32 | 3 | 3 | 99 | 2.23 |
| 4 | Blog content | 10 | 21 | 29 | 10 | 8 | 78 | 2.81 |
| 5 | Social media content | 11 | 16 | 32 | 13 | 6 | 78 | 2.83 |
| 6 | Other printed materials | 16 | 27 | 32 | 5 | 4 | 84 | 2.45 |
| 7 | Other, Please describe. | 3 | 3 | 9 | 0 | 1 | 16 | 2.56 |

| Statistic | Email | Handbooks | Website | Blog content | Social media content | Other printed materials | Other, Please describe. |
|-----------|-------|-----------|---------|--------------|----------------------|-------------------------|-------------------------|
| Min Value | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Max Value | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Mean | 2.11 | 2.33 | 2.23 | 2.81 | 2.83 | 2.45 | 2.56 |
| Variance | 0.93 | 1.16 | 0.91 | 1.30 | 1.23 | 1.05 | 1.06 |
| Standard Deviation | 0.96 | 1.08 | 0.96 | 1.14 | 1.11 | 1.02 | 1.03 |
| Total Responses | 100 | 99 | 99 | 78 | 78 | 84 | 16 |

**CONFIDENTIAL**

InterExchange0006031

## 5. How satisfied were you with the billing and payment process?

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Very Satisfied | | 16 | 16% |
| 2 | Satisfied | | 52 | 52% |
| 3 | Neutral | | 21 | 21% |
| 4 | Dissatisfied | | 6 | 6% |
| 5 | Very Dissatisfied | | 5 | 5% |
| | Total | | 100 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 5 |
| Mean | 2.32 |
| Variance | 0.97 |
| Standard Deviation | 0.98 |
| Total Responses | 100 |

**CONFIDENTIAL**

InterExchange0006032

## 6.  Please rate your interactions with the InterExchange Au Pair USA staff.

| # | Question | Excellent | Very Good | Good | Fair | Poor | Total Responses | Mean |
|---|----------|-----------|-----------|------|------|------|-----------------|------|
| 1 | Understands your individual needs | 19 | 41 | 21 | 13 | 6 | 100 | 2.46 |
| 2 | Knowledgeable about the program and regulations | 35 | 35 | 22 | 4 | 4 | 100 | 2.07 |
| 3 | Courteous | 37 | 38 | 20 | 4 | 1 | 100 | 1.94 |
| 4 | Responds within 24 hours | 36 | 34 | 19 | 6 | 5 | 100 | 2.10 |
| 5 | Proactive about solving problems if they arise | 26 | 33 | 21 | 12 | 8 | 100 | 2.43 |

| Statistic | Understands your individual needs | Knowledgeable about the program and regulations | Courteous | Responds within 24 hours | Proactive about solving problems if they arise |
|-----------|-----------------------------------|-------------------------------------------------|-----------|--------------------------|------------------------------------------------|
| Min Value | 1 | 1 | 1 | 1 | 1 |
| Max Value | 5 | 5 | 5 | 5 | 5 |
| Mean | 2.46 | 2.07 | 1.94 | 2.10 | 2.43 |
| Variance | 1.26 | 1.10 | 0.82 | 1.24 | 1.50 |
| Standard Deviation | 1.12 | 1.05 | 0.91 | 1.11 | 1.22 |
| Total Responses | 100 | 100 | 100 | 100 | 100 |

**CONFIDENTIAL**                                    InterExchange0006033

## 7. How many parents live in your household full-time?

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | 1 | | 12 | 12% |
| 2 | 2 | | 88 | 88% |
| | Total | | 100 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 2 |
| Mean | 1.88 |
| Variance | 0.11 |
| Standard Deviation | 0.33 |
| Total Responses | 100 |

CONFIDENTIAL

InterExchange0006034

**8.  Which of the following information channels was the most influential in deciding to work with InterExchange Au Pair USA?**

| # | Answer | | Response | % |
|---|---|---|---|---|
| 1 | InterExchange Au Pair USA website | | 27 | 27% |
| 2 | InterExchange Au Pair USA Local Coordinator | | 16 | 16% |
| 3 | Friend or family member | | 28 | 28% |
| 4 | Your au pair | | 3 | 3% |
| 5 | General online search | | 10 | 10% |
| 6 | InterExchange Au Pair USA email communications | | 1 | 1% |
| 11 | Ratings about InterExchange | | 3 | 3% |
| 10 | Social media | | 0 | 0% |
| 7 | InterExchange Au Pair USA advertising | | 1 | 1% |
| 9 | Other | | 11 | 11% |
| | Total | | 100 | 100% |

**CONFIDENTIAL**

**InterExchange0006035**

| Other |
| --- |
| Researched the various competitive programs and became comfortable with your approach. |
| desperate need for quality childcare at an affordable cost |
| only one of two au pair programs with LC in the area |
| Initially (7 years ago) it was price and recommendation. |
| cost |
| Another family's Au pair |
| Portia Haynes was an amazing resource for us and still is |
| The fact that InterExchange has Dutch au pairs |
| Tamaki Bowman |
| That it was one of two that serviced out area, for which we are thankful to have had the opportunity to experience. |

| Statistic | Value |
| --- | --- |
| Min Value | 1 |
| Max Value | 11 |
| Mean | 3.50 |
| Variance | 7.63 |
| Standard Deviation | 2.76 |
| Total Responses | 100 |

CONFIDENTIAL

InterExchange0006036

## 9.  Please rate your interactions with your Local Coordinator.

| # | Question | Strongly Agree | Agree | Neither Agree nor Disagree | Disagree | Strongly Disagree | Total Responses | Mean |
|---|----------|---------------|-------|----------------------------|----------|-------------------|-----------------|------|
| 7 | Builds strong relationship between my family and au pair | 34 | 28 | 26 | 9 | 3 | 100 | 2.19 |
| 1 | Understands your individual needs | 47 | 34 | 11 | 5 | 3 | 100 | 1.83 |
| 2 | Knowledgeable about the program and regulations | 51 | 34 | 12 | 1 | 2 | 100 | 1.69 |
| 3 | Courteous | 66 | 26 | 7 | 1 | 0 | 100 | 1.43 |
| 4 | Responds within 24 hours | 51 | 33 | 9 | 5 | 2 | 100 | 1.74 |
| 5 | Communicates at least once per month | 58 | 29 | 9 | 3 | 1 | 100 | 1.60 |
| 6 | Proactive about solving problems if they arise | 48 | 21 | 22 | 7 | 2 | 100 | 1.94 |

**CONFIDENTIAL**                                   InterExchange0006037

| Statistic | Builds strong relationship between my family and au pair | Understands your individual needs | Knowledgeable about the program and regulations | Courteous | Responds within 24 hours | Communicates at least once per month | Proactive about solving problems if they arise |
|---|---|---|---|---|---|---|---|
| Min Value | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Max Value | 5 | 5 | 5 | 4 | 5 | 5 | 5 |
| Mean | 2.19 | 1.83 | 1.69 | 1.43 | 1.74 | 1.60 | 1.94 |
| Variance | 1.21 | 1.03 | 0.76 | 0.45 | 0.92 | 0.73 | 1.17 |
| Standard Deviation | 1.10 | 1.02 | 0.87 | 0.67 | 0.96 | 0.85 | 1.08 |
| Total Responses | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

## 10.  How would you rate the InterExchange Passport online matching and communications system?

| # | Answer | | Response | % |
|---|---|---|---|---|
| 2 | Excellent | | 18 | 18% |
| 3 | Very Good | | 50 | 50% |
| 4 | Good | | 22 | 22% |
| 5 | Fair | | 5 | 5% |
| 6 | Poor | | 5 | 5% |
| | Total | | 100 | 100% |

**CONFIDENTIAL**                    **InterExchange0006038**

| Statistic | Value |
|---|---|
| Min Value | 2 |
| Max Value | 6 |
| Mean | 3.29 |
| Variance | 0.98 |
| Standard Deviation | 0.99 |
| Total Responses | 100 |

## 11. With which aspects of the Passport system are you dissatisfied? Please provide details.

| Text Response |
|---|
| See previous detailed answer. The online matching system doesn't properly identify qualified au pairs for families with special needs. |
| The new au pair file is not very reflective of the au pair's skills. Especially because if the au pair has some papers showing a special recognition, a special ability that is documented, it's in the au pair's native language, and we can't read it. So we think it's a paper stating that the au pair was a great camp leader for weeks, when in fact, it just acknowledges that the au pair helped one morning for a random summer camp... |
| see above. |
| Too time consuming & limited |
| The au pair's in country interviewer, as stated previously.  Having to pay for a plane ticket for someone who you are taking via a rematch scenario. |
| Please take more time to filter the aupairs |
| The messaging system does not always send messages. The status of au pairs is not up-to-date. Some au pairs were sent to us that were never on Passport. In transition, we were sent au pairs that didnt match our criteria (we have a baby coming and were sent some that were not even infant certified). We even had an interview with one au pair set up and she dropped out of the program and the NYC office didnt even know! |
| The incompetence of the individuals working out of New York City and the screaning process of the sister agency in teh sending country. |
| Hard to assess the quality of the Au pairs and all their stories are very similar. |

**CONFIDENTIAL**                               InterExchange0006039

| Statistic | Value |
|---|---|
| Total Responses | 9 |

CONFIDENTIAL

InterExchange0006040

## 12.  Please describe your program experience with your Local Coordinator. What can your Local Coordinator do to make your experience better?

**Text Response**

Rini is a excellent local coordinator, providing great cluster meetings with aupairs. My aupair learned a lot of things through the activities, including night courts and thanksgiving bag-decorating, ice-skating, theater-viewing etc..; all of which nicely demonstrate the life in NYC!

Also she is very approachable via emails or phones, which is very appreciated.

Excellent resource for families

Robin is very good.  However, she needs to be more poignant while discussing various topics and listen to responses.

We asked Cara to address an issue with our Au Pair, not an issue we were having but more of a concerned we had for the Au Pair.  Instead of Cara being discreet about the issue, she simply told her that we were concerned.  While this did not create any problems; it very well could have caused an issue.  We now feel that we cannot go to Cara and her handle our concerns discreetly.

Debbie is very knowledgeable, helpful, and flexible.

We were very happy with Rhonda's service. As was our au pair.

We have been with the program (on and off) for seven years and Christine has always been a wonderful resource to me and to our au pairs.

There if we need her!  We enjoy her.

This is our first year having an au pair, so we may just lack experience, but my husband, the au pair and I agree that our coordinator is not someone we would reach out to for help if we needed it because her responses are usually terse and militant - not at all what I would expect of someone who is supporting a family service. She seems less concerning about mediation and more concerned about dictating what should be done just to close out the issue as quickly as possible.

I think Esme is well qualified and clearly cares about the au pairs and host families. However, she did not inform me when my au pair wished to terminate, did not confirm a meeting with me but showed up at my home at 9:30 p.m., and after it was shown that the au pair had stolen items from me when leaving my home did not follow up with me about their retrieval (I know it's unrealistic to expect the coordinator to retrieve the items - but I'd have appreciated some level of follow up)

CONFIDENTIAL

InterExchange0006041

She could do more to encourage Au paris to connect and support one and other. Perhaps you can increase her budget to do so as well. Meetings should not be during dinner time wtihout dinner for example.

We really like Peggy Dixon.

Sandy has been a wonderful coordinator not just for the host family but also the au pairs.  She really checks in on the girls and always has fun activities for them to do for their monthly meetings.  She truly cares about her job!!

great

She was very personable and friendly. She was difficult to speak with by phone or in person. She preferred texting primarily. When we started the transition process she also told the au pair that "these things happen all the time". I feel she should have assisted the host family and the au pair to resolve any issues.

She was fantastic & very supportive through our process

She is very helpful and considerate. Cara is a very good coordinator.

Our local coordinator is good with the host families and local Au Pairs. She tries to ensure they have fun and cultural activities and are making friends.

We LOVE Cara.

Ileen has been very thorough and keeps us in the loop regarding planned events and program activities. We look forward to working with her on our extension and beyond.

Christine Meek is a GODSEND.  She is always available and goes out of her way to accommodate me and the au pair.

She is fantastic... The ONLY reason I continue to get au-pairs and refer any friends is Strictly because of her.....

No comments

We hear stories of other au pairs who are being taken advantage of by their families with the number of hours they actually work and the way they are treated. Obviously there are two sides to a story, but the au pairs we know of are afraid to say anything for fear of retribution by the family or the worry of finding a new family if the sitation isn't great. The au pairs need to know they can speak in confidence to the local coordinator, who should have solutions ready for these situations.

Nina goes above and beyond - we love her.

Dawn is the only reason we have stayed with Interexchange. She is very on top of all issues, handles everything quickly and responsibly, and understands the needs of the host families.

Like I said before, the monthly meetings should be routine... EX: First and third Wednesday of

CONFIDENTIAL

InterExchange0006042

the month. And they should be held twice per month. Every month is different, which makes scheduling HARD. Other activities the coordinator deems fun and exciting would be a "bonus" to the monthly meetings. Not all au pairs are available on the weekends to do weekend activities in lieu of meetings.

Ileen is really great and very helpful.  We love dealing with her.

She's been very informative... checks in regularly. Knows our family well. Rini has been really good at communications.

Everything has been fine, and we enjoyed meeting Alissa a few months ago in SF

When presented with concerns we had about our au pair (including that she was a heavy smoker caring for our infant who lied about this) the coordinator was not at all helpful in remedying this. She was all but dismissive of our concerns and defended the au pair who has been less than great at her job.

Dawn is very helpful and friendly.  Thankfully we did not have any issues but nice to know she is there.    One general suggestion:  when dawn sent emails with "tips" for Au pairs and families - these were very helpful and sparked discussion with the Au pair.  Ie use if car, cleaning up,etc. if these could be regularly sent on different topics throughout the year, I think it would be good reminders and helps communication topics

Very responsive to our needs.

Ann is fantastic.

We are fine because all is going well with our current au pair

Very knowledgeable and enthusiastic. It is clear she cares about the au pairs' well-being and the needs of the host families.

She is pleasant and fairly easy to reach.  She is new to the job and is trying to get a feel doe what works and what doesn't work.  I feel she could possibly be a better liaison between the family and the Au pair with more time on the job.

She is very good

she's fine. in past when we had problems she was not as helpful as i'd have liked

More involvement with aupairs and parents

Rini calls us every month.  She knows our families and are familiar with all of our AuPairs. Debbie is always available to talk t  Issues through

She's fine.  We haven't really needed a lot of help from her.  It would be more convenient if the monthly au pair meetings weren't always in Walnut Creek.  Is there a reason our au pair isn't meeting in San Francisco instead?

She just retired, overall I don 't think she was very motivated or an advocate for the au pairs.

CONFIDENTIAL

InterExchange0006043

We hope to see some renewed energy in support in her replacement

Very good relationship with Rene.  I have no suggestions on how she can improve our experience.  It all works well for us.

she is excellent

Distant from Au Pairs.

We have no issues with our au pair, so there is not much support we need from our LC. I think that other LCs in the area need to do a better job following up on cases where an au pair has been taken advantage of and monitor the situation and have the au pairs interests as a priority.

Very good no problem

Phil is wonderful and is the reason I have not switched au pair agencies.

This was our first au  pair so we learned that communication is key.  We will be reaching out to our LC more with the next au pair and as we transition from our current au pair.

she is very good and very nice

She is very cordial in person, but it would be helpful if the LC was better at responding to phone calls in particular.  On more than one occasion, it has taken two or more calls to get a response, and it has been a week later.

We have never had a rematch so we don't have any experience with using Carol to resolve performance issues. On the other hand, we did have a mild crisis this year when our Au Pair returned to France temporarily to attend her grandmother's funeral. Carol and Ileen were helpful but I wish there were more the agency could have done to provide back up childcare in this situation. Perhaps it could be some way to have the cluster parents more involved with one another so they could help and share their Au Pair when someone is in dire need.

There were multiple problems with my first au pair.  Ellen was very good at answering my questions and responding to my families needs

Corrie is very responsive to my inquiries and is always very plesant to work with.

She is like a great family friend.

I have never met her and rarely hear from her. During our nearly two years, we have had three Local Coordinators. Jana Keuhler was excellent. The other two I only spoke with on the phone and never met.

She was very helpful in beginning, but I think she is extremely busy, so sometimes our Au Pair feels like she isn't responsive enough. However there are no immediate concerns or issues.

To tell the truth! She told me the girl would only be there for 3 months and lied to me regarding that process.

She can be more helpful to the au pairs. I dont need help. She needs to help be there for them

**CONFIDENTIAL**

InterExchange0006044

more. Also when I released 2 au pairs she was not very helpful.
yes

| Statistic | Value |
|---|---|
| Total Responses | 62 |

CONFIDENTIAL                           InterExchange0006045

**13.  Which of the following activities, if any, did your au pair participate in during the
program?  Please check all that apply.**

| # | Answer | | Response | % |
|---|--------|--|----------|---|
| 1 | Amusement parks/recreational parks | | 69 | 69% |
| 2 | Local monuments | | 70 | 70% |
| 3 | Museums and art exhibitions | | 79 | 79% |
| 4 | National landmarks or sites | | 73 | 73% |
| 5 | National parks | | 55 | 55% |
| 6 | Sporting events | | 79 | 79% |
| 7 | Performing arts (theater, music, dance, etc.) | | 69 | 69% |
| 8 | English language class | | 64 | 64% |
| 9 | Local community event or festival | | 72 | 72% |
| 10 | Other: (Please list) | | 15 | 15% |
| 11 | My au pair did not participate in cultural activities. | | 5 | 5% |

**CONFIDENTIAL**

**InterExchange0006046**

| Other: (Please list) |
|---|
| Skiing |
| school funtions, and volunteer work around his interests |
| can't remember all of them |
| This summer she will attend Tanglewood music festival and Jacob's pillow dance festival.  We tale our au pair on one vacation with us a year.  Tuesday we are taking her to Taos and Santa Fe, NM. |
| American Holidays such asThanksgiving |
| Her au pair friends took her to a Latin club |
| Dinners, holidays, etc. |
| Music Festival |
| Visited several other states and saw regional differences in those areas (South, North & West) |
| The au pair we just sent into transition and the one before him were really only concerned with going out with their friends. |
| Local Food: blueberry picking, holiday celebrations |
| lots of visits to manhattan |
| Ski trips ,carribean vacations , |
| Family day trips and events |
| Many local friends |

| Statistic | Value |
|---|---|
| Min Value | 1 |
| Max Value | 11 |
| Total Responses | 100 |

**CONFIDENTIAL**                                        InterExchange0006047

## 14. Communications - Please rate the following.

| # | Question | Strongly Agree | Agree | Neither Agree nor Disagree | Disagree | Strongly Disagree | Total Responses | Mean |
|---|----------|----------------|-------|----------------------------|----------|-------------------|-----------------|------|
| 1 | InterExchange sent me a satisfactory number of updates during my program. | 32 | 53 | 11 | 2 | 2 | 100 | 1.89 |
| 2 | The InterExchange website provided information that improved my program experience. | 28 | 47 | 17 | 4 | 4 | 100 | 2.09 |
| 3 | I regularly visited the InterExchange Au Pair USA blog to check for updates and suggestions during my program. | 10 | 20 | 26 | 19 | 25 | 100 | 3.29 |
| 4 | I "liked" and regularly visited the | 9 | 9 | 26 | 28 | 26 | 98 | 3.54 |

**CONFIDENTIAL**                    InterExchange0006048

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | InterExchange Au Pair USA Facebook page to check for updates and suggestions during my program. | | | | | | |
| 5 | The experience in the InterExchange Au Pair USA program has improved my understanding and appreciation of other cultures. | 20 | 52 | 19 | 4 | 5 | 100 | 2.22 |

**CONFIDENTIAL**

**InterExchange0006049**

| Statistic | InterExchange sent me a satisfactory number of updates during my program. | The InterExchange website provided information that improved my program experience. | I regularly visited the InterExchange Au Pair USA blog to check for updates and suggestions during my program. | I "liked" and regularly visited the InterExchange Au Pair USA Facebook page to check for updates and suggestions during my program. | The experience in the InterExchange Au Pair USA program has improved my understanding and appreciation of other cultures. |
|---|---|---|---|---|---|
| Min Value | 1 | 1 | 1 | 1 | 1 |
| Max Value | 5 | 5 | 5 | 5 | 5 |
| Mean | 1.89 | 2.09 | 3.29 | 3.54 | 2.22 |
| Variance | 0.68 | 0.97 | 1.72 | 1.53 | 0.96 |
| Standard Deviation | 0.83 | 0.99 | 1.31 | 1.24 | 0.98 |
| Total Responses | 100 | 100 | 100 | 98 | 100 |

CONFIDENTIAL                              InterExchange0006050

## 15. In which state do you live?

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | AZ | | 0 | 0% |
| 2 | CA | | 9 | 9% |
| 3 | CO | | 2 | 2% |
| 4 | CT | | 2 | 2% |
| 5 | DC | | 1 | 1% |
| 6 | GA | | 7 | 7% |
| 7 | IL | | 4 | 4% |
| 8 | MA | | 1 | 1% |
| 9 | MD | | 9 | 9% |
| 10 | MI | | 5 | 5% |
| 11 | NC | | 3 | 3% |
| 12 | NJ | | 17 | 17% |
| 13 | NY | | 21 | 21% |
| 14 | OH | | 2 | 2% |
| 15 | OR | | 0 | 0% |
| 16 | PA | | 5 | 5% |
| 17 | SC | | 0 | 0% |
| 18 | TX | | 1 | 1% |
| 19 | VA | | 9 | 9% |
| 21 | WA | | 2 | 2% |
| | Total | | 100 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 2 |
| Max Value | 21 |
| Mean | 10.95 |
| Variance | 23.72 |
| Standard Deviation | 4.87 |
| Total Responses | 100 |

**CONFIDENTIAL**                    InterExchange0006051

## 16.  How many children under the age of 18 live in your household?

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | 1 | | 20 | 20% |
| 2 | 2 | | 49 | 49% |
| 3 | 3 | | 21 | 21% |
| 4 | 4 | | 9 | 9% |
| 6 | 5+ | | 1 | 1% |
| | Total | | 100 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 6 |
| Mean | 2.23 |
| Variance | 0.89 |
| Standard Deviation | 0.94 |
| Total Responses | 100 |

CONFIDENTIAL

InterExchange0006052

## 17.  Please describe any improvements you would suggest for InterExchange Au Pair USA informational materials and communications.

**Text Response**

I don't use Blog or social media to communicate with InterExchange, and don't plan to for privacy reasons

I rely on web and email communication. Focus efforts here please.

I think this already changed but I didnt like having to re-enter family information on line when I reapplied.

Don't spend money on printed materials. Focus on emails and cut down on the constant surveys.

The process of finding a good au apair needs to be simplified and enhanced. You need to do more screening to leave out those that don't speak English well enough, that are not mature, responsible or that don't have enough relevant child care experience.

Don;t know

constant communication with office during the matching process & initial placement

None

None

An app might be a good thing.

I'm not sure why the billing gets messed up every time. I have had 6 au-pairs and there have always been issues. ??? Its pretty upfront the amount and yet bill is always off?

Work on your hiring prossess with the aupair

I think some additional support is needed to help our au pair deal with the natural sadness that occurs as her time with the family nears the end.

not familiar with the blog and don't do social media...

New hires in New York City

all seems fine as is

I don't read these things. As an experienced au pair parent, most of the material just seems like noise. Website is ok but you have to remember to dig through to click to the Au Pair USA page.

None

I would like a new diary before the start of a new contract

**CONFIDENTIAL**                                      InterExchange0006053

Follow up with personal emails and calls. Don't rely solely on automated surveys,

Maybe give families the option of receiving the information via email only rather than sending hard copies.

As returning family I am not sure if all thus material is needed every year in print form. The day planner is completely insufficient to allow space for actual daily schedule. I dam forced to throw your planner out send but a generic weekly planner instead. The previous version was excellent before space got reduced;(

I don't read the blogs or social media content but there wasn't a section to state that on this survey.

Have no idea

At this point I am not sure

It seems that employees at Interexchange don't communicate amongst themselves and I will often resolve an issue with one person only to receive an email from someone else there about the issue.

More materials for the au pairs.  Having monthly themes for the au pairs to follow with the kids would be an exciting way to get each cluster communicating and sharing ideas.

I did not know you had a blog or used social media. Some sites have better presence on sites like Facebook.

It would be helpful to provide the families with the scheduleing book that is provided to the aupairs.

LLC is also wonderful

| Statistic | Value |
|---|---|
| Total Responses | 35 |

**CONFIDENTIAL**

InterExchange0006054

**18.  Overall, how satisfied are you with the support you received from your Local Coordinator?**

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Very Satisfied | | 53 | 54% |
| 2 | Satisfied | | 30 | 30% |
| 3 | Neutral | | 12 | 12% |
| 4 | Dissatisfied | | 3 | 3% |
| 5 | Very Dissatisfied | | 1 | 1% |
| | Total | | 99 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 5 |
| Mean | 1.68 |
| Variance | 0.77 |
| Standard Deviation | 0.88 |
| Total Responses | 99 |

**CONFIDENTIAL**

InterExchange0006055

## 19.  Overall, how satisfied are you with the the following aspects of the program?

| # | Question | Very Satisfied | Satisfied | Neutral | Dissatisfied | Very Dissatisfied | Total Responses | Mean |
|---|----------|----------------|-----------|---------|--------------|-------------------|-----------------|------|
| 1 | Cost | 18 | 49 | 27 | 4 | 1 | 99 | 2.53 |
| 2 | Reliability of child care | 58 | 26 | 8 | 6 | 2 | 100 | 1.84 |
| 3 | Au pair - host child relationship | 59 | 25 | 6 | 6 | 4 | 100 | 1.87 |
| 4 | Cultural exchange experience | 44 | 34 | 13 | 5 | 3 | 99 | 2.09 |

| Statistic | Cost | Reliability of child care | Au pair - host child relationship | Cultural exchange experience |
|-----------|------|---------------------------|-----------------------------------|------------------------------|
| Min Value | 1 | 1 | 1 | 1 |
| Max Value | 6 | 6 | 6 | 6 |
| Mean | 2.53 | 1.84 | 1.87 | 2.09 |
| Variance | 1.54 | 1.75 | 2.01 | 1.92 |
| Standard Deviation | 1.24 | 1.32 | 1.42 | 1.39 |
| Total Responses | 99 | 100 | 100 | 99 |

**CONFIDENTIAL**

InterExchange0006056

## 20.  What has been your most memorable experience while being part of the InterExchange Au Pair USA program?

**Text Response**

Cultural exchange

List would be as long as a book.    Again, I am happy to discuss on the phone, and you can quote what I say.  But over 12 years, there is no single "most" memorable experience; there are lots of happy memories (and just a few unpleasant ones).

The challenge of addressing and balancing misconceptions of what the au pair program is. Some au pairs arrive thinking it's a vacation. Some families think they have a slave for a year; we know this because of other au pairs in the cluster and au pairs who have come to us after an abusive situation. A healthy situation is balanced and helpful / productive / educational for everyone.

Experiences with individual au pairs that my children cherish.

The first time We went out with our AP to show her NY  and she and both children were reduced to giggles on the train as they took silly pictures together.

Tasting Marija's homemade bread and other fine foods.  Taking her to cultural events.

I hate to be selfish, but, after five years of juggling two kids and a career, the relief of going out to the movies with just my husband and not worrying that the kids are safe and happy at home with someone who knows us and I can really trust.

That my au pair's rematch was handled so poorly.

We now have "family" in several countries to visit

Unfortunately, that bad experience with the bad au pair.

the au pairs we've met who have become lifelong family members.

The failed communication between the au pair and host family, the LC and au pair and with host family.

Lasting relationship with our au pair

Getting to know each of the au pairs

no comment.  Awful experiences one after the other

Sometimes I like to attend au pair meetings. One of the best things was meeting Isabela Piva, she was our best au pair.

Being about to build relationships and friendships with the Au Pairs and learning about other cultures

**CONFIDENTIAL**                                    InterExchange0006057

There's really too many to list. We're so pleased with the program. It is nice to see their grandparents faces light up when they say goodnight in German.

Learning about other cultures

We are on our 5th au pair.  We keep in touch with all of them.  We had going away parties for all of them.  We send them Christmas Presents, Birthday presents etc.  The kids still ask about them.  What is memorable is the impact they have had on our family.  They will forever be a a part of our family and we plan on visiting Czech, New Zealand, Spain and Ukraine .

Interexchange provides qualified and trained childcare girls/ women to help families that need an extra hand. I have been with this agency for 10 years. Every Au-pair still contacts us and visits. They are all welcome back anytime and we would sponsor each one of them if they ever needed anything. They weren't just a helper they were family. With me having 4 children in 5 years I couldn't have made it without such great help. If your lucky enough to get a great coordinator that knows you and your family you will be placed with an awesome au-pair.

The excitement of meeting our au pair for the first time. We had the opportunity to ride with her in a car for several hours after we picked her up, and it was a really nice opportunity to learn more about each other right from the start.

We have had one very good au pair who still comes to visit us once in a while from Germany. Unfortunately, the other memorable experiences are not good ones - from finding out that our au pair had a July 4th party at our house while we are away to having our last au pair arrested for disorderly conduct in NYC.

Seeing the joy in my Mexican au pair's face when we took her blueberry picking for the first time.

Don't have one

Our younger son loves our Au pair.

Because of our au pair our children have been exposed to a new culture and language at a very young age. My 19 month old can understand both Spanish and English and has words in both languages.

watching our child bond with our au pairs

Connection with the au pair.

Having Hannah as our Au pair she is truly a gem.

Seeing my little ones learn to speak Spanish

Our boys absolutely loved all 3 of our AuPairs.  The relationship is priceless.

Having the Au pair to share in middle of the night fire drills and drives to our vacation house

Having annual au pairs become part of our extended family and having them stay in touch after

**CONFIDENTIAL**

InterExchange0006058

they return home.

Having adult "daughters" all over the world.  We are still in touch with our former Au pairs and they continue to be our family.  That is priceless.

Cultural exchange

having good child care when I need it.

Some of our past Au Pairs

Just seeing how some  great long lasting friendship were form and the in home help raising our kids as been wonderful. A few of our au pairs keep visiting we forever love them , they are part of our extended family.

Some great au pairs who are now good friends

having different people in the house and learning about their life back home

The lasting friendships.

Watching my childern welcome our au pair into our family.

Have had some great au pairs and have developed some good relationships with them.

| Statistic | Value |
|---|---|
| Total Responses | 44 |

**CONFIDENTIAL**

InterExchange0006059

| # | AP Last | Host Family Name Last | Host Family Since | Transition Start date | Transition Initiated by | Transition Issues | Reported to DOS | Reported to DOS Date | Transition Outcome Host Family | Host Family Resolution Date | Transition Outcome Au Pair | Au Pair Resolution Date | Transition Summation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Teutli Garcia | Amidror | 2010 | 10/3/2013 | Au Pair | Unhappy with Location | No | | On Hold | 1/27/2014 | Rematched | 10/21/2013 | The host family is in transition with the au pair as the au pair is unhappy with the location. |
| 2 | Saiger | Hickey | 2012 | 1/3/2013 | Mutual | Unhappy with ages of children | No | | Rematched | 2/18/2013 | Rematched | 2/20/2013 | The host family is in transition with the au pair. The family feels she is a good au pair but she is overwhelmed by three active boys. |
| 3 | Pulford | Sergio | 2010 | 1/3/2013 | Mutual | Communication problems | No | | Rematched | 2/18/2013 | Rematched | 2/20/2013 | The host family is in transition with the au pair due to communication problems and use of the car. |
| 4 | Biloshiants | Fidanza | 2012 | 1/7/2013 | Host Family | Driving Issues | No | | Rematched | 4/8/2013 | Rematched | 3/20/2013 | The host family is in transition with the au pair due the au pair's poor driving skills. |
| 5 | Filippidou | Pavlides | 2005 | 1/14/2013 | Host Family | Difficult Children | No | | Rematched | 1/25/2013 | Rematched | 2/20/2013 | The host family is in transition with the au pair. The host family feels the au pair is not managing very active and sometimes difficult children successfully. |
| 6 | Sama Borque | Budke | 2010 | 1/16/2013 | Mutual | Problems with HF | No | | Rematched | 2/20/2013 | Rematched | 2/20/2013 | The host family is in transition with the au pair. The au pair claims there is a tension between the parents due to an upcoming divorce. |
| 7 | van Zyl | Avolio | 2010 | 2/11/2013 | Au Pair | Driving Issues | No | | Rematched | 2/19/2013 | Rematched | 3/1/2013 | The host family is in transition with the au pair due to differences on using the car. |
| 8 | Germano Orsi | Ingber | 2012 | 2/25/2013 | Mutual | Unhappy with Location | No | | Rematched | 3/18/2013 | Rematched | 3/16/2013 | AP wants to be in a warmer climate. She is not comfortable driving in a snow. |
| 9 | Hachani | Villani | 2012 | 3/4/2013 | Mutual | Communication problems | No | | Rematched | 3/20/2013 | Rematched | 3/31/2013 | Independent au pair who needs use of a car during her off time. |
| 10 | Carrillo | Ascione | 2012 | 3/11/2013 | Mutual | Au Pair Participant is unwilling to work required time | No | | Rematched | 3/26/2013 | Rematched | 3/20/2013 | Very busy family with four children and a busy schedule schedule. Au pair finds it challenging to keep up. |
| 11 | van Mourik | Brust | 2006 | 3/14/2013 | Au Pair | Personality conflict | No | | Rematched | 4/27/2013 | Rematched | 4/12/2013 | The au pair and the host daughter do not get along. |
| 12 | Barragan Salas | Shaffer | 2006 | 3/18/2013 | Mutual | Communication problems | No | | Rematched | 4/11/2013 | Rematched | 5/31/2013 | Au pair's English is not good enough for the family needs. |
| 13 | Germano Orsi | Aulakh | 2010 | 3/27/2013 | Mutual | Personality conflict | No | | Rematched | 4/13/2013 | Rematched | 5/6/2013 | Au pair had issues with older kid's behavior. |
| 14 | Flores Santos | Sergio | 2010 | 3/27/2013 | Host Family | Communication problems | No | | Rematched | 4/4/2013 | Rematched | 5/6/2013 | Not strong English did not bond with the kids. |
| 15 | Blusa | Crystal | 2012 | 4/8/2013 | Mutual | Personality conflict | No | | Rematched | 4/12/2013 | Rematched | 4/22/2013 | The au pair did not work overtime but her hours would change often and she had to work mainly evenings and weekends. |
| 16 | Barning | Geraghty | 2009 | 4/10/2013 | Host Family | Financial issues | No | | Rematched | 4/15/2013 | Rematched | 4/15/2013 | The family has decided to go on hold due to a change in their financial situation. |
| 17 | Frankenberger | Hesse | 2005 | 4/16/2013 | Mutual | Personality conflict | No | | Rematched | 4/22/2013 | Rematched | 4/29/2013 | Personality differences. |
| 18 | Abrajan Tahuel | Dassler | 2005 | 4/23/2013 | Mutual | Personality conflict | No | | Rematched | 4/29/2013 | Rematched | 5/16/2013 | The host family needs a more independent au pair who would be a self-starter. |
| 19 | Wang | McCabe Dunn | 2013 | 4/26/2013 | Mutual | Au Pair Participant provides inadequate childcare | No | | Rematched | 6/17/2013 | Rematched | 5/31/2013 | The au pair does not have enough experience to take care of two children under 2. |
| 20 | Ballast | Nielson | 2012 | 5/1/2013 | Mutual | Difficult Children | No | | Rematched | 6/3/2013 | Rematched | 6/3/2013 | The host family is in transition with the au pair as due to a difficult child. |
| 21 | Nowak | Ingber | 2012 | 5/13/2013 | Mutual | Personality conflict | No | | Rematched | 6/24/2013 | Rematched | 6/17/2013 | Personality differences. Also AP seemed to be overwhelmed by four kids. |
| 22 | Aguirre de Gracia Rodriguez | Tigoular | 2010 | 5/16/2013 | Host Family | Au Pair Participant is not proficient in the spoken English language | No | | Rematched | 5/22/2013 | Rematched | 6/5/2013 | The host family feels the au pair's English is too weak for their needs. |
| 23 | Posadas | Amidror | 2013 | 5/31/2013 | Host Family | Communication problems | No | | Rematched | 7/3/2013 | Rematched | 7/3/2013 | The host family is in transition with the au pair. They mutually agreed that transition is the best course of action as they are not a good match. |
| 24 | Sato | Shin | 2013 | 5/31/2013 | Host Family | Personality conflict | No | | Rematched | 10/21/2013 | Rematched | 8/11/2013 | The host family and the au pair is in transition because the host family will not need an au pair for most of July and the au pair will start looking for a new family for her extension program. |
| 25 | Blusa | Geraghty | 2009 | 6/4/2013 | Mutual | HF no longer needed AP | No | | Rematched | 8/5/2013 | Rematched | 6/29/2013 | The host family and the au pair is in transition because the host family is overwhelmed. They also feel the au pair's driving is not strong enough for their needs. |
| 26 | Suzuki | KOLYANI | 2013 | 6/24/2013 | Host Family | Driving Issues | No | | Rematched | 7/8/2013 | Rematched | 7/20/2013 | The host family is in transition with the au pair due to personality conflict. |
| 27 | Jahn | Brown | 2003 | 7/3/2013 | Host Family | Personality conflict | No | | Rematched | 7/9/2013 | Rematched | 7/10/2013 | The host family is in transition with the au pair due to personality differences. |
| 28 | Janse van Vuuren Correa | Martinkus | 2011 | 7/11/2013 | Mutual | Personality conflict | No | | Rematched | 7/26/2013 | Rematched | 7/26/2013 | The host family is in transition with the au pair due to personality conflict. |
| 29 | Gutierrez | Hanson | 2008 | 7/18/2013 | Mutual | Personality conflict | No | | Rematched | 7/24/2013 | Rematched | 7/31/2013 | The host family is in transition with the au pair due to personality conflict. |
| 30 | Ordonez Eraso | Narvaez | 2012 | 7/23/2013 | Mutual | Issues concerning scheduling- time off/ vacation daily routine | No | | Rematched | 9/21/2013 | Rematched | 9/21/2013 | Host family scheduled the au pair for more than 10 hours a day. |
| 31 | Zhang | McMillan | 2013 | 8/15/2013 | Au Pair | Au Pair Participant provides inadequate childcare | No | | Rematched | 9/23/2013 | Rematched | 9/22/2013 | The host family is in transition with the au pair. The au pair feels that the kids energy and dynamics is too much for her to handle. |
| 32 | De Paula Dos Santos | Decker | 2013 | 8/26/2013 | Au Pair | Issues concerning scheduling- time off/ vacation daily routine | No | | Rematched | 9/9/2013 | Rematched | 9/20/2013 | The host family is in transition with the au pair due to scheduling issues and a personality conflict. |
| 33 | Huehlmann | Schmidt | 2011 | 8/27/2013 | Mutual | Issues concerning scheduling- time off/ vacation daily routine | No | | Rematched | 10/21/2013 | Rematched | 9/9/2013 | The host family is in transition because the au pair feels overwhelmed and overworked. |
| 34 | Lenkendonska | Evans | 2011 | 9/20/2013 | Mutual | Communication problems | No | | Rematched | 9/13/2013 | Rematched | 9/16/2013 | The host family is in transition with the au pair due to a personality conflict. |
| 35 | Smoczlori | Rosenbaum | 2013 | 9/30/2013 | Au Pair | Difficult Children | No | | Rematched | 10/18/2013 | Rematched | 10/18/2013 | The host family is in transition with the au pair as the au pair is not comfortable with the kids fighting all the time. |
| 36 | Tamanti Roda | Geller | 2010 | 9/30/2013 | Host Family | Communication problems | No | | Rematched | 11/11/2013 | Rematched | 10/7/2013 | The host family is in transition with the au pair. The family feels she has not bonded with children well enough and that she needs constant instruction. |
| 37 | Ganas | Rohatagi | 2013 | 10/3/2013 | Au Pair | Communication problems | No | | Rematched | 10/22/2013 | Rematched | 10/7/2013 | The host family is in transition with the au pair due to communications problems. |
| 38 | Cabrera Font | Vascellaro | 2013 | 10/9/2013 | Mutual | Personality conflict | No | | Rematched | 12/2/2013 | Rematched | 10/27/2013 | The host family is in transition with the au pair due to driving issues and a personality conflict. |
| 39 | Kozielska | Chellappa | 2012 | 10/16/2013 | Au Pair | Unhappy with Location | No | | Rematched | 12/1/2013 | Rematched | 11/4/2013 | The au pair would like to experience a different part of the US. |
| 40 | Recio Benitez | Erfani | 2013 | 10/18/2013 | Mutual | Issues concerning scheduling- time off/ vacation daily routine | No | | Rematched | 11/19/2013 | Rematched | 11/9/2013 | The host family is in transition with the au pair due to scheduling issues. |
| 41 | Kellerman | Douglas Emma- | 2004 | 10/22/2013 | Au Pair | Personality conflict | No | | Rematched | 11/5/2013 | Rematched | 11/3/2013 | The host family is in transition with the au pair because of a personality conflict. |
| 42 | Cagnina | Dowling | 2013 | 10/24/2013 | Host Family | Au Pair Participant provides inadequate childcare | No | | Rematched | 11/3/2013 | Rematched | 11/4/2013 | Au pair is not a self starter and has difficulty with engaging with the children. |
| 43 | Villasenor Cose | McCurry | 2005 | 10/29/2013 | Host Family | Communication problems | No | | Rematched | 11/15/2013 | Rematched | 11/15/2013 | Au pair does not exhibit good judgement at times and has a personality conflict with the host mother. |
| 44 | Jaeger | Alelede | 2012 | 11/5/2013 | Au Pair | Communication problems | No | | Rematched | 12/10/2014 | Rematched | 11/15/2014 | The host family is in transition with the au pair as both parties feel they are not a good fit with the au pair. |
| 45 | Hyslop | Tainton | 2007 | 11/7/2013 | Au Pair | Communication problems | No | | Rematched | 11/15/2013 | Rematched | 11/18/2013 | The host family is in transition with the au pair as the au pair did not feel included in the family. The family tried to rectify this situation but it was too late. |
| 46 | Lepage | Hesse | 2005 | 12/3/2013 | Mutual | Program not as expected | No | | Rematched | 12/14/2014 | Rematched | 12/16/2013 | Au pair had some unrealistic expectations about the program and did not bond well. |
| 47 | Arango Borrero | Walther | 2013 | 12/6/2013 | Au Pair | Communication problems | No | | Rematched | 12/24/2014 | Rematched | 12/20/2013 | The host family is in transition with the au pair due to a personality conflict. They would recommend the au pair. |
| 48 | Boschker | Stearn-Vardy | 2008 | 12/12/2013 | Au Pair | Au Pair Participant provides inadequate childcare | No | | Rematched | 1/20/2014 | Rematched | 12/21/2013 | The host family is in transition with the au pair as they feel the au pair does not bond well with children. |
| 49 | Cieslik | Orrico | 2011 | 12/13/2013 | Mutual | AP no longer needed AP | No | | Rematched | 1/20/2014 | Rematched | 1/8/2014 | The au pair has matched for his extension year and will go to the family a bit earlier. The host family's new au pair is also arriving earlier. |
| 50 | Campana Dias | Baker | 2012 | 12/16/2013 | Au Pair | Communication problems | Yes | 1/7/2013 | Sponsor Terminated | 1/29/2014 | Sponsor Terminated | 1/30/2014 | The au pair prefers to have a schedule where she does not work on weekends. |
| 51 | Kondratiuk | Johnston | 2011 | 1/18/2013 | Mutual | Communication problems | No | | Sponsor Terminated | 1/29/2013 | Rematched | 1/30/2013 | The host family is in transition with the au pair due to communication problems. Additionally the au pair is not happy with the living conditions. |
| 52 | Veselkova | Nelson | 2013 | 1/22/2013 | Mutual | Unrealistic expectations HF | No | | Sponsor Terminated | 12/11/2013 | Rematched | 12/11/2013 | The host family is in transition with the au pair due to scheduling issues and differing expectations about the program. |
| 53 | Pillay | Sharma | 2013 | 12/6/2013 | Au Pair | Issues concerning activity and/or inappropriate activity | No | 12/12/2013 | Terminated | | Terminated | 12/14/2013 | The host family is in transition with the au pair as the host father was inappropriate with the au pair. |
| 54 | Sasayama | Kallio | 2012 | 5/2/2013 | Mutual | Communication problems | No | | Withdrew | | Withdrew | 5/2/2013 | The au pair and the host mother did not get along. |
| 55 | Seyman | Creilman | 2012 | 5/2/2013 | Mutual | Communication problems | No | | Withdrew | 6/6/2013 | Withdrew | 6/2/2013 | The host mother and the au pair have communication issues. Also the host mother claims the au pair was drinking under age. |
| 56 | Krause | Felix | 2013 | 12/2/2013 | Au Pair | Difficult Children | No | | Withdrew | 12/24/2014 | Withdrew | 12/24/2013 | The host family is in transition with the au pair due to personality differences. |
| 57 | Johanses | Maxwell | 2011 | 4/23/2013 | Mutual | Difficult Children | No | | Withdrew | 4/23/2013 | Withdrew | 5/13/2013 | The Maxwell family is in transition with the au pair due to their child's behavior issues. |
| 58 | Izotova | Bixbey | 2007 | 1/3/2013 | Mutual | Unrealistic expectations HF | No | | Withdrew | 1/3/2013 | Withdrew | 1/13/2013 | The au pair does not feel as if she can live up to the host family's high expectations. |
| 59 | Kania | Bailey | 2012 | 1/7/2013 | Host Family | Program not as expected | No | | Withdrew | 2/19/2013 | Withdrew | 1/11/2013 | Host family has decided that they do not want live in childcare. |

CONFIDENTIAL

InterExchange0006060

| # | Last Name | First Name | Year | Date | Type | Reason | | No | | Withdrew | Rematched | Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | Strebkova | Rees | 2007 | 1/10/2013 | Host Family | Driving Issues | | No | | Withdrew | 1/18/2013 | Rematched 1/24/2013 | The family is in transition with the au pair due to driving issues. They would recommend the au pair as they feel she is not neglectful of her duties. |
| 61 | Inel | Dako | 2012 | 1/28/2013 | Host Family | HF violated program rules | | No | | Withdrew | 1/28/2013 | Rematched 2/1/2013 | Host family informed InterExchange that they would be leaving the country after the au pairs arrival. Since they would be out of the country for more than 3 months they cannot have an au pair in their home during this time. |
| 62 | Mendez Hartinez | Farina | 2010 | 1/29/2013 | Au Pair | Communication problems | | No | | Withdrew | 2/5/2013 | Rematched 2/5/2013 | The host family and the au pair are in transition because of communication issues. |
| 63 | Ocana Moran | Barker | 2009 | 1/30/2013 | Host Family | Au Pair Participant provides inadequate childcare | | No | | Withdrew | 2/19/2013 | Rematched 2/18/2013 | The host family feels that the au pair is not about to provide adequate supervision of their children. |
| 64 | Groszik | Adams | 2012 | 2/11/2013 | Host Family | Personality conflict | | No | | Withdrew | 2/20/2013 | Rematched 2/18/2013 | The family is in transition with the au pair as they feel she is not a self-starter and not a god match for their needs. The family wants to withdraw from the program. |
| 65 | Jankowska | Gutovska | 2011 | 2/25/2013 | Mutual | Personality conflict | | No | | Withdrew | 3/23/2013 | | Host family no longer requires an au pair. |
| 66 | Cuartas Valencia | Lundsgaarde | 2012 | 3/15/2013 | Host Family | Host Family Personal Problems | | No | | Withdrew | 5/15/2013 | Rematched 4/8/2013 | The family is going through a divorce and is not sharing custody. The host mother no longer needs an au pair. |
| 67 | Barlow | Keegan | 2007 | 3/26/2013 | Host Family | Host Withdrawal | | No | | Withdrew | 4/1/2013 | Rematched 4/21/2013 | The host family can no longer afford childcare services and has decided to withdraw. |
| 68 | Ricordel | Celestin | 2011 | 3/29/2013 | Mutual | Host Withdrawal | | No | | Withdrew | 3/29/2013 | Rematched 4/6/2013 | The host family decided to withdraw. |
| 69 | Lopez Salazar | Christian | 2012 | 4/15/2013 | Host Family | HF no longer needed AP | | No | | Withdrew | 4/22/2013 | Rematched 4/20/2013 | The family has decided to withdraw from the program. The host mother is quitting her job and an au pair is no longer needed. |
| 70 | Zhang | Wu | 2013 | 4/17/2013 | Host Family | Personality conflict | | No | | Withdrew | 5/13/2013 | Rematched 5/3/2013 | The host mother did not get along with the au pair. |
| 71 | Maksimova | Baraldi | 2011 | 4/22/2013 | Host Family | Personality conflict | | No | | Withdrew | 5/6/2013 | Rematched 5/6/2013 | The host family needs a more independent au pair who would be a self-starter. |
| 72 | Alons | Day | 2013 | 4/24/2013 | Host Family | Au Pair Participant provides inadequate childcare | | No | | Withdrew | 5/17/2013 | Rematched 5/23/2013 | The host family feels the au pair is nice and responsible but she would do better with older children. |
| 73 | Slarova | Messina | 2006 | 5/3/2013 | Au Pair | Host Withdrawal | | No | | Withdrew | 5/11/2013 | Rematched 5/12/2013 | The host family has decided to withdraw from the program. |
| 74 | Ibragimova | Weaver | 2013 | 5/8/2013 | Host Family | Host Withdrawal | | No | | Withdrew | 5/8/2013 | Rematched 5/20/2013 | The host family has decided to withdraw from the program as the host father lost his job. |
| 75 | Nomichi | Van De Voort-Perez | 2006 | 5/20/2013 | Host Family | Host Withdrawal | | No | | Withdrew | 7/3/2013 | Rematched 7/1/2013 | HF decided to withdraw from the program due to an upcoming divorce. |
| 76 | Penter | Youngson | 2013 | 5/29/2013 | Mutual | Host Withdrawal | | No | | Withdrew | 6/17/2013 | Rematched 6/17/2013 | The host family is withdrawing from the program. They have no complaints about the au pair's childcare skills. |
| 77 | Roussel | Bustami | 2011 | 6/17/2013 | Au Pair | Unrealistic expectations HF | | No | | Withdrew | 6/24/2013 | Rematched 6/27/2013 | The host family will be withdrawing as they are not a good fit for the program. |
| 78 | Jankowska | Zawadzki | 2012 | 7/12/2013 | Host Family | Personality conflict | | No | | Withdrew | 7/25/2013 | Rematched 7/21/2013 | The host family wanted to extend with the au pair but she declined. The host family will be withdrawing from the program. |
| 79 | Gallegos Ibarra | Vaccaro | 2006 | 7/23/2013 | Au Pair | Host Withdrawal | | No | | Withdrew | 8/23/2013 | Rematched 8/15/2013 | The host family is in transition with the au pair since they are withdrawing from the program. |
| 80 | Solomons | Foster | 2011 | 7/23/2013 | Mutual | Communication problems | | No | | Withdrew | 7/30/2013 | Rematched 7/26/2013 | The host family is in transition with the au pair due to communication problems. |
| 81 | Rodriguez Posadas | Avollo | 2010 | 8/6/2013 | Au Pair | Personality conflict | | No | | Withdrew | 8/9/2013 | Rematched 8/24/2013 | The host family is in transition with the au pair due to a personality conflict. |
| 82 | Ballast | Gordon | 2003 | 8/6/2013 | Mutual | Host Withdrawal | | No | | Withdrew | 8/30/2013 | Rematched 9/2/2013 | This was a temp family and they will be withdrawing from the program. |
| 83 | Tamaril Roda | Cabezas | 2012 | 8/12/2013 | Mutual | Personality Conflict | | No | | Withdrew | 10/10/2013 | Rematched 9/4/2013 | The host family is in transition due to a personality conflict. |
| 84 | Gomes Barbosa Cabral de Lima | Saal | 2005 | 8/14/2013 | Mutual | Issues concerning scheduling- time off/vacation daily routine | | No | | Withdrew | 12/1/2013 | Rematched 10/4/2013 | The host family is in transition with the au pair due to personality differences and disagreement over scheduling. |
| 85 | Heughan | LeBow | 2013 | 8/21/2013 | Au Pair | Issues concerning scheduling- time off/vacation daily routine | | No | | Withdrew | 9/13/2013 | Rematched 9/13/2013 | The host family is in transition with the au pair due to scheduling issues and personality conflict. The host family will be withdrawing from the program. |
| 86 | Kass | Aaronson | 2011 | 8/22/2013 | Mutual | HF no longer needed AP | | No | | Withdrew | 8/22/2013 | Rematched 8/26/2013 | Host family has found alternative childcare. |
| 87 | Kelly | Lerner | 2007 | 8/23/2013 | Au Pair | Issues concerning scheduling- time off/vacation daily routine | | No | | Withdrew | 9/4/2013 | Rematched 9/8/2013 | The host family is in transition with the au pair due to scheduling issues and differing expectations. |
| 88 | Grady | Lazar | 2012 | 8/23/2013 | Mutual | Issues concerning scheduling- time off/vacation daily routine | | No | | Withdrew | 10/15/2013 | Rematched 9/15/2013 | The host family is in transition with the au pair due to scheduling issues and personality differences. |
| 89 | Bachelier | Ainge | 2008 | 9/9/2013 | Host Family | Host Withdrawal | | No | | Withdrew | 9/29/2013 | Rematched 9/29/2013 | The host family will be withdrawing from the program for financial reasons. |
| 90 | Calderon Sanchez | Gray | 2013 | 9/10/2013 | Au Pair | Issues concerning scheduling- time off/vacation daily routine | | No | | Withdrew | 10/2/2013 | Rematched 10/16/2013 | The host family is in transition with the AP due to scheduling issue and child safety concern. |
| 91 | Wintergerst | Sorvino | 2010 | 9/16/2013 | Au Pair | Issues concerning scheduling- time off/vacation daily routine | | No | | Withdrew | 10/2/2013 | Rematched 10/14/2013 | The host family is in transition with the au pair due to differing expectations and some scheduling issues. |
| 92 | Freund | Nielson | 2013 | 10/10/2013 | Host Family | Poor Judgement | | No | | Withdrew | 10/29/2013 | Rematched 11/4/2013 | The host family is in transition with the au pair as the au pair was doing a German language blog about her experience in the US. Also one of the kids is dyslexic and the family felt the au pair was not firm enough with him. |
| 93 | Krejlova | Malone | 2006 | 10/16/2013 | Host Family | Driving Issues | | No | | Withdrew | 10/29/2013 | Rematched 11/26/2013 | The au pair passed out while driving to the gym which caused her to be in a car accident. There are some concerns about her driving in the future. |
| 94 | Berben-leder | King | 2013 | 10/18/2013 | Mutual | Communication problems | | No | | Withdrew | 11/15/2013 | Rematched 11/26/2013 | The host family is in transition with the au pair due to communication problems. |
| 95 | Schreiner | Adler | 2013 | 10/28/2013 | Host Family | Communication problems | | No | | Withdrew | 11/12/2013 | Rematched 10/22/2013 | The host family is in transition with the au pair due to disagreement over food consumption and access to car. |
| 96 | Ziemer | Neuroth | 2012 | 10/29/2013 | Au Pair | Personality conflict | | No | | Withdrew | 11/15/2013 | Rematched 11/26/2013 | Personality conflict between au pair and host family. |
| 97 | Wang | Andrade | 2013 | 11/18/2013 | Au Pair | Personality conflict | | No | | Withdrew | 12/16/2013 | Rematched 12/14/2013 | Host family does not think the au pair is a good fit for their family. |
| 98 | Phammattavvat | KOLYANI | 2013 | 12/4/2013 | Host Family | Issues concerning scheduling- time off/vacation daily routine | | No | | Withdrew | 12/13/2013 | Rematched 1/7/2014 | The host family is in transition with the au pair due to scheduling issues personality conflict and communication problems. |
| 99 | Granada Ramirez | Tamaddon | 2013 | 12/19/2013 | Au Pair | Au Pair Participant is unwilling to work required time | | No | | Withdrew | 12/31/2013 | Rematched 1/19/2014 | The host family is in transition with the au pair as she feels overwhelmed by five kids. |

CONFIDENTIAL

InterExchange0006061

Exhibit 4

| AP First Name | AP Last Name | AP Email | AP Country | Program Begin Date | Program End Date | HF Name | Local Coordinator Name | HF Address | HF City | State | Zip | Regional Coordinator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anayeli | Abrajan Tlahuel | nayeab23@hotmail.com | Mexico | 2/4/2013 | 7/27/2013 | Dassler Sakati | Rene' Brown | 11192 Longwood Grove Drive | Reston | VA | 20194 | Portia Haynes |
| Anayeli | Abrajan Tlahuel | nayeab23@hotmail.com | Mexico | 2/4/2013 | 7/27/2013 | Tigoudar | Sara Thomas | 11 Pellmore ct | Pikesville | MD | 21208 | Portia Haynes |
| Silvia Paulina | Acero Reyes | paulina.a.20@hotmail.com | Mexico | 9/9/2013 | 9/9/2014 | Riley | Kristiana Kurth | 197 Kingsbury Ave | Bradford | MA | 01835 | Victoria King |
| Luz Andrea | Aceves Saldana | andrulucha@hotmail.com | Mexico | 9/9/2013 | 9/9/2014 | Kitterman | Ann McLaughlin | 6313 11th Road North | Arlington | VA | 22205 | Portia Haynes |
| Tania | Acuna Rojo | zuka_tanya@hotmail.com | Spain | 8/26/2013 | 8/26/2014 | Feliu | Robin Winter-Bailey | 28 Jacobs Ln | Scotch Plains | NJ | 07076 | Portia Haynes |
| Mikako | Adachi | mikako529@icloud.com | Japan | 7/22/2013 | 7/22/2014 | Reese | Phil Colucci | 79 East Elm Street | Chicago | IL | 60611 | Juliet Okpalanma |
| Ilse | Adame Calderon | ilse_adame@live.com | Mexico | 6/17/2013 | 6/17/2014 | Butera-Manning | Patricia Gilligan | 67 Rymph Road | Staatsburg | NY | 12560 | Victoria King |
| Kim | Adria | kim.adria@web.de | Germany | 7/22/2013 | 7/22/2014 | Perrine-Wilson | Margaret Dixon | 22 E Essex Ave | Lansdowne | PA | 19050 | Juliet Okpalanma |
| Marissa | Adriaenssens | marissa.adriaenssens@hotmail.com | Belgium | 9/23/2013 | 9/23/2014 | Kolb | Rhonda Kaufman | 10112 Dallas Ave | Silver Spring | MD | 20901 | Portia Haynes |
| Yliangemar | Aguirre de Gracia | yliangemari@hotmail.com | Panama | 4/22/2013 | 4/22/2014 | Poehlmann | Phil Colucci | 3846 North  Seeley Avenue | Chicago | IL | 60618 | Juliet Okpalanma |
| Yliangemar | Aguirre de Gracia | yliangemari@hotmail.com | Panama | 4/22/2013 | 4/22/2014 | Tigoudar | Sara Thomas | 11 Pellmore ct | Pikesville | MD | 21208 | Portia Haynes |
| Kerri | Alexander | kezralexander@gmail.com | South Africa | 9/23/2013 | 10/18/2013 | Yerkin | Rhonda Kaufman | 2210 Reedie Drive | Silver Spring | MD | 20902 | Portia Haynes |
| Marion | Allmer | marion94@gmx.net | Austria | 7/22/2013 | 7/22/2014 | Rogers | Cara Harper | 1288 Briardale Lane | Atlanta | GA | 30306 | Portia Haynes |
| Hawa | Ally | hawazally73@gmail.com | South Africa | 4/8/2013 | 4/8/2014 | Thibert | Tauryn Beeman | 7732 152nd St SE | Snohomish | WA | 98296 | Juliet Okpalanma |
| Berendina | Alons | karinaalons@hotmail.com | Netherlands | 4/8/2013 | 4/8/2015 | Justice | Ann McLaughlin | 3302 Wooden Valley Ct | Alexandria | VA | 22310 | Portia Haynes |
| Berendina | Alons | karinaalons@hotmail.com | Netherlands | 4/8/2013 | 4/8/2015 | Day | Robin Winter-Bailey | 9000 Burning Tree Road | Bethesda | MD | 20817 | Portia Haynes |
| Britta | Althoff | britta@lp3.de | Germany | 8/5/2013 | 8/5/2014 | Master | Lisbeth Ceriani | 26 Lombard Street | Atlanta | MA | 02458 | Victoria King |
| Johanna | Altmann | johanna.altmann@web.de | Germany | 8/26/2013 | 8/26/2014 | Elder | Cara Harper | 16450 Hopewell Road | Alpharetta | GA | 30004 | Portia Haynes |
| Alice | Alvarez Mendoza | alvarezalice21@gmail.com | Panama | 9/9/2013 | 10/29/2013 | Shulman | Ellen Hogan | 41 Victor Street | Valley Stream | NY | 11580 | Victoria King |
| Carolina | Alvarez Zabala | carolinaalvarezzabala@hotmail.com | Uruguay | 8/26/2013 | 8/26/2014 | Horgan | Robin Winter-Bailey | 241 Ashland Road | Summit | NJ | 07901 | Portia Haynes |
| Jessica | Alves Brito | jey.brito@yahoo.com.br | Brazil | 10/21/2013 | 10/21/2014 | Zimbabwe | Lisbeth Ceriani | 1250 Kearny Street NE | Washington | DC | 20017 | Portia Haynes |
| Elaine | Ames | elainesjo@hotmail.com | Brazil | 2/18/2013 | 2/18/2014 | Contract-Latona | Rene' Brown | 565 Shackamaxon Drive | Westfield | NJ | 07090 | Portia Haynes |
| Nicoline Hjort | Andersen | nicoline_hjort@hotmail.com | Denmark | 8/26/2013 | 8/26/2014 | Whitehead | Jessica Liva | 310 Webster Ave | Jersey City | NJ | 07307 | Portia Haynes |
| Elizabeth | Anderson | lizzy.a.1991@hotmail.com | New Zealand | 4/22/2013 | 10/22/2014 | Besen-Frucht | Christine Meek | 5 Grant Avenue | Westport | CT | 06880 | Victoria King |
| Kirsty | Anepool | k_anepool@hotmail.com | Netherlands | 10/7/2013 | 10/7/2014 | Eggleston | Christine Meek | 40 Washington Post Drive | Wilton | CT | 06897 | Victoria King |
| Piyatida | Anthong | yhx2m@hotmail.com | Thailand | 2/4/2013 | 11/4/2014 | Adeli | Lisbeth Ceriani | 111 Beach Street | Boston | MA | 02111 | Victoria King |
| Elena | Antonano Nieto | elena.nieto89@hotmail.es | Spain | 10/7/2013 | 12/4/2013 | O'Brien | Penny Pierce | 1027 Sheridan Road | Evanston | IL | 60202 | Juliet Okpalanma |
| Angelica | Arango Borrero | angelica.arangob@gmail.com | Colombia | 8/5/2013 | 8/5/2014 | Walther | Sara Thomas | 3913 Edith Ct | Ellicott City | MD | 21043 | Portia Haynes |
| Katie | Armitage | katiepa@hotmail.co.uk | United Kingdom | 8/5/2013 | 8/5/2014 | Costello | Daniek Meek | 50 Golden Farm Road | Stamford | CT | 06903 | Victoria King |
| Sara | Arosemena | bbsara20@hotmail.com | Panama | 6/17/2013 | 6/17/2014 | Frain | Sandra Green | 1217 Revere Drive | Chalfont | PA | 18914 | Juliet Okpalanma |
| Martina | Ascheri | martinaascheri@live.com | Argentina | 4/8/2013 | 4/8/2015 | Garcia-Davila | Carol Daly | 25 Matthiessen Park | Irvington | NY | 10533 | Victoria King |
| Gina | Atencio Lan | linette_29@hotmail.com | Panama | 2/4/2013 | 7/7/2013 | Koenig | Nina Kruzsak | 436 Gale Ave | Pittsfield | MA | 01201 | Victoria King |
| Madison | Atkins | madison.a@mweb.co.za | South Africa | 8/5/2013 | 8/5/2014 | Gorman | Ileen Kodish | 3 Hook Road | Rye | NY | 10580 | Victoria King |
| Rebekka | Auer | rebekka.auer@web.de | Germany | 3/18/2013 | 3/18/2014 | Patel | Cara Harper | 853 Vedado Way | Atlanta | GA | 30308 | Portia Haynes |
| Diana | Avagyan | imperia-d@mail.ru | Armenia | 2/18/2013 | 2/18/2014 | Pomykala-Hein | Joanna Lehmann | 535 Dean Street Apt 207 | Brooklyn | NY | 11217 | Victoria King |
| Desire | Baas | desire.baas@arcor.de | Germany | 12/2/2013 | 12/16/2013 | Gruyters | Robin Winter-Bailey | 2228 Edgewood Terrace | Scotch Plains | NJ | 07076 | Portia Haynes |
| Kevin | Bachelier | kevin.bachelier@orange.fr | France | 7/8/2013 | 7/8/2014 | Popa | Cara Harper | 11055 Kimball Crest Drive | Alpharetta | GA | 30022 | Portia Haynes |
| Kevin | Bachelier | kevin.bachelier@orange.fr | France | 7/8/2013 | 7/8/2014 | Ainge | Robin Winter-Bailey | 7022 Tremont Avenue | Westfield | NJ | 07090 | Portia Haynes |
| Ariadna | Balart Melich | ariadnabarne@gmail.com | Spain | 4/8/2013 | 4/8/2014 | Harvey | Serena Edoh | 608 Corliss Ct | Branchburg | NJ | 08876 | Portia Haynes |
| Jana | Balla | jana.balla@gmx.net | Germany | 8/26/2013 | 8/26/2014 | Hamel-Shivers | Alissa Mahoney | 370 Dolores Street | San Francisco | CA | 94110 | Juliet Okpalanma |
| Elianne | Ballast | elianballast@gmail.com | Netherlands | 3/18/2013 | 3/18/2015 | Haraty | Kristiana Kurth | 112 Parkhurst Drive | Westford | MA | 01886 | Victoria King |
| Elianne | Ballast | elianballast@gmail.com | Netherlands | 3/18/2013 | 3/18/2015 | Nielson | Lisbeth Ceriani | 7 Evergreen Circle | Westford | MA | 01886 | Victoria King |
| Elianne | Ballast | elianballast@gmail.com | Netherlands | 3/18/2013 | 3/18/2015 | Gordon | Rene' Brown | 21371 Apple Grove | Ashburn | VA | 20147 | Portia Haynes |
| Alexis | Balmoissiere Chartroux | alexis2601@hotmail.com | France | 12/2/2013 | 12/2/2014 | Depeyrot | Ann McLaughlin | 20 West Walnut Street | Alexandria | VA | 22301 | Portia Haynes |
| Maria de la Luz | Barajas Gonzalez | lubg00@hotmail.com | Mexico | 4/8/2013 | 4/8/2014 | Rush | Rhonda Kaufman | 14613 Carona Drive | Silver Spring | MD | 20905 | Portia Haynes |
| Marine | Barboille | marine.barboille@live.fr | France | 8/26/2013 | 8/26/2014 | Fortier-Santo | Carol Daly | 29 Sylvan Ave | Tuckahoe | NY | 10707 | Victoria King |
| Alicia | Barnes | alicia.rbarnes@gmail.com | United Kingdom | 9/9/2013 | 9/9/2014 | Malleck | Ann McLaughlin | 2509 King Street | Alexandria | VA | 22301 | Portia Haynes |
| Maria | Barrios Rivera | fernanda.bariv@hotmail.com | Mexico | 2/18/2013 | 2/18/2014 | Guthrie | Tauryn Beeman | 15332 Old Redmond Rd | Redmond | WA | 96062 | Juliet Okpalanma |

**CONFIDENTIAL**

InterExchange0006062

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hannah | Baumgarte | han.baumgarte@web.de | Germany | 9/9/2013 | 9/9/2014 | Lemberg | Robin Winter-Bailey | 537 Elm Street | Westfield | NJ | 07090 | Portia Haynes |
| Kerryn | Beattie | kezbeattie@gmail.com | South Africa | 4/8/2013 | 4/8/2014 | Shupert | Tauryn Beeman | 5114 NE 23rd Street | Renton | WA | 98059 | Juliet Okpalanma |
| Amy | Beaumont | amy-beaumont@hotmail.com | United Kingdom | 9/9/2013 | 9/9/2014 | Barbis | Jolene Leonardo | 261 Jefferson Ave | St James | NY | 11780 | Victoria King |
| Ilona | Becakova | ilona.becakova@post.cz | Czech Republic | 2/4/2013 | 3/11/2013 | Hastman | Patricia Hughes | 2163 S. Ventura Street | Aurora | CO | 80013 | Juliet Okpalanma |
| Franziska | Becker | franziskabecker1@web.de | Germany | 11/11/2013 | 11/11/2014 | Gillen | Rene' Brown | 12808 Holly Grove Court | Fairfax | VA | 22033 | Portia Haynes |
| Carla | Behrens | carla.behrens@netcologne.de | Germany | 9/23/2013 | 9/23/2014 | Baumann | Penny Pierce | 147 Maple Ave | Wilmette | IL | 60091 | Juliet Okpalanma |
| Kahina | Benada | kahina.benada@gmail.com | France | 12/2/2013 | 12/2/2014 | Mullette | Corrie Whitty | 1 Georgian Road | Morristown | NJ | 07960 | Portia Haynes |
| Cindy | Bentenrieder | cindy.bentenrieder@web.de | Germany | 7/22/2013 | 7/22/2014 | King-Duff | Cara Harper | 2665 Hawthorne Cove NE | Atlanta | GA | 30345 | Portia Haynes |
| Cindy | Bentenrieder | cindy.bentenrieder@web.de | Germany | 7/22/2013 | 7/22/2014 | Douglas | Phil Colucci | 2252 N Campbell Avenue | Chicago | IL | 60647 | Juliet Okpalanma |
| Martina | Beranova | martina.beran@gmail.com | Czech Republic | 9/9/2013 | 9/9/2014 | Motcka-Beddows | Nina Kryzak | 14 PARKWYN DR | DELMAR | NY | 12054 | Victoria King |
| Maria Emilia | Bernal | emibernal93@gmail.com | Argentina | 3/18/2013 | 3/18/2014 | O'Kelly | Kimberly Durazo | 34556 Via Espinoza #A | Capistrano Beach | CA | 92824 | Juliet Okpalanma |
| Nicolas | Berthelot | nhberthelot@yahoo.fr | France | 7/22/2013 | 7/22/2014 | Meszaros | Rhonda Kaufman | 2810 Peregoy Drive | Kensington | MD | 20895 | Portia Haynes |
| Melinda | Bezuidenhout | melinda.bezuidenhout@gmail.com | South Africa | 10/21/2013 | 10/21/2014 | Smith | Penny Pierce | 3155 Kayjay Drive | Northbrook | IL | 60062 | Juliet Okpalanma |
| Robynn | Bezuidenhout | Rz@live.co.za | South Africa | 11/11/2013 | 11/11/2014 | Mogil | Joy Valente | 92 Waccabuc Rd | Goldens Bridge | NY | 10526 | Victoria King |
| Jingqiang | Bi | bijingqianguis@126.com | China | 8/5/2013 | 8/5/2014 | Yee | Beverly Perialas | 3216 E. Poinsettia Dr | Phoenix | AZ | 85028 | Juliet Okpalanma |
| Verena Victoria | Bieler | verena.bieler@gmx.at | Austria | 12/2/2013 | 2/21/2014 | Cornell | Robin Winter-Bailey | 51 Dale Drive | Summit | NJ | 07901 | Portia Haynes |
| Vitaliia | Bilytska | vita-lia@ukr.net | Ukraine | 8/26/2013 | 8/26/2014 | Shields | Robin Winter-Bailey | 7 Woodcroft Road | Summit | NJ | 07901 | Portia Haynes |
| Gabor | Biro | mr.gabor.biro@gmail.com | Hungary | 4/8/2013 | 4/8/2014 | Van Dyk | Dawn Middleton | 389 Wyckoff Avenue | Ramsey | NJ | 07446 | Portia Haynes |
| Rachel | Blackburn | tas7321@hotmail.com | Australia | 4/22/2013 | 11/8/2013 | Nakra | Dawn Middleton | 92 Overlook Road | Montclair | NJ | 07043 | Portia Haynes |
| Elisa | Blanc | elisablanc@ymail.com | France | 11/11/2013 | 11/11/2014 | Hartwig | Penny Pierce | 2145 Sheridan Rd | Highland Park | IL | 60035 | Juliet Okpalanma |
| Ewelina | Bobrek | bobrek.ewelina@gmail.com | Poland | 2/4/2013 | 8/4/2014 | Koehler | Rini Ader | 1112 Park Avenue #16B | New York | NY | 10128 | Victoria King |
| Gina Jana | Boehmer | boehmer.gina@online.de | Germany | 8/12/2013 | 8/12/2014 | Ayoub | Ann McLaughlin | 3117 Celadon Lane | Falls Church | VA | 22044 | Portia Haynes |
| Carina | Boinski | calla_boinski@web.de | Germany | 2/4/2013 | 8/8/2014 | Groner | Robin Winter-Bailey | 561 Grove Terrace | South Orange | NJ | 07079 | Portia Haynes |
| Jaqueline | Bomfim | jack2pm@hotmail.com | Brazil | 8/26/2013 | 8/26/2014 | Williams | Rene' Brown | 3559 Early Woodland Pl | Fairfax | VA | 22033 | Portia Haynes |
| Araceli Maria | Borbon Esquer | aracelliborbone@hotmail.com | Mexico | 12/2/2013 | 12/2/2014 | Kesthbaum | Suzanne Miller | 568 Hill Street | Highland Park | IL | 60035 | Juliet Okpalanma |
| Danilo | Bordim | danilomarquesbordin@hotmail.com | Brazil | 3/18/2013 | 1/14/2014 | Mairs | Joy Valente | 18 Paulding Rd | Chappaqua | NY | 10514 | Victoria King |
| Jasna | Boschker | jasna_bosie@hotmail.com | Netherlands | 11/11/2013 | 11/11/2014 | Vardy Stearn | Jill DeMarco | 1630 Stewart Lane | Syosset | NY | 11791 | Victoria King |
| Jasna | Boschker | jasna_bosie@hotmail.com | Netherlands | 11/11/2013 | 11/11/2014 | Gruyters | Robin Winter-Bailey | 2228 Edgewood Terrace | Scotch Plains | NJ | 07076 | Portia Haynes |
| Melissa | Boulay | melissa.b.a@hotmail.fr | France | 9/9/2013 | 9/9/2014 | Thorn Leeson | Tara Cavanagh | 8 Rose Terrace | Chatham | NJ | 07928 | Portia Haynes |
| Jessica | Bower | bower194@gmail.com | South Africa | 1/21/2013 | 9/9/2013 | Tissot | Jill DeMarco | 24 Beechwood Rd | Roslyn | NY | 11576 | Victoria King |
| Hannah | Boyle | hannahkb94@hotmail.co.uk | United Kingdom | 9/23/2013 | 9/23/2014 | Tissot | Jill DeMarco | 24 Beechwood Rd | Roslyn | NY | 11576 | Victoria King |
| Jessica | Brandt | jessica.jessicabrandt@gmail.com | Brazil | 5/13/2013 | 5/13/2014 | Steele-McCafferty | Dawn Middleton | 14 Notting Hill Way | Montclair | NJ | 07042 | Portia Haynes |
| Jean | Brito Nogueira | jean_britonogueira@hotmail.com | Brazil | 4/22/2013 | 4/22/2014 | Vullo | Rini Ader | 40 W. 77 Street Apt. 16B | New York | NY | 10024 | Victoria King |
| Eddy | Brosse | ed.brosse@laposte.net | France | 8/26/2013 | 8/26/2014 | Crook | Robin Winter-Bailey | 725 4th Avenue | Westfield | NJ | 07090 | Portia Haynes |
| Amy | Brown | mamy_brown@hotmail.co.uk | United Kingdom | 9/9/2013 | 9/9/2014 | Gerstel | Robin Winter-Bailey | 20 Quaker Road | Short Hills | NJ | 07078 | Portia Haynes |
| Erika | Bruggen | erikabruggen@gmail.com | South Africa | 10/22/2013 | 10/22/2014 | Ascione | Robin Winter-Bailey | 4327 N Keeler Ave | Chicago | IL | 60641 | Juliet Okpalanma |
| Anneri | Buitendag | anneribuitendag@gmail.com | South Africa | 6/24/2013 | 6/24/2014 | Sehgal-Louis | Carol Daly | 89 Devonshire Road | New Rochelle | NY | 10804 | Victoria King |
| Chloe | Bulmer | chloe.bulmer@ntlworld.com | United Kingdom | 8/26/2013 | 8/26/2014 | Rabin | Sandra Green | 133 Laurel Circle | Newtown | PA | 18940 | Juliet Okpalanma |
| Samantha | Burns | samanthaburns46@gmail.com | South Africa | 8/26/2013 | 8/26/2014 | Schoenfisch | Mary Beth Grealey | 214 Autumn Drive | Chapel Hill | NC | 27516 | Portia Haynes |
| Katarzyna | Burysz | k.burysz@wp.pl | Poland | 1/7/2013 | 7/7/2014 | Golden | Ileen Kodish | 11 Cedar Lane | Purchase | NY | 10577 | Victoria King |
| Belen | Busquet | bebu_13_1@hotmail.com | Argentina | 2/4/2013 | 3/23/2013 | Idy | Jill DeMarco | 6 Jody Lane | Plainview | NY | 11803 | Victoria King |
| Gala | Cabrera Font | gala.stff@gmail.com | Spain | 7/22/2013 | 7/22/2014 | Tigoudar | Sara Thomas | 11 Pelinore ct | Pikesville | MD | 21208 | Portia Haynes |
| Gala | Cabrera Font | gala.stff@gmail.com | Spain | 7/22/2013 | 7/22/2014 | Vascellaro | Tara Cavanagh | 111 Waverly Avenue | Millington | NJ | 07946 | Portia Haynes |
| Michaela | Cafourkova | misacaf@gmail.com | Czech Republic | 3/4/2013 | 3/4/2014 | Rieger | Carol Daly | 8 Azalea Court | Scarsdale | NY | 10583 | Victoria King |
| Christina | Cagnina | Christina.Cagnina@gmx.de | Germany | 9/9/2013 | 9/9/2014 | Shulman | Ellen Hogan | 41 Victor Street | Valley Stream | NY | 11580 | Victoria King |
| Christina | Cagnina | Christina.Cagnina@gmx.de | Germany | 9/9/2013 | 9/9/2014 | Dowling | Jolene Leonardo | 28 Hunters Lane | Huntington Station | NY | 11746 | Victoria King |
| Lilia | Caicedo Guzman | ktrinekiodo19@hotmail.com | Colombia | 7/22/2013 | 10/11/2013 | Leduc | Nina Kryzak | 58 North Street | Delmar | NY | 12054 | Victoria King |
| Marketa | Cajthamlova | marketa.cajthamlova@seznam.cz | Czech Republic | 9/23/2013 | 9/23/2014 | VanAmburgh | Nina Kryzak | 35 Marion Avenue | Albany | NY | 12203 | Victoria King |

**CONFIDENTIAL**

InterExchange0006063

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lilia | Calderon Sanchez | licasa_1523@hotmail.com | Colombia | 7/22/2013 | 7/22/2013 | Byrnes-Flores | Lindsey Gad | 2991 Olive Ave | Altadena | CA | 91001 | Juliet Okpalanma |
| Lilia | Calderon Sanchez | licasa_1523@hotmail.com | Colombia | 7/22/2013 | 7/22/2014 | Gray | Rene' Brown | 6217 Lawson Dr. | Haymarket | VA | 20169 | Portia Haynes |
| Marian | Campos Abarca | mariancmps@gmail.com | Costa Rica | 9/9/2013 | 9/9/2014 | Copeland | Rene' Brown | 5138 Woodfield Dr | Centreville | VA | 20120 | Portia Haynes |
| Maria del Mar | Capistran Coutino | maria.capistranco@gmail.com | Mexico | 11/11/2013 | 11/11/2014 | Turnof | Robin Winter-Bailey | 224 Lynn Lane | Westfield | NJ | 07090 | Portia Haynes |
| Giulia | Caradonna | giu.donnacara@live.it | Italy | 12/2/2013 | 12/2/2014 | Graziani | Jessica Liva | 9252 Kennedy Blvd #403 | North Bergen | NJ | 07047 | Portia Haynes |
| Mayra | Caragulla Guevara | mayrita5887@gmail.com | Ecuador | 7/22/2013 | 7/22/2014 | Henry | Ann McLaughlin | 5116 North 27th Road | Arlington | VA | 22201 | Portia Haynes |
| Nancy | Cardenas Armijos | nancynegraemosha@hotmail.com | Ecuador | 7/22/2013 | 8/12/2013 | Michaelson | Christine Meek | 1 Woods End Road | Darien | CT | 06820 | Victoria King |
| Gabriela | Cardoso de Paula Rocha | gabrielacnutri@gmail.com | Brazil | 5/13/2013 | 5/13/2015 | Homer | Alissa Mahoney | 2299 Brush Creek Road | Santa Rosa | CA | 95404 | Juliet Okpalanma |
| Alien | Carlier | aliencarlier@yahoo.com | Belgium | 9/9/2013 | 9/9/2014 | Speranza-Shin | Valerie Jones | 415 Humphrey Street | New Haven | CT | 06511 | Victoria King |
| Melanie | Carrillo | princess_kay@hotmail.fr | France | 1/21/2013 | 1/21/2014 | Hamedi | Joy Valente | 1061 Old Post Road | Bedford | NY | 10506 | Victoria King |
| Melanie | Carrillo | princess_kay@hotmail.fr | France | 1/21/2013 | 1/21/2014 | Ascione | Phil Colucci | 4327 N Keeler Ave | Chicago | IL | 60641 | Juliet Okpalanma |
| Hannah | Carter | hanz@raaphead.plus.com | United Kingdom | 7/22/2013 | 7/22/2014 | Jonas | Dawn Middleton | 56 Forest Road | Demarest | NJ | 07627 | Portia Haynes |
| Mallerys | Carvajal Mejia | mallesita_1480@hotmail.com | Colombia | 3/18/2013 | 8/6/2013 | Hastman | Patricia Hughes | 2163 S. Ventura Street | Aurora | CO | 80013 | Juliet Okpalanma |
| Laura | Casajus Izquierdo | laury_joaquin@hotmail.com | Spain | 8/5/2013 | 8/5/2014 | Ferrara | Elizabeth Esten | 415 Jarob Court | Point Pleasant Beach | NJ | 08742 | Portia Haynes |
| Sara | Castellanos Subirats | castellanos.scs@gmail.com | Spain | 8/26/2013 | 8/26/2014 | Maniago | Joanna Lehmann | 60 Tiffany Place Apt 3B | Brooklyn | NY | 11231 | Victoria King |
| Wendy | Castillo Ortiz | wendanessa.11@hotmail.com | Colombia | 1/7/2013 | 7/7/2014 | Stephens | Penny Pierce | 423 Greenleaf St | Evanston | IL | 60202 | Juliet Okpalanma |
| Paula | Ceferino Rodriguez | paulitacefe@hotmail.com | Colombia | 2/4/2013 | 2/4/2014 | Yau | Dina Nichols | 10651 Canyon Grove Trail Unit 2 | San Diego | CA | 92130 | Juliet Okpalanma |
| Xinyi | Cheng | chengxinyius@126.com | China | 4/8/2013 | 4/8/2015 | Ward | Jill DeMarco | 501 Old Westbury rd | East Hills | NY | 11577 | Victoria King |
| Pollyanna | Chinalia Pedro | poly_ata@hotmail.com | Brazil | 6/17/2013 | 6/17/2014 | Foster-Pepitone | Tara Cavanagh | 168 Watson Rd. | Fanwood | NJ | 07023 | Portia Haynes |
| Paulina | Chlebek | chlebekpaulina@gmail.com | Poland | 9/9/2013 | 12/6/2013 | Campanella | Jolene Leonardo | 223 Pidgeon Hill Road | South Huntington | NY | 11746 | Victoria King |
| Monika | Chuda | chudamonika1@wp.pl | Poland | 7/22/2013 | 7/22/2014 | Healy | Robin Winter-Bailey | 6 Stanley Oval | Westfield | NJ | 07090 | Portia Haynes |
| Petra | Chytkova | petra.chytkova@centrum.cz | Czech Republic | 6/24/2013 | 6/24/2014 | Jackson | Dawn Middleton | 84 Rings End Road | Darien | CT | 06820 | Victoria King |
| Anna | Cichy | annaewa1988@gmail.com | Poland | 9/23/2013 | 9/23/2014 | Chunski | Tracie Wold | 668 Alcatraz Ave | Oakland | CA | 94609 | Juliet Okpalanma |
| Piotr | Cieslik | piotrcieslik90.pc@gmail.com | Poland | 2/4/2013 | 2/4/2015 | Orrico | Rachel Karakashian | 7565 Lilac Ct | West Bloomfield | MI | 48324 | Juliet Okpalanma |
| Jordan | Clark | jordanclark257@aol.com | United Kingdom | 8/5/2013 | 8/5/2014 | Heaney | Cara Harper | 10480 Cranchester Way | Alpharetta | GA | 30022 | Portia Haynes |
| Charlotte | Cleverly-Mensah | charicmr93@hotmail.com | United Kingdom | 5/13/2013 | 5/13/2014 | Kimowitz | Tara Cavanagh | 396 Morris Ave | Mountain Lakes | NJ | 07046 | Portia Haynes |
| Kayla | Clifford | glitterbug.kween@gmail.com | South Africa | 6/17/2013 | 6/17/2014 | Harris | Christine Meek | 467 Westhill Road | Stamford | CT | 06902 | Victoria King |
| Anke | Coenen | coenenanke@hotmail.com | Belgium | 9/23/2013 | 9/23/2014 | Music | Joanna Lehmann | 178 Adephi Street | Brooklyn | NY | 11205 | Victoria King |
| Kevin | Cohrs | kevin.cohrs@t-online.de | Germany | 6/24/2013 | 6/24/2014 | Rosen | Serena Edoh | 21 Strawberry Lane | Warren | NJ | 07059 | Portia Haynes |
| Melissa | Corbett | mimi.almoment@gmail.com | South Africa | 4/22/2013 | 5/8/2013 | Phillips | Christine Meek | 43 Fishing Trail | Stamford | CT | 06903 | Victoria King |
| Kassandra | Cordova Balderrama | kassandra_cordovab@hotmail.com | Mexico | 3/4/2013 | 9/24/2013 | Schultz | Tauryn Beeman | PO Box 418 | Medina | WA | 98039 | Juliet Okpalanma |
| Trinidad | Correa Gutierrez | trinidadcorreag@gmail.com | Chile | 3/18/2013 | 9/24/2013 | Mackey | Cara Harper | 1008 Stream Valley Court | Alpharetta | GA | 30022 | Portia Haynes |
| Trinidad | Correa Gutierrez | trinidadcorreag@gmail.com | Chile | 3/18/2013 | 9/24/2013 | Hansen | Corrie Whitty | 28 Franklin Rd | Mendham | NJ | 07945 | Portia Haynes |
| Diana | Cortes Duque | carola14151@gmail.com | Colombia | 7/22/2013 | 7/22/2014 | Feinberg | Kimberly Durazo | 2802 Canto Rampeolas | San Clemente | CA | 92673 | Juliet Okpalanma |
| Robyn | Cotter | robs.cott@btinternet.com | United Kingdom | 4/8/2013 | 12/31/2013 | Bales | Alissa Mahoney | 670 11th Avenue | San Francisco | CA | 94118 | Juliet Okpalanma |
| Thomas | Cox | thomas_cox1610@hotmail.co.uk | United Kingdom | 4/22/2013 | 8/10/2013 | Gore | Corrie Whitty | 4 Laurelwood Drive | Bernardsville | NJ | 07924 | Portia Haynes |
| Bernadett | Cseh | cseh.bernadett@gmail.com | Hungary | 5/13/2013 | 5/13/2014 | Berke | Alissa Mahoney | 4608 California Street | San Francisco | CA | 94118 | Juliet Okpalanma |
| Lais | Cunha Vieira | lalavieira@yahoo.com.br | Brazil | 10/21/2013 | 10/21/2014 | Chamberlin-King | Rhonda Kaufman | 424 Allison St NW | Washington | DC | 20011 | Portia Haynes |
| Kevin | Curarello | kevin.curarello@hotmail.com | Argentina | 1/21/2013 | 1/21/2014 | Smith | Cara Harper | 2879 Greenbrook Way | Atlanta | GA | 30345 | Portia Haynes |
| Milijana | Cvijetinovic | milijana_88@hotmail.com | Bosnia and Herzegovina | 8/5/2013 | 8/5/2014 | Darby-Gadi | Tauryn Beeman | 6667 NE Windermere Rd | Seattle | WA | 98039 | Juliet Okpalanma |
| Laura | da Silva | laura.rebai@yahoo.com | France | 8/5/2013 | 2/5/2014 | Overway | Cara Harper | 3670 Doroco Drive | Atlanta | GA | 30340 | Portia Haynes |
| Erika | Dalinger | erika.D@gmx.de | Germany | 2/18/2013 | 2/18/2014 | Ehret | Alissa Mahoney | 2777 4th Street | Santa Rosa | CA | 95405 | Juliet Okpalanma |
| Line | Dalsgaard | linedalsgaard@gmail.com | Denmark | 7/22/2013 | 7/22/2014 | Van Raalte | Deborah Daly | 3 Foulet Drive | Princeton | NJ | 08540 | Portia Haynes |
| Sophie | Darrington | sjd_dance@hotmail.com | United Kingdom | 8/26/2013 | 8/26/2014 | Park | Dawn Middleton | 23 Marisa Court | West Milford | NJ | 07490 | Portia Haynes |
| Luanne | De Amorim Bezerra | luanneamorimb@gmail.com | Brazil | 11/11/2013 | 11/11/2014 | Nowak | Nina Kryzak | 40 Brookline Rd | Ballston Spa | NY | 12020 | Victoria King |

| First | Last | Email | Country | Date | Date | Name | Name | Address | City | State | Zip | Coordinator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aukje | De Boom | aukjedeboom@yahoo.com | Belgium | 2/18/2013 | 2/18/2015 | Berkman | Tauryn Beeman | 15535 NE 62nd Court | Redmond | WA | 98052 | Juliet Okpalanma |
| Silke | De Groote | degrooteosilke@hotmail.com | Belgium | 8/12/2013 | 8/12/2014 | Halsey | Rhonda Kaufman | 3806 Leland St | Chevy Chase | MD | 20815 | Portia Haynes |
| Caroline | De Morais | loly_morais@hotmail.com | Brazil | 8/26/2013 | 8/26/2014 | Miller-Sonnenblick | Jill DeMarco | 8 Kent Place | Great Neck | NY | 11020 | Victoria King |
| Jessica | De Paula Dos Santos | jsk.depaula@hotmail.com | Brazil | 7/8/2013 | 7/8/2014 | DeSantis | Ellen Hogan | 700 Thomas Avenue | Baldwin | NY | 11510 | Victoria King |
| Jessica | De Paula Dos Santos | jsk.depaula@hotmail.com | Brazil | 7/8/2013 | 7/8/2014 | Decker Schulz | Suzanne Miller | 1216 Nottingham Dr | Cary | NC | 27511 | Portia Haynes |
| Aline | de Souza | aline.veg@hotmail.com | Brazil | 9/9/2013 | 9/9/2014 | Miller | Margaret Dixon | 57 Briar Road | Wayne | PA | 19087 | Juliet Okpalanma |
| Dimitri | Degens | rvv.dimi@gmail.com | Belgium | 8/12/2013 | 8/12/2014 | Kaufman | Alissa Mahoney | 216 Bloomfield Road | Burlingame | CA | 94010 | Juliet Okpalanma |
| Laura | Deglin | deglin_laura@hotmail.com | Belgium | 4/8/2013 | 4/8/2015 | Kidder | Ileen Kodish | 211 Beach Ave | Mamaroneck | NY | 10543 | Victoria King |
| Mariia | Deineko | maria.deyneko@gmail.com | Ukraine | 10/7/2013 | 10/7/2014 | Khurgin | Julia Jakkaraju | 186 Ely Place | Palo Alto | CA | 94306 | Juliet Okpalanma |
| Laura | Delannoy | laura.dd@live.fr | France | 6/24/2013 | 6/24/2014 | Toporek | Ann McLaughlin | 13611 Custis Street | Woodbridge | VA | 22191 | Portia Haynes |
| Rebecca | Demenis Luz | bebecca1993@hotmail.com | Brazil | 4/22/2013 | 10/1/2013 | Nealon | Jolene Leonardo | 15 Fuller Avenue | West Babylon | NY | 11704 | Victoria King |
| Jana | Demuyt | jana_demuyt@hotmail.com | Belgium | 9/9/2013 | 9/9/2014 | Narvaez-Shea | Jolene Leonardo | 28 Greenlawn Road | Huntington | NY | 11743 | Victoria King |
| Lise | Derkx | l.derkx@live.nl | Netherlands | 4/8/2013 | 4/8/2014 | Knoer-Adams | Cara Harper | 44 Lakeshore Dr | Avondale Estates | GA | 30002 | Portia Haynes |
| Rezaine | Desai | rezainedj@hotmail.com | South Africa | 4/22/2013 | 5/31/2013 | Sarma | Miryam Gutier-Elm | 27573 N 84th Gln | Peoria | AZ | 85383 | Juliet Okpalanma |
| Sara | Devesa Machado | saradevesam@gmail.com | Portugal | 9/23/2013 | 9/23/2014 | Yam | Rini Ader | 145 E 16th Street Apt 10C | New York | NY | 10003 | Juliet Okpalanma |
| Dhanusha | Dhoorgalu | dhanushadhoorgalu@gmail.com | South Africa | 9/9/2013 | 9/9/2014 | Odari | Ann McLaughlin | 3521 16th St S | Arlington | VA | 22204 | Portia Haynes |
| Laura | Diaz de Fuentes | lauradf2002@hotmail.com | Spain | 10/21/2013 | 10/21/2014 | Willoughby | Paula Ullman | 1609 South Monroe St. | Denver | CO | 80210 | Juliet Okpalanma |
| Andrea | Diazgranados Colina | lzinkta@hotmail.com | Colombia | 9/23/2013 | 9/23/2014 | Tyskowski | Ellen Hogan | 1485 Sycamore Avenue | Merrick | NY | 11566 | Victoria King |
| Aline | Diba | aline.diba@yahoo.com.br | Brazil | 8/26/2013 | 8/26/2014 | Nader | Phil Colucci | 6326 North Paulina Street | Chicago | IL | 60660 | Juliet Okpalanma |
| Maria | Diez de Soltano Garcia | majo_sollano@hotmail.com | Mexico | 6/3/2013 | 6/3/2014 | Thomas-Sinclair | Tauryn Beeman | 13824 89th Ave NE | Kirkland | WA | 98034 | Juliet Okpalanma |
| Jiani | Ding | jianiding@yahoo.com | China | 8/5/2013 | 8/5/2014 | Pisani | Serena Edoh | 15 Biggs Place | Flemington | NJ | 08822 | Portia Haynes |
| Giuliana | Disessa Toledo | gdt_21@hotmail.com | Costa Rica | 5/13/2013 | 8/24/2013 | Shavelson-Choy | Dawn Middleton | 508 Warren Ave Apt 508 | Ho-Ho-Kus | NJ | 07423 | Portia Haynes |
| Nobuhle | Dlamini | dlamininobuhle9@gmail.com | South Africa | 4/8/2013 | 8/13/2013 | Baumann | Penny Pierce | 147 Maple Ave | Wilmette | IL | 60091 | Juliet Okpalanma |
| Nina | Dlouha | dlouhanina9@gmail.com | Czech Republic | 7/8/2013 | 7/8/2014 | McCollum | Rhonda Kaufman | 5118 Worthington Drive | Bethesda | MD | 20816 | Portia Haynes |
| Danielle | Dooley | danielle.dooley@hotmail.com | New Zealand | 12/2/2013 | 12/2/2014 | Ives-Kurtzer | Carol Daly | 6040 Spencer Avenue | Bronx | NY | 10471 | Victoria King |
| Amelia | Draper | amelia2u@hotmail.com | United Kingdom | 9/23/2013 | 9/23/2014 | Buczek | Corrie Whitty | 16 Edgemere Terrace | Washington | NJ | 07882 | Portia Haynes |
| Mandy | Drost | mandy_drost@hotmail.com | Netherlands | 4/8/2013 | 4/8/2015 | Berry | Christine Meek | 9 Lebanon Road | Sparta | NJ | 10583 | Victoria King |
| Joanna | Drozd | joanna120886@gmail.com | Poland | 2/18/2013 | 2/18/2014 | Gaffney | Rene' Brown | 12114 Westwood Hills Drive | Herndon | VA | 20171 | Portia Haynes |
| Ruofan | Du | duruofanus@126.com | China | 9/23/2013 | 9/23/2014 | McMillan | Paige Twer | 606 Walnut Ave | Charlotte | NC | 28208 | Portia Haynes |
| Jehanne | du Fayet de La Tour | jdufayetdelatour@gmail.com | France | 8/12/2013 | 8/12/2014 | Wang-Mignon | Rini Ader | 70 Battery Place, Apt 204 | New York | NY | 10280 | Victoria King |
| Bianca | Duarte Monteiro | bianca.duartem@gmail.com | Brazil | 9/23/2013 | 9/23/2014 | Shelty-Menon | Rhonda Kaufman | 7729 Groton Road | Bethesda | MD | 20817 | Portia Haynes |
| Elise | Dumont | elisedumont@live.fr | France | 4/22/2013 | 4/22/2014 | d'Ansembourg | Joanna Lehmann | 277 Clinton Street | Brooklyn | NY | 11201 | Victoria King |
| Olivia | Dunderdale | olivia.watson@hotmail.com | United Kingdom | 3/4/2013 | 3/4/2014 | Anderson | Joanna Lehmann | 10 Monitor Court | Coram | NY | 11727 | Victoria King |
| Stacy | Duron | stacy_vip@hotmail.fr | France | 12/2/2013 | 12/2/2014 | Daugherty | Tauryn Beeman | 6109 SW Hinds St | Seattle | WA | 98116 | Juliet Okpalanma |
| Karolina | Dutkiewicz | karolinadutkiewicz@yahoo.com | Poland | 11/11/2013 | 11/11/2014 | Cutler | Tauryn Beeman | 10 Brier Court | New Providence | NJ | 07974 | Portia Haynes |
| Elin | Edin | elinedin@live.se | Sweden | 3/4/2013 | 3/4/2014 | McGrath | Phil Colucci | 1848 N Orchard St. | Chicago | IL | 60614 | Juliet Okpalanma |
| Hannah | Eibl | hannah.eibl@gmx.at | Austria | 9/9/2013 | 9/9/2014 | Kuthan-Sobol | Robin Winter-Bailey | 44 Jessica Way | South Orange | NJ | 07079 | Portia Haynes |
| Viktoria | Eigner | viktoria@eigners.com | Austria | 4/8/2013 | 4/8/2014 | Adams | Valerie Jones | 135 Coachmans Dr | Southbury | CT | 06488 | Victoria King |
| Sanne | Elverdink | sanne_elverdink@hotmail.com | Netherlands | 3/18/2013 | 3/18/2014 | Dillon | Dawn Middleton | 26 Knollwood Road | Upper Saddle River | NJ | 07458 | Portia Haynes |
| Laura | Endres | endressusanne@gmx.de | Germany | 2/18/2013 | 5/17/2013 | Lucas-Lieberman | Valerie Jones | 2210 Park Avenue | Bridgeport | CT | 06604 | Victoria King |
| Hannah | Eriksen Gowing | hannah.gowing@live.com | New Zealand | 10/21/2013 | 10/21/2014 | Robinson | Alissa Mahoney | 1624 Bay Street | San Francisco | CA | 94123 | Juliet Okpalanma |
| Dariela | Esquivel Bustamante | dary_eb@hotmail.com | Mexico | 8/12/2013 | 8/12/2014 | Keegan | Ann McLaughlin | 616 Sarahcreek Court | Raleigh | NC | 27607 | Portia Haynes |
| Hester | Esterhuizen | SallieEsterhuizen@gmail.com | South Africa | 6/3/2013 | 6/3/2014 | Lane | Christine Meek | 327 West Cedar Street | Norwalk | CT | 06854 | Victoria King |
| Stephany | Estrada Ayala | isabelle.n25@hotmail.com | Mexico | 12/2/2013 | 2/10/2014 | Merrifield | Kelly Heartquist | 900 Appalachian Drive | Wylie | TX | 75098 | Juliet Okpalanma |
| Fiona | Eva | fionaeva55@yahoo.co.uk | United Kingdom | 2/4/2013 | 2/4/2014 | Brannan Tamboli | Ann McLaughlin | 5041 Leatherback Road | Woodbridge | VA | 22185 | Portia Haynes |
| Destiny | Faddell | bloxdizzy@hotmail.com | South Africa | 5/13/2013 | 5/13/2015 | Eberts | Mary Beth Grealey | 402 Westwood Drive | Chapel Hill | NC | 27516 | Portia Haynes |

| Clodagh | Farrell | clodagh.farrell@live.com | New Zealand | 8/12/2013 | 8/12/2013 | Labe | Heidi Karakashian | 8338 Hendrie Boulevard | Huntington Woods | MI | 48070 | Juliet Okpalanma |
| Jaqueline | Favarao Da Silva | jaacktavarao@hotmail.com | Brazil | 4/22/2013 | 4/22/2014 | Ray | Penny Twer | 10306 Blackstock Rd | Huntersville | NC | 28078 | Portia Haynes |
| Laura | Feldmann | lafema@gmx.de | Germany | 8/12/2013 | 8/12/2014 | Koza | Stephanie Walton | 13661 Cortez Ct | Broomfield | CO | 50020 | Juliet Okpalanma |
| Mariel | Fernandez Veraud Hardy | mariel.veraud@gmail.com | Mexico | 9/23/2013 | 9/23/2014 Grandsard-Hanyaloglu | Patricia Thomas | 4171 Churchill Drive | Newbury Park | CA | 91320 | Juliet Okpalanma |
| Maria | Fernandez-Clemente Ros | carmen267_@hotmail.com | Spain | 8/5/2013 | 8/5/2014 | Kimbell | Alissa Mahoney | 1738 bush st | San Francisco | CA | 94109 | Juliet Okpalanma |
| Gustavo | Ferreira Comonian | gustavoffcc@hotmail.com | Brazil | 2/4/2013 | 2/4/2014 | Li | Joy Valente | 28 Pebble Brook Way | Chappaqua | NY | 10514 | Victoria King |
| Marika | Figiel | figielmarika@gmail.com | Poland | 7/8/2013 | 7/8/2014 | Clark | Penny Pierce | 1381 Manassas Ln | Long Grove | IL | 60047 | Juliet Okpalanma |
| Monica | Flores Santoy | mony.flores@hotmail.com | Mexico | 2/18/2013 | 2/18/2014 | Sergio | Rene' Brown | 3016 Rosemoor Lane | Fairfax | VA | 22031 | Portia Haynes |
| Monica | Flores Santoy | mony.flores@hotmail.com | Mexico | 2/18/2013 | 2/18/2014 | Aulakh | Rene' Brown | 22090 Vantage Pointe Place | Ashburn | VA | 20148 | Portia Haynes |
| Ivana | Forejtova | forejtova@gmail.com | Czech Republic | 3/4/2013 | 3/4/2014 | Hill | Dina Nichols | 2700 Magnolia Point Court | Chula Vista | CA | 91914 | Juliet Okpalanma |
| Janina | Frankenberger | janina.frankenberger@web.de | Germany | 2/4/2013 | 2/4/2014 | Kaistha-Hesse | Carol Daly | 122 Highridge Road | New Rochelle | NY | 10804 | Victoria King |
| Janina | Frankenberger | janina.frankenberger@web.de | Germany | 2/4/2013 | 2/4/2014 | Dassler Sakati | Rene' Brown | 11192 Longwood Grove Drive | Reston | VA | 20194 | Portia Haynes |
| Paris | Fraser | parisfraserwork@hotmail.co.uk | United Kingdom | 6/17/2013 | 1/1/2014 | Heron | Suzanne Miller | 1716 Whispering Meadows Drive | Zebulon | NC | 27597 | Portia Haynes |
| Magdalena | Freund | magdalena_freund@gmx.at | Austria | 7/8/2013 | 7/8/2014 | Nakra | Dawn Middleton | 07 Overlook Road | Montclair | NJ | 07043 | Portia Haynes |
| Magdalena | Freund | magdalena_freund@gmx.at | Austria | 7/8/2013 | 7/8/2014 | Nielson | Lisbeth Ceriani | 7 Evergreen Circle | Westford | MA | 01886 | Victoria King |
| Anaelle | Gabrieli | anaelle.gabriel@laposte.net | France | 6/24/2013 | 6/24/2014 | Truesdale | Sara Thomas | 3311 Auld Drive | Edgewater | MD | 21037 | Portia Haynes |
| Alyssia | Gachon | alyssiagachon@hotmail.fr | France | 10/7/2013 | 10/7/2014 | Duffy | Carol Daly | 65 Harmon Ave | Pelham | NY | 10803 | Victoria King |
| Estefania | Galaviz Briones | fanny_11139@hotmail.com | Mexico | 6/17/2013 | 6/17/2014 | Som-Pimpong | Ann McLaughlin | 3000 S Randolph St No 186 | Arlington | VA | 22206 | Portia Haynes |
| Priscila | Gamba Villa | priscila_gamba@hotmail.com | Mexico | 6/17/2013 | 8/20/2013 | Dalto | Jill DeMarco | 1 Hamilton Court | Glen Head | NY | 11545 | Victoria King |
| Christine | Ganas | christyganas@gmail.com | South Africa | 12/10/2013 | 12/10/2013 | Sharpe | Deborah Daly | 7 Robert Drive | West Windsor | NJ | 08550 | Portia Haynes |
| Christine | Ganas | christyganas@gmail.com | South Africa | 8/26/2013 | 12/10/2013 | Widner | Heidi Karakashian | 724 Knowles St. | Royal Oak | MI | 48067 | Juliet Okpalanma |
| Lina | Garcia Lopez | linabrasi555@hotmail.com | Colombia | 1/7/2013 | 1/7/2015 | Sparks | Deborah Daly | 8 Eric Court | Hillsborough | NJ | 08844 | Portia Haynes |
| Karen | Garcia Revueltas | nerak3124@hotmail.com | Colombia | 2/18/2013 | 11/18/2014 | Ashton | Joanne Myers | 530 Anderson Ave | Rockville | MD | 20850 | Portia Haynes |
| Kimberly | Garcia Salinas | kimberly.salinas@hotmail.com | El Salvador | 10/21/2013 | 10/21/2014 | Cohen | Deborah Daly | 170 Fresh Ponds Rd | East Brunswick | NJ | 08816 | Portia Haynes |
| Emma | Gascoigne | emma.gascoigne09@my.northampton.ac.uk | United Kingdom | 10/21/2013 | 10/21/2014 | Urban | Cara Harper | 3581 Chelsea Crescent | Atlanta | GA | 30319 | Portia Haynes |
| Julie | Gauvin | julie.gauvin@live.fr | France | 9/9/2013 | 9/9/2014 | Geary | Carol Daly | 680 Barrymore Lane | Mamaroneck | NY | 10543 | Portia Haynes |
| Irene | Gazzetta | irenegazza@gmail.com | Spain | 10/21/2013 | 10/21/2014 | Dauber | Lisbeth Ceriani | 659 Washington Street | Brookline | MA | 02446 | Victoria King |
| Gemma | Geddes | gemma-16423@hotmail.com | New Zealand | 1/7/2013 | 3/24/2013 | Cohen-Gala | Rhonda Kaufman | 3640 Everett Street, NW | Washington | DC | 20008 | Portia Haynes |
| Julia | Gerhardt | gerhardt.julia@gmx.de | Germany | 6/24/2013 | 7/24/2013 | Gillam | Margaret Dixon | 451 Wayne Avenue | Springfield | PA | 19064 | Juliet Okpalanma |
| Hannah | Geringer | geringer@gmx.de | Germany | 1/7/2013 | 4/10/2013 | Roberts-McKnight | Joanna Lehmann | 99 Gates Avenue | Brooklyn | NY | 11238 | Victoria King |
| Marielly Rebeca | Ghedini da Silva | ghedini.mary@gmail.com | Brazil | 11/11/2013 | 11/11/2014 | Menon | Tauryn Beeman | 561 SE Andrews St | Issaquah | WA | 98027 | Juliet Okpalanma |
| Nadine | Giessmann | nadinegiessmann@web.de | Germany | 4/8/2013 | 4/8/2014 | Fidanza | Valerie Jones | 157 Pine Hill Road | New Fairfield | CT | 06812 | Victoria King |
| Lily | Gjertsen | lilyg2001@hotmail.com | United Kingdom | 8/5/2013 | 9/23/2013 | Steckle | Joy Valente | 403 Baldwin Place Rd | Mahopac | NY | 10541 | Victoria King |
| Claudia | Godoy Pangue | claudia.godoy.pangue@gmail.com | Chile | 1/7/2013 | 3/13/2013 | Ocana | Lisbeth Ceriani | 21 Bemuth Rd | Newton | MA | 02461 | Victoria King |
| Ann-Christin | Golombek | anngolombek@gmx.de | Germany | 8/26/2013 | 8/26/2014 | Kircher | Robin Winter-Bailey | 791 Knollwood Terrace | Westfield | NJ | 07090 | Portia Haynes |
| Juliana | Gomes Barbosa Cabral de Lima | juliana_gbcl@hotmail.com | Brazil | 6/3/2013 | 6/3/2014 | Lass | Carol Daly | 116 Spier Road | Scarsdale | NY | 10583 | Victoria King |
| Juliana | Gomes Barbosa Cabral de Lima | juliana_gbcl@hotmail.com | Brazil | 6/3/2013 | 6/3/2014 | Gurwitch-Saal | Ileen Kodish | 1315 Crown Court | Mamaroneck | NY | 10543 | Victoria King |
| Ximena | Gomez Topete | ximena_gt47@hotmail.com | Mexico | 1/7/2013 | 1/7/2014 | Rio | Valerie Jones | 68 Deer Run Drive | Trumbull | CT | 06611 | Victoria King |
| Lucia | Gonzalez Fernandez | luciagf1988@gmail.com | Spain | 12/2/2013 | 1/5/2014 | Martinkus | Lisbeth Ceriani | 118 Deer Path Lane | Weston | MA | 02493 | Victoria King |
| Daphne | Goossens | daphne.goossens@icloud.com | Netherlands | 11/11/2013 | 11/11/2014 | Simon | Ann McLaughlin | 9494 Lynnhall Place | Alexandria | VA | 22309 | Portia Haynes |
| Ewa | Gorska | advocate.sule@hotmail.com | Germany | 6/3/2013 | 6/3/2014 | Percival | Robin Winter-Bailey | 129 Golf Edge | Westfield | NJ | 07090 | Portia Haynes |
| Luis | Gortarez Espinoza | gortarez_15@hotmail.com | Mexico | 8/26/2013 | 8/26/2014 | Kaufman | Dawn Middleton | 342 Maple Street | Haworth | NJ | 07641 | Portia Haynes |
| Wenling | Gou | gouwenlingus@126.com | China | 8/26/2013 | 8/26/2014 | Baird | Tauryn Beeman | 16828 76th Ave W | Edmonds | WA | 98026 | Juliet Okpalanma |
| Angelica | Govender | angelicagovender@yahoo.com | South Africa | 10/21/2013 | 10/21/2014 | Rosof | Jill DeMarco | 100 Dogwood Avenue | Roslyn | NY | 11576 | Victoria King |
| Nikita | Govender | nikitagovender1405@gmail.com | South Africa | 9/9/2013 | 9/9/2014 | Friedrichsen | Paula Ullman | 1265 S Milwaukee Street | Denver | CO | 80210 | Juliet Okpalanma |
| Angelika | Grabowy | angelikaagra@gmail.com | Poland | 10/21/2013 | 10/21/2014 | Gore | Corrie Whitty | 4 Laurelwood Drive | Bernardsville | NJ | 07924 | Portia Haynes |
| Allistine | Grady | ally_rose07@yahoo.com | South Africa | 2/4/2013 | 2/4/2015 | McDargh-Mitchell | Kimberly Durazo | 72 Wheeler | Irvine | CA | 92620 | Juliet Okpalanma |
| Allistine | Grady | ally_rose07@yahoo.com | South Africa | 2/4/2013 | 2/4/2015 | Kass-Lazar | Margaret Dixon | 134 Trotter Drive W | Wilmington | DE | 19810 | Portia Haynes |
| Annika | Graebing | graebinga@gmail.com | Germany | 7/22/2013 | 7/22/2014 | Lasser | Jill DeMarco | 6 Tulane Rd | Glen Cove | NY | 11542 | Victoria King |

**CONFIDENTIAL**

InterExchange0006066

Exhibit 4

| First | Last | Email | Country | Date1 | Date2 | HostLast | HostFirst | Address | City | State | Zip | Coordinator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lea | Gragne | lea.gragne@yahoo.fr | France | 12/2/2013 | 12/2/2014 | Powers-Carvalho | Rhonda Kaufman | 10608 Glenhaven Drive | Silver Spring | MD | 20902 | Portia Haynes |
| Viviana | Granada Ramirez | latifah6@hotmail.com | Colombia | 10/21/2013 | 10/21/2014 | Tamaddon | Tracy Zawacki - Rieckert | 4396 Deerwood Lane | Evans | GA | 30809 | Portia Haynes |
| Alexa | Gras Argeles | gras.alexa@gmail.com | Spain | 2/18/2013 | 2/18/2014 | Newton | Tracie Wold | 77 Buckeye Ave. | Oakland | CA | 94618 | Juliet Okpalanma |
| Elanor | Greaves | Elye@live.co.uk | United Kingdom | 5/13/2013 | 5/13/2014 | Nicholls | Sandra Green | 4095 Huckleberry Road | Allentown | PA | 18104 | Juliet Okpalanma |
| Ashley | Grinsdale | ashgrinsdale_x@live.co.uk | United Kingdom | 12/2/2013 | 12/2/2014 | Bailey | Jana Kuehler | 44 Westfield Court | Clayton | NC | 27527 | Portia Haynes |
| Agata | Groszyk | agata.groszyk@gmail.com | Poland | 1/7/2013 | 1/7/2014 | Adams | Christine Meek | 249 Notteargenta rd | Pacific Palisades | CA | 90272 | Juliet Okpalanma |
| Agata | Groszyk | agata.groszyk@gmail.com | Poland | 1/7/2013 | 1/7/2014 | Warren | Kimberly Durazo | 2368 Pieper Lane | Tustin | CA | 92782 | Juliet Okpalanma |
| Angela | Grummert | grummert.a@gmail.com | Germany | 8/12/2013 | 8/12/2014 | Sermoneta-Wallsten | Rhonda Kaufman | 1 Montgomery Ave | Takorna Park | MD | 20912 | Portia Haynes |
| Thiama | Gun Cordova | thiama14@hotmail.com | Panama | 7/22/2013 | 8/14/2013 | Mackey | Cara Harper | 1008 Stream Valley Court | Alpharetta | GA | 30022 | Portia Haynes |
| Ghaya | Hachani | raya.hachani@gmail.com | Germany | 1/21/2013 | 1/21/2014 | Shaffer | Dina Nichols | 1727 Summer Sky Street | Chula Vista | CA | 91915 | Juliet Okpalanma |
| Ghaya | Hachani | raya.hachani@gmail.com | Germany | 1/21/2013 | 1/21/2014 | Villani | Margaret Dixon | 2041 Stone Ridge Lane | Villanova | PA | 19085 | Juliet Okpalanma |
| Erina | Haneda | saran.h.e1214@gmail.com | Japan | 7/8/2013 | 7/8/2014 | Murase | Julia Jakkaraju | 10151 Hillcrest Rd. | Cupertino | CA | 95014 | Juliet Okpalanma |
| Tatiana | Hansen | tatiana.hansen@web.de | Germany | 10/7/2013 | 10/7/2014 | Folkes | Shelly Royer | 28003 Brendon Trail Court | Spring | TX | 77388 | Juliet Okpalanma |
| Luisa | Hartmann | luisa.hartmann@ha-bc.de | Germany | 8/12/2013 | 8/12/2014 | Carithers | Ann McLaughlin | 2315 Valley Drive | Alexandria | VA | 22302 | Portia Haynes |
| Caroline | Harvey | carolineharvey182@hotmail.com | United Kingdom | 7/22/2013 | 7/22/2014 | Terpis | Jolene Leonardo | 16 Grant Avenue W. | Babylon | NY | 11702 | Victoria King |
| Eriko | Hashimoto | mosdooon.com@hotmail.co.jp | Japan | 1/7/2013 | 5/31/2013 | Reese | Phil Colucci | 79 East Elm Street | Chicago | IL | 60612 | Portia Haynes |
| Kathrin | Haslwanter | kathrin.haslwanter@gmx.at | Austria | 11/11/2013 | 11/11/2014 | Maroney | Suzanne Miller | 104 Chaps Court | Cary | NC | 27513 | Portia Haynes |
| Shannon | Haughton | shannon_90@hotmail.co.uk | United Kingdom | 6/24/2013 | 11/26/2013 | Horne | Dawn Middleton | 244 Gregory Ave. | West Orange | NJ | 07052 | Portia Haynes |
| Marianne | Hawker | murray13_1@hotmail.com | New Zealand | 8/12/2013 | 8/12/2014 | Newberg | Joanne Myers | 7300 Deer Lake Lane | Derwood | MD | 20855 | Portia Haynes |
| Nicole | Heathcote | nicoleheathcote1@gmail.com | South Africa | 1/21/2013 | 7/3/2013 | Carothers | Kimberly Durazo | 12 Via Paquete | San Clemente | CA | 92673 | Juliet Okpalanma |
| Nikola | Hemerkova | hemerkova.n@gmail.com | Czech Republic | 1/7/2013 | 1/7/2015 | Curtis | Ann McLaughlin | 5707 27th Road N | Arlington | VA | 22207 | Portia Haynes |
| Linda | Henrich | linda-henrich@web.de | Germany | 8/12/2013 | 8/12/2014 | Hirsh | Robin Winter-Bailey | 435 Page Terrace | South Orange | NJ | 07079 | Portia Haynes |
| Annemarie | Henson | ammie.henson@gmail.com | South Africa | 2/4/2013 | 9/30/2013 | Shaya | Heidi Karakashian | 1234 Puritan Avenue | Birmingham | MI | 48009 | Juliet Okpalanma |
| Maria | Herrera Guerra | luisa20811@hotmail.com | Mexico | 1/7/2013 | 7/7/2014 | Sherick | Paula Ullman | 635 Oneida Street | Denver | CO | 80220 | Juliet Okpalanma |
| Caroline | Heughan | carro_fuzz@hotmail.com | New Zealand | 2/18/2013 | 2/18/2014 | LeBow | Jolene Leonardo | 7 Lady Janes Way | Northport | NY | 11768 | Victoria King |
| Caroline | Heughan | carro_fuzz@hotmail.com | New Zealand | 2/18/2013 | 2/18/2014 | Evans | Lisbeth Ceriani | 12 MacArthur Road | Natick | MA | 01760 | Victoria King |
| Nandi | Hlatshwayo | nandihlatshwayo@yahoo.com | South Africa | 8/26/2013 | 11/24/2013 | Pollard | Cara Harper | 2155 Roos Place | Marietta | GA | 30066 | Portia Haynes |
| Zuzana | Homolkova | homolkova.z@gmail.com | Czech Republic | 11/11/2013 | 11/11/2014 | Gibson | Cara Harper | 1555 Laleiah Drive | Cumming | GA | 30041 | Portia Haynes |
| Petra | Horackova | petula.horackova@seznam.cz | Czech Republic | 6/3/2013 | 9/5/2013 | Pollard | Cara Harper | 2155 Roos Place | Marietta | GA | 30066 | Portia Haynes |
| Laura | Hornaert | laurahornaert@yahoo.fr | France | 5/13/2013 | 1/13/2014 | Kilgannon | Alissa Mahoney | 1156 Brush Creek Road | Santa Rosa | CA | 95404 | Juliet Okpalanma |
| Iyo | Hosoya | mini14mochimochi@yahoo.co.jp | Japan | 10/21/2013 | 10/21/2014 | Rampersaud | Mary Beth Grealey | 3311 Rugby Road | Durham | NC | 27707 | Portia Haynes |
| Martina | Hutya | martina.hutya@hotmail.com | Austria | 3/4/2013 | 9/4/2014 | Brennan | Robin Winter-Bailey | 13 Boulder Lane | Somerset | NJ | 08873 | Portia Haynes |
| Nicola | Hyslop | hyslopnicky@gmail.com | South Africa | 7/22/2013 | 7/22/2014 | Abbattista | Ileen Kodish | 1548 Old Orchard Street | West Harrison | NY | 10604 | Victoria King |
| Nicola | Hyslop | hyslopnicky@gmail.com | South Africa | 7/22/2013 | 7/22/2014 | Tainton | Phil Colucci | 1436 Kelvin Cirzle | Geneva | IL | 60134 | Juliet Okpalanma |
| Serap | Inel | serap-inel@hotmail.de | Germany | 1/7/2013 | 1/6/2014 | Stewart | Ann McLaughlin | 7620 Kingsbury Road | Alexandria | VA | 22315 | Portia Haynes |
| Serap | Inel | serap-inel@hotmail.de | Germany | 1/7/2013 | 1/6/2014 | Acquaah | Joanna Lehmann | 257 Gold Street, Apt. 4 S | Brooklyn | NY | 11201 | Victoria King |
| Ainhoa | Ingles Ripodas | ainhoa.ingles.ripodas@gmail.com | Spain | 8/26/2013 | 8/26/2014 | Masur-Slevin | Penny Pierce | 714 Forest Ave | Evanston | IL | 60202 | Juliet Okpalanma |
| Kristina | Irving | krissie_@live.co.uk | United Kingdom | 7/22/2013 | 10/5/2013 | Lass | Carol Daly | 116 Spier Road | Scarsdale | NY | 10583 | Victoria King |
| Miwa | Ishii | mi-usa.1104@hotmail.co.jp | Japan | 8/12/2013 | 10/3/2013 | Byrnes-Flores | Lindsey Gad | 2991 Olive Ave | Altadena | CA | 91001 | Juliet Okpalanma |
| Bileen | Jackson | bileenj.104@gmail.com | South Africa | 9/23/2013 | 12/9/2013 | Lacey | Tracie Wold | 5533 Maybeck Lane | Livermore | CA | 94550 | Juliet Okpalanma |
| Marlies | Jaeger | marlies_jaeger@yahoo.de | Austria | 7/8/2013 | 7/8/2014 | Alstede | Corrie Whitty | 100 Route 24 | Chester | NJ | 07930 | Portia Haynes |
| Marlies | Jaeger | marlies_jaeger@yahoo.de | Austria | 7/8/2013 | 7/8/2014 | Horne | Dawn Middleton | 244 Gregory Ave | West Orange | NJ | 07052 | Portia Haynes |
| Puntipa | Jaiprasong | puntipa_pa@hotmail.com | Thailand | 8/26/2013 | 8/26/2014 | Waring | Robin Winter-Bailey | 38 Poplar Street | Metuchen | NJ | 08840 | Portia Haynes |

**CONFIDENTIAL**

InterExchange0006067

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maryke | Janse van Vuuren | mjansevanvuuren662@gmail.com | South Africa | 4/8/2013 | 4/8/2014 | Van Der Merwe | Kelly Heartquist | 1015 BLUE JAY DRIVE | MURPHY | TX | 75094 | Juliet Okpalanma |
| Maryke | Janse van Vuuren | mjansevanvuuren662@gmail.com | South Africa | 4/8/2013 | 4/8/2014 | Martinkus | Lisbeth Ceriani | 118 Deer Path Lane | Weston | MA | 02493 | Victoria King |
| Viwanthan ee | Javana | i-zu-cream@hotmail.com | Thailand | 6/17/2013 | 6/17/2014 | Rust | Ileen Kodish | 20 Laurel Hill Rd | Dobbs Ferry | NY | 10522 | Victoria King |
| Denisa | Jedlickova | jedlickovadenisa@seznam.cz | Czech Republic | 1/1/2013 | 1/7/2014 | Fagans | Phil Colucci | 330 W Seminary Avenue | Wheaton | IL | 60187 | Juliet Okpalanma |
| Jeanine | Jess | jeanine-jess@web.de | Germany | 7/8/2013 | 7/8/2014 | Brinkman | Lisbeth Ceriani | 11 Bellmore Terrace #1 | Boston | MA | 02130 | Victoria King |
| Alba | Jimenez Gonzalo | alba.jimenez.gonzalo@gmail.com | Spain | 2/18/2013 | 2/18/2015 | Brogan | Cara Harper | 3125 Heybridge Lane | Milton | GA | 30004 | Portia Haynes |
| Maria Elena | Joaquin Fernandez | elenajoaquin91@gmail.com | Spain | 11/11/2013 | 11/11/2014 | Cohen-Gala | Rhonda Kaufman | 3840 Everett Street, NW | Washington | DC | 20008 | Portia Haynes |
| Christine | Jooste | christinejooste941005@gmail.com | South Africa | 10/21/2013 | 10/21/2014 | Mosley | Cara Harper | 358 Nottingham Way | Marietta | GA | 30064 | Portia Haynes |
| Clarise | Joubert | clarisejoubert@yahoo.co.uk | South Africa | 1/21/2013 | 1/21/2014 | Strenzel-Gibson | Phil Colucci | 6717 Leonard Drive | Darien | IL | 60561 | Juliet Okpalanma |
| Cecilia | Joye | ceciliaswim@aol.com | France | 6/24/2013 | 6/24/2014 | Szydlowski | Phil Colucci | 4826 Washington Street | Downers Grove | IL | 60515 | Juliet Okpalanma |
| Maria | Jurado Arenas | mjarenas96@hotmail.com | Colombia | 6/17/2013 | 6/17/2014 | Jackson | Christine Meek | 81 Surrey Lane | Bergenfield | NJ | 07621 | Portia Haynes |
| Olga | Kalyuzhnaya | kaluzha12-07@yandex.ru | Russia | 12/2/2013 | 12/2/2014 | Bruck | Rini Ader | 128 East 7th Street #2 | New York | NY | 10009 | Victoria King |
| Ksenia | Katchalina | casey.katchalina@hotmail.com | Australia | 10/21/2013 | 10/21/2014 | O'Hara | Joanna Lehmann | 121 St. Marks Avenue | Brooklyn | NY | 11217 | Victoria King |
| Branden | Keene | brandenkeene1@gmail.com | South Africa | 7/22/2013 | 12/14/2013 | Gurock | Lisbeth Ceriani | 44 Amory St | Brookline | MA | 02446 | Victoria King |
| Tanja | Kellerman | kellermantanja@gmail.com | South Africa | 8/26/2013 | 1/24/2014 | Dowling | Jolene Leonardo | 28 Hunters Lane | Huntington Station | NY | 11746 | Victoria King |
| Tanja | Kellerman | kellermantanja@gmail.com | South Africa | 8/26/2013 | 1/24/2014 | Douglas | Phil Colucci | 2252 N Campbell Avenue | Chicago | IL | 60647 | Juliet Okpalanma |
| Michelle | Kelly | michelleantoinette@hotmail.co.uk | United Kingdom | 8/12/2013 | 8/12/2014 | Lerner | Dawn Middleton | 359 S Van Dien Ave | Ridgewood | NJ | 07450 | Portia Haynes |
| Michelle | Kelly | michelleantoinette@hotmail.co.uk | United Kingdom | 8/12/2013 | 8/12/2014 | Tauber | Dawn Middleton | 418 Upper Mountain Avenue | Millington | NJ | 07043 | Portia Haynes |
| Fruzsina | Kerekes | k.fruzsi0802@gmail.com | Hungary | 12/2/2013 | 12/2/2014 | Vascellaro | Cara Cavanagh | 111 Waverly Avenue | Millington | NJ | 07946 | Portia Haynes |
| Rebekah | Kirby | ri@kirbys.me.uk | United Kingdom | 4/22/2013 | 4/22/2014 | Herbert | Tara Cavanagh | 21 Oak Lane | Morristown | NJ | 07960 | Portia Haynes |
| Lilia | Kisil | Lilinmir@hotmail.com | Denmark | 8/5/2013 | 8/5/2014 | Reber | Tracy Zawacki - Rieckert | 813 Conifer Road | Augusta | GA | 30909 | Portia Haynes |
| Lea | Klaas | klaas.lea@googlemail.com | Germany | 7/8/2013 | 7/8/2014 | Joiner | Cara Harper | 5575 Cathers Creek Drive | Hiram | GA | 30141 | Portia Haynes |
| Damla | Kocak | damlakocak@hotmail.com | Germany | 8/26/2013 | 12/26/2013 | Bailey | Suzanne Miller | 2828 Benedict Canyon Dr | Beverly Hills | CA | 90210 | Juliet Okpalanma |
| Christin | Koelsch | christin.koelsch1@web.de | Germany | 7/22/2013 | 7/22/2014 | Jung-Tolbert | Phil Colucci | 2440 North Lakeview Ave 6F | Chicago | IL | 60614 | Juliet Okpalanma |
| Aya | Kojima | ayakojima19661112@yahoo.com | Japan | 10/21/2013 | 10/21/2014 | Shin-Sherman | Julia Jakkaraju | 186 Burns Ave | Atherton | CA | 94027 | Juliet Okpalanma |
| Anna | Kolenda | akolend@gmail.com | Poland | 8/26/2013 | 8/26/2014 | Guerrina Lenczowski- | Rini Ader | 20 Fairway Close | Forest Hills | NY | 11375 | Victoria King |
| Nienke | Konings | nienke_konings@hotmail.com | Netherlands | 12/2/2013 | 12/2/2014 | Simonds | Ellen Hogan | 3048 Shore Drive | Merrick | NY | 11566 | Victoria King |
| Mitra | Kosathong | changmintra_we@hotmail.com | Thailand | 2/4/2013 | 2/4/2014 | Egeblad-Weinstein | Jolene Leonardo | 110 Goose Hill Rd | Cold Spring Harbor | NY | 11724 | Victoria King |
| Boglarka | Kovacs | ko.boglarka@gmail.com | Hungary | 8/26/2013 | 8/26/2014 | Donagi | Margaret Dixon | 508 Parkview Drive | Wynnewood | PA | 19096 | Juliet Okpalanma |
| Katharina | Krause | katharina.malena@gmx.de | Germany | 9/23/2013 | 9/23/2014 | Weiner | Cara Harper | 19 River Dell | Oakland | NJ | 07436 | Portia Haynes |
| Katharina | Krause | katharina.malena@gmx.de | Germany | 9/23/2013 | 9/23/2014 | Felix | Penny Pierce | 1110 n. sheridan road | Evanston | IL | 60202 | Juliet Okpalanma |
| Monika | Krejzova | monika.krej@centrum.cz | Czech Republic | 5/13/2013 | 5/13/2014 | LaBrecque | Dina Nichols | 27378 Red Ironbark Drive | Valley Center | CA | 92082 | Juliet Okpalanma |
| Monika | Krejzova | monika.krej@centrum.cz | Czech Republic | 5/13/2013 | 5/13/2014 | Malone | Sandra Green | 6421 Overbrook Avenue | Philadelphia | PA | 19151 | Juliet Okpalanma |
| Amelia | Krishna | ameliakrishna4@gmail.com | South Africa | 8/5/2013 | 8/5/2014 | Kulkarni | Cara Harper | 5108 Coosa Ct. | Suwanee | GA | 30024 | Portia Haynes |
| Anett | Krisko | anett.krisko@gmail.com | Hungary | 10/21/2013 | 10/21/2014 | Aleman | Cara Harper | 3 Ascot Manor | Atlanta | GA | 30327 | Portia Haynes |
| Michala | Krizova | michala.krizova@gmail.com | Czech Republic | 6/3/2013 | 6/3/2014 | Zalasin | Joy Valente | 351 Whippoorwill Road | Chappaqua | NY | 10514 | Victoria King |
| Sindie | Kroukamp | kroukampsindie@gmail.com | South Africa | 6/3/2013 | 6/3/2014 | Monteiro | Valerie Jones | 11 Centerview Rd | Shelton | CT | 06484 | Victoria King |
| Jadine | Kruger | jkruger180@yahoo.com | South Africa | 1/21/2013 | 1/21/2015 | Forni | Joy Valente | 325 Douglas road | Chappaqua | NY | 10514 | Victoria King |
| Sandy | Kruse | SandyKruse93@hotmail.de | Germany | 10/21/2013 | 10/21/2014 | Best | Dawn Middleton | 17 Boulder Brook Court | Belle Mead | NJ | 08502 | Portia Haynes |
| Emilia | Krzesniak | krzesniakemilia@gmail.com | Poland | 10/21/2013 | 10/21/2014 | Chellappa | Patricia Giligan | 23 Starham Avenue | Middletown | NJ | 10940 | Victoria King |
| Lilia | Kudin | kulish_lil@ua.fm | Ukraine | 9/9/2013 | 9/9/2014 | Erbekin | Ann McLaughlin | 7437 Tillman Dr. | Falls Curch | VA | 22043 | Portia Haynes |
| Zuzana | Kvapilova | zuzanakvapilova@seznam.cz | Czech Republic | 11/11/2013 | 11/11/2014 | Fei-Chen | Dawn Middleton | 114 W. Lindsley Road | Cedar Grove | NJ | 07009 | Portia Haynes |
| Sanne | Kwinten | sanne_kwinte@hotmail.com | Netherlands | 6/24/2013 | 7/19/2013 | Rosen | Patricia Giligan | 73 Van Scoy Road | Poughquag | NY | 12570 | Victoria King |
| Karolina | Labadz | karolina.labadz@gmail.com | Poland | 6/24/2013 | 6/24/2014 | Fletcher | Tracie Wold | 512 Fallen Leaf Circle | San Ramon | CA | 94583 | Juliet Okpalanma |
| Julia | Lachowicz | julialachowicz@o2.pl | Poland | 10/7/2013 | 10/7/2014 | Naudin | Shelly Royer | 13226 Greenwood Lakes Lane | Houston | TX | 77044 | Juliet Okpalanma |

**CONFIDENTIAL**

InterExchange0006068

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mimms | Laudon Soerlin | mims_l@hotmail.com | Sweden | 2/18/2013 | 2/18/2015 | Baldwin | Ursula Webhofer | 8331 Arbutus St. | Arvada | CO | 80005 | Juliet Okpalanma |
| Aimee | Lawson | aimeelawson90@yahoo.co.za | South Africa | 8/12/2013 | 8/12/2014 | McGuyer | Rhonda Kaufman | 3905 Montrose Dr | Chevy Chase | MD | 20815 | Juliet Okpalanma |
| Frederikke Gjesing | Laybourn | frederikkelaybourn@hotmail.de | Denmark | 8/12/2013 | 8/12/2014 | Delaney | Joanna Lehmann | 302 Carroll St Apt 1 | Brooklyn | NY | 11231 | Victoria King |
| Mariette | Le Dithuidy | mariette78@hotmail.com | France | 9/9/2013 | 9/9/2014 | Motamed-Levy | Joanna Lehmann | 515 Prospect Street | Maplewood | NJ | 07040 | Portia Haynes |
| Jessica | Learoyd | jessica.lea@gmail.com | United Kingdom | 10/21/2013 | 10/21/2014 | Stanton | Julia Jakkaraju | 21195 Chiquita Way | Saratoga | CA | 95070 | Juliet Okpalanma |
| Servane | Lepage | servane.lepage@live.fr | France | 10/21/2013 | 10/21/2014 | Kaistha-Hesse | Carol Daly | 122 Highridge Road | New Rochelle | NY | 10804 | Victoria King |
| Servane | Lepage | servane.lepage@live.fr | France | 10/21/2013 | 10/21/2014 | Andrade | Joy Valente | 139 Main Street | South Salem | NY | 10590 | Victoria King |
| Anna | Lewandowska | anika.lewandowska@gmail.com | Poland | 4/22/2013 | 10/9/2013 | Evans | Lisbeth Ceriani | 12 MacArthur Road | Natick | MA | 01760 | Victoria King |
| Anna | Lewandowska | anika.lewandowska@gmail.com | Poland | 4/22/2013 | 10/9/2013 | Arzuaga/Brown | Sara Thomas | 2110 Woodvale Lane | Bowie | MD | 20721 | Portia Haynes |
| Yi | Li | liyiuxss@126.com | China | 4/22/2013 | 4/22/2014 | Findley | Leah Chubb | 510 NW 44th Street | Vancouver | WA | 98660 | Juliet Okpalanma |
| Ian | Lima Souza | iansouza.sjc@gmail.com | Brazil | 6/24/2013 | 6/24/2014 | Roberts-McKnight | Joanna Lehmann | 99 Gates Avenue | Brooklyn | NY | 11238 | Victoria King |
| Denise | Link | deniselink93@web.de | Germany | 9/23/2013 | 9/23/2014 | Bryant | Phil Coluci | 1000 South Rose Ave | Park Ridge | IL | 60068 | Juliet Okpalanma |
| Diane | Loegel | loegeldiane@gmail.com | Luxembourg | 8/12/2013 | 8/12/2014 | Garijo | Corrie Whitty | 31 Clairvaux Court | Basking Ridge | NJ | 07920 | Portia Haynes |
| Sanne | Lommen | sanne.lommen@hotmail.com | Netherlands | 11/11/2013 | 11/11/2014 | Correll | Ellen Hogan | 223 Elm Drive East | Levittown | NY | 11756 | Victoria King |
| Melisa | Lopez Aguilera | melisa_15_vip@hotmail.com | Mexico | 7/22/2013 | 7/22/2014 | Weissman | Alissa Mahoney | 455 Panoramic Hwy | Mill Valley | CA | 94941 | Juliet Okpalanma |
| Tracy | Lopez Aristizabal | tracy.aristizabal@gmail.com | Spain | 8/12/2013 | 8/12/2014 | Lesh | Corrie Whitty | 2 Old Mine Drift | Chester | NJ | 07930 | Portia Haynes |
| Anaheli | Lopez Castro | neli_378@hotmail.com | Mexico | 9/23/2013 | 9/23/2014 | Orellana | Rhonda Kaufman | 10524 Farnham Drive | Bethesda | MD | 20814 | Portia Haynes |
| Yajanis | Lopez Guerra | yajanis_02@hotmail.com | Panama | 6/3/2013 | 6/3/2015 | Lovett | Ileen Koolish | 39 Maple Hill | Larchmont | NY | 10538 | Victoria King |
| Maria | Lopez Videla Gaymer | ribu_92@hotmail.com | Chile | 7/22/2013 | 8/13/2013 | Elder | Cara Harper | 16450 Hopewell Road | Alpharetta | GA | 30004 | Portia Haynes |
| Nele | Lorenzen | nele.lorenzen@hotmail.de | Germany | 10/7/2013 | 10/7/2014 | Fillon-El Kasmi | Paula Ullman | 2020 Niagara Street | Denver | CO | 80207 | Juliet Okpalanma |
| Carla | Low | babslow20@hotmail.co.uk | United Kingdom | 10/21/2013 | 10/21/2014 | Fones-Faupel | Joanne Myers | 510 Washington Grove Ln Box 438 | Washington Grove | MD | 20880 | Portia Haynes |
| Charlotte | Lucas | cha_du_91250@hotmail.fr | France | 2/4/2013 | 2/4/2014 | Lahn-Schofield | Nina Kryzak | 14 Townley Dr | Burnt Hills | NY | 12027 | Victoria King |
| Zhihong | Ma | mazhihongus@126.com | China | 11/11/2013 | 12/31/2013 | Chow | Dawn Middleton | 60 Holland Ave | Demarest | NJ | 07627 | Portia Haynes |
| Claire | Mace de Gastines | claire.dg@hotmail.fr | France | 8/26/2013 | 10/22/2013 | De Narp | Carol Daly | 41 Elk Avenue | New Rochelle | NY | 10804 | Victoria King |
| William | MacFie | snebben_92@hotmail.com | Sweden | 8/5/2013 | 8/5/2014 | Manning | Julia Jakkaraju | 4833 Minas Drive | San Jose | CA | 95135 | Juliet Okpalanma |
| Barbora | Madlova | barbaramadlova@gmail.com | Czech Republic | 2/4/2013 | 2/4/2015 | Nesbitt | Dina Nichols | 16915 New Rochelle Way Unit 81 | San Diego | CA | 92127 | Juliet Okpalanma |
| Ekaterina | Maksimova | e-katerin@list.ru | Russia | 2/18/2013 | 2/18/2015 | Brachfeld | Deborah Daly | 48 La Valley Dr | Manalapan | NJ | 07726 | Portia Haynes |
| Ekaterina | Maksimova | e-katerin@list.ru | Russia | 2/18/2013 | 2/18/2015 | Kleiner-Baraldi | Sandra Green | 6930 Greenhill Road | Philadelphia | PA | 19151 | Juliet Okpalanma |
| Isidora | Maksimovic | isidora.maksimovic@gmail.com | Serbia | 4/22/2013 | 4/22/2014 | Hook | Nina Kryzak | 24 Shelbourne Dr. | Clifton Park | NY | 12065 | Victoria King |
| Sylwia | Mamon | sylwia-m-18@o2.pl | Poland | 2/18/2013 | 2/18/2015 | Dziasek-Sokolowska | Anna Eidoh | 4 Normandy Court | Warren | NJ | 07059 | Portia Haynes |
| Fisiwe | Maphumulo | phycewemap@gmail.com | South Africa | 1/21/2013 | 4/5/2013 | Stewart | Ann McLaughlin | 7620 Kingsbury Road | Alexandria | VA | 22315 | Portia Haynes |
| Arkadiusz | Marcjanik | marcjanik.arkadiusz@gmail.com | Poland | 12/2/2013 | 12/2/2014 | Lewis | Dawn Middleton | 264 Park St. | Upper Montclair | NJ | 07043 | Portia Haynes |
| Laura | Marin Giraldo | lalarria_gi@hotmail.com | Colombia | 6/17/2013 | 6/17/2014 | Johnson | Cara Harper | 506 Oakshire Pl | Alamo | CA | 94507 | Juliet Okpalanma |
| Viktor | Markovski | vikobt@gmail.com | Macedonia | 1/7/2013 | 1/7/2015 | Beissel | Sara Thomas | 1408 Sweet Cherry Ct. | Severn | MD | 21144 | Portia Haynes |
| Nancy Pamela | Martinez Cisneros | nansi_mtz27@hotmail.com | Mexico | 7/22/2013 | 7/22/2014 | Ocana | Lisbeth Ceriani | 21 Bemuth Rd | Newton | MA | 02461 | Victoria King |
| Gema | Martinez Gonzalez | afri_1989@hotmail.com | Spain | 2/18/2013 | 8/8/2014 | Watkins de la Fuente- | Dawn Middleton | 83 Linden Avenue | Emerson | NJ | 07630 | Portia Haynes |
| Juan | Martinez Ibiricu | juan.ibiricu@gmail.com | Spain | 8/12/2013 | 8/12/2014 | Akersveen | Dawn Middleton | 50 Church Lane | Scarsdale | NY | 10583 | Victoria King |
| Romina | Martinez Salas | rominakrns@gmail.com | Chile | 1/7/2013 | 1/7/2014 | Tan | Mary Beth Greeley | 113 Wicklow Place | Chapel Hill | NC | 27517 | Portia Haynes |
| Julie | Maruhn | julie_maruhn1@yahoo.de | Germany | 10/21/2013 | 10/21/2014 | Vereline | Jolene Leonardo | 6 Warner Street | Commack | NY | 11725 | Victoria King |
| Edda | Marun Gama | edda_97@hotmail.com | Mexico | 7/22/2013 | 7/22/2014 | Ellis | Sara Thomas | 3920 Donerin Way | Phoenix | MD | 21131 | Portia Haynes |
| Anne | Marx | annemarx17@yahoo.de | Germany | 12/2/2013 | 12/2/2014 | Wiethoff | Phil Coluci | 411 Chokeberry Drive | Naperville | IL | 60564 | Juliet Okpalanma |
| Daniele | Mascarenhas Guerra | daniele.dmg@hotmail.com | Brazil | 9/9/2013 | 9/9/2014 | Hill | Margaret Dixon | 2127 Carpenter Street | Philadelphia | PA | 19146 | Juliet Okpalanma |
| Jabulile | Maseko | jabu.maseko0612@gmail.com | South Africa | 4/22/2013 | 4/22/2014 | Miner | Paula Ullman | 1030 S. Adams St. | Denver | CO | 80209 | Juliet Okpalanma |
| Anastasiia | Matiusheva | a.matiusheva@gmail.com | Russia | 6/17/2013 | 6/17/2014 | Christianson | Christine Meek | 40 Lakeview Dr. | Norwalk | CT | 06850 | Victoria King |
| Satomi | Matsuzaki | himeko_m11@yahoo.co.jp | Japan | 12/2/2013 | 12/2/2014 | Klosterman | Rhonda Kaufman | P.O. Box 3136 | San Jose | CA | 20854 | Portia Haynes |
| Chanel | May | may.chanel@yahoo.com | South Africa | 6/3/2013 | 6/3/2014 | Glover | Rhonda Kaufman | 9822 Sorrel Avenue | Potomac | MD | 20854 | Portia Haynes |
| Chloe | McIntyre | chloehmcintyre@hotmail.com | South Africa | 3/4/2013 | 3/4/2014 | Rote | Kimberly Durazo | 1 Emmy Lane | Ladera Ranch | CA | 92694 | Juliet Okpalanma |

CONFIDENTIAL

InterExchange0006069

| Gavin | McKay | gavinmckay@live.co.uk | United Kingdom | 3/4/2013 | 3/4/2015 | Schlachter | Phil Colucci | 210 North Wells Street  Unit 2702, Box #209 | Chicago | IL | 60606 | Juliet Okpalanma |
| Melissa | McLeod | melissa_mcleod21@yahoo.co.uk | United Kingdom | 8/26/2013 | 8/26/2014 | Korde | Tauryn Beeman | 7852 Stroud Ave N. | Seattle | WA | 98103 | Juliet Okpalanma |
| Gill | Mcmahon | gillymcmahon@gmail.com | United Kingdom | 9/9/2013 | 12/31/2013 | Feinstein | Ann McLaughlin | 1120 Raymond Avenue | McLean | VA | 22101 | Portia Haynes |
| Nicole | McMahon | nicolemacmahon@gmail.com | Ireland | 3/18/2013 | 3/18/2014 | Chodry | Rini Ader | 219 W 81st St. Apt. 11ak | New York | NY | 10021 | Victoria King |
| Lyndsey | McNiven | lynz566@hotmail.com | United Kingdom | 10/21/2013 | 10/21/2014 | Treanor-Moore | Patricia Thomas | 454 Upper Lake Road | Westlake Village | CA | 91361 | Juliet Okpalanma |
| Katerina | Melcova | melcovakaterina@seznam.cz | Czech Republic | 5/13/2013 | 6/19/2013 | Klenk | Mary Beth Grealey | 212 Clear River Place | Cary | NC | 27519 | Portia Haynes |
| Mayve | Mena Lopez | mayve_mena@hotmail.com | Mexico | 1/7/2013 | 1/7/2015 | Conley | Margaret Dixon | 406 S. Narberth Ave | Narberth | PA | 19072 | Juliet Okpalanma |
| Daryelis | Mendoza Arauz | daryelis1991@gmail.com | Panama | 9/23/2013 | 9/23/2014 | Zenk | Phil Colucci | 393 North Emroy Avenue | Elmhurst | IL | 60126 | Juliet Okpalanma |
| Sandra | Mendoza Machinena | ale.machinena@gmail.com | Mexico | 8/5/2013 | 8/5/2014 | Nynens | Elizabeth Esten | 56 Oakes Road | Little Silver | NJ | 07739 | Portia Haynes |
| Pauline | Merker | pauline@atelierm2c2.com | Germany | 6/24/2013 | 6/24/2014 | MacInnis-Fischer | Tara Cavanagh | 227 Harrison Ave | Westfield | NJ | 07090 | Portia Haynes |
| Katerina | Metlickova | katka.metlickova@gmail.com | Czech Republic | 6/24/2013 | 6/24/2014 | Knox | Alissa Mahoney | 14 Truman Drive | Novato | CA | 94947 | Juliet Okpalanma |
| Lenka | Michalkova | lenka.mich@email.cz | Czech Republic | 8/26/2013 | 8/26/2014 | West | Suzanne Miller | 100 Vintage Hill Circle | Apex | NC | 27539 | Portia Haynes |
| Timea | Miklos | miklostimi@freemail.hu | Hungary | 9/9/2013 | 9/9/2014 | Nyari | Kelly Guest | 6290 Christman Drive | North Olmsted | OH | 44070 | Juliet Okpalanma |
| Nuria | Mir Graells | nmirgraells@gmail.com | Spain | 1/21/2013 | 7/12/2013 | Farre-Brennan | Joanna Lehmann | 560 Dean Street #2L | Brooklyn | NY | 11217 | Victoria King |
| Yukino | Mitani | jap.yukino.1@gmail.com | Japan | 12/2/2013 | 12/2/2014 | Velez | Jana Kuehler | 5350 Selmaraine Dr. | Culver City | CA | 90230 | Juliet Okpalanma |
| Natalia | Mitraszewska | mschikage@gmail.com | Poland | 8/5/2013 | 2/6/2014 | Distefano | Rhonda Kaufman | 1611 East Avenue | McLean | VA | 22101 | Portia Haynes |
| Franziska | Moeller | franzi_moeller_94@gmx.de | Germany | 3/4/2013 | 3/4/2015 | Tigges | Suzanne Miller | 2604 Dockery Lane | Raleigh | NC | 27606 | Portia Haynes |
| Madibe | Molatudi | i.molatudi@webmail.co.za | South Africa | 12/2/2013 | 1/3/2014 | Werner | Dawn Middleton | 19 River Dell | Oakland | NJ | 07436 | Portia Haynes |
| Amanda | Molefe | thobe_molefe@yahoo.com | South Africa | 6/3/2013 | 6/3/2014 | Mercado-Bunch | Lindsey Gad | 16885 Oak View Dr | Encino | CA | 91436 | Juliet Okpalanma |
| Karla | Molina Bravo | kmolina@hotmail.com | Mexico | 1/7/2013 | 1/7/2015 | Vazquez | Rhonda Kaufman | 1545 Rabbit Hollow Place | Silver Spring | MD | 20906 | Portia Haynes |
| Tiisetso | Moloi | miro.monticoe@gmail.com | South Africa | 10/21/2013 | 1/10/2014 | Schmidt | Serena Edoh | 59 Bluegrass Boulevard | Somerville | NJ | 08876 | Portia Haynes |
| Andrea | Montilla Sanchez | aannddrreeaa02@hotmail.com | Spain | 11/11/2013 | 11/11/2014 | Ramanan | Christine Meek | 41 Harold St  Unit B | Cos Cob | CT | 06807 | Victoria King |
| Carolina | Montoya Muneton | yujito2@hotmail.com | United Kingdom | 10/21/2013 | 10/21/2014 | Robertsson | Leah Chubb | 1351 NE Aldercrest Ct | Dundee | OR | 97115 | Juliet Okpalanma |
| Veryan | Moody | veryan123@hotmail.co.uk | United Kingdom | 12/2/2013 | 12/2/2014 | Lubell | Suzanne Miller | 6512 Valley Estates Drive | Raleigh | NC | 27612 | Portia Haynes |
| Claudia | Morales Quintero | mombasa2000@hotmail.com | Mexico | 2/4/2013 | 2/4/2014 | Arora | Lisbeth Ceriani | 25 Nash Ln | Weston | MA | 02493 | Victoria King |
| Aline | Moreira dos Santos | aline.moreira123@hotmail.com | Brazil | 10/21/2013 | 10/21/2014 | Mendes | Dawn Middleton | 20 Lane Court | Montblair | NJ | 07043 | Portia Haynes |
| Angela | Moreira Marcondes | marcondes.a.m@gmail.com | Brazil | 8/26/2013 | 10/9/2013 | Rios | Joy Valente | 20 Dr Tonys Road | Katonah | NY | 10536 | Victoria King |
| Belinda | Morgan | belindamorgan2@gmail.com | South Africa | 5/13/2013 | 5/13/2014 | Nassau | Dawn Middleton | 384 Oakwood Drive | Wyckoff | NJ | 07481 | Portia Haynes |
| Haruna | Mori | haruna.mori@nifty.com | Japan | 3/18/2013 | 3/18/2015 | King | Julia Jakkaraju | 409 Pope St | Menlo Park | CA | 84025 | Juliet Okpalanma |
| Anna | Morys | annamorysaupair@gmail.com | Poland | 8/12/2013 | 10/5/2013 | Rizkalla | Lisbeth Ceriani | 32 Decatur Street | Cambridge | MA | 02139 | Victoria King |
| Lisa | Moses | lisa.mosen@gmx.de | Germany | 7/22/2013 | 7/22/2014 | Becker-Orlick | Jill DeMarco | 23 Kenworth Road | Port Washington | NY | 11050 | Victoria King |
| Christine | Moses | christine.moses3@hotmail.co.uk | South Africa | 2/18/2013 | 2/18/2014 | Watson/Keyes | Joy Valente | 50 Shingle House Road | Millwood | NY | 10546 | Victoria King |
| Tamina | Muehlmann | tamina.m@web.de | Germany | 4/22/2013 | 4/22/2014 | Schmidt | Serena Edoh | 59 Bluegrass Boulevard | Somerville | NJ | 08876 | Portia Haynes |
| Tamina | Muehlmann | tamina.m@web.de | Germany | 4/22/2013 | 4/22/2014 | Decker Schulz | Serena Edoh | 1216 Nottingham Dr | Cary | NC | 27511 | Portia Haynes |
| Trisha | Munien | tnaicker05@gmail.com | South Africa | 11/11/2013 | 11/11/2014 | Campbell | Valerie Jones | 1460 Huntington Turnpike | Trumbull | CT | 06611 | Victoria King |
| Sindy Karina | Munoz Ortiz | sindykarina_1010@hotmail.com | Colombia | 9/9/2013 | 9/9/2014 | Meese | Kimberly Durazo | 28101 Bluebell Dr | Laguna Niguel | CA | 92677 | Juliet Okpalanma |
| Mbali | Mzobe | mbalimzobe@ovi.com | South Africa | 5/13/2013 | 8/1/2013 | van der Veen | Esme Smith | 1305 Holliben Rd | Severna Park | MD | 21146 | Portia Haynes |
| Rovashini | Naicker | rovashini.naicker@gmail.com | South Africa | 9/9/2013 | 9/9/2014 | Revanur | Shelly Royer | 7006 Dunmeyer Ct. | Sugarland | TX | 77479 | Juliet Okpalanma |
| Kriyanka | Naidoo | kriyanka84@yahoo.com | South Africa | 4/22/2013 | 11/17/2013 | Daniel | Rhonda Kaufman | 8416 Queen Annes Dr. | Silver Spring | MD | 20910 | Portia Haynes |
| Seshnee | Naidu | seshneenaidu@gmail.com | South Africa | 11/11/2013 | 2/4/2014 | Rohatagi | Deborah Daly | 7 Robert Drive | West Windsor | NJ | 08550 | Portia Haynes |
| Arisa | Nakamura | ririkoporne@yahoo.co.jp | Japan | 7/8/2013 | 7/8/2014 | Murase | Julia Jakkaraju | 10151 Hillcrest Rd | Cupertino | CA | 95014 | Juliet Okpalanma |
| Satomi | Nakawaki | satominakawaki@hotmail.com | Japan | 6/3/2013 | 6/3/2014 | Bokhari | Joanne Myers | 6 E Darby Court | Gaithersburg | MD | 20878 | Portia Haynes |
| Adriaan | Naude | a3aannaude@gmail.com | South Africa | 6/24/2013 | 6/24/2014 | Ingber | Corrie Whitty | 1 Barer Lane | Mendham | NJ | 07945 | Portia Haynes |
| Marco | Navarro Aguirzaga | marcos_23100@hotmail.com | Mexico | 7/8/2013 | 7/8/2014 | Vaio-Davidoff | Lisbeth Ceriani | 76 Whitney St | Sherborn | MA | 01770 | Victoria King |
| Lydia | Ndhlela | lydiandhlela@yahoo.co.za | South Africa | 2/4/2013 | 2/4/2015 | McIntyre Richardson | Nina Knyzak | 1050 Valerie Drive | Niskayuna | NY | 12309 | Victoria King |
| Yvette | Neijenhuis | y.neijenhuis@gmail.com | Netherlands | 8/12/2013 | 8/12/2014 | van Leeuwen | Christine Meek | 18 Lanark Road | Stamford | CT | 06902 | Victoria King |
| Denielle | Nel | denielle.nel@gmail.com | South Africa | 1/7/2013 | 2/6/2013 | Foster | Ileen Kelloh | 13 Hook Road | Rye | NY | 10580 | Victoria King |
| Maximilian | Neuber | max-neuber@web.de | Germany | 8/12/2013 | 2/4/2014 | White | Dawn Middleton | 355 Grant Avenue | Oradell | NJ | 07649 | Portia Haynes |

**CONFIDENTIAL**

InterExchange0006070

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Anne | Neufond | anne.neufond@yahoo.fr | France | 11/11/2013 | 11/11/2013 | Merritt | Dina Nichols | 547 Samuel Court | Encinitas | CA | 92024 | Juliet Okpalanma |
| Maria | Neugebauer | maria.neugebauer94@web.de | Germany | 8/26/2013 | 8/26/2014 | Snyder | Dawn Middleton | 73 Lyons Place | Westwood | NJ | 07675 | Portia Haynes |
| Maria | Nicolau Fuxa | a_fuxa@hotmail.com | Spain | 4/8/2013 | 10/8/2014 | Klearman | Penny Pierce | 1114 Hinman Ave | Evanston | IL | 60202 | Juliet Okpalanma |
| Katarzyna | Nowak | kanowak1990@gmail.com | Poland | 3/18/2013 | 3/18/2014 | Ingber | Corrie Whitty | 1 Barer Lane | Mendham | NJ | 07945 | Portia Haynes |
| Katarzyna | Nowak | kanowak1990@gmail.com | Poland | 3/18/2013 | 3/18/2014 | Bebel | Robin Winter-Bailey | 608 Lawrence Avenue | Westfield | NJ | 07090 | Portia Haynes |
| Kanna | Nunez Valenzuela | karinanu@live.com | Mexico | 1/7/2013 | 1/7/2014 | McFall | Deborah Daly | 49 Corson Ave | Hamilton | NJ | 08619 | Portia Haynes |
| Maria Jose | Ocejo Valle | maryjose28@hotmail.com | Mexico | 4/22/2013 | 11/30/2013 | Abbattista | Ileen Kodish | 1548 Old Orchard Street | West Harrison | NY | 10604 | Victoria King |
| Joanna | Ochap | joanna.ochap@gmail.com | Poland | 9/9/2013 | 9/9/2014 | Safirstein | Dawn Middleton | 96 Overlook Road | Montclair | NJ | 07043 | Portia Haynes |
| Veronica | Ochoa Paz | verito8a2@hotmail.com | Costa Rica | 1/22/2013 | 12/2/2014 | Mooney | Paige Twer | 4320 Crepe Ridge Dr | Denver | NC | 28057 | Portia Haynes |
| Laura | Olier | laura.olier@hotmail.fr | France | 7/8/2013 | 7/8/2014 | Lazerson | Ellen Hogan | 375 Bunker Drive | Oceanside | NY | 11572 | Victoria King |
| Chinita | Olivier | chinitaolivier@gmail.com | South Africa | 7/8/2013 | 7/8/2014 | Joffe | Penny Pierce | 9510 Keystone Ave | Skokie | IL | 60076 | Juliet Okpalanma |
| Paola | Ordonez Eraso | paoe2406@gmail.com | Colombia | 4/8/2013 | 4/8/2014 | Leduc | Nina Kryzak | 58 North Street | Delmar | NY | 12054 | Victoria King |
| Paola | Ordonez Eraso | paoe2406@gmail.com | Colombia | 4/8/2013 | 4/8/2014 | Narvaez-Shea | Serena Edoh | 28 Foreman Road | Huntington | NY | 11743 | Victoria King |
| Daniel | Ospina Ardila | feros13@hotmail.com | Colombia | 8/26/2013 | 8/26/2014 | Cherry | Robin Winter-Bailey | 615 Dorian Road | Westfield | NJ | 07090 | Portia Haynes |
| Dorota | Paluch | dota_paluch.pl@interia.pl | Poland | 9/23/2013 | 9/23/2014 | Vevoda | Leah Chubb | 12375 SE Scherrer St | Happy Valley | OR | 97086 | Juliet Okpalanma |
| Teodora | Papp | teodorapapp@freemail.hu | Hungary | 1/7/2013 | 7/7/2014 | Hegger | Paige Twer | 12527 Wandering Brook Drive | Charlotte | NC | 28273 | Portia Haynes |
| Patricia | Pardo Escalante | patricia.pardo2@gmail.com | Spain | 10/7/2013 | 10/7/2014 | Rios | Joy Valente | 12 Dr Tonys Road | Katonah | NY | 10536 | Victoria King |
| Elvira | Paris Manas | elviraparis123@gmail.com | Spain | 2/4/2013 | 8/4/2014 | Sperling | Ann McLaughlin | 9823 Boldridge Ct | Vienna | VA | 22181 | Portia Haynes |
| Stephanie | Paulik | stefpaulik@gmail.com | South Africa | 10/21/2013 | 10/21/2014 | Ludwig | Valerie Jones | 29 Wagon Wheel Rd. | Redding | CT | 06896 | Victoria King |
| Luz | Perez Abad | lupad23@hotmail.com | Colombia | 9/23/2013 | 9/23/2014 | Shuker | Ileen Kodish | 46 Overton Rd | Scarsdale | NY | 10583 | Victoria King |
| David | Peterson | david.f.peterson@hotmail.com | Australia | 1/7/2013 | 1/7/2015 | Geller | Rini Ader | 154 E. 78th Street | New York | NY | 10075 | Victoria King |
| Sabina | Petrekanic | petrekanicsabina@gmail.com | Serbia | 6/24/2013 | 8/16/2013 | Rizzolo-Chiodo | Robin Winter-Bailey | 310 Woods End Road | Westfield | NJ | 07090 | Portia Haynes |
| Angelica | Trapp | angelica_trapp@hotmail.com | Brazil | 3/18/2013 | 3/18/2015 | Patel | Cara Harper | 1082 Moores Mill Rd NW | Atlanta | GA | 30327 | Portia Haynes |
| Vatinee | Phiammattawat | v_nat@hotmail.com | Thailand | 8/26/2013 | 8/26/2014 | Kolyani | Ann McLaughlin | 1790 Paisley Court | Vienna | VA | 22182 | Portia Haynes |
| Thanadpho
n | Phrasurat | tuta.tuuta.jung@gmail.com | Thailand | 1/7/2013 | 1/7/2015 | Gustin | Tracy Zawacki - Reckert | 527 Sweet Meadow Dr | Grovetown | GA | 30813 | Portia Haynes |
| Gina | Pichilingi | x_gina_pitch_x@hotmail.com | United Kingdom | 8/12/2013 | 8/12/2014 | Kirby | Robin Winter-Bailey | 400 Springfield Avenue | Cranford | NJ | 07302 | Portia Haynes |
| Juliet | Pierce | Pierce.juliet@gmail.com | New Zealand | 11/11/2013 | 11/11/2014 | Swatland | Phil Colucci | 1160 Banbury Circle | Naperville | IL | 60540 | Juliet Okpalanma |
| Erica | Pillay | pillayerica@yahoo.com | South Africa | 11/11/2013 | 11/11/2014 | Kaistha-Hesse | Carol Daly | 122 Highridge Road | New Rochelle | NY | 10804 | Victoria King |
| Erica | Pillay | pillayerica@yahoo.com | South Africa | 11/11/2013 | 11/11/2014 | Sharma | Tracie Woid | 440 Livornia Road | Alamo | CA | 94507 | Juliet Okpalanma |
| Karolina | Pominkiewicz | karolina.pominkiewicz@gmail.com | Poland | 2/18/2013 | 2/18/2014 | Miller-Geoghan | Rini Ader | 895 West End Ave. Apt 9B | New York | NY | 10025 | Victoria King |
| Kanokwan | Pongkanmoon | Kanokwan.P8@gmail.com | Thailand | 8/26/2013 | 8/26/2014 | Sheppard Boal | Deborah Daly | 31 Park Hill Terrace | West Windsor | NJ | 08550 | Portia Haynes |
| Marne | Potgieter | mp012094@gmail.com | South Africa | 6/24/2013 | 6/24/2014 | Weisberg | Joy Valente | 26 Horseshoe Hill Road | Pound Ridge | NY | 10576 | Victoria King |
| Klara | Prikrylova | Kajuli@email.cz | Czech Republic | 10/7/2013 | 10/7/2014 | Manes-Brewer | Christine Meek | 4 Westfair Drive+† | Westport | CT | 06880 | Victoria King |
| Paulina | Prus | pauline.prus@gmail.com | Poland | 9/9/2013 | 9/9/2014 | Budke | Jolene Leonardo | 7 Palmer Lane | Commack | NY | 11725 | Victoria King |
| Jenny | Pulido Giraldo | jennypgir@hotmail.com | Colombia | 11/11/2013 | 11/11/2014 | Brunt-Meredith | Cara Harper | 2845 Andrews Drive NW | Atlanta | GA | 30305 | Portia Haynes |
| Marketa | Rajkova | marketarajkova@seznam.cz | Czech Republic | 11/11/2013 | 11/11/2014 | Geller | Corrie Whitty | 5 Franklin Road | Mendham | NJ | 07945 | Portia Haynes |
| Camila | Ramirez Bautista | camiramirez87@gmail.com | Colombia | 8/12/2013 | 8/12/2014 | Meyer | Rini Ader | 1 West 67th street Apt #804 | New York | NY | 10023 | Victoria King |
| Karen | Ramirez Cruz | nerakts@gmail.com | Mexico | 4/8/2013 | 4/8/2014 | Vitalo | Robin Winter-Bailey | 380 Summer Avenue | Maplewood | NJ | 07040 | Portia Haynes |
| Beatriz | Rascon Sotelo | rascon.beatriz@gmail.com | Mexico | 10/21/2013 | 10/21/2014 | Arroscato | Jessica Liva | 122 Howard Terrace | Leonia | NJ | 07605 | Portia Haynes |
| Ana | Recio Benitez | anarosa_rb@hotmail.com | Mexico | 7/22/2013 | 7/22/2014 | Eghtedari | Dina Nichols | 11306 W. San Raphael Drwy | San Diego | CA | 92127 | Juliet Okpalanma |
| Ana | Recio Benitez | anarosa_rb@hotmail.com | Mexico | 7/22/2013 | 7/22/2014 | McCurry | Kelly Guest | 37800  Flanders Drive | Solon | OH | 44139 | Juliet Okpalanma |
| Aleksandra | Redlicka | aleksandra.redlicka@gmail.com | Poland | 8/12/2013 | 8/12/2014 | Kass | Joanna Lehmann | 425 4th Street | Brooklyn | NY | 11215 | Victoria King |
| Sandra | Reyes Malacara | sandra_32_21@hotmail.com | Mexico | 2/4/2013 | 8/30/2013 | Duckworth | Ruth Milsten | 8214 Whitebark Lane | Severn | MD | 21144 | Portia Haynes |
| Antoine | Rich | rich.antoine@gmail.com | France | 11/11/2013 | 12/16/2013 | Messonnier | Cara Harper | 202 Johnston Place | Staten Island | NJ | 30030 | Portia Haynes |
| Naomi | Richter | naomi.richter@hotmail.de | Germany | 10/7/2013 | 10/7/2014 | Allensworth-Haltrecht | Ann McLaughlin | 5402 Backlick Woods Court | Springfield | VA | 22151 | Portia Haynes |
| Livia | Ricordel | lily213@hotmail.fr | France | 3/4/2013 | 7/11/2013 | Celestin | Mary Ann Armstrong | 2407 Stearns Hill Road | Waltham | MA | 02451 | Victoria King |
| Livia | Ricordel | lily213@hotmail.fr | France | 3/4/2013 | 7/11/2013 | Sergio | Deborah Daly | 3016 Rosemoor Lane | Fairfax | VA | 22031 | Portia Haynes |
| Kajal | Ridhoo | kajal66@live.co.za | Belgium | 7/22/2013 | 10/26/2013 | Goel | Deborah Daly | 60 Warwick Rd | Princeton Junction | NJ | 08550 | Portia Haynes |
| Julia | Riedenauer | julia.riedenauer@googlemail.com | Germany | 7/22/2013 | 7/22/2014 | Wheeler | Suzanne Miller | 104 Airedale Dr. | Holly Springs | NC | 27540 | Portia Haynes |
| Ana Lilia | Robles Garcia | anali127@hotmail.com | Mexico | 6/17/2013 | 6/17/2014 | Bennett | Rhonda Kaufman | 1219 G St NE | Washington | DC | 20002 | Portia Haynes |
| Hanna | Roch | hanna.roch@freenet.de | Germany | 11/11/2013 | 1/25/2014 | Rahardja | Deborah Daly | 1131 N. 76th Street | Seattle | WA | 98103 | Juliet Okpalanma |
| Laura | Rocha Bohorquez | marcela.rocha@hotmail.es | Colombia | 7/8/2013 | 7/8/2014 | Tucker-O'Hara | Deborah Daly | 297 Millstone River Road | Belle Mead | NJ | 08502 | Portia Haynes |

**CONFIDENTIAL**

InterExchange0006071

Exhibit 4

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yolanda | Rodriguez Chisaguano | yoly_tagr@hotmail.com | Ecuador | 6/17/2013 | 6/17/2014 | Cohen | Rini Ader | 454 Manhattan Avenue 4F | New York | NY | 10026 | Victoria King |
| Andrea | Rodriguez Posadas | andreaerodriguezposadas@gmail.com | Spain | 3/18/2013 | 3/18/2014 | Khaleeli/Mulla-Feroze | Alissa Mahoney | 242 Benton Avenue | San Francisco | CA | 94112 | Juliet Okpalanma |
| Andrea | Rodriguez Posadas | andreaerodriguezposadas@gmail.com | Spain | 3/18/2013 | 3/18/2015 | Avolio | Corrie Whitty | 8 Misty Ln | Andover | NY | 10874 | Portia Haynes |
| Andrea Diana | Rodriguez Romero | diani_rod@hotmail.com | Ecuador | 3/4/2013 | 3/4/2014 | McCrann-Hines | Rhonda Kaufman | 3203 Kent Street | Kensington | MD | 20895 | Portia Haynes |
| Flor | Rodriguez Veidez | florrodriguezveidez@gmail.com | Spain | 7/22/2013 | 7/22/2014 | Fernandez | Phil Colucci | 1119 Thackery Lane | Naperville | IL | 60564 | Juliet Okpalanma |
| Irene | Rodulfo Flores | irenerodulfo@gmail.com | Spain | 9/9/2013 | 12/25/2013 | Cheng | Bildade Augustin | 14 Nettleton Dr | Woodbridge | CT | 06525 | Victoria King |
| Jessica | Roenck | jessicaroenck@web.de | Germany | 8/5/2013 | 8/5/2014 | Moore-Blaustein | Robin Winter-Bailey | 710 Dartmoor St | Westfield | NJ | 07090 | Portia Haynes |
| Emma | Rogers | emma.rogers18@gmail.com | South Africa | 1/21/2013 | 10/19/2013 | Allensworth-Haltrecht | Ann McLaughlin | 5402 Backlick Woods Court | Springfield | VA | 22151 | Portia Haynes |
| Marie-Christin | Rohoff | M.C.Rohoff@web.de | Germany | 11/11/2013 | 11/11/2014 | Gekman | Dawn Middleton | 4 21 Eugene st | Fair Lawn | NJ | 07410 | Portia Haynes |
| Sophie | Rosa | sophie.rosa@aliceadsl.fr | France | 10/7/2013 | 10/7/2014 | Jones | Christine Meek | 40 Bradley Lane | Sandy Hook | CT | 06482 | Victoria King |
| Julieta | Rossi | julieta_canaliona_1122@hotmail.com | Argentina | 1/21/2013 | 10/21/2014 | Mulcay | Cara Harper | 1575 Unity Loop | Cumming | GA | 30040 | Portia Haynes |
| Nicola | Rossouw | nics@homemail.co.za | South Africa | 7/30/2013 | 7/30/2013 | Granpeesheh | Patricia Thomas | 4809 Queen Florence Lane | Woodland Hills | CA | 91364 | Juliet Okpalanma |
| Kadira | Rovcanin | kadira.rovcanin@gmail.com | Serbia | 8/26/2013 | 8/26/2014 | Ajan | Patricia Gilligan | 77 lane street | Lindenhurst | NY | 11757 | Victoria King |
| Kelsey | Rowe | kelsey.rowe@xtra.co.nz | New Zealand | 8/12/2013 | 8/12/2014 | Dafter | Corrie Whitty | PO Box 563 | New Vernon | NJ | 07976 | Portia Haynes |
| Weronika | Rudnicka | weronika9.rudnicka1@gmail.com | Poland | 5/13/2013 | 5/13/2014 | Dawson | Jolene Leonardo | 6 Joan Court | Centerport | NY | 11721 | Victoria King |
| Michala | Rusanukova | misa.rus@gmail.com | Czech Republic | 6/24/2013 | 6/24/2014 | Baldacchino | Patricia Thomas | 1 Brigadoon Drive | Montebello | NY | 10901 | Victoria King |
| Aneta | Ruszczynska | aneta.ruszczynska@gmail.com | Poland | 2/4/2013 | 2/4/2014 | Wechsler-Rayer | Sandra Green | 52 Golfview Road | Ardmore | PA | 19003 | Juliet Okpalanma |
| Ariadne | Saldivar Olvera | ariadne92@hotmail.com | Mexico | 1/7/2013 | 7/7/2014 | Healy-Loftus | Phil Colucci | 1103 North Hoyne Avenue | Chicago | IL | 60622 | Juliet Okpalanma |
| Marija | Sambolic | marija.sambolic@gmail.com | Croatia | 9/9/2013 | 9/9/2014 | Hosokawa | Nina Kryzak | 41 Berkshire Heights Road | Great Barrington | MA | 01230 | Victoria King |
| Rina | Sanchez Espinoza | rigasa_thebest@hotmail.com | Ecuador | 4/22/2013 | 4/22/2015 | Vullo | Paige Twer | 5309 Lila Wood Circle | Charlotte | NC | 28209 | Portia Haynes |
| Angela | Sanchez Mejia | angysanme@yahoo.es | Colombia | 7/8/2013 | 7/8/2014 | Gillette | Ann McLaughlin | 7855 Henry Knox Dr | Lorton | VA | 22079 | Portia Haynes |
| Erika | Sanchez Ramirez | eka.funksoul@hotmail.com | Colombia | 4/8/2013 | 1/24/2014 | Dawodu | Nina Kryzak | 120 Old Niskayuna Road | Loudonville | NY | 12211 | Victoria King |
| Andrea | Santos Leites | andrea.santos.leites@gmail.com | Spain | 7/8/2013 | 7/8/2014 | Martin-Johnson | Ann McLaughlin | 10661 Oak Thrush Ct. | Burke | VA | 22015 | Portia Haynes |
| Hikari | Sato | h.t_0324@hotmail.co.jp | Japan | 4/8/2013 | 4/8/2014 | Shin-Sherman | Julia Jakkaraju | 186 Burns Ave | Atherton | CA | 94027 | Juliet Okpalanma |
| Hikari | Sato | h.t_0324@hotmail.co.jp | Japan | 4/8/2013 | 4/8/2014 | Gauthier | Kimberly Durazo | 8 Costa Brava | Irvine | CA | 92603 | Juliet Okpalanma |
| Samya | Saud Flor | saa_saud@hotmail.com | Ecuador | 6/3/2013 | 6/3/2014 | Corner-Greene | Tauryn Beeman | 187 35th Ave | Seattle | WA | 98112 | Juliet Okpalanma |
| Bianca | Scala | bianca.scala@gmx.de | Germany | 5/13/2013 | 5/13/2014 | Austin-Vaias | Rhonda Kaufman | 4510 Clearbrook Lane | Kensington | MD | 20895 | Portia Haynes |
| Stefanie | Schmid | ste_schm@yahoo.de | Germany | 9/23/2013 | 9/23/2014 | Fredrickson | Christine Meek | 1404 Shippan Ave | Stamford | CT | 06902 | Victoria King |
| Michelle | Schneider | michelle.schneider92@gmx.de | Germany | 9/23/2013 | 10/23/2013 | Bens | Christine Meek | 88 Milbank Avenue | Greenwich | CT | 06830 | Victoria King |
| Alexandra | Schrader | alexschrader28@hotmail.de | Germany | 7/22/2013 | 7/22/2014 | Bowsher | Rhonda Kaufman | 3325 Glenway Dr | Kensington | MD | 20895 | Portia Haynes |
| Lea | Schreiner | lea.schreiner1@freenet.de | Germany | 7/8/2013 | 7/8/2014 | Bens | Christine Meek | 88 Milbank Avenue | Greenwich | CT | 06830 | Victoria King |
| Lea | Schreiner | lea.schreiner1@freenet.de | Germany | 7/8/2013 | 7/8/2014 | Adler | Dina Nichols | 2135 Pine Street | San Diego | CA | 92103 | Juliet Okpalanma |
| Lena | Sefkow | l.sefkow@gmx.de | Germany | 8/26/2013 | 8/26/2014 | Harrington | Valerie Jones | 233 Hartford Tpke | Hamden | CT | 06517 | Victoria King |
| Martha | Segovia Serrano | marlusegs@hotmail.com | Colombia | 2/4/2013 | 2/4/2015 | Tajonar-Velasquez | Dina Nichols | 2500 6th Avenue, #507 | San Diego | CA | 92103 | Juliet Okpalanma |
| Michaela | Seminska | michaelaseminska@gmail.com | Slovakia | 7/8/2013 | 7/8/2014 | Lukosik | Ann McLaughlin | 5609 Asbury CT | Alexandria | VA | 22312 | Portia Haynes |
| Yeshira | Sewdayal | yeshira.s@gmail.com | South Africa | 1/7/2013 | 1/7/2015 | Mruthyunjaya-Rao | Mary Beth Grady | 2007 Elcombe Court | Chapel Hill | NC | 27517 | Portia Haynes |
| Alicia | Shelly | alicia.shelly@hotmail.com | United Kingdom | 8/26/2013 | 8/26/2014 | Blemaster | Kelly Quest | 21075 Sydenham Rd | Shaker Hts | OH | 44122 | Juliet Okpalanma |
| Mao | Shimomura | s2_03_m@yahoo.co.jp | Japan | 2/18/2013 | 12/7/2013 | Peters | Ellen Hogan | 13 Anvil Lane | Levittown | NY | 11756 | Victoria King |
| Christian | Siegert | chris.siegert@gmx.de | Germany | 11/11/2013 | 11/11/2014 | Rosenbaum | Alissa Mahoney | 1040 Crystal Springs Road | Hillsborough | CA | 94010 | Juliet Okpalanma |
| Jana | Sikhova | siki.janiska@seznam.cz | Czech Republic | 7/22/2013 | 7/22/2014 | Hartka | Patricia Gilligan | 60 charles wanzel road | Copake | NY | 12516 | Victoria King |
| Vera | Silarova | VeraSilarova@seznam.cz | Czech Republic | 3/4/2013 | 3/4/2015 | Phillips | Christine Meek | 43 Fishing Trail | Stamford | CT | 06903 | Victoria King |
| Vera | Silarova | VeraSilarova@seznam.cz | Czech Republic | 3/4/2013 | 3/4/2015 | Messina | Dawn Middleton | 567 Steltman Drive | River Vale | NJ | 07675 | Portia Haynes |
| Inmaculada | Simancas Martin | inma_smf@hotmail.com | Spain | 1/7/2013 | 1/7/2015 | Pelkey | Robin Winter-Bailey | 3 Plymouth Rd | Chatham | NJ | 07928 | Portia Haynes |

**CONFIDENTIAL**                    InterExchange0006072

| First | Last | Email | Country | Date | Date | Host Last | Host First | Address | City | State | Zip | Manager |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emily | Simons | esimons93@hotmail.co.uk | United Kingdom | 9/9/2013 | 11/23/2013 | Piazza | Ellen Hogan | 2341 Narraganset Ave. | Seaford | NY | 11783 | Victoria King |
| Barbora | Smejkalova | smejba@gmail.com | Czech Republic | 3/18/2013 | 3/18/2014 | Smith | Kristiana Kurth | 211 Pine Hill Circle | Waltham | MA | 02451 | Victoria King |
| Alexandra | Smirnova | dj-sandra@mail.ru | Russia | 8/12/2013 | 8/12/2014 | Flanigan | Rene' Brown | 39008 Old Stage Place | Waterford | VA | 20197 | Portia Haynes |
| Luca | Smoydzin | luca.smoydzin@googlemail.com | Germany | 7/22/2013 | 7/22/2014 | Rosenbaum | Alissa Mahoney | 1040 Crystal Springs Road | Hillsborough | CA | 94010 | Juliet Okpalanma |
| Luca | Smoydzin | luca.smoydzin@googlemail.com | Germany | 7/22/2013 | 7/22/2014 | Flood | Heidi Karakashian | 12721 Nadine Avenue | Huntington Woods | MI | 48070 | Juliet Okpalanma |
| Juraldie | Snyman | joerelsie@gmail.com | South Africa | 2/4/2013 | 2/4/2014 | Creiman | Phil Colucci | 1515 Madison Court N. | Buffalo Grove | IL | 60069 | Juliet Okpalanma |
| Juraldie | Snyman | joerelsie@gmail.com | South Africa | 2/4/2013 | 2/4/2014 | Struble | Stacie Ferrara | 25 Freehold Road | Jackson | NJ | 08527 | Portia Haynes |
| Janine | Solomons | jlisolomons@gmail.com | South Africa | 6/24/2013 | 12/10/2013 | Foster | Joy Valente | 13 Hook Road | Rye | NY | 10580 | Victoria King |
| Janine | Solomons | jlisolomons@gmail.com | South Africa | 6/24/2013 | 12/10/2013 | Simi | Sara Thomas | 1000 Red Maple View Ter | Churchton | MD | 20733 | Portia Haynes |
| Luis | Sonsin da Silva | luissonsin@gmail.com | Brazil | 12/2/2013 | 12/2/2014 | Manos | Heather Schram | 16954 Strawberry Drive | Encino | CA | 91436 | Juliet Okpalanma |
| Laura | Soto Ramirez | laurisoto18@gmail.com | Colombia | 11/11/2013 | 11/11/2014 | Nealon | Jolene Leonardo | 15 Fuller Avenue | West Babylon | NY | 11704 | Victoria King |
| Anna | Standke | anna-standke@gmx.de | Germany | 6/24/2013 | 6/24/2014 | Swatland | Phil Colucci | 7203 Clarendon Road | Bethesda | MD | 20814 | Portia Haynes |
| Manuela | Stauber | manuela.stauber@gmx.at | Austria | 1/7/2013 | 5/25/2013 | Gerdes | Tauryn Beeman | 5909 79th Ave NE | Marysville | WA | 98270 | Juliet Okpalanma |
| Gustavo | Stein Costa | gustavo-stein@bol.com.br | Brazil | 12/2/2013 | 12/2/2014 | Kalafer | Corrie Whitty | 46 Ironia Rd | Mendham | NJ | 07945 | Portia Haynes |
| Samantha | Stemmert | sammi.stemmert@gmail.com | South Africa | 7/22/2013 | 1/6/2014 | Gilles | Tracie Wold | 5540 Doyle St Unit C | Emeryville | CA | 94608 | Juliet Okpalanma |
| Paula | Suarez Lopez | pieceofpau@gmail.com | Spain | 6/3/2013 | 6/3/2014 | Fisher- Mattheney | Julia Jakkaraju | 10160 Jean Ellen Court | Gilroy | CA | 95020 | Juliet Okpalanma |
| Amy | Surrey | am.surrey@gmail.com | New Zealand | 4/22/2013 | 4/22/2014 | Francone-Thomas | Paula Ullman | 1960 Locust Street | Denver | CO | 80220 | Juliet Okpalanma |
| Mika | Suzuki | mika2018@hotmail.co.jp | Japan | 4/22/2013 | 4/22/2014 | McClellan - Esaka | Alissa Mahoney | 130 Corte Balboa | Greenbrae | CA | 94904 | Juliet Okpalanma |
| Mika | Suzuki | mika2018@hotmail.co.jp | Japan | 4/22/2013 | 4/22/2014 | Kolyani | Rene' Brown | 1790 Paisley Court | Vienna | VA | 22182 | Portia Haynes |
| Sarah | Swan | sarah.swan@hotmail.co.uk | United Kingdom | 7/8/2013 | 7/8/2014 | Manzo | Serena Edoh | 3 Grouse Road | Warren | NJ | 07059 | Portia Haynes |
| Monika | Sztark | monika.sztark91@gmail.com | Poland | 8/26/2013 | 1/12/2014 | Borkiewicz | Lisbeth Ceriani | 920 North St | Randolph | MA | 02368 | Victoria King |
| Arleta | Szyszkowska | arletaszyszkowska@gmail.com | Poland | 6/24/2013 | 6/24/2014 | Jones-Hourani | Ellen Hogan | 68 DeMott Avenue | Rockville Centre | NY | 11570 | Victoria King |
| Kasumi | Takahashi | kasumin.kuro@gmail.com | Japan | 10/7/2013 | 10/7/2014 | O'Looney | Joanne Myers | 102 Kent Square Road | Gaithersburg | MD | 20878 | Portia Haynes |
| Lidia | Tamarit Roda | lidia_tr@live.com | Spain | 7/22/2013 | 7/22/2014 | Geller | Corrie Whitty | 5 Franklin Road | Mendham | NJ | 07945 | Portia Haynes |
| Lidia | Tamarit Roda | lidia_tr@live.com | Spain | 7/22/2013 | 7/22/2014 | Savin-Cabezas | Robin Winter-Bailey | 524 Salter Pl | Westfield | NJ | 07090 | Portia Haynes |
| Lidia | Tamarit Roda | lidia_tr@live.com | Spain | 7/22/2013 | 7/22/2014 | Arzuaga/Brown | Sara Thomas | 2110 Woodvale Lane | Bowie | MD | 20721 | Portia Haynes |
| Etienne | Tardit | ecommerce1@hotmail.fr | France | 1/7/2013 | 4/9/2013 | Maish | Tracie Wold | 9877 Foothill Road | Sunol | CA | 94586 | Juliet Okpalanma |
| Anna | Tauber | rike87@web.de | Germany | 6/17/2013 | 6/17/2014 | Acinapura- Zimmerman | Ellen Hogan | 107 Cambridge Avenue | Garden City | NY | 11530 | Victoria King |
| Ofelia Yesica | Tecanhuey Nava | yesof_777@hotmail.com | Mexico | 4/8/2013 | 4/20/2013 | Narvaez | Sara Thomas | 2315 Boston Street Unit 7 | Baltimore | MD | 21224 | Portia Haynes |
| Flor | Teutli Garcia | flor_4atfta@hotmail.com | Mexico | 7/8/2013 | 7/8/2014 | Amidror | Ileen Kodish | 446 Pinebrook Blvd. | New Rochelle | NY | 10804 | Victoria King |
| Flor | Teutli Garcia | flor_4atfta@hotmail.com | Mexico | 7/8/2013 | 7/8/2014 | Gillam | Margaret Dixon | 451 Wayne Avenue | Springfield | PA | 19064 | Juliet Okpalanma |
| Coline | Thuissard | c.thuissard@laposte.net | France | 1/21/2013 | 1/21/2014 | Fisher-Atagi | Paula Ullman | 5775 El Camino Drive | Englewood | CO | 80111 | Juliet Okpalanma |
| Linn Kristine | Tislevoll | linnkristine.tislevoll@googlemail.com | Norway | 1/7/2013 | 2/12/2013 | Shaw | Christine Meek | 26 Twin Lakes Lane | Riverside | CT | 06878 | Victoria King |
| Kgomotso Harmony | Tlhapi | phly1gk@gmail.com | South Africa | 2/18/2013 | 2/18/2014 | Neumann | Tauryn Beeman | 8011 19th Ave NE | Seattle | WA | 98115 | Juliet Okpalanma |
| Anna | Tombacz | anna.tombacz@gmail.com | Hungary | 5/13/2013 | 5/13/2015 | DePuy | Julia Jakkaraju | 241 Durazno Way | Portola Valley | CA | 94028 | Juliet Okpalanma |
| Ana | Tsulaia | ana.tsulaia@hotmail.com | Italy | 9/9/2013 | 9/9/2014 | Klein | Joy Valente | 67 Tomahawk Ave | Yorktown Heights | NY | 10598 | Victoria King |
| Lisa | Uitmann | lisauitmann89@gmx.de | Germany | 9/23/2013 | 9/23/2014 | Phillips | Rene' Brown | 17512 Bristol Terrace | Round Hill | VA | 20141 | Portia Haynes |
| Mandy | Ullrich | mandy.ullrich91@gmx.de | Germany | 1/21/2013 | 7/19/2013 | Bauermeister | Ileen Kodish | 812 14th Avenue | Menlo Park | CA | 94025 | Juliet Okpalanma |
| Martina | Urmoes | m.urmoes@hotmail.com | Austria | 6/3/2013 | 6/3/2014 | MacElroy-Morrison | Ileen Kodish | 141 Crotona Avenue | Harrison | NY | 10528 | Victoria King |
| Monica | Urra Juanbeltz | monica8@hotmail.com | Spain | 1/7/2013 | 1/7/2014 | Bottke | Sandra Green | 447 Belle Lane | Harleysville | PA | 19438 | Juliet Okpalanma |
| Aneta | Utrata | aneta_utrata@wp.pl | Poland | 3/4/2013 | 9/3/2013 | Geller | Corrie Whitty | 5 Franklin Road | Mendham | NJ | 07945 | Portia Haynes |
| Aura | Valencia Cuartas | aurita_31@hotmail.com | Colombia | 1/7/2013 | 1/7/2014 | Skinner | Dawn Middleton | 384 Highland Avenue | Montclair | NJ | 07043 | Portia Haynes |
| Aura | Valencia Cuartas | aurita_31@hotmail.com | Colombia | 1/7/2013 | 1/7/2014 | Lundsgaarde | Leah Chubb | 22614 NE 192nd Circle | Brush Prairie | WA | 98606 | Juliet Okpalanma |
| Wayne | van de Venter | wdeventer@gmail.com | South Africa | 3/4/2013 | 3/4/2014 | Lemper-Turkisher | Rini Ader | 125 W 76th ST #5C | New York City | NY | 10023 | Victoria King |
| Ruud | van den Berg | ruudvandeberg@gmail.com | Netherlands | 2/18/2013 | 2/8/2015 | Hickey | Kristiana Kurth | 57 Baker Avenue | Lexington | MA | 02421 | Victoria King |

**CONFIDENTIAL**

InterExchange0006073

| Anthony | Van Den Bossche | antwanvdb@gmail.com | Belgium | 9/9/2013 | 9/9/2014 | Kramer | Heidi Karakashian | 1000 E. Glengarry Road | Bloomfield Hills | MI | 48301 | Juliet Okpalanma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tisja | van de Hoest | Tisjaa_@hotmail.com | Netherlands | 2/4/2013 | 8/27/2013 | Johnson | Tracie Wold | 4564 Pine Oak Tritt Rd | Marietta | GA | 30082 | Portia Haynes |
| Linsey | van der Kwaak | linseyvanderkwaak@hotmail.com | Netherlands | 8/12/2013 | 8/12/2014 | Ciarallo-van Dijk | Paula Ullman | 677 Gilpin Street | Denver | CO | 80216 | Juliet Okpalanma |
| Eva | van der Linden | evatennis@hotmail.com | Netherlands | 8/26/2013 | 8/26/2014 | Izzo-van Rein | Ellen Hogan | 82 Sixth Street | Garden City | NY | 11530 | Victoria King |
| Tiffane | Van der Westhuizen | tiff7vdw@gmail.com | South Africa | 6/3/2013 | 6/3/2014 | Narvaez | Sara Thomas | 2315 Boston Street Unit 7 | Baltimore | MD | 21224 | Portia Haynes |
| Bianca | van Greuning | biancavg89@gmail.com | South Africa | 7/1/2013 | 1/16/2014 | Bowman | Nina Kryzak | 259 Settles Hill Rd | Altamont | NY | 12009 | Victoria King |
| Laura | van Kasteel | lauravankasteel@hotmail.com | South Africa | 8/5/2013 | 9/29/2013 | Popa | Cara Harper | 11055 Kimball Crest Drive | Alpharetta | GA | 30022 | Portia Haynes |
| Kimberley | van Klaveren | kimvanklaveren@gmail.com | Netherlands | 10/7/2013 | 10/7/2014 | Malaniak-Pereira | Corrie Whitty | 73 Willow Avenue | Rockaway | NJ | 07866 | Portia Haynes |
| Suzane | Van Niekerk | suzanevanniekerk@gmail.com | South Africa | 7/8/2013 | 7/8/2014 | Andrews | Nina Kryzak | 89 Hampton Street | Delmar | NY | 12054 | Victoria King |
| Vicky | Van Wyk | vixvw@yahoo.com | South Africa | 8/26/2013 | 8/26/2014 | Sergio | Rene' Brown | 3016 Rosemoor Lane | Fairfax | VA | 22031 | Portia Haynes |
| Sara | Vazquez Gonzalez | sara.vazg@gmail.com | Spain | 6/17/2013 | 6/17/2014 | Murtos | Penny Pierce | 1041 Michigan Ave | Evanston | IL | 60202 | Juliet Okpalanma |
| Hana | Vedralova | hanka.vedralova@gmail.com | Czech Republic | 3/18/2013 | 12/18/2014 | Discher | Margaret Dixon | 205 St. Marks Sq. | Philadelphia | PA | 19104 | Juliet Okpalanma |
| Angelica | Vega Plata | angelica.vega.2012@gmail.com | Colombia | 7/22/2013 | 7/22/2014 | Wyatt | Rene' Brown | 42248 Palm Cove Court | Chantilly | VA | 20152 | Portia Haynes |
| Maria | Ventura Pinzon | delfin_ventur@hotmail.com | Mexico | 4/22/2013 | 4/22/2014 | Byrnes | Alissa Mahoney | 141 Spyglass lane | Half Moon Bay | CA | 94019 | Juliet Okpalanma |
| Aurelia | Verheijen | aurelia_verheijen@hotmail.com | Netherlands | 11/11/2013 | 11/11/2014 | Shea | Bidade Augustin | 46 High Street | Farmington | CT | 06032 | Victoria King |
| Eline | Vermeerbergen | eline_vermeerbergen@hotmail.com | Belgium | 9/23/2013 | 9/23/2014 | Veneman | Sandra Green | 4212 Osage Ave | Philadelphia | PA | 19104 | Juliet Okpalanma |
| Veronika | Vesela | vesela.nika@seznam.cz | Czech Republic | 1/7/2013 | 7/12/2013 | Struble | Stacie Ferrara | 25 Freehold Road | Jackson | NJ | 08527 | Portia Haynes |
| Jana | Veselkova | s.t.e.f.a.n.o@seznam.cz | Czech Republic | 7/8/2013 | 7/8/2014 | Nelson | kelli Hearquist | 10128 Tate Lane | Frisco | TX | 75035 | Juliet Okpalanma |
| Jana | Veselkova | s.t.e.f.a.n.o@seznam.cz | Czech Republic | 7/8/2013 | 7/8/2014 | Gurock | Lisbeth Ceriani | 44 Amory St | Brookline | MA | 02446 | Victoria King |
| Nikol | Veselkova | Veselkova.Nikol@gmail.com | Czech Republic | 9/23/2013 | 9/23/2014 | Waters | Cara Harper | 180 Hembree Circle Drive | Roswell | GA | 30078 | Portia Haynes |
| Lizzeth | Vicuna Aguilar | lizzie-v@hotmail.com | Mexico | 6/17/2013 | 6/17/2014 | Wild | Ileen Kodish | 10 Locust Avenue | Larchmont | NY | 10538 | Victoria King |
| Kimberley | Vierhout | kim_vierhout@hotmail.com | Netherlands | 7/8/2013 | 7/8/2014 | Evans | Rene' Brown | 20897 Great Falls Forest Drive | Potomac Falls | VA | 20165 | Portia Haynes |
| Zamira | Villasenor Coss | zamira.vc@gmail.com | Mexico | 8/12/2013 | 8/12/2014 | McCurry | Kelly Guest | 37800 Flanders Drive | Solon | OH | 44139 | Juliet Okpalanma |
| Zamira | Villasenor Coss | zamira.vc@gmail.com | Mexico | 8/12/2013 | 8/12/2014 | Tainton | Phil Colucci | 1436 Keim Circle | Geneva | IL | 60134 | Juliet Okpalanma |
| Oceane | Viot | viotoceane1@gmail.com | France | 3/18/2013 | 9/18/2014 | Maish | Tracie Wold | 9877 Foothill Road | Sunol | CA | 94586 | Juliet Okpalanma |
| Julia | Vitsek | juliavitsek@yahoo.de | Germany | 6/17/2013 | 6/17/2014 | Gut | Heidi Karakashian | 25025 West 14 Mile Road | Franklin | MI | 48025 | Juliet Okpalanma |
| Johann | Vohn | johann.vohn@gmail.com | Germany | 8/12/2013 | 8/12/2014 | Werner-Rowland | Rini Ader | 125 West 76th Street Apt. 5B | New York | NY | 10023 | Victoria King |
| Anna | Walendowska | a.walendowska@gmail.com | Poland | 1/7/2013 | 1/7/2015 | Boser | Suzanne Miller | 70 Dunmore Drive | Clayton | NC | 27527 | Portia Haynes |
| Yiyuan | Wan | wanyy988@gmail.com | China | 3/18/2013 | 3/18/2014 | Tokuno | Valerie Jones | 31 Warmingham Ct. | Cheshire | CT | 06410 | Victoria King |
| Huiying | Wang | wanghuiyingus@126.com | China | 4/8/2013 | 4/8/2015 | Chow | Dawn Middleton | 60 Holland Ave | Demarest | NJ | 07627 | Portia Haynes |
| Huiying | Wang | wanghuiyingus@126.com | China | 4/8/2013 | 4/8/2015 | Andrade | Joy Valente | 118 Main Street | South Salem | NY | 10590 | Victoria King |
| Huiying | Wang | wanghuiyingus@126.com | China | 4/8/2013 | 4/8/2015 | Dunn | Robin Winter-Bailey | 417 Manor Ave | Cranford | NJ | 07016 | Portia Haynes |
| Lisa | Wawrzik | lisa.waw@web.de | Germany | 8/5/2013 | 8/5/2014 | Geraghty | Corrie Whitty | 7 Deerfield Road | Whippany | NJ | 07981 | Portia Haynes |
| Katharina | Wieser | katharina.wieser@web.de | Germany | 8/26/2013 | 8/26/2014 | Lutz | Alissa Mahoney | 157 West 74th Street #4 PH | New York | NY | 10023 | Victoria King |
| Kerry | Wigglesworth | Kelwiggs@hotmail.co.uk | United Kingdom | 7/8/2013 | 7/8/2014 | Rosario | Jill DeMarco | 35-41 222nd Street | Bayside | NY | 11361 | Victoria King |
| Agnieszka | Wijas | aga.wijas@wp.pl | Poland | 3/4/2013 | 3/4/2014 | Cappa/Vihinen | Patricia Gilligan | 1485 State Route 17A | Warwick | NY | 10990 | Victoria King |
| Tim | Willems | timwillems983@hotmail.com | Netherlands | 12/2/2013 | 12/2/2014 | Freed | Serena Edoh | 1 Smith Road | Flemington | NJ | 08822 | Portia Haynes |
| Chantal | Williams | williamschantal79@gmail.com | South Africa | 12/2/2013 | 12/2/2014 | Nelson | Robin Winter-Bailey | 940 Johnston Dr. | Watchung | NJ | 07069 | Portia Haynes |
| Genevieve | Wilson | gen.wilson@hotmail.com | Australia | 8/12/2013 | 8/12/2014 | Gooding | Joanna Lehmann | 120 North 7th St Apt. 2C | Brooklyn | NY | 11211 | Victoria King |
| Eva-Maria | Wintergerst | eva.wintergerst@web.de | Germany | 9/9/2013 | 9/9/2014 | D'Amore-Perdomo | Carol Daly | 53 London Terrace | New Rochelle | NY | 10804 | Victoria King |
| Eva-Maria | Wintergerst | eva.wintergerst@web.de | Germany | 9/9/2013 | 9/9/2014 | Sorvino | Robin Winter-Bailey | 27 Maple Street | Cranford | NJ | 07928 | Portia Haynes |
| Theresa | Woehling | th.woehling@t-online.de | Germany | 9/28/2013 | 9/28/2013 | Swatland | Rhonda Kaufman | 1160 Danbury Circle | Naperville | IL | 60540 | Juliet Okpalanma |
| Christina | Wolf | christina.wolf@web.de | Germany | 9/23/2013 | 9/23/2014 | Feldman-Turner | Dawn Middleton | 280 Washington Avenue | Westwood | NJ | 07675 | Portia Haynes |
| Marta | Ximenes Riera | ximenes.marta1@gmail.com | Spain | 10/21/2013 | 10/21/2014 | Kasowitz | Rini Ader | 1185 Park Avenue Apt. 7 I | New York | NY | 10128 | Victoria King |
| Natalia | Zapata Puerta | naty502@hotmail.com | Colombia | 1/7/2013 | 7/7/2014 | Malick | Tracie Wold | 864 Sunnyhills Rd | Oakland | CA | 94610 | Juliet Okpalanma |
| Irina | Zavalishina | irina.zavalishina.1989@mail.ru | Russia | 8/12/2013 | 11/4/2013 | Bruck | Rini Ader | 128 East 7th Street #2 | New York | NY | 10009 | Victoria King |
| Francesca | Zavettieri | francescazavettieri@gmail.com | Italy | 5/13/2013 | 7/11/2013 | Campanella | Jolene Leonardo | 223 Pidgeon Hill Road | South Huntington | NY | 11746 | Victoria King |
| Daniela | Zellhofer | Dani.Zellhofer@gmx.at | Austria | 6/3/2013 | 6/3/2014 | Graf-Spansail | Phil Colucci | 430 Homestead Rd #1 | La Grange Park | IL | 60526 | Juliet Okpalanma |
| Ke | Zhang | zhangkeus@126.com | China | 6/3/2013 | 6/3/2014 | McComiskey | Christine Heck | 88 Richmond Hill Road | Greenwich | CT | 06831 | Victoria King |

**CONFIDENTIAL**                    InterExchange0006074

Exhibit 4

| Ke | Zhang | zhangkeus@126.com | China | 6/3/2013 | 6/3/2014 | McMillan | Paige Twer | 808 Walnut Ave | Charlotte | NC | 28208 | Porta Haynes |
| Li | Zhang | zhangliuuss@126.com | China | 4/8/2013 | 4/8/2014 | Hu | Rene' Brown | 8302 Wolftrap Rd | Vienna | VA | 22182 | Porta Haynes |
| Li | Zhang | zhangliuuss@126.com | China | 4/8/2013 | 4/8/2014 | Woodson | Rene' Brown | 13300 Bristow Road | Nokesville | VA | 20181 | Porta Haynes |
| Kerstin | Zierer | katie.zierer@yahoo.de | Germany | 6/17/2013 | 6/17/2014 | Neuroth | Joy Valente | 45 Route 116 | Purdys | NY | 10578 | Victoria King |
| Kerstin | Zierer | katie.zierer@yahoo.de | Germany | 6/17/2013 | 6/17/2014 | Daniel | Rhonda Kaufman | 8416 Queen Annes Dr. | Silver Spring | MD | 20910 | Porta Haynes |
| Lisa-Franziska | Zimmer | l.zimmer@gmx.at | Austria | 10/21/2013 | 10/21/2014 | Barker | Deborah Daly | 98 Linden Ln | Princeton | NJ | 08540 | Porta Haynes |
| Miriam Guadalupe | Zuniga Salcedo | mingu_12@hotmail.com | Mexico | 1/7/2013 | 8/24/2013 | Miranda | Phil Colucci | 9012 Basswood Drive | Tinley Park | IL | 60487 | Juliet Okpalanma |

**CONFIDENTIAL**                                    InterExchange0006075

**EXHIBIT 5**

### Program Literature List - InterExchange, Inc. (2013)

1. Au Pair Handbook
2. Host Family Handbook
3. Host Family Brochure: Au Pair USA – Quality, affordable child care with an international accent
4. Au Pair Brochure: Au Pair USA – Experience Life in the U.S.
5. Website: www.interexchange.org/au-pair-usa

**CONFIDENTIAL**                    **InterExchange0006076**