# Exhibit 1

Page 1

```
IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF COLORADO

JOHANA PAOLA BELTRAN, et     )
al.,                         )
                             )
          Plaintiffs,        )
                             ) CIVIL ACTION
VS.                          )
                             ) NO.: 14-cv-03074-CMA-KMT
INTEREXCHANGE, INC.,         )
et al.,                      )
                             )
          Defendants.        )
       -----------------------------------
         ORAL AND VIDEOTAPED DEPOSITION OF
                 LINDA ELIZABETH
                  MAY 14, 2018
       -----------------------------------
```

ORAL AND VIDEOTAPED DEPOSITION OF LINDA ELIZABETH, produced as a witness at the instance of the DEFENDANT, and duly sworn, was taken in the above-styled and numbered cause on May 14, 2018, from 10:09 a.m. to 3:15 p.m., before Wendy Schreiber, CSR No. 9383, in and for the State of Texas, reported by machine shorthand, at the Law Offices of OGLETREE, DEAKINS, SMOAK & STEWART, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Page 32

1      Q.   You mentioned the host mom was NAME REDACTED.
2   Was there another parent or adult in the household as
3   well?
4      A.   Yes.
5      Q.   Who was that?
6      A.   NAME REDACTED.
7      Q.   While you were the NAME REDACTED au pair, did
8   work outside of the house?
9      A.   Yes.
10     Q.   What did she do for a living?
11     A.   She did some sort of research.
12     Q.   Did NAME REDACTED work outside of the house while you
13  were their au pair?
14     A.   Yes.
15     Q.   And what did he do for a living?
16     A.   At the time he was a consultant.
17     Q.   Do you remember when you first traveled to the
18  United States?
19     A.   Yes.
20     Q.   When was that?
21     A.   That was September 24th, 2007.
22     Q.   How long did you stay with the NAME REDACTED as
23  their au pair?
24     A.   I stayed -- I stayed with them for 12 months.
25     Q.   When you came over to the NAME REDACTED family, how

1      Q.   When was the last time you spoke with them?
2      A.   I don't remember.  It must have been a few
3  months, yeah.
4      Q.   Have you seen the [NAME REDACTED] family since you left
5  in 2008?
6      A.   Yes.
7      Q.   About how many times?
8      A.   I think about maybe three times.  Three or four
9  times.
10     Q.   Have you visited them or have they visited you
11 or some combination?
12     A.   I have visited them.
13     Q.   In Pennsylvania?
14     A.   Yes.
15     Q.   You just testified that you wanted to return to
16 Germany because you missed your family and wanted to
17 finish your education.
18     A.   Yes.
19     Q.   When you returned to Germany, did you begin
20 pursuing your education again?
21     A.   I -- at that time because my year didn't end
22 until September or October of 2008, it was already too
23 late for school because it usually starts in the
24 beginning of September so I worked a year as a cashier
25 again and in that year I applied for different

Page 56

```
 1        A.   Correct.
 2        Q.   Where in the United States did you first
 3   arrive?
 4        A.   In New York City.
 5        Q.   Who made your travel arrangements?
 6        A.   Cultural Care.
 7        Q.   And who paid for your travel?
 8        A.   Cultural Care.
 9        Q.   When you arrived in New York, where did you
10   stay?
11        A.   We were being transported to I believe it was
12   Oak -- Oakdale, Oakland.  It was like on Long Island,
13   New York.
14        Q.   So you went to a campus on Long Island?
15        A.   Yes.  It was -- I believe it was in St. John's
16   University like a campus, yeah.
17        Q.   How long did you stay at St. John's?
18        A.   We arrived there on Monday and left that --
19   that coming Friday.
20        Q.   What did you do while you were there?
21        A.   We had training.
22        Q.   Did you stay overnight on the campus?
23        A.   Yes.
24        Q.   Who paid for the lodging there?
25        A.   Cultural Care.
```

Page 57

1  Q. Were you provided with meals while you were on
2  campus?
3  A. Yes.
4  Q. Who paid for the meals?
5  A. Cultural Care.
6  Q. You testified that you arrived on Monday. Was
7  there any training that occurred on Monday?
8  A. No, because we didn't actually arrive to the
9  school until very late at night so...
10 Q. So the training started on Tuesday?
11 A. Yes.
12 Q. What do you remember about the training?
13 A. I remember going over never shake a baby. We
14 had CPR training. We did have a police officer come out
15 going over what things we shouldn't do like, you know,
16 under 21 no drinking and if we get ever -- if we ever
17 drive and get stopped by a police officer how we should
18 handle that situation. Yeah, that's -- and I remember
19 that at some -- one night we had to build groups and I
20 believe it was sing songs from -- yeah, it was groups by
21 country or by language more or less and we had to
22 prepare a song -- German for us -- a German children's
23 song -- and perform that in front of the other au pairs
24 there.
25 Q. So you testified the training occurred on

1  Tuesday.  Did it also occur on Wednesday?
2       A.   Yes.
3       Q.   And Thursday?
4       A.   Thursday they -- only part of the day.
5       Q.   And what did you do with the other part of the
6  day?
7       A.   We took a trip to New York City.
8       Q.   Did you go on the trip to New York City?
9       A.   Yes.
10      Q.   Do you remember approximately how many hours of
11 training there was on Tuesday?
12      A.   Maybe eight.
13      Q.   And on Wednesday?
14      A.   Around the same I would think.
15      Q.   And then on Thursday?
16      A.   I don't remember exactly.  Maybe two or three
17 hours.
18      Q.   Was there any additional training on Friday?
19      A.   No.
20      Q.   What did you do on Friday?
21      A.   On Friday we were all getting ready to leave
22 but actually some au pairs were picked up by the
23 families that lived close but at this time we had a
24 blizzard coming so a lot of flights were already
25 canceled but my host mom wanted me to go to the airport

Page 59

1 anyway and fly standby actually which I did and I spent
2 Friday -- all Friday at the airport which then
3 ultimately closed and I was waiting by myself at the
4 airport to be picked back up so, yeah.
5     Q. Who picked you back up from the airport?
6     A. Someone from the training school.
7     Q. And where did they take you?
8     A. Back to the training school.
9     Q. Where did you stay?
10     A. In the same room that I had before.
11     Q. Were there other au pairs who were there
12 because of canceled flights?
13     A. Yes.
14     Q. What did you do?
15     A. I guess we -- we just stayed inside. We were
16 communicating, you know, with each other and, yeah, that
17 was -- that was it.
18     Q. Were you provided with food during this extra
19 time?
20     A. Yes.
21     Q. And who paid for the food?
22     A. Cultural Care.
23     Q. When were you unstranded from the blizzard?
24     A. Sunday I believe is when we were finally able
25 to -- to make it back to the airport.