# Exhibit 2

```
    47
 1    there?
 2         A.    I don't know.
 3         Q.    But you didn't pay for it?  Right?
 4               MS. SMALLS:  Objection.
 5         A.    It's included in the program.
 6         Q.    It and who paid for your meals?
 7         A.    It was provided for the -- with the program.
 8         Q.    Was the training held on the campus where
 9    you stayed?
10         A.    Yes.
11         Q.    And how long did the training last for?
12         A.    Two days.  Two days.  I don't -- I don't
13    remember.
14         Q.    But you remember that it was either two or
15    three days?
16         A.    Yes.
17         Q.    Do you recall how many number of hours each
18    day the training lasted?
19         A.    No.
20         Q.    Do you recall whether it was four or five
21    hours?
22         A.    No.
23         Q.    This do you recall how many other au pairs
24    participated in the training with you?
25         A.    A lot.  I don't know.
```