## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CIVIL ACTION NO.: 1:14-cv-03074-CMA-KMT

X------------------------------------
JOHANA PAOLA BELTRAN; et al.,

    Plaintiffs,
  -against-
INTEREXCHANGE, INC.; et al.,

    Defendants.
X------------------------------------

**EXAMINATION BEFORE TRIAL** of CAMILA GABRIELA PEREZ REYES, as taken by and before MARY A. PAVLIK, a Shorthand Reporter and Notary Public of the States of New Jersey/New York, held at the offices of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., 1745 Broadway, New York, New York on Wednesday, May 30, 2017, commencing at 10:15 in the forenoon.

**PAVLIK PROFESSIONAL REPORTING**
Certified Court Reporters
4 Dolphin Court
Forked River, New Jersey  08731
609.242.4003
pavlikproreporting@comcast.net

## Page 2

**A p p e a r a n c e s:**

BOIES SCHILLER FLEXNER, LLP
Attorneys for the Plaintiffs
575 Lexington Avenue
New York, New York 10022
By: JUAN P. VALDIVIESO, ESQ.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Attorneys for the Defendant American Institute for Foreign Study d/b/a Au Pair in America
1745 Broadway
New York, New York 10019
By: ROBERT M. TUCKER, ESQ.

CHOATE, HALL & STEWART, LLP
Attorneys for the Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair
2 International Place
Boston, MA  02110
By: LYNDSEY M. KRUZER, ESQ. (VIA TELEPHONE)

ALSO PRESENT: BRANDON POSTLEWAITE, Videographer

## Page 3

1.  **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties hereto that all rights, including the right to object strike any testimony at this examination, are reserved.

2.  **IT IS FURTHER STIPULATED AND AGREED** by and between the attorneys for the respective parties hereto that the failure to object to any question, or to move to strike testimony at this examination, shall not be a bar or waiver to make such motion at, and is reserved for, the trial of this action.

3.  **IT IS FURTHER STIPULATED AND AGREED** that this examination may be sworn to by the witness being examined before a Notary public other than the Foreign Commissioner of Deeds before whom this examination was begun.

4.  **IT IS FURTHER STIPULATED AND AGREED** that the filing and certification of the original of this examination shall be and the same are hereby waived.

## Page 4

THE VIDEOGRAPHER:  We are now on the record.  Today is Wednesday, May 30th, at approximately 10:15 a.m.  This is the deposition for Camila Gabriela Perez Reyes regarding Johana Paola Beltran versus Interexchange, Inc., filed in the U.S. District Court for the District of Colorado, Docket No. 114-CV-03074-CMA-KMT.  We are at Ogletree, Deakins, Nash, Smoak & Stewart located at 1754 Broadway, New York.

My name is Brandon Postlewaite for Pavlik Professional Reporting and I will be the videographer.  Will all counsel please state their appearances and who they represent.

MR. VALDIVIESO:  Juan Valdivieso from Boies, Schiller & Flexner on behalf of Miss Perez Reyes and the plaintiffs.

MR. TUCKER:  Robert Tucker with Ogletree, Deakins, Nash, Smoak & Stewart, PC, representing the defendant, American Institute for Foreign Study, doing business as Au Pair in America.

THE VIDEOGRAPHER:  Will the court reporter, Mary Pavlik, now swear in the witness and all counsel may then proceed.

C A M I L A   G A B R I E L A   P E R E Z   R E Y E S, residing at Las Gaviotas 52, Valdivia, Chile,

21

1 that the first step to be able to join the program
2 was to have an interview with her because she was --
3 by the time she was in school learn -- being --
4 getting a degree to be an English teacher. So she
5 would have to do an interview to see my English
6 level to see if I was able to apply for it. So that
7 was the -- the -- after that we have that interview.
8 I mean, we still have -- because we -- we were
9 friends or we were in a group of people that knew --
10 knew each other, so we have all the kind of
11 conversation besides all the things. But related to
12 the program, that was the next -- next things that
13 we talked about, about how to do this interview and
14 when and that.
15     Q   Okay. So the -- did you then have the
16 interview with Ms. --
17     A   Yes.
18     Q   -- Ruiz?
19     A   Yeah.
20     Q   Okay.
21     A   She -- we met at my school in a quiet
22 place. So she asked me some questions that she had,
23 you know, like to be able to determinate if my
24 English was okay or not.
25     Q   Okay. And then what happened after that

22

1 interview?
2     A   After the -- so she helped me with that
3 because my English was really bad. I wasn't able
4 to, you know, apply for the program. So she kind of
5 told me -- you know, she -- she wrote what I told
6 her, but before that she kind of prepared me, you
7 know, to answer those questions.
8     After that she send the information to
9 somebody that work with her. And -- and then
10 they -- they contacted me to -- you know, with the
11 documents that I had to fill out, like, you know,
12 the experience that I had being a babysitter and
13 they had started the program. But after the
14 interview, she was -- she wasn't -- then I start
15 talking to the people, Mauricio or the other person.
16 It took me a while to get done with the documents,
17 so it was kind of like -- like a long process.
18 Like, from June -- I think my application finally
19 went online in February the next year, so 2011.
20     Q   Okay.
21     A   So from June to -- June 2010 to February
22 2011, I did all the preparing the documents.
23     Q   So in between the time when you first
24 spoke with Ms. Ruiz in the program and you began
25 completing the documents we were just talking about,

23

1 did you learn anything else about the program?
2     MR. VALDIVIESO: Objection to form.
3     A   Like, you mean like what the program was
4 about?
5 BY MR. TUCKER:
6     Q   Yeah. I mean particulars about the
7 program?
8     A   Well, you -- you -- I knew that she
9 explained me that I had to, you know, work. It was
10 a program that you come to work with the family.
11 You will -- you know, you live in the house with the
12 family. And, you know, you get paid every -- every
13 week. The -- you know, it's for a year, then you
14 can extend 6 or 12 months after if you want to.
15 That you get a vacation, like a week after your
16 year. If -- if, you know, the family will pay for
17 you to go to school, like $500. You can take a
18 class and -- it said that you can take classes at
19 any institution, but that's also not true because,
20 you know, to be able to go to school here, you have
21 to ap -- it's not like you -- you walk into, you
22 know, Harvard and say, we are going -- I have $500
23 and, you know, I want to take a class. It's not
24 like that.
25     Q   Right.

24

1     A   And also the -- I knew by that time -- I
2 learned the -- the program, you know, that if you
3 complete the credits after you done with school,
4 then you will get $200 back, you know, from the --
5 from the agency.
6     Q   Okay. So you said you understood that
7 you'd be living with the host family?
8     A   Yeah. They will have to provide a
9 house -- I mean -- a room for you and -- and a --
10 you know, the food that you will -- you were going
11 to eat.
12     Q   Did that appeal to you?
13     MR. VALDIVIESO: Objection to form.
14     A   I don't understand the question.
15 BY MR. TUCKER:
16     Q   Did you look at that as a -- a positive?
17     A   Well, I figure I -- I wouldn't be able to
18 afford, you know, to come to work here, I wouldn't
19 be able to afford a house or a car, you know. If I
20 needed to go to work every day, it was good -- you
21 know, easier, you know, for them to have me there in
22 the room -- I mean -- in the house because that way,
23 you know, I wouldn't take much time going places
24 and, you know, I will -- I will be able to help them
25 if I was just right there.

**61**

1  we -- we hang up the call, she wrote me another
2  e-mail saying that she was okay with me not being
3  able to speak because she -- she knew that I would
4  learn and also the -- the kids, they were bilingual
5  so they would be able to help me if I needed it.
6      Q    Okay. Did anybody else participate in
7  that phone call with Ms. Boehne?
8      A    No. It was just her and me.
9      Q    Okay. And you testified earlier about
10 another phone call you had with a different host
11 mom, right?
12     A    No. She never called me. We just talked
13 by e-mail.
14     Q    Oh, okay.
15     A    Yeah.
16     Q    Understood. So you -- did you decide to
17 match with the Boehne family?
18     A    Yeah, because for two main reasons: The
19 first one was that she wanted me to go in April,
20 that it was a good day for me. And also because
21 she -- Tom, her husband, he's a pastor. So I -- I
22 figure, well, being in a Christian family would be
23 easier for me.
24     Q    And why is that?
25     A    Because I'm a Christian too.

**62**

1           MR. VALDIVIESO:    Can we go off the record
2  briefly, please?
3           THE VIDEOGRAPHER:    We are going off the
4  record at 11:53 a.m.
5           (Discussion off the record.)
6           THE VIDEOGRAPHER:    We are now on the
7  record at 12:04 p.m. This starts DVD No. 2.
8           MR. TUCKER:    Mary, could you just please
9  read back the last question and response?
10          (Testimony is read.)
11 BY MR. TUCKER:
12     Q    Ms. Perez, did APIA have any role in the
13 matching process?
14          MR. VALDIVIESO:    Objection to form.
15     A    Like, which way? Like, they would push
16 you to match with a family?
17          MR. TUCKER:    Well, let me re -- let me
18 rephrase.
19 BY MR. TUCKER:
20     Q    Did they participate in the matching
21 process?
22          MR. VALDIVIESO:    Objection to form.
23     A    I don't understand your question.
24 BY MR. TUCKER:
25     Q    All right. You asked, you know, did they

**63**

1  push you. I'll ask you that question: Did APIA
2  tell you whom you had to match with?
3      A    No.
4      Q    Okay. When you were corresponding with
5  Ms. Boehne, did any -- or strike that. Just strike
6  that.
7           You -- you mentioned that the call with
8  Ms. Boehne was very short because at that time, you
9  had difficulty speaking English --
10     A    Yes.
11     Q    -- correct? Okay. Did you have any
12 substantive discussions with her?
13     A    Not that I remember. She -- I think she
14 said, you know, she wanted -- wanted me to, you
15 know, be the au pair for them. And she just wanted
16 to make sure that we were able to talk, you know,
17 Skype or by e-mail, yeah.
18     Q    Did you ask Ms. Boehne any questions?
19     A    Not that I remember. On the phone call,
20 you mean, right?
21     Q    Yes.
22     A    Not that I remember.
23     Q    So after you matched with the Boehne
24 family, did you participate in an orientation?
25     A    When I -- when I came to the U.S., yes.

**64**

1      Q    Okay. Can you describe the orientation?
2      A    Yes. So the first day we got here to New
3  York and then they took us -- it was a group of
4  different girls from different countries, mostly
5  Colombians and Brazilians, I was the only one from
6  Chile. And they took us to a hotel. And then we
7  start an orientation in a room of the hotel with all
8  the girls and the person who, you know, will tell us
9  what, you know, the rules, what to do, what not to
10 do, basic things, you know, about -- a little bit
11 about the law, you know, and -- and -- and the
12 meaning of, you know, that you are not allowed to
13 take pictures of the kid and put them -- the kids,
14 put them, like, on the Facebook page or anything
15 because then -- then you can get in trouble, showing
16 pictures, you know, of kids that are not yours and
17 someone can get ahold of those pictures and stuff
18 like that.
19          And then they -- and also they teach us,
20 you know, how to resuscitate kid if something
21 happen, to check for fever in case something like
22 that happen too. I think it was like basic
23 training, you know, of things that you sometimes
24 don't know, stuff like that.
25     Q    I'm sorry. Just at the end you said

65

```
 1  "basic training" and I --
 2       A    Yeah. Basic training like to -- things
 3  that you will -- you know, that you will have to do
 4  with the kids. Like, you know, in case they were
 5  sick or in case they were -- you know, something
 6  happens to them, what -- you will have to take them
 7  to the hospital or things like that.
 8       Q    Were Eileen and Tom Boehne at the
 9  orientation?
10       A    No.
11       Q    Okay. Was there any discussion at the
12  orientation about how to care for the Boehne
13  children?
14       A    Not for like -- it wasn't -- like it was
15  like general talking about kids. It wasn't to
16  that -- for them. I remember, though, because the
17  kids are -- the kids are adopted, I didn't know at
18  the time when I came, I saw the -- I saw the
19  pictures and so they have three kids and the
20  youngest one -- no, I'm not going to say the names.
21       Q    Oh.
22       A    The youngest one, she -- so the two --
23  the first one, the second one, they are white and
24  like Americans. And the little one, she looks dark
25  like me because she is from Guatemala. And I saw a
```

66

```
 1  picture. I thought it was something different, but
 2  I didn't know that they were adopted. And at the
 3  orientation, they said that usually families that
 4  they have adopted kids, they have like -- they are
 5  more open with people coming from other countries or
 6  different cultures because of the situation that
 7  they've been through. But at the time, I didn't
 8  know they were adopted, so that would be the only
 9  thing that would be related to their kids. But not
10  like exactly, they didn't say their names or
11  anything like that.
12       Q    You said the orientation occurred in the
13  hotel, correct?
14       A    Yes.
15       Q    Do you know what state?
16       A    I don't really know the geographic
17  distribution here. But it wasn't close -- it was
18  close from here. I think the name of the town is
19  Stanford or -- I don't know if it's Stanford or
20  Stamford, but it's something like that. It was a
21  Holiday Inn closer to here because then they did the
22  tour in New York. I didn't come, but some people
23  did. And we came to JFK Airport, so it must be
24  close to here.
25       Q    Okay. And by "here," you --
```

67

```
 1       A    New York.
 2       Q    Okay. New York City, is that what you
 3  mean?
 4       A    Yes.
 5       Q    You said something about a tour?
 6       A    Yeah. They -- they offer a tour. So in
 7  the orientation, you have the op -- they offer you a
 8  tour after, like, the second day. I don't remember
 9  if it's the first day or the second day, you are in
10  the orientation. They offer a tour to take you in a
11  bus from the hotel to New York, like, from 6:00 p.m.
12  to 10:00 p.m. and they take you to the bus. You can
13  pay for it and take it with the other girls.
14       Q    And did you take the tour?
15       A    No, I didn't.
16       Q    How long was the orientation?
17       A    I -- I'm not sure if it was two days and
18  a half or three days and a half, but something
19  between that.
20       Q    Did it -- did it occur immediately before
21  you joined the Boehne family?
22       A    No. It was -- yeah, before. So we came
23  to the airport -- I left Chile, I came to the
24  airport. They pick us up at night, like we got here
25  late, so they took us to the hotel the night before.
```

68

```
 1  And then the next morning we started the
 2  orientation.
 3       Q    Do you know what day you arrived in the
 4  U.S.?
 5       A    Must have been April, maybe 15 or between
 6  the 14 and the 15, between like -- it was April. I
 7  don't remember -- I don't remember -- remember the
 8  exact day.
 9       Q    Okay. But April and it was 2011; is that
10  the year?
11       A    Yes. Yeah.
12       Q    Okay.
13            MR. VALDIVIESO:   And Mr. Tucker is not
14  asking you to speculate. If you don't know, that's
15  your answer.
16            THE WITNESS:   Oh, okay.
17  BY MR. TUCKER:
18       Q    Yeah. If you don't know, you can just
19  say "I don't know."
20       A    Yeah. I'm not -- no, I don't remember
21  the exact date -- date -- the exact date that I got
22  here.
23       Q    But it's your belief that it was in
24  April --
25       A    It was in --
```

## 73

```
 1      A    No.
 2      Q    And how long did your placement last?
 3      A    Almost a year.  I had to leave a week
 4  earlier if -- to complete the exact, you know, 52
 5  weeks, that is a year.  So I did 51 weeks.
 6      Q    Did -- before you joined the Boehne
 7  family, did you have a plan for how long you would
 8  participate in the program?
 9      A    Yes, a year.
10      Q    Okay.  Just so the record's clear, your
11  placement with the Boehne family ended in April
12  2012?
13      A    Yes.  Correct.
14      Q    Okay.  And at that point, did you return
15  to Chile?
16      A    Yes.  I went back home.
17      Q    And you mentioned that the -- the
18  family's home was in Naperville, Illinois; is that
19  correct?
20      A    Yes.  Correct.
21      Q    Okay.  During your placement, did you
22  travel outside of Illinois?
23      A    Yes, I did.
24      Q    Where did you travel?
25      A    I came to New York.
```

## 74

```
 1      Q    For how long?
 2      A    Three days.
 3      Q    Did you travel to New York with the
 4  Boehne family?
 5      A    No.  I came by myself.
 6      Q    Was this vacation?
 7      A    I had -- yeah.  I had the weekend off, so
 8  I -- I came to visit a friend.
 9      Q    Okay.  Other than New York, did you
10  travel outside of Illinois to -- any other time
11  during your placement?
12      A    Yeah.  I -- we went to Ohio once.
13      Q    When you say "we," you mean you and
14  the --
15      A    Yeah.  With the family, yeah, with the
16  Boehnes.
17      Q    And how long were you in Ohio?
18      A    Maybe a week.
19      Q    Did you have any other travel outside of
20  Illinois during --
21      A    Yes.
22      Q    -- your placement?
23      A    We went to Costa Rica too.
24      Q    Anywhere else?
25      A    Not that I can remember.
```

## 75

```
 1           (Bates AIFS0072565 is received and marked
 2  Defendant Exhibit Perez-8 for identification.)
 3  BY MR. TUCKER:
 4      Q    Ms. Perez, the court reporter has just
 5  handed you a document marked Perez Exhibit 8.  I
 6  want to apologize in advance for the -- the size of
 7  this document.  I understand it's -- it's shrunk
 8  down, but this is the only version we have of it.
 9  But I'm going to ask you to just -- to the extent
10  you're able to, just to review the document and let
11  me know when you've finished.
12      A    Okay.
13      Q    Have you seen this document before?
14      A    Yeah, I have.
15      Q    Okay.  What is it?
16      A    It's a document -- it's an agreement that
17  I signed with the Boehnes explaining some of the
18  rules about the program.
19      Q    Okay.  Were you -- strike that.
20           When did you sign it?
21      A    I don't remember if you ask me, but it
22  says here April 18, 2011, so I guess that's the
23  date.
24      Q    Did you say -- sorry.  You said April --
25      A    It's the date up here, but I don't know
```

## 76

```
 1  if that's the one.  There is another date down here.
 2  It says May 5, 2011.
 3      Q    Okay.
 4      A    It could be -- well, I guess if it's
 5  signed, I guess that's the right one, May 5th.
 6      Q    I don't -- I don't want you to guess.
 7      A    Oh, okay.
 8      Q    So --
 9      A    Then, no.  If -- if you ask me just
10  about -- I don't know when it was.
11      Q    Okay.  But you do know you signed this
12  document?
13      A    Yes.  Yeah.
14      Q    And that that's your signature there --
15      A    Yeah.  That's my name.
16      Q    Okay.  And you're -- okay.  Do you know
17  if you signed this document after your placement
18  with the Boehne family began?
19      A    Yes.
20      Q    Do you recall how long after?
21      A    It -- I don't remember how many days
22  after, but Eileen wasn't in the country when I --
23  when I went home.  She was in China.  So for her to
24  be able to sign it, it must have been after she got
25  back.  And she got back a week after I -- I went
```

### Page 101

1  times during your placement; is that correct?
2  A   Uh-hum. Yes.
3  Q   Okay. Does that -- does that include the
4  cluster meetings?
5  A   Yes.
6  Q   Okay. So you think you went to a few,
7  maybe four cluster meetings, so then there were a
8  couple of other contacts with her?
9  A   Yeah. When she -- the ones that I
10 remember is when she went -- she went to the
11 Boehne's house to -- you know, at the beginning to
12 give me the welcome and tell me the things that, you
13 know, I told you before. And after -- when I was
14 ready to go home and I had to, you know, show the
15 documents for the credits, I give them to her and we
16 talked about, you know, the process of me going back
17 home. You know, what I had to do to get the tickets
18 to go home. You know, I think, I'm not sure but I
19 think I had to sign a document and she gave me a
20 certificate saying that I -- I was an au pair, so
21 yeah, those were the times.
22 Q   So that time when you were about to end
23 the program, that -- that -- did you have a meeting
24 with her in person?
25 A   Yeah, we met in person because I had to

### Page 102

1  give her -- I don't remember if it was the -- the
2  time that I gave her the document or -- or if I had
3  to mail the document by myself, but she arranged the
4  whole thing. And -- but she came home to the
5  Boehne's house once to give me that certificate.
6  That was the last time I saw her.
7  Q   Did you ever speak with Maria on the
8  telephone during your placement?
9  A   Not that I remember.
10 Q   Did you ever attempt to contact her?
11     MR. VALDIVIESO:   Objection to form.
12 A   Can you...
13 BY MR. TUCKER:
14 Q   Rephrase?
15 A   Uh-hum.
16 Q   Let me ask it slightly different. Did
17 you ever reach out to her for help?
18 A   When I had to get the -- to send those
19 documents to get the $200 back, that's the one that
20 I remember. Because most of the time, Eileen --
21 because they're friends, she -- she will contact her
22 if she didn't know the answer for what I needed, but
23 not direct -- not me directly to her.
24 Q   Okay. But let's talk about that for a
25 minute. Were there times that you asked Maria for

### Page 103

1  things through Eileen?
2  A   Yeah, probably one time that I can
3  remember. I don't -- I don't remember one --
4  like -- like what's it about, what I needed. But
5  I -- I remember asking Eileen, you know, do you know
6  this because I don't know, it was something about
7  the program. She said let me talk to Maria, I'll
8  ask her. So she -- I don't know if she called her
9  or she e-mailed her. But then she came back to me
10 with the answer that I was looking for.
11 Q   But -- and -- and just to make sure I
12 understood you, you said you don't remember what it
13 was about?
14 A   No.
15 Q   You just remember it was something about
16 the program?
17 A   Right.
18 Q   Okay. What were your duties as an au
19 pair?
20 A   So it depends on the time that I was -- I
21 was working, like the time -- the hour, time during
22 the day. But mostly was, you know, wake up the kids
23 in the morning, give them breakfast, feed them
24 lunch, play with them, drive them if they had to,
25 you know, go to activities or in the case of the two

### Page 104

1  youngest ones, they five-year-old boy and the
2  four-year-old girl, when I took them to preschool.
3  Also, I had to clean up after -- you know, with
4  them. They wanted me to help -- to have them help
5  me to clean up. You know, they didn't want me to
6  just go behind them picking up stuff. They -- if
7  they will, you know, play, we will have to do it
8  together, trying to, you know, teach them to clean
9  up for themselves.
10     I also had to do laundry. Not -- not
11 actually putting the laundry in the laundry machine,
12 but folding the laundry after it was done. Making
13 beds, helping them with homework, mostly with the
14 eight-year-old girl because she had -- she was in a
15 bilingual program at school. So all the homework
16 that they send home, it was in Spanish. So she had
17 to do homework in Spanish. And the idea was for me
18 to sit with her and do the homework so she would
19 understand what -- what it said and she would have
20 to write the answers in Spanish too.
21 Q   You mentioned folding laundry?
22 A   Uh-hum.
23 Q   Was that the -- the entire family's
24 laundry?
25 A   No, just the kids.

105

1  Q    And then same question about the beds,
2  were you making the children's beds?
3  A    Yeah. Just the kids, yeah.
4  Q    And you said you would -- you and the
5  kids together would sort -- would clean up --
6  sorry -- clean up after the kids?
7  A    Uh-hum.
8  Q    Right, you said that?
9  A    Yes.
10 Q    Did you do any general household
11 cleaning?
12 A    No. It wasn't -- I knew -- at -- in the
13 orientation, they also tell you that you -- not that
14 you are not allowed to do it, but it's not your job
15 to do the full housecleaning. You have to -- your
16 job is to mainly -- to look after the kids, you
17 know, to be -- be with them, take care of them. But
18 to clean up is just after them, not the house, the
19 complete house.
20 Q    Did the Boehnes ever ask you to do any
21 general cleaning?
22 A    No.
23 Q    Did the Boehnes ever ask you to do
24 anything that wasn't involved with taking care of
25 their children?

106

1  A    No. It was -- always was related with
2  them.
3  Q    You mentioned a minute ago that your
4  duties changed. Can you elaborate on what you meant
5  by that?
6  A    Well, it depends on, you know, what time
7  during the day was -- I was taking care of the kids.
8  Because if I start, you know, working in the
9  morning, by bedtime I wasn't taking care of the
10 kids. So I didn't have to put them, you know, to
11 bed. But if I started working later, like, you
12 know, noon or something, it would have to be, you
13 know, a different kind of thing. If -- you know, do
14 homework. If they got back from school or, you
15 know, put them into bed, pray with them, brush
16 teeth, showers and bath, so it depends on what time
17 of -- of -- during the day was that I was working.
18 They were different things to do with them.
19 Q    Okay. So --
20 A    That's what I meant by "changing."
21 Q    Okay. So if I understand what you're
22 saying is, it really depends on what hours --
23 A    Yeah.
24 Q    -- you were -- you were working?
25 A    Right.

107

1  Q    Okay.
2  A    It wasn't the same hours every day. It
3  would change, even though Tom was the one who took
4  care of the kids after I -- I was done because he
5  was -- he wasn't working on the time -- at the time.
6  If he had something to do, so my schedule would go
7  around, kind of like his schedule. So sometimes he
8  would take care of the kids in the morning or at
9  night. So my time was -- my schedule was made after
10 that.
11 Q    Did your duties change -- or strike that.
12      Did your duties vary by season?
13 A    Can you like...
14 Q    Yeah. Let me -- let me rephrase that.
15 Were your duties different during the summer months
16 when the -- the -- the children were not at school?
17 A    Well, yeah, because we didn't have to do
18 homework. But it was -- it was always the same, you
19 know, take care of them, watch them if they are
20 playing, play with them. It was -- the only thing
21 that I would say was different is just that we
22 didn't have to do homework, but that was the only
23 thing.
24 Q    The eight-year-old girl, you said, was in
25 a bilingual program at school?

108

1  A    When -- yeah. And then the five-year-old
2  boy joined that program when he was in kindergarten.
3  Q    Okay. So was it -- I was just a little
4  unclear about your testimony. Was it part of your
5  job to help teach them Spanish?
6  A    Yes.
7  Q    Okay. Did you help teach the four-year-
8  old girl Spanish?
9  A    Yeah.
10 Q    But not as part of a school -- school
11 program?
12 A    No. The idea was for me to speak to them
13 in Spanish, to sing them songs in Spanish, and
14 things like that. Then they will, you know, kind of
15 keep up, you know, trying to learn new words and
16 things like that. Not like a program that they
17 would have -- it would be, you know, wrote it down.
18 They would have to follow things to -- to be able to
19 teach them. It was just like a casual conversation
20 thing.
21 Q    Did you notice an improvement in their
22 Spanish over the course of your placement?
23 A    I'll say with the youngest one, yes, with
24 the four-year-old girl.
25 Q    How did you know what your duties were?

109

1   A   They were described to me before --
2   before I became an au pair.
3   Q   And who described them?
4   A   Eileen did.
5   Oh, and also, when -- when I got home,
6   because Eileen wasn't home, she was in China and --
7   and former au pair they had, she -- she got married
8   in -- in Illinois. And she's from Peru so she
9   speaks Spanish. She -- she came home -- came one --
10  like one or two days to -- you know, to try and
11  train me in what to do with them and the things that
12  they like and that they don't like and how she did
13  things, you know, to -- so it would be easier for me
14  to start working with the kids.
15  Q   Okay. But it's a -- this was a former --
16  A   Yes. She --
17  Q   -- au pair of the -- let me just finish.
18  A former au pair of the Boehne family?
19  A   Yes.
20  Q   Do you know if she was working for Au
21  Pair in America?
22  A   No, she wasn't.
23  Q   She was not?
24  A   No.
25  Q   Okay. Did anyone from Au Pair in America

110

1   tell you what your duties with?
2   A   In the orientation. In general aspects
3   because they -- they can -- they can't tell you
4   exactly, you know, what family -- each family needs.
5   But they said that, you know, you -- all the
6   responsibility is to, you know, take care of the
7   kids. If -- if the family wants you to, you know,
8   give them bath, then you do it. If they don't want
9   you because, you know, all the problems sometimes
10  they are with the abuse or something, so you have to
11  get the permission from -- from them to do it. You
12  know, then you have to give them lunch, wake up in
13  the morning before they woke up so you would be
14  ready. So if you had to start, you know, working at
15  7:00, you would have to get up a little bit earlier
16  so you would be ready for the job by the time that
17  they wake up. It was just like general information.
18  Q   And did Ms. Boehne provide more specific
19  information?
20  A   Yes.
21  Q   Did anyone from APIA ever observe you
22  performing your duties?
23  A   No.
24  Q   Did you have any rules during your
25  placement?

111

1   MR. VALDIVIESO:   Objection to form.
2   A   Can you rephrase that?
3   BY MR. TUCKER:
4   Q   Did. How about -- yeah. Did the Boehne
5   family set any rules for you?
6   A   In the context of the kids or in general?
7   Q   In context with your placement in
8   general?
9   A   Well, yes. I couldn't -- I wasn't able
10  to wear -- to use perfume because one of the kids
11  was allergic to the fake fragrances. And the same
12  with the -- it was perfume, shampoos, and lotion
13  that I couldn't use. And if -- they ask -- they
14  told me that if I wanted to use the car, I would
15  have to ask first every time that I want to use it,
16  so the car would be available if I needed it, if --
17  if I need to go somewhere, so they will, you know,
18  let me use the car.
19  Q   Are you talk -- so you said that you
20  drove as part of your duties. Are you talking about
21  using the car for your duties?
22  A   No, for my free time.
23  Q   Okay. Did you have, like, a child care
24  schedule during your placement?
25  A   Can you rephrase it?

112

1   Q   Were there certain days and times when
2   you were expected to perform your duties?
3   A   Yeah. You are -- you have to work during
4   the week and also you have to -- you have one
5   Saturday off a month. It have to start from Friday
6   afternoon. So you have Friday afternoon -- I mean,
7   Friday -- Friday evening, like at nighttime, after
8   dinnertime, and then you have Saturday and Sunday
9   off. It -- that was -- that happens once a month.
10  It's -- it's something that the family has to
11  follow. But -- and my work time was based on the
12  needs of the family. So if they needed me to, you
13  know, work Saturdays and Mondays or, you know,
14  Monday through Saturday, a few hours every day to
15  complete 45 hours, then that's what I had to do.
16  Q   So your hours varied?
17  A   Yeah, depending on the needs of the
18  family.
19  Q   Actually, let me rephrase that. Well,
20  we'll keep that. But did you -- how -- how did you
21  know when you'd be working or performing child care
22  on a -- on a particular day?
23  A   I got on a -- a schedule. Eileen, she
24  would put it on the fridge every Sunday night. So I
25  would take it every night and then I will, you know,

### 113

1  see when I had to work. So it was there so everyone
2  knew when I was working or not.
3       Q   Okay.
4       A   And that change in the summer, because in
5  the summer, the kids, they weren't in school, so I
6  had to be with them. It was mostly the same through
7  the summer, from 8:00 p.m. in the morning to 5:00
8  p.m. every day.
9       Q   Okay. Let me just talk about that for a
10 second. You said it was -- the schedule -- the
11 weekly schedule was mostly the same in the summer?
12      A   Yes.
13      Q   Okay. And you said it was 8:00 p.m. to
14 5:00 p.m.?
15      A   That's what I remember, yes.
16      Q   And that's Monday through Friday?
17      A   Yes. I think so, yeah.
18      Q   And then you didn't work on the weekends?
19      A   No, because I think if you count the
20 hours from 8:00 in the morning to 5:00 p.m. for five
21 days a week, then it's 45 hours, I think so. If --
22 if it wasn't, then I did the rest of the hours on
23 Saturday morning, but I always did my 45 hours a
24 week.
25      Q   Okay. At the -- just talking now about

### 114

1  the summer --
2       A   Okay.
3       Q   -- schedule. At the beginning of your
4  day at 8:00 a.m., what happened? How did you start
5  the day?
6       A   So first of all, I had to get -- get the
7  kids breakfast. And then get -- get them ready
8  for -- go to the pool. They took swimming lessons.
9  The pool was just in the backyard, so I had to, you
10 know, get the swimsuits and the goggles and the --
11 the towels, walk them to the pool. And they have --
12 the three of them, they have different hours. So
13 the oldest ones went first. Then the -- the
14 middle -- the eight -- no. Five-year-olds boy, he
15 went second. And then the four-year-old, she wasn't
16 at swimming lessons by the time. So I will walk --
17 I will walk with the other two to the pool, leave
18 the one in the pool, go back home, then get the
19 other one ready, take that one to the pool, get the
20 other one back home with the other two, and so --
21 and then back home to spend the rest of the day.
22      Q   And then -- okay. So then you -- you
23 were scheduled until 5:00 p.m.?
24      A   Uh-hum. Yes.
25      Q   So -- so once you say you were back home

### 115

1  the rest of the day, what happened the rest of the
2  day?
3       A   Well, then I -- I will -- you know, they
4  had to take showers to get the chlorine water off
5  their bodies. Then we had lunch. We usually play a
6  little bit at home, take like a little break, a
7  rest. And then I would, you know, take them to the
8  park. There were a few parks around the block, so
9  take different -- them to different ones. And then
10 sometimes they wanted to go back to the pool to play
11 with their friends. So I would take -- I would take
12 the three of them over to the pool and I will stay
13 there at the pool. I didn't get in the water all
14 the time, but a few times I did get in the water
15 with them, but I would have to be at the pool
16 watching them the whole time while they were playing
17 there.
18      Q   You said that they would rest?
19      A   Yeah. Like, you know, like kind of calm
20 down. Like, you know, sit down and read a book or
21 just -- they would play, each one, you know, with
22 toys, not all together because they were different
23 ages, so sometimes it was hard to get to a point
24 where they all want to play the same thing.
25      Q   Did they ever nap?

### 116

1       A   The youngest one, the four-years-old, she
2  did sometimes when she was tired. Not every time,
3  not every day, but she did a few times. It was --
4  she wasn't supposed to nap, actually, but she would
5  fall asleep on the couch, you know, so I would let
6  her sleep for, like, 10, 15 minutes and then I would
7  wake her up. Otherwise, then it was impossible for
8  her to go to sleep later.
9       Q   But not the other two?
10      A   No, the other two didn't.
11      Q   So at -- while you're taking care of the
12 children, would Mr. Boehne be around?
13      A   Sometimes.
14      Q   Did he ever help you take care of the
15 children --
16      A   No.
17      Q   -- between 8:00 a.m. and 5:00 p.m. in the
18 summers?
19      A   No. It was -- they -- the kids knew and
20 Tom and Eileen knew that if I was working, they
21 always told the kids, if Camila is, like, downstairs
22 or in the house around you, it's because she is in
23 charge. So whatever they needed, it was me that
24 they needed to come to. And so even if Tom was
25 around, they -- the kids weren't allowed to go to --

## 117

1 you know, to go to their parents and ask them for
2 something or -- because I -- I -- I was the one who
3 made all the decisions by the time that I was
4 working.
5     Q    In the summer when you had this 8:00 a.m.
6 to 5:00 p.m. schedule, were you ever -- strike that.
7     Did -- did -- during the summer between
8 the hours of 8:00 a.m. and 5:00 p.m., did you ever
9 perform duties outside of those hours?
10     A    Not that I remember.
11     THE VIDEOGRAPHER:    Excuse me, counsel,
12 but in five minutes, I just have to change the DVD.
13 Okay?
14     MR. TUCKER:    Okay.  Thank you.
15 BY MR. TUCKER:
16     Q    Okay.  Now we are going to shift away
17 from the summer and talk about the non-summer
18 months.
19     A    Uh-hum.
20     Q    Did your schedule vary on a week-to-week
21 basis during the non-summer months?
22     A    Yes.  It wasn't the same all the time.
23 Maybe a few weeks it will be the same, but then
24 depending on what Tom what -- had to do and also
25 Eileen, she traveled twice a year to China, so that

## 118

1 made a huge difference between those weeks and when
2 she wasn't home.
3     Q    Okay.  But the schedule, you said, would
4 be posted on a Sunday --
5     A    Yeah.
6     Q    -- night?
7     Did -- did you and Eileen -- well, strike
8 that.
9     Who created the schedule?
10     A    She did.
11     Q    Okay.  Did she consult with you about
12 creating it?
13     A    No.  She was the one who decided what
14 time she needed me to work.
15     Q    Okay.
16     A    If -- if I needed some time, like if --
17 if I wanted to, you know, do something or if I had
18 plans, I could, you know, ask her if we could change
19 the schedule time.  But if she -- if -- it was
20 always in the case that she could change it.  If I
21 could ask, but the answer wouldn't have been yes all
22 the time.
23     Q    Do you know if -- if Au Pair in America
24 ever participated in setting your schedule?
25     A    Not that I know.

## 119

1     Q    So you said it was -- it was posted.
2 Where was it posted?
3     A    On the -- it was a -- she would do like a
4 paper, like a printed paper and she would put it on
5 the fridge.  So Tom -- mostly -- it mostly was for
6 Tom to know when I was working or not, because he
7 will, you know, be in his room praying or preparing
8 a sermon or something.  And then he will, you know,
9 be -- he would have to come downstairs and start
10 taking care of the kids when I was done.
11     Q    Do you have a copy of any of those
12 schedules?
13     A    No.
14     Q    Do you know if they were saved?
15     A    I don't think so.
16     Q    Did you ever track the actual numbers of
17 child care that you provided?
18     MR. VALDIVIESO:    Objection to form.
19     A    What do you -- can you rephrase that?
20 BY MR. TUCKER:
21     Q    So what I mean is:  Did you ever count?
22 Did you ever like count up the number of hours you
23 were taking care of the children?
24     A    So when I got the schedule Sunday nights,
25 I will look at it and count how many hours there

## 120

1 were on the schedule.  And they were always 45.
2 Eileen, she is really good with numbers, so she will
3 never make me work extra or less.  So it was just
4 always 45.  I don't know how many hours I did during
5 the whole time because I -- I didn't kind of have a
6 list of every week.  But I always check if the hours
7 on the schedule were 45 hours.
8     Q    Did you ever work fewer than the number
9 of hours you were scheduled for?
10     A    Not that I remember.
11     Q    Do you know if the Boehne family ever
12 counted the number of hours you were working?
13     A    I don't know.
14     THE VIDEOGRAPHER:    Counsel, I do have to
15 go off the record --
16     MR. TUCKER:    Okay.
17     THE VIDEOGRAPHER:    -- just for a brief
18 two minutes.  Okay?
19     (Discussion off the record.)
20     THE VIDEOGRAPHER:    We are now on the
21 record at 2:26 p.m.  This begins DVD No. 3.
22 BY MR. TUCKER:
23     Q    So Ms. Perez, can you -- can you talk
24 about your duties over the course of the day during
25 the non-summer months?  Similar to how we discussed

**Page 121**

1 earlier, the duties during the summer months.
2     A    Oh, okay. So if I was working in the
3 morning, I will have to get the kids ready for
4 school. You know, that means get -- helping get
5 dressed because the two youngest ones, they were --
6 they had trouble, you know, finding clothes that --
7 that would match or their proper clothes for the
8 weather. Then I would have to give them breakfast,
9 brush teeth or they brush their teeth by themself,
10 but tell them to do it. Get the backpacks ready
11 with lunch and all the things that they needed for
12 the day. And then they would -- it -- it depend on
13 the time of the year, because the five-year-old boy,
14 he went -- at the beginning, he went to school in
15 the morning, but then he went to school at -- at the
16 afternoon. So in -- at the beginning, the four-
17 year-old girl, she went just two times a day -- I
18 mean, two times a week to school. So it will depend
19 on which kid I had with me in the morning or in the
20 afternoon.
21        But it was -- you know, we would play and
22 put laundry away. They would have to be next to me
23 by the time that I did that. And then if -- you
24 know, then the other one will come back home, do
25 homework and then play. And if -- at night I had

**Page 122**

1 to -- you know, if -- if it was the day, give them a
2 shower or prepare them for bed, get pajamas ready,
3 pray, and then get the stuff ready for the next day.
4     Q    On the days in which the four-year-old
5 girl was at preschool, those were -- that was two
6 days a week, right?
7     A    Yes.
8     Q    If I understand correctly, when the --
9 the four-year-old girl was at preschool, there would
10 be no children --
11    A    Yes.
12    Q    -- in the home, correct?
13    A    Yeah. That wasn't count as my -- my time
14 working.
15    Q    Okay. So that wasn't part of your
16 schedule?
17    A    No. I -- I will have, like, a gap in
18 between. So I'll say -- I'll start 7:00 in the
19 morning and then I will drop them off at preschool
20 in the morning. Then I would have a gap to -- and
21 it will start by the time that I would have to get
22 ready and go pick them up at preschool. And then
23 I -- it will continue to -- to the rest of the day.
24    Q    Okay. And did the number of hours that
25 you were performing your duties each day, vary day-

**Page 123**

1 to-day?
2     A    Can you rephrase that?
3     Q    Yeah. So we talked about how -- well,
4 actually we didn't talk about this. Let me get back
5 to that in a minute.
6     A    Okay.
7     Q    During the non-summer months, were you
8 working Monday through Friday?
9     A    And Saturdays.
10    Q    And Saturdays. Okay. And that was
11 consistent throughout those months?
12    A    It depends on which -- it depends on
13 Tom's schedule.
14    Q    Okay.
15    A    Because as I said, that -- that schedule,
16 it change in -- in related to what he had to do. So
17 if he had to do something then, you know, I will put
18 them in bed and he will wake up in the morning and
19 take care of them in the morning. So it will -- it
20 depend -- it wasn't the same every day and it wasn't
21 the same every week, so yeah, it changed.
22    Q    Did the Boehne family provide you with a
23 private bedroom throughout your placement?
24    A    Yes.
25    Q    Did you ever have to share your bedroom?

**Page 124**

1     A    Yes.
2     Q    With whom?
3     A    So during the summertime, the family came
4 over, her -- Eileen's brother. And so they --
5 they -- it was four of them, so she asked me if I
6 share my room with one of the kids.
7     Q    And how many days was that?
8     A    I'm not sure how many. If you ask me a
9 number, I'll say four, but it's not -- I'm not sure.
10    Q    Less than a week?
11    A    Yes.
12    Q    And were there any other times when you
13 were asked to share your room?
14    A    No. The kids -- the youngest one, she
15 always -- the four-year-old girl, she always wanted
16 to sleep with me. But they didn't let her do it
17 because I wasn't -- she will, you know, push me
18 or -- so I wouldn't get like a good sleep. I did
19 let her sleep with me on the weekends a few times.
20 I'll say four times, but not that often.
21    Q    Did the Boehne family provide you with
22 three meals each day throughout your placement?
23    A    Yes.
24    Q    Did you have enough food?
25    A    Yeah. I was able to get whatever I

125

1 needed. If -- you know, if I was hungry, I would
2 eat. It wasn't any restriction for me to eat
3 anything in the house.
4     Q    Remember we were talking earlier about a
5 stipend. Do you remember that?
6     A    I remember the word. I don't remember
7 what it means.
8     Q    Okay. Weekly payment?
9     A    Oh, okay.
10     Q    Let's, for the sake of being clear, I'll
11 just call it payment. Okay?
12     A    Yeah. Okay.
13     Q    So did the Boehne family provide you with
14 a payment each week?
15     A    Yes.
16     Q    Did anyone other than the Boehne family
17 provide you with a weekly payment?
18     A    No, just -- just the Boehnes. But the
19 agency, Au Pair in America, gave me $200 after I was
20 done with the credits of the college.
21     Q    Who paid the payment or who made the
22 payment?
23     A    Eileen gave an order to the bank to wire
24 transfer me every Friday afternoon, $200 to my bank
25 account.

126

1     Q    Did you ever not receive a weekly payment
2 during your placement?
3     A    Yeah, one time. It was because it was a
4 holiday and the bank wasn't working, so something
5 happened with the system. They didn't do it, so I
6 had to wait until the next Monday, so the deposit
7 came through to my account.
8     Q    Meaning it was supposed to be there on a
9 Friday and it came --
10     A    -- on a Monday.
11     Q    Okay. And it was just that one time?
12     A    Yeah, it was because it was a holiday.
13     Q    And it was always via bank transfer?
14     A    Not at the beginning because I didn't
15 have a bank account when I came here. And I needed
16 my Social Security number to be able to get a bank
17 account. As told you, it took longer because of my
18 name. So I'll say the first three or four weeks,
19 she would pay me cash.
20     Q    Did the amount of your weekly payment
21 ever change?
22     A    No. It was always $200.
23     Q    $200. And how was that amount set?
24     A    Set? Oh, so on the -- on the website, it
25 said that it's $195.75. But she said that it's

127

1 something with the accounting or the bank, it was
2 easier for her to do $200 than the other amount,
3 that's the reason. I knew that it was 100 --
4 $195.75.
5     Q    When you say "the website," what website
6 are you referring to?
7     A    The Experiment website. And also at the
8 orientation, they tell you what the weekly payment
9 is.
10     Q    Okay. But my -- my question was: Who
11 set --
12     A    The 200?
13     Q    -- the -- the payment amount? Yeah. Who
14 determined it? Do you know what I mean by
15 "determined"?
16     A    Well, Au Pair in America did.
17     Q    Okay. And just so the record's clear,
18 what -- what is the amount that was set then?
19     A    The amount is $200 that she pay me. But
20 the amount that is set by Au Pair in America is
21 $195.75.
22     Q    Okay. And you said the Experiment
23 website said 195.75 --
24     A    Yes.
25     Q    -- is that correct? Okay.

128

1     And then you said during orientation you
2 were told it was 195.75?
3     A    Yes.
4     Q    Who told you during the orientation that
5 this -- the weekly payment was 195.75?
6     A    The lady who did the orientation.
7     Q    Do you know her name?
8     A    No.
9     Q    Do you recall exactly what she said about
10 the weekly payment?
11     A    She said that we -- we receive a payment
12 every week and the -- the family will -- will pay
13 that because that what is the payment set by the
14 agency.
15     Q    Did she say you couldn't receive more
16 than 195.75?
17     A    Not that I remember.
18     Q    Back to the Experiment website. You said
19 you saw 195.75 there, right?
20     A    Uh-hum.
21     Q    Do you recall exactly what was said about
22 the payment?
23     A    It said that you will get a -- a once-a-
24 week payment for that amount. And that it would be
25 paid by the family.

129

1   Q   Did it say on the website that you
2 couldn't receive more than 195.75?
3   A   No, it doesn't say that.
4   Q   Do you recall seeing any information
5 about the stipend -- strike that. We're not using
6 "stipend."
7       Do you recall seeing any information
8 about the weekly payment in other Au Pair in America
9 materials?
10  A   In the documents that they give you at
11 the orientation, it says, you know, they -- they
12 give you a package with paper. That's where that
13 list of names there we discussed before, it's --
14 it's here. The No. 7, Perez No. 7 Exhibition, that
15 list came with a package of documents saying, you
16 know, the payment and the $500 that you will get to
17 go to college, the family will pay.
18  Q   Did you ever discuss the payment amount
19 with Ms. Ruiz?
20  A   She told me the -- the amount -- the
21 amount was not $195.75.
22  Q   Is that in your initial discussion with
23 her about the program?
24  A   I'm not sure.
25  Q   Okay. Did you understand what I meant by

130

1 "initial"? Do you want me to rephrase that?
2   A   Yes.
3   Q   Okay. What I meant is when -- you
4 testified earlier that when you were volunteering
5 with Ms. Ruiz, that's when you first learned, you
6 had a conversation, you first learned about the au
7 pair program. So my question pertains to that
8 conversation with her. So my -- my question is:
9 During that conversation, did Ms. Perez say anything
10 about the stipend?
11  A   Miss Ruiz, you mean?
12  Q   Sorry. Miss Ruiz.
13  A   Yes. She -- so when she explained to me
14 how the program work, she told me that, you know,
15 you get pay every week the amount that we already
16 talked about.
17  Q   Okay.
18  A   The $195.75.
19  Q   Did she tell you that you could not
20 receive more than 195.75?
21  A   Not that I can remember.
22  Q   Did you have any discussions with
23 Mauricio about the stipend?
24  A   Not that I remember because the
25 information was -- at that point, you know, when

131

1 I -- I was join the program, I already knew what the
2 payment was, so I didn't feel like I would have to
3 ask again.
4   Q   Have you ever seen the $195.75 weekly
5 payment amount referred to as a minimum amount in
6 any APIA documents?
7   A   Can you rephrase that?
8   Q   Yeah. Do you know what I mean by
9 "minimum"?
10  A   Yeah.
11  Q   Okay. So what I'm asking is if in any
12 APIA documents you saw that amount, that 195.75,
13 referred to as a minimum amount, meaning that you
14 could pay more than 195.75, but that 195.75 was the
15 minimum you could pay?
16      MR. VALDIVIESO: Objection to form.
17  A   Can you -- it said on the -- on the
18 documents that we got at the orientation that that
19 was the payment. It didn't say it was the minimum
20 or the maximum if -- it didn't say that. It just
21 said that was the payment. So I understood that
22 that was what I was going to get.
23 BY MR. TUCKER:
24  Q   Okay. But you, in fact, received $200 a
25 week, right?

132

1   A   Yes.
2   Q   So isn't it fair to say that at least for
3 you, that the 195.75 was a minimum amount since you
4 received $200 each week?
5       MR. VALDIVIESO: Objection to form.
6   A   Do you think 5 -- well, it's not your
7 opinion, but I don't think $5 it would make a big
8 difference in a, you know, weekly basis. I mean,
9 what do you do with $5? So I -- I -- I didn't feel
10 lucky, like if I compare with the other au pairs. I
11 just -- Eileen explain it to me at the beginning,
12 that it was just like an accounting thing, why she
13 did it. It wasn't because she wanted -- she felt
14 like it was too little what she was paying me. It
15 was -- that was the only reason why she pay me $200,
16 because it was an -- an account problem or -- I
17 don't know, problem, but it was easier. And -- but
18 I didn't feel lucky. I mean, it's not a big
19 difference.
20 BY MR. TUCKER:
21  Q   No, I understand what you mean. And I --
22 and I'm -- and I'm not suggesting that you should
23 feel lucky or anything. I guess what I'm asking is,
24 is if you were paid $200 --
25  A   Yes.

## 133

1  Q  Right. Who decided to pay you $200?
2  A  Eileen did because she -- she knew that
3  she had to pay me 195 and 75 cents, but it was
4  easier for her to pay me $200. So that's why she
5  did it, she decided to pay me $200.
6  Q  Did you ever ask Eileen to pay you more
7  than $200?
8  A  No.
9  Q  Aside from the -- the weekly payment that
10 we've been discussing the last several minutes, did
11 you receive any other monetary payments from the
12 Boehne family during your placement?
13 A  No.
14 Q  So you never received a bonus?
15 A  No.
16 Q  Do you know what I mean by -- do you know
17 what overtime is?
18 A  Yeah, like when you work extra the 45
19 hours.
20 Q  Did you ever receive extra pay for extra
21 child care?
22 A  I did -- one -- I remember one time I did
23 two hours extra because something happened and Tom
24 couldn't get back home in time, she had to pay me
25 those hours that I worked extra. And she paid me

## 134

1  those cash because the bank account will send me the
2  $200, but that was only one time.
3  Q  Okay. How much did she pay you that one
4  time?
5  A  $10 because it was two hours, so it was
6  like for...
7  Q  $10 total?
8  A  Yeah, for two hours.
9  Q  Do you know if there's anything in the --
10 in the au pair program rules about extra payments,
11 aside from the weekly payment?
12 A  I remember they said something about
13 extra time, but I don't remember what exactly they
14 say, if you were allowed or not to do it. I really
15 don't -- this occasion was because it was an
16 emergency. So I think it wasn't something that you
17 could do, otherwise we would have done it more.
18 Q  Did you receive any gifts from the Boehne
19 family during your placement?
20 A  Yes.
21 Q  What did you receive?
22 A  I don't remember. It was for Christmas
23 and, you know, birthday.
24 Q  You said you don't recall individual
25 gifts?

## 135

1  A  The thing is, I have a close relationship
2  with them and I have been with them other Christmas
3  and other birthdays, so they have gave me after
4  the -- all the presents. So I -- I can't tell which
5  one was which.
6  Q  Got you. So it's hard to remember which
7  --
8  A  Yeah. I don't -- I mean, it was seven
9  years ago. I don't remember what it was.
10 Q  Understood. You mentioned that you were
11 able to use the Boehne car for personal purposes?
12 A  Yes.
13 Q  Okay. Did you just need to have prior
14 permission?
15 A  Yes.
16 Q  Okay.
17 MR. VALDIVIESO:  I'm going to -- I'm
18 going to leave an objection to form. It might be
19 too late, but I'm going to leave it anyways.
20 BY MR. TUCKER:
21 Q  When you used the car for personal
22 purposes, did you pay for the gasoline?
23 A  Yes.
24 Q  Is that every time you used it?
25 A  Yeah. I had to -- so when I used the

## 136

1  car, I will, you know, see where the line for the
2  gas was. So after -- it was a gas station just
3  around the corner from the house or close to it, so
4  I will -- you know, when I was on the way home, I
5  would park, get the gas, and get the line where it
6  was when I took the car, so...
7  Q  Did the Boehne family provide you with a
8  cell phone during your placement?
9  A  Yes.
10 Q  Okay. Did you use the cell phone for
11 personal purposes?
12 A  Yes, to call my friends.
13 Q  Okay. Did you use it for -- you know, as
14 part of your duties as well?
15 A  Yeah. The -- the reason why they give me
16 the phone, it was because if I needed -- she needed
17 to contact me, you know, if I was out with the kids
18 or there was an emergency, I was able to have a
19 phone so I could call her or she could call me. But
20 that was the reason why they give it to me. It
21 wasn't just to enjoy, you know, to have a phone.
22 She -- it was part of the family plan -- family
23 plan, so she added another line for me.
24 Q  And -- and she, Ms. Boehne, paid for that
25 line?