**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**PLAINTIFFS' MOTION FOR LEAVE TO RESTRICT  PUBLIC ACCESS (LEVEL ONE) TO CERTAIN APPENDICES IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DECERTIFY THE FLSA CLASSES [ECF No. 1095]**

Plaintiffs, on behalf of themselves and those similarly situated (hereinafter "Plaintiffs"), by and through their counsel, and pursuant to D.C. Colo. L. Civ. R. 7.2, hereby respectfully submit this Motion to Restrict Public Access under Level 1, to certain of the appendices filed by Plaintiffs in Support of Their Consolidated Opposition to Defendants' Motions to Decertify the FLSA Classes (ECF No. 1095).

1. Pursuant to D.C. Colo. L. Civ R. 7.1(a), Plaintiffs conferred with counsel for Defendants on June 20, 2018. Counsel from Go Au Pair, Cultural Care, and AIFS indicated that it would be moving to restrict Appendices A, B, and D, (ECF Nos. 1095-1, 1095-2, and 1095-4, respectively) along with certain other of Plaintiffs' filings. Plaintiffs' counsel subsequently informed counsel for all Defendants that it would file the instant motion to restrict public access under Level 1 to portions of Appendices C and E (ECF Nos. 1095-3 and 1095-5, respectively). Counsel for Go Au Pair and Expert Au Pair notified Plaintiffs that they did not oppose the relief requested herein. Counsel for the remaining Defendants did not respond before the filing of this motion.

2. Plaintiffs submitted Appendices in Support of Their Consolidated Opposition to Defendants' Motions to Decertify the FLSA Classes as ECF No. 1095.

3. All parties to this Action have stipulated to a protective order consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000). ECF No. 305.

4. The Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant

to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." ECF No. 305.

5. In accordance with D.C. Colo. L. Civ. R. 7.2(c), Plaintiffs identify the documents for which restriction is sought and the interest to be protected as follows:

   a. Plaintiffs move to restrict the enumerated portions of the following documents in order to protect the personal privacy interest of the *au pairs* involved in this lawsuit, the personal privacy interest of non-party host families and the identity of minors:

**Appendix C (ECF No. 1095-3)**

**Elina Lubnevska**

| Page:Line |
|---|
| 4:15-16 |
| 20:1-10 |
| 21:2-18 |
| 33:2-34:3 |

**Jessica Pardim Araujo**

| Page:Line |
|---|
| 12:4-21 |
| 31:6-33:3 |
| 43:25-44:6 |
| 45:11-46:16 |
| 51:8-52:1 |
| 53:14-22 |
| 66:19-67:9 |
| 69:12-71:1 |
| 82:19-20 |

**Charlotte Woolgar**

| Page:Line |
|---|
| 37:22-38:4 |
| 46:17-47:22 |

**Courtney Louise Flynn**

4

| Page:Line |
|---|
| 5:2-4 |
| 20:21-21:3 |
| 21:13-24 |
| 31:18-32:5 |
| 37:2-3 |
| 40:3-8 |
| 41:16-42:9 |
| 50:24-51:3 |
| 58:9-61:7 |

**Lara Bergmann**

| Page:Line |
|---|
| 7:5-6 |
| 25:12 |
| 25:20 |
| 33:8 |
| 43:23 |
| 44:9-10 |
| 45:22 |

**Patricia Rangel Parra**

| Page:Line |
|---|
| 26:7-11 |
| 26:17-22 |
| 29:23-30:1 |
| 31:24-32:10 |
| 59:17 |

**Appendix E (ECF No. 1095-5)**

**Alejandra Marcela Garcia Vasquez**

| Page:Line |
|---|
| 17:22-25 |
| 19:17-20:14 |
| 21:20-25 |
| 23:8-11 |
| 24:14-26:1 |
| 27:17-22 |
| 28:4-8 |

| |
|---|
| 32:22-25 |
| 34:11-35:10 |
| 35:18-36:22 |
| 38:21-39:3 |
| 39:24-40:4 |
| 40:11-15 |
| 40:24-41:9 |
| 42:18-43:13 |
| 46:3-21 |

**Lucie Vocetkova**

| Page:Line |
|---|
| 10:4-9 |
| 26:7-10 |
| 30:20-25 |
| 33:4-37:23 |
| 37:24-38:1 |
| 43:13-44:2 |
| 45:14-46:11 |
| 57:1-58:2 |
| 58:6-14 |
| 58:18-61:7 |
| 61:11-65:2 |
| 68:23-69:4 |
| 74:13-24 |

**Wendy Paola Rivera Arias**

| Page:Line |
|---|
| 12:1-12 |
| 26:22-27:1 |
| 27:9-18 |
| 31:5-33:20 |
| 38:25-39:20 |
| 40:20-43:21 |
| 47:1-49:7 |
| 56:2-8 |

**Gorana Momcicevic**

| Page:Line |
|---|
| 5:13-18 |
| 11:25-12:7 |

| Page:Line |
|---|
| 12:10-11 |
| 21:13-15 |
| 31:5-8 |
| 32:7-18 |
| 38:12-42:13 |
| 42:17-44:1 |
| 44:13-17 |
| 45:12-21 |
| 46:23-47:9 |
| 47:25-48:22 |
| 52:18-57:11 |
| 58:20-25 |
| 65:21-67:19 |
| 68:24-69:18 |
| 70:16-71:11 |
| 72:2-10 |
| 72:14-17 |
| 72:22-73:5 |
| 73:11-74:17 |
| 75:6-18 |
| 76:3-9 |

**Nayara Calvo Gomes**

| Page:Line |
|---|
| 10:21-25 |
| 11:1-12:5 |
| 25:4-8 |
| 30:21-32:8 |
| 32:14-21 |
| 33:9-35:21 |
| 40:7-41:19 |
| 43:10-44:2 |
| 45:1-49:21 |
| 51:5-25 |
| 58:23-59:23 |
| 65:6-14 |
| 65:19-66:1 |

**Laura Camila Barriga Rodriguez**

| Page:Line |
|---|
| 26:18-25 |
| 30:6-31:3 |

| Page:Line |
|---|
| 45:5-22 |
| 46:15-22 |
| 48:13-21 |
| 49:22-50:5 |
| 56:8-59:13 |
| 59:17-21 |
| 68:16-69:5 |
| 73:18-74:18 |
| 84:3-85:24 |
| 89:13-90:3 |
| 93:5-94:5 |

**Mylene Gry**

| Page:Line |
|---|
| 36:9-12 |
| 36:25-37:4 |
| 45:14-46:23 |
| 47:7-21 |
| 48:6-19 |
| 53:10-24 |
| 57:1-7 |
| 57:13-24 |
| 74:24-25 |

**Mariane Melo Ridgeway**

| Page:Line |
|---|
| 15:25-16:11 |
| 41:18-46:23 |
| 51:21-52:1 |
| 52:13-14 |
| 53:11-54:17 |
| 54:24-55:18 |
| 56:25-58:13 |
| 58:17-59:5 |
| 59:17-60:6 |
| 62:18-63:14 |
| 67:23-69:22 |
| 72:1-5 |
| 83:2-24 |
| 85:19-86:4 |
| 86:24-87:2 |

| |
|---|
| 87:8-17 |
| 90:4-7 |
| 90:14-22 |
| 91:2-92:24 |

**Sara Mejia Alvarez**

| Page:Line |
|---|
| 12:21-13:3 |
| 37:14-18 |
| 37:25-40:24 |
| 41:24-43:4 |
| 44:20-45:6 |
| 70:1-15 |

**Tiffany Herzog**

| Page:Line |
|---|
| 32:18-33:11 |
| 36:3-39:3 |
| 42:19-21 |
| 46:25-47:13 |
| 52:3-53:3 |
| 60:22-61:1 |
| 65:14-66:22 |
| 72:6-73:4 |

**Lady Milena Dederle Rodriguez**

| Page:Line |
|---|
| 34:6-18 |
| 37:23-25 |
| 38:6-42:23 |
| 43:9-44:24 |
| 45:2-12 |
| 51:5-13 |
| 53:17-54:3 |
| 55:7-9 |
| 57:25-58:6 |
| 58:11-19 |
| 63:21-64:1 |
| 65:6-67:25 |

**Mineline Martins**

| Page:Line |
|---|
| 43:6-23 |
| 48:2-6 |
| 48:13-17 |
| 50:13-51:15 |
| 52:2-53:19 |
| 65:16-66:6 |

6. Therefore, Plaintiffs submit redacted copies of ECF Nos. 1095-3 and 1095-5, attached hereto as Appendices C and E respectively. These redacted copies would protect confidential information, and may be made available for public viewing.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Court issue an Order restricting public access under Level 1, to ECF No 1095 and accept the redacted versions for public filing.

Dated: June 20, 2018

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

/s/ *Byron Pacheco*
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com

jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

TOWARDS JUSTICE
Alexander Hood
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on June 20, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Byron Pacheco*
Byron Pacheco