**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS; ALEXANDRA IVETTE GONZALEZ;
SARAH CAROLINE AZUELA RASCON; LAURA MEJIA JIMENEZ;
JULIANE HARNING; NICOLE MAPLEDORAM;
CATHY CARAMELO; LINDA ELIZABETH;
CAMILA GABRIELA PEREZ REYES;

and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.; USAUPAIR, INC.;
GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC.,
DBA EXPERT AUPAIR; EURAUPAIR INTERCULTURAL CHILD CARE
PROGRAMS; CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.; AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
ASSOCIATES IN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**DEFENDANT CULTURAL CARE, INC.'S RESPONSE TO
SUPPLEMENT TO PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT [ECF NO. 1099]**

Defendant Cultural Care, Inc., d/b/a Cultural Care Au Pair ("Cultural Care") submits this brief statement in response to the June 8, 2018 Supplement to Plaintiffs' Motion for Partial Summary Judgment, ECF No. 1099 (the "Supplement"). In light of the Court's June 19, 2018 Order denying the parties' respective motions for summary judgment, ECF No. 1102, the parties' supplemental briefs in support of summary judgment filed pursuant to the May 2, 2018 stipulation and order, ECF No. 1058, appear to have been mooted. Out of an abundance of caution and to avoid any suggestion of waiver, Cultural Care responds as follows to the Supplement.

The Supplement joins named Plaintiffs Linda Elizabeth and Cathy Caramelo to Plaintiffs' prior summary judgment briefing and argues that these Plaintiffs should share the benefit of any ruling or determination made by the Court concerning that motion. If and to the extent that these new Plaintiffs may be considered to have moved for summary judgment independently of Plaintiffs' [Corrected] Motion for Partial Summary Judgment, ECF No. 915, and such motions have not been denied already by the Court's June 19, 2018 Order, Cultural Care incorporates by reference its brief in opposition to Plaintiffs' summary judgment, ECF No. 937, and requests denial of these new Plaintiffs' motions.

Dated: June 22, 2018                    Respectfully Submitted,


*s/ Diane R. Hazel*
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane R. Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000

*Attorneys for Cultural Care, Inc.*

## **CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on June 22, 2018, I have caused to be electronically filed the foregoing DEFENDANT CULTURAL CARE, INC.'S RESPONSE TO SUPPLEMENT TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 1099] with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record, including the following:

Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Randall W. Jackson (rjackson@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Joshua J. Libling (jlibling@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Sabria A. McElroy (smcelroy@bsfllp.com)
Sean P. Rodriguez (srodriguez@bsfllp.com)
Juan P. Valdivieso (jvaldivieso@bsfllp.com)
Boies Schiller & Flexner, LLP

Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver

*Attorneys for Plaintiffs*

                                        *s/ Diane R. Hazel*
                                          Diane R. Hazel