Case No. 1:14-cv-03074-CMA-KMT   Document 1109   filed 06/22/18   USDC Colorado   pg 1 of 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**NOTICE REGARDING PLAINTIFFS' RESPONSE TO CULTURAL CARE'S AND APIA'S SUPPLEMENTAL BRIEFS IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 1097 & 1098]**

On June 8, 2018, Defendants Cultural Care, Inc. and American Institute for Foreign Study d/b/a Au Pair in America ("APIA") filed supplemental briefs (ECF Nos. 1097, 1098) in support of their summary judgment motions (ECF Nos. 860, 879).  On June 19, 2018, the Court denied all pending summary judgment motions, including those motions for which Cultural Care and APIA had submitted supplemental briefing.  *See* ECF No. 1102.  Plaintiffs contest the arguments made by Cultural Care and APIA in their supplemental briefs, but given that there are no summary judgment motions pending, there is nothing for Plaintiffs to oppose at this time.  Plaintiffs reserve the right to address the issues raised in Cultural Care's and APIA's supplemental briefs should the Court request additional briefing, or should the summary judgment motions be renewed at some future time.

Dated: June 22, 2018

    Respectfully Submitted,

    BOIES SCHILLER FLEXNER LLP

    /s/  Joshua J. Libling
    Matthew L. Schwartz
    Peter M. Skinner
    Randall W. Jackson
    Dawn L. Smalls
    Joshua J. Libling
    Byron Pacheco
    575 Lexington Avenue
    New York, New York 10022
    Tel: (212) 446-2300
    Fax: (212) 446-2350
    mlschwartz@bsfllp.com
    pskinner@bsfllp.com
    rjackson@bsfllp.com
    dsmalls@bsfllp.com
    jlibling@bsfllp.com
    bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

TOWARDS JUSTICE
Alexander Hood
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on June 22, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Joshua J. Libling*
　　　　　　　　　　　　　　　　　　　　　　　Joshua J. Libling