# Exhibit 1

### The family

**Mother**

Name: REDACTED
Company: REDACTED
Marital status: Married
Industry: REDACTED

**Father**

Name: REDACTED
Company: REDACTED
Marital status: Married
Industry: REDACTED

**Child 1**

First name: REDACTED
Last name: REDACTED
Birth date: REDACTED
Gender: Female
Will the au pair be caring for this child? No
Does this child have special needs? REDACTED
Please tell us about your child's personality and interests. Also include any specific dietary, behavioral or other challenges your au pair might need to know about: REDACTED REDACTED

**Child 2**

First name: REDACTED
Last name: REDACTED
Birth date: REDACTED
Gender: Male
Will the au pair be caring for this child? Yes
Does this child have special needs? REDACTED
Please tell us about your child's personality and interests. Also include any specific dietary, behavioral or other challenges your au pair might need to know about: REDACTED REDACTED

**Child 3**

First name: REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


EXHIBIT 7

CC00035821

**Monday**

**7.00 AM to 8.30 AM** Assist two youngest boys with school prep - breakfast, pack lunch and backpacks.

**3.30 PM to 7.30 PM** be home for kids to get off bus, make snack, prompt to do homework, make dinner

**9.00 AM to 11.00 AM** kids laundry's and general straightening

**Total: 7.30 hours**

**Tuesday**

**7.00 AM to 8.30 AM** Assist two youngest boys with school prep - breakfast, pack lunch and backpacks.

**3.30 PM to 7.30 PM** be home for kids to get off bus, make snack, prompt to do homework, make dinner

**9.00 AM to 11.00 AM** kids laundry's and general straightening

**12.30 PM to 2.30 PM** grocery shopping and errands

**Total: 9.30 hours**

**Wednesday**

**7.00 AM to 8.30 AM** Assist two youngest boys with school prep - breakfast, pack lunch and backpacks.

**3.30 PM to 7.30 PM** be home for kids to get off bus, make snack, prompt to do homework, make dinner

**9.00 AM to 11.00 AM** kids laundry's and general straightening

**Total: 7.30 hours**

**Thursday**

**7.00 AM to 8.30 AM** Assist two youngest boys with school prep - breakfast, pack lunch and backpacks.

**3.30 PM to 7.30 PM** be home for kids to get off bus, make snack, prompt to do homework, make dinner

**9.00 AM to 11.00 AM** kids laundry's and general straightening

**12.30 PM to 2.30 PM** grocery shopping and errands

**Total: 9.30 hours**

**Friday**

**Total: 0.0 hours**

**Saturday**

**Total: 0.0 hours**

**Sunday**

**Total: 0.0 hours**

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00035826

Total for the whole week: **34.0 hours**

# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00035827