# Exhibit 2

## The family

### Father

**Name:** REDACTED
**Company:** REDACTED
**Marital status:** Married
**Industry:** REDACTED

### Mother

**Name:** REDACTED
**Company:** REDACTED
**Marital status:** Married
**Industry:** REDACTED

### Child 1

**First name:** REDACTED
**Last name:** REDACTED
**Birth date:** REDACTED
**Gender:** Female
**Will the au pair be caring for this child?** Yes
**Does this child have special needs?** REDACTED
**Please tell us about your child's personality and interests. Also include any specific dietary, behavioral or other challenges your au pair might need to know about:** REDACTED
REDACTED



DEFENDANT'S EXHIBIT 5 BS 2-13-18

### Child 2

**First name:** REDACTED
**Last name:** REDACTED
**Birth date:** REDACTED
**Gender:** Male
**Will the au pair be caring for this child?** Yes
**Does this child have special needs?** REDACTED
**Please tell us about your child's personality and interests. Also include any specific dietary, behavioral or other challenges your au pair might need to know about:** REDACTED
REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00037811

# REDACTED

## Schedule: REDACTED family

**Monday**

**2.15 PM to 7.30 PM** During the school year this is the au pair's regular schedule. Her day begins with picking the children up at school at 2:45 - the school is a few miles away and so she would leave by 2:30. During after school hours she will give the children a snack, help with homework, give them dinner and make them take baths/showers (only REDACTED needs help). On some days the children have activities or playdates after school and the au pair would drive them to activities or to playdates, or have another child at our house for a play date.

**8.00 AM to 9.00 AM** Two or three days each week (usually Mondays and Wednesdays), our au pair drives the children to school and drops mom off at the train station. Once that is done, she is free until the children are dismissed from school.

**Total: 6.15 hours**

**Tuesday**

**2.15 PM to 7.30 PM** During the school year this is the au pair's regular schedule. Her day begins with picking the children up at school at 2:45 - the school is a few miles away and so she would leave by 2:30. During after school hours she will give the children a snack, help with homework, give them dinner and make them take baths/showers (only REDACTED needs help). On some days the children have activities or playdates after school and the au pair would drive them to activities or to playdates, or have another child at our house for a play date.

**Total: 5.15 hours**

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

CC00037816

**Wednesday**

**12.30 PM to 7.30 PM** During the school year the schedule is different because the children get picked up at school at 12:45 instead of 2:45. During after school hours she will give the children lunch and mid-afternoon snack, help with homework, give them dinner and make them take baths/showers (only REDACTED needs help). On some days the children have activities or playdates after school and the au pair would drive them to activities or to playdates, or have another child at our house for a play date.

**8.00 AM to 9.00 AM** Two or three days each week (usually Mondays and Wednesdays), our au pair drives the children to school and drops mom off at the train station. Once that is done, she is free until the children are dismissed from school.

**Total: 8.0 hours**

**Thursday**

**2.15 PM to 7.30 PM** During the school year this is the au pair's regular schedule. Her day begins with picking the children up at school at 2:45 - the school is a few miles away and so she would leave by 2:30. During after school hours she will give the children a snack, help with homework, give them dinner and make them take baths/showers (only REDACTED needs help). On some days the children have activities or playdates after school and the au pair would drive them to activities or to playdates, or have another child at our house for a play date.

**Total: 5.15 hours**

**Friday**

**2.15 PM to 7.30 PM** During the school year this is the au pair's regular schedule. Her day begins with picking the children up at school at 2:45 - the school is a few miles away and so she would leave by 2:30. During after school hours she will give the children a snack, help with homework, give them dinner and make them take baths/showers (only REDACTED needs help). On some days the children have activities or playdates after school and the au pair would drive them to activities or to playdates, or have another child at our house for a play date.

**Total: 5.15 hours**

**Saturday**

**Total: 0.0 hours**

**Sunday**

**Total: 0.0 hours**

Total for the whole week: **30.0 hours**

**REDACTED**

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

CC00037817