# Exhibit 3



## The family

### Mother

**Name:** REDACTED
**Marital status:** Married
**Industry:** REDACTED

### Father

**Name:** REDACTED
**Company:** REDACTED
**Marital status:** Married
**Industry:** REDACTED

### Child 1

**First name:** REDACTED
**Last name:** REDACTED
**Birth date:** REDACTED
**Gender:** Female
**Will the au pair be caring for this child?** Yes
**Does this child have special needs?** REDACTED
**Please tell us about your child's personality and interests. Also include any specific dietary, behavioral or other challenges your au pair might need to know about** REDACTED

REDACTED

### Child 2

**First name:** REDACTED
**Last name:** REDACTED
**Birth date:** REDACTED
**Gender:** Female
**Will the au pair be caring for this child?** Yes
**Does this child have special needs?** REDACTED
**Please tell us about your child's personality and interests. Also include any specific dietary, behavioral or other challenges your au pair might need to know about:** REDACTED

REDACTED

### Child 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# REDACTED

## Schedule: REDACTED family

**Monday**

**6.30 AM to 8.30 AM** Get kids up and ready for school...breakfast, lunches packed, to bus stop.

**3.30 PM to 7.00 PM** Pick up kids from school/bus stop. Assist with homework completion. Transport to/from after-school activities. Dinner prep for AP/kids.

**Total: 5.30 hours**

**Tuesday**

**6.30 AM to 8.30 AM** Get kids up and ready for school...breakfast, lunches packed, to bus stop.

**3.30 PM to 7.00 PM** Pick up kids from school/bus stop. Assist with homework completion. Transport to/from after-school activities. Dinner prep for AP/kids.

**Total: 5.30 hours**

**Wednesday**

**6.30 AM to 8.30 AM** Get kids up and ready for school...breakfast, lunches packed, to bus stop.

**3.30 PM to 7.00 PM** Pick up kids from school/bus stop. Assist with homework completion. Transport to/from after-school activities. Dinner prep for AP/kids.

**Total: 5.30 hours**

**Thursday**

**6.30 AM to 8.30 AM** Get kids up and ready for school...breakfast, lunches packed, to bus stop.

**3.30 PM to 7.00 PM** Pick up kids from school/bus stop. Assist with homework completion. Transport to/from after-school activities. Dinner prep for AP/kids.

**Total: 5.30 hours**

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

CC00037878

**Friday**

**6.30 AM to 8.30 AM** Get kids up and ready for school...breakfast, lunches packed, to bus stop.

**3.30 PM to 7.00 PM** Pick up kids from school/bus stop. Assist with homework completion. Transport to/from after-school activities. Dinner prep for AP/kids.

**Total: 5.30 hours**

**Saturday**

**8.00 AM to 12.00 PM** Not every Saturday but a few during the year, kids have sports events while REDACTED is on call and AP may be asked to serve as back up if REDACTED working.

**Total: 4.0 hours**

**Sunday**

**Total: 0.0 hours**

Total for the whole week: **31.30 hours**

REDACTED

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY** CC00037879