# Exhibit 4

## Contact information

REDACTED

**Best phone number to call:**REDACTED
**Home phone:**REDACTED
**Email address:**REDACTED
**Street address:**REDACTED
**City:** REDACTED
**State:** MA
**Zip code:** REDACTED
**Skype username:**REDACTED

## The family

**Mother**

**Name:**REDACTED
**Mobile phone:**REDACTED
**Work phone:**
**Email address**REDACTED
**Company:**
**Marital status:** Married
**Industry:**REDACTED

**Father**

**Name:**REDACTED
**Mobile phone:**REDACTED
**Work phone:**
**Email address:**
**Company:**
**Marital status:** Married
**Industry:**REDACTED

**Child 1**

**First name:**REDACTED
**Last name:**REDACTED
**Birth date:**REDACTED
**Gender:** Female
**Will the au pair be caring for this child?** Yes
**Does this child have special needs?** REDACTED
**Please tell us about your child's personality and interests. Also include any specific dietary.
behavioral or other challenges your au pair might need to know about:**REDACTED



EXHIBIT
6
2.24.18

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CC00038115

REDACTED

## Schedule: REDACTED family

**Monday**

**6.30 AM to 7.30 AM** Wake daughter at 6:30 am get her ready for school ( feed her breakfast, dress her, brush teeth)

**7.30 AM to 8.00 AM** take daughter to school on Train

**3.00 PM to 5.00 PM** pick up daughter from school have snack and play for afternoon until parents get home from work

**1.45 PM to 2.45 PM** grocery shopping, tiding up etc.

**Total: 4.30 hours**

**Tuesday**

**6.30 AM to 7.30 AM** Wake daughter at 6:30 am get her ready for school ( feed her breakfast, dress her, brush teeth)

**7.30 AM to 8.00 AM** take daughter to school on Train

**3.00 PM to 5.00 PM** pick up daughter from school have snack and play for afternoon until parents get home from work

**1.45 PM to 2.45 PM** grocery shopping, tiding up etc.

**Total: 4.30 hours**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

CC00038119

**Wednesday**

**6.30 AM to 7.30 AM** Wake daughter at 6:30 am get her ready for school ( feed her breakfast, dress her, brush teeth)

**7.30 AM to 8.00 AM** take daughter to school on Train

**3.00 PM to 5.00 PM** pick up daughter from school have snack and play for afternoon until parents get home from work

**Total: 3.30 hours**

**Thursday**

**6.30 AM to 7.30 AM** Wake daughter at 6:30 am get her ready for school ( feed her breakfast, dress her, brush teeth)

**7.30 AM to 8.00 AM** take daughter to school on Train

**3.00 PM to 5.00 PM** pick up daughter from school have snack and play for afternoon until parents get home from work

**1.45 PM to 2.45 PM** grocery shopping, tiding up etc.

**Total: 4.30 hours**

**Friday**

**6.30 AM to 7.30 AM** Wake daughter at 6:30 am get her ready for school ( feed her breakfast, dress her, brush teeth)

**7.30 AM to 8.00 AM** take daughter to school on Train

**3.00 PM to 5.00 PM** pick up daughter from school have snack and play for afternoon until parents get home from work

**1.45 PM to 2.45 PM** grocery shopping, tiding up etc.

**Total: 4.30 hours**

**Saturday**

**6.00 PM to 10.15 PM** 1 -2 times per month watch[REDACTED] so parents can go out for date night.

**Total: 4.15 hours**

**Sunday**

**Total: 0.0 hours**

Total for the whole week: **25.45 hours**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

CC00038120