# Exhibit 5

## The family

**Father**

Name: REDACTED
Marital status: Divorced
Industry: REDACTED

**Mother**

Name: REDACTED
Company: REDACTED
Industry: REDACTED

**Child 1**

First name: REDACTED
Birth date: REDACTED
Gender: Female
Will the au pair be caring for this child? Yes
Does this child have special needs? REDACTED
Please tell us about your child's personality and interests. Also include any specific dietary, behavioral or other challenges your au pair might need to know about: REDACTED

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00035878

**REDACTED**

## Schedule: REDACTED family

**Monday**

**7.00 AM to 8.00 AM** Help ᴿᴱᴰᴬᶜᵀᴱ get ready for school; Make her lunch; drop her to school.

**4.30 PM to 8.30 PM** Homework and dinner

**Total: 5.0 hours**

**Tuesday**

**7.00 AM to 8.00 AM** Help ᴿᴱᴰᴬᶜᵀᴱ get ready for school; Make her lunch; drop her to school.

**3.00 PM to 6.00 PM** Homework and dinner

**Total: 4.0 hours**

**Wednesday**

**7.00 AM to 8.00 AM** Help ᴿᴱᴰᴬᶜᵀᴱ get ready for school; Make her lunch; drop her to school.

**12.00 PM to 6.00 PM** Homework and play

**6.30 PM to 8.00 PM** Soccer practice

**Total: 8.30 hours**

**Thursday**

**7.00 AM to 8.00 AM** Help ᴿᴱᴰᴬᶜᵀᴱ get ready for school; Make her lunch; drop her to school.

**3.00 PM to 7.00 PM** Homework and play time

**Total: 5.0 hours**

**Friday**

**7.00 AM to 8.00 AM** Help ᴿᴱᴰᴬᶜᵀᴱ get ready for school; Make her lunch; drop her to school.

**3.00 PM to 7.00 PM** Play

**Total: 5.0 hours**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00035884

**Saturday**

**10.00 AM to 2.30 PM** (This varies - sometime I go to the gym Saturday morning and need a few hours help) Play or the Zoo

**Total: 4.30 hours**

**Sunday**

**Total: 0.0 hours**

Total for the whole week: **32.0 hours**

# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00035885