# Exhibit 6

## The family

### Father

**Name:** REDACTED
**Marital status:** Married
**Industry:** REDACTED

### Mother

**Name:** REDACTED
**Marital status:** Married
**Industry:** REDACTED

### Child 1

**First name:** REDACTED
**Last name:** REDACTED
**Birth date:** REDACTED
**Gender:** Male
**Will the au pair be caring for this child?** Yes
**Does this child have special needs?** REDACTED
**Please tell us about your child's personality and interests. Also include any specific dietary, behavioral or other challenges your au pair might need to know about:** REDACTED

REDACTED

### Child 2

**First name:** REDACTED
**Last name:** REDACTED
**Birth date:** REDACTED
**Gender:** Female
**Will the au pair be caring for this child?** Yes
**Does this child have special needs?** REDACTED
**Please tell us about your child's personality and interests. Also include any specific dietary, behavioral or other challenges your au pair might need to know about** REDACTED

REDACTED

# REDACTED

## Schedule: REDACTED family

**Monday**

**7.15 AM to 8.30 AM** Help the kids get up, eat breakfast, get dressed, and get on the school bus.

**3.45 PM to 5.00 PM** Get the kids from their buses, get them a snack, and help them do any homework (they usually don't have much.)

**Total: 2.30 hours**

**Tuesday**

**7.15 AM to 8.30 AM** Help the kids get up, eat breakfast, get dressed, and get on the school bus.

**3.45 PM to 5.00 PM** Get the kids from their buses, get them a snack, and help them do any homework (they usually don't have much.)

**Total: 2.30 hours**

**Wednesday**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00035941

**7.15 AM to 8.30 AM** Help the kids get up, eat breakfast, get dressed, and get on the school bus.

**3.45 PM to 5.00 PM** Get the kids from their buses, get them a snack, and help them do any homework (they usually don't have much.)

**7.00 PM to 9.00 PM** <sup>REDACTED</sup> and <sup>REDACTED</sup> sometimes go out to dinner.

**Total: 4.30 hours**

**Thursday**

**7.15 AM to 8.30 AM** Help the kids get up, eat breakfast, get dressed, and get on the school bus.

**3.45 PM to 5.00 PM** Get the kids from their buses, get them a snack, and help them do any homework (they usually don't have much.)

**8.45 AM to 11.00 AM** Wash and dry the kids' clothes, sheets, and towels. As soon as the dryer is done, pull all the clothes out and spread them out flat so they don't wrinkle.

**Total: 4.45 hours**

**Friday**

**7.15 AM to 8.30 AM** Help the kids get up, eat breakfast, get dressed, and get on the school bus.

**3.45 PM to 5.00 PM** Get the kids from their buses, get them a snack, and help them do any homework (they usually don't have much.)

**Total: 2.30 hours**

**Saturday**

**5.00 PM to 9.00 PM** Sometimes we need childcare on Friday nights or Saturdays if <sup>REDACTED</sup> or <sup>REDACTED</sup> have plans. We try to let you know well in advance if we are going to make plans on Friday nights or Saturdays/Sat. nights. Work with us -- if you have something important that you want to plan, let us know so that we can try to plan around each other.

**Total: 4.0 hours**

**Sunday**

**Total: 0.0 hours**

Total for the whole week: **20.45 hours**

**REDACTED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00035942