# Exhibit 7

## Contact information

**Best phone number to call:** REDACTED
**Home phone:** REDACTED
**Email address:** REDACTED
**Street address:** REDACTED
**City:** REDACTED
**State:** VA
**Zip code:** REDACTED
**Skype username** REDACTED

REDACTED

## The family

### Mother

**Name:** REDACTED
**Mobile phone:** REDACTED
**Work phone:**
**Email address:** REDACTED
**Company:**
**Marital status:** Married
**Industry:** REDACTED

### Father

**Name:** REDACTED
**Mobile phone:** REDACTED
**Work phone:**
**Email address:** REDACTED
**Company:**
**Marital status:** Married
**Industry:** REDACTED

### Child 1

**First name:** REDACTED
**Last name:** REDACTED
**Birth date:** REDACTED
**Gender:** Female
**Will the au pair be caring for this child?** Yes
**Does this child have special needs?** REDACTED
**Please tell us about your child's personality and interests. Also include any specific dietary, behavioral or other challenges your au pair might need to know about** REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**REDACTED**

Schedule: REDACTED family

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00036337

**Monday**

**4.30 PM to 7.30 PM** after school activities. this schedule is a little flexible and varies by week. April - June is mostly after school. July -Aug is mostly day time.

**Total: 3.0 hours**

**Tuesday**

**7.00 AM to 8.45 AM** get kids ready for school

**4.30 PM to 7.30 PM** after school activities. this schedule is a little flexible and varies by week. April - June is mostly after school. July -Aug is mostly day time.

**Total: 4.45 hours**

**Wednesday**

**7.00 AM to 8.45 AM** get kids ready for school

**4.30 PM to 7.30 PM** after school activities. this schedule is a little flexible and varies by week. April - June is mostly after school. July -Aug is mostly day time.

**Total: 4.45 hours**

**Thursday**

**7.00 AM to 8.45 AM** get kids ready for school

**4.30 PM to 7.30 PM** after school activities. this schedule is a little flexible and varies by week. April - June is mostly after school. July -Aug is mostly day time.

**Total: 4.45 hours**

**Friday**

**7.00 AM to 8.45 AM** get kids ready for school

**Total: 1.45 hours**

**Saturday**

**9.00 AM to 3.00 PM** On Sat or Sun we will usually need help for 1 day a weekend

**Total: 6.0 hours**

**Sunday**

**Total: 0.0 hours**

Total for the whole week: **25.0 hours**

**REDACTED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00036338