# Exhibit 8

## The family

**Father**

**Name:** REDACTED
**Company:** REDACTED
**Marital status:** Married
**Industry:** REDACTED

**Mother**

**Name:** REDACTED
**Company:** REDACTED
**Marital status:** Married
**Industry:** REDACTED

**Child 1**

**First name:** REDACTED
**Birth date:** REDACTED
**Gender:** Male
**Will the au pair be caring for this child?** Yes
**Does this child have special needs?** REDACTED
**Please tell us about your child's personality and interests. Also include any specific dietary, behavioral or other challenges your au pair might need to know about:** REDACTED

REDACTED

**Child 2**

**First name:** REDACTED
**Birth date:** REDACTED
**Gender:** Male
**Will the au pair be caring for this child?** Yes
**Does this child have special needs?** REDACTED
**Please tell us about your child's personality and interests. Also include any specific dietary, behavioral or other challenges your au pair might need to know about:** REDACTED

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# REDACTED

**Schedule:** REDACTED **family**

**Monday**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00037600

**5.00 AM to 8.30 AM**<sup>REDACTED</sup> and I leave for the gym about 5am 2-3 days a week. The kids don't need to wake up until 6:30, and they probably won't wake up before then. You'll be able to sleep until you need to wake the boys up. Then you'll feed them breakfast, get them dressed and ready, and bring them to school!

**2.00 PM to 3.00 PM** Take Lola (our dog) for a walk or to the dog park! I'll put an hour on the schedule everyday to give Lola exercise, but you're free to do it anytime while the kids are at school.

**3.00 PM to 6.00 PM** Pick the kids up from school! Then you'll have playdates, hang out around the house, and do homework.

**Total: 7.30 hours**

**Tuesday**

**7.00 AM to 8.30 AM** We'll wake up with the kids and get them started with breakfast. At 7, we'll leave for work and you'll get them dressed, ready and off to school!

**2.00 PM to 3.00 PM** Take Lola (our dog) for a walk or to the dog park! I'll put an hour on the schedule everyday to give Lola exercise, but you're free to do it anytime while the kids are at school.

**3.00 PM to 6.00 PM** Pick the kids up from school! Then you'll have playdates, hang out around the house, and do homework.

**Total: 5.30 hours**

**Wednesday**

**5.00 AM to 8.30 AM**<sup>REDACTED</sup> and I leave for the gym about 5am 2-3 days a week. The kids don't need to wake up until 6:30, and they probably won't wake up before then. You'll be able to sleep until you need to wake the boys up. Then you'll feed them breakfast, get them dressed and ready, and bring them to school!

**2.00 PM to 3.00 PM** Take Lola (our dog) for a walk or to the dog park! I'll put an hour on the schedule everyday to give Lola exercise, but you're free to do it anytime while the kids are at school.

**3.00 PM to 6.00 PM** Pick the kids up from school! Then you'll have playdates, hang out around the house, and do homework.

**Total: 7.30 hours**

**Thursday**

**7.00 AM to 8.30 AM** We'll wake up with the kids and get them started with breakfast. At 7, we'll leave for work and you'll get them dressed, ready and off to school!

**2.00 PM to 3.00 PM** Take Lola (our dog) for a walk or to the dog park! I'll put an hour on the schedule everyday to give Lola exercise, but you're free to do it anytime while the kids are at school.

**3.00 PM to 6.00 PM** Pick the kids up from school! Then you'll have playdates, hang out around the house, and do homework.

**Total: 5.30 hours**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00037601

**Friday**

**5.00 AM to 8.30 AM** REDACTED and I leave for the gym about 5am 2-3 days a week. The kids don't need to wake up until 6:30, and they probably won't wake up before then. You'll be able to sleep until you need to wake the boys up. Then you'll feed them breakfast, get them dressed and ready, and bring them to school!

**2.00 PM to 3.00 PM** Take Lola (our dog) for a walk or to the dog park! I'll put an hour on the schedule everyday to give Lola exercise, but you're free to do it anytime while the kids are at school.

**3.00 PM to 6.00 PM** Pick the kids up from school! Then you'll have playdates, hang out around the house, and do homework.

**Total: 7.30 hours**

**Saturday**

**Total: 0.0 hours**

**Sunday**

**Total: 0.0 hours**

Total for the whole week: **33.30 hours**

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                    CC00037602