# Exhibit 9

## Contact information

**Best phone number to call:** REDACTED
**Home phone:** REDACTED
**Email address:** REDACTED
**Street address:** REDACTED
**City:** REDACTED
**State:** VA
**Zip code:** REDACTED
**Skype username:** REDACTED

REDACTED

## The family

### Father

**Name:** REDACTED
**Mobile phone:** REDACTED
**Work phone:** REDACTED
**Email address:** REDACTED
**Company:** REDACTED
**Marital status:** Married
**Industry:** REDACTED

### Mother

**Name:** REDACTED
**Mobile phone:** REDACTED
**Work phone:** REDACTED
**Email address:** REDACTED
**Company:** REDACTED
**Marital status:** Married
**Industry:** REDACTED

### Child 1

**First name:** REDACTED
**Last name:** REDACTED
**Birth date:** REDACTED
**Gender:** Female

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

## Schedule: REDACTED family

**Monday**

**8.00 AM to 8.45 AM** Parents + oldest child leave approximately 7:15. Starting from 8:00, au pair makes lunches and ensures other 2 kids are at school on time (9:00). Rest of morning is free.

**5.00 PM to 8.00 PM** Get kids to/from activities. Prepare dinner (1 day a week). Au pair is welcome to eat dinner with kids or parents as she prefers.

**3.00 PM to 5.00 PM** Kids return from school at 3:00 and 3:45. Ensure kids get a snack and do their homework.

**Total: 5.45 hours**

**Tuesday**

**8.00 AM to 8.45 AM** Parents + oldest child leave approximately 7:15. Starting from 8:00, au pair makes lunches and ensures other 2 kids are at school on time (9:00). Rest of morning is free.

**5.00 PM to 8.00 PM** Get kids to/from activities. Prepare dinner (1 day a week). Au pair is welcome to eat dinner with kids or parents as she prefers.

**3.00 PM to 5.00 PM** Kids return from school at 3:00 and 3:45. Ensure kids get a snack and do their homework.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Total: 5.45 hours**

Wednesday

**8.00 AM to 8.45 AM** Parents + oldest child leave approximately 7:15. Starting from 8:00, au pair makes lunches and ensures other 2 kids are at school on time (9:00). Rest of morning is free.

**5.00 PM to 8.00 PM** Get kids to/from activities. Prepare dinner (1 day a week). Au pair is welcome to eat dinner with kids or parents as she prefers.

**3.00 PM to 5.00 PM** Kids return from school at 3:00 and 3:45. Ensure kids get a snack and do their homework.

**Total: 5.45 hours**

Thursday

**8.00 AM to 8.45 AM** Parents + oldest child leave approximately 7:15. Starting from 8:00, au pair makes lunches and ensures other 2 kids are at school on time (9:00). Rest of morning is free.

**5.00 PM to 8.00 PM** Get kids to/from activities. Prepare dinner (1 day a week). Au pair is welcome to eat dinner with kids or parents as she prefers.

**3.00 PM to 5.00 PM** Kids return from school at 3:00 and 3:45. Ensure kids get a snack and do their homework.

**Total: 5.45 hours**

Friday

**8.00 AM to 8.45 AM** Parents + oldest child leave approximately 7:15. Starting from 8:00, au pair makes lunches and ensures other 2 kids are at school on time (9:00). Rest of morning is free.

**5.00 PM to 8.00 PM** Get kids to/from activities. Prepare dinner (1 day a week). Au pair is welcome to eat dinner with kids or parents as she prefers.

**3.00 PM to 5.00 PM** Kids return from school at 3:00 and 3:45. Ensure kids get a snack and do their homework.

**Total: 5.45 hours**

Saturday

**Total: 0.0 hours**

Sunday

**Total: 0.0 hours**

Total for the whole week: **28.45 hours**

**REDACTED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00036870