**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**DECLARATION OF DAWN L. SMALLS IN SUPPORT OF PLAINTIFFS' MOTION TO
CLARIFY ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT
[ECF No. 1102]**

I, DAWN L. SMALLS, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York and am a Partner with the law firm of Boies Schiller Flexner LLP, counsel for the Plaintiffs and for the Class. I am admitted to practice in New York, Massachusetts, the United States Supreme Court, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States District Court for the Southern and Eastern Districts of New York, the United States District Court for the District of Massachusetts, and the United States District Court for the District of Colorado.

2. The matters stated herein are based on my personal knowledge or upon information and belief, and if called upon to testify, I could and would testify competently thereto.

3. I submit this declaration in support of Plaintiffs' Motion to Clarify Order Denying Motions for Summary Judgment.

4. Attached hereto as Exhibit A is a true and correct copy of the Plaintiffs-Appellants' Response to Motion to Clarify Court Order And Attached Letter to U.S. Department of State, And Statement of Additional Authority, filed June 20, 2018 in *Capron et. al. v. Massachusetts Attorney General, et. al.*, Case No. 17-2140 (1st Cir.).

5. Attached hereto as Exhibit B is a true and correct copy of the Brief of Defendants-Appellees, filed March 21, 2018 in *Capron et. al. v. Massachusetts Attorney General, et. al.*, Case No. 17-2140 (1st Cir.).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of July, 2018, at New York, New York.

                                          Respectfully submitted,

                                           */s/ Dawn L. Smalls*
                                          Dawn L. Smalls
                                          Boies Schiller Flexner LLP
                                          575 Lexington Avenue
                                          New York, NY 10022
                                          Tel. (212) 446-2300
                                          Fax. (212) 446-2350
                                          dsmalls@bsfllp.com

                                          *Counsel for Plaintiffs*