## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

## NOTICE OF FLSA OPT-INS

---

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following person is withdrawing from this suit as party Plaintiff to the Fair Labor Standards Act claim:

1. Katsalai Solomiia

The request to withdraw is attached to this Notice.

Dated: July 20, 2018

Respectfully submitted,

/s/ Dawn Smalls
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

1

mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com


Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2018, I electronically served the foregoing motion on all counsel of record.

                                                   <u>/s/ Dawn Smalls</u>
                                                    Dawn L. Smalls