# Exhibit A

**Au Pair Wage Action**

**Withdrawal Requests Received**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 11167 | C86CCA2H4 | Katsalai Solomiia | Au Pair Care, Inc. |

**From:** Solomiia Katsalai <katslaia@icloud.com>
**Sent:** Monday, July 02, 2018 11:46 AM
**To:** CA - AuPairWageAction
**Subject:** Au pair Lawsuit

Good morning! My name is Solomiia Katsalai and I don't want to be a part of Au Pair Lawsuit anymore. I want to move forward with my life and do not think about my experience with Au Pair program ever again. This Lawsuit causes stress for me and I don't want to be a part of it anymore.

- Solomiia Katsalai

Sent from my iPhone