**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS; ALEXANDRA IVETTE GONZALEZ;
SARAH CAROLINE AZUELA RASCON; LAURA MEJIA JIMENEZ;
JULIANE HARNING; NICOLE MAPLEDORAM;
CATHY CARAMELO; LINDA ELIZABETH;
CAMILA GABRIELA PEREZ REYES;

and those similarly situated,

      Plaintiffs,

v.

INTEREXCHANGE, INC.; USAUPAIR, INC.;
GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC.,
DBA EXPERT AUPAIR; EURAUPAIR INTERCULTURAL CHILD CARE
PROGRAMS; CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.; AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
ASSOCIATES IN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

      Defendants.

---

**MOTION OF MOVING DEFENDANTS[1] FOR STATUS AND SCHEDULING CONFERENCE**

---

[1] All Defendants join in this motion except A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc., d/b/a International Au Pair Exchange. These Defendants do not join in this motion due to scheduling concerns of their counsel Lawrence Stone during the proposed trial period.

1

## CERTIFICATE OF CONFERRAL

As required by D.C.COLO.LCivR 7.1(A), counsel for Cultural Care conferred on behalf of Moving Defendants with Plaintiffs' counsel in good faith regarding the subject of this motion. While the Parties agreed that a Status and Scheduling Conference should be requested, they were unable to reach agreement on other matters requested herein.

## MOTION

Moving Defendants request that the Court set this matter for a status and scheduling conference at the Court's convenience, for the purpose of addressing scheduling and other matters relating to trial. In support of this motion, Moving Defendants state as follows:

1. On June 19, 2018, the Court denied all motions for summary judgment in this case. *See* ECF No. 1102. Moving Defendants therefore began the process of preparing their side of this complex matter for trial.

2. Moving Defendants are familiar with this Court's Civil Practice Standard 43.1E, which governs "Setting the Case for Trial and Pre-Trial Preparations." They respectfully suggest, however, that this unusually complex case involving 26 classes, subclasses, and collective actions against some 15 defendants warrants departure from the ordinary process. Moving Defendants therefore believe, and Plaintiffs have agreed, that it would be beneficial to discuss these matters with the Court.

3. The Court's prior orders allow for 120 days before trial following the final opt-out date (*see* ECF 977 at p. 9).[2] With a final opt-out date of October 3, 2018, the subsequent 120 day notice period would result in a February, 2019 date as the earliest point at which trial could be scheduled under the existing Orders. Moving Defendants propose that a trial date be set shortly thereafter if convenient for the Court. At this time, no Moving Defendant foresees a serious conflict with a trial scheduled between January and May of 2019.

4. Although Moving Defendants are mindful of the presumptive 5-day limitation, they nevertheless believe that six weeks exclusive of jury selection and deliberations, divided evenly by trial hours between Plaintiffs and Defendants, are needed for trial. To ensure that no party is prejudiced by lengthy cross-examination of the other, Moving Defendants request that the division of time be computed on the basis of daily trial time, multiplied by thirty (30) days, and divided in half to arrive at the time allocation for each side.[3]

5. Moving Defendants would be prepared to address the timing and provide the reasons why this length of trial is necessary at the requested status and scheduling

---

[2] Plaintiffs report that notice was sent (1) on July 5, 2018 by email, to class members from 2009-2017 for whom at least one email address was available, and (2) on July 10, 2018, by text message to those class members who could not be contacted by email but for whom at least one telephone number was available. The opt-out deadline for these class members is October 3, 2018. The parties will send out a supplemental notice to additional class members 120 days before trial in compliance with the Court's Order, ECF 977 at p. 9.

[3] Moving Defendants believe that the computation would be 5 hours and 45 minutes/day times 30 days (172.5 hours) ÷ 2 = 86.25 trial hours per side.

3

conference, or in such other manner as the Court may request.  They will also be prepared to discuss trial efficiencies, pre-trial processes, and reasonable deadlines.

WHEREFORE , Moving Defendants respectfully request entry of the Order appended hereto.

Dated: July 31, 2018                                     Respectfully submitted,

 *s/ Diane R. Hazel*
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane R. Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

4

*s/ Kathryn A. Reilly*
Kathryn A. Reilly
(reilly@wtotrial.com)
Brett M. Mull (mull@wtotrial.com)
Natalie E. West
(west@wtotrial.com)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

**Attorneys for Defendants Agent Au Pair, Au Pair International, Inc., Go Au Pair Operations, and American Cultural Exchange, LLC d/b/a Go Au Pair**

*s/ James E. Hartley*
James E. Hartley
(jhartley@hollandhart.com)
Jonathan S. Bender
(jsbender@hollandhart.com)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

Adam A. Hubbard
(aahubbard@hollandhart.com)
Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, CO 80302

**Attorneys for Defendant Cultural Homestay International**

*s/ Susan M. Schaecher*
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

**Attorneys for Defendants APF Global Exchange, NFP**

*s/ Stephen J. Macri*
Stephen J. Macri
(Stephen.macri@ogletree.com)
Joseph B. Cartafalsa
(joseph.cartafalsa@ogletree.com)
Robert M. Tucker
(robert.tucker@ogletree.com)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1745 Broadway, 22nd Floor
New York, NY 10019
(212) 492-2071

*s/ Eric J. Stock*
Eric J. Stock
(estock@gibsondunn.com)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-2301

**Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America**

*s/ Bogdan Enica*
Bogdan Enica
(Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

**Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair**

*s/ Peggy E. Kozal*
Peggy E. Kozal
(pkozal@gordonrees.com)
Thomas Baker Quinn
(tquinn@gordonrees.com)
Nathan A. Huey
(nhuey@gordonrees.com)
Heather K. Kelly
(hkelly@gordonrees.com)
Gordon & Rees LLP
555 17th Street, Suite 3400
Denver, CO 80202

**Attorneys for Defendant AuPairCare, Inc.**

*s/ Martha L. Fitzgerald*
Martha L. Fitzgerald
(mfitzgerald@bhfs.com)
David B. Meschke
(dmeschke@bhfs.com)
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

**Attorneys for Defendant EurAuPair Intercultural Child Care Programs**

*s/ Brooke A. Colaizzi*
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
Joseph Hunt
(jhunt@shermanhoward.com)
Alyssa L. Levy
(alevy@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

***Attorneys for Defendant InterExchange, Inc.***

*s/ William J. Kelly III*
William J. Kelly III
(wkelly@kellywalkerlaw.com)
Chandra Marie Feldkamp
(cfeldkamp@kellywalkerlaw.com)
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

***Attorneys for Defendant USAuPair, Inc.***

*s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
(mrhoades@armstrongteasdale.com)
Martin J. Estevao
(mestevao@armstrongteasdale.com)
1700 Broadway, Suite 2100
Denver, CO 80290-2101
(720) 722-7195

***Attorneys for Defendant GreatAuPair, LLC***

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on July 31, 2018, I have caused to be electronically filed the foregoing MOTION OF MOVING DEFENDANTS FOR STATUS AND SCHEDULING CONFERENCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Randall W. Jackson (rjackson@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Joshua J. Libling (jlibling@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Sabria A. McElroy (smcelroy@bsfllp.com)
Sean P. Rodriguez (srodriguez@bsfllp.com)
Juan P. Valdivieso (jvaldivieso@bsfllp.com)
Boies Schiller & Flexner, LLP

Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver

*Counsel for Plaintiffs*

                                          *s/ Diane R. Hazel*