# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

## PLAINTIFFS' RESPONSE TO MOVING DEFENDANTS' MOTION FOR STATUS AND SCHEDULING CONFERENCE

Plaintiffs do not oppose the Moving Defendants' request for a status and scheduling conference.  Plaintiffs agree with the Moving Defendants that the presumptive 5-day limitation for trial length would be insufficient for this complex, multi-party suit, and that a trial date should be set.

Plaintiffs originally approached Defendants with the goal of presenting the Court with a joint proposal for trial and all pre-trial proceedings.  The result was a meet-and-confer on June 26, 2018.  At that meet-and-confer, however, it became clear that Defendants wanted a trial schedule from which the parties could work backwards before agreeing to pre-trial deadlines.  A lengthy back-and-forth followed.

Plaintiffs believe that a detailed pre-trial schedule is essential, and that the schedule should include deadlines for supplemental class notice as per the Court's order in ECF 977 at 9, pre-trial disclosures, exhibit and witness lists, motions *in limine*, jury instructions, and potential stipulations.  The Parties will follow the policies and practices in CMA Civ. Practice Standard 43.1, but Plaintiffs will also request permission to suggest unique procedures "to meet the needs of [this case] while remaining mindful of the bounds of existing law . . . ."  F.J.C., *Manual for Complex Litigation* (4th ed.) at 3.

To that end, should the Court not wish to hold a conference, Plaintiffs respectfully suggest that the Court set a trial date at the Court's convenience in the first half of 2019.  Given that Plaintiffs bear the burden of proof, Plaintiffs believe that a 5 week trial would be adequate, with 3 weeks for Plaintiffs and 2 for Defendants.  The Court should also order the Parties to report back with a proposal for a full pre-trial schedule within two weeks of the Court's order setting a trial date.

1

August 1, 2018

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

/s/Joshua J. Libling_____
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison St., Suite 900
Oakland, CA 94612
Tel. (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Alexander Hood
David Seligman
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org
david@towardsjustice.org

*Attorneys for Plaintiffs*