IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

     Defendants.

---

### APEX AND 20/20'S RESPONSE TO MOVING DEFENDANTS' MOTION FOR STATUS AND SCHEDULING CONFERENCE

---

Defendants, A.P.EX. American Professional Exchange, LLC ("APEX") and 20/20 Care Exchange, Inc. ("20/20"), by their attorneys, Nixon Shefrin Hensen Ogburn, P.C.,

hereby respond to Moving Defendants' Motion for Status and Scheduling Conference, and state as follows:

1.  APEX and 20/20 do not oppose the Moving Defendants' request for a status and scheduling conference. APEX and 20/20 agree with the Moving Defendants that the presumptive five-day limitation for trial length would be insufficient for this complex, multi-party suit, and that a trial date should be set. APEX and 20/20 believe a six-week jury trial is necessary.

2.  Lead counsel for APEX and 20/20 has the following calendar conflicts with a multi-week trial of this matter in the first half of 2019:

    A.  a five-day jury trial beginning January 17, 2019;

    B.  a five-day jury trial beginning February 4, 2019;

    C.  a two-week jury trial beginning February 25, 2019; and

    D.  a five-day jury trial beginning March 18, 2019.

3.  APEX and 20/20 request that the trial setting in this matter not conflict with the above trial dates.

4.  APEX and 20/20 request that the evidentiary portion of the trial in this matter be divided equally between plaintiffs and defendants.[1]

---

[1] APEX and 20/20 anticipate it will take approximately six (6) hours to present the evidentiary portion of their defense at trial excluding time to cross-examine plaintiffs' and co-defendants' witnesses and experts.

Respectfully submitted this 1ST day of August, 2018.

           NIXON SHEFRIN HENSEN OGBURN, P.C.

           *s/ Lawrence D. Stone*
           Lawrence D. Stone
           5619 DTC Parkway, Suite 1200
           Greenwood Village, CO 80111
           (303) 773-3500
           lstone@nixonshefrin.com

           Attorneys for Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2018, I have electronically filed the foregoing APEX AND 20-20'S RESPONSE TO MOVING DEFENDANTS' MOTION FOR STATUS AND SCHEDULING CONFERENCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the counsel of record.

           */s/ Michelle D. Graham*
           Michelle D. Graham