## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-CV-03074-CMA-KMT

JOHANA PAOLA BELTRAN, ET AL.,

    Plaintiff,

v.

INTEREXCHANGE, INC., ET AL.,

    Defendants.

## DEFENDANT USAUPAIR, INC.'S MOTION FOR LEAVE TO APPEAR AT STATUS CONFERENCE BY TELEPHONE

Defendant USAuPair, Inc. ("USAuPair"), through undersigned counsel, requests leave of Court to appear at the Status Conference scheduled for August 15, 2018 by telephone, and states as follows:

1. The Court set a Status Conference for August 15, 2018 at 9:00 a.m. before Judge Christine M. Arguello.

2. Undersigned counsel's prior case commitments prevent him from attending the Status Conference in-person. Specifically, he will be conducting depositions and traveling to/from California August 12-15, 2018.

3. Counsel for USAuPair believes co-defendants will represent USAuPair's position and his involvement in any discussion at the Status Conference will be minimal.

WHEREFORE, Defendant USAuPair, Inc. respectfully requests to appear at the August 15, 2018 Status Conference telephonically.

Dated this 7th day of August, 2018.

**KELLY & WALKER LLC**

*/s/ William J. Kelly III*
William J. Kelly III, No. 38749
1512 Larimer Street, Suite 200
Denver, Colorado 80202
720-236-1800 (Telephone)
720-236-1799 (Facsimile)
Email: wkelly@kellywalkerlaw.com

*ATTORNEYS FOR DEFENDANT USAUPAIR, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018, a true and correct copy of Defendant USAuPair Inc.'s Motion for Leave to Appear at Status Conference by Telephone was electronically filed with the Clerk of Court using the CM/ECF systems which will send notification of such filing to all counsel of record.

*s/William J. Kelly III*
William J. Kelly III
