# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA

JOHANA PAOLA BELTRAN, *ET. AL*.

Plaintiffs,

v.

INTEREXCHANGE, INC.; *ET AL.*

Defendants.

_____

## MOTION FOR LEAVE TO APPEAR AT STATUS CONFERENCE BY TELEPHONE
_____

Defendant Expert Group International, Inc. d/b/a Expert AuPair ("Expert AuPair"), by its undersigned attorney, Bogdan Enica, hereby requests leave of Court to appear at the Status Conference set for August 15, 2018 at 9:00 a.m. by telephone, and states as follows:

1. Counsel for Expert AuPair conferred with Plaintiffs' counsel in good faith regarding this motion and Plaintiffs do not oppose the relief requested herein.

2. On August 2, 2018, the Court entered an Order granting Defendant's Motion to set Status Conference and Trial and ordered that a Status Conference is scheduled for August 15, 2018 at 09:00 AM.

2. The undersigned counsel is located out of state and would like to avoid the time and expense of travelling to Denver.

3. Counsel for Expert AuPair does not anticipate his involvement in lengthy discussions at the Motion Hearing, as co-defendants will likely be able to argue a position acceptable to Expert AuPair.

WHEREFORE, Defendant Expert AuPair respectfully requests to appear at the Status Conference by telephone and any such other relief as deemed appropriate by the Court.

Date: August 08, 2018	Respectfully submitted,

*s/Bogdan Enica*
Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone:  727-388-3472
bogdane@hotmail.com
ATTORNEY FOR DEFENDANT EXPERT GROUP INTERNATIONAL INC. D/B/A EXPERT AUPAIR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 8th day of August, 2018, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/*Bogdan Enica*
Bogdan Enica, Esq.