# EXHIBIT A

# FOIA Log - Cases Received Between 1/1/2014 and 12/31/2014

2/19/2015

| REQ_REF | REQ_NAME | SUBJECT | RECEIVE_DATE | CASE_STATUS |
|---|---|---|---|---|
| F-2014-00050 | | Immigration visa records filed on behalf of | 01/02/2014 | CLOSED |
| F-2014-00051 | | Immigration records regarding | 01/02/2014 | CLOSED |
| F-2014-00052 | Francisco J Duran | Deportation records regarding | 01/02/2014 | CLOSED |
| F-2014-00053 | Stephen Fee | Any and all monthly transaction reports from the Syrian Support Group to the Office of Terrorism Finance and Economic Sanctions Policy. | 01/02/2014 | CLOSED |
| F-2014-00054 | | Any and all immigration records regarding | 01/02/2014 | OPEN |
| F-2014-00056 | Sean A Dunagan | Records regarding | 01/02/2014 | CLOSED |
| F-2014-00057 | | Immigration records regarding | 01/02/2014 | CLOSED |
| F-2014-00058 | | I-130 visa petition filed by ___ on behalf of | 01/02/2014 | OPEN |
| F-2014-00059 | | I-130 visa petition filed by | 01/02/2014 | CLOSED |
| F-2014-00060 | | I-130 visa petition records filed on behalf of | 01/02/2014 | CLOSED |
| F-2014-00061 | | I-130 petition filed by ___ on behalf of | 01/02/2014 | OPEN |
| F-2014-00062 | | Immigration records including visa denial regarding | 01/02/2014 | CLOSED |
| F-2014-00063 | Juan Velazco Solis | Immigration visa records filed by or on behalf of | 01/02/2014 | CLOSED |
| F-2014-00064 | | Immigration and US-Visit records regarding | 01/02/2014 | CLOSED |
| F-2014-00065 | | H2A visa records regarding | 01/02/2014 | OPEN |
| F-2014-00066 | | H2A visa records regarding | 01/02/2014 | OPEN |

B6

RELEASE IN PART B6

REVIEW AUTHORITY: Barbara Nielsen, Senior Reviewer

| REQ_REF | REQ_NAME | SUBJECT | RECEIVE DATE | CASE_STATUS |
|---|---|---|---|---|
| F-2014-20341 | | I-140 visa petition regarding | 11/12/2014 | CLOSED |
| F-2014-20343 | | I-130 Visa Petition filed by | 11/12/2014 | CLOSED |
| F-2014-20344 | | I-130 immigrant visa petitions filed by | 11/12/2014 | CLOSED |
| F-2014-20346 | | I-130 immigrant visa petition records and approval notice filed by | 11/12/2014 | OPEN |
| F-2014-20348 | Scott Shane | Any and all correspondence/records reference visits by American personnel regarding Anwar, al-Aulaqi, Awlaki or Awlaqi, prisoned in Yemen to include FBI agents or others and a killing in US drone strike | 11/13/2014 | OPEN |
| F-2014-20355 | | Any documentation that either USCIS or an Immigration Judge made a formal finding of a violation of [ ] immigration status (F-1 Duration of Stay visa), | 11/12/2014 | OPEN |
| F-2014-20356 | | Non-Immigrant Visa Application records for | 11/12/2014 | OPEN |
| F-2014-20357 | Barry Levett | Copy of Microsoft Outlook contacts created by deceased DOS employee Todd A. Levett. | 11/14/2014 | OPEN |
| F-2014-20359 | | B2 visa issued to | 11/12/2014 | OPEN |
| F-2014-20361 | | Any and all immigrant visa records in the file of | 11/13/2014 | CLOSED |
| F-2014-20362 | | V1 visa approval related to I-130 petition regarding | 11/13/2014 | OPEN |
| F-2014-20368 | Apostolos E Zoupaniotis | Correspondence/records regarding "Cyprus" reports or referencing why such reports should / have not be submitted | 11/13/2014 | OPEN |
| F-2014-20371 | | Immigrant visa and any I-130 petition records regarding | 11/13/2014 | CLOSED |
| F-2014-20380 | | Letter to be written from the U.S. government to confirm to the Chinese goverment that [ ] is the same person as [ ] | 11/12/2014 | CLOSED |
| F-2014-20392 | | I-130 visa petition filed by | 11/13/2014 | CLOSED |
| F-2014-20401 | Alexander Hood | All correspondence/records regarding "Au Pair" J1 Visa program; wages, hours mandated, stipends and predecessor regulations. | 11/14/2014 | OPEN |
| F-2014-20402 | Joyce E Battle | NSA #20141217DOS369 - regarding Mahmudiyah killings in Iraq concerned with human rights and/or democracy. | 11/13/2014 | OPEN |

B6