# EXHIBIT B



**United States Department of State**

*Washington, D.C. 20520*

NOV 15 2017

Case No. F-2014-20401
Segment: ECA

Alexander Hood, Esq.
1535 High Street, Suite 300
Denver, CO 80218

Dear Mr. Hood:

In response to your request dated November 13, 2014, under the Freedom of Information Act (Title 5 USC Section 552), we initiated a search of the following Department of State record system: the Bureau of Educational and Cultural Affairs (ECA). That search has been completed and has resulted in the retrieval of ten documents responsive to your request. After reviewing these documents, we have determined that eight may be released in full and two may be released with excisions. All released material is enclosed. All non-exempt material that is reasonably segregable from the exempt material has been released.

Material in excised portions of both the documents released in part is of such a nature that its release would constitute a clearly unwarranted invasion of personal privacy. As such, it is exempt from release under subsection (b)(6) of the Freedom of Information Act.

Material in one excised portion of one of the documents released in part also constitutes trade secrets or commercial or financial information obtained from a person and is privileged or confidential. As such, it is exempt from release under subsection (b)(4) of the Freedom of Information Act.

You have the right to appeal our determination by writing, within 90 days, to the Chairman, Appeals Review Panel, c/o Appeals Officer, A/GIS/IPS/PP/LA, U.S. Department of State, SA-2, Room 8100, Washington, DC 20522-8100. The appeal letter should refer to the case number shown above, clearly identify

RFP000751

- 2 -

the decision being appealed, and provide supporting arguments when possible. For further information, see the Code of Federal Regulations, 22 CFR 171.13.

We have now completed the processing of your case. If you have any questions, you may write to the Office of Information Programs and Services, SA-2, Department of State, Washington, DC 20522-8100, or telephone us at (202) 261-8484. Please be sure to refer to the case number shown above in all correspondence about this case.

                Sincerely,

                Eric F. Stein, Director
                Office of Information Programs and Services

Enclosures:
   As stated.