# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, ET AL.

    Plaintiffs,

v.

INTEREXCHANGE, INC., ET AL.

    Defendants.

_____/

**PLAINTIFFS' FOURTH REQUEST TO ALL DEFENDANTS
FOR THE PRODUCTION OF DOCUMENTS**

Pursuant to Fed. R. Civ. P. 34, Plaintiffs, by and through their undersigned attorneys, hereby request that each Defendant in this action produces the documents and things designated herein for inspection at the offices of Boies, Schiller & Flexner LLP, 575 Lexington Avenue, New York, NY 10022 within the time provided under the Federal Rules of Civil Procedure. This request for documents shall be read and interpreted in accordance with the definitions and instructions identified below.

**DEFINITIONS AND INSTRUCTIONS**

Plaintiffs incorporate by reference all the instructions, definitions and rules contained in the Federal Rules of Civil Procedure, and for purposes of this request for production, the following instructions and definitions shall apply:

1

## DEFINITIONS AND INSTRUCTIONS

1. The term "Au Pair Program" shall mean anything relating to the United States J-1 Visa Au Pair Program, including but not limited to the recruitment of au pairs inside or outside of the United States, the recruitment of host families, the placement of au pairs with host families, contracts with au pairs and host families, and any advertisement involving the placement of au pairs in the United States.

2. The terms "you" and "your" include the person(s) to whom these requests are addressed, and all of that person's agents, representatives, and attorneys.

3. The singular of each word shall be construed to include its plural and vice-versa, and the root word and all derivations (i.e., "ing," "ed," etc.) shall be construed to include each other. The words "and" as well as "or" shall be construed both conjunctively and disjunctively.

4. The word "any" shall be construed to include "all" and vice-versa.

5. The present tense shall be construed to include the past tense and vice-versa.

6. The term "concerning" means relating to, referring to, describing, evidencing or constituting.

7. The terms "document" and "documents" are defined to be synonymous in meaning and equal in scope to the usage of the term "documents" in F.R.C.P. 34(a)(1)(A). A draft or a non-identical copy is a separate document within the meaning of this term.

8. The term "Electronically stored information" or ESI is defined to be synonymous in meaning and equal in scope to the usage of "electronically stored information" in F.R.C.P. 34(a)(1)(A).

   a. All electronically stored information ("ESI") shall be produced as multi-page TIFF files with multi-page text files, and IPRO (.lfp), Opticon (.opt) and Summation (.dii) load files shall be provided, along with a separate ASCII delimited text file for metadata. Except

for documents produced as paper, the metadata fields will include the following fields: Beginning Doc #; Ending Doc #; Beginning Attachment #; Ending Attachment #; MD5HASH; Date last modified; Date sent; Date created; Date received; Author; Sent on behalf of; From; To; CC; BCC; File extension; Custodian; Subject; and File Name.  Excel documents shall be produced natively, unless they are redacted. Text files shall be provided for each document with text either extracted from a native text layer or, if none exists, with text generated via OCR.

9. If the requested documents are maintained in a file, the file folder is included in the request for production of those documents.

## DOCUMENTS REQUESTED

### Document Request No. 1

All documents and communications pertaining to the claims in this action, the discovery of facts or potential witnesses, or to the resolution of actual or potential liability in connection with this action, exchanged between you or anyone acting on your behalf, including legal counsel, and any other individual or entity, including but not limited to documents and communications exchanged with:

a. current, former, or prospective host families

b. current, former, or prospective au pairs

c. the Department of State

d. the Department of Labor

e. the Alliance for International Exchange

f. the International Au Pair Association

g. any third parties or affiliates including but not limited to any third parties with whom you contract in relation to your administration of the au pair program.

3

These third parties or affiliates include, but are not limited to, any third parties or affiliates who are involved in or responsible for the production, dissemination, or creation of content for any advertisement relating to the Au Pair Program, the recruitment of host families or au pairs, the collection of fees charged to host families or au pairs, the training of au pairs, the monitoring of au pairs, and the provisioning of insurance or other services to au pairs.

Dated: April 19, 2017

                              Respectfully submitted,

                              BOIES, SCHILLER & FLEXNER LLP

By:   /s/ Dawn L. Smalls
        Matthew L. Schwartz
        Peter M. Skinner
        Dawn L. Smalls
        575 Lexington Avenue
        New York, NY 10022
        Tel: (212) 446-2300
        Fax: (212) 446-2350
        mlschwartz@bsfllp.com
        pskinner@bsfllp.com
        rjackson@bsfllp.com

        Sigrid S. McCawley
        Lauren Fleischer Louis
        401 E. Las Olas Blvd., Suite 1200
        Fort Lauderdale, FL 33301
        Tel: (954) 356-0011
        Fax: (954) 356-0022
        Smccawley@bsfllp.com
        llouis@bsfllp.com

        Alexander Hood
        TOWARDS JUSTICE
        1535 High Street, Suite 300
        Denver, Colorado 80218
        Tel: (720) 239-2606
        Fax: (303) 957-2289
        alex@towardsjustice.org

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on April 19, 2017, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

Robert M. Buchanan
rbuchanan@choate.com

Adam A. Hubbard
aahubbard@hollandhart.com

Joan A. Lukey
joan.lukey@choate.com

Christian Dow Hammond
chammond@duffordbrown.com

Lawrence D. Stone
lstone@nixonshefrin.com

Susan M. Schaecher
sschaecher@laborlawyers.com

Kathryn A. Reilly
reilly@wtotrial.com

John Roger Mann
jmann@gordonrees.com

Jonathan S. Bender
jsbender@hollandhart.com

James Edward Hartley
jhartley@hollandhart.com

Bogdan Enica
bogdane@hotmail.com

Martin Jose Estevao
mestevao@armstrongteasdale.com

Michael T. Gass
mgass@choate.com

Lyndsey M. Kruzer
lkruzer@choate.com

Justin J. Wolosz
jwolosz@choate.com

Kathleen E. Craigmile
kcraigmile@nixonshefrin.com

Lawrence L. Lee
llee@laborlawyers.com

Brian Alan Birenbach
brian@rietzlawfirm.com

Peggy E. Kozal
pkozal@gordonrees.com

Thomas Baker Quinn
tquinn@gordonrees.com

Brian P. Maschler
bmaschler@gordonrees.com

David Meschke
dmeschke@bhfs.com

Martha Louise Fitzgerald
mfitzgerald@bhfs.com

Meshach Yustine Rhoades
rhoadesm@armstrongteasdale.com

Brooke A. Colaizzi
bcolaizzi@shermanhoward.com

Heather Fox Vickles
hvickles@shermanhoward.com

Joseph H. Hunt
Jhunt@shermanhoward.com

Jessica L. Fuller
jfuller@lrrc.com

Chandra Marie Feldkamp
cfeldkamp@kellywalkerlaw.com

Joseph B. Cartafalsa
jcartafalsa@putneylaw.com

Robert M. Tucker
rtucker@putneylaw.com

Shirley Newman
snewman@bhfs.com

Raymond Myles Deeny
rdeeny@shermanhoward.com

Diane Hazel
dhazel@lrrc.com

James M. Lyons
jylons@lrrc.com

William James Kelly, III
wkelly@kellywalkerlaw.com

John B. Fulfree
jfulfree@putneylaw.com

Stephen J. Macri
smacri@putneylaw.com


/s/  *Dawn  L. Smalls*
Dawn L. Smalls