# EXHIBIT I

# United States Court of Appeals
## For the First Circuit

No. 17-2140

ERIN CAPRON; JEFFREY PENEDO; CULTURAL CARE, INC., d/b/a Cultural Care Au Pair

Plaintiffs - Appellants

v.

OFFICE OF THE ATTORNEY GENERAL OF THE COMMONWEALTH OF
MASSACHUSETTS; MAURA T. HEALEY, in Her Capacity as Attorney General of the
Commonwealth of Massachusetts

Defendants - Appellees

Before

Toruella, Lynch and Barron,
Circuit Judges.

**ORDER OF COURT**

Entered: June 13, 2018

In light of the complexity of this case and the seriousness of the issues presented, the panel believes it would be useful to obtain the views of the United States Department of State, per the attached letter from the Clerk to the United States Department of State, Office of the Legal Adviser, and the Solicitor General.

By the Court:

/s/ Margaret Carter, Clerk

cc:

Joan A. Lukey
Justin Joseph Wolosz
Robert E. Toone Jr.
Elizabeth A. Kaplan
Faith Kalman Reyes
Donna Ackermann Mizrahi

Ryan Patrick McManus
Audrey R. Richardson
Benjamin Richard Botts
Meredith B. Stewart
Gillian B. Gillers
Marley Brumme
Catherine Fisher
Rocio Alejandra Avila