# EXHIBIT K



**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave., NW
Washington, DC 20530

---

Tel: (202) 353-6880

June 22, 2018

Hon. Margaret Carter, Clerk of Court
United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

    Re:    *Capron v. Massachusetts Attorney General*, No. 17-2140

Dear Ms. Carter:

    By letter dated June 13, 2018, the Court requested the views of the federal government on a number of questions raised in the above-captioned case. The Court's letter stated that a response by September 11 would be appreciated, but that more time could be taken if needed. As the Court is aware, the Solicitor General has responsibility to determine whether to authorize amicus participation and the positions taken in such a filing. The Solicitor General makes that determination after consultation with the affected federal agencies and interested components of the Department of Justice. We will endeavor to file an amicus brief, if authorized to do so, by September 11. We will inform the Court promptly if the Solicitor General needs more time to make a determination.

        Sincerely,

        /s/ Michael Shih
        MICHAEL SHIH

cc: All counsel by CM/ECF