IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

    Defendants.
_____

## UNOPPOSED MOTION FOR LEAVE TO APPEAR AT STATUS CONFERENCE BY TELEPHONE
_____

    Defendants, A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange (hereinafter "APEX and 20/20"), by their attorney, Lawrence D. Stone of Nixon Shefrin Hensen Ogburn, P.C., hereby request leave of Court to appear at the Status Conference set for August 15, 2018 at 9:00 a.m. by telephone, and as grounds therefor, state as follows:

    1.    Counsel for APEX and 20/20 conferred with all parties regarding this motion and none of the parties oppose the relief requested herein.

    2.    On August 2, 2018, the Court entered an Order granting Defendant's Motion to set Status Conference and Trial and ordered that a Status Conference is scheduled for August 15, 2018 at 9:00 a.m.

    3.    The undersigned counsel has another hearing set on August 15, 2018 and it would be more efficient to participate in the Status Conference by telephone.

4. Counsel for APEX and 20/20 anticipates limited involvement in discussions at the Status Conference which can be effectively accomplished by telephone.

WHEREFORE, Defendants APEX and 20/20 respectfully request to appear at the Status Conference by telephone and any such other relief as deemed appropriate by the Court.

Respectfully submitted this 10th day of August, 2018.

NIXON SHEFRIN HENSEN OGBURN, P.C.

*s/ Lawrence D. Stone*
Lawrence D. Stone
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
(303) 773-3500
lstone@nixonshefrin.com

Attorneys for Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange

## CERTIFICATE OF SERVICE

    I hereby certify that on this 10th day of August, 2018, I have electronically filed the foregoing **UNOPPOSED MOTION FOR LEAVE TO APPEAR AT STATUS CONFERENCE BY TELEPHONE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                *s/ Carol A. Larsen Cook*
                                                Carol A. Larsen Cook