**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**DECLARATION OF DAWN L. SMALLS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CERTAIN DEFENDANTS' MOTION TO RECONSIDER ORDER GRANTING PLAINTIFFS' MOTION TO CLARIFY THE ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT AND, UPON RECONSIDERATION, GRANTING IN PART PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 1126]**

I, DAWN L. SMALLS, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York, a Partner with the law firm of Boies Schiller Flexner LLP, and counsel for the Plaintiffs and for the Class. I am admitted to practice in New York, Massachusetts, the United States Supreme Court, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Tenth Circuit, the United States District Courts for the Southern and Eastern Districts of New York, the United States District Court for the District of Massachusetts, and the United States District Court for the District of Colorado.

2. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.

3. I submit this declaration in support of Plaintiffs' Opposition to Certain Defendants' Motion to Reconsider Order Granting Plaintiffs' Motion to Clarify the Order Denying Motions for Summary Judgment and, Upon Reconsideration, Granting in Part Plaintiffs' Motion for Summary Judgment [ECF No. 1126].

4. Attached hereto as **Exhibit A** is a true and correct copy of email correspondence between counsel dated August 7 and 8, 2018 regarding Defendants' Motion for Reconsideration.

5. Attached hereto as **Exhibit B** is a true and correct copy of relevant excerpts from the transcript of a hearing held by this Court on August 25, 2017.

6. Attached hereto as **Exhibit C** is a true and correct copy of an order dated June 21, 2017 filed in *Cultural Care, Inc. v. Office of the Attorney General of the Commonwealth of Massachusetts*, Civil Action No. 16-cv-11777-IT (D. Mass. 2017),

denying Cultural Care's motion to file a second supplemental memorandum and declaration of Stanley Colvin.

7. Attached hereto as **Exhibit D** is a true and correct copy of an order dated August 1, 2017 filed in *Cultural Care, Inc. v. Office of the Attorney General of the Commonwealth of Massachusetts*, Civil Action No. 16-cv-11777-IT (D. Mass. 2017), granting defendants' motion to dismiss Cultural Care's complaint.

8. Attached hereto as **Exhibit E** is a true and correct copy of Cultural Care's Rule 59(e) Motion Requesting That the Court Reconsider the Dismissal Opinion, Vacate the Judgment, and Allow the Case to Proceed as Pled, or, in the Alternative, That the Court Vacate the Judgment and Allow Plaintiffs Leave to File an Amended Complaint Pursuant to Rule 15(a)(2) filed in *Cultural Care, Inc. v. Office of the Attorney General of the Commonwealth of Massachusetts*, Civil Action No. 16-cv-11777-IT (D. Mass. 2017).

9. Attached hereto as **Exhibit F** is a true and correct copy of an order dated October 26, 2017 filed in *Cultural Care, Inc. v. Office of the Attorney General of the Commonwealth of Massachusetts*, Civil Action No. 16-cv-11777-IT (D. Mass. 2017), denying Cultural Care's motion for reconsideration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of August, 2018, at New York, New York.

    Respectfully submitted,

    /s/ *Dawn L. Smalls*
    Dawn L. Smalls
    BOIES SCHILLER FLEXNER LLP
    575 Lexington Avenue
    New York, NY 10022
    Tel. (212) 446-2300
    Fax. (212) 446-2350
    dsmalls@bsfllp.com

    *Counsel for Plaintiffs*