# Exhibit A

| | |
|---|---|
| **From:** | Byron Pacheco |
| **To:** | Lukey, Joan |
| **Cc:** | Rudman, Samuel N.; Dawn Smalls; Sean Rodriguez; Beltrandefendants; Lawrence Stone |
| **Subject:** | RE: Beltran: Meet and Confer -- Defendants" Motion for Reconsideration of Yesterday"s Order (ECF No. 1126) |

Joan,

We do not believe additional filings are appropriate or necessary. We deem your rights properly reserved and object to your proposed filing. However, to the extent your concern is that your rights be preserved for appeal, we will not seek sanctions for a short notice – one page or less – reserving your rights, that does not require a response from us.

Regards,

Byron

**From:** Lukey, Joan [mailto:joan.lukey@choate.com]
**Sent:** Wednesday, August 8, 2018 8:42 AM
**To:** Byron Pacheco
**Cc:** Rudman, Samuel N.; Dawn Smalls; Sean Rodriguez; Beltrandefendants; Lawrence Stone
**Subject:** Re: Beltran: Meet and Confer -- Defendants' Motion for Reconsideration of Yesterday's Order (ECF No. 1126)

My suggestion for the call relates to confirming that you don't have to file anything because we are trying to preserve appellate rights because we didn't have a chance to get our Objection filed before the Court ruled.

Joan Lukey
617 248-4949

On Aug 8, 2018, at 8:34 AM, Byron Pacheco <bpacheco@BSFLLP.com<mailto:bpacheco@BSFLLP.com>> wrote:


Joan,

The reference to the Massachusetts case is to Sam's original email, where he cited the First Circuit's review of Capron (D. Mass.) as a basis for reconsideration: we disagree. Also, unless you are trying to preserve new arguments you intend to make in your brief (which would be improper in any event), we do not see a risk of appellate waiver. And finally, there is no reason for further action, including a phone call to reconfirm what the Court has already ruled —the Court's Order speaks for itself.



Regards,

Byron

From: Lukey, Joan [mailto:joan.lukey@choate.com]
Sent: Tuesday, August 7, 2018 10:27 PM
To: Byron Pacheco; Rudman, Samuel N.; Dawn Smalls; Sean Rodriguez
Cc: Beltrandefendants; Lawrence Stone
Subject: RE: Beltran: Meet and Confer -- Defendants' Motion for Reconsideration of Yesterday's Order (ECF No. 1126)

Hi, Byron –
I'm sorry to be dense, but what is the reference to the Massachusetts lawsuit?
We need to get our objection to the reconsideration – or more aptly the basis for the objection -- on record to preserve our clients' appellate rights. We didn't get an opportunity to do that because the Judge acted before the due date. We'd be glad to jump on the phone with you to the Court, so that you can get confirmation that the Judge does not want further briefing. We are not trying to put you to more work; we are just trying to be sure that our clients' rights are preserved on a key issue of law.

From: Byron Pacheco [mailto:bpacheco@BSFLLP.com]
Sent: Tuesday, August 07, 2018 10:11 PM
To: Lukey, Joan; Rudman, Samuel N.; Dawn Smalls; Sean Rodriguez
Cc: Beltrandefendants; Lawrence Stone
Subject: RE: Beltran: Meet and Confer -- Defendants' Motion for Reconsideration of Yesterday's Order (ECF No. 1126)

Hi Joan,


The Massachusetts lawsuit and your appeal there are not a basis for reconsideration.


Also, Defendants have made these arguments and offered case law about mixed questions of fact and law before—both in Defendants' summary judgment filings and in the parties' competing motions regarding Cultural Care's depositions. The Court has considered them and rejected them. There is no need to re-litigate this issue a fifth time.


The Court's Order explains in detail the basis for its decision. We understand that you had a brief prepared, but that also does provide a basis for reconsideration. If you choose to do so, and we incur any costs or expenses responding to the brief, we will proactively seek sanctions.

Best,

Byron

Byron Pacheco, Esq.

BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(t) +1 212 909 7632
bpacheco@bsfllp.com<mailto:bpacheco@bsfllp.com>
www.bsfllp.com<http://www.bsfllp.com/>


From: Lukey, Joan [mailto:joan.lukey@choate.com]
Sent: Tuesday, August 7, 2018 6:58 PM
To: Byron Pacheco; Rudman, Samuel N.; Dawn Smalls; Sean Rodriguez
Cc: Beltrandefendants; Lawrence Stone
Subject: RE: Beltran: Meet and Confer -- Defendants' Motion for Reconsideration of Yesterday's Order (ECF No. 1126)

Hello, Byron –
The motion is the "repurposed" objection to your motion for reconsideration that was due today. Judge Arguello chose not to wait for the opposition, which means she did not see the cases about preemption presenting mixed questions of fact and law. Nor did you bring that body of law to her attention in your ISO memo. We have no other way to alert her and to preserve our record but to file the objection as a motion for reconsideration.
There is literally nothing else that we can do to protect our clients' rights.


From: Byron Pacheco [mailto:bpacheco@BSFLLP.com]
Sent: Tuesday, August 07, 2018 5:00 PM
To: Rudman, Samuel N.; Dawn Smalls; Sean Rodriguez
Cc: Beltrandefendants; Lawrence Stone
Subject: RE: Beltran: Meet and Confer -- Defendants' Motion for Reconsideration of Yesterday's Order (ECF No. 1126)

Sam,

We oppose. Respectfully, Defendants have not identified a single legitimate basis for reconsideration. And because the Court has rejected your preemption affirmative defense on four separate occasions now, we will seek reimbursement of the attorneys' fees and costs associated with responding to your motion.


Best,

Byron


Byron Pacheco, Esq.

BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(t) +1 212 909 7632
bpacheco@bsfllp.com<mailto:bpacheco@bsfllp.com>
www.bsfllp.com<http://www.bsfllp.com/>


From: Rudman, Samuel N. [mailto:srudman@choate.com]
Sent: Tuesday, August 7, 2018 1:09 PM
To: Dawn Smalls; Sean Rodriguez; Byron Pacheco
Cc: Beltrandefendants; Lawrence Stone
Subject: Beltran: Meet and Confer -- Defendants' Motion for Reconsideration of Yesterday's Order (ECF No. 1126)

Counsel:

Defendants intend to file a motion for reconsideration of the Court's Order Granting Plaintiffs' Motion To Clarify The Order Denying Motions For Summary Judgment And, Upon Reconsideration, Granting In Part Plaintiffs' Motion For Summary Judgment [ECF No. 1126]. Defendants' position is that the Court should have denied Plaintiffs' motion for clarification, because (i) the Court should not resolve the preemption issue as a matter of law before the United States files its brief in the First Circuit, and (ii) questions of fact must be resolved before the Court can reject the Sponsors' preemption defense.

Please let us know your position on the motion by close of business today.

Best,
Sam


Samuel N. Rudman
<image001.gif>
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617-248-4034
f 617-502-4037
srudman@choate.com<mailto:srudman@choate.com>
www.choate.com<http://www.choate.com/>


_____

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print,

retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at
choate.com<http://choate.com>

_____

_____
The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

_____
Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at
choate.com<http://choate.com>

_____

_____
The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

_____
Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-

mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at
choate.com<http://choate.com>

_____

_____
The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]


Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com