# Exhibit E

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CULTURAL CARE, INC. d/b/a CULTURAL CARE AU PAIR, ERIN CAPRON, and JEFFREY PENEDO,<br><br>      Plaintiffs,<br>v.<br><br>OFFICE OF THE ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS, and MAURA T. HEALY, IN HER CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS,<br><br>      Defendants. | Civil Action No. 1:16-cv-11777-IT |

**PLAINTIFFS' RULE 59(e) MOTION REQUESTING THAT THE COURT RECONSIDER THE DISMISSAL OPINION VACATE THE JUDGMENT, AND ALLOW THE CASE TO PROCEED AS PLED,[1] OR, IN THE ALTERNATIVE, THAT THE COURT VACATE THE JUDGMENT AND ALLOW PLAINTIFFS LEAVE TO FILE AN AMENDED COMPLAINT PURSUANT TO RULE 15(a)(2) AND TO SUPPLEMENT THE RECORD**

Plaintiff Cultural Care, Inc. d/b/a Cultural Care Au Pair ("Cultural Care") and Plaintiffs Erin Capron and Jeffrey Penedo (together, the "Host Family Plaintiffs," and, with Cultural Care, "Plaintiffs") respectfully move pursuant to Federal Rule of Civil Procedure 59(e) for the Court to reconsider its August 1, 2017 Memorandum and Order dismissing the case, ECF No. 37 (the "Dismissal Opinion") and to vacate its August 2, 2017, 2017 entry of judgment (ECF No. 38) and allow the case to proceed as pled.  Plaintiffs move, in the alternative, for the Court to vacate the Judgment and grant Plaintiffs leave to amend their complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) and to supplement the record.

---

[1] Plaintiffs will voluntarily withdraw their Commerce Clause count.

As described more fully in Plaintiffs' memorandum in support of this Motion and as further buttressed by the Declarations of Joan A. Lukey, Denise Barton, and Natasha Marks Sardella filed herewith and incorporated herein, the grounds for this motion include:

(1)   The Court committed clear errors of law in its preemption analysis, including the misinterpretation of the legislative and regulatory history of the au pair program, and the failure to afford proper deference to the agencies charged with administering the Au Pair Program, and the failure to credit the well-pled allegations of the host family Plaintiffs; and

(2) new evidence reflecting on legislative and regulatory intent mandates, at a minimum, that the Court vacate the judgment and permit Plaintiffs leave to file an amended complaint and to supplement the record, which would allow the Court to resolve this important dispute with the benefit of a developed record.

## L.R. 7.1 CERTIFICATION

Undersigned Plaintiffs' counsel has conferred with counsel for the Defendant, and he has stated that Defendants oppose the relief sought in this motion.

## CONCLUSION

For the reasons set forth above and in their supporting memorandum, Plaintiffs respectfully request that the Court reconsider its Dismissal Order and vacate the Judgment in allow the case to proceed as currently pled.  In the alternative, Plaintiffs respectfully request that the Court vacate the Judgement and grant Plaintiffs leave to amend and to supplement the record.

Respectfully Submitted,

CULTURAL CARE, INC. d/b/a CULTURAL CARE AU PAIR, ERIN CAPRON, and JEFFREY PENEDO,

By their attorneys,

*/s/ Joan A. Lukey*
Joan A. Lukey (BBO#: 307340)
joan.lukey@choate.com
Justin J. Wolosz (BBO#: 643543)
jwolosz@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000

Date:  August 15, 2017

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Joan A. Lukey*

3

8258400v1