IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINE AZUELA RASCON,
CAMILA GABRIELA PEREZ REYES,
CATHY CARAMELO,
LINDA ELIZABETH,
And those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., *d/b/a* Expert AuPair,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC., *d/b/a* Cultural Care Au Pair,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, *d/b/a/* Aupair Foundation,
AMERICAN INSTITUTE FOR FOREIGN STUDY, *d/b/a* Au Pair in America,
AMERICAN CULTURAL EXCHANGE, LLC, *d/b/a* GoAuPair,
AGENT AU PAIR,
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC, *d/b/a* ProAuPair,
20/20 CARE EXCHANGE, INC., *d/b/a* The International Au Pair Exchange,
ASSOCIATES IN CULTURAL EXCHANGE, *d/b/a* GoAuPair, and
GOAUPAIR OPERATIONS, LLC, *d/b/a* GoAuPair

    Defendants.

## ORDER ON TRIAL PREPARATION AND SCHEDULING

Pursuant to the Scheduling Conference on August 15, 2018, and the parties' Joint Status Report in Advance of the Scheduling Conference (Doc. # 1133), the Court establishes the following deadlines in preparation for trial:

| Event | Deadline |
|---|---|
| Plaintiffs provide Defendants lists of opt-out Plaintiffs | September 22, 2018, and every two weeks thereafter |
| Submission of proposed jury instructions, verdict form, and briefs with objections to competing and non-stipulated instructions | October 23, 2018 |
| Defendants provide Plaintiffs updated class member lists | November 5, 2018 |
| Rule 702 motions | November 19, 2018; responses due December 7, 2018; replies due December 21, 2018 |
| Final class notice | November 27, 2018 |
| Final pretrial order | December 3, 2018 |
| Final pretrial conference | December 11, 2018, at 3:00 PM |
| Designation of testimony in lieu of live witnesses | December 14, 2018 |
| Counter-designation of testimony in lieu of live witnesses | December 21, 2018 |
| Motions in Limine | January 18, 2019 |

| Submission of joint exhibit list | January 22, 2019 |
| Submission of witness lists | January 22, 2019 |
| Requests for remote witness testimony | February 4, 2019 |
| Submission of proposed case-specific voir dire questions | February 12, 2019 |

All other deadlines remain the same.

DATED: August 15, 2018

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge