**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
        and those similarly situated,

        Plaintiffs,
v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

        Defendants.

---

**MOTION TO EXCUSE IN PERSON ATTENDANCE OF CLASS REPRESENTATIVES
AT SETTLEMENT CONFERENCE**

---

**CERTIFICATE OF COMPLIANCE WITH D.COLO.LCIVR 7.1A**

On September 7, 2018, counsel for Plaintiffs conferred with Defendants by email regarding this motion. Defendants who responded stated that they do not oppose provided that Plaintiffs' counsel come to the settlement conference with appropriate settlement authority. Plaintiffs' counsel will do so.

**MOTION**

This case is set for a settlement conference on October 17, 2018. *See* ECF Docs. 1138, 1139. The minute order setting the conference specifically requires that **all parties** be in attendance. *See* ECF Doc. 1139. Because of the nature of this case and the status and location of the class representatives, Plaintiffs request that the class representatives be excused from attending the conference.

The class representatives here, like the over 100,000 class members they represent, are all current and former J-1 visa holders who traveled to this country for a year, sometimes two, to work as au pairs. As J-1 visas are temporary non-immigrant visas, every J-1 visa au pair comes from another country, and most return. As a consequence, many class representatives are currently residing outside the United States. For example, class representative Camila Reyes is currently in Chile, class representative Laura Meija is currently in New Zealand, and class representative Julie Harning is currently in Germany. It would be logistically difficult and expensive for these far-flung class representatives to attend. And while some class representatives are currently in the United States, it makes little sense to have some class representatives present when authority from all class representatives is necessary to settle.

2

Plaintiffs request that the class representatives be excused from attending the settlement conference. Instead, Plaintiffs propose that class counsel attend with settlement authority from all class representatives. Similar relief has been previously granted where class representatives faced similar difficulties. *See Menocal v. The GEO Group, Inc.,* 14-cv-02887-JLK-MEH, Doc. 127 (D. Colo. Mar. 16, 2018) (Hegarty, M.J.).

Respectfully submitted,

By:   s/Alexander Hood
      Alexander Hood
      Towards Justice
      Attorney for Plaintiffs
      1410 High St., Suite 300
      Denver, CO 80218
      Ph: 720-239-2606
      Email: alex@towardsjustice.org

**Certificate of Service**

I hereby certify that on September 17, 2018 I served a true and correct copy of the forgoing on all parties that have appeared pursuant to Fed. R. Civ. P. 5.

s/Alexander Hood