IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

    Defendants.

_____

**UNOPPOSED MOTION FOR INSURANCE REPRESENTATIVE TO PARTICIPATE IN MEDIATION BY TELEPHONE**
_____

    Defendants, A.P.EX. American Professional Exchange, LLC ("APEX"), and 20/20 Care Exchange, Inc. ("20/20"), by their attorney, Lawrence D. Stone of Nixon Shefrin Hensen Ogburn, P.C., hereby submit this unopposed motion for their insurance claim representative to participate in the upcoming mediation by telephone, and as grounds therefor, state as follows:

    1.    This matter is set for a settlement mediation conference with Magistrate Judge Hegarty on October 17, 2018 at 10:30 a.m.

    2.    APEX and 20/20 are anti-trust only defendants in this action.

    3.    The claim representative for APEX and 20/20's insurer who is participating in the mediation is located in Scottsdale, Arizona.

    4.    Magistrate Judge Hegarty's Minute Order dated August 21, 2018 (Doc. 1139) states that, "In exceptional circumstances only, the appearance of an insurance representative by telephone may be approved in advance of the conference."

5. The mediation on October 17, 2018 involves Plaintiffs' counsel and fifteen (15) defendants. Due to the number of parties and complexity of the mediation, the Magistrate Judge will have limited time to spend with APEX and 20/20 as these defendants are two small sponsors who only placed thirty (30) standard au pairs from 2011 to present. Under these circumstances, the claim representative can effectively participate in the mediation by telephone and avoid travel to Denver and overnight lodging.

6. The owner of APEX and 20/20 will be traveling from California to be present for the mediation in person.

7. Plaintiffs do not oppose this motion. Undersigned counsel conferred with co-defendants via email and none have advised that they object to the relief requested.

WHEREFORE, Defendants APEX and 20/20 respectfully request the Court to authorize their insurer's claim representative to participate in the mediation by telephone and for such other and further relief as the Court deems appropriate.

Respectfully submitted this 11th day of October, 2018.

NIXON SHEFRIN HENSEN OGBURN, P.C.

*s/ Lawrence D. Stone*
Lawrence D. Stone
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
(303) 773-3500
lstone@nixonshefrin.com

Attorneys for Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2018, I have electronically filed the foregoing **UNOPPOSED MOTION FOR INSURANCE REPRESENTATIVE TO PARTICIPATE IN MEDIATION BY TELEPHONE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Danielle Garduno*
Danielle Garduno