IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al;
and those similarly situated,

      Plaintiffs,

v.

INTEREXCHANGE, INC., et al;

      Defendants.

---

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED JURY INSTRUCTIONS, VERDICT FORMS, AND BRIEFS WITH OBJECTIONS**

---

Defendants request an extension of time to submit proposed jury instructions, proposed verdict forms, and briefs with objections to competing and non-stipulated instructions ("jury instructions") and in support state as follows:

## I.   CERTIFICATE OF CONFERRAL

Pursuant to D.C. Colo. L. Civ. R. 7.1(a), certain undersigned counsel have conferred with Plaintiffs' counsel on behalf of all Defendants.  Plaintiffs have stated that they oppose the relief requested herein.

## II.   FORTHWITH HEARING ON MOTIONS

Pursuant to CMA Civ. Practice Standard 7.1A(g), Defendants will make a contemporaneous motion for a forthwith hearing on this motion for extension of time to submit proposed jury instructions.

### III.   PROCEDURAL BACKGROUND AND ARGUMENT

In support of this Motion, Defendants state as follows:

1.      At the August 15, 2018 Scheduling Conference in this case, the Court set a trial schedule, pursuant to which proposed jury instructions are due October 23, 2018.

2.      The parties are working together to provide a joint set of proposed jury instructions.

3.      The parties agreed to exchange a draft of jury instructions by the end of September 2018 to allow reasonable time for both parties to edit the documents.

4.      On October 8, 2018, Defendants received 125 pages of initial proposed jury instructions from Plaintiffs.

5.      Defendants have yet to receive, but anticipate receiving soon, Plaintiffs' proposed verdict forms.

6.      It has become clear to Defendants that the logistics of conferring with and seeking consensus on jury instructions among fifteen Defendants, in addition to Plaintiffs, requires more time.  Moreover, Defendants anticipate that significant time will be needed to review and confer regarding proposed verdict forms.

7.      Accordingly, Defendants request an extension for the parties to submit proposed jury instructions, proposed verdict forms, and briefing regarding objections until November 8, 2018.

8.      Defendants do not seek to move other deadlines set by the August 15, 2018 scheduling Order.

## IV.   <u>CONCLUSION</u>

For the foregoing reasons, Defendants respectfully request that the Court grant an extension for the parties to submit proposed jury instructions, proposed verdict forms, and briefs with objections to competing and non-stipulated instructions, setting the new deadline as November 8, 2018.

DATED this 15th day of October 2018.

Respectfully submitted,

*s/ Alyssa L. Levy*
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
Joseph Hunt
(jhunt@shermanhoward.com)
Alyssa L. Levy
(alevy@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

***Attorneys for Defendant
InterExchange, Inc.***

*s/ Diane R. Hazel*
Joan A. Lukey
(joan.lukey@choate.com)
Robert M. Buchanan, Jr.
(rbuchanan@choate.com)
Michael T. Gass
(mgass@choate.com)

3

Justin J. Wolosz
(jwolosz@choate.com
Lyndsey M. Kruzer
(lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790


James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER
CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

***Attorneys for Defendant Cultural
Care, Inc. d/b/a Cultural Care Au
Pair***

*s/ Kathryn A. Reilly*
Kathryn A. Reilly
(reilly@wtotrial.com)
Grace A. Fox (fox@wtotrial.com)
Natalie E. West
(west@wtotrial.com)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

***Attorneys for Defendants Agent
Au Pair, Au Pair International,
Inc., Go Au Pair Operations, and
American Cultural Exchange,
LLC d/b/a Go Au Pair***

*s/ James E. Hartley*
James E. Hartley

4

(jhartley@hollandhart.com)
Jonathan S. Bender
(jsbender@hollandhart.com)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

Adam A. Hubbard
(aahubbard@hollandhart.com)
Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, CO 80302

***Attorneys for Defendant Cultural Homestay International***

*s/ Susan M. Schaecher*
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

***Attorneys for Defendants APF Global Exchange, NFP***

*s/ Stephen J. Macri*
Stephen J. Macri
(Stephen.macri@ogletree.com)
Joseph B. Cartafalsa
(joseph.cartafalsa@ogletree.com)
Robert M. Tucker
(robert.tucker@ogletree.com)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
599 Lexington Avenue, 17th Floor
New York, NY 10022
(212) 492-2071

s/ Eric J. Stock
Eric J. Stock
(estock@gibsondunn.com)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-2301

**Attorneys for Defendant
American Institute for Foreign
Study d/b/a Au Pair in America**


s/ Bogdan Enica
Bogdan Enica
(Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

**Attorney for Defendant Expert
Group International, Inc. d/b/a
Expert Au Pair**

s/ Peggy E. Kozal
Peggy E. Kozal
(pkozal@gordonrees.com)
Thomas Baker Quinn
(tquinn@gordonrees.com)
Nathan A. Huey
(nhuey@gordonrees.com)
Heather K. Kelly
(hkelly@gordonrees.com)
Gordon & Rees LLP
555 17th Street, Suite 3400
Denver, CO 80202

**Attorneys for Defendant
AuPairCare, Inc.**

s/ Martha L. Fitzgerald
Martha L. Fitzgerald
(mfitzgerald@bhfs.com)
David B. Meschke

6

(dmeschke@bhfs.com)
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

**Attorneys for Defendant**
**EurAuPair Intercultural Child**
**Care Programs**


s/ William J. Kelly III
William J. Kelly III
(wkelly@kellywalkerlaw.com)
Chanda Marie Feldkamp
(cfeldkamp@kellywalkerlaw.com)
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

**Attorneys for Defendant**
**USAuPair, Inc.**
s/ Meshach Y. Rhoades
Meshach Y. Rhoades
Martin J. Estevao
4643 S. Ulster Street, Suite 800
Denver, CO 80237
(720) 722-7195
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

**Attorneys for Defendant**
**GreatAuPair, LLC**
Lawrence D. Stone
(LStone@Nixonshefrin.com)
Kathleen E. Craigmile
(kcraigmile@nixonshefrin.com)
NIXON SHEFRIN HENSEN
    OGBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
**Attorneys for Defendants A.P.EX.**
**American Professional**
**Exchange, LLC d/b/a ProAuPair,**

7

*and 20/20 Care Exchange, Inc.*
*d/b/a The International Au Pair*
*Exchange*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 15th day of October 2018, I electronically filed the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED JURY INSTRUCTIONS, VERDICT FORMS, AND BRIEFS WITH OBJECTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Randall W. Jackson (rjackson@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Joshua J. Libling (jlibling@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Sabria A. McElroy (smcelroy@bsfllp.com)
Sean P. Rodriguez (srodriguez@bsfllp.com)
Juan P. Valdivieso (jvaldivieso@bsfllp.com)
Byron Pacheco (bpacheco@bsfllp.com)
Boies Schiller & Flexner, LLP


Alexander N. Hood (alex@towardsjustice.org)
David Seligman (david@towardsjustice.org)
Towards Justice-Denver

*Counsel for Plaintiffs*


*s/ Laura J. Kostyk*