IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al;
and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al;

    Defendants.

**ORDER GRANTING DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO SUBMIT PROPOSED JURY INSTRUCTIONS, VERDICT
FORMS, AND BRIEFS WITH OBJECTIONS**

This matter is before the Court on Defendants' Motion for an extension of time to submit proposed jury instructions, proposed verdict forms, and briefs with objections to competing and non-stipulated instructions. Having considered the Motion, the Court orders as follows:

It is hereby ORDERED that the Motion is GRANTED.

1.    The deadline for the parties to submit their proposed jury instructions, proposed verdict forms, and briefs with objections to competing and non-stipulated instructions to the Court is November 8, 2018.

Dated this _____ day of _____ 2018.

BY THE COURT

_____
Christine M. Arguello
United Stated District Court