IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

       Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

       Defendants.

**NOTICE OF CHANGE OF LOCATION FOR SETTLEMENT CONFERENCE**

At the request of the Court, the location for the Settlement Conference set for October 17, 2018 has been changed.  The Settlement Conference will take place at the offices of Wheeler Trigg O'Donnell LLP, 370 17th Street, Suite 4500, Denver, Colorado 80202, beginning at 10:30 a.m.

Dated:  October 16, 2018.

Respectfully submitted,

*s/ Kathryn A. Reilly*
Kathryn A. Reilly
Brett M. Mull
V. William Scarpato III
Natalie West
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:  Reilly@wtotrial.com
            Mull@wtotrial.com
            Scarpato@wtotrial.com
            West@wtotrial.com

Attorneys for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair, Go Au Pair Operations LLC, and Au Pair International Inc.

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 16, 2018, I electronically filed the foregoing **NOTICE OF CHANGE OF LOCATION FOR SETTLEMENT CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Claudia Jones*