**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

Defendants.

**PLAINTIFFS' RESPONSE OPPOSING DEFENDANTS' MOTION TO DELAY
JURY INSTRUCTIONS-RELATED FILINGS [ECF NO. 1153] AND
JOINING IN REQUEST FOR CONSIDERATION FORTHWITH [ECF NO. 1154]**

## **PLAINTIFFS' RESPONSE**

1. Plaintiffs hereby oppose Defendants' motion to alter the jury instructions-related schedule (ECF No. 1153) (the "Motion"). Plaintiffs join Defendants' motion for consideration forthwith (ECF No. 1154) of the Motion because an expedited ruling will ensure that Defendants do not use the pending Motion as an excuse for delay.

2. At the last scheduling conference, Defendants successfully advocated a more condensed jury instruction briefing schedule than Plaintiffs. (Dkt. No. 1143, Sched. Conf. Tr. (Aug. 15, 2018).)

3. Plaintiffs relied upon and organized their work around that schedule. In that light, Plaintiffs oppose any substantial delay or alteration of the pretrial schedule.

4. Through no fault of Plaintiffs, Defendants appear unwilling or unable to meet the jury instructions deadlines they sought. (*See* Rodriguez Decl. Ex. A at 1-2.)

5. Defendants demanded a more than two-week extension to the jury instruction schedule, and only the jury instruction schedule. (*Id.* at 2-3.) Two weeks is far too long, and would interfere with other pretrial deadlines.

6. Plaintiffs' response to Defendants' demand invited cooperation on a jury instruction exchange and meet-and-confer schedule that could meet the existing deadlines. (*Id.* at 1.) Defendants responded with the Motion.

7. Plaintiffs are concerned that Defendants' rush to Court with an excessive request for delay is a prelude to further attempts to put off trial, and to the continued filing of unnecessary, unreasonable, and redundant papers.

## **CONCLUSION**

8.  For these reasons, Plaintiffs respectfully request that the Motion be summarily denied in an order leaving no doubt that unstipulated requests will not slow the pretrial process.

Dated: October 17, 2018                    Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

 /s/ *Sean. P. Rodriguez*
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

TOWARDS JUSTICE
Alexander Hood
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606

2

Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on October 17, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                            _/s/ Sean P. Rodriguez_
                                            Sean P. Rodriguez