**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**DECLARATION OF SEAN P. RODRIGUEZ IN SUPPORT OF**
**PLAINTIFFS' RESPONSE OPPOSING DEFENDANTS' MOTION TO DELAY JURY**
**INSTRUCTIONS-RELATED FILINGS [ECF NO. 1153] AND**
**JOINING IN REQUEST FOR CONSIDERATION FORTHWITH [ECF NO. 1154]**

1

I, SEAN P. RODRIGUEZ, declare as follows:

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs and for the Class. I am duly licensed to practice law in the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Tenth Circuit, the State of California, and the United States District Court for the District of Colorado.

2. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.

3. I submit this declaration in support of Plaintiffs' Response Opposing Defendants' Motion to Delay Jury Instructions-Related Filings [ECF No. 1153] and Joining in Request for Consideration Forthwith [ECF No. 1154].

4. Attached hereto as **Exhibit A** is a true and correct copy of email correspondence between counsel dated September 28, 2018 – October 15, 2018 regarding jury instructions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of October, 2018, at Denver, Colorado.

    Respectfully submitted,

    */s/ Sean P. Rodriguez*
    Sean P. Rodriguez
    BOIES SCHILLER FLEXNER LLP
    575 Lexington Avenue
    New York, NY 10022
    Tel. (212) 446-2300
    Fax. (212) 446-2350
    srodriguez@bsfllp.com

    *Counsel for Plaintiffs*