**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 30, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE DEETLEFS; ALEXANDRA IVETTE GONZALEZ; JULIANE HARNING; NICOLE MAPLEDORAM; LAURA MEJIA JIMINEZ; SARAH CAROLINE AZUELA RASCON,

    Plaintiffs - Appellees,

v.

AUPAIRCARE, INC.,

    Defendant - Appellant,

and

INTEREXCHANGE, INC.; USAUPAIR, INC.; GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC., d/b/a Expert Au Pair; EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS; CULTURAL HOMESTAY INTERNATIONAL; CULTURAL CARE, INC., d/b/a Cultural Care Au Pair; AU PAIR INTERNATIONAL, INC.; APF GLOBAL EXCHANGE, NFP, d/b/a Aupair Foundation; AMERICAN INSTITUTE FOR FOREIGN STUDY, d/b/a Au Pair in America; AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GoAuPair; AGENT AU PAIR; A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC, d/b/a ProAuPair; 20/20 CARE EXCHANGE, INC., d/b/a The International Au Pair Exchange;

No. 17-1359
(D.C. No. 1:14-CV-03074-CMA-KMT)
(D. Colo.)

ASSOCIATES IN CULTURAL EXCHANGE, d/b/a GoAu Pair; GOAUPAIR OPERATIONS, LLC,

Defendants.

_____

### JUDGMENT
_____

Before **McHUGH**, **KELLY**, and **MORITZ**, Circuit Judges.
_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is reversed. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk