IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA

JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS; ALEXANDRA IVETTE GONZALEZ;
SARAH CAROLINE AZUELA RASCON; LAURA MEJIA JIMENEZ;
JULIANE HARNING; NICOLE MAPLEDORAM;
CATHY CARAMELO; LINDA ELIZABETH;
CAMILA GABRIELA PEREZ REYES;

and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.; USAUPAIR, INC.;
GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC.,
DBA EXPERT AUPAIR; EURAUPAIR INTERCULTURAL CHILD CARE
PROGRAMS; CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.; AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
ASSOCIATES IN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

_____

**PARTIES' JOINT MOTION TO EXTEND DEADLINES FOR CERTAIN PRETRIAL FILINGS IN LIGHT OF CONTINUED MEDIATION EFFORTS**
_____

In accordance with D.C.Colo.LCivR 6.1 and CMA Civ. Practice Standard 6.1,

Plaintiffs and Defendants jointly move the Court for an Order extending by no more than

one week[1] the three pretrial filings that are due between now and the December 11, 2018 Final Pretrial Conference.  There is good cause for the extension, as the parties have been in fruitful settlement negotiations mediated by the Honorable Magistrate Judge Michael E. Hegarty, and believe that they are close to reaching a possible resolution.  Under the circumstances, the parties believe it would be more efficient and productive if they can devote their full attention to exploring possible resolution of this matter, without the distraction and cost of several impending, significant litigation deadlines.  Accordingly, and for the additional reasons discussed below, the parties respectfully request this brief extension.

In further support for this Joint Motion, the parties state as follows:

1. On August 15, 2018 and after consultation with the parties, the Court entered the August 15, 2018 Order on Trial Preparation and Scheduling, ECF 1137 (the "Pretrial Scheduling Order"), establishing a series of deadlines for this complex litigation in advance of the February 25, 2019 trial date.

2. The same day, the Court referred the parties to Magistrate Judge Hegarty for a settlement conference.  ECF 1138.  Magistrate Judge Hegarty, in turn, scheduled a mediation for the parties on October 17, 2018.  ECF 1139.

3. The parties convened for mediation on October 17, 2018 and negotiated into the late evening.  *See* Minute Entry for Settlement, ECF 1163.  While the parties did not come to a resolution at that time, the parties have continued negotiations facilitated by and through Magistrate Judge Hegarty.  *Id.*  The parties have made significant

---

[1] As explained below, the parties seek a one week extension as to two of the dates, and a three-day extension as to the third.

progress towards an agreement in principle on key terms for resolution of the action in its entirety.

4.  The parties' respective pretrial preparations continued apace in the interim. The parties have exchanged extensive sets of jury instructions and are in the midst of conferrals regarding disputed issues.

5.  As of this week, the parties have moved appreciably closer to a potential negotiated resolution. With respect to the pretrial filings, the parties are in agreement that it would be inefficient and may be counterproductive if they are required to continue conferrals and making litigation submissions at the same time that they are attempting to finalize terms of a settlement.

6.  The parties therefore seek a brief extension of no more than one week with respect to the filing deadlines that are set to occur between now and the Final Pretrial Conference on December 11, 2018. The new requested deadlines are as follows:

| Event | Current Deadline | Requested New Deadline |
| --- | --- | --- |
| Opposition to motion to reconsider (ECF No. 1156). | November 6, 2018 | November 13, 2018 |
| Submission of jury instructions, verdict forms, and briefs | November 8, 2018 | November 15, 2018 |
| Rule 702 Motion Deadline | November 19, 2018 | November 26, 2018 |
| Final Pretrial Order Filing Deadline | December 3, 2018 | December 6, 2018 |

WHEREFORE, the parties jointly request that the Court extend each of the pretrial filing deadlines as set forth herein.

**CERTIFICATE OF COMPLIANCE PURSUANT TO D.C.COLO.LCivR 6.1(c)**

The undersigned counsel of record each hereby certify that a copy of this Motion is being served contemporaneously on his/her client(s).

Dated:  November 2, 2018          Respectfully submitted,

*s/ Diane R. Hazel*
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

s/ Kathryn A. Reilly
Kathryn A. Reilly
(reilly@wtotrial.com)
Grace A. Fox (fox@wtotrial.com)
Natalie E. West
(west@wtotrial.com)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

**Attorneys for Defendants Agent Au Pair, Au Pair International, Inc., Go Au Pair Operations, and American Cultural Exchange, LLC d/b/a Go Au Pair**

s/ James E. Hartley
James E. Hartley
(jhartley@hollandhart.com)
Jonathan S. Bender
(jsbender@hollandhart.com)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

Adam A. Hubbard
(aahubbard@hollandhart.com)
Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, CO 80302

**Attorneys for Defendant Cultural Homestay International**

s/ Susan M. Schaecher
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

5

*Attorneys for Defendants APF Global Exchange, NFP*

*s/ Stephen J. Macri*
Stephen J. Macri
(Stephen.macri@ogletree.com)
Joseph B. Cartafalsa
(joseph.cartafalsa@ogletree.com)
Robert M. Tucker
(robert.tucker@ogletree.com)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1745 Broadway, 22nd Floor
New York, NY 10019
(212) 492-2071

*s/ Eric J. Stock*
Eric J. Stock
(estock@gibsondunn.com)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-2301

*Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America*

*s/ Bogdan Enica*
Bogdan Enica
(Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

*Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair*

6

*s/ Peggy E. Kozal*
Peggy E. Kozal
(pkozal@gordonrees.com)
Thomas Baker Quinn
(tquinn@gordonrees.com)
Nathan A. Huey
(nhuey@gordonrees.com)
Heather K. Kelly
(hkelly@gordonrees.com)
Gordon & Rees LLP
555 17th Street, Suite 3400
Denver, CO 80202

**Attorneys for Defendant AuPairCare, Inc.**

*s/ Martha L. Fitzgerald*
Martha L. Fitzgerald
(mfitzgerald@bhfs.com)
David B. Meschke
(dmeschke@bhfs.com)
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

**Attorneys for Defendant EurAuPair Intercultural Child Care Programs**

*s/ Brooke A. Colaizzi*
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
Joseph Hunt
(jhunt@shermanhoward.com)
Alyssa L. Levy
(alevy@shermanhoward.com)
SHERMAN & HOWARD L.L.C.

633 Seventeenth Street, Suite 3000
Denver, CO 80202

*Attorneys for Defendant
InterExchange, Inc.*


*s/ William J. Kelly III*
William J. Kelly III
(wkelly@kellywalkerlaw.com)
Chandra Marie Feldkamp
(cfeldkamp@kellywalkerlaw.com)
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

*Attorneys for Defendant
USAuPair, Inc.*


*s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin J. Estevao
4643 S. Ulster Street, Suite 800
Denver, CO 80237
(720) 722-7195
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

*Attorneys for Defendant
GreatAuPair, LLC*

*s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin J. Estevao
4643 S. Ulster Street, Suite 800
Denver, CO 80237
(720) 722-7195
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

*Attorneys for Defendant
GreatAuPair, LLC*

*s/ Lawrence D. Stone*
Lawrence D. Stone
(lstone@nixonshefrin.com)
Katheleen E. Craigmile
(kcraigmile@nixonshefrin.com)
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111

**Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange**

*s/ Peter M. Skinner*
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron D.M. Pacheco
BOISE, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
BOISE, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Tel: (510) 874-1000

9

Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Sigrid S. McCawley
Sabria McElroy
BOISE, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., # 1200
Fort Lauderdale, Florida 33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
smcelroy@bsfllp.com

Alexander Hood
David Seligman
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org
david@towardsjustice.org

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 2, 2018, I caused to be electronically filed the foregoing PARTIES' JOINT MOTION TO EXTEND DEADLINES FOR CERTAIN PRETRIAL FILINGS IN LIGHT OF MEDIATION EFFORTS with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


*s/ Diane R. Hazel*