IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS; ALEXANDRA IVETTE GONZALEZ;
SARAH CAROLINE AZUELA RASCON; LAURA MEJIA JIMENEZ;
JULIANE HARNING; NICOLE MAPLEDORAM;
CATHY CARAMELO; LINDA ELIZABETH;
CAMILA GABRIELA PEREZ REYES;

and those similarly situated,

      Plaintiffs,

v.

INTEREXCHANGE, INC.; USAUPAIR, INC.;
GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC.,
DBA EXPERT AUPAIR; EURAUPAIR INTERCULTURAL CHILD CARE
PROGRAMS; CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.; AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
ASSOCIATES IN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

      Defendants.

_____

**[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION TO EXTEND DEADLINES FOR CERTAIN PRETRIAL FILINGS IN LIGHT OF CONTINUED MEDIATION EFFORTS**
_____

The Court has reviewed the Parties' Joint Motion to Extend Deadlines for Certain Pretrial Filings in Light of Continued Mediation Efforts and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

The new deadlines are as follows:

| **Event** | **Current Deadline** | **Requested New Deadline** |
| --- | --- | --- |
| Opposition to Motion to Reconsider (ECF No. 1156) | November 6, 2018 | November 13, 2018 |
| Submission of jury instructions, verdict forms, and briefs | November 8, 2018 | November 15, 2018 |
| Rule 702 Motion Deadline | November 19, 2018 | November 26, 2018 |
| Final Pretrial Order Filing Deadline | December 3, 2018 | December 6, 2018 |

DATED this ___ day of _____ 2018.

BY THE COURT

_____
Hon. Christine M. Arguello