**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLI NA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
 and those similarly situated,

 Plaintiffs,
v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

 Defendants.

---

**PLAINTIFFS' CONSENT MOTION TO EXTEND BRIEFING DEADLINES ON DEFENDANTS' MOTION TO RECONSIDER ORDER DENYING CERTAIN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 1156]**

**Certificate of Conferral Pursuant to D.C.Colo.LCivR 7.1(A)**

Pursuant to D.C.Colo.L.CivR. 7.1(a), Plaintiffs have conferred with defense counsel. Defendants do not oppose the relief requested herein.

**MOTION TO EXTEND BRIEFING SCHEDULE**

With Defendants' consent, Plaintiffs seek a 13-day extension of the briefing schedule on Defendants' Motion to Reconsider Order Denying Certain Defendants' Motion for Summary Judgment [ECF No. 1156], as follows:

- Plaintiffs' opposition papers due November 26, 2018;

Good cause exists to extend the schedule. As the Court is aware, the parties continue to engage in settlement discussions. *See* ECF No. 1167. In connection with those efforts, the Court has ordered the parties to submit simultaneous briefing by November 13, 2018 (ECF No. 1168)—which is also the current deadline for Plaintiffs' opposition to Defendants' Motion to Reconsider. ECF No. 1166. The Court simultaneously extended the other upcoming briefing deadlines to November 26. ECF No. 1167.

Plaintiffs' requested extension would make the opposition brief due the same day as the parties' other upcoming filings, and would further the purpose of focusing the parties on mediation-related work. *See* ECF No. 1167. Moreover, there is no prejudice, nor any risk of further disruption to existing pretrial deadlines in the case, as the Court has recently ordered similar extensions of those deadlines for similar reasons. *See* ECF Nos. 1166, 1168. For those reasons, Plaintiffs respectfully request that the Court grant the two-week extension as stated herein.

Dated: November 9, 2018

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

  /s/ *Sean P. Rodriguez*
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

TOWARDS JUSTICE
Alexander Hood
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on November 9, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                              */s/ Sean P. Rodriguez*
                                              Sean P. Rodriguez