**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLI NA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**PLAINTIFFS' MOTION FOR A FORTHWITH HEARING ON THEIR CONSENT MOTION
TO EXTEND BRIEFING DEADLINES ON DEFENDANTS'
MOTION TO RECONSIDER ORDER DENYING CERTAIN DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT [ECF No. 1169]**

Plaintiffs move the Court pursuant to CMA Civ. Practice Standard 7.1A(g) for a forthwith hearing on Plaintiffs' Consent Motion to Extend Briefing Deadlines on Defendants' Motion to Reconsider Order Denying Certain Defendants' Motion for Summary Judgment (ECF No. 1169).

### Certificate of Conferral Pursuant to D.C.Colo.LCivR 7.1(A)

Pursuant to D.C.Colo.L.CivR. 7.1(a), Plaintiffs have conferred with defense counsel, and defendants consent to the relief requested herein.

### ARGUMENT

1. As explained in the underlying Motion to Extend Briefing Deadlines on Defendants' Motion to Reconsider Order Denying Certain Defendants' Motion for Summary Judgment, Plaintiffs' response to Defendants' motion is currently due November 13, 2018.

2. In addition, the Court has recently ordered the parties to submit simultaneous briefing on that same day, November 13, 2018.  *See* ECF No. 1167.

3. Forthwith treatment is warranted because if the Court allows the customary 21 days for a response, and 14 additional days for reply before ruling on the underlying motion, the existing briefing deadlines will have passed.

4. Moreover, as Defendants do not oppose the motion, there is no prejudice to any party in the Court's expeditious consideration of the issue.

Dated: November 9, 2018                                    Respectfully Submitted,

                                                           BOIES SCHILLER FLEXNER LLP

                                                            /s/ *Sean P. Rodriguez*

Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

TOWARDS JUSTICE
Alexander Hood
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on November 9, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                      */s/ Sean P. Rodriguez*  
                                                     Sean P. Rodriguez