# Exhibit C

Defs.' Appx. 00000004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.;

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al.;

    Defendants.

## DECLARATION OF RUTH F. FERRY

I, Ruth F. Ferry, hereby declare as follows:

1.     I am Senior Vice President of American Institute For Foreign Study, Inc. ("AIFS") and Director of the Au Pair in America ("APIA") program; I also serve as AIFS' responsible officer for the Department of State. I have worked with AIFS for approximately 36 years, and have held my current position since approximately 1998.

2.     My duties and responsibilities for APIA include the ultimate management of the following functions: recruitment of host families; placement or "matching" of host families with au pairs; and compliance with Department of State ("DOS") regulations and guidelines.

3.     In accordance with DOS regulations, APIA screens all au pair and host family applicants to ensure that they meet DOS requirements and are ready, willing and able to adhere to those requirements throughout their participation in the APIA program.

Case 1:14-cv-03074-CMA-KMT Document 861-1 Filed 02/16/18 USDC Colorado Page 10 of 148
Defs.' Appx. 00000005

4. During the screening process, APIA representatives visit the homes of host family applicants to confirm that the applicants are able to provide a putative au pair with a private bedroom in accordance with DOS regulations.

5. During and/or immediately following the screening process, au pair and host family applicants attempt to "match" with a host family /au pair.

6. The matching process is within the exclusive control of prospective au pairs and host families. Each prospective au pair and each prospective host family set their own criteria for evaluating and selecting an au pair/host family. Such criteria may include, the weekly stipend amount, the anticipated schedule of childcare assistance, the specific childcare duties, the number and/or age of the host family's children, the host family's geographic location, languages spoken by the au pair, etc.

7. Once a prospective au pair and a prospective host family identify each other for a possible match, they must schedule and conduct an oral interview. APIA does not participate in the interview. During the interview, the family and au pair learn more about each other and their expectations for the program to determine whether there is a mutually agreeable match.

8. Significantly, au pairs and host families (not APIA) decide whether to match.

9. APIA receives au pair and host family fees when a match is made between an au pair and a host family. The fee amounts for "standard" au pairs do not vary based on the expected or actual au pair compensation, hours of childcare assistance, specific type of childcare assistance, or quality of childcare assistance.

Defs.' Appx. 00000006

10. After an au pair and a host family decide to match, APIA requires each au pair and host family to sign a Host Family and Au Pair / Companion Agreement in accordance with DOS regulations. Copies of APIA's standard Host Family and Au Pair / Companion Agreement form, in use from 2009 through 2014, bearing bates numbers AIFS0000061, AIFS0000062, and AIFS0007951 are annexed hereto as Exhibit A. A copy of the Host Family and Au Pair / Companion Agreement signed by Lusapho Hlatshaneni and her host family, bearing bates number HLATSHANENI000467 is attached hereto as Exhibit B.

11. In the Host Family and Au Pair / Companion Agreement, each au pair and each host parent agree to comply with certain DOS requirements, including, but not limited to: (i) the au pair "is not to provide more than 45 hours of child care services per week" or "more than 10 hours of child care on any given day;" (ii) the au pair "is to receive a minimum of one and a half days off per week in addition to one weekend (Friday evening to Monday morning) off each month;" and the au pair "is to receive, at a minimum, the weekly stipend as stipulated by regulations governing au pair programs and set forth in Au Pair In America's program materials." Exhibit A, Exhibit B.

12. Pursuant to DOS regulations, APIA must provide au pairs with at least 32 hours of training on child safety and child development instruction before they are placed with their respective families. In furtherance of this obligation, APIA trains all APIA-sponsored au pairs at a mandatory four-day, pre-placement orientation. Since February 2013, the orientation has taken place in Tarrytown, New York. Prior to February 2013, the orientation took place in Stamford, Connecticut. During the

3

orientation, APIA provides each au pair with training, meals, lodging and transportation at no cost to the au pairs.

13. After au pairs successfully complete the orientation, they are placed with their respective host families. Within 48 hours of placement, the local APIA Community Counselor contacts both the au pair and host family to confirm that the au pair has in fact been successfully placed with the host family. The Community Counselor also contacts the au pair and host family in order to assess DOS compliance after the initial two weeks of the placement.

14. Thereafter, Community Counselors continue to monitor compliance with DOS program requirements through monthly contact with au pairs and host families as required under DOS regulations. Community Counselors remain in contact with host families and au pairs through email, telephone calls, and/or in-person meetings including "cluster meetings."

15. Cluster meetings are monthly in-person meetings that are hosted by Community Counselors for local APIA au pairs. In addition to satisfying the monthly contact requirement, the cluster meetings provide a unique cultural exchange opportunity by allowing au pairs to network with each other and share their experiences in the program. Attendance at cluster meetings is optional.

16. In the event that a Community Counselor discovers that an au pair and/or host family is not adhering to a DOS requirement, the Community Counselor directs the au pair and/or host family to comply with the requirement. If an au pair and/or host

4

Case 1:14-cv-03074-CMA-KMT Document 1172-3 filed 11/13/18 USDC Colorado Page 13 of 42
Defs.' Appx. 00000008

family are unwilling or unable to adhere to a DOS requirement, it may be necessary to "break" the match and conclude participation in the APIA program.

17. Decisions to involuntarily remove participants from the program are made by APIA on a case-by-case basis. Circumstances requiring involuntary removal from the program have included: failure to pay the minimum weekly stipend; providing more than 45 hours of childcare assistance per week or otherwise violating the hours limitations in the regulations; failing to ensure adequate room and board is available; an undertaking outside employment.

18. Provided that they are complying with DOS requirements, however, each host family and each au pair together retain sole discretion to: terminate the placement and/or participation in the program before the conclusion of the placement period; or continue the placement through the conclusion of the placement period.

19. APIA's Community Counselors are the DOS-required "local organization representatives" who are authorized to act on behalf of APIA to monitor au pair placements and to ensure compliance with DOS requirements. Other than to confirm that a placement conforms to the minimum requirements set by the DOS, Community Counselors do not exercise any approval or decision-making authority concerning the terms and conditions of the placement.

20. Indeed, APIA representatives, including Community Counselors, are not authorized to perform and do not perform any of the following functions: supervision of au pairs; assignment of duties to au pairs; weekly payment of au pair stipends or other compensation; determination of weekly stipend amounts or other

5

Case No. 1:14-cv-03074-CMA-KMT Document 861-11 Filed 02/16/18 USDC Colorado Page 14 of 48
Case 1:14-cv-03074-CMA-KMT Document 1172-3 filed 11/13/18 USDC Colorado pg 7 of 12
Defs.' Appx. 00000009

compensation/benefits; setting the schedules of childcare assistance; evaluation of au pair performance; determination of the number of daily or weekly hours of childcare assistance; or promulgation/implementation of "work" rules or policies. Rather, host families retain sole and independent discretion over these critical aspects of the "employment" relationship.

21. Au pairs do not perform any work for APIA during their participation in the program. They provide childcare exclusively for their respective host families.

22. APIA does not own or control any of the homes in which APIA-sponsored au pairs are placed.

23. DOS regulations do not require sponsors to prepare or maintain "employment" records for au pairs, including payroll records, work schedules, records of actual hours of childcare assistance, and personnel files. Accordingly, APIA does not prepare or maintain any such records.

24. The DOS requires sponsors to demonstrate compliance with DOS regulations by submitting annual audit reports.

25. APIA has retained Blum Shapiro, an independent, third-party auditor, to assess APIA's compliance with the regulations.

26. From 2009 through the present, Blum Shapiro has conducted annual reviews of APIA's operations and has prepared and submitted reports of same in accordance with the procedures prescribed by the DOS.

27. These reports include summaries of results from an annual survey of au pairs and host families conducted by Blum Shapiro. The template provided by DOS

6

Case No. 1:14-cv-03074-CMA-KMT Document 861-1 Filed 02/16/18 USDC Colorado pg 8 of 42
Case 1:14-cv-03074-CMA-KMT Document 1172-3 filed 11/13/18 USDC Colorado Page 29 of 48
Defs.' Appx. 00000010

includes a series of "confirmation questions" designed to monitor compliance with DOS regulations. One of these questions expressly asks how many au pairs within the survey "responded that they received at least $195.75 per week as compensation." APIA has had near perfect compliance with this confirmation question.

28. APIA's audit reports also include copies of promotional materials used by APIA in advertising its au pair program to prospective host families and au pairs. The DOS has never informed APIA that the manner in which it depicts the program or the weekly stipend in these materials is inaccurate, incomplete or misleading.

29. The DOS has not identified any compliance-related issues or concerns to APIA in response to the submission of these audit reports.

30. APIA has never been sanctioned or otherwise admonished based upon any information reflected in the annual audit reports.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing declaration is true and correct. Executed this 12th day of February 2018.

_____
Ruth Ferry

7

Defs.' Appx. 00000011

# Host Family and
# Au Pair/Companion Agreement



1 High Ridge Park, Stamford, CT 06905   www.AuPairInAmerica.com   (800) 928-7247

The U.S. Department of State requires the au pair/companion and the host family to sign a written agreement that outlines the au pair's obligation to provide not more than the maximum allowable hours of child care services per week.

We recommend the host family establish "on-duty" schedules to clarify the days and hours of child care to be provided by the au pair/companion, recognizing that such schedules may change over the course of the year.

- ❏ I/We understand that an au pair on Au Pair in America's standard or Extraordinaire program is not to provide more than 45 hours of child care services per week; the companion on the EduCare program is not to provide more than 30 hours of child care services per week.
- ❏ I/We understand that an au pair/companion is not to provide more than 10 hours of child care on any given day.
- ❏ I/We understand the au pair/companion is to receive a minimum of one and a half days off per week in addition to one weekend (Friday evening to Monday morning) off each month.
- ❏ I/We understand the au pair/companion is to receive two weeks paid vacation during her stay in the United States (to be mutually agreed upon between the host family and au pair/companion).
- ❏ I/We understand that an au pair/companion is to receive, at a minimum, the weekly stipend as stipulated by regulations governing au pair programs and set forth in Au Pair in America's program materials.
- ❏ I/We understand the au pair companion is in the U.S. to provide care only to the host family's children and may not seek other employment opportunities.
- ❏ I/We understand that the au pair companion will register and attend classes offered by an accredited U.S. post-secondary institution. Au pairs on the standard or Extraordinaire program agree to complete not less than six semester hours of academic credit or its equivalent. I/We understand that non-participation in the education component is a violation of program regulations. EduCare companions agree to complete not less than 12 semester hours or its equivalent.
- ❏ I/We understand that the host family is required, in addition to covering transportation costs to and from class, to reimburse tuition and related material costs incurred by the au pair/companion to meet the education requirement up to a maximum of $_____ for au pairs on the standard/Extraordinaire program and $_____ on the EduCare program. Costs in excess of the maximum required contribution will be covered by the au pair/companion. *Note: Subject to change by Department of State. Au Pair in America will explain any regulatory change.*
- ❏ I/We agree to adhere to our respective agreements with Au Pair in America and to comply with the intent of the governing regulations, which stipulate the au pair/companion may stay with a host family up to the end of her 12-month J visa term performing au pair duties. I/We understand the arrangement can be extended only through approval of the Department of State for up to an additional year. Details regarding extending the arrangement will be presented in month eight of the au pair's year.
- ❏ I/We understand the au pair/companion is responsible to claim taxable income with the IRS.

We have read and agree to the terms outlined above. We further agree to adhere to the program regulations established by the U.S. Department of State and shared with us by the Au Pair in America program.

_____   _____   _____   _____
*Print name of Host Parent/Guardian 1*      ID#      *Signature of Host Parent/Guardian 1*      Date

_____   _____   _____   _____
*Print name of Host Parent/Guardian 2*      ID#      *Signature of Host Parent/Guardian 2*      Date

_____   _____   _____   _____
*Print name of Au Pair*      ID#      *Signature of Au Pair*      Date

_____
*Community Counselor Name*

**Sign and give White Copy to Au Pair in America's Community Counselor**
Host Family retains Yellow Copy - Au Pair retains Pink Copy

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**EXHIBIT A**

AIFS 0000061



# Host Family and Au Pair/Companion Agreement

The U.S. Department of State requires the au pair/companion and the host family to sign a written agreement that outlines the au pair's obligation to provide not more than the maximum allowable hours of child care services per week.

We recommend the host family establish "on-duty" schedules to clarify the days and hours of child care to be provided by the au pair/companion, recognizing that such schedules may change over the course of the year.

The host family and au pair/companion must consider and agree to the following:

✔ I/We understand that an au pair on Au Pair in America's standard or Extraordinaire program is not to provide more than 45 hours of child care services per week; the companion on the EduCare program is not to provide more than 30 hours of child care services per week.

✔ I/We understand that an au pair/companion is not to provide more than 10 hours of child care on any given day.

✔ I/We understand the au pair/companion is to receive a minimum of one and a half days off per week in addition to one weekend (Friday evening to Monday morning) off each month.

✔ I/We understand the au pair/companion is to receive two weeks paid vacation during her stay in the United States (to be mutually agreed upon between the host family and au pair/companion).

✔ I/We understand that an au pair/companion is to receive, at a minimum, the weekly stipend as stipulated by regulations governing au pair programs and set forth in Au Pair in America's program materials.

✔ I/We understand that while the weekly stipend given to the au pair/companion is not subject to Social Security, it is taxable to the au pair as wages in accordance with regulations set forth by the IRS. Federal withholding by the host family is not required but the au pair is obligated to file a tax return and pay taxes if applicable.

✔ I/We understand the au pair/companion is in the U.S. to provide care to the host family's children and may not seek other employment opportunities.

✔ I/We understand that the au pair/companion will register and attend classes offered by an accredited U.S. post-secondary institution. Au pairs on the standard or Extraordinaire program agree to complete not less than six semester hours of academic credit or its equivalent; companions on the EduCare program agree to complete not less than 12 semester hours of academic credit or its equivalent. I/We understand that non-participation in the education component is a violation of program regulations. *Note: Au pairs on the standard/Extraordinaire program who fail to comply with this requirement will lose their completion payment. EduCare companions pay a non-refundable program fee and expect placement with a family who supports their interests in education.*

✔ I/We understand that the host family is required, in addition to covering transportation costs to and from class, to reimburse tuition and related material costs incurred by the au pair/companion to meet the education requirement up to a maximum of $500 for au pairs on the standard/Extraordinaire program and $1,000 on the EduCare program. Costs in excess of the maximum required contribution will be covered by the au pair/companion.

✔ I/We agree to adhere to our respective agreements with Au Pair in America and to comply with the intent of the governing regulations which stipulate the au pair/companion may stay with a host family up to the end of her 12-month J visa term performing au pair duties. I/We understand the arrangement can be extended only through approval of the Department of State for up to an additional year. Details regarding extending the arrangement will be presented in month eight of the au pair's year.

We have read and agree to the terms outlined above. We further agree to adhere to the program regulations established by the U.S. Department of State and shared with us by the Au Pair in America program.

---

Print Name of Host Parent/Guardian 1     ID#     Signature of Host Parent/Guardian 1     Date

---

Print Name of Host Parent/Guardian 2     ID#     Signature of Host Parent/Guardian 2     Date

---

Print Name of Au Pair     ID#     Signature of Au Pair     Date

---

Community Counselor Name

**Sign and give White Copy to Au Pair in America's Community Counselor**
Host Family retains Yellow Copy ★ Au Pair retains Pink Copy

2010

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**EXHIBIT A**



AIFS 0000062

Case No. 1:14-cv-03074-CMA-KMT Document 861-1 Filed 02/16/18 USDC Colorado pg 11 of 12
Case 1:14-cv-03074-CMA-KMT Document 1172-3 filed 11/13/18 USDC Colorado Page 18 of 142
Defs.' Appx. 00000013

# Host Family and Au Pair/Companion Agreement

apa-hf/ap-ag-6/10

River Plaza, 9 West Broad Street, Stamford, CT 06902-3788
(800) 928-7247 ★ www.AuPairinAmerica.com

The U.S. Department of State requires the au pair/companion and the host family to sign a written agreement that outlines the au pair's obligation to provide not more than the maximum allowable hours of child care services per week.

We recommend the host family establish "on-duty" schedules to clarify the days and hours of child care to be provided by the au pair/companion, recognizing that such schedules may change over the course of the year.

The host family and au pair/companion must consider and agree to the following:

✔ I/We understand that an au pair on Au Pair in America's standard or Extraordinaire program is not to provide more than 45 hours of child care services per week; the companion on the EduCare program is not to provide more than 30 hours of child care services per week.

✔ I/We understand that an au pair/companion is not to provide more than 10 hours of child care on any given day.

✔ I/We understand the au pair/companion is to receive a minimum of one and a half days off per week in addition to one weekend (Friday evening to Monday morning) off each month.

✔ I/We understand the au pair/companion is to receive two weeks paid vacation during her stay in the United States (to be mutually agreed upon between the host family and au pair/companion).

✔ I/We understand that an au pair/companion is to receive, at a minimum, the weekly stipend as stipulated by regulations governing au pair programs and set forth in Au Pair in America's program materials.

✔ I/We understand that while the weekly stipend given to the au pair/companion is not subject to Social Security, it is taxable to the au pair as wages in accordance with regulations set forth by the IRS. Federal withholding by the host family is not required but the au pair is obligated to file a tax return and pay taxes if applicable.

✔ I/We understand the au pair/companion is in the U.S. to provide care to the host family's children and may not seek other employment opportunities.

✔ I/We understand that the au pair/companion will register and attend classes offered by an accredited U.S. post-secondary institution. Au pairs on the standard or Extraordinaire program agree to complete not less than six semester hours of academic credit or its equivalent; companions on the EduCare program agree to complete not less than 12 semester hours of academic credit or its equivalent. I/We understand that non-participation in the education component is a violation of program regulations. *Note: Au pairs on the standard/Extraordinaire program who fail to comply with this requirement will lose their completion payment. EduCare companions pay a non-refundable program fee and expect placement with a family who supports their interests in education.*

✔ I/We understand that the host family is required, in addition to covering transportation costs to and from class, to reimburse tuition and related material costs incurred by the au pair/companion to meet the education requirement up to a maximum of $500 for au pairs on the standard/Extraordinaire program and $1,000 on the EduCare program. Costs in excess of the maximum required contribution will be covered by the au pair/companion.

✔ I/We agree to adhere to our respective agreements with Au Pair in America and to comply with the intent of the governing regulations which stipulate the au pair/companion may stay with a host family up to the end of her 12-month J visa term performing au pair duties. I/We understand the arrangement can be extended only through approval of the Department of State for up to an additional year. Details regarding extending the arrangement will be presented in month eight of the au pair's year.

We have read and agree to the terms outlined above. We further agree to adhere to the program regulations established by the U.S. Department of State and shared with us by the Au Pair in America program.

| ████████ | ████████ | | |
|---|---|---|---|
| Print Name of Host Parent/Guardian 1 | ID# | Signature of Host Parent/Guardian 1 | Date |

| | | | |
|---|---|---|---|
| Print Name of Host Parent/Guardian 2 | ID# | Signature of Host Parent/Guardian 2 | Date |

| ████████ | ████████ | | |
|---|---|---|---|
| Print Name of Au Pair | ID# | Signature of Au Pair | Date |
| Suzi Power-Morris | WCS-00 | | |

Community Counselor Name

*CC conducted 2 week (rematch visit) visit on 4/4/13 and received copy of Agreement but misplaced it

Sign and give White Copy to Au Pair in America's Community Counselor
Host Family retains Yellow Copy ★ Au Pair retains Pink Copy

2010

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY       **EXHIBIT A**    AIFS0007951

# Host Family and Au Pair/Companion Agreement

River Plaza, 9 West Broad Street, Stamford, CT 06902-3788 (800) 9-AU-PAIR



Au Pair IN AMERICA

eduCARE IN AMERICA.

The U.S. Department of State requires the au pair/companion and the host family to sign a written agreement that outlines the au pair's obligation to provide not more than the maximum allowable hours of child care services per week.

We recommend the host family establish "on-duty" schedules to clarify the days and hours of child care to be provided by the au pair/companion, recognizing that such schedules may change over the course of the year.

The host family and au pair/companion must consider and agree to the following:

- ☑ I/We understand that an au pair on Au Pair in America's standard or Extraordinaire program is not to provide more than 45 hours of child care services per week; the companion on the EduCare program is not to provide more than 30 hours of child care services per week.

- ☑ I/We understand that an au pair/companion is not to provide more than 10 hours of child care on any given day.

- ☑ I/We understand the au pair/companion is to receive a minimum of one and a half days off per week in addition to one weekend (Friday evening to Monday morning) off each month.

- ☑ I/We understand the au pair/companion is to receive two weeks paid vacation during her stay in the United States (to be mutually agreed upon between the host family and au pair/companion).

- ☑ I/We understand that an au pair/companion is to receive, at a minimum, the weekly stipend as stipulated by regulations governing au pair programs and set forth in Au Pair in America's program materials.

- ☑ I/We understand the au pair/companion is in the U.S. to provide care to the host family's children and may not seek other employment opportunities.

- ☑ I/We understand that the au pair/companion will register and attend classes offered by an accredited U.S. post-secondary institution. Au pairs on the standard or Extraordinaire program agree to complete not less than six semester hours of academic credit or its equivalent; companions on the EduCare program agree to complete not less than 12 semester hours of academic credit or its equivalent. I/We understand that non-participation in the education component is a violation of program regulations. *Note: Au pairs on the standard/Extraordinaire program who fail to comply with this requirement will lose their completion payment. EduCare companions pay a non-refundable program fee and expect placement with a family who supports their interests in education.*

- ☑ I/We understand that the host family is required, in addition to covering transportation costs to and from class, to reimburse tuition and related material costs incurred by the au pair/companion to meet the education requirement up to a maximum of $500 for au pairs on the standard/Extraordinaire program and $1,000 on the EduCare program. Costs in excess of the maximum required contribution will be covered by the au pair/companion.

- ☑ I/We agree to adhere to our respective agreements with Au Pair in America and to comply with the intent of the governing regulations which stipulate the au pair/companion may stay with a host family up to the end of her 12-month J visa term performing au pair duties. I/We understand the arrangement can be extended only through approval of the Department of State for up to an additional year. Details regarding extending the arrangement will be presented in month eight of the au pair's year.

We have read and agree to the terms outlined above. We further agree to adhere to the program regulations established by the U.S. Department of State and shared with us by the Au Pair in America program.

| Print name of Host Parent/Guardian 1 | ID# | Signature of Host Parent/Guardian 1 | Date |
|---|---|---|---|
| Print name of Host Parent/Guardian 2 | ID# | Signature of Host Parent/Guardian 2 | Date |
| Print name of Au Pair | ID# | Signature of Au Pair | Date |

Community Counselor Name

**Sign and give White Copy to Au Pair in America's Community Counselor**
Host Family retains Yellow Copy • Au Pair retains Pink Copy

1/05

# EXHIBIT B

HLATSHANENI000467