# Exhibit E



## Host Family Placement Services Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

We, ▮▮▮▮▮▮▮▮ with a primary residence at ▮▮▮▮▮▮▮▮ ("Host Family") have applied to be a Host Family with Go Au Pair Operations, LLC ("Go Au Pair") with an office at 151 East 6100 South Ste. 200, Murray, UT 84107 in the United States Department of State Au Pair Visitor Exchange Program which is sponsored by American Cultural Exchange, LLC ("ACE"). We have fully read this Host Family Placement Services Agreement ("Agreement") between Host Family and Go Au Pair, the United States Department of State ("DOS") Regulations ("DOS Regulations") included as Appendix B, the DOS Guidelines and the DOS publication "The Au Pair Exchange Program" concerning Au Pair Visitors. We agree, acting on behalf of and including all members of our household and family to adhere to the terms and conditions of the Agreement.

Go Au Pair will perform the following services ( "Services") for the Host Family:
- Perform the initial screening and selection of Au Pair candidates;
- Arrange for Au Pair's transportation to/from the United States and the arrival city of choice;
- Arrange for medical insurance covering the Au Pair;
- Advising the Host Family on techniques as to how to select an Au Pair;
- Provide support services to the Host Family and Au Pair such as facilitating communication between the Host Family and Au Pair, providing assistance in mediating disputes between the Host Family and Au Pair and conducting social/cultural events.

Go Au Pair does not provide child care services or supervision of child care services. The child care services are provided by the Au Pair and contracted for separately. An Au Pair ("Au Pair") is a young person from a foreign country living with a Host Family as an extended member of the Host Family and participating in the DOS Au Pair Visitor Exchange program as defined in the DOS Regulations. The Au Pair provides child care to the Host Family in exchange for room and board plus a small weekly stipend. The Host Family is responsible for supervising the Au Pair.

### Prior to the Au Pair's Arrival and During the Au Pair's stay in the United States:

1.1  We authorize Go Au Pair to contact references and any government agency or other entity regarding suitability of our family and home for an Au Pair.

1.2  We agree that Go Au Pair has the exclusive right to determine admission into the Program. We agree to abide by all Go Au Pair rules and DOS Regulations if accepted to the Program. We agree to abide by any regulation changes made by the DOS including any changes to the regulated amount of the Au Pair's pocket money.

1.3  We agree to provide verification of employment for at least one host parent.

1.4  We warrant that we have the financial ability to afford this Program, including the following: application and program fees, weekly pocket money, tuition, any vehicle or homeowner's insurance which may be required, and any replacement costs or additional transportation costs. We understand that all fees related to this Program are subject to change.

1.5  We agree to interview, by telephone, the Au Pair we select for placement for our family. We understand it is our sole responsibility to carefully choose an Au Pair from the candidates presented to us, and there is no warranty as to our satisfaction or to the compatibility of any particular candidate as an Au Pair in our family. Au Pairs are not professionally trained childcare workers or capable of running an entire household when parents are absent for business or personal travel. Responsibility for the welfare of the children always remains with the parents. If applicable, we acknowledge our responsibility to provide the prior experience, skills and training of the Au Pair regarding the care of special needs children.

1.6  We agree Go Au Pair will use reasonable efforts to screen Au Pair candidates. Go Au Pair cannot guarantee that an Au Pair offered to us will be compatible with our family circumstances or free from behaviors or personal characteristics which we might find objectionable.

1.7  We are fully responsible for making the decision to select the Au Pair. We agree by selecting an Au Pair we are satisfied with the Au Pair's background information provided to us.

1.8  We understand Go Au Pair does not issue a J-1 visa for our Au Pair. United States Consular officers issue all visas and Go Au Pair cannot guarantee any Au Pair will receive a visa. We also understand that Go Au Pair does not issue J-1 extension visa paperwork for our Au Pair. United States Department of State officers grant all extensions of the J1 visa, and Go Au Pair cannot guarantee that any Au Pair will receive an extension visa. The deadline to apply for an extension is 7 weeks before the Au Pairs DS-2019 expires; no extension will be applied for after this date has past. If your Au Pair travels outside of the United States during the extension program, the Au Pair needs to apply for a J-1 visa in the Au Pair's home country.

Date  6-16-11    Initials  PSB  MS

\

**KAPLER DEC. EXHIBIT B**

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY                    GAP_00000789



# Host Family
# Placement Services
# Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

1.9   We understand and agree as a Host Family we shall pay the required fees to Go Au Pair as the sponsoring organization. Fees shall cover the Au Pair's placement, arrival transportation to our home, return transportation between designated cities abroad and those in the United States, orientation, medical insurance and support services by the Local Area Representative. In addition we shall pay any roundtrip airfare surcharges including domestic and international that Go Au Pair does not cover. International Surcharges include Au Pairs from Asia, Africa, Australia and South Pacific.*

1.10  We warrant that the facts stated in our Host Family application are true and complete.

**During the Au Pair's stay in the United States:**

2.1   We agree and understand English will be the primary language spoken in our home and certify we are U.S. Citizens or Permanent U.S. Residents.

2.2   As a condition of our participation in the Program, we agree to attend one family conference day, arranged by the Local Area Representative, during the Au Pair's stay in the United States.

2.3   We agree to provide full board and room in a private suitable bedroom approved by the Local Area Representative in advance.

2.4   We agree to provide the Au Pair with pocket money of not less than $195.75* per week, $215.00 for Au Pair Plus, $255.00 for Premiere Au Pair. The intervals of payment shall be agreed upon by the Host Family and Au Pair and reviewed by the Local Area Representative. We agree not to advance or withhold this pocket money from the Au Pair except as outlined below. Stipend cannot be withheld for loss of time through illness.

2.5   We agree the Au Pair will provide up to a maximum of 45 hours of child care and child care related light housekeeping duties per week, no more than 10 hours per day, and not to include heavy housework.

2.6   We agree that a Host Parent or other responsible adult will remain in the home for the first three days following the Au Pair's arrival to train, observe and to acclimate him/her to his/her child care responsibilities.

2.7   We agree we will not require our Au Pair to care for a child aged less than three months unless a Host Parent or other responsible adult is present in the home.

2.8   We understand the Au Pair shall not be responsible for the administration of any medicine, medical or therapeutic treatment to the Host Family's children.

2.9   We agree to provide time off of one full day and one-half day consecutively each week, plus one free weekend (Friday evening to Monday morning) each month.

2.10  We agree to provide two weeks of paid vacation (10 working days, 4 weekend days) to be taken at a mutually agreed upon time during the 12 month exchange, with pocket money paid at least $195.75* per week, Au Pair Plus weekly stipend $215.00, Premiere Au Pair weekly stipend $255.00.

2.11  We agree to provide adequate time for the Au Pair to attend college courses. We understand the Au Pair is required to complete 6 semester credit hours of post-secondary course work at an accredited institution during the 12 months. We agree to provide up to a maximum of $500.00 per year for costs/tuition, as well as transportation to and from the place of instruction.

2.12  We understand the Au Pair is required to attend at least 4 Au Pair activities held by our Local Area Representative during the 12 month program. We agree to provide adequate time for the Au Pair to attend these activities.

2.13  We agree to provide car insurance at our expense for the Au Pair if he/she is to drive any vehicles we own. We also agree in case of an accident our Au Pair will only be responsible for a maximum of a $500 car insurance deductible per incident that Go Au Pair determines is caused by the Au Pair. We agree to pay for gas for the vehicle(s) used by the Au Pair when performing her/his duties or when driving to/from meetings and/or classes which are requirements of the program. We acknowledge that it is our responsibility to conform to any and all state or local laws regarding the Au Pair's use of the automobile, including obtaining a local driver's license, if required.

---

* Subject to change without notice

Date ___6-10-14___   Initials ___BS___
                                    MS

2

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY



# Host Family Placement Services Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

2.14    We agree to ensure the Au Pair leaves the United States, as per Go Au Pair arrangement, at the conclusion of the year. We understand any stay by the Au Pair beyond the year program dates is not within guidelines of the Program and puts the family at risk of criminal penalties and fines as dictated by federal law. We also understand our Au Pair cannot accept employment outside of our home. We understand if the Au Pair does not leave the U.S. at the end of the 13th month or changes her status the Au Pair forfeits transportation to the Au Pair's home country. We will not support or sponsor her for a change of visa status during the travel-month time frame that she is considered in valid program status with Go Au Pair.

2.15    We agree to allow communication with the Au Pair and the Local Area Representative, and allow Go Au Pair to mediate in case of disagreement, misunderstanding or problems between our family and the Au Pair. We agree to allow communication between the Host Family and Go Au Pair and the Local Area Representative. We will facilitate attendance and provide time off and transportation for the Au Pair's activities with the Local Area Representative.

2.16    We agree if the staff of Go Au Pair finds the Au Pair subject to exploitative conditions in our home, (for example, requiring a significant amount of Au Pair's time for activities not related to child care, physical, sexual or emotional abuse, failure to provide at least $195.75*, $215.00 for Au Pair Plus, $255.00 for Premiere Au Pair, weekly pocket money, or failure to provide the agreed upon leisure time, educational or cultural opportunities), the staff, at their sole judgment, may withdraw the Au Pair and we will not be granted a replacement or refund.

2.17    We understand and agree that the Au Pair is not an employee, independent contractor or agent of Go Au Pair. We understand any personal bills incurred by the Au Pair while residing with the Host Family are not the responsibility of Go Au Pair. Personal bills incurred by the Au Pair include, but are not limited to, any credit card charges, phone bills; charges or extra expenses incurred by the Host Family as a result of any acts or omission of the Au Pair, medical expenses not covered by the health insurance are not the responsibility of Go Au Pair or its affiliates. The Au Pair's return airfare cannot be applied to any outstanding bills. We agree not to seek payment from Go Au Pair for any such expense or costs.

2.18    We agree to meet weekly with the Au Pair to discuss scheduling, to clarify duties and to resolve any differences. During our participation with Go Au Pair we endeavor to the best of our ability to assure a successful stay for the Au Pair placed in our home.

2.19    We understand and agree to the terms of payment to Go Au Pair as set forth in this Agreement, which are subject to change. We understand and agree to the terms of refund and replacement policies as stated below, should our family or our Au Pair withdraw from the Program for any reason.

**Refund/Replacement Policies:**

3.1    In the event an Au Pair is removed from our household due to our failure to adhere to the Program guidelines there will be absolutely no refund. We also agree if we fire the Au Pair, or the Au Pair requests to leave and we fail to give the Au Pair the required two weeks notice plus room and board, and 2 weeks pay; we will not receive a refund or replacement. At our discretion we may request the departing Au Pair to provide, or not provide, any childcare services. We understand Go Au Pair is not responsible for any economic damage or loss alleged to arise from loss or unavailability of the Au Pair's service. Go Au Pair cannot guarantee 12-months of uninterrupted childcare. Interim, alternative care at the family's expense may be needed if a change of Au Pair is necessary.

3.2    We agree the application fee is non-refundable. We agree if we withdraw from the Program after the initial Program match fees have been paid, and prior to the Au Pair's arrival, we will be refunded $900.00. If we withdraw from the Program after total payment of the Program fees, but prior to the Au Pair leaving for the United States, we are entitled to a $5,200.00 refund. If we decide to change au pairs before the Au Pair has arrived or our Au Pair's visa is denied, we agree to pay any processing fees acquired.

3.3    We agree that if the placement is unsatisfactory, such dissatisfaction will be reviewed on a case-by-case basis and left to the discretion of Go Au Pair. Notice must be given in order to review potential replacement au pairs. The first two weeks in the placement is viewed as an adjustment period during which no change in placement will be considered. Unsatisfactory placement includes, but is not limited to the following situations: the Au Pair is negligent or delinquent in fulfilling his/her duties as an Au Pair, the Au Pair does not feel that he/she is being treated as a respected member of the family; personality conflicts between the Host Family and Au Pair, Au Pair leaves the family without notice, etc. The Replacement Policy is defined as follows:

- If the request for a new Au Pair is received within 6 months of the replaced Au Pair's arrival in the United States, Go Au Pair will attempt to replace the Au Pair covered by this Agreement with a new Au Pair from outside the country or

Date    $\underline{\phantom{xx} 10-14 \phantom{xx}}$    Initials    $\underline{\phantom{xxxxxx}}$

3

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY



# Host Family Placement Services Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

with an Au Pair already in the United States. If the end date for the new Au Pair is beyond that for the Replaced Au Pair's Agreement, then the Host Family will have the new Agreement extended according to the time on the new Au Pair's program end date. Any extension in time will result in additional fees of $500/month, while a reduced time frame will result in a credit of $500/month for the Host Family's next contract (no refund is available). The Host Family will be required to pay for the Au Pair's one way arrival transportation, above $300. The Host Family will be responsible for any return airfare cost differences.

- If the request for a new Au Pair occurs after the sixth month anniversary of the Replaced Au Pair's arrival in the United States, Go Au Pair will attempt to replace the Replaced Au Pair with a new Au Pair from outside the country under a new contract or with an Au Pair already in the United States. The Host family will receive a credit of $350/month for the remaining number of months on the Replaced Au Pair's Agreement against the fees due for the new Agreement. Fees due or credited for partial months will be prorated based on a 30 day month (for example 10 days becomes 10/30 or .33 months). Unused credits expire 13 months from the end date of the Replaced Au Pair's Agreement. We understand the Go Au Pair staff will attempt to find a replacement and will attempt to locate another placement for the Au Pair. Additionally, we understand there is no guarantee a replacement will be found. In which case, provided the Host Family has acted in accordance with Program guidelines, a standard refund in accordance with the Go Au Pair Refund Policy (defined in 3.9 below) will be issued. A refund, if owed, will be processed thirty (30) days after this request has been received by Go Au Pair.

3.4 We agree we have received a copy of the Grievance Policy as set forth by Go Au Pair and agree to follow the steps as stated.

3.5 If the Au Pair requests a transfer within the first 60 days, the Au Pair could be responsible for reimbursing the Host Family for the arrival airfare originally paid by the Host Family. It is the Host Family's responsibility to collect this money from the Au Pair. If our Au Pair is replaced after we have given him/her a paid vacation and/or paid the tuition allowance, we agree to provide paid vacation and tuition for the replacement Au Pair as well, in accordance with the terms of this Agreement. The domestic and international transportation, extended payment plan fees, insurance upgrades and any late payments or returned check charges are non-refundable. We understand in the event the Au Pair does not use the return air ticket provided by Go Au Pair for any reason, no refund, credit, or travel voucher will be provided.

3.6 Refunds are calculated based on the date the Au Pair leaves the Host Family's home.

3.7 Go Au Pair reserves the right to refund the Host Family rather than provide a replacement in their home.

3.8 We understand if our full program fees are not paid within 21 business days of the Au Pair's arrival, we will be responsible for an additional courier charge of $75.00 (due before Au Pair's arrival). We understand our Au Pair's flight cannot be confirmed until final payment is made and tickets are issued. Flight schedules are subject to change until they have been ticketed. We also understand any outstanding balance more than 30 days past due will be subject to a finance charge of 1.5% per month, 18 % per annum and the removal of our Au Pair.

3.9 We understand and agree that because the majority of Go Au Pair's operation costs are incurred in the process of recruitment, interviewing, orientation and placement of au pairs, Go Au Pair's refund policy is limited to that shown in the refund calculation schedule shown below for a 12 month contract. There is no prorating of amounts in determining refunds. For example an Agreement in the seventh day of the 6th month falls in the column labeled Agreement Month 7 (<6 months remaining). The Refund Calculation Schedule is based on all payments having been made. Any balance due reduces the refund amount by the full amount of the balance due. Should a refund be due on a contract shorter than 12 months, the amount due is calculated based on the months remaining. For example, if a contract is for 9 months and 3 months and 3 days have been used, the refund amount is shown in the column labeled Agreement Month 7(<6 months remaining).

| Agreement Month | Pre-Arrival | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Months Remaining | | <12 | <11 | <10 | <9 | <8 | <7 | <6 | <5 | <4 | <3 | <2 | <1 |
| Refund | 5200 | 4200 | 3500 | 2800 | 2100 | 1750 | 1400 | 1050 | 700 | 350 | 200 | 0 | 0 |

## Other Terms and Conditions:

4.1 As Host Family, we agree to indemnify and save harmless Go Au Pair and its subsidiaries, related affiliates, and parent, any owners, officers, employees, and agents of the parent company, related affiliates, and the subsidiaries, from any and all liability or claims, demands, damages, and costs for or arising out of Au Pair referral and matching services whether it be caused by negligence of Go Au Pair, its agents or employees.

Date  6 - 10.11   Initials  PSS  MS.

4



# Host Family Placement Services Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

4.2     We acknowledge and agree to release and hold harmless Go Au Pair and its subsidiaries, related affiliates, and parent company, any owners, officers, employees, and agents of the parent company, related affiliates, and the subsidiaries, from any and all liability incurred by any person as a result of any act committed by an Au Pair or by any person associated with the Au Pair in any way, as well as liability incurred as a result of any conduct whatsoever committed by Go Au Pair and its officers, employees, agents, and representatives for any personal injury and/or property damages, injury, loss, delay or expense incurred by us or any family member, child, guest, employee, or agent of the Host Family as a result of, but not limited to, any of the following events: Acts of God, acts of war or government restrictions, any events directly or indirectly caused by an unintentional or negligent act or omission by an Au Pair placed in our household, or any unintentional acts or negligence caused by Go Au Pair or any of its officers, employees, representatives or agents.

4.3     If the Host Family breaches the indemnification and hold harmless clause and fails to defend Go Au Pair; Go Au Pair may institute a law suit for all legal fees and costs incurred including those associated with the enforcement of this provision.

4.4     In case a claim should be brought or an action filed with respect to the subject of indemnity, we agree that Go Au Pair may employ attorneys of Go Au Pair's own selection to appear and defend the claim or action on behalf of Go Au Pair. Go Au Pair, at its option, shall have the sole authority for the direction of the defense, and shall be the sole judge of the acceptability of any compromise or settlement of any claims or actions against Go Au Pair.

4.5     The sole liability of Go Au Pair and its subsidiaries, related affiliates, and parent company, any owners, officers, employees, and agents of the parent company, related affiliates, and the subsidiaries for any claim related to this Agreement shall be for Go Au Pair to use commercially reasonable efforts to replace the Au Pair according to the Replacement Policy and then the Refund Policy. In no event shall Go Au Pair be liable for any consequential, incidental, indirect, special, or punitive damages, loss or expenses. Notwithstanding anything to the contrary, in no event shall the payment of any type of damages, due to any cause, including without limitation gross negligence or willful misconduct exceed the fees received by Go Au Pair under this Agreement.

4.6     We acknowledge that it is our responsibility to comply with any federal, state or local laws regulating host relationships with our Au Pair. Go Au Pair does not provide legal advice regarding any such laws and is not responsible for informing the Host Family of, or overseeing compliance with, any federal, state or local laws which may vary from state to state, and are subject to change from time to time.

4.7     During the course of Go Au Pair performing services for Host Family, each party may be given access to information (in hardcopy and/or electronic form) that is confidential ("Confidential Information"). Confidential Information shall include Host Family information on the application to Go Au Pair, all information provided to the Host Family about each potential Au Pair, and other information specifically identified as confidential unless such information is already in the public domain. The Confidential Information received by each party shall be used only in connection with the Services provided under this Agreement and may only be copied or reproduced to the extent reasonably necessary for the receiver to perform its obligations. Each party agrees to use the same degree of care to protect the Confidential Information of the other in the same manner that it protects the confidentiality of its own confidential information of a similar nature, but in no event less than reasonable care. If either party receives a subpoena or other validly issued administrative or judicial process, including without limitation a request from the DOS, performing the procedural audits required by the DOS, or in responding to any legal action, requiring Confidential Information of the other party, it shall be permitted to disclose such information without notifying the other party. Host Family agrees that releasing Confidential Information related to an Au Pair to another Au Pair agency of any type or receiving Confidential Information relating to an Au Pair and then subsequently arranging for that Au Pair to provide services outside of this Agreement is a breach of the Agreement and entitles Go Au Pair to damages of $4500 plus any reasonable, associated legal costs.

4.8     The terms and conditions of this Agreement shall be construed under the laws of the State of Utah. If any of the terms or conditions of this Agreement are found to be illegal, or void, the remaining terms shall remain in full force and effect.

4.9     We agree that any dispute with Go Au Pair that is not settled informally will be submitted to binding arbitration, to be conducted in substantial accordance with the rules of American Arbitration Association in the State of Utah. The identity of the arbitrator will be decided by mutual agreement, with the costs to be shared equally between the parties and the decision of the arbitrator shall be final. By signing this Agreement we are waiving our right to have any claim against Go Au Pair decided in Court before a judge or jury, although each party retains the right to have a court confirm the arbitration award in accordance with the law.

Date____6-10-11____  Initials____BS____ NS.

5

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY

Case No. 1:14-cv-03074-CMA-KMT   Document 861-11   Filed 02/16/18   USDC Colorado   Page 6 of 7
Case 1:14-cv-03074-CMA-KMT   Document 86.1-11   Filed 02/16/18   USDC Colorado   Page 6 of
46
Defs.' Appx. 00000756



# Host Family
# Placement Services
# Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

4.10    Any and all lawsuits, claims or actions involving any issue or contractual requirements under this Agreement shall be commenced within two years and one day from the date the claim or cause of action accrues and all causes of the action shall be brought in the State of Utah.

4.11    Failure to comply with any portion of the above Agreement will result in waiving our right to any refund or replacement Au Pair.

4.12    Changes in Federal Regulations governing Go Au Pair, Au Pair, and/or Host Family supersede any portion of this Agreement.

4.13    This Host Family Agreement may be signed in counterparts and may be delivered by facsimile. A facsimile signature shall be considered the same as an original.

4.14    We acknowledge this document (and documents referenced herein) sets forth our entire Agreement with the Go Au Pair Program, and we have not relied on any warranties or representations other than set forth. Should our family or Au Pair withdraw for any reason we understand and agree to the terms of the refund and replacement policies stated in this Agreement.

4.15    We understand that this document is a legal contract and that we have been advised to seek legal advice if we do not understand its terms. By signing the document, we acknowledge that we have read and understand the provisions of this Agreement and accept and agree to abide by the terms set forth.

Signature                          Print Name                          Date        6-18-14

Signature                          Print Name                          Date        6/10/14

6

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY                                      GAP_00000794