# Exhibit F

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Defs. Appx. 00000782

# Au Pair Agreement

**Go Au Pair** ----------O---------- **Au Pair**

The Au Pair Agreement is between the Au Pair and Go Au Pair and includes:
:: Au Pair Program Requirements
:: Hours, Wages, Vacation Pay & Education Tuition Payments
:: Fees and Expenses
:: Child Care Training and preparing to leave to the United States
:: During the Year and Successfully Completing
:: Terms and Conditions

The agreement is signed by the Au Pair for the initial Au Pair term and an addendum is signed for any subsequent extension term. The Local Country Agency receives a copy automatically of the signed Au Pair Agreement.



Exhibit No.: 6
Deponent: Del Pozo
Date/RPR: 2-5-18
Hunter + Geist, Inc.

KAPLER DEC. EXHIBIT F    GAP_00070195

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Defs.' Appx. 00000783



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

I, Michelle Carolina Del Pozo Aguilar, am an applicant ("I" or "Applicant") to be an au pair ("Au Pair") in the Go Au Pair Operations, LLC ("Go Au Pair") Au Pair Program in the United States. The United States Department of State ("DOS") has designated Go Au Pair as a sponsor ("Sponsor") in the DOS Exchange Visitor Program with Au Pairs ("Au Pair Program").

I agree to abide by the terms and conditions set forth in this agreement ("Au Pair Agreement") and the following attachments:
- DOS publication "The Au Pair Exchange Program Brochure."
- DOS letter, "Dear Au Pair Program Participant" signed by Rick A. Ruth. This letter describes the philosophy guidelines, and contact information regarding the Au Pair Program.
- DOS regulations on the Au Pair Program in Title 22 CFR 62 ("DOS Regulations") specifically 22 CFR 62.31 on the Au Pair Program – These regulations must be followed by the Applicant and the Host Family. The DOS Regulations were developed to provide a safe environment and an enjoyable cultural experience.
- Go Au Pair Mediation Policy ("Mediation Policy") – This describes the steps to be followed by both the Applicant and Host Family if concerns arise during year in the Au Pair Program.
- Child Care Services Agreement ("Child Care Services Agreement") – a blank copy is attached. A completed Child Care Agreement between the Applicant and a Host Family ("Host Family") must be signed before getting a visa.
- Hours / Wages Log (Hours/Wages Log") – manual log for the Applicant to record hours worked, vacation days used, education payments and payment of wages.

This Au Pair Agreement if effective when it is signed by the Applicant and continues as long as the Applicant has any involvement with the Au Pair Program, Host Family, International Representative, or Go Au Pair.

I understand the purpose of the Au Pair Program is: (Reg. 62.1.a-b; Reg. 62.31.a):
- To encourage and provide the opportunity to participate and increase mutual understanding between the people of the United States and the people of other countries by means of educational and cultural exchanges
- For the Applicant to return home to share their experiences
- For exchange visitors to enter the United States on a valid J-1 visa.
- For the Applicant to live with an American Host Family and participate directly in the home life of the Host Family
- For all Applicants to provide Child Care Services to the Host Family and attend a U.S. post-secondary educational institution.

As a Sponsor, Go Au Pair, supports and monitors the Au Pairs and the Host Families using the DOS Regulations. Go Au Pair uses local representatives ("International Representatives") in foreign countries to perform many of the initial face-to-face activities before the Applicant is matched and arrives to the U.S. The services provided include the following:

- International Representatives – Local country agency name: NARVEM Cia. Ltda. (APW)
  o Educate the Applicant of the DOS Regulations to determine if the Applicant is interested in the program
  o Collect and review documents required by the DOS Regulations
  o Preliminarily screen the Applicant using the DOS regulations, including an in person interview
  o Support the Applicant in translating DOS regulations, advice when completing the required application, scheduling visa interviews and preparing for appointment at the US Embassy/Consulates
  o Facilitate the 32 hours of child care training required by the DOS Regulations
  o Provide additional services that will be beneficial to the Applicant
- Go Au Pair
  o Train and support the International Representatives concerning the DOS Regulations and Go Au Pair processes
  o Conduct screening of the complete Au Pair Application and to approve acceptance as an Au Pair
  o Screen Host Families using the DOS regulations, including an in person site visit in the Host Family's home
  o Support Host Families in determining their requirements for an Au Pair and helping the Host Family match with potential Au Pair candidates
  o Produce DOS documentation (Form DS-2019) required to get an embassy visit
  o Arrange for transportation to and from your Host Family
  o Provide Accident and Illness insurance while the Applicant is in the Au Pair Program
  o Monitor and support the Applicant and the Host family throughout the year with a Local Area Representative ("LAR") who lives within 60 minutes of the Host Family's home.

The following sections describe the major rules and regulations the Applicant must follow.

1. **Au Pair Program Requirements**
1.1. I agree to the following:
- I am between the ages of 18 and 26. (Reg. 62.31.d.1)

Page 1 of 12

Initials: _mcdp_

apa_v15.02_150831_tjw.docx

GAP_00070196

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
Defs: Appx. 00000784



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

- I have graduated from secondary school or equivalent. (Reg. 62.31.d.2)
- I agree to demonstrate I possess sufficient proficiency in English to function as an Au Pair on a day-to-day basis. (Reg. 62.31.d.3, Reg. 62.10.a.2)
- I, alone, will speak with Host Families in the 2 phone interviews. (Reg. 62.31.d.3, Reg. 62.10.a.2)
- I meet the Home-country physical presence requirement in my home country by physically residing in my home country at least two years before previously departing from the United States (Reg. 62.2; Reg.62.10.b)

1.2. I will provide the following documentation ("Au Pair Application") required by the DOS Regulations and Go Au Pair to be a participant of the Au Pair Program:
- School diploma(s) or equivalent and transcripts of grades. (Reg. 62.31.d.2)
- Completed core Au Pair application
- A certified criminal record check or its equivalent. I understand if a criminal history exists I will not be allowed to participate in the program. (Reg. 62.31.d.6)
- Completed psychometric profile and personality profile provided by Go Au Pair (Reg. 62.31.d.6)
- A physician's report signed by a doctor. I hereby state everything contained in the physician's report is complete and accurate. (Reg. 62.31.d.4)
- Two non-related childcare references and one non-related character reference. (Reg. 62.31.d.6)
- Verified experience of hours with any children under the age of 2 years old (if applicable) (Reg. 62.31.e.3)
- A letter to the Host Family.
- A video created by me that describes me, my family, friends, and children for which I have cared
- A valid passport
- Driver's licenses, both local and international, if my application states I am a driver.

1.3. I agree to:
- Conduct an in-person interview with the International Representative in English (Reg. 62.31.d.3; Reg. 62.10.a.2)
- Abide by all of the DOS Regulations and any changes made by the DOS.
- Cooperate with Go Au Pair, and all those supervising the program, respond to emails and questions from Go Au Pair promptly and to abide by all reasonable instruction.
- To match with a Host Family, I will need to review and sign the Child Care Services Agreement. This is a written contract between me and the Host Family. (Reg. 62.31.d.5)
- I agree I am not an employee, independent contractor, or agent of Go Au Pair. I will be providing child care services as an employee of the Host Family.

## 2. Duties as an Au Pair

2.1. I understand and agree providing safe quality childcare is my primary responsibility and any failure to do so will result in my immediate termination from the program. I understand and agree my childcare responsibilities will take precedence over my own personal and/or social life.

2.2. I agree to abide by the method of discipline as outlined by the Host Family. **At no time will I strike a child or cause physical harm to a child.** In the event that I cause physical harm to a child, I understand I will be immediately terminated from the program.

2.3. The child care duties ("Child Care Services") I will be responsible for may include, but are not limited to the following:
- Daily maintenance of the children, including meal preparation, doing the children's laundry, transporting the children to various activities, assisting with homework, playing, teaching and caring for the children.
- Minor housekeeping, including but not limited to, washing the children's dishes, tidying up the children's rooms and making their beds, vacuuming and dusting the children's rooms and cleaning their bathrooms. In addition, I agree to pick up after the children in any room in which they have played.
- Examples of duties are shown in the attached EXAMPLE of the Child Care Agreement

2.4. I understand the DOS Regulations **prohibits** me from the following:
- Living in a home with an infant less than three months of age unless a parent or other responsible adult is present in the home (Reg. 62.31.e.2).
- Living in a home with a child under the age of two (2) years unless I meet the DOS requirements (over 200 hours of experience with children under the age of two) (Reg. 62.31.e.2).
- Overall general housework such as cleaning the entire house, lawn work, etc.
- Regular cooking for any adult member living in the household.
- Accepting employment outside of providing Child Care Services with the Host Family or performing Child Care Services as a participant with other Exchange Visitor Programs such as J-1 College and University Students. (Reg. 62.16.b; 62.23.g.1-2)

2.5. I agree for any Host Family that identifies needing Special Care for their children that I will discuss any skills, or lack thereof, I may have regarding the Special Care. I agree to assess whether I have the capabilities to provide the Special Care and make sure I am comfortable with the Special Care requirements.

Initials: _mcdp_

apa_v15.02_150831_tjw.docx

GAP_00070197

Case No. 1:14-cv-03074-CMA-KMT Document 861-11 Filed 02/16/18 USDC Colorado Page 5 of 16
Case 1:14-cv-03074-CMA-KMT Document 1172-6 filed 11/13/18 USDC Colorado pg 35 of 16
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Defs. Appx. 00000785



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

2.6. I agree I am not allowed to perform the diagnosis of any medical condition, the dispensing of any medicine, or the provision of medical or therapeutic treatment ("Special Treatment") for the Host Family's children. If the Host Family's child requires medicine(s) which have been routinely administered in the past by a Parent and can be performed by a layman with no special training ("Layman Treatment"), I may be requested by the Host Family to administer this Layman Treatment if:
- Host Family supervises and fully trains me in the Layman Treatment;
- I and the Host Family sign the Medical Consent Form for each child which details the Layman Treatment;
- I agree I fully understand the instructions from the Host Family and am confident I can perform what is asked.
- **Go Au Pair does not recommend the Host Family to allow an Au Pair to provide Layman Treatments** due to the potential risks including without limitation: Au Pairs are not familiar with medical names nor standards in the United States, there may be language misunderstandings related to the use of English versus metric measures, or potential medical complications.  NOTE:  I am not required to sign the Medical Consent Form and perform these tasks and should not perform these duties if I am not comfortable doing so and there is any risk or concern about the safety of the child.  I agree Go Au Pair and Released Parties have no involvement with Layman Treatment or Special Treatment and have no Liabilities in connection with any intentional or negligent acts or omissions by me or the Host Family arising from the Layman Treatment or Special Treatment.

2.7. I understand the following is **prohibited** by Go Au Pair:
- Smoking in the Host Family's home (including my private bedroom), the family car, or around any member of the Host Family
- Smoking while in the United States at all if I have indicated on my Au Pair Application I am a non-smoker

2.8. I agree to keep my personal living space clean and tidy.

2.9. I agree to perform my duties as an Au Pair to the best of my ability.

3. **Hours, Wages, Vacation Pay, & Education Tuition Payments**

3.1. I agree my weekly stipend will be no less than the amount in the table below based upon the type of Au Pair Program you select with the Host Family and no more than the hours shown in a week and single day (Reg. 62.31.j.1-2)

| Au Pair Program | Wages Weekly | Hours Worked | Maximum Hours / Day | Education Semester (Hours) | Education Contribution ($) | Vacation Days |
|---|---|---|---|---|---|---|
| Standard – 12 mo Extension | $195.75 | 45 | 10 | 6 | $500 | 14 |
| Standard – 9 mo Extension | $195.75 | 45 | 10 | 6 | $500 | 10.5 |
| Standard – 6 mo Extension | $195.75 | 45 | 10 | 3 | $250 | 7 |
| EduCare – 12 mo Extension | $146.81 | 30 | 10 | 12 | $1000 | 14 |
| EduCare – 9 mo Extension | $146.81 | 30 | 10 | 12 | $1000 | 10.5 |
| Educare – 6 mo Extension | $146.81 | 30 | 10 | 6 | $500 | 7 |

3.2. I understand I will have one and one-half days off per week with one full weekend off per month.  I am entitled to receive two weeks paid vacation to be taken at a time mutually agreed upon with my Host Family. (Reg. 62.31.j.3-4)

3.3. Additionally, I agree should I change families after I have used my vacation time, I will not be eligible for further vacation time from my new Host Family.

3.4. Vacation pay and education allowance are accrued weekly. The amounts and calculations are shown in the Child Care Agreement.  If a placement ends before the full term the Host Family will pay the Au Pair vacation pay and tuition allowance based on the number of weeks used in the placement. Go Au Pair will provide prorated amounts in the Placement Completion Worksheet for both parties so agree in writing.

3.5. I may not be paid for accrued tuition if there is no supported document indicating I have made a reasonable attempt in enrolling or attending educational classes.  Go Au Pair will review the facts and will make the final decision whether accrued tuition fees are to be paid.

3.6. I will prepare a hardcopy weekly Hours & Wages Log of the hours worked by day, stipend paid, vacation days used, and educational financial contributions made.  I will have the Host Family agree to this by initialing the Log.  If there are any discrepancies or missed initials lasting more than 14 days, the Applicant is required to notify the LAR and Headquarters in writing to mediate any open points. (Reg. 62.31.j.1-4)

3.7. I understand it is illegal for me to accept any paid employment outside specific program regulations. This includes, but is not limited to, working extra hours for the Host Family for additional pay, as well as working outside of the Host Family's home for additional pay.  I understand and agree participation in such illegal employment during my stay in the United States, will result in my immediate termination from the Au Pair Program. (Reg. 62.16.b; 62.23.g.1-2)

4. **Fees and Expenses**



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

4.1. I understand the potential costs that may be charged to me from Go Au Pair include the following:
- Program Fees
- Airfare Surcharge
- Insurance Upgrade
- Miscellaneous Expenses
- Return Airfare

4.2. Go Au Pair fees, amounts, when due, and what is refundable are described as follows:

### Go Au Pair - Program/Application Fees

| Description | When Due | Amount (USD) | Refund |
|---|---|---|---|
| Fees for processing Au Pair application and support when in America | When Applicant matches with a Host Family | $ 300 | No |
| Airfare Surcharge - partial airfare to United States for countries with high fares | When Applicant matches with a Host Family | $ 200.00 | No |

4.3. Optional Additional Costs – New Prices will be provided in March 2016. At that time new rates will be provided. Generally insurance costs are updated annually but Go Au Pair reserves the right to make updates when our insurance provider makes changes.

### Go Au Pair – Insurance Upgrade Additional Coverage above Basic Policy - VALID ONLY UNTIL MARCH 1, 2016

| Description | When Due | Amount (USD) | Refund |
|---|---|---|---|
| Insurance Upgrade to Silver Ultimate | When Applicant requests upgrade | $ 250 / Full Year | No |
| Insurance Upgrade to Gold Basic | When Applicant requests upgrade | $ 200 / Full Year | No |
| Insurance Upgrade to Gold Ultimate | When Applicant requests upgrade | $ 450 / Full Year | No |
| Insurance Upgrade to Platinum Upgrade | When Applicant requests upgrade | $ 900 / Full Year | No |
| Insurance Upgrade to Platinum Ultimate | When Applicant requests upgrade | $ 1075 / Full Year | No |

### Go Au Pair - Other potential cost to an Au Pair DURING her year

| Description | When Due | Amount (USD) | Refund |
|---|---|---|---|
| Expedited Flights ((Issued < 15 days before departure date) | In Country departures from US to the Home Country | Higher of $300 or actual increase | No |
| Psychometric Test Retake | If second test is required | $ 40 | No |
| Courier<br>- Ground (in USA)<br>- 2 day (in USA)<br>- 1 day or weekend (in USA)<br>- International delivery | When Au Pair needs changes to DS2019, i.e., a travel validation to leave the country and come back. | $ 15<br>$ 30<br>$ 60<br>$ 75 | No |
| Replacing Go Au Pair manuals or workbooks (Training Manual, etc.) | Replacing Lost manuals | $25 + shipping above | No |
| Requesting flight change after Go Au Pair has issued flight | If Applicant requests change after flight has been issued, prior to change being made | Cost of increase plus Go Au Pair $30 change fee | No |

4.4. I understand the following costs will be incurred if:
- I request to rematch my Host Family within 90 days of arriving to their home, cancel the placement or need to delay my trip after Go Au Pair has issued a Form DS-2019 for a visa application and/or has booked an airline ticket

### Pre-Arrival Cancelation Penalties – Out of Country Au Pair needing visa (NON-REFUNDABLE)

| Description | When Due | Amount (USD) | Refund |
|---|---|---|---|
| Au Pair Visa denied by the US Embassy consular officers | After Embassy visit | $ 0 | NA |

Case No. 1:14-cv-03074-CMA-KMT Document 861-11 Filed 02/16/18 USDC Colorado Page 37 of 16
Case 1:14-cv-03074-CMA-KMT Document 1172-6 filed 11/13/18 USDC Colorado pg 7 of 16
HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY
Defs.' Appx. 00000787



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

| Au Pair DS-2019 issued & Flight not confirmed | When Au Pair cancels | Program fee | NA |
|---|---|---|---|
| Au Pair Visa approved & Flight not confirmed | When Au Pair cancels | Program fee | NA |
| Au Pair Flights confirmed (Added to DS-2019 or Visa Penalty) | When Au Pair cancels | Program Fee & Air Fare Add On | NA |

**Au Pair ending the Au Pair Program early**

| Description | When Due | Amount (USD) | Refund |
|---|---|---|---|
| 100% of Au Pair's arrival airfare paid by the Host Family | If Applicant leaves the Host Family in the first 60 days | 100% of Host Family airfare for entire flight | NA |
| 50% of Au Pair's arrival airfare paid by the Host Family | If Applicant leaves the Host Family in the first 61 to 90 days | 50% of Host Family airfare for entire flight | NA |
| Total Return Airfare | If Applicant is not able to complete the year. Examples include:<br>- Staying in US after the expiration of the DS-2019<br>- Unable to match with another Host Family<br>- Violating US/state laws<br>- Violating DOS regulations or Go Au Pair program rules<br>- Providing false documentation (e.g. smoking, child care references, etc) | Full Amount of airfare from the US to home country | NA |

4.5. The US Government has the following fees related to the Au Pair Program
  - SEVIS Fees – Included in Go Au Pair Program fees
  - Embassy/Consulate Interview – approximately $160 / interview (note: some Internationals Representatives include this in their fees)

4.6. Your International Representative usually charges fees for work performed in your home country. These descriptions, costs, when due and whether or not they are refundable are documented in Attachment 1 and 2.

4.7. I accept total responsibility for my own expenses ("Personal Charges"). Examples of Personal Charges include communication, entertainment & recreation, personal care, transportation, and taxes with more shown in the Au Pair Success Workbook in Chapter 4 (Reg. 62.10.b.6).
  - The Child Care Services Agreement will document reimbursable costs (incurred by the Host Family / reimbursed by the Applicant to the Host Family)
  - Neither Go Au Pair nor the Host Family will accept responsibility for any Personal Charges.
  - If I transfer to another Host Family for any reason
    - I understand my current Host Family may withhold my last two weeks of pay in order to cover any outstanding debts I may owe
    - I understand the Host Family must be able to provide me with a copy of the bills
    - I will sign agreeing to the amounts in the Placement Completion Worksheet

## 5. Child Care Training

5.1. I agree I will complete 32 hours of childcare multi-media training provided by Go Au Pair Operations, LLC, prior to arriving at my Host Family's home. This includes: (Reg. 62.31.g.1-2)
  - Listening to and watching videos
  - Completing exercises and practice tests in the training and submitting these to the International Representative and/or Go Au Pair
  - Reviewing the text in the workbook
  - Completing five online tests with a passing score

5.2. I understand my final test scores, completed exercises and practice tests may be provided to Host Families

5.3. I agree to bring my Go Au Pair Training Workbook to the United States as a reference in performing child care tasks

## 6. Preparing to leave to the United States

6.1. I agree to have at least two personal phone calls with a prospective Host Family before matching with them.

6.2. I agree to review the following documents before leaving to America
  - Au Pair Success Workbook
    - Insurance brochure: Accident insurance description, upgrade costs and requirements (Reg. 62.10.b.7)
  - Go Au Pair.com - City page
  - Google search & CitySearch.com of Host Family's - town/city



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

- I will bring at least $250 with me to the United States for personal expenses and for emergency purposes when I arrive

7. **J-1 Visa / Form DS-2019**
7.1. I agree to complete all visa requirements and to obtain a valid passport
7.2. I agree to bring my original Form DS-2019 that I took to the Embassy, on my travels to the United States, as I will be required to present it to a Customs Officer upon my arrival to the United States.
7.3. I understand Go Au Pair does not issue my J-1 visa. United States Consular officers issue all visas and Go Au Pair cannot guarantee I will receive a visa. I understand Go Au Pair issues my Form DS-2019 which is required for a visa application.
7.4. I understand if I do not return to my home country at the expiration of my DS-2019 or if I leave my Host Family without the approval of Go Au Pair, my DS-2019 will be canceled and my case details will be turned over to the Department of Homeland Security for deportation proceedings. If I cannot complete my commitment to the program for any reason my DS-2019 will be cancelled and I will be required to return home at my own expense.
   - When I arrive in the United States I understand: I must keep the original copy of my DS 2019 that is stamped and/or signed by the Consular at the U.S. Embassy in my home country
   - I must keep any additional copies of the DS 2019 that Go Au Pair sends to me that updates my Program dates or address changes.
   - If I plan to travel outside of the United States for any reason and return during my year, I will send in my Original DS 2019 and any copies to be travel validated and signed by an Alternate Responsible Officer for the U.S. Department of State at Go Au Pair. Without this, you may not be able to return to the United States. This includes personal travel, travel with your Host Family, or travel back to your home country for a visit.

8. **Transportation – Arrival and Return Departures**
8.1. Go Au Pair will schedule flights to and from your home country to the United States to the Host Family's home and provide you with all of the flight information.
8.2. I agree to
   - Be present for all flights and transportation arranged for me by Go Au Pair.
   - Provide my own transportation to the departure airport at my own expense.
   - Provide no less than 30 days notice when requesting my return flight home at the end of my program.
   - Return home at the end of my program.
8.3. I understand that I will have to return home at my own cost if I:
   - Violate a state or federal law
   - Am terminated from the Au Pair Program due to not adhering to DOS Regulations or Go Au Pair rules including but not limited to
     - Striking a child or causing physical harm to a child.
     - Putting a child in danger or leaving a child unattended
     - Using poor judgment involving Child Care Services
     - Making threats of any kind against a person or the United States
     - Omitting or providing false information on any Go Au Pair documentation,
     - Smoking
   - Stay more than 30 days beyond the End Date on the DS-2019
   - Cannot be placed with another Host Family for any reason
   - Cannot complete my commitment to the Au Pair Program
8.4. I understand the return portion of my travel can only be used at successful completion of the Au Pair Program duration and return to my home country. It cannot be used if I return home early, for vacations, or any other reason.

9. **During the Year**
9.1. I agree to respond timely to inquiries and maintain communication with the LAR's monthly contacts to monitor the placement and to take advantage of the Au Pair Program's resources.
9.2. I will contact my LAR within the first 48 hours of arriving to my Host Family.
9.3. I will communicate with my LAR monthly. If I transition to a new family during my program year, I will communicate with the LAR twice monthly for the first two months.
9.4. I will notify Go Au Pair within 24 hours of any changes in the following: Telephone number, email address, actual physical US address. (Reg. 62.10.d.3)
9.5. I agree to enroll in and attend the required semester hours of post-secondary classes at an accredited, post-secondary institute of higher learning during my year stay.

Case No. 1:14-cv-03074-CMA-KMT Document 861-11 Filed 02/16/18 USDC Colorado Page 9 of 16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Defs.' Appx. 00000789



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

9.6. I understand my Host Family is responsible for transportation to and from school and any associated costs. I agree to be responsible for any additional tuition over the amount in Section 3.1 above.
9.7. I agree that my course work will not interfere with my childcare duties.
9.8. I agree to abide by any mutually agreed upon house rules as set forth in the signed Child Care Services Agreement.
9.9. I understand my Host Family may use a recording device ("Recording Device") sometimes called a "nanny cam". The Recording Device shall be limited to the purpose of evaluating my performance with the child(ren), and shall be limited to common areas of the home, in which I provide Child Care Services. The Recording Device shall not be used in any area of the Host Family's home in which I should have reasonable expectation of privacy, including but not limited to bathrooms and bedroom I use.
9.10. If I want to leave the Host Family at any time, I agree to follow the Mediation Policy and give the Host Family at least two weeks' notice prior to leaving.
9.11. I will immediately notify my LAR and Go Au Pair Headquarters in writing (via email) if I believe there are any exceptions in DOS Regulations. This is especially important concerning duties, work hours, and stipend payments.
9.12. I agree to leave the United States per DOS Regulations by the end date on the Form DS-2019 ("Program End Date") or Extend for a second year (see Section 12) plus the 30 day grace period ("Grace Period"). I agree during the Grace Period I may not provide Child Care Services nor receive compensation from the Host Family. I understand if I do not leave the United States before the end of the Grace Period I will be terminated in the Au Pair Program and at risk of penalties dictated by federal law.
9.13. I understand failure to follow the provisions in this Au Pair Agreement will result in my immediate termination from the program.

## 10. Successfully Completing My Cultural Experience
10.1. I am eligible for an award after demonstrating the Au Pair Program has been successfully completed ("Achievement Package") After I submit the required information and Go Au Pair approves it is complete, I will receive the following Achievement Package:
- A $100 gift certificate by email
- A Certificate of Achievement for the Au Pair Cultural Exchange Program
- A gift from Go Au Pair

10.2. To receive the Achievement Package, I understand I must:
- Submit verification of Education Requirements to Go Au Pair within 90 days of the expiration of my Form DS-2019. Accepted forms include: Official transcripts, completion certificate and a letter from the professor / school on school letterhead.
- Have attended at least four (4) of the Cultural Events held by my LAR during my year in the United States. Attendance will be verified by the LAR and Headquarters.
- Complete Go Au Pair's Online Survey that is sent to me by email a month before my DS-2019 expires and to be completed before my DS-2019 expires.

10.3. Go Au Pair has up to 90 days after the expiration of my DS-2019 to send the Achievement Package.
10.4. I will not receive my Achievement Package if
- I am asked to leave my Host Family for any reason and no replacement family is available for me;
- I leave the program before my commitment is complete;
- I ask to leave my Host Family and a replacement family does not accept me within two weeks of notifying Corporate;

## 11. If Issues Occur (Mediation Policy)
11.1. I agree I have reviewed, understand, and abide by the steps in the Mediation Policy.
11.2. If I feel I am being treated unfairly regarding the Host Family's attitudes, workload, housework, payment of stipend, or being coerced to work extra hours or any violation of the DOS regulation, I will bring the matter to the attention of the Host Family and contact my LAR as described in the Mediation Policy.
11.3. I agree to contact my LAR should I be subjected to any physical, sexual or emotional abuse from any member of the Host Family or anyone else.
11.4. If I believe my concerns have not been addressed fairly, I will contact the Go Au Pair Headquarters in writing (e.g. via email) using aupairs@goaupair.com. I will also review Chapter 5 of the Au Pair Success Workbook that talks about networks of support provided to me during my Program Year in the United States.
11.5. I understand that if I do not document my concerns in writing to Go Au Pair, Go Au Pair will not be able to respond and address my concerns.

Initials: _ncdp_

## 12. Extending my program to a second year
12.1. I understand that I have the option to extend my program year ("Extend") 6, 9 or 12 months with either my same Host Family or a different Host Family.
12.2. I understand that in order to extend I must do the following no later than 7 weeks prior to the expiration of my DS 2019.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Defs. Appx. 00000790



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

- Sign in writing that I want to Extend
- Complete my educational requirement and submit verification of Education Requirements to Go Au Pair prior to my extension being submitted. Accepted forms include: Official transcripts, completion certificate and a letter from the professor / school on school letterhead.
- Have attended at least four (4) of the Cultural Events held by my LAR during my year in the United States. Attendance will be verified by the LAR and Headquarters.
- Complete any additional documentation required by Go Au Pair to update my application
- Go Au Pair acknowledges in writing that I have been approved

12.3. I understand Go Au Pair does not issue the extension of Form DS-2019 for the Au Pair. DOS officers grant all extensions of the Form DS-2019. I understand that any extensions applied for less than 30 days prior to the expiration of my Form DS-2019 will not be approved.

12.4. I understand if I travel to countries outside of the United States during the extension program, I will have an expired J-1 Visa and may not be readmitted into the United States. Any travel outside the United States is at the Au Pair's risk and Go Au Pair cannot assist the Au Pair or Host Family in resolving any visa concerns. (Reg. 62.31.o)

## 13. Agreement Terms and Conditions

13.1. I agree all information I have given to Go Au Pair, and Go Au Pair's International Representatives are true, accurate and complete. I understand if any of the information is found to be false, inaccurate or incomplete, Go Au Pair will terminate my DS-2019 and I will return to my home country at my expense.

13.2. I agree that Go Au Pair, or its affiliates or agents may, without liability or expense to themselves, take whatever action they deem appropriate with regard to my health and safety while in the Au Pair Program.

13.3. I understand I am responsible to comply with any federal, state, or local laws, including the 21-year old drinking age restriction. Go Au Pair does not provide legal or tax advice and is not responsible for overseeing or informing the Applicant of compliance with any federal, state, or local laws.

13.4. **Confidential Information.** All information submitted by the Applicant to Go Au Pair shall become the property of Go Au Pair. Go Au Pair may use this information in the broadest sense of operating the Au Pair Program, including without limitation providing the information to potential Host Families, DOS, and auditors. The Applicant will not use Go Au Pair's copyrighted materials, business activities, and technical knowledge, and other information (Go Au Pair Knowledge") to build a competitive service nor provide any other third party access to the Go Au Pair Knowledge. During the course of the Applicant's employment with a Host Family, the Applicant will legitimately become privy to confidential information. Confidential information ("Confidential Information") includes, without limitation, pictures, videos, email addresses, financial information, personal telephone numbers, birth dates, and Social Security numbers. Confidential Information may not be disclosed to anyone or in any public forum, including without limitation, Facebook, Twitter, Instagram, LinkedIn, MySpace, YouTube, social networks, internet sites, or personal blogs without the prior written consent of the Host Family.

13.5. I, my family members, heirs, and assigns completely release and forever discharge Go Au Pair, its affiliates, agents and employees ("Released Parties") from any and all past, present or future claims of any kind, including but not limited to, claims for pain, suffering, personal injuries, attorney's fees, costs, loss of services, mental anguish, disability, medical and hospital expenses, lost wages or earning capacity, all special and general damages, consequential and punitive damages, whether based on a tort, contract, statutory or other theory of recovery ("Claims"), on account of or in any way arising from any activity arising from the Au Pair Program. This includes without limitation: arranging for transportation, any act or omission of any entity related to transportation to and from and within the US, any activities organized by Go Au Pair as part of the Au Pair Program, my duties as an Au Pair, or any actions caused by the Host Family and their family members and for any events beyond Go Au Pair's direct control (force majeure) including without limitation Acts of God, government regulations or restrictions, civil strife, actual or threatened war or terrorist activity.

13.6. I agree to indemnify Go Au Pair, and its authorized agents and representatives from any and all Claims, demands, or causes of action made by any person or entity who claims any theory of liability or reimbursement arising out of my matching with a placement, my employment as an Au Pair, my conduct while in the Au Pair Program, including my intentional or negligent acts or omissions.

13.7. I agree that my sole legal remedy for any Claims I have or may have against any or all of the Released Parties and all other persons or entities who have any type of derivative, imputed or vicarious liability for their conduct, is for Go Au Pair to use efforts it deems reasonable to address the Claim. In no event shall Go Au Pair be required to pay any amount in excess of the fees the Applicant has paid to Go Au Pair under this Agreement.

13.8. I agree the laws of the State of Utah apply to this Agreement and any claims related to the Agreement and participation with the Au Pair Program. Any dispute with Go Au Pair that is not settled informally by the parties shall be submitted to arbitration and conducted in the Salt Lake County in substantial accordance with the rules of the American Arbitration Association ("AAA") before a single arbitrator. The decision of which is final.

13.9. I agree if any term or condition of this Agreement is found to be illegal, invalid, or otherwise unenforceable, such term shall not affect the validity or enforceability of any of the remaining terms and conditions of this Agreement, and such

apa_v15.02_150831_tjw.docx

Initials: _ncdp_

GAP_00070203

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
Defs. Appx. 00000791



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

term or condition shall be deemed modified only to the extent necessary in the Arbitrator's opinion to render such term or condition enforceable, preserving to the fullest permissible extent the intent and agreements of the parties.

13.10. Any and all claims or causes of action involving any issue or contractual requirements under this Agreement, any services performed or to be performed under this Agreement, or any action based in tort, shall be commenced within one year of the date the claim or cause of action arose by providing written notice to Go Au Pair of the intent to arbitrate such claims or causes of action.

13.11. This Agreement may be signed in two or more counterparts and may be delivered by facsimile signature or electronic signature under the provisions of the US ESIGN Act. A facsimile or electronically transmitted signature shall be considered the same as an original.

13.12. I understand this Agreement sets forth the entire agreement with Go Au Pair. I have not relied on any warranties or representations other than those set forth herein. This Agreement may only be modified or amended by the mutual written agreement of the parties. Changes in DOS Regulations or other applicable law governing the Au Pair Program, Go Au Pair and/or the Applicant shall amend, modify, or supersede any term, condition or provision of this Agreement.

13.13. I have read this Agreement, understand its contents, and understand it is a legally, binding contract between the Applicant and Go Au Pair. I have been advised to seek language and legal advice. I have taken the opportunity to consult with an advisor and attorney of my choice about its content. I sign this Agreement with my own free will and choice.

_Michelle Carolina Del Pozo Aguilar_
Michelle Carolina Del Pozo Aguilar (Feb 26, 2016)
Applicant signature

Feb 26, 2016
Date

Michelle Carolina Del Poz
Applicant name (print)

Case No. 1:14-cv-03074-CMA-KMT Document 1172-6 filed 11/13/18 USDC Colorado pg 42 of 16
Case 1:14-cv-03074-CMA-KMT Document 801-11 Filed 02/16/18 USDC Colorado Page 42 of 16
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Defs. Appx. 00000792



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

The following important documents concern agreements between me/Host Family and me/Go Au Pair. Also there is information concerning life in America as an Au Pair. I understand I will read, understand, and bring with me when I go to the United States the documents below.

| Documents Attached | Acknowledge Receipt & Commitment to Review & Understand |
|---|---|
| 1) Attachment 1 – International Representative – Required Prices to the Au Pair | Initials: *mcdp* |
| 2) Attachment 2 – International Representative – Optional Fees to the Au Pair | Initials: *mcdp* |
| 3) Attachment 3 – <u>DOS brochure named:</u> The Au Pair Exchange Program Brochure" | Initials: *mcdp* |
| 4) Attachment 4 – <u>DOS Letter:</u> "Dear Au Pair Program Participant" signed by Rick A. Ruth | Initials: *mcdp* |
| 5) Attachment 5 – <u>DOS Regulations</u> – critical sections highlighted in yellow | Initials: *mcdp* |
| 6) Attachment 6 – <u>Go Au Pair Mediation Policy</u> | Initials: *mcdp* |
| 7) Attachment 7 – <u>Child Care Services Agreement</u> - Example | Initials: *mcdp* |
| 8) Attachment 8 – <u>Hours / Wages Log</u> | Initials: *mcdp* |
| 9) Attachment 9 – <u>Au Pair Success Workbook</u><br>  a. Chapter 1: Au Pair Program: Activities, Cultural Goals and Purpose (including "The Exchange Visitor Program Welcome Brochure")<br>  b. Chapter 2: Health Care and Insurance<br>  c. Chapter 3: Travel to and Entry into the United States<br>  d. Chapter 4: Description and Amounts of Other Costs I Will Likely Incur<br>  e. Chapter 5: Prepare for your Stay in the United States (including Network of Support; RO, ARO, Wilberforce Pamphlet and DOL)<br>  f. Chapter 6: Life and Customs in the United States<br>  g. Chapter 7: Remaining Logistics<br>  h. Chapter 8: Reminder and Disclaimers<br>  i. Chapter 9. Appendices and Forms | Initials: *mcdp*<br><br>Initials: *mcdp*<br>Initials: *mcdp*<br>Initials: *mcdp*<br>Initials: *mcdp*<br><br>Initials: *mcdp*<br>Initials: *mcdp*<br>Initials: *mcdp*<br>Initials: *mcdp* |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Defs. Appx. 00000793



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

## Appendix 1: Required Agency Fees to Au Pair

Below lists **any and all** standard fees charged to Applicant by the International Representative, including without limitation: any training, personal interview, support for preparing the application, scheduling Embassy visit, matching with Host Families, or other fees. This also shows the refund policy for each fee paid.

Application Fee > Due when registering for the program
Amount = $ 440.00 USD || Refundable = No

------

Interview Fee > Due when application is complete
Amount = $ 440 USD || Refundable = Yes

------

Program Fee > Due after applicant gets her visa
Amount = $ 840 USD || Refundable = No

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
Defs. Appx. 00000794



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

## Appendix 2: Optional Agency Fees to Au Pair

Below lists **any optional** fees charged to the Applicant by the International Representative.

n/a

Page 12 of 12

apa_v15.02_150831_tjw.docx

Initials: _ncap_

GAP_00070207

Defs.' Appx. 00000795



# Written Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

This agreement is in effect from _____ to _____ and is between _____, the Host Family, and _____, the Au Pair.

**Work Schedule** — Needs to be Flexible! Hours will change to include some day hours instead of evening

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| From | | 3AM | 3AM | 3AM | 3AM | 3AM | |
| To | | 10AM | 10AM | 10AM | 10AM | 10AM | |
| From | | 9PM | 9PM | 9PM | 9PM | | |
| To | | 11PM | 11PM | 11PM | 11PM | | |

I/we hereby agree that the Au Pair will not provide more than forty-five (45) hours per week, and no more than ten (10) hours per day, of childcare services for us. I/we also agree to provide at least 1.5 consecutive days off per week and one full weekend off per month, starting Friday evening and ending Monday morning.

## House Rules

| | | | |
|---|---|---|---|
| Weekday Curfew | 9PM | Telephone Restrictions | NONE |
| Weekend Curfew | NONE | Visitor Restrictions | NO overnight. Others must be approved by us. |
| Other Restrictions | | | |

## Responsibilities

| Task | Children's Area | Au Pair's Area | Other Tasks Pertaining to the Children |
|---|---|---|---|
| Picking up | ☑ | ☑ | ☐ Driving to lessons, activities |
| Vacuuming | ☑ | ☐ | ☐ Tutoring |
| Dusting | ☑ | ☑ | |
| Making beds | ☑ | ☑ | |
| Children's laundry | ☑ | ☐ | |
| Children's meals | ☑ | ☐ | |
| Washing dishes | ☑ | ☐ | |
| Other (please list) | | | |

## Compensation

The Host Family agrees to pay the Au Pair pocket money in the amount of $ 200.00 (minimum of $195.75, subject to The Department of State regulations and the Department of Labor) per week. The stipend will be paid every 2 weeks.

## Vacation

The Host Family agrees to provide the Au Pair two (2) weeks paid vacation to be taken at a mutually determined time following Au Pair's arrival.

The Host Family agrees to allow the Au Pair a minimum of four (4) U.S. federal paid holidays:

1. Christmas
2. Thanksgiving
3. Memorial Day
4. Labor Day

Go Au Pair
Written Agreement

Page 2 of 2

**KAPLER DEC. EXHIBIT G**

CONFIDENTIAL

GONZALEZ000972



# Written Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

**Au Pair Accommodations**
(please check)

- ☑ Private bedroom
- ☐ Separate quarters
- ☑ Private bathroom

- ☑ Private bedroom on separate level from family
- ☐ Other: _____
- ☐ Shared bathroom with whom: _____

**Use of Car**
(please check one)

- ☐ No use of a car
- ☑ Limited personal use of a car

- ☐ Evening/weekend use of a car
- ☐ Exclusive use of a car

The Host Family must provide car insurance if the Au Pair has any use of their car. Please discuss insurance procedures with your Au Pair prior to initial use. In case of accident that Go Au Pair determines is caused by the Au Pair, the au pair agrees to pay a deductible of $ _300_ (amount must be listed if Au Pair will be driving- minimum $0 and maximum $500).

**Other Benefits**
Other Privileges: _N/A_

- Medical benefits for 12 months of basic coverage are provided by Go Au Pair.
- Coverage may be upgraded to either the Gold or Platinum level and is available for a one-time annual fee
- Coverage for the 30 day grace period is available and highly recommended.

**Grievance Policy**
We agree we have received a copy of the Grievance Policy as set forth by Go Au Pair and agree to follow the steps as stated.

**Notes**

**Certification**
I/We have carefully reviewed the terms and conditions outlined herein and agree to abide by them as witnessed by our signatures below. I/We have spoken to the Au Pair/Host Family and agreed to these conditions before the Au Pair's arrival. I, the Au Pair, verify that I have reviewed the Host Family's application and pre-departure orientation information.

| Host Family Signature | Date 5-27-14 | Au Pair Signature | Date |
| Print Name | | Print Name | |

Go Au Pair
Written Agreement

Page 2 of 2

CONFIDENTIAL

GONZALEZ000973