# Exhibit J

Case No. 1:14-cv-03074-CMA-KMT Document 861-1 Filed 02/16/18 USDC Colorado pg 2 of 5
Case 1:14-cv-03074-CMA-KMT Document 1172-10 filed 11/13/18 USDC Colorado Page 125 of 148
Defs.' Appx. 00000120

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

        Defendants.

## DECLARATION OF STEPHEN LEHAN IN SUPPORT OF AU PAIR INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT

I, Stephen Lehan, declare as follows:

1. My name is Stephen Lehan. I am over the age of 18, and I make this declaration based upon my personal knowledge.

2. I am the owner of Au Pair International, Inc. ("API"), one of 16 designated sponsors of the United States Department of State's J-1 visa au pair exchange program. API is a defendant to the antitrust claim in the above-referenced action.

3. API is not and has never been a member of the Alliance.

4. The Department of State ("DOS") has established a comprehensive set of regulations that govern J-1 visa exchange programs generally and the Au Pair Program specifically. These regulations include a requirement that au pairs must receive at least a minimum weekly stipend. DOS has informed API that the required minimum amount of the weekly stipend is, and has been since 2009, $195.75.

Defs.' Appx. 00000121

4. API has never entered into any agreement with any other sponsor concerning the amount of the stipend API advertises publicly. Nor has it made any agreement with other sponsors about what information it communicates to host families or au pairs when it comes to the nature and amount of the stipend. Instead, pursuant to DOS regulations, API understands that it must inform host families and au pairs that host families are required to pay a certain minimum weekly stipend based on the prevailing federal minimum wage, and that the current amount of that minimum stipend, as specified by DOS, is $195.75.

5. All of API's advertisements and communications to host families and au pairs are and always have been in accordance with that requirement. While API has not used the word "minimum" in every advertisement or document, it is clear from most of our documents that our policy has always been that the DOS-identified minimum stipend amount is, in fact, just a minimum requirement. In some instances, advertisements and documents state that the "weekly stipend is $195.75" (or whatever the DOS-required minimum amount was at the relevant time) as a shorthand way of discussing the stipend. Further, API's policy has always been that host families may pay au pairs a higher stipend if they so choose.

6. API advertises a higher minimum weekly stipend of $225 for au pairs participating in its "Professional Program." Prospective au pairs qualify for this program if they have post-secondary degrees in the teaching or medical professions, or a minimum of two years of full-time childcare experience.

2

Case No. 1:14-cv-03074-CMA-KMT Document 1172-10 filed 11/13/18 USDC Colorado pg 4 of 5
Case 1:14-cv-03074-CMA-KMT Document 801-1 Filed 02/16/18 USDC Colorado Page 127 of 148
Defs.' Appx. 00000122

7. API requires that all host families enter into a standard written agreement with API (the "Host Family Agreement"). That agreement provides that the host family agrees to pay the au pair a "stipend of no less than $195.75 per week." A true and correct copy of the Host Family Agreement, which in all material respects is consistent with and indicative of agreements signed by all host families from 2010 to the present, is attached hereto as Exhibit A.

8. DOS regulations require host families and au pairs to enter into a written agreement before the au pair departs his or her home country. 22 C.F.R. § 62.31(e)(5). API provides a form agreement that all host families and au pairs sign (the "Host Family and Au Pair Agreement"). Since at least 2008, that agreement has referred to the "minimum weekly stipend" set by DOS, which is currently $195.75 per week, and to the higher minimum stipend required for the Au Pair Professional program, which is currently $225. True and correct copies of various iterations of the Host Family and Au Pair Agreement that API has used during the period of 2008 to the present, are collectively attached hereto as Exhibit B.

9. Through its standard training processes, API instructs staff, local representatives, and international partners that stipend amount identified by DOS as the required minimum is, in fact, a minimum amount.

10. API works with a network of "international sending agents" ("international agent(s)"), which are independent foreign entities that recruit prospective au pairs. API provides each international agent with a handbook concerning the United States Au Pair Program and API's policies and procedures. API expressly refers to the required weekly

3

Case No. 1:14-cv-03074-CMA-KMT Document 1172-10 filed 11/13/18 USDC Colorado pg 5 of 5
Case 1:14-cv-03074-CMA-KMT Document 801-1 Filed 02/16/18 USDC Colorado Page 128 of 148
Defs.' Appx. 00000123

stipend set by DOS as a "minimum" stipend in this handbook. A true and correct excerpt of the International Sending Agent Handbook in use before 2014 is attached hereto as Exhibit C.

11. As required by DOS regulations, API interviews prospective host families to ensure that they meet, and understand, the minimum requirements set by DOS. To assist API representatives in conducting this interview, API provides a "Host Family In-Home Meeting Agenda." That agenda expressly advises that host families have the discretion to pay above the DOS-required minimum stipend. A true and correct excerpt of the "Host Family In-Home Meeting Agenda" in use before 2014 is attached hereto as Exhibit D.

12. Also pursuant to DOS regulations, API uses "local area directors" to recruit host families and provide local support for host families and au pairs who participate in the Au Pair Program. API provides each local area director an "Area Director Handbook," which includes a section on frequently asked questions. In that section, API advises local area directors that the au pair's stipend must be a "minimum" of $195.75 per week. A true and correct excerpt of the "Frequently Asked Questions" Section of the Area Director Handbook, which in all material respects is reflective of and consistent with guidance given to all local area directors since at least 2009, is attached hereto as Exhibit E.

13. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 13, 2018.

_____
Stephen Leban

4