# Exhibit K

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Defs.' Appx. 00000132



# International Sending Agent

# Handbook

## Guide for Sending Qualified Au Pairs to America



**To be an au pair in the USA, the candidate must:**

- ✓ be 18 to 26 years old
- ✓ enjoy caring for children
- ✓ have a minimum of 200 hours practical childcare experience
- ✓ have completed secondary school education
- ✓ speak English to a good standard
- ✓ have a clear criminal record
- ✓ commit to 12 months living with an American family
- ✓ not previously have been an au pair in the USA

Defs.' Appx. 00000132

LEHAN DEC. EXHIBIT C

API00001503

*Au Pair International*  International Sending Agent Handbook

## Welcome to the Worldwide Network of Au Pair International

We are delighted to welcome you as a partner in our worldwide network of committed professionals. Au Pair International strives to provide the best quality service to our au pairs and host families. This can only be achieved through close cooperation with committed partners around the globe. We can guarantee well screened and committed host families, as well as close support for the au pairs during their program participation in America. The majority of our host families have been referred to us by current host families. By recruiting well qualified, thoroughly screened and committed au pairs, the number of host families will continue to grow. Quality in every part of the chain will allow our and your business to grow. Welcome to our global family. We look forward to a log successful partnership!

In this handbook you will find the following information:
- **PART I: Background**
- **PART II: Recruiting Au Pairs**
- **PART III: The Au Pair Application**
- **PART IV: Matching Process**
- **PART V: Preparing for Departure**
- **PART VI: Arrival and Program Start**
- **Summary**

# PART I: BACKGROUND

## 1.1 About Au Pair International and the Au Pair Program

In 1986 the Department of State established the Au Pair Program as an educational and cultural exchange program with a strong childcare component. Au Pair International is officially designated and regulated by the U.S. Department of State's Bureau of Educational and Cultural Affairs to be a sponsor of the Au Pair Program. You can check the website at www.exchanges.state.gov. Every au pair is issued a J-1 cultural exchange visa allowing them to participate in the Au Pair Program and live with an American host family for 12 months with the option to apply for an one time extension of 6, 9, or 12 additional months.

"Au pair" means "on par" or equal. Au pairs become an "on par" member of an American family, sharing a cultural exchange experience. The au pair's work hours and responsibilities vary greatly depending on the family's child care needs and schedule. The au pair may provide personalized child care up to 45 hours per week, up to 10 hours per day. The au pair's duties may or may not include child care and light child care related housekeeping such as:

- Supervising and playing with the host family's children.
- Awakening the children, getting them ready for school.
- Preparing meals for the children.

1

- Playing games, doing art projects.
- Bathing, changing and dressing the children.
- Putting children to bed and being on watch while children are sleeping.
- Driving children to school and appointments
- Straightening children's rooms and picking up after children.
- Doing children's laundry.

In exchange, the au pair receives a weekly stipend of $176.95* per week ($200 for Au Pair Professional) an education stipend of up to $500, room and board, training, monthly meetings, supervision and the opportunity to experience American language, life and culture.

The minimum weekly stipend to the au pairs will increase due to an increase in the minimum wage in the US. Starting at these below mentioned dates, the au pair will receive an increased minimum stipend of:

From May 25, 2009: Minimum stipend increased to $195.75/week (other dates will be distributed once the information is provided)

The weekly stipend is normally tax free. The total value received from the program is $17,000 to $22,000 when accounting for the value of everything that is provided to the au pair during the program.

### *Headquarters and Field Staff*
Au Pair International maintains a staff at the corporate office in Boulder, Colorado. Our host families are located all over the U.S., with a concentration on the East and West Coasts. Our staff works closely with our International Sending Partners to ensure the U.S. Department of State Regulations are clearly understood and followed.

On the local level Au Pair International is represented by local Area Directors living less then one hour from any au pair and host family. The Area Directors serve as a support for both the au pair and the host family. The representative will contact the au pair within 48 hours of arrival, meet in person with the au pair and host family within two weeks of arrival, mediate in case of problems and difficult situations and organize activities each month for the au pairs.

## 1.2 Being a Sending Partner with Au Pair International
Au Pair International strives to be the premier Au Pair Agency in the U.S. Our key to success is the quality of the au pair candidates we recruit to our program and the quality of the host families we approve for the program.

***Our Host Families:*** As a sending agent you can be assured that the families we have approved to host au pairs have passed a thorough screening. These are families where we ourselves would be comfortable letting our own son or daughter live with for a year as an au pair. The safety and comfort of our au pairs is our highest priority. With the local Area Director living less than one hour away from any au pair, we are able to be of immediate assistance in case of an emergency or problems.

Case No. 1:14-cv-03074-CMA-KMT Document 861-1 Filed 02/16/18 USDC Colorado pg 5 of 9
Case 1:14-cv-03074-CMA-KMT Document 1172-11 filed 11/13/18 USDC Colorado pg 5 of 18
HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000135



# Host Family In-Home Meeting Agenda

**When:**
Before an au pair can be placed with the family.

**Who:**
All adults resident in the home. Children under 18 years of age optional.

**Where:**
In the host family's home.

**Purpose of interview**
- Inform about the Au Pair Program philosophy, rules, and regulations.
- Advise Host Families of their hosting obligations.
- Inform about the matching process and program year activities.
- Inspect the Au Pair's bedroom.
- Determine if the family is qualified to be an au pair host family.

# Agenda

*(Time: About 1-2 hours depending on questions)*

## 1. The Au Pair Program

- Thoroughly screened au pair candidates from around the world spend 12 months with an American family and care for their children in exchange for room, board and pocket money.
- Au pairs are between 18-26 years, in good health, have childcare experience (min. 200 hours), have no criminal background, have at a min. completed secondary school. Most au pairs have a driver's license and do not smoke.
- Two programs – Au Pair and Au Pair Professional (have min 2 years of full-time childcare experience and/or a formal childcare education).
- Au pair can extend their stay for 6, 9, or 12 months with the same or another host family.

## 2. Au Pair Program Philosophy

- The au pair is a cultural exchange participant and should be treated as a family member (au pair = on par = equal) and not an "employee".
- Au pairs are not Au Pair International (API) employees, but cultural exchange program participants.
- API matches au pairs and host families and monitors that regulations are met.

Case No. 1:14-cv-03074-CMA-KMT Document 861-11 Filed 02/16/18 USDC Colorado page 1 of 9
Case 1:14-cv-03074-CMA-KMT Document 1172-11 filed 11/13/18 USDC Colorado Page 141 of 198
HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000136

## 3. US Government Program Regulations Summary

- Mandatory monthly meetings with Area Director. Your au pair is required to attend all 12 monthly meetings, host family has to provide/arrange for transportation. Au pair has to get time off to attend meetings.
- The Au Pair Program is regulated by the US State Department.
- The au pair is granted a visa for 12 months and may apply to extend their visa by 6, 9, or 12 months with the same or another host family.
- Work hours are up to 10 hours/day and up to 45 hours/week.
  - "On-duty" hours may include time spent watching over the host family's children (while they are awake or sleeping) and light childcare related housework, etc.
  - Min. 1 1/2 days off each week and min. one full weekend off per month (Friday night through Monday morning).
  - Two weeks paid vacation.
  - $195.75 weekly pocket money, also to be paid when sick and during two weeks of vacation ($225 for Au Pair Professional). The minimum stipend must be paid regardless of the hours worked. Host families are free to pay the au pair more at their discretion. Au pair may be paid more than the minimum stipend, but may not work more hours
  - Host family pays up to $500/au pair for classes at an accredited U.S. post-secondary institution (for example at a Community College) and must facilitate the enrollment and attendance of the Au Pair (provide transportation to/from school and make sure she has time off to attend classes).
- Au pair's cannot take another job (including babysitting), be responsible for elderly care, or animals. Play dates are OK.
- Two families cannot "share" an au pair.

## 4. Au Pair's Responsibilities

- Provide childcare for the host family which may include light childcare related housework, i.e. children's laundry, children's meals, kid's rooms clean, cook for children.
- Provide active childcare during on duty hours. The au pair may not distract his/her attention away from the children by watching television, talking on the phone, texting, or using the internet.
- Participate as a family member and follow regulations and au pair rules.
- Pitch in with family household duties as much as possible as a courtesy.
- Complete educational requirements of six credits or the equivalent (minimum of 72 hours of class work in non-credit or in auditing a class). It is the au pairs responsibility to make sure any courses taken are through an accredited post secondary institution. Any courses not taken through an accredited post secondary institution will not count towards the educational requirements.



Area Director Handbook

# 7.0 Frequently Asked Questions

This document is designed to assist you in answering questions you might get from program participants or have yourself. This document is always a work in progress; if you have questions that you feel should be included in this document, please let us know so that we can update the next edition. Areas covered:

A. The Au Pair Program

B. Placement/Matching Process

C. Program in Progress

D. Au Pair's Responsibilities and Compensation

E. Practical – Host Family

F. Insurance

G. The Educational Requirement

H. Re-match/Replacement/Interruption in Service

I. Area Director's Role

J. Program Regulations

**A. THE AU PAIR PROGRAM** .................................................................................................. 6

   1. What is the difference between a nanny and an au pair? ............................................ 6

   2. Why do families choose the au pair program? ............................................................. 6

   3. Why choose Au Pair International? ............................................................................... 7

   4. The regular Au Pair Program versus the Professionnel Au Pair Program .................. 7

   5. Why do people choose to become au pairs? ............................................................... 8

   6. How long is the program? ............................................................................................. 8

   7. Can the host family get an au pair any time during the year? ..................................... 8

   8. Are the arrival dates flexible? ........................................................................................ 9

   9. Can families with a special care/needs child apply? ................................................... 9

   10. How do families reapply for another year? ................................................................ 9

   11. How long is our application valid for? ......................................................................... 9

   12. One of my host families is considering an "in-country" (rematch) au pair. What are the pros and cons? ............................................................................................... 9

**LEHAN DEC. EXHIBIT E**

API_00012144

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000138



Area Director Handbook

# D. AU PAIR'S RESPONSIBILITY AND COMPENSATION

## 1. Au pair's responsibilities

a. **The au pair would like to earn some more money while in the U.S; can she baby-sit for other families?**
No. The au pair can only care for the host family's children. The host family must pay the weekly stipend each week regardless of the number of hours of the maximum 45 hours she works. They cannot ask the au pair to "fill up" her 45 hours by working for other families should they not need her for the maximum hours per week.

b. **The au pair would like to earn some more money while in the US. The family wants to help her and will pay her extra for cleaning the house.**
Not allowed. The au pair can only do light housework and cannot be paid extra for working extra hours or for work that is outside her au pair responsibilities.

c. **Could the host family leave the au pair in sole charge of the children and the household for a long weekend?**
No. The au pair's childcare responsibility cannot exceed 10 hours on any day.

d. **Could the au pair care for sleeping children, for example during the night?**
Yes, the au pair's work hours can be anytime during the day or night. The maximum hours still apply (10/day and 45/week), regardless of if the au pair would "have been there anyway".

## 2. What if the au pair is too ill to care for the children that day?
The host family should always have an alternate childcare plan to use on these occasions. If the au pair misses a day or two of work due to illness, she can make it up by working hours later that week as long as she does not exceed 10 hours per day or 45 hours per week. She should still receive her full stipend for the week. If the au pair is sick for a longer period of time and cannot make up for it during the week, she still needs to receive the full stipend for the week.

## 3. Can the host family share an au pair with another family?
No. The au pair can only care for the host family's children.

## 4. Au Pair's compensation:

a. **How much should the au pair get paid?**
Regular Au Pair: minimum $195.75 per week.
b. **Au Pair Professionnel: minimum $225 per week.**
c. **When should the au pair get paid?**
Stipend should be paid once per week. The host family should set a day when they pay her. Direct deposits to her bank account are recommended. The host family can not deduct money from the stipend for expenses the au pair owes. She will have to receive the stipend and reimburse them for what she owes them.



*Area Director Handbook*

**d. Can the Host Family pay more?**
The au pair is doing a great job and the family would like to reward her. The family can pay the au pair as much as the want, including buying things for her, paying her extra per week or giving her bonuses. They cannot pay less than the minimum au pair wage, ask her to work extra beyond the 45 hours/week and 10 hours/day, or pay her extra to do chores beyond her au pair responsibilities.

**e. What about compensation during vacation pay, holidays and sick pay?**
The au pair is entitled to two weeks paid vacation. Families decide if they want to pay the au pair in advance or after the vacation (au pairs sometimes ask to have the weekly pay paid in front of the vacation week(s) to spend it during their vacation).  The au pair must receive the weekly payment even if she is sick or if the host family gives her holidays off or extra time off.

## 5. Hours and Time Off

**a. Is the au pair expected to have time off on American holidays?**
No. Au pairs may be scheduled to work on holidays. However in the spirit of the program; the au pair should be invited by the family to participate in celebrations and traditions.

**b. Can the au pair be asked to work during family vacations?**
Yes. The au pair is not required to have time off during family vacations. If the host family would like her to accompany them on a family vacation during which she performs her normal childcare duties, it does not count as her vacation time. They will also need to pay her room and board expenses during their vacation if she is required to go with them.

**c. Can the au pair receive more vacation or work fewer hours?**
Yes. The regulations set the minimum vacation and maximum work hours. Regardless of the number of hours, the au pair still receives the minimum weekly wage.

**d. When will/should the au pair take her vacation?**
The two weeks may be taken at once or separately at a convenient time for both the au pair and host family. The timing of the vacation should be discussed and agreed upon far in advance.

**e. What is the difference between the Good Faith Deposit and the Completion Payment?**
Technically they are the same. The good Faith Deposit is returned to the au pair in the form of a Completion Payment at the end of the year.

## 6. Travel Month

The au pair J-1 visa lasts for 12 months + a 30 days "grace period". I.e. the au pair can stay in the US for 13 months.
- The Au Pair International program is 51 weeks.  (12 months is 52 weeks).