# Exhibit M


Cultural Care
Au Pair

# Taxes and personal financial matters

## Introduction

While Cultural Care is not able to provide specific tax information for host families because their circumstances vary a great deal, we are pleased to outline some general guidelines regarding host family and au pair taxes. We hope that this information is a useful resource for host families and au pairs, as well as helpful preparatory material for a conversation with a professional tax advisor or the Internal Revenue Service ("IRS"). Additional information on au pair taxes can be found by going to **www.irs.gov** and entering the words "au pair" in the search box.

Please note that Cultural Care is not licensed to provide official tax advice, so our staff is unable to answer specific questions regarding individual host family or au pair tax issues beyond the scope of topics covered in this document. Since tax laws vary from state to state and are changed on a frequent basis, we advise host families and au pairs to speak with a local professional tax advisor or directly with the IRS for definitive answers to any specific questions regarding taxation.

Cultural Care Inc.'s federal tax ID number: 20-2020345

## Au Pair Taxes

The IRS considers au pairs to be "employees" of the host family for tax reasons, even though they are in the United States on a "cultural exchange" visa. This means that au pairs are required to file U.S. individual income tax returns even though many au pairs will not owe any taxes. By April 15, au pairs should file form 1040NR-EZ or 1040NR to report their au pair stipend for the previous calendar year. Au pairs will need to provide some record of stipend payments received from the host family, so we recommend keeping a list of weekly payments showing the dates, amounts and payment method used to record the total stipend paid by the host family to the au pair during his or her time with the family.

In order to file income taxes in the United States, all au pairs need to have either a social security number or an Individual Taxpayer Identification Number ("ITIN"). Your LCC can provide advice on how to apply for this number, or au pairs can visit the Social Security Administration's web page on this topic: **http://www.ssa.gov/pubs/10181.html**

Au pairs are allowed to claim a personal exemption for themselves, but are not eligible for the standard deduction in their tax filing. This means that the au pairs will usually owe taxes on the difference between their total stipend earnings and the current personal exemption amount. The au pair should almost always be in the lowest tax bracket (currently 10% for 2009 federal taxes), but they should confirm this in the applicable tax tables for the current year. Au pairs are explicitly not eligible for the Earned Income Tax Credit, The Hope

Credit or the Lifetime Learning Credits. As stated above, au pairs are not considered "students" by the IRS so they are also not eligible to exclude au pair wages from gross income under the student article of any U.S. income tax treaty.

### Example:

*An au pair earns a total of $5,872.50 from 30 weeks of stipend during a calendar year. After deducting the $3,650 personal exemption (tax year 2009) and assuming no other deductions or credits, s/he has taxable income of $2,222.50. Using the 2009 tax tables, the au pair would owe $221 in federal taxes.*

Host families should remind their au pair that s/he needs to be ready to file and pay taxes on, or before, April 15, as au pairs might need to plan ahead and have these funds available. Au pairs who will no longer be in the United States on April 15 may file their tax return early, before they leave, or they can submit it online using one of the many third-party services currently available.

We have included a sample form 1040NR-EZ from tax year 2009 which au pairs can use as a guide to completing their own form. Please remember that any specific tax questions or issues with the form should be addressed to a tax preparation professional.

Because the maximum tax burden for most au pairs will be less than $1,000, there is no need for au pairs to make quarterly estimated payments, or for host families to withhold taxes. However, if an au pair is paid a particularly large stipend amount*, they and their host family should consult with a tax advisor to check whether there is a need to withhold taxes or make quarterly estimated payments. In the rare case that an au pair has previously been in the United States with a F, J, M or Q non-immigrant visa *before becoming an au pair*, she might be considered a "resident alien" for tax purposes. In such a case, the host family and au pair should consult a tax advisor because the host family may need to withhold Social Security and Medicare taxes and to pay Federal Unemployment Tax for their au pair.

## Host Family Taxes

There are three specific issues that typically concern host families with regards to taxes and the au pair program:
• Child and Dependent Care Tax credits
• Dependent Care Reimbursement Programs ("FSAs")
• Withholding requirements for au pair taxes

### Child and Dependent Care Tax Credit

As long as the host family has used an au pair's child care services in order to work or look for employment, the stipend paid to the au pair, the costs of room and board and the fees paid to Cultural Care are all eligible under the Child and Dependent Care Tax Credit.

*Some families choose to pay more than the required $195.75 stipend. However, this is not an exchange for more hours. Many families choose to increase the stipend during an extension year.*

CC00014853

Exhibit S

Fees paid to Cultural Care are eligible for the credit only once the au pair begins to provide services. However, if a host family pays a fee in one calendar year (e.g. an application, selection fee or program fee), but the au pair does not begin to provide services until the next year, the fee paid is eligible in the year during which the au pair began to provide services. For example, fees paid in December 2009 for a February 2010 au pair arrival are eligible for the credit in the 2010 tax year. As tax and eligibility laws are continually changing, we recommend that host families contact a tax professional to confirm expense eligibility for the Child and Dependent Care Tax Credit. Please note that Cultural Care's federal tax ID number may only be used to claim the tax credit for fees paid to Cultural Care – it may not be used to claim a credit for stipend paid to an au pair or for the cost of room and board.

To claim the Child and Dependent Care Tax Credit for au pair stipend and the costs of room and board, the host family will need to provide their au pair's social security number or ITIN. You can read more about this tax credit on the IRS website:
*http://www.irs.gov/pub/irs-pdf/p503.pdf*

## Dependent Care Reimbursement Programs

The eligibility requirements for these programs (often called "Flex-Spending Accounts" or "FSAs") are usually identical to those for the Child and Dependent Care Tax Credit. Please note that expenses paid for using Dependent Care Reimbursement Program funds are not also eligible for the Child and Dependent Care Tax Credit.

Cultural Care Au Pair is happy to provide host families with a summary statement of program and other payments received during a tax year. We are also able to sign and complete most forms required by an FSA administrator for reimbursement. Please note, however, that we are only able to provide letters that list either the total amount paid in a given calendar year, or the amount paid in a given calendar year with the dates of the applicable full au pair term of service (e.g. one year, six months, etc.). Cultural Care cannot provide documentation explicitly pro-rating payments received to a specified range of dates. Contact our office if you require any assistance in claiming a Dependent Care reimbursement.

## Withholding for Au Pair Taxes

Because the maximum tax burden for most au pairs will be less than $1,000, there is no need for the au pair to make quarterly estimated payments. In addition, because au pair wages are deemed by the IRS to be paid for domestic service in a private home, they are not subject to mandatory income tax withholding on Forms 941 and W-2 by the host family. As mentioned above, if an au pair is paid a particularly large stipend amount, the host family should consult with a professional tax advisor to check whether they need to withhold taxes or have their au pair make quarterly estimated payments.

Host families usually do not need to pay federal unemployment taxes for their au pair or withhold Social Security and Medicare taxes. In the rare case that an au pair has previously been in the United States on a F, J, M or Q non-immigrant visa *before becoming an au pair,* then they might be considered a "resident alien" during their current stay in the United States. If this is the case, the host family should consult with their tax advisor to determine whether they need to make these withholdings and payments for their au pair.

## Helpful tips for filling out the 1040NR-EZ Form *(see sample form on the following page)*

1) Enter only your US source income (au pair stipend) on line 3
2) Almost all au pairs should have no itemized deductions to list unless their host family withheld state or local income taxes from their stipend (very, very rare cases)
3) Enter the current exemption amount. This is a standard amount that all tax payers can use to reduce taxable income – you can find the applicable amount in the instructions that came with your tax form
4) Line 16 should almost always read "$0" as au pair wages are not typically subject to social security and Medicare taxes because of the au pair's status as a J-1 non-immigrant and as a non-resident alien. In the rare case that an au pair has previously been in the United States with a F, J, M or Q non-immigrant visa before becoming an au pair, she might be considered a "resident alien" for tax purposes. Please check with a tax professional if this is the case
5) Again, the vast majority of au pairs will report "$0" on line 21 because their host families have not withheld taxes for them, and because the au pairs have not been making quarterly estimated payments during the tax year. If either of these cases did happen, you should enter the appropriate amounts on lines 18 and 19 and then add them up on line 21
6) If line 21 is greater than line 17 you have overpaid your taxes and are due a refund. This should be the case ONLY if you paid estimated taxes during the year or your host family withheld taxes from your stipend payments. In that case, you can put the total overpaid amount on line 23a along with your bank account information to receive a refund from the IRS
7) If line 17 is greater than line 21 (this should be the case for almost all au pairs), then you need to pay the difference between the two lines as tax. Enter the difference on line 25 and follow the directions in the instruction booklet that came with your form to pay by check, electronic fund transfer, credit or debit card
8) As long as line 25 is less than $1,000 you can put "$0" on line 26. If you ended up paying more than $1,000 because your stipend payment was significantly higher than the minimum amount, you may have to pay an additional penalty – see the instructions for more details
9) Remember to sign and date your return! If you used a professional tax advisor to prepare your form, they should have signed it as well in the space provided below your signature
10) You need to answer all the questions on Page 2 ("Other Information")
11) You should enter your home country on this line
12) The answers to sections C, D and F should almost always be "No", but you should always answer all questions truthfully
13) For section E you should write "J-1"
14) In section G you should start with your arrival date at the au pair school in New York and list any dates when you left the country for any trips (both personal and with your host family). In the example, this au pair took a holiday trip outside the country with her family from December 15 to December 30. You then need to total up all days in the United States during the tax calendar year and enter that in section H. Please note that au pairs from Canada or Mexico can check the appropriate box and skip to section H
15) Au pair stipend wages are generally not exempt under any U.S. tax treaties so you should usually ignore section J. If you believe there is an applicable tax treaty with your home country, you should consult with a tax professional for more details

CC00014854

Exhibit S