# Exhibit N

Johana Paola Beltran, et al. vs.  
Interexchange, Inc., et al.  
Video Teleconferenced Deposition of Sarah Carolina Azuela  
March 03, 2017

```
 1   UNITED STATES DISTRICT COURT
     DISTRICT OF COLORADO
 2   ------------------------------------------X
     JOHANA PAOLA BELTRAN, et al.,
 3
                                    PLAINTIFFS,
 4

 5        -against-           Case No.:
                              1:14-cv-03074-CMA-KMT
 6
     INTEREXCHANGE, INC., et al.,
 7
                                    DEFENDANTS.
 8   ------------------------------------------X

 9

10              DATE: March 3, 2017

11              TIME: 9:04 A.M

12

13

14              VIDEO TELECONFERENCED DEPOSITION of

15   the Plaintiff, SARAH CAROLINA AZUELA, taken by the

16   Defendants, pursuant to a Notice and to the Federal

17   Rules of Civil Procedure, held at the offices of

18   Boies, Schiller & Flexner, LLP, 575 Lexington Avenue,

19   New York, New York 10022, before Suzanne Pastor, a

20   Notary Public of the State of New York.

21

22

23

24

25
```

Johana Paola Beltran, et al. vs.  
Interexchange, Inc., et al.

Video Teleconferenced Deposition of Sarah Carolina Azuela  
March 03, 2017

Page 2

```
 1    A P P E A R A N C E S:

 2


 3    BOIES SCHILLER & FLEXNER, LLP
          Attorneys for the Plaintiffs
 4        575 Lexington Avenue
          New York, New York 10022
 5        BY:   JOSHUA LIBLING, ESQ.
          212.446.2381
 6        jlibling@bsfllp.com


 7
      CHOATE HALL & STEWART, LLP
 8        Attorneys for the Defendant
          CULTURAL CARE, INC., d/b/a CULTURAL CARE AU PAIR
 9        Two International Place
          Boston, Massachusetts 02110
10        BY:   JUSTIN J. WOLOSZ, ESQ.
                617.248.5221
11              jwolosz@choate.com
                     -and-
12              LYNDSEY M. KRUZER, ESQ.
                617.248.4790
13              lkruzer@choate.com


14
      GORDON & REES
15        Attorneys for the Defendant
          AU PAIR CARE
16        555 Seventeenth Street, Suite 3400
          Denver, Colorado 80202
17        BY: PEGGY E. KOZAL, ESQ.
          303.200.6888
18        pkozal@gordonrees.com
          (Via Teleconference)
19


20    SHERMAN & HOWARD LLC
          Attorneys for the Defendant
21        INTEREXCHANGE, INC.
          633 Seventeenth Street, Suite 3000
22        Denver, Colorado 80202
          BY: BROOKE A. COLAIZZI, ESQ.
23        303.299.8471
          bcolaizzi@shermanhoward.com
24        (Via Teleconference)

25    (Continued on next page.)
```

Johana Paola Beltran, et al. vs.
Interexchange, Inc., et al.

Video Teleconferenced Deposition of Sarah Carolina Azuela
March 03, 2017

Page 136

```
 1      Q.    Did you also use it in connection with
 2   your child care responsibilities?
 3      A.    Yes.
 4      Q.    So to drive the kids to where they needed
 5   to be?
 6      A.    Yes.
 7      Q.    Did you have the use of a cell phone?
 8      A.    Not at the beginning.
 9      Q.    But at some time you were given a cell
10   phone?
11      A.    When I requested it, yes.
12      Q.    Did you use that cell phone for personal
13   reasons or just in connection with your child care
14   responsibilities with the Greeves family?
15      A.    Just for child care responsibilities.
16      Q.    If we can go back, we're looking for
17   Exhibit 156.
18            MR. WOLOSZ:  For folks on the phone,
19       this is the document that -- it's an Excel
20       document, it's entitled Azuela 000054.
21      Q.    Ms. Azuela, can you confirm I believe
22   it's the first, second and third pages, starting at
23   the bottom of the first, that lists payments in
24   connection with your time serving as an au pair with
25   the Greeves family, is that right?
```

| Johana Paola Beltran, et al. vs. Interexchange, Inc., et al. | Video Teleconferenced Deposition of Sarah Carolina Azuela<br>March 03, 2017 |
|---|---|

Page 137

```
 1       A.      Yes.
 2       Q.      And the amounts written on these pages
 3  reflect the amounts that you were paid during those
 4  weeks, correct?
 5       A.      Yes.
 6       Q.      Now, at no time were you paid $195.75
 7  exactly by Ms. Greeves, correct?
 8       A.      Correct.
 9       Q.      For some weeks we see here that the
10  lowest was $200 a week, is that right?
11       A.      Yes.
12       Q.      But then there's a range; for example, if
13  you turn to the second page you can see there's one
14  instance where it was $450.  Do you see that?
15               MR. LIBLING:  Objection to the form.
16       A.      Yes.
17       Q.      But that particular one says she missed a
18  payment and pay it next week.  Is that what that $450
19  refers to?
20       A.      Yes.
21       Q.      But then there are a number of weeks
22  where the payment was $225, correct?
23       A.      Yes.
24       Q.      And then there's -- I see one where the
25  payment was $300, is that right?  I'm looking on the
```

Johana Paola Beltran, et al. vs.  
Interexchange, Inc., et al.

Video Teleconferenced Deposition of Sarah Carolina Azuela  
March 03, 2017

Page 138

```
 1   second page.
 2         A.    Yes.
 3         Q.    And then the last payment was $600, is
 4   that right?  The last week.
 5         A.    That's right.
 6         Q.    So during the time that you were an au
 7   pair with the Greeves family, you were paid anywhere
 8   from $200 up to, in one instance, $600 per week,
 9   right?
10               MR. LIBLING:  Objection to the form.
11         A.    I was paid that amount for the work that
12   I was doing.
13         Q.    I understand.  And the amount that you
14   were paid varied by week.  That is to say some weeks
15   you were paid more and some weeks you were paid less,
16   correct?
17         A.    Yeah.
18         Q.    And the amount that you were paid as we
19   see looking at all of pages 1, 2 and 3 --
20               I don't remember my question so I'll just
21   start over.
22               The amount that you were paid as an au
23   pair also varied from one host family to another,
24   right?
25               MR. LIBLING:  Objection to the form.
```