**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

---

**DECLARATION OF BYRON PACHECO IN SUPPORT OF PLAINTIFFS'
MEMORANDUM OF LAW IN SUPPORT OF APPLICATION OF EQUITABLE
TOLLING AND DELAYED ACCRUAL AS TO CERTAIN OF PLAINTIFFS' CLAIMS**

I, BYRON PACHCEO, declare as follows:

1. I am an attorney with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs and for the Class. I am duly licensed to practice law in the State of New York, and am admitted to practice in the courts of that State, the United States District Courts for the Southern and Eastern Districts of New York, and the United States District Court for the District of Colorado, and the United States Court of Appeals for the First Circuit.

2. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.

3. I submit this declaration in support of Plaintiffs' Memorandum of Law in Support of Application of Equitable Tolling and Delayed Accrual as to Certain of Plaintiffs' Claims.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the document marked as Exhibit 5 in the May 2, 2017 Rule 30(b)(6) deposition of Defendants A.P.E.X. & 20/20 Care Exchange, Inc. dba TIAPE, bearing production numbers APEX-20/20 261-264, titled "PROaupair professional live-in childcare PreMatch Pricing."

5. Attached hereto as **Exhibit 2** is a true and correct copy of a document produced to Plaintiffs by Defendants A.P.E.X. & 20/20 Care Exchange, Inc. dba TIAPE, bearing production numbers APEX-2020_275-279, titled "TIAPE Au Pair Service Agreement."

6. Attached hereto as **Exhibit 3** is a true and correct copy of a document produced to Plaintiffs by Defendants A.P.E.X. & 20/20 Care Exchange, Inc. dba TIAPE,

bearing production numbers APEX-2020_292-98, titled "TIAPE Host Family Service Agreement."

7. Attached hereto as **Exhibit 4** is a true and correct copy of a document produced to Plaintiffs by Defendant Agent Au Pair, bearing production numbers AAP_0004088-93, titled "2010 Agent Au Pair Inc. Host Family Agreement."

8. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced to Plaintiffs by Defendant Agent Au Pair, bearing production numbers AAP_286-91, titled "2010 Agent Au Pair, Inc. Host Family Agreement."

9. Attached hereto as **Exhibit 6** is a true and correct copy of the document marked as Exhibit 15 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant Au Pair in America ("APIA"), bearing production numbers AIFS0067245-54, titled "Au Pair in America Extension Program."

10. Attached hereto as **Exhibit 7** is a true and correct copy of the document marked as Exhibit 20 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant APIA, bearing production number AIFS 0001290, titled "Arrival Notes & Tips for Au Pairs and Host Families."

11. Attached hereto as **Exhibit 8** is a true and correct copy of the document marked as Exhibit 21 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant APIA, bearing production numbers AIFS0002665-68, an email dated May 15, 2014.

12. Attached hereto as **Exhibit 9** is a true and correct copy of the document marked as Exhibit 22 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant APIA, bearing production numbers AIFS0058845-46, titled "Au Pair Stipend and Other Financial Considerations."

13.     Attached hereto as **Exhibit 10** is a true and correct copy of the document marked as Exhibit 32 in the May 11, 2017 deposition of Defendant APIA, bearing production numbers AIFS0059462-89, an example *au pair* profile.

14.     Attached hereto as **Exhibit 11** is a true and correct copy of a document produced to Plaintiffs by Defendant APIA, bearing production numbers AIFS0000123-155, a copy of an Au Pair in America presentation.

15.     Attached hereto as **Exhibit 12** is a true and correct copy of a document produced to Plaintiffs by Defendant APIA, bearing production number AIFS0000196, an information sheet about APIA.

16.     Attached hereto as **Exhibit 13** is a true and correct copy of a document produced to Plaintiffs by Defendant APIA, bearing production numbers AIFS0000559-596, a recruitment presentation from Lecco, Italy.

17.     Attached hereto as **Exhibit 14** is a true and correct copy of a document produced to Plaintiffs by Defendant APIA, bearing production numbers AIFS0000734-742, a brochure from APIA's South African affiliate.

18.     Attached hereto as **Exhibit 15** is a true and correct copy of a document produced to Plaintiffs by Defendant APIA, bearing production numbers AIFS0001523-24, a copy the Au Pair in America program fees website page from September 20, 2011.

19.     Attached hereto as **Exhibit 16** is a true and correct copy of a document produced to Plaintiffs by Defendant APIA, bearing production numbers AIFS0002079-82, titled "Au Pair in America Fact Sheet."

20. Attached hereto as **Exhibit 17** is a true and correct copy of a document produced to Plaintiffs by Defendant APIA, bearing production number AIFS0003072, and titled "Au Pair Pocket money increases again!".

21. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced to Plaintiffs by Defendant APIA, bearing production numbers AIFS0010142-43, an email from Laura Bull to Kaija Caldara, dated November 1, 2010.

22. Attached hereto as **Exhibit 19** is a true and correct copy of a document produced to Plaintiffs by Defendant APIA, bearing production numbers AIFS0010340-41, an email Sarah Friedman to Lyn Kuebler, dated November 4, 2010.

23. Attached hereto as **Exhibit 20** is a true and correct copy of a document produced to Plaintiffs by Defendant APIA, bearing production numbers AIFS0010677-704, an email from Claudine Bernabei to Kristy McDavid, dated December 30, 2010.

24. Attached hereto as **Exhibit 21** is a true and correct copy of a document produced to Plaintiffs by Defendant Au Pair in America, bearing production numbers AIFS0018051-53, an email from Laura Bull dated November 23, 2010.

25. Attached hereto as **Exhibit 22** is a true and correct copy of a document produced to Plaintiffs by Defendant APIA, bearing production numbers AIFS0062535-558, titled "Guidelines for a Successful Year."

26. Attached hereto as **Exhibit 23** is a true and correct copy of a document from APIA's website titled "2015 General Tax Information for Au Pairs."

27. Attached hereto as **Exhibit 24** is a true and correct copy of a document of the Declaration of Lusapho Hlatshaneni, dated July 19, 2016.

28. Attached hereto as **Exhibit 25** are true and correct excerpts from the Rule 30(b)(6) deposition of Defendant APIA, dated May 11, 2017.

29. Attached hereto as **Exhibit 26** is a true and correct copy of the document marked as Exhibit 8 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production number APC 000489, titled "Fraud Warning for APs General."

30. Attached hereto as **Exhibit 27** is a true and correct copy of the document marked as Exhibit 9 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production numbers APC 000254-261, titled "AuPairCare Au Pair Agreement (rev. 11/2009)."

31. Attached hereto as **Exhibit 28** is a true and correct copy of the document marked as Exhibit 9 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production numbers APC000496-590, titled "Au Pair Handbook."

32. Attached hereto as **Exhibit 29** is a true and correct copy of a document produced to Plaintiffs by Defendant Au Pair Foundation, bearing production numbers APF 000075-125, titled "Host Family Agreement."

33. Attached hereto as **Exhibit 30** is a true and correct copy of the document marked as Exhibit 3 in the May 12, 2017 Rule 30(b)(6) deposition of Defendant API, bearing production numbers API00002066- 2089, titled "International Sending Agent Handbook: Guide for Sending Qualified Au Pairs to America."

34. Attached hereto as **Exhibit 31** are true and correct copies of the documents marked as Exhibits 6, 7, 8, 9, and 10 in the May 12, 2017 Rule 30(b)(6)

deposition of Defendant Au Pair International, pages from Au Pair International's website.

35. Attached hereto as **Exhibit 32** is a true and correct copy of the document marked as Exhibit 8 in the April 14, 2017 Rule 30(b)(6) deposition of Defendant Cultural Care, bearing production numbers CC00000966-976, titled "A Flexible, Affordable Childcare Solution."

36. Attached hereto as **Exhibit 33** is a true and correct copy of the document marked as Exhibit 13 in the April 14, 2017 Rule 30(b)(6) deposition of Defendant Cultural Care, an example of Cultural Care's current website, entitled "How much does an Au Pair Cost?", dated April 12, 2017.

37. Attached hereto as **Exhibit 34** is a true and correct copy of the document marked as Exhibit 18 in the April 14, 2017 Rule 30(b)(6) deposition of Defendant Cultural Care, bearing production numbers CC00001462-1489, a training presentation for au pairs.

38. Attached hereto as **Exhibit 35** is a true and correct copy of a document produced to Plaintiffs by Defendant Cultural Care, bearing production numbers CC00006207-14, a Cultural Care Au Pair advertisement.

39. Attached hereto as **Exhibit 36** is a true and correct copy of a document produced to Plaintiffs by Defendant Cultural Care, bearing production numbers CC00038115-24, a Cultural Care host family application.

40. Attached hereto as **Exhibit 37** are true and correct excerpts from the deposition of Sarah Carolina Azuela Rascon, dated March 3, 2017.

41. Attached hereto as **Exhibit 38** is a true and correct copy of the document marked as Exhibit 28 in the May 16, 2017 Rule 30(b)(6) deposition of Defendant CHI, bearing production numbers CHI0022790-22791, an email chain between Deborah Herlocker and Chris Burbach, dated April 11, 2011.

42. Attached hereto as **Exhibit 39** is a true and correct copy of the document marked as Exhibit 16 in the April 30, 2017 Rule 30(b)(6) deposition of Defendant EurAuPair, bearing production numbers EAP0001733-72, an email dated September 30, 2011, from Susan Hayes to Tiare Toulon, attaching the EurAuPair Au Pair Handbook.

43. Attached hereto as **Exhibit 40** is a true and correct copy of the Declaration of Nicole Mapledoram, dated August 15, 2016.

44. Attached hereto as **Exhibit 41** is a true and correct copy of the document marked as Exhibit 7 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant Go Au Pair, the "Three Steps to Become an Au Pair" Go Au Pair website page, accessed on May 11, 2017.

45. Attached hereto as **Exhibit 42** is a true and correct copy of the document marked as Exhibit 10 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant Go Au Pair, bearing production numbers GAP_00006982-7017, titled "International Representative Manual."

46. Attached hereto as **Exhibit 43** is a true and correct copy of a document produced to Plaintiffs by Defendant Go Au Pair, bearing production numbers GAP_000000005-09, titled "Au Pair Agreement."

47. Attached hereto as **Exhibit 44** is a true and correct copy of a document produced to Plaintiffs by Defendant Go Au Pair, bearing production numbers GAP_00009149-52, an email from Dena Loveless to Tessa Dean, dated September 3, 2014.

48. Attached hereto as **Exhibit 45** is a true and correct copy of a document produced to Plaintiffs by Defendant Go Au Pair, bearing production numbers GAP_00012161-62, titled "Nannies vs. Au Pairs – Who's Right for Your Family."

49. Attached hereto as **Exhibit 46** is a true and correct copy of a document produced to Plaintiffs by Defendant Go Au Pair, bearing production numbers GAP_00022438-39, an email from Tessa Dean, dated August 13, 2014.

50. Attached hereto as **Exhibit 47** is a true and correct copy of the Declaration of Ivette Alexandra Gonzalez Cortes, dated July 25, 2016.

51. Attached hereto as **Exhibit 48** are true and correct excerpts from the deposition of Ivette Alexandra Gonzalez, dated September 28, 2016.

52. Attached hereto as **Exhibit 49** is a true and correct copy of the document marked as Exhibit 10 in the April 6, 2017 30(b)(6) deposition of Defendant InterExchange, bearing production numbers InterExchange0019109-12, titled "Host Parent Survival Guide."

53. Attached hereto as **Exhibit 50** is a true and correct copy of the document marked as Exhibit 12 in the April 6, 2017 30(b)(6) deposition of Defendant InterExchange, a copy of an au pair advertisement brochure.

54. Attached hereto as **Exhibit 51** is a true and correct copy of the document marked as Exhibit 14 in the April 6, 2017 30(b)(6) deposition of Defendant InterExchange, a website page titled "Live-In Child Care for Less," dated June 21, 2012.

55. Attached hereto as **Exhibit 52** is a true and correct copy of the document marked as Exhibit 18 in the April 6, 2017 30(b)(6) deposition of Defendant InterExchange, an "InterExchange Au Pair USA Program Presentation."

56. Attached hereto as **Exhibit 53** is a true and correct copy of the document marked as Exhibit 24 in the April 6, 2017 30(b)(6) deposition of Defendant InterExchange, bearing production numbers InterExchange0024972-73, an email from Michael Gates to Titima Kumchantok, dated May 17, 2011.

57. Attached hereto as **Exhibit 54** is a true and correct copy of the document marked as Exhibit 25 in the April 6, 2017 30(b)(6) deposition of Defendant InterExchange, bearing production numbers InterExchange0019022-23, an email to Lisa Guggemos, dated April 10, 2014.

58. Attached hereto as **Exhibit 55** is a true and correct copy of the document marked as Exhibit 26 in the April 6, 2017 30(b)(6) deposition of Defendant InterExchange, bearing production number InterExchange0018054, an email from Julia Jakkaraju, dated August 13, 2014.

59. Attached hereto as **Exhibit 56** is a true and correct copy of the document marked as Exhibit 27 in the April 6, 2017 30(b)(6) deposition of Defendant InterExchange, bearing production numbers InterExchange0016727-28, an email from Jana Kuehler to Janvi Pate, dated September 26, 2012.

60. Attached hereto as **Exhibit 57** is a true and correct copy of the document marked as Exhibit 28 in the April 6, 2017 30(b)(6) deposition of Defendant InterExchange, bearing production numbers InterExchange0005191-5220, titled "Online Tutorial Outline."

61. Attached hereto as **Exhibit 58** is a true and correct copy of the document marked as Exhibit 29 in the April 6, 2017 30(b)(6) deposition of Defendant InterExchange, bearing production numbers InterExchange0028522-44, titled "NYC Au Pair Orientation & Training."

62. Attached hereto as **Exhibit 59** is a true and correct copy of the document marked as Exhibit 39 in the April 6, 2017 30(b)(6) deposition of Defendant InterExchange, bearing production numbers InterExchange0009311-9343, titled "InterExchange Au Pair USA: International Cooperator Handbook."

63. Attached hereto as **Exhibit 60** is a true and correct copy of the document marked as Exhibit 40 in the April 6, 2017 30(b)(6) deposition of Defendant InterExchange, bearing production numbers InterExchange0008820-28, titled "InterExchange Au Pair USA Training Outline."

64. Attached hereto as **Exhibit 61** is a true and correct copy of the document marked as Exhibit 41 in the April 6, 2017 30(b)(6) deposition of Defendant InterExchange, a website page titled "Frequently Asked Questions," dated July 5, 2012.

65. Attached hereto as **Exhibit 62** is a true and correct copy of a document produced to Plaintiffs by Defendant InterExchange, bearing production numbers InterExchange0004450-4475, titled "2010 Host Family Application."

66. Attached hereto as **Exhibit 63** is a true and correct copy of InterExchange's website page, titled "Protect Yourself from Au Pair Fraud."

67. Attached hereto as **Exhibit 64** are true and correct excerpts from the deposition of Johana Beltran, dated August 30, 2016.

68. Attached hereto as **Exhibit 65** is a true and correct copy of Defendant Au Pair Foundation's website page from January 4, 2017, titled "Frequently Asked Questions."

69. Attached hereto as **Exhibit 66** is a true and correct copy of Defendant EurAuPair's website page from January 5, 2017, titled "Frequently Asked Questions for Au Pairs."

70. Attached hereto as **Exhibit 67** is a true and correct copy of Defendant USAuPair's website page from January 5, 2017, titled "Program Benefits."

Executed this 13th day of November, 2018, at New York, New York.

                                        Respectfully Submitted,

                                        /s/ *Byron Pacheco*
                                      Byron Pacheco
                                      Boies Schiller Flexner LLP
                                      575 Lexington Avenue
                                      New York, NY 10022
                                      Tel: (212) 446-2300
                                      Fax: (212) 446-2350
                                      bpacheco@bsfllp.com

                                      *Counsel for Plaintiffs*