# Exhibit 1





## Pre-Match Pricing

### 12-Month Au Pair

| | |
|---|---|
| Application Fee | $350.00 Due at the time of application |
| Placement Fee | $7895 ($3500 required to initiate processing, balance due 45-days prior to au pair arrival) |
| Weekly Stipend | $195.75 paid directly to the au pair |

### Other Costs to Consider

| | |
|---|---|
| Educational allowance: | $500 for your au pair to complete required US coursework |
| Domestic Surcharge: | $450 for families outside of the New York/New Jersey area |
| Room & board: | Varies depending upon your lifestyle |
| Car Insurance: | Varies if your au pair will drive your family's car |

### Your Program Includes

- Au Pair Screening
- J-1 Au Pair Visa Sponsorship
- Local PROaupair support
- Au pair meetings & activities
- PROaupair background check & interview
- Round-trip international airfare
- Au pair travel & accident insurance
- Helpful resources & information

Prices effective as of November 2014 and subject to change without notice.
Note that au pairs pay a fee of $695 to participate in the program.

EXHIBIT
proposal 5
5·2·17
PENGAD 800-631-6989

Proud Member

APEX-20/20  261

MOVANTS' APP 01783



**PROaupair**

*professional live-in childcare*

Hire experienced, professional live-in childcare for about $12/hr.



## 12-Month Professional Au Pair

| | |
|---|---|
| Application Fee | $350 due at application |
| Placement Fee | $3500 due upon matching |
| Monthly Service Fee | $997 charged monthly starting when your au pair arrives |
| Weekly Stipend | $250 paid directly to the au pair |

## Other Costs to Consider

Educational allowance: $500 for your au pair to complete required US coursework

Car Insurance: Varies if your au pair will drive your family's car

Room & board: Varies depending upon your lifestyle

## Your Program Includes

- An experienced professional au pair
- Personalized matching assistance
- Local PROaupair support
- Au pair meetings & activities
- PROaupair background check & interview
- Round-trip international airfare
- Au pair travel & accident insurance
- Helpful resources & information

Prices effective as of November 2014 and subject to change without notice.

Visit us at proaupair.com or call 1-844-787-6566.

## Au Pairs with Professional Experience

- Occupational Therapy
- Physical Therapy
- Speech Therapy
- Special Needs Education
- Pediatric Nursing
- Early Childhood Development
- Pre-school Teacher
- Kindergarten Teacher
- Social Worker






**Deutsches Rotes Kreuz**

APEX-20/20 262

**MOVANTS' APP 01784**





Deutsches
Rotes
Kreuz

# Hire quality live-in childcare for about $8/hr.

## 12-Month Traditional Au Pair

| | |
|---|---|
| Application Fee | $350 due at application |
| Placement Fee | $7895 due upon matching |
| Weekly Stipend | $195.75 paid directly to the au pair |

## Other Costs to Consider

| | |
|---|---|
| Educational allowance: | $500 for your au pair to complete required US coursework |
| Domestic Surcharge: | $450 for families outside of the New York/New Jersey area |
| Room & board: | Varies depending upon your lifestyle |
| Car Insurance: | Varies if your au pair will drive your family's car |

## Your Program Includes

- An experienced au pair
- Personalized matching assistance
- Local PROaupair support
- Au pair meetings & activities
- PROaupair background check & interview
- Round-trip international airfare
- Au pair travel & accident insurance
- Helpful resources & information

Prices effective as of November 2014 and subject to change without notice.

Visit us at proaupair.com or call 1-844-787-6566.

APEX-20/20  263

MOVANTS' APP 01785

# Peace of Mind Child Care doesn't need to break the bank!

*International Professional AuPairs provide a high quality yet affordable child care solution.*

*Fees and Stipend are depending on Qualifications and Experience. The following provides an overview of 45 hours of child care cost per week.*

|  | Professional Au Pair Programs (Infant, SNAP, 2+) | Domestic Nanny |
|---|---|---|
| Application Fee | $350 | 350 |
| Match Fee (incl. Guaranty*) | $3,500 | $3,500 |
| Monthly Cost** | $2,200 | $3,483 |
| Weekly average (2,200*12/52) | $508 | $803.77 |
| Hourly rate (45/week) (505$/week) before tax | $11.28 | $15 |
| Healthcare | included | not included |
| Payroll Tax (ask your CPA) | exempt from FICA tax | approximately add 20% |
| Qualification & Experience: | International Child Care related degree and/or one year child care experience | US Citizen or greencard holder with College degree or one year of child care experience |

**Breakdown of monthly payments:

|  | | |
|---|---|---|
| Monthly Fee paid to A.P.EX. - ProAuPair | $997 | n/a |
| Monthly Payment to the Nanny/AuPair | $1,203 | $3,483.00 |

* Free replacement Guaranty during the first 3 months (if your candidate has to leave for whatever reason) NO ADDITIONAL COST.

| Annual Cost | $30,250 | $45,646 |
|---|---|---|

*Total Cost Include Pay to AuPair & Program Fee* ( Heath & Liability Insurance, International Flight, International Background check, In person Interview & Reference Checks, Physical Report, Personality Assessment, One year long local support for AuPair and Host Family, Replacement Guaranty*) NO- FICA TAX for Employer!! (AuPair J-1 Visa Holder are FICA tax exempted)

Total **Nanny - Cost Do NOT include**: Healthcare or FICA Tax

Weekly pay to Au Pair: $277.62

Copyright 2012 www.proaupair.com      Please Call 949 - 903 2348 to get started!

MOVANTS' APP 01786