# Exhibit 2



## TIAPE Au Pair Service Agreement

As an Au Pair participating in the J-1 Exchange Visitor Program, you must agree to and abide by the US Department of State program regulations and terms of this Au Pair Service Agreement. Please carefully review the terms of this Agreement, then sign and date this Agreement via our secure electronic signature service.

### Au Pair Service Agreement

I the undersigned, "au pair",
have applied to be an au pair and confirm that I have carefully reviewed the Agreement and understand and agree to the following terms.

### Program Description

TIAPE is designated as an official sponsor of the J-1 Au Pair Exchange Visitor Program. Au pairs and host families take part in a mutually rewarding, intercultural exchange program with a childcare component. Au pairs can continue their education while experiencing everyday life with an American family. Host families receive reliable and responsible childcare from foreign nationals between the ages of 18 and 26 who experience American cultural by participating in the host family's daily life.

### Department of State Program Requirements

1. I agree that TIAPE has the exclusive right to determine my eligibility to participate in the program.

2. I agree to reasonably attend to my health, safety and welfare during my time in the U.S. and to promptly notify TIAPE of any changes to my well-being. I also agree to immediately report to TIAPE any incidents involving or alleging a crime or moral turpitude or violence, or any unusual situations or incidents involving either the myself or the host family.

3. I understand that I will be expected to perform childcare services and light housekeeping related to childcare for up to 45 hours per week, 5.5 days per week with a maximum of 10 hours per day. I understand the host family has agreed to provide me with the following benefits as mandated by the Department of State:

    a) Room and board including a private bedroom that is approved by a TIAPE representative.

    b) A stipend paid weekly by the host family as required by the Department of State. I understand the stipend cannot be withheld for any reason and will be paid every week. Au pairs currently receive $195.75 per week.

    c) A minimum of one full weekend off per month (Friday evening to Monday morning), at least 1.5 days off each week and two weeks (10 days) paid vacation over the 12-month program. Vacation time shall accrue on a basis of one day per month beginning upon the au pair's third month in the United States. 12 and 9-Month extending au pairs will receive two weeks (10 days) paid vacation, and 6-month extensions shall receive one week (5 days) of paid vacation. Vacation time for extension au pairs shall accrue on the basis of one day per month during the extension program.

    d) A $500 educational allowance to complete six credit hours of study at an accredited post-secondary institution. The host family agrees to facilitate my attendance by providing transportation and scheduling opportunities. The educational component for a 6-month extension is not less than three credit hours of academic credit or its equivalent and the host family contributes up to $250. The educational component for a 12-month and 9-month extension is not

less than six credit hours and the host family contributes up to $500. The family and au pair will mutually agree upon a convenient time for the au pair to take classes.

4. In addition to providing the above benefits, I understand and agree to abide by all TIAPE and Department of State guidelines as published by the Department of State in 22 CFR Part 514 and which may be amended periodically. I acknowledge receipt of a copy of the regulations and the brochure "The Au Pair Exchange Program" from TIAPE (also available at www.tiape.org) and I agree to the requirements therein which are not limited to, but include the following:

   a) A parent or other responsible adult will remain in the home for the first three days following the au pair's arrival.

   b) In the event the host family has a child under the age of two years old, the au pair must have 200 hours of documented childcare experience working with children in this age group.

   c) If the host family has a baby under three months of age, a parent or other responsible adult must be present in the home and that the au pair cannot be the sole caregiver of the baby at any time until the baby is three months of age.

   d) **If the host family has a special needs child, the au pair must have identified his or her prior experience, skills or training in the care of special needs children and the host family will need to review and acknowledge in writing the au pair's prior experience, skills and training at the time of matching. I understand that the Department of State does not define "special needs" and makes clear that host families, and not Au Pair Sponsors must identify their child's special needs and must make the selection of an au pair based on their evaluation of the au pair's skills, education, training or prior experience. An au pair is not to replace the child's healthcare, special care or education providers (therapists, teachers, etc.).**

   e) I agree to speak with our TIAPE Area Director within 48 hours of my arrival.

   f) I agree to meet in person for an arrival orientation with our TIAPE Area Director within two weeks of my arrival.

   g) I agree to speak with our TIAPE Area Director on a monthly basis for the required contact call.

   h) I understand that my duties are limited to childcare and related tasks and that my responsibilities may not include heavy housework, yard work, or other labor related to the household. I agree not to enter into any agreements with the host family outside of what is allowed by the Department of State and TIAPE.

   i) I agree to not participate in unauthorized employment.

<u>Selection of a Host Family</u>

5. I understand that it is my responsibility to choose a host family and that TIAPE cannot guarantee my satisfaction with my selected host family. Prior to matching with a host family, I confirm that I have completed the required interview via telephone or video and that I have had an opportunity to request any additional information before making the decision to match.

<u>Additional Program Requirements</u>

6. I agree to perform childcare to the best of my ability and will abide by my host family's household rules

7. I confirm that I have entered into the TIAPE program with the intent of personal, educational, and cultural enrichment. I hereby agree to:

   a) Complete TIAPE's required online childcare training no less then 10 days before my departure to the U.S.

    b) Carry out childcare responsibilities for the host family's child(ren) in a conscientious and alert manner and actively participate in and contribute to the life of the host family with a positive attitude, as if I were a member of the family. This includes (but is not limited to) taking part in family meals, holidays, and other cultural and social activities.

    c) Behave in a manner which does not reflect negatively on the host family or TIAPE and be respectful of the host family's values.

    d) Respect the privacy of the host family and not post pictures or videos online of any or all members of the host family without their prior consent.

    e) Be open-minded and positive toward any cultural differences and unfamiliar behaviors and habits.

    f) Cooperate fully with all representatives of TIAPE and comply with any instructions they may give.

    g) Obey all US Federal, State, and Local laws.

    h) I agree to leave the U.S. at the conclusion of my au pair program.

8. I agree that I will **NOT** engage in any of the following activities during my program participation:

    a) Borrow money from the host family or accept any offer for the host family to lend me money.

    b) Accept any form of paid employment (other than the weekly program stipend) from the host family.

    c) Use illegal drugs or consume excessive amounts of alcohol.

    d) Consume any alcoholic beverages if I am under the legal US drinking age of twenty-one (21).

    e) Smoke in the Host Family's home or car without permission.

9. I understand that my host family has agreed to provide automobile insurance to cover me if I am permitted to drive the host family's car. I understand agree that I will not be held liable for more than a $500 insurance deductible per accident. I understand that if I do not have a local U.S. state driver's license, I need to have my country driver's license and international driver's license with me when driving.

10. I understand and agree that I am responsible for all personal bills incurred by me such as telephone bills, automobile expenses, travel expenses or health expenses not covered by insurance.

11. I agree to complete a yearly TIAPE survey designed to measure my satisfaction with the Program and its strengths and weaknesses as required by the Department of State.

12. I agree to respond in a timely and complete manner to TIAPE's request for contact including the 48-hour welcome call, two-week arrival orientation, monthly contacts or any other request for communication.

### Program Extensions

13. I understand that the Department of State, at its sole discretion, provides au pairs with the opportunity to extend their program for an additional 6, 9 or 12 months provided the au pair has completed the educational component of the program at the time of requesting the extension. TIAPE requires that an extension request be received no less than 60 days prior to the end of the au pair's initial program.

### Placement Changes and Early Terminations

14. If I have concerns with my host family, I agree to work with a TIAPE representative to help resolve such concerns. I agree that I will not leave the host family's home without the knowledge or involvement of a TIAPE staff member.

15. I agree that TIAPE will not consider placement changes due to the geographical location of the family and/or schedules that are otherwise compliant with U.S. Department of State regulations.

16. If problems with my host family cannot be resolved and I am recommended for another placement, I understand that TIAPE will use reasonable efforts to find a new host family for me. I understand that TIAPE

may be required to disclose information received from my original host family regarding my stay, performance and behavior while with their family.

17. During the re-match process, I shall, if possible, continue to live with my current host family who may request me to provide, or not to provide, childcare for their children. If I cannot remain with my host family, TIAPE will make a reasonable attempt to find temporary housing for me. I agree to remain in contact with TIAPE at all times and to make myself available to be interviewed by potential new host families.

18. I understand and agree that TIAPE is my program sponsor, and as such, any decision regarding my program status will be made at the sole discretion of TIAPE. I also understand that TIAPE does not guarantee that I will be placed with another family.

19. I understand and agree that in the event of illness, injury or other medical condition that prevents me from continuing my duties, I will not be eligible to continue in the program.

20. In the event TIAPE cannot find replacement family for me, I understand that my program will end and I will be responsible for returning home at my own expense.

21. I understand and agree that TIAPE reserves the right to terminate or end my participation in the program without advance notice if TIAPE determines, at its sole discretion, that:

    a) I have endangered the host family's children through negligence, a deliberate act, or if my mental or physical health is determined to be insufficient for completing the Program;
    b) I am convicted of a crime;
    c) I fail to comply with any terms of this Agreement;
    d) I fail to comply with U.S. Department of State Regulations;
    e) I am not cooperative with TIAPE's employees or representatives.

### Refund Policy

22. I understand that all fees paid TIAPE are non-refundable.

### Insurance

23. I understand that I will have travel and accident insurance provided by a third-party insurance company for the duration of my program, and the policy does contain limitations and exclusions. I agree to familiarize myself with the scope the policy and the stated limitations and exclusions.

24. I understand that this policy will be valid from my program start and end dates and will not cover the 30-day grace period, unless I have purchased a separate insurance extension offered by TIAPE.

25. I understand that in the event I end my participation early, TIAPE will cancel my insurance. I understand that preexisting conditions may not be covered under the insurance policy. I agree that any disputes pertaining to coverage issues are strictly between myself and the third party insurance company, and that TIAPE is not responsible for any coverage issues and/or disputes.

26. I understand that if I have opted to purchase upgraded insurance coverage during my first 12-month program, there will be an additional cost to extend my upgraded insurance program for an additional 6, 9 or 12 months.

27. I agree that TIAPE and/or its affiliates or agents may, without liability or expense to themselves, take whatever action they deem appropriate with regard my health and safety, including, but not limited to having me hospitalized for medical services and treatment. I further agree that if hospitalization is not feasible for any reason, TIAPE and/or its affiliates or agents may rely upon the advice and medical judgment of local medical staff in order to make a decision as to what is in my best interests. I hereby give full consent to be medically treated pursuant to the terms set forth herein, and/or to undergo any treatment, including but not limited to surgery, which is determined to be necessary to my health and well-being during my stay abroad.

### Other Terms and Conditions

28. I hereby irrevocably, unconditionally, and fully remise, release and forever discharge TIAPE, its subsidiaries, officers, employees, and/or agents from any and all claims related to personal and/or property damage, injury, loss, delay or expense incurred by our family, guest, employee or agent, due to: (i) events beyond TIAPE's reasonable control, including without limitation, acts of God, acts of war or governmental restrictions, and, in the absence of gross negligence or willful misconduct by TIAPE (ii) any events directly or indirectly caused by any intentional or negligent acts or omissions by the host family. In this respect, I acknowledge that I am not an employee or agent of TIAPE. I further agree to indemnify and hold harmless TIAPE, its subsidiaries, officers, employees and/or agents from any and all liability or expense, including court costs and legal fees incurred, that I in anyway caused or contributed to, whether directly or indirectly.

29. I understand that I am responsible for complying with any federal, state labor and/or income tax laws that may apply. I understand that TIAPE does not provide legal or income tax advice regarding any such laws and is not responsible for informing me of, or overseeing compliance with, any such laws which vary from state to state and are subject to change from time to time.

30. I understand that in 1994, the US Department of Labor determined that the au pair stipend constitutes "wages" because an employer-employee relationship exists between the au pair and the host family. Au pair wages are essentially in the nature of household employment and au pairs are required to file US individual tax returns

31. Dispute Resolution. In the event of any dispute between the parties concerning the performance, enforcement or interpretation of this Agreement, such dispute shall be determined by binding arbitration before the Orange Country, California office of Judicial Arbitration and Mediation Services, upon the petition of either party. The decision of the arbitrator shall be final and binding and may be enforced in any court of competent jurisdiction on the petition of either party. I agree that California is a fair and reasonable venue for resolution of any such dispute and it submits to jurisdiction of the Courts of the State of California because among other reasons, TIAPE is domiciled in California.

### Privacy Consent

32. In the unlikely event of a legal claim, lawsuit or arrest in connection with our participation in the TIAPE program, I understand it may be necessary to provide my au pair application and related information to attorneys, insurers, or the United States Department of State or, if TIAPE receives a valid Court order or subpoena, to whatever entity is determined to have a legal right to obtain this information. The TIAPE Privacy Policy provides that an au pair's personal information will not be disclosed to any other parties unless it is given notice and an opportunity to object. TIAPE takes reasonable precautions to protect personal information from loss, misuse and unauthorized access, disclosure, alteration and destruction.

33. I agree that TIAPE has the exclusive right to determine my suitability to participate in the program. I agree that in determining suitability, TIAPE may make inquiries to third parties about me. I confirm that all information submitted in my application is true and complete.

34. I authorize TIAPE to use, free of charge, statements, photographs, files or videos provided by me to promote the TIAPE program, including providing my profile information to perspective host families. TIAPE will not sell this information to outside parties. All statements, photographs, files or videos become the property of TIAPE.

**I have read, understand and agree to the terms and conditions contained herein. My physical or electronic signature below confirms my acceptance of the terms and conditions of this Agreement, and is legally binding. No alteration of the terms or conditions of this Agreement shall be valid unless approved in writing by TIAPE. I have retained a copy of this Agreement.**