# Exhibit 4

## 2010 AGENT AU PAIR, INC.
## HOST FAMILY AGREEMENT

### General Provisions

This Agreement ("Agreement") is between Agent Au Pair, Inc, a California Corporation, and (first and last name(s) of host parent(s) _MARK & ZUZANA WEST_ of (city) _BAINBRIDGE ISLAND_ (state) _WA_, acting on behalf of and including all members of said persons' household and family (hereinafter, collectively, referred to as the "Host"). The Host Family "Host" has fully read this Agreement and agrees to the terms and conditions contained herein. The parties agree as follows:

1. Host acknowledges Host received a copy of the U.S. Department of State Regulations for the Au Pair Program – 22 CFR 62.31. Host affirms they are U.S. citizens or permanent legal residents and speak primarily English in the home.

2. Host agrees that the childcare services performed by the au pair shall not exceed either (i) ten hours per day, (ii) 45 hours per week, (iii) five and one half days per week. Host agrees that the au pair will be relieved of duties at least one full weekend per month (Friday evening to Monday morning). Host agrees to provide the au pair with two calendar weeks paid vacation, to be taken at a mutually agreed-upon time. For extension au pairs the following applies: 12 and 9 month extensions: 2 weeks paid vacation; 6 month extension: 1 week paid vacation. If a dispute arises as to any of these limits or requirements, Agent Au Pair shall resolve said dispute, and its decision shall be final.

3. Host agrees to pay au pair the weekly stipend determined by the U.S. Department of State, currently $195.75, on a weekly basis and acknowledges that this payment cannot be withheld for any reason, including but not limited to outstanding phone bills, auto accidents, or lost time due to illness. Host agrees to provide board and lodging in the form of a private separate bedroom. Host agrees to include au pair in family meals and treat the au pair as a member of the family.

4. Host agrees to facilitate and provide time off and transportation for the au pair to study at least 6 credit units at an accredited post-secondary institution and to provide up to $500 for such education. For extended au pairs, the following applies: 12 and 9 month extensions – 6 credit units and up to $500 educational component; 6 month extensions - 3 credit units and up to $250 educational component. Host also agrees to provide adequate time off and transportation for the au pair's mandatory monthly meetings with the local community counselor.

5. Host agrees that if there is a baby less than 3 months old living in the home, a parent or another responsible adult must be present in the home at all times and the au pair shall not be sole care giver for that child at any time (including sleeping hours). Host agrees to inform Agent Au Pair if a child less than 3 months enters the family at any time during the program year. Host will promptly notify Agent Au Pair if a child under the age of 2 enter the household. Host agrees that a responsible adult will remain in the home for the first 3 days after the au pair's arrival.

6. Host shall promptly notify Agent Au Pair in writing in the event another individual, including but not limited to other children, joins the household; there is a change in marital status, location, contact information; or other significant event that may occur during the program.

7. Host must live within one hour's driving time of the home of the local community counselor. In the event that Host moves outside an area of coverage by Agent Au Pair, Host will not be eligible to continue the program and the au pair will be removed. In this case, Host will be eligible to receive a

Host Family Name: _WEST_         Host Family Agreement Page 1 of 6



PLAINTIFFS' RESP. APP.0000725

AAP_0004088

Case No. 1:14-cv-03074-CMA-KMT Document 943-4 filed 7/13/18 USDC Colorado pg 3 of 166
Case 1:14-cv-03074-CMA-KMT Document 1174-4 filed 05/17/18 USDC Colorado Page 14 of 76
HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

refund in accordance with Agent Au Pair's refund policy set forth herein.

8. Host understands that if the au pair decides to travel outside the United States, an officer of Agent Au Pair must sign the DS-2019 Form stating that the au pair is currently in good standing, otherwise the au pair may not be allowed to re-enter the country.

### Agent Au Pair Rules

9. Host agrees to provide car insurance at Host's expense for the au pair as a permissive user if s/he is to drive any vehicle(s) Host owns. Host acknowledges that it is Host's responsibility to conform to any and all state or local laws regarding the au pair's use of the automobile, including obtaining a local driver's license if required. Host shall not hold the au pair liable for more than $500 in damages in the event of an accident. Host further acknowledges that Host will not hold Agent Au Pair liable for any damage or loss resulting from the au pair's use of a vehicle. If driving is a requirement for placement of an au pair in the host family home, the au pair will have a valid driver's license from the au pair's home country. Agent Au Pair cannot warrant or guarantee an au pair's driving ability.

10. Host affirms that the responses to the Host Family Application, Personal Reference and Employment Reference are true and complete, and that Agent Au Pair may make reasonable inquiries to third parties regarding Host's family.

11. Host agrees to maintain open contact with the local community counselor and allow the au pair the same. Host also agrees to allow the local community counselor to monitor the exchange and to provide orientation, assistance and support. Host agrees to cooperate fully with Agent Au Pair and its representatives in supervising and implementing the au pair program.

12. Host agrees to pay the full program fee minus any discounts, if applicable, on the agreed upon dates. Past due balances accrue at 1.5% interest. A supplemental fee of $400 will be charged for au pairs from South Africa, Africa, New Zealand and Australia. A flight surcharge may be due for a flight (from any country) booked with less than 3 weeks notice. Host agrees to pay domestic transportation for the au pair from the Au Pair Training School in San Francisco, CA to current location to Host's home.

13. Host acknowledges that Agent Au Pair's function is to locate and present au pair candidates who meet Agent Au Pair's selection criteria, but that final selection of an au pair is the sole responsibility of Host. Agent Au Pair cannot guarantee that any particular au pair will be compatible in Host's home or meet Host's expectations.

14. Host understands that the au pair may have to pay a contribution to the inbound and/or outbound flight as well as an application fee or other administrative fees to the partner agent in the home country.

15. Host understands that the decision to grant an au pair a J-1 visa is at the sole discretion of the U.S. Embassy or Consulate in the au pair's home country and that there is a risk that the au pair will not be granted a J-1 visa to participate in the program. Host understands that if Host travels outside the United States with the au pair during the au pair's extension period the au pair must obtain another visa from the home country to re-enter the United States. Agent Au Pair can only provide a valid DS-2019 Form but cannot guarantee another visa will be issued. The decision is solely that of the local Diplomatic Consulate Officer.

16. Host understands that au pairs are provided with medical insurance provided by a third-party insurance company, and that such coverage contains limitations and exclusions. Any disputes pertaining to coverage issues are between the au pair and the third-party insurance company, and Agent Au Pair is

Host Family Name: _____WEST_____     *Host Family Agreement Page 2 of 6*

PLAINTIFFS' RESP. APP.0000726

AAP_0004089

Case No. 1:14-cv-03074-CMA-KMT Document 943-4 Filed 05/17/18 USDC Colorado Page 115 of 166

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

not responsible for any coverage issues and/or disputes.

17. Host acknowledges that Host is responsible for complying with any Federal or state labor and/or income tax laws that may apply to Host including, but not limited to, income tax or other tax laws which vary from state to state, and are subject to change from time to time. Host is responsible for determining whether Workers' Compensation insurance, or any other insurance requirement, is mandatory under Federal, state and/or local laws regarding the au pair. Host understands that Agent Au Pair is not responsible for providing guidance or legal advice on such insurance matters. Host agrees to release and waive any claims against Agent Au Pair, either directly or indirectly, as a result of failing to insure.

18. An "in-country" au pair is an au pair who has already been working in this capacity in the United States at the time he or she may be placed with Host. Host is required to pay applicable in-country fees prior to the au pair's arrival. If host is using the services of an in-country au pair currently on Extension Program, Host will be required to pay in-country fees.

19. Host understands that during the extension year the same responsibilities towards the au pair and towards the Exchange Visitor Program apply as in the first year.

Replacements

20. Host understands that Agent Au Pair requires an initial adjustment period of 60 days following au pair's arrival before any placement change is considered, and such decision of an au pair's removal from the home is the sole decision of Agent Au Pair. After the adjustment period if Host decides to terminate the au pair's services, Host agrees to give the au pair at least 2 weeks notice. If during the first initial placement, host does not allow mediation to occur for a minimum of 30 days, there will be no replacement au pair or refund.

21. Host recognizes that Agent Au Pair may not be able to immediately find a replacement for Host's departing au pair depending on availability, therefore a gap in childcare may occur. Agent Au Pair cannot guarantee uninterrupted childcare and is not responsible for any economic damage or loss alleged to arise from loss or unavailability of au pair services, or of the au pair's inability or unwillingness to provide services. Host releases Agent Au Pair from any and all claims for financial or consequential damages or emotional distress which may arise from the unavailability of an au pair's services for any reason.

22. In the event that the Host's program year began with an in-country match or an Extension au pair, regardless of the length of the match, a replacement au pair will not be provided. The Host will be required to re-apply to the program and pay new program fees. Host will receive a program credit for unused service time to apply to the new program fees, or a refund according to the refund policy below.

23. Host acknowledges that a replacement au pair, if provided, may be dependent upon current au pair availability and program type. Host understands that the refund policies set forth herein will be the exclusive remedy in the event Agent Au Pair is unable to provide a replacement au pair.

24. Host understands that Agent Au Pair will provide ONE replacement au pair during the first 6 months of the program (excluding in-country au pairs and au pairs on the Extension Program), without requiring Host to re-apply to the program and pay new program fees. Host understands that if less than 6 months remain in Host's original 12 month program year, Agent Au Pair will not provide a replacement au pair. Instead Host will receive a program credit in the amount of $450 for each remaining month of unused service time, which may be applied to future program fees. Host understands that this credit may not be redeemed for cash, and that no monetary refunds will be given. Unused credits expire 24-months from

Host Family Name: _____WEST_____            Host Family Agreement Page 3 of 6

PLAINTIFFS' RESP. APP.0000727

the end date of the last placement and are non-transferable.

25. Host understands that if the match with a replacement au pair is unsuccessful, for any reason whatsoever, and Host wishes to continue the program, Host will be required to re-apply and pay new program fees and receive a credit in the amount of $450 for each remaining month of unused service time. Host will not receive a refund after 6 months of childcare – only a credit is available toward a future au pair in the home.

26. Host shall give au pair a minimum of 2-weeks notice (and 2-weeks pay) and Host shall permit the departing au pair to continue to live with Host for a period not to exceed fourteen days (if Host doesn't agree to house the au pair, Host agrees to pay housing costs of $25/day for up to 14 days).

27. In the case of a replacement au pair, Host agrees to pay Agent Au Pair $500 for each additional month of replacement au pair service beyond Host's original twelve (12) month program. Such payment is due before the au pair enters the home and due upon matching with the replacement au pair.

28. Host agrees that if any vacation is due to the replacement au pair, Host will provide the vacation due to the au pair even if Host has already provided vacation time for the departing au pair. Host may be responsible for additional tuition costs for the replacement au pair if the au pair has not completed the educational component with a previous host family (up to $500).

29. Host agrees that Agent Au Pair may immediately terminate the Host's participation in the program and remove the au pair from Host's home if: (i) Agent Au Pair determines, in its sole discretion, that the au pair is being or has been exploited or treated in an abusive, inappropriate, or oppressive manner by Host, or (ii) Host fails to comply with any terms of this Agreement, including, but not limited to, failure to pay the full program fee or any stipend or additional monthly payments required hereunder; or failure to comply with any of the Regulations. In the case of such a termination, Host will not be eligible for a program fee refund or a replacement au pair.

30. Host understands that if Host has a serious change of circumstance (such as illness; personal issue or job change; or relocates to an area not serviced by Agent Au Pair) and is unable to continue the 12-month program, Host's account with Agent Au Pair will remain "on hold" for the unused months for up to 24 months beyond the initial program end date, or Host can request a refund according to the policy below.

Refunds

31. Host must submit any refund request in writing to Agent Au Pair. A refund, if owed, will be issued within thirty (30) days after the receipt of the request by Agent Au Pair. Any unpaid balance owed will be deducted from the refund.

32. Host understands that because the majority of Agent Au Pair's operating costs occur during recruitment, interviewing, orientation, and placement of the au pair, Agent Au Pair's refund policy is limited to no more than $225 per month for each remaining month of credit, regardless of the number of months used for childcare by Host. If a host has 6 months or less remaining of the program, there will be no cash refund. Instead, Host may use this credit only towards a new program year.

33. Refunds are calculated as follows: Months of childcare paid for: _____, Less months of childcare received: _____, Equals: Months of refund due: _____, Multiplied by monthly rate of refund: $225, Equals total refund due: _____.

34. If host or au pair cancels (or if the visa is denied in the home country) Host will receive a refund of any

Host Family Name: __WEST__   Host Family Agreement Page 4 of 6

PLAINTIFFS' RESP. APP.0000728

AAP_0004091

fees paid less $750 cancellation fee – less any airfare booked. Host understands that the Application Fee is non-refundable. Host also understands that under no circumstances shall Host receive a refund of more than the amount paid.

35. There will be no refund if Host violates the terms and conditions of this agreement. There will be no refund if the au pair is removed from the home due to the host family's failure to adhere to the program guidelines. There will be no refund if Host does not permit allow Agent Au Pair to mediate within the first 30 days of the placement.

Other Terms and Conditions

36. Host understands that it is Host's sole responsibility to carefully choose an au pair from the candidates presented and that Agent Au Pair makes no guarantee, express or implied, as to Host's satisfaction with, or the compatibility of, any particular au pair candidate. Host understands that an au pair is a young person from a foreign country living in Host's home to provide limited childcare services. An au pair is not a professional "nanny" and does not possess "nanny" level of childcare experience and thus requires close supervision. Host understands and accepts the responsibility of supervising and monitoring the performance of the au pair in the home, and to promptly notify Agent Au Pair of any problems.

37. Host understands that Agent Au Pair shall not be liable for and does not guarantee acceptable performance by the au pair. Host agrees that the au pair is not an employee, agent or independent contractor of Agent Au Pair and that Agent Au Pair does not exercise dominion or control over the actions of the au pair. Agent Au Pair is not responsible for any act or omission on the part of the au pair.

38. Host acknowledges that Agent Au Pair shall not be responsible for any personal bills incurred by the au pair or Host such as (without limitation) phone bills, automobile expenses, travel expenses, and/or health expenses. Accordingly, Host agrees not to seek payment or assistance in recovering any such expenses or costs from Agent Au Pair.

39. Host understands that the local community counselor (LCC) is not an employee or agent of Agent Au Pair. The LCC is not authorized to represent Agent Au Pair and cannot bind or commit Agent Au Pair in any manner whatsoever. Host acknowledges and agrees to release and hold Agent Au Pair and its agents, principals, sponsors, affiliates, directors, officers, employees, attorneys and local community counselors harmless from any damage, loss, injury, delay or expense incurred by Host or any guest, employee or agent of Host, due to events beyond Agent Au Pair's control, including, without limitation to, acts of God, acts of war, government restrictions and, in the absence of gross or willful negligence by the foregoing individuals or entities, any events directly or indirectly caused by any intentional or negligent act or omission by any au pair placed in Host's home. Host further agrees to indemnify and hold harmless Agent Au Pair and its agents, principals, sponsors, affiliates, directors, officers, employees, attorneys and local community counselors from any liability or expense, including attorney's fees and court costs incurred resulting from any damage, injury, loss or expense incurred by any au pair placed in Host's home that Host directly or indirectly causes or contribute.

40. Host understands that Agent Au Pair does not issue a J-1 visa for the au pair. United States Consular officers issue all visas and Agent Au Pair cannot guarantee any au pair will receive a visa. Host also understands that Agent Au Pair does not issue a J-1 Extension visa for the au pair. United States Department of State officers grant all Extensions of the J-1 visa and Agent Au Pair cannot guarantee that any au pair will receive an Extension visa. If the au pair travels outside of the United States during the extension program, the au pair needs to reapply for a J-1 visa in the au pair's home country to be readmitted to the United States during the program year.

Host Family Name: _____WEST_____     Host Family Agreement Page 5 of 6

PLAINTIFFS' RESP. APP.0000729

AAP_0004092

### Governing Law and Arbitration

41. In the case of a dispute, under no condition shall Host redeem any amount more than the amount paid to Agent Au Pair. This Agreement shall be deemed to have been entered into in the State of California, and its construction, validity, breach, performance or interpretation shall be governed by the laws of the State of California. If any terms or conditions of this agreement are found to be illegal, or void, the remaining terms shall remain in full force and effect. The parties to this Agreement acknowledge and agree that any dispute or claim arising out of this Agreement, whether in tort or contract, such dispute or claim shall be decided by neutral, binding arbitration to be conducted in Marin County, California. The arbitration shall be conducted pursuant to the provisions of Code of Civil Procedure section 1280 et seq. The award of the arbitrator may be enforced in any court of competent jurisdiction located in the United States. In the event that this arbitration clause is deemed void or inapplicable, the parties expressly consent to and submit to the personal jurisdiction of the Superior Court of California in Marin County. Host agrees that California is a fair and reasonable venue for resolution of any such dispute and it submits to jurisdiction of the Courts of the State of California. However, in the event of diversity jurisdiction, the parties especially consent to the personal jurisdiction of the federal court of the federal judicial district in which this contract is entered. In any action arising out of the execution of this Agreement, whether for tort or for breach of contract, the prevailing party shall be entitled to recover reasonable attorney's fees incurred and costs, including but not limited to the cost of arbitration. The parties agree that any arbitration dispute and any claim that may arise under or out of, or in connection with or relating to this agreement or any breach hereof shall remain at all times confidential. Any and all lawsuits, claims or actions involving any issue or contractual requirements under this agreement shall be commenced within 2 years and one day from the date of the claim or cause of action accrues. By signing below, the parties expressly agree to the terms, condition, and provisions of this paragraph.

42. This Agreement may be signed in counterparts and may be delivered by facsimile or scan. A scan or facsimile signature will be considered the same as an original.

43. Host Family and Au Pair Agreement: I/we agree that an au pair cannot work more than 45 hours per week or 10 hours per day. Au pairs receive 1.5 days off per week, one weekend off per month and 2 weeks paid vacation.

Host Name (print): MARK WEST
Host Name (Signature): [signature]
Date: 19 March 12

Host Name (print): ZUZANA WEST
Host Name (Signature): [signature]
Date: 3/19/12

Host Family Name: WEST

Host Family Agreement Page 6 of 6

PLAINTIFFS' RESP. APP.0000730

AAP_0004093