# Exhibit 6



## Au Pair in America Extension Program

Dear Au Pair,

Good news! You can apply to remain in the United States for up to an additional 12 months through the Au Pair in America extension program!

You should have already received an email about the extension program. If you and your host family want to stay together, please discuss this opportunity with them. They have already received information on the steps to follow and an application for the extension program. **You will not need to fill out anything in this packet**, only speak with your host family and fill out the documents **they** have. If you are staying with your host family, those documents must be received by (please refer to timeline).

Included in this packet is information to extend with a **new host family only**. If you decide to join a new host family, please follow the steps below:

- ✓ Read, complete, and sign the *Au Pair Extension Agreement*.
- ✓ Complete the *Documented Child Care Experience Addendum* form for each host family you have been with.
- ✓ Complete the *Extension Program Au Pair/Companion Record Update* and make a copy of your driver's license.
- ✓ Your current host family will need to complete a confidential childcare reference form for you.
- ✓ You must complete the Au Pair in America- Sports Insurance Form

If you plan to extend with a new host family, your documents must be returned to Au Pair in America by (please refer to timeline). Please note that you may only extend one time. For example, if you request a six or nine month extension, you will not be allowed to extend further at a later time.

If you have questions about your application for the extension program, please contact Sarah Friedman at 1-800-928-7247, extension 5178 or at sfriedman@aifs.com.

We hope that you will take advantage of this wonderful opportunity to extend your stay and enjoy some more time in the United States.

Sincerely,

Sarah Friedman
Compliance and Extension Program Coordinator



EXHIBIT 15
Ferry
5 | 11 | 1-7
JEREMY RICHMAN



Au Pair in America Extension Program

# IMPORTANT!!!

## Notification of Education Verification

The U.S. Department of State requires that during the au pair's initial period of program participation, she must complete not less than six semester hours (or its equivalent) of academic credit at an accredited U.S. post-secondary institution (12 semester hours for EduCare Companions). Before we can submit an extension request on your behalf, we must now verify that you have fulfilled your education requirement.

In order to be considered for an extension of stay, you must submit to your community counselor one or more of the following documentation to verify that you have completed your education:

1. Letter from the school on school letterhead stating that you are taking a course
2. Completion certificate from the school
3. School transcript
4. Registration form (it must be on school letterhead and it should indicate the number of credits/hours the class is worth)

If you are still in the process of completing your education, you must obtain a letter from your school, stating that the course will conclude before your first year ends and the number of credits/hours that you will earn. We will also need final proof of course completion.

***NOTE:*** If you plan to request an extension, ***please make sure that proof of education is submitted to your community counselor as quickly as possible.*** Please do not submit any proof of education with your extension application. The extension request will not be processed unless you submit your proof of education to your local community counselor. Once we receive the required documentation from your community counselor, we will then submit the extension request to the U.S. Department of State.

Au Pair in America Extension Program ★ 9 West Broad Street ★ Stamford, CT 06902-3788 ★ (800) 928-7247 ★ extension@aifs.com

3/11

PLAINTIFFS' RESP. APP.0004216

AIFS0067246



Au Pair in America Extension Program

# IMPORTANT TRAVEL INFORMATION

## I. TRAVEL TO CANADA, MEXICO, AND ADJACENT ISLANDS

➤ Year2 au pairs may travel freely to Puerto Rico and the U.S. Virgin Islands.

➤ According to Federal Regulations (22 CFR 41.112) Year2 au pairs can travel to Canada, Mexico and the adjacent islands (Caribbean except Cuba) through a provision known as 'automatic revalidation' as long as the travel does not exceed 30 days and the au pair has not applied for another visa. *She would need the following documents: an extension DS 2019 form, a valid I-94 Arrival/Departure Card showing unexpired period of admission with 'J-1, D/S' endorsement and a valid passport.*

➤ Be aware that certain nationalities require a visitor's visa to enter Canada, Mexico or certain Caribbean Islands.

➤ Au Pair in America suggests that a Year2 au pair make a copy of her original I-94 card showing valid duration of status D/S). Sometimes the I-94 card is taken by the airline at check-in, so at least having a copy of the original card shows a valid status. IF POSSIBLE DO NOT SURRENDER THE I-94 CARD TO THE AIRLINE. In any event, bring along a photocopy of both the front and back of this card.

➤ Bring the extension DS-2019 form, which has been signed for travel validation along with a participation letter certifying the au pair's approved status on the program. This letter should be on program letterhead.

➤ Be aware that although the Department of State has informed us that au pairs with an expired visa may travel to Canada, Mexico and the adjacent islands through 'Automatic Revalidation', it is ultimately up to the Customs and Border Patrol agents at the POE (port of entry) to determine whether or not to admit someone into the U.S. and therefore there is always a risk of being denied reentry into the United States with an expired visa.

## II. OVERSEAS TRAVEL

➤ If a Year2 au pair wants to travel overseas, she would have to apply at the U.S. Embassy/Consulate in her home country for another visa in order to be readmitted into the U.S. Consular posts **may** issue a new J-1 visa to au pairs who have been approved for an extension, have their extension DS-2019 and a program participation letter with them. The application process for a second year J-1 visa would be the same as for a first time visa. Au pairs must make an embassy appointment in advance for a personal interview, pay a new visa application fee, and fill out all visa application forms (DS-160, etc) just as they did when they first applied for a J-1 visa. An additional \$35 SEVIS fee may be required.

➤ Please note the U.S. Department of State travel website contains links to all the embassies/consulates overseas so that au pairs can make interview appointments online and download the required visa application forms. The website address is: http://travel.state.gov. Click on 'visas', then go to 'visa wait times' which will bring you to a link for embassy and consulate websites, which will then allow you to click on a particular U.S. Embassy or consular section.

➤ An au pair's passport should be valid for the duration of her extension. If her passport will expire before the end of her extension, she should contact her country's consulate in the U. S. and apply for a passport renewal. We suggest that if an au pair applies for a second J1 visa, that she does it while her original J1 visa is still valid.

➤ Au Pair in America cannot guarantee that an au pair will be granted a second visa. If a Year2 au pair is denied a visa by the U.S. Embassy, she will be unable to return to the U.S. to complete her extension. It is important that au pairs and host families are aware that by leaving the U.S. with an expired visa, there is a risk that she may not be able to return.

➤ Au pairs from certain countries are at a greater risk of being denied a second visa than au pairs from Western European countries. Contact Evelyn Blum at 1-800-928-7247, ext. 5027 or Sarah Friedman ext. 5178 if you have questions about this.

Au Pair in America Extension Program ★ 9 West Broad Street ★ Stamford, CT 06902-3788 ★ (800) 928-7247 ★ extension@aifs.com

3/11

PLAINTIFFS' RESP. APP.0004217

AIFS0067247



## Au Pair in America Extension Program

### FREQUENTLY ASKED QUESTIONS

**Can I extend further after applying for a 6 or 9-month extension?** No. The U.S. Department of State allows sponsors to file for a <u>one-time</u> extension of program for <u>6, 9 or 12 months</u>. It is important that you think about how long you want to extend as you may only extend once.

**Will I get a flight home if I successfully complete my extension term?** Au Pair in America will provide a free flight (including domestic and international surcharges) to au pairs who successfully complete their 12-month extension. If you only extend for 6 or 9 months, Au Pair in America will provide a flight home, but you are responsible for any gateway charges that apply.

**Will I receive my completion payment?** With the exception of au pairs who joined the program on a promotion and those on the EduCare program, you will receive your completion bonus 2-3 weeks prior to the start of your extension term as long as your education requirement has been met. *Note: You will not receive a completion payment at the end of your extension term.*

**Will my weekly stipend increase?** The weekly stipend amounts for the extension year are $195.75 for Au Pairs, $250 for Au Pair Extraordinaire and $146.81 for EduCare companions. This stipend increased on July 24, 2009 per the 2007 Minimum Wage Law.

**Will I still get a month to travel?** The travel month is a 30-day grace period that must be taken at the end of your program. If you extend, you will take your travel month at the end of your extension term. **Will I receive a travel month if I leave my program early?** No. The 30-day grace period is only for au pairs who complete their program. If you leave the program early, you must exit the U.S., and return home immediately. Au Pair in America will report you as being out of program status with the U.S. Department of State and Department of Homeland Security once you discontinue your program participation.

**Can I travel outside of the United States during my extension term?** Please refer to the *Travel Information Sheet.*

**What is the difference between my J1 visa and my DS-2019?** Your J-1 visa is a full-page stamp in your passport that reads, "VISA United States of America" across the top and contains your photograph. The DS-2019 form is the white paper that says across the top, "*Certificate of Eligibility for Exchange Visitor (J-1) Status*. This is the form you took to the embassy/consulate when you applied for a visa to come to the U.S. You will receive an updated DS-2019 upon approval of your extension, reflecting your extended status in the U.S.

**Will I have insurance coverage during my extension term?** Yes, your insurance coverage will be extended. If you have basic insurance, no additional payment is required. If you have the comprehensive coverage you will need to pay a supplemental fee of $350 for a 12-month extension, $280 for a 9 months or $210 for 6 months. If you have the medical upgrade coverage you will need to pay a supplemental fee of $235 for a 12-month extension, $190 for 9 months or $145 for 6 months.

**Will I still take educational courses?** Yes. Au pairs extending for six months will be required to take a minimum of 3 credits or the equivalent and the host family must provide up to $250. Au pairs extending for nine or 12 months will be required to take a minimum of six credits or the equivalent and their host families must provide up to $500. EduCare companions extending for six months must take a minimum of six credits or the equivalent and the host family must provide an educational allowance of up to $500. EduCare companions extending for nine or 12 months must complete 12 credits or the equivalent and their host family must provide up to $1,000.

**Could I be denied an extension request?** We do not anticipate any extension denials as long as you are in good standing with the program, complete your education, and submit your extension request on time, but the U.S. Department of State makes the final decision.

**What do I do if my driver's license expires at the end of my first year?** If your host family needs you to drive, it is your responsibility to ensure that you will have a valid license. We strongly recommend that you obtain a state driver's license. If you cannot obtain a state license, you will need to renew your international permit. As it is not possible to renew your international driver's permit in the U.S., you should have a friend or family member in your home country assist you with the renewal.

**What happens if I am not placed with a new host family?** We will send your application to host families until approximately 5 weeks before your year ends. If at that point, you are not placed with a new host family, you must submit your flight request forms in to our office.

**If I am placed with a new host family, when will I start?** You must first complete your year with your current host family. You will then start with your new host family on the first day of your second year. You must start on that date – not earlier or later.

**Will I be able to rematch during my extension term?** Our standard policy is that au pairs/companions cannot have more than 2 host families while on the program. Each situation will be evaluated individually, but we cannot guarantee that you will be allowed to rematch.

Au Pair in America Extension Program ★ 9 West Broad Street ★ Stamford, CT 06902-3788 ★ (800) 928-7247 ★ extension@aifs.com

3/11

PLAINTIFFS' RESP. APP.0004218

AIFS0067248



Au Pair in America Extension Program

## PAPERWORK CHECKLIST

If you wish to extend with a *new host family*, please make sure you have enclosed the following documents:

### IMPORTANT:

- ➤ *Incomplete applications will not be processed*
- ➤ *The sooner you send your extension application in to us, the more time you will have to match with a new host family.*
- ➤ *If you are extending with your current host family, please make sure you send the materials your host family received. You do not need to complete the materials enclosed in this packet.*

1. *Signed Au Pair Extension Agreement*

2. *Documented Child Care Experience Addendum (one for each host family you worked for)*

3. *Extension Program Au Pair/Companion Record Update (please complete all four sections of the form). Your application will not be processed if any information is missing.*

4. *Comprehensive Insurance form and payment (if applicable)*

5. *Host Family reference (Please ask your current family to complete and submit this reference on your behalf. Your host family can send this form in a separate envelope or by fax to 203-399-5378).*

6. *Copy of your driver's license*

7. *Au Pair in America – Sports Insurance form*

Please send the above documents to:

**Au Pair in America/Extension Program**
**River Plaza**
**9 West Broad Street**
**Stamford, CT. 06902**

8. *Submitted proof of education to your community counselor: Please make sure to submit proof of education to your community counselor as quickly as possible. **We will be unable to allocate your application to new host families unless we have complete and acceptable documentation.***

Au Pair in America Extension Program ★ 9 West Broad Street ★ Stamford, CT 06902-3788 ★ (800) 928-7247 ★ extension@aifs.com

3/11

PLAINTIFFS' RESP. APP.0004219

AIFS0067249



Au Pair in America Extension Program

## IMPORTANT EXTENSION TIMELINE INFORMATION

The timeline below indicates when application materials need to be received in the Stamford office. Failure to submit paperwork before these deadlines can result in a denied extension.

| Current Contract End Date | Deadline for filing an extension |
|---|---|
| 1/5/11 | 10/13/10 |
| 1/10/11 | 10/13/10 |
| 1/17/11 | 10/13/10 |
| 2/31/11 | 11/17/10 |
| 2/7/11 | 11/17/10 |
| 2/21/11 | 11/17/10 |
| 3/7/11 | 1/5/11 |
| 3/21/11 | 1/5/11 |
| 4/4/11 | 1/26/11 |
| 4/18/11 | 1/26/11 |
| 5/9/11 | 2/23/11 |
| 5/30/11 | 2/23/11 |
| 6/13/11 | 3/23/11 |
| 6/20/11 | 3/23/11 |
| 7/5/11 | 4/27/11 |
| 7/18/11 | 4/27/11 |
| 7/25/11 | 4/27/11 |
| 8/1/11 | 5/18/11 |
| 8/8/11 | 5/18/11 |
| 8/15/11 | 5/18/11 |
| 8/22/11 | 5/18/11 |
| 9/6/11 | 6/22/11 |
| 9/12/11 | 6/22/11 |
| 9/19/11 | 6/22/11 |
| 9/26/11 | 6/22/11 |
| 10/10/11 | 7/20/11 |
| 10/24/11 | 7/20/11 |
| 10/31/11 | 8/17/11 |
| 11/14/11 | 8/17/11 |
| 11/28/11 | 8/17/11 |
| 12/5/11 | 9/21/11 |
| 12/26/11 | 9/21/11 |

Au Pair in America Extension Program ★ 9 West Broad Street ★ Stamford, CT 06902-3788 ★ (800) 928-7247 ★ extension@aifs.com

3/11

PLAINTIFFS' RESP. APP.0004220

AIFS0067250



## Au Pair in America Extension Program

### Au Pair Extension Agreement
#### Deadline for filing: <u>**REFER TO TIMELINE SCHEDULE**</u>

**Au Pair/Companion: Adriana Carolina Da Costa Souza**          **Membership # E9049**

Host Family: Weese                                               ID# 35860

Program term currently scheduled to end: 7/5/2011

I wish to extend with a **new placement:**
☐ 6 Months to 1/5/2012      ☐ 9 Months to 4/5/2012      ☐ 12 months to 7/5/2012
I, the undersigned, apply to extend my au pair program for the above noted length of extension term and agree to all terms and conditions of the Au Pair in America extension program as mandated by the U.S. Department of State and Au Pair in America.

I, the undersigned, understand that all the terms and conditions from my original contract with Au Pair in America apply for the term of my extension. Vacation, education money and weekly pocket money will be pro-rated as follows:

| Weekly Stipend | 6 month Extension | 9 and 12 month extension |
|---|---|---|
| Au Pair $195.75 | 1 wk paid vacation/3 credit hours/$250 education | 2 wks paid vacation/6 credit hours/$500 education |
| Extraordinare $250 | 1 wk paid vacation/3 credit hours/$250 education | 2 wks paid vacation/6 credit hours/$500 education |
| EduCare $146.81 | 1 wk paid vacation/6 credit hours/$500 education | 2 wks paid vacation/12 credit hours//$1000 education |

The weekly stipend of $195.75 for Year2 au pairs on the Au Pair Program and $146.81 for Year2 au pairs on the EduCare Program is set by federal regulations. Au pair programs are governed by federal regulations that set the minimum weekly stipends for the Au Pair and EduCare programs using a formula that calculates wage less an allowance for room and board. As a result of the 2007 Federal Minimum Wage law, on July 24, 2009 the weekly stipend for Year2 Au Pairs increased to $195.75 and the weekly stipend for Year2 EduCare companions to $146.81. The stipend of $250 for Extraordanaire au pairs is set by Au Pair in America.

I understand that I am making a commitment to remain on the program for the length of my extension term. If I leave the program early, I will forfeit any outstanding vacation time or educational allowance. If I notify my host family and Au Pair in America at least 30 days in advance, I will still receive a return flight home subject to supplement fees.

I understand that my 30-day 'travel month' will be deferred until the end of my extension program and that I will return home no later than 30 days after the end of my program.

I understand that although I will receive a new DS 2019 form with my extension program dates, my J-1 visa in my passport will expire and it is my responsibility to obtain a new visa if I want to travel to certain countries outside the U.S. I understand that any travel outside the United States during my extension term is at my own risk and I understand that Au Pair in America will not be able to assist me with any visa problems I may experience.

I understand that if I am not approved for an extension or if I cannot find a placement with a new host family, I must return to my home country no later than the end of my 13th month.

I certify that the information provided in this application is true and that all the terms and conditions of my original agreement with Au Pair in America will remain in effect for the duration of my extension term. This agreement shall serve as an addendum to the previous Au Pair Agreement on file with Au Pair in America.

_____        _____        _____
Print Au Pair/Companion's Name        Signature of Au Pair/Companion        Date

Au Pair in America Extension Program ★ 9 West Broad Street ★ Stamford, CT 06902-3788 ★ (800) 928-7247 ★ extension@aifs.com

3/11

PLAINTIFFS' RESP. APP.0004221                                          AIFS0067251

Au Pair in America Extension Program

## DOCUMENTED CHILD CARE EXPERIENCE ADDENDUM

Name of Au Pair/Companion:_____ Membership #:_____

Country of Origin: _____

*Following is a summary of care provided by the au pair during her 12-month program term with Au Pair in America:.*

Total Number of Host Families: _____ this form is for Host Family Number: _____

Names of Host Parents: _____

Gender and ages of children provided care to:

_____

_____

_____

Average number of hours per week scheduled to provide care to children: _____

Describe the responsibilities you had for the care of your host family's children:

_____

_____

_____

_____

_____

_____

_____

_____

I confirm that this information is true and a correct record of my experience.

Au Pair's signature_____ Date:_____

### YOU MUST COMPLETE A SEPARATE FORM FOR EACH HOST FAMILY YOU PROVIDED CARE TO DURING YOUR 12-MONTH PROGRAM.

Au Pair in America Extension Program ★ 9 West Broad Street ★ Stamford, CT 06902-3788 ★ (800) 928-7247 ★ extension@aifs.com

3/11

PLAINTIFFS' RESP. APP.0004222 AIFS0067252



## Au Pair in America Extension Program

## AU PAIR/COMPANION RECORD UPDATE

Name: _____   Membership Number: _____

**1.CONTACT INFORMATION:** please indicate the best way for Au Pair in America and potential host families to contact you regarding your extension request and new placement:

Telephone Number: _____   Email address: _____

Best Day/Time to Contact You: _____

**2. CHILD CARE UPDATE:** please write <u>Yes</u> or <u>No</u>.

Are you willing to care for 0–2 year olds? * _____

*Please note: you will only be able to care for children in this age group if our records indicate that you are Infant Qualified.

Are you willing to care for 2-6 year olds? _____

Are you willing to care for 6 + year olds? _____

Are you willing to care for more than one child? _____

Are you willing to care for a child with special needs? _____

**3. PERSONAL INFORMATION:** (this information will be posted on your profile)

❏   Why do you want to extend with a different family: _____

_____

❏   What do you do in your spare time? : _____

❏   Do you smoke: (Y/N)_____

❏   What languages do you speak: _____

❏   List some of the strengths that make you a good extension candidate _____

_____

**4. DRIVER'S LICENSE DETAILS:  Please attach a photocopy of your current valid driver's license.**

I understand that *it is my responsibility to obtain an international or state driver's license before the start of my extension term,* therefore I plan to: (please check the appropriate box)

❏   Renew my state driver's license prior to the start of my extension term

❏   Renew my international driver's license prior to the start of my extension term

❏   Obtain a state driver's license prior to the start of my extension term

❏   I have a valid state driver's license from _____ that will be valid through (MM/DD/YY)_____

*Please complete all four sections of this form before signing. Your application will not be processed if there is missing information.*

Au Pair's signature_____   Date:_____

Au Pair in America Extension Program ★ 9 West Broad Street ★ Stamford, CT 06902-3788 ★ (800) 928-7247 ★ extension@aifs.com

3/11

PLAINTIFFS' RESP. APP.0004223                                                    AIFS0067253



## Au Pair in America Extension Program

### EXTENSION PROGRAM HOST FAMILY CHILD CARE REFERENCE

**To be completed by the host family - please use black ink.**
Please note that references are checked and falsifying a reference may result in the applicant being withdrawn from the program.

❖ Au Pair/Companion's Name: _____ Au Pair Membership #: _____

❖ How long has the applicant been your au pair/companion? _____

❖ For how many children does the applicant care? _____ Ages of children _____

❖ Please give full account of the applicant's duties _____
_____

❖ Describe any special skills and abilities the applicant showed _____
_____

❖ To the best of your knowledge, was the applicant convicted of or charged with a criminal offense during her stay with you.  ☐ Yes   ☐ No
If yes, give details _____

❖ Has the applicant had any health problems during the year?  ☐ Yes   ☐ No
If yes, give details _____

❖ Please give your opinion of the applicant's ability to handle situations that may be stressful or adapt to new circumstances.
_____
_____

❖ Did the applicant drive a vehicle for: ☐ children          ☐ self          How Often: _____

❖ Did the applicant have any driving accidents? ☐ Yes          ☐ No
If yes, please describe _____

❖ Would you employ this au pair/companion again? ☐ Yes          ☐ No

**Please rate the applicant's qualities in the following areas, 1=poor, 2=below average, 3=satisfactory, 4=good, 5=excellent**

Love of children _____ Understanding the children's needs _____ Responsibility/Maturity _____ Warmth/Compassion _____

Ability to work with Adults _____ Ability to carry out instructions _____ Shows Initiative _____ Family Oriented _____

❖ Would you recommend the applicant for placement as an au pair/companion for a second year? **Please state your reasons.**
_____
_____
_____

Name of host parent (please print)
_____

Telephone Day _____ Evening _____ Cell _____

**An Au Pair in America staff person or American Host Family may telephone you to discuss this reference. This reference will be posted to the au pair's application and accessible to host families.**

Are there any dates in the near future when you will not be contactable? (e.g. holidays) _____

Signature of Host Parent _____ Date _____

Au Pair in America Extension Program ★ 9 West Broad Street ★ Stamford, CT 06902-3788 ★ (800) 928-7247 ★ extension@aifs.com

3/11

PLAINTIFFS' RESP. APP.0004224                                                              AIFS0067254