# Exhibit 7

## ARRIVAL NOTES & TIPS FOR AU PAIRS AND HOST FAMILIES

Redacted

### Pick up your Au Pair:
Using your HF ID, be sure to let Au Pair in America which of the following locations you'd like to pick up your Au Pair; please let her know as well. E-mail orientation@aifs.com
- **Pick up at Newark Airport- Terminal A American Airlines Departures Area –ETA 4:40 PM** or;
- **Pick up at Sheraton Stamford Hotel: 700 Main Street Stamford, CT 06901**
- **Call your Au Pair at Orientation to leave a welcome message:** Redacted
- I will contact you within 48 hours of her arrival, but feel free to call or e-mail at any time.

### The First Few Days:
- The US Department of State regulation requires that Au Pairs be supervised during their first 3 days of childcare. Please give the AP the **schedule** for the first week. (Maximum 45 hours per week, minimum 1 ½ days off each week).
- Please give Au Pair the white/green envelope welcome packet that I send with cluster list and other pertinent info
- Most au pairs are given "family share" **cell phones** to use within the US. Calls home should be done by international phone card, unless you have a different plan.
- Please let the au pair know which **computer** she may use to communicate with family/friends.
- Please review **safety and childcare** expectations
- Encourage your Au Pair to contact others on the cluster list. The sooner she finds a friend, the happier everyone will be.

### The Car:
- Your Au Pair should have her **International Driver's Permit** and her country license. She can drive with these while she works to get her NJ License—which is sometimes a big hassle, but should be done.
- Almost all Insurance companies now accept the IDP.
- In order to get a license, she must have her social security card, proof of NJ residence (harder than you think) and pass the written portion of the test. Sometimes they must also take driving portion—it's pretty random.
- Once you are comfortable that Au Pair has the skills to drive locally, I suggest she go out on her own to begin to learn the local terrain.

### Social Security Card, Bank Account and other Documents:
- Your Au Pair should apply for a **social security card after she's been here at least 10 days.** She simply takes her passport and visa and DS2019 to the Social Security Office in Montclair (393 Bloomfield Avenue) and says she'd like to apply for a card.
- Your Au Pair should open a **bank account** (she really will need the statement to help prove her residence). Many local banks will permit them to open an account before they receive their Social Security card. Most au pairs in Montclair use **Bank of America** branch on Valley Road in Upper Montclair.
- PLEASE MAKE SURE TO COPY HER PASSPORT, VISA, DS2019 AND INTERNATIONAL DRIVING PERMIT. Except for the DS, it's almost impossible to replace these here in the US.

### Basics on the Education Requirement and Taking Classes:
Au Pairs are required to attend 80 hours or 6 credits for standard au pair; 160 hours or 12 credits for Educare in a College or University. As part of the program, the Host Family is required to contribute a minimum of $500 ($1,000 for Educare) towards the tuition. In most cases the courses will total more that the total cost will exceed this.
- In summary, here's the class options. (Please consult Class Starts and Course Options list in welcome packet):
1. ESL at Montclair State ( They do not permit non-matriculated students to take college courses)
2. ESL at Essex County College--though they may not offer a level high enough for her –Schedules vary.
3. Any college course at Essex County Community College---Caldwell Campus
4. She can elect to take a Saturday course in NYC at Parsons or the New School
5. CW Post Campus- Long Island University weekend program for au pairs 3 or 6 credits in one residential weekend.
6. Lastly, and this is an excellent option, schedule permitting: Seton Hall University will extend the option to audit classes if the Au Pair goes through their English as a Second Language Department. I usually don't present this choice up front as not all HFs are comfortable with APs driving to South Orange.

**Health Insurance:** Almost everything you ever wanted to know about Au Pair Health Insurance is located on the Au Pair in America website. As a matter of fact, almost everything you ever wanted to know about any aspect of the program is on this excellent website: www.aupairinamerica.com. Basically they are covered for illness or injury after $200 deductible. They can go to any doctor, but will probably have to pay upfront and then be reimbursed.

**Au Pair Weekly Stipend**: As of July 24, 2009 Au Pairs receive a weekly stipend of $196; Educare $147 week.



EXHIBIT
Ferry 20
5/11/17
JEREMY RICHMAN

PLAINTIFFS' RESP. APP.0002052
CONFIDENTIAL
AIFS 0001290