# Exhibit 9

# 31.

## AU PAIR STIPEND and OTHER FINANCIAL CONSIDERATIONS

Federal Regulation Section 62.31 (j) Wages and Hours:
(1) Sponsors shall require that au pair participants: Are compensated at a weekly rate based upon 45 hours per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants.
(2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of care per day or more than 30 hours of child care in any one week

Au Pair in America Policy/Procedure:

- Host family pays the au pair stipend on a weekly basis.
- It is recommended the stipend be paid on Friday.
- The au pair is to be paid by check or cash accompanied by a receipt.
- For the 12-month program, the weekly stipend rate for an au pair on the standard program is set based on the Fair Labor Standards Act. Au Pair in America sets a different weekly stipend rate for Extraordinaire and EduCare companions. The minimum weekly stipend is increased for all participants during the extension term.
- Although some families may consider increasing their au pair's stipend, Au Pair in America discourages this practice. Instead the family may consider an end of year bonus for excellent childcare.
- An au pair is not allowed to work extra hours or perform additional duties such as babysitting or housework to earn additional money.

Au pairs, EduCare companions and Extraordinaires receive fifty-one weeks of stipend to be paid by their host families on a weekly basis during the twelve-month program. Au pairs are not paid for the first week of their year, which includes the orientation and the three-day in-home training with the host family. Year2 au pairs are paid for fifty-two weeks.

Current stipend amounts for all programs are published in the *Host Family Brochure* and on the Au Pair in America website: http://www.aupairinamerica.com/fees.htm

As a government authorized program, policies are subject to modification as a result of legislative changes. Of particular note is the amount established for the weekly stipend to au pairs.

31-1



AIFS0058845

PLAINTIFFS' RESP. APP.0000767

The au pair program regulations established by the U.S. government ties the au pair stipend to a formula driven by the federal minimum wage, less an allowance for room and board. The minimum stipend amount is adjusted in conjunction with a change in the federal minimum wage and/or as advised by the Department of State.

For general information about taxes and workmen's comp see http://www.aupairinamerica.com/hostfamilies/taxqa.htm.

Specific information about au pair tax liability can be found on the IRS website http://www.irs.gov/

31-2

PLAINTIFFS' RESP. APP.0000768

AIFS0058846