# Exhibit 10

Documents

https://aupair.aifs.com/Share/HFCCUsers/DisplayHtmlDoc.aspx?ViewT...



**Au Pair Snapshot**

| Name: | DE ABREU FERNANDES, MARCELA | AP ID: | D7321 |  |
|---|---|---|---|---|
| Country: | Brazil | Age: | 26 | |
| Status: | Active | Arrival Date: | 20 Jul 2009 | |

**Program Information:**

| | |
|---|---|
| Program: | AP |
| Weekly Stipend: | The current weekly stipend is $195.75. |
| Program Year: | 1 |
| Additional Information: | |

**Child Care Information:**

| Infant Qualified: | Yes | | |
|---|---|---|---|
| Experience (3 mos - 1 yr): | ☑ | Willing (3 mos - 1 yr) | ☑ |
| Experience (1 - 2 yrs): | ☑ | Willing (1 - 2 yrs): | ☑ |
| Experience (2-6yrs): | ☑ | Willing (2-6 yrs): | ☑ |
| Experience (6+yrs): | ☑ | Willing (6+ yrs): | ☑ |
| Experience (more than 2): | ☑ | Willing (more than 2): | ☑ |
| Special Needs Experience: | ☐ | Special Needs Willing: | ☐ |

**Education and Current Occupation:**

| Occupation: | EMPLOYEE OF PRIVATE BUSINESS |
|---|---|
| Education: | Advanced Degree |

**Interests,Hobbies and Driving Skills:**

| Interests and hobbies | Swimming, Reading, Piano, Computer, Dance, Arts and Crafts, Photography, Community Service |
|---|---|
| Swimmer: | Yes |
| Driver: | Yes |
| Drives Frequently: | Yes |

**Personal Information**

| Date of Birth: | 28 Mar 1983 |
|---|---|
| # of Siblings: | 1 |
| Native Language: | Portuguese |
| Lived Away From Home: | No |
| Smoker: | No |
| Religion: | Catholic |
| Dietary Restrictions: | None |
| Primary Phone: | +551332716494 |
| Primary Phone Times: | 7:00AM to 11:00PM |
| Alternate Phone: | +551397755212 |
| Alternate Phone Times: | any time |

10/22/2009 10:49 AM

EXHIBIT
Ferry 32
5/11/17
JEREMY RICHMAN

PLAINTIFFS' RESP. APP.0004226

AIFS0059462

| Address: | Rua Bezerra de Menezes 164 apt, |
| | Estuario, Santos Sao Paulo 11020-050, |
| | Brazil |
| Email Address: | fernandes.marcela@hotmail.com |

137321 / MARCELA DE ABREU FERNANDES



## Personal Details

**Applicant name**   MARCELA DE ABREU FERNANDES
**Preferred name**   Marcela

## Host Family Letter

Dear Host Family,

Hi, my name is Marcela, I am 25 years old. I live in a city called Santos in Brazil. Here, there are museums, history center and beaches. The people are very receptive and helpful.
I live with my family – my mother Maria Elizabeth (54 years old) – my father Antonio (55 years old), my youngest sister Alessandra (21 years old). I usually help my mother with the housework and cooking. I have a wonderful family and we have a great relationship.

I am graduated in Tourism course at Centro Universitário Monte Serrat, this course was very important for me, because I learned many things about Leisure and Recreation and organization. I work in a travel agency as a travel consultant; I sell cruises to all over the world.

Every weekend my cousins Gabriela (11 years old), Guilherme (3 years old) and Maria Luiza (1 year old), spend a time with me in my house and I love when they come.

I am responsible, positive, dedicated, friendly, patient, good-humored, honest and funny person. I am also a very active person, I love all outdoors activities and I have a lot of hobbies. In my free time I like to walk on the beach, camp with my friends, dance, read books, photograph, swim, go to the club and stay at swimming pool with my little cousins. I also enjoy manual works; I think this is very important for the development of children. I am very creative I have many projects with children.

I have a driving license and I am an experienced driver, I drive my own car for since 2001. I don't mind driving with children inside the car, because I am very careful.

I have a great experience with children, I love take care and play with them. I took care of one baby named Caique, he is 1 year and eight months now.
I used played with him with his plush toys, give bath, prepare baby's bottle, change diapers and put him to sleep. He is a lovely baby!
I also helped to took care of 67 children (aged 2 years to 5 years), at a day nursery, as a volunteer work. I used to help do their lessons, give the bath, change diapers, teach educative games, play at playground, do arts and crafts activities, read books and help to feed them at lunch.

I wish to be an Au Pair, because I want to improve my English, learn about American culture, have experience

PLAINTIFFS' RESP. APP.0004227

AIFS0059463

abroad and meet new people. Learning more about other cultures is very important nowadays and It will help me a lot when I come back to Brazil. I believe that is a unique experience!!!

I really expect that during the period of program, I will be able to aggregate not only for me, but also for my Host Family. I believe this experience teaches me a lot, because it will teach something that I will take for rest of my life. I will do my best to guarantee the children will be happy and secure.

The Au Pair program is perfect for me, because it links two things that I really love: American culture and take care of children.
I want to be a part of your family, and I would like to know about your kids and your family. I'm available to answer any questions you need. I hope to talk to you soon!!!

Best regards

Marcela

GIOVANA AND I IN HER BIRTHDAY!



LOVELY CAIQUE IN A SPECIAL MOMENT!



PAOLA (CHILD), MY FRIEND AND I!



MY FAMILY!



MY FRIENDS!



JOÃO AND I!



3 of 28

10/22/2009 10:49 AM

PLAINTIFFS' RESP. APP.0004228

AIFS0059464

https://aupair.aifs.com/Share/HFCCUsers/DisplayHtmlDoc.aspx?ViewT...



MY LITTLE COUSINS!



ANGELA AND I IN THE POOL!!!



137321 / MARCELA DE ABREU FERNANDES


Au Pair
IN AMERICA

## Childcare Experience Form

**Applicant name**  MARCELA DE ABREU FERNANDES
**Preferred name**  Marcela

**Program**  Au Pair

| Nanny | ✗ | Babysitting | ✗ | Day care centre for children | ✓ | Caring for younger family member | ✓ |
| Au Pair | ✗ | Tutoring children | ✗ | Summer activity camps | ✗ | Youth or church group/club | ✗ |
| Teacher | ✗ | Practical training in childcare and related subjects | | ✗ | Other | | ✓ |

| Areas of experience | Dates | Names & ages of children | Outline experience | Frequency of care | Referee name | Total number of hours |
|---|---|---|---|---|---|---|
| Caring for younger family member | Jan-2007 to present | Gabriela - Female - 09 years old Guilherme - Male - 01 year | I used to go to the club and stay at swimming pool with my little cousins, teach educative games, play at playground and do arts and crafts activities. | 7 hours one day per week. | | 670 |
| Other | Jul-2007 to Jan-2009 | Caique - Male - 2 months | I used to play with him with his toys, give bath, prepare baby's bottle, meals and feed him, change diapers and put him to sleep. | four hours three times per week | Aline Medeiro de Souza | 864 |
| Day care centre for children | Jan-2008 to Jul-2008 | aged 2 years to 5 years | I used to help do their lessons, give the bath, change diapers, teach educative games, play at playground, do arts and crafts activities, read books and help to feed them at lunch. | four hours twice per week | Maria Clara Florindo | 200 |
| | | | | | Total Hours | 1734 |

4 of 28

10/22/2009 10:49 AM

PLAINTIFFS' RESP. APP.0004229

AIFS0059465

Documents

https://aupair.aifs.com/Share/HFCCUsers/DisplayHtmlDoc.aspx?ViewT...

## Special Needs Experience

**Experience with special needs children**

|  | Experience with |
|---|---|
| **Autism** | ✗ |
| **Learning difficulties** | ✗ |
| **Physical disability** | ✗ |

**Please describe your experience with children with special needs**

## Child Care Skills

**Infant skills  How often do you...**

| | | | |
|---|---|---|---|
| **Prepare a baby's bottle** | Always | **Feed a baby with a bottle** | Always |
| **Feed a baby with a spoon/fork** | Always | **Burp a baby** | Sometimes |
| **Bath an infant (9 - 12 months old)** | Always | **Change a diaper (nappy)** | Always |
| **Put a baby to bed** | Always | | |

**Toddler and older children skills  How often do you...**

| | | | |
|---|---|---|---|
| **Prepare children's meals (1+ years)** | Always | **Put children to bed (1+ years)** | Always |
| **Bath a toddler (1 - 2 years)** | Always | **Bath an older child (2+ years)** | Always |

| | |
|---|---|
| **Have you ever helped potty-train a child** | Yes |
| **Have you ever cared for a sick child** | Sometimes |

## Family Background

| | |
|---|---|
| **Religion** | CATHOLIC |

**Please enter any additional information regarding your religious orientation**

| | | | |
|---|---|---|---|
| **Native language** | Portuguese | **Number of siblings** | 1 |

**Languages you can speak other than English and your native language**

| | |
|---|---|
| **Ever lived away from home** | No |

## Driving History

| | |
|---|---|
| **Do you have a driving license** | Yes |

PLAINTIFFS' RESP. APP.0004230

AIFS0059466

| | |
|---|---|
| **What type of driving license do you hold** | Full |
| **When did you pass your test** | 23-Nov-2001 |
| **If you do not have a full license, please confirm when you expect to receive it** | |
| **When did you first start learning to drive** | 9 / 2001 |
| **Did you take lessons with a qualified instructor** | Yes |
| **How many hours of instruction did you have** | 30 |
| **What steps were involved in getting your driving license in your country** | Eye test, First aid, Physical exam, Written test, Practical test |
| **What type of car do you usually drive** | Manual |
| **In your home country, do cars travel on the left hand or right hand side of the road** | Right |
| **Do you have your own car** | Yes |
| **How often do you drive** | 4 or more times per week |
| **What kinds of roads do you drive on** | City, Highway |
| **Are you used to driving with passengers** | Yes |
| **Please explain (e.g., do you drive with children in the car, or your friends)** | |
| I usually drive with my family, friends and children in the car. | |
| **Have you ever had a driving accident** | No |
| **Have you ever been penalised for any driving offenses** | No |

## Education

Please enter your educational history, including your current program of study

| Educational Level | Dates | Name of Qualification | Subjects Studied |
|---|---|---|---|
| High School | From 1998 to 2000 | Colégio do Carmo | Art Education, History, Geography, Mathematics, Physical Education, English language, Physics, Chemistry, Biology, Portuguese Language and Ecology. |
| University | From 2001 to 2004 | Centro Universitário Monte Serrat | Geography, Tourism Legislation, Entrepreneurship, English language, Administration, Leisure and Recreation, Ecotourism and People Management. |

PLAINTIFFS' RESP. APP.0004231

AIFS0059467

| Educational Level | Dates | Name of Qualification | Subjects Studied |
|---|---|---|---|
| University | From 2001 to 2004 | Centro Universitário Monte Serrat | Geography, Tourism Legislation, Entrepreneurship, English language, Administration, Leisure and Recreation, Ecotourism and People Management. |
| High School | From 1998 to 2000 | Colégio do Carmo | Art Education, History, Geography, Mathematics, Physical Education, English language, Physics, Chemistry, Biology, Portuguese Language and Ecology. |
| University | From 2001 to 2004 | Centro Universitário Monte Serrat | Geography, Tourism Legislation, Entrepreneurship, English language, Administration, Leisure and Recreation, Ecotourism and People Management. |

## Work Experience

Please enter your work history, including any current employment

| Job Title | Dates | Duties |
|---|---|---|
| Travel Consultant | From 2008 to 2009 | Selling national and international cruises with all companies as: MSC Cruises, Costa Crociere, Royal Caribbean, Island Cruises, Disney Cruise Line, Princess Cruises, Celebrity Cruises, Norwegian Cruise Line, Carnival Cruise Line and others. |
| Operation Assistant | From 2004 to 2008 | I used to make hotel and Eco Resorts reservations, national and international flight ticket issue, travel insurance issue and vouchers. |
| Travel Consultant | | I used to make hotel and resorts reservations. I also used to sell travel packages, national and international flight ticket issue, car rental and cruises. |
| Travel Consultant | | Selling national and international cruises with all companies as: MSC Cruises, Costa Crociere, Royal Caribbean, Island Cruises, Disney Cruise Line, Princess Cruises, Celebrity Cruises, Norwegian Cruise Line, Carnival Cruise Line and others. |
| Operation Assistant | | I used to make hotel and Eco Resorts reservations, national and international flight ticket issue, travel insurance issue and vouchers. |

## Goals, Motivation and Travel

### When you return to your home country at the end of the program, what do you intend to do

I hope to work in a travel agency, in a incoming department, to plan trips to Brazil for foreign travelers, and take up a post graduation course in Administration, and afterwards, work in a multinational company.

### What are your long-term plans

I wish to find a job in an excellent multinational company, which has a plan career, and I will do my best to reach a good position there.

PLAINTIFFS' RESP. APP.0004232                                          AIFS0059468

**What do you expect to gain from the program**

I would like to improve my english, learn about a new culture , deal with different situations and learn with them, meet new people and with that I will certainly have a personal value enrichment, and besides I'll be doing something that I love: Staying with children!

**Have you travelled to the United States before**                     No

**Have you travelled outside your home country for two or more months? If so, list locations, dates and reasons**

No

**What are your favourite things do in your spare time**

In my spare time, I enjoy to be in contact with nature, go to places like parks, mountains and waterfalls. I usually walk on the beach. I also love to swim because I think it is important for health. Another thing that I always do, is to photograph special moments and landscapes. I like to go out with my friends, do community services, specially when it involves children, because there are no money which pays their smile and happiness. I like to read, listen to music, go to the theater, museums and create bijouterie.

## Swimming

**Do you know how to swim**          Yes

**How well do you swim**   Intermediate

## Smoking

**Do you smoke cigarettes**                     No

## Criminal Record

**Have you ever been convicted, charged or cautioned in connection with a criminal offence**                     No

## Medical and Health

**Have you ever been a victim of sexual, emotional or physical abuse**          No

**Do you suffer from any chronic or recurring health problems such as asthma or diabetes**          No

**Do you suffer from any allergies to household pets**          No

**Do you have any food allergies**          No

**Do you suffer from any allergies not listed above**

PLAINTIFFS' RESP. APP.0004233

AIFS0059469

| | |
|---|---|
| **Do you follow a special diet** | No |
| **Do you take daily medication for health reasons** | No |
| **Have you been hospitalised or in the care of a doctor within the last twelve months** | No |
| **Have you ever suffered from or received counselling or treatment for a nervous or emotional problem, such as any kind of depression or eating disorder** | No |

137321 / MARCELA DE ABREU FERNANDES



## Interview Report

**Applicant name**   MARCELA DE ABREU FERNANDES
**Preferred name**   Marcela

**Program**   Au Pair In America

## About the Interview

| | | | |
|---|---|---|---|
| **Interviewer** | Claudia Santos | **Interviewer number** | 10722 |
| **Agency** | Experimento do Brasil (Exp) | **Country** | Brazil |
| **Interview date** | 26-Feb-2009 | | |

**Length of time spent with applicant (including CPI and previous meetings)**
3 hours 30 minutes

## Childcare Experience & Skills

**Please provide details of your discussion on the applicant's practical childcare experience**

Marcela has a great experience with children and she started to take care of children in 2007 when she started to take care of her cousins Gabriela and Guilherme. They are so lovely children and very special for Marcela. They also are smart and energetic children and Marcela learned many things with them. She take care of them yet and for Marcela this is a very important experience. Her other experience also started in 2007 when she took care of Caique who was 2 months and for Marcela, Caique is a very special boy because she could learn things about baby. She loves him so much. Marcela also has one more experience in a volunteer work with children from 2 to 5 years old. She developed a lot of activities with them and she really enjoyed herself while she was doing this experience. Marcela told me she feels very confident to take care of children and she believes she has all the qualities to be a great Au Pair.

PLAINTIFFS' RESP. APP.0004234

AIFS0059470

**List the type of activities the applicant likes to do with children**

She developed many activities with the children like dancing, singing, playing games, going to the park, feeding, bathing and helping them with the homework. She enjoys spend her time with them and she's very creative girl.

**What does the applicant think are the most important qualities for being an au pair**

For Marcela, to be a good Au Pair is very important be patient, honest and do the best for the children. She also thinks is very important building a good relationship with all the family.

**Special skills / training / interests / experience (not just childcare related)**

Marcela has a special skill for swimming because she can swim very well. She also likes photograph, listen music, reading and going out with her friends. Marcela is a very communicative girl and she always likes to do something.

**How does the applicant manage the challenges of looking after children**

For Marcela, she thinks be patient is the most important quality to deal with the challenges of looking after children. She also wants important talk with the children and shares her culture with them.

## Motivation / Expectations

**Why does the applicant want to become an au pair / companion in the United States**

First of all, Marcela wants to be Au Pair because she wants to improve her English skill. She also thinks this program will affect her future in a positive way. Marcela wants to study and know about a new culture. Besides, the Au Pair program is the great opportunity for making new friends and gains a new family.

**What does the applicant think a host family will expect of an au pair / companion**

Marcela thinks the host family expects a careful, honest and helpful girl. She also thinks the host family expects a girl who enjoys live with them and lives as a member of the family.

**What does she expect to gain from being on the program**

Marcela expects to gain a new experience for her professional and personal life. She also expects to gain more mature for the rest of her life.

**In what way(s) does she think being an au pair / companion in an American host family will be different from her current childcare experiences**

Marcela thinks the culture and costumes will be different but she´s ready to live this experience and deal with all kind of situation.

**What is the applicant's academic status**

Graduate

**What concerns (if any) does the applicant express about driving in the United States**

## Family Background

**Comment on the applicant's family history/background and relationships with family members**

Marcela lives with her parents and her sister. They have a wonderful relationship and they use to do many things together. All her family is supporting her in this decision because they think will be very important for Marcela´s life.

**Detail any household responsibilities the applicant has in her home**

PLAINTIFFS' RESP. APP.0004235                                          AIFS0059471

Documents                                                    https://aupair.aifs.com/Share/HFCCUsers/DisplayHtmlDoc.aspx?ViewT...

She helps her mother in many things like washing the dishes, cooking and driving for her mother.

## Medical and Health

| | |
|---|---|
| **Is there any history of abuse / depression / counselling etc in the applicants background** | No |
| **Has the applicant ever been convicted, charged or cautioned in connection with a criminal offence** | No |
| **Are there any health or emotional issues that a host family should be aware of** | No |
| **Does the applicant need any daily medication for any condition relating to her health** | No |

## English Skills and Communication

| | |
|---|---|
| **Is English the applicant's first language** | No |
| **How long has the applicant been studying English** | 7 years |
| **Did the applicant understand your questions in English** | All of the time |
| **Does the applicant understand your questions when asked** | Asked once |
| **Does the applicant answer questions in English using** | Good Standard English |
| **How long did you spend speaking English with the applicant during the interview** | 45 minutes |
| **How relaxed / comfortable was the applicant when speaking in English** | She was relaxed and she didn´t problems to speak in English |

**What did you talk about in English with the applicant**

We talked about her family, friend, study and her day by day. She also told me about her experience with children, why she wants to be an Au Pair, what she expects from the program and the family and also about her future plans.

**Describe her general communication skills in her native language**

Marcela is very communicative, friendly, calm and polite girl. She has a good communication in her native language.

## Personality & Appearance

**Would you describe the applicant as**

PLAINTIFFS' RESP. APP.0004236                                                        AIFS0059472

Friendly, Caring, Flexible, Hardworking, Outgoing, Open-minded

**Comment on the applicant's appearance (smart, neat, physical limitations, scars, visible body piercings or tattoos)**

Marcela is a discreet girl and she likes to wear comfortable and sporting clothes. She does not have any physical limitations, visible body, piercings or tattoos.

## Evaluation

**After spending time with the applicant before and during the interview, plus any additional phone conversations you have had, please provide an assessment of the applicant**

| | |
|---|---|
| **Responsibility** | Excellent |
| **Maturity** | Excellent |
| **Ability to follow instructions** | Excellent |
| **Flexibility** | Excellent |
| **Enthusiasm** | Excellent |

**What are the applicant's greatest strengths and weaknesses**

Marcela is very patient and responsible girl and she also has a great experience with children. I believe these qualities are very important for the person who wants to be an Au Pair and take care of children. She also loves children and for her is a pleasure spend her time with them.

**Why would you recommend this applicant to be an au pair/companion in the United States**

I´d like to recommend Marcela for the Au Pair program because she has a great experience with children and she really is very excited with the opportunity to take care of children and study as well. She believes this program will be very important for her personal life to become more mature and independent girl and also for her professional life to find a good job when she comes back to Brazil. Marcela also wants to know more about the American culture make new friends and live as an American girl. She's ready to do her best for the children and also for the family.

**Has the Applicant been referred by an Au Pair in America Ambassador**

No

**I declare that I have conducted this interview in person and that the interview report is a true and correct reflection of the interview**

Yes

## Additional Comments

137321 / MARCELA   DE ABREU FERNANDES



PLAINTIFFS' RESP. APP.0004237                                         AIFS0059473



## Reference Checks

| | |
|---|---|
| **Applicant name** | MARCELA   DE ABREU FERNANDES |
| **Preferred name** | Marcela |
| **Program** | Au Pair |

## Reference Summary

| Type | Referee | Checked on |
|---|---|---|
| **Childcare Reference** | Aline Medeiro de Souza | 06-Mar-2009 |
| **Character Reference** | Carolina Jacob dos Santos | 02-Mar-2009 |
| **Character Reference** | Thiago Guedes Pinto | 09-Mar-2009 |

## Childcare Reference

| | | | |
|---|---|---|---|
| **Date checked:** | 06-Mar-2009 | **Referee:** | Aline Medeiro de Souza |
| **Telephone number:** | 551332379987 | | |
| **Dates cared for children:** | jul/2007 to jan/2009 | | |
| **Summary of duties/course:** | She used to play, bathing, prepare the baby´s bottle and meals, change diapers and put the child to sleep. | | |

**Any special skills/strengths:**

For Aline, Marcela is very attentive and responsible girl and theses qualities were very important for her let her son with Marcela

**Comment on the applicant's ability to adapt to new situations, possible stress, culture shock, etc:**

Aline thinks Marcela will be adapt very well and she won´t have problem to deal in different situation, places or with different people.

**How would the referee describe the applicant's communication skills?**

Aline told Marcela is very friendly, polite and communicative girl and she´s able to talk with everybody around her about different subjects.

**Would the referee be willing to use/employ the applicant again in the future?**

Yes

**Summary of comments / additional comments:**

Aline told me just good things about Marcela. She told me Marcela is a dedicated, attentive and responsible girl and she trust in Marcela so much. Aline´s son also loves Marcela because she always was nice with them.

PLAINTIFFS' RESP. APP.0004238                                                AIFS0059474

Documents                                        https://aupair.aifs.com/Share/HFCCUsers/DisplayHtmlDoc.aspx?ViewT...

## Character Reference

**Date checked:**          02-Mar-2009                    **Referee:**        Carolina Jacob dos Santos

**Telephone number:**      551933428134

**Comment on the applicant's ability to adapt to new situations, possible stress, culture shock, etc:**
> Carolina told Marcela is very flexible and communicative girl and she also is an open mind girl.

**How would the referee describe the applicant's communication skills?**
> Carolina thinks Marcela very friendly and communicative girl and she told Marcela doesn't have
> any problem about communication.

**Would the referee be willing to use/employ the applicant again in the future?**
> Unknown

**Summary of comments / additional comments:**
> Carolina has known MArcela for 5 years and she told Marcela loves staying with children and
> she´s very kind with them. She told me Marcela will be a good Au Pair and she recommends
> Marcela for the program.

## Character Reference

**Date checked:**          09-Mar-2009                    **Referee:**        Thiago Guedes Pinto

**Telephone number:**      551332271724

**Comment on the applicant's ability to adapt to new situations, possible stress, culture shock, etc:**
> Thiago told me Marcela is very communicative, flexible and mature girl and he thinks she´s
> ready to adapt in new situations.

**How would the referee describe the applicant's communication skills?**
> Marcela is very communicative and friendly girl and she can communicate with everybody.

**Would the referee be willing to use/employ the applicant again in the future?**
> Unknown

**Summary of comments / additional comments:**
> Thiago told me Marcela is very friendly, polite, responsible, calm and flexible girl and she knows
> how to deal in different situations. He recommends Marcela for the Au Pair program and for him
> Marcela is prepared to be an excellent au pair.

Aline Medeiro de Souza

PLAINTIFFS' RESP. APP.0004239                                        AIFS0059475

Documents                                                     https://aupair.aifs.com/Share/HFCCUsers/DisplayHtmlDoc.aspx?ViewT...



## Childcare Reference –
## from an employer

NOME DA PARTICIPANTE – COMO CONSTA NO PASSAPORTE

D E   A R A N T E S   M A R C E L A

Deve ser completado pela referência de empregador – use caneta preta.

Nome _____ Maria Medeira de Souza ____ Profissão: Estudante

endereço Rua D. Duarte Leopoldo e silva, n.233 ap 35 - Santos - sp

Telefone (11) 3237-9787, (13) 3237-9787, (11) 9281-3501

Você trabalhou com a _____ Sim X Não _____ Menor horário: _____ às _____ ce. nove

Você a empregou como babá? _____ Sim _____ Não X

Atenção:

Por quanto tempo ela cuidou do sua(s) criança(s)? 2.5 anos. _____ Nossos país são amigos

Durante quais horas e em qual dia da semana? Previa às 01/2007 a 01/2009

Quantas horas ela cuidou das criança(s)? 3x por semana

Quantas crianças ela cuidou? Uma

Ela brincava com, lhe dava os banhos, levava e alimentava ele, brincava, fralda, preparava a mamadeira, tomadas e alimentava ele, brincava, fralda e colocava ele para dormir

A criança é um com a sua família? _____ Não

2 meses _____ Ela dava total atenção para a criança, sem se importar com nada

Você tem conhecimento se a candidata já usou drogas? _____ Sim _____ Não X

Você tem algum problema de saúde ou mental? _____ Sim _____ Não X

Ela é depressiva ou solitária, acompanhada, dócil e sempre confortava com paciência e seu trabalho com tem, porque ela é uma pessoa responsável, com honestidade, inteligente, e que adora crianças, então um trabalho de tzengenbans com amor e cuidado.

Ela é a pessoa que se sonha para ajudar do uma filha. Ela sempre segue as regras cumprindo as tarefas com eficiência.

Assinatura _____ Maria Meura _____ Data 10/01/2009

POR FAVOR DEVOLVA PARA A CANDIDATA ASSIM QUE ESTIVER COMPLETO

PLAINTIFFS' RESP. APP.0004240                                    AIFS0059476

Maria Clara Florindo

PLAINTIFFS' RESP. APP.0004241                                    AIFS0059477

Documents
https://aupair.aifs.com/Share/HFCCUsers/DisplayHtmlDoc.aspx?ViewT...



## Childcare Reference – from an employer

NOME DA PARTICIPANTE – COMO CONSTA NO PASSAPORTE

DE AL FERNANDES MARCELA

Deve ser completada pela referência de empregador – use caneta preta.

Nome ... MARIA CLARA FLORINDO ... Profissão: PROPRIETA DA CRECHE

Endereço ... RUA GILBERTO LUIS CAVALCANTE, 26 - SÃO VICENTE/SP

Telefone ... (13) 34654289 ... fax (13) 34654289 ... (13) 11518327

Quando você conheceu a participante pela primeira vez? ...

sim ... não X ... vive a participante consigo? A NOITE

Por favor descreva ...

POR FAVOR DEVOLVA PARA A CANDIDATA ASSIM QUE ESTIVER COMPLETO

Data: M J [ ] [ ]

PLAINTIFFS' RESP. APP.0004242

AIFS0059478

Aline Medeiro de Souza

10/22/2009 10:49 AM

PLAINTIFFS' RESP. APP.0004243

AIFS0059479

Au Pair
IN AMERICA

**Childcare Reference –**
**from an employer**

NAME OF APPLICANT – AS IT APPEARS IN PASSPORT

D... ... ... MANDELLI ... MARCELA

To be completed by childcare referee (employer) – use black ink.

Name of referee (please print) ... Silvia Madeira de Souza ... Profession ... Student

Address Rua L. Ivani Azevedo e Silva, nº 42 apto 34 - Santos - SP

Telephone Day (13) ... Evening (13) ... Work (13) 4201 - 1901

The number of references you include may make it more likely for you to be chosen for a placement.

Do you speak English? Yes ☐ No ☒ Best time to call: At night

Will there any times in the near future when you can not be contacted? (e.g. vacation) NO

Are you related to the applicant? Yes ☐ No ☒ (Please note: relatives may not complete this form.)

Please note: References are checked and falsifying a reference may result in the applicant being withdrawn from the program.

How long have you known the applicant? 25 years ... How do you know the applicant? Our parents are friends

How long has the applicant been employed / cared for your child/ren? From Jul 2004 to Jan 2009

How often does / did the applicant care for your child/ren? Daily, once a week, occasionally – specify THREE TIMES A WEEK

How many children was the applicant responsible for? ONE

Please give a brief account of the of the applicant's duties She used to play with him with his toys, give him bath, prepare baby's bottle, meals and feed him, change diapers and put him to sleep

Has the applicant lived with your family? If so for how long? NO

Please list the ages of the child/ren at the time the applicant cared for them 2 months ... Age of child/ren now 1 year and 3 months

Describe any special skills and training the applicant showed She gave full attention to child, without being dispersed with anything

To the best of your knowledge, has the applicant ever been involved in any criminal offence? Yes ☐ No ☒

If yes, give details

Has the applicant any health or family conditions? Yes ☐ No ☒ If yes, give details

Please give your opinion of the applicant's ability to handle new situations and possible stress, provide detail ... Until today she already faced different hard situation and challenges, and always faced with patience and quietness

Please rate the applicant in the following areas: 1 poor, 2 below average, 3 average, 4 above average, 5 excellent

| Love of children | 5 | Understanding of children's needs | 5 | Responsibility/maturity | 5 | Adaptability | 5 |
| Ability to work with adults | 5 | Ability to carry out instructions | 5 | Warmth/Compassion | 5 | Patience | 5 |

Would you recommend this applicant for placement, as an au pair or nanny, in the USA? Please give your reasons in as much detail as possible Yes, because she is responsible, good-humored, and diligent and like children, so this work she will do with love and will

Please provide any additional information about the applicant which would be helpful to a prospective family. She is the person who I trust to take care of my son. She has always fulfilled the rules, fulfilling the tasks efficiently

Signature _____ Date _____

*PLEASE RETURN TO THE APPLICANT ONCE COMPLETED*

19 of 28

10/22/2009 10:49 AM

AIFS0059480

Maria Clara Florindo

PLAINTIFFS' RESP. APP.0004245                                          AIFS0059481

Case No. 1:14-cv-03074-CMA-KMT Document 923-46 Filed 05/17/18 USDC Colorado Page 37 of 309
Case 1:14-cv-03074-CMA-KMT Document 923-46 Filed 05/17/18 USDC Colorado Page 37 of 309

Documents
https://aupair.aifs.com/Share/HFCCUsers/DisplayHtmlDoc.aspx?ViewT...

**Au Pair**
IN AMERICA

## Childcare Reference – from an employer

NAME OF APPLICANT - AS IT APPEARS IN PASSPORT:

DE A FERNANTES — MARCELA
Last Name — First Name

To be completed by childcare referee (employer) – use black ink.

Name of referee (employer): Maria Clara Ferreira de — Profession: DAY NURSERY President

Address: Rua Quineati River Cavalcant, 26 - São Vicent 15º

Telephone no.: (13) 346 142 89 — Fax no.: (13) 346 142 89 — Email: (13) 4 1518327

Do you have children of your own? X — At Night

How many of the above does you will not babysit: NO

Are you related to the applicant? Yes X No

Please note: References will be checked. If the applicant does not reach the standard being a high school the applicant.

How long have you known the applicant? 2 YEARS — Where did you know applicant: AT DAY NURSERY

How long has the applicant worked for you as child care: JAN 2008 — JUL 2009

How often did you see the applicant with children: How many hours a week: TWICE A WEEK

How many children was the applicant responsible for: 6-7 CHILDREN

Please give a description of the applicant's duties: She used to help on the lesson, played playground, teacher education games, bath, lunch, story, read books, do art's and crafts activities and help prepared the meal time.

Was the applicant ever left with your family? If so, for how long: NO

Please state the ages of the children at the time the applicant cared for them: 2-5 years and 4-5 years

Did the applicant care for any children with special needs? She could understand what the children needed, realizing that each child have a different personality.

Please tell us your knowledge, has the applicant such needs experience or a special attitude? Yes No X

Has the applicant any health or family problems? Yes No X If yes, give detail:

Please give your opinion of the applicant's ability to handle new situations and possible times away from home. Although the culture is a little different, because of her flexibility, I am positive this won't be an obstacle.

Please refer to the applicant's qualities in the following areas, 1 = poor 2 = below average, 3 = satisfactory, 4 = good, 5 = excellent

| | | | |
|---|---|---|---|
| Sense of Humour | 5 | Sense of Duties in Childcare | 5 |
| Reliability / Sense of Duties | 5 | Ability to adapt / Emotional Stage | 5 |
| | | Physical Disposition | 5 |
| | | Energy | 5 |

Would you recommend the applicant for placement as au pair in the US of A? Yes, first of all, because she really wants to be an au pair, so I am sure that she will make all her duties with much responsibility and manners with children. She is always smiling and trying to help whoever she can she is very dedicated to everything she does, always trying to find creative ways to solve any kind of problems.

Signature: — Date:

PLEASE RETURN TO THE APPLICANT ONCE COMPLETED

PLAINTIFFS' RESP. APP.0004246

AIFS0059482

Thiago Guedes Pinto

PLAINTIFFS' RESP. APP.0004247

AIFS0059483

Documents      https://aupair.aifs.com/Share/HFCCUsers/DisplayHtmlDoc.aspx?ViewT...



**Character Reference**

NAME OF APPLICANT - AS IT APPEARS IN PASSPORT

DE A FERNANDES    MARCELA

To be completed by character referee – use black ink.

Name of referee: THIAGO GUEDES PINTO    Profession STUDENT

Address: RUA BALDUS, 16 APT 21 - MARECHA - SANTOS/SP

Telephone +55/13/32794924    Evening +55/13/32794924    Cell +55/13/97853397

Are you related to the applicant? No X

Did you ever live with the applicant? Yes X    No

Best time to call: AT NIGHT

Will you agree in the near future to host a guest? NO

How long have you known the applicant? 3 YEARS    How did you know the applicant? FRIENDS IN COMMON

SHE IS VERY RESPONSIBLE AND LOVEABLE PERSON. FURTHERMORE, THE APPLICANT CAN BE CONSIDERED A VERY SWEET, HONEST, CREATIVE AND HAPPY PERSON.

No X

No X

I BELIEVE SHE WONT HAVE PROBLEMS TO HANDLE NEW SITUATIONS AS I CONSIDER HER A VERY FLEXIBLE PERSON. BY BEING VERY SELF-CENTERED, SHE MIGHT NOT GET STRESSED OUT

| | | | | |
|---|---|---|---|---|
| Honesty | 5 | Love of children | 5 | Responsibility/Maturity | 5 | Independence | 5 |
| Reliability | 5 | Flexibility | 5 | Communication skills | 5 | Patience | 5 |

I WOULD CERTAINLY RECOMMEND THIS PERSON BECAUSE SHE IS VERY DEDICATED TO EVERYTHING SHE DECIDES TO DO AND THEREFORE, I'M CONVINCED SHE WOULD BE A VERY GOOD AU PAIR. BESIDES, SHE IS VERY HARD WORKING AND COMMUNICATIVE.

WELL, SHE IS A VERY NICE PERSON WHOSE PERSONAL VALUES ARE VERY HONEST AND PURE. SHE IS A PERSON WHO CARES ABOUT THE ENVIRONMENT, ABOUT SOCIETY AND ITS DWELLERS. SHE IS A VERY HONEST AND GOOD NATURED WOMAN WHO LOOKS FOR AN OPPORTUNITY TO SHARE HER EXPERIENCES. FURTHERMORE, THE APPLICANT IS A VERY KIND PERSON WHOSE SKILLS WITH CHILDREN ARE EVIDENT. I GUESS BEING PURE, BUT NOT NAIVE IS ONE OF THE BEST QUALITIES SHE HAS. SHE IS, FOR SURE, ONE OF THE BEST PEOPLE I'VE KNOWN.

Signature    Date 12/03/09

PLEASE RETURN TO THE APPLICANT ONCE COMPLETED

PLAINTIFFS' RESP. APP.0004248     AIFS0059484

Documents                                         https://aupair.aifs.com/Share/HFCCUsers/DisplayHtmlDoc.aspx?ViewT...

Carolina Santos

10/22/2009 10:49 AM

PLAINTIFFS' RESP. APP.0004249                                    AIFS0059485

Au Pair IN AMERICA

# Character Reference

[illegible] 2005

Office use only

NOME DA PARTICIPANTE – COMO CONSTA NO PASSAPORTE

| Sobrenome | Primeiro Nome | Outras iniciais |
|---|---|---|
| DE A FERNANDES | MARCELA | |

**Deve ser completado pela referência de caráter – use caneta preta.**

**Nome** [illegible]: Carolina Jacob dos Santos **Profissão:** Estudante

Endereço: Rua Fernão de Magalhães, 50 - Parque Taquaral - Campinas/SP

Telefones: (19) 33428134 (19) 3342 8139 (19) 9135 5639

[illegible]

[illegible] Sim Não X [illegible]: [illegible]

[illegible]: Não

[illegible] Sim Não X [illegible]

*Atenção:* [illegible]

Há quanto tempo vocês se conhecem? 5 anos Como vocês se conheceram? Trabalho

Como você descreveria a personalidade e caráter da candidata? Paciente, carinhosa, Honesta, esforçada, criativa e bem humorada

Você tem conhecimento se a candidata já se envolveu em algum tipo de crime? Sim ☐ Não ☒

Se sim, forneça detalhes

A candidata tem algum problema de saúde física ou mental? Sim ☐ Não ☒ Se sim, forneça detalhes

Por favor, dê a sua opinião sobre a capacidade da candidata de lidar com situações novas e possível estresse, choque cultural, etc. Ela será capaz de lidar com as novas situações com muita calma, tentando sempre resolver todos os contratempos, para que não haja nenhum tipo de conflito. Quanto ao choque cultural, não haverá nenhum problema em sua adaptação, pois é uma pessoa que viaja muito no Brasil para conhecer novas culturas.

Avalie a candidata e suas qualidades nos seguintes critérios: 1 = fraco; 2 = abaixo da média; 3 = satisfatório; 4 = bom; 5 = excelente

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Honestidade | 5 | Amor pelas crianças | 5 | Responsabilidade / Maturidade | 5 | Independência | 5 |
| Confiabilidade | 5 | Flexibilidade | 5 | Comunicação | 5 | Paciência | 5 |

Você recomendaria a candidata para uma colocação como Au Pair nos EUA? Por favor, informe suas razões [illegible]: Sim, pois é uma pessoa batalhadora, honesta, alegre, divertida e criativa. Terá uma ótima experiência com crianças e com certeza terá ótimos momentos com sua host family e com as crianças.

Por favor, forneça qualquer informação adicional sobre a candidata que seria útil para a família americana. É uma pessoa de fácil convivência, que preza principalmente pela saúde e bem estar das crianças.

Assinatura Carolina Santos Data 11/07/2009

Carolina Santos

PLAINTIFFS' RESP. APP.0004251

AIFS0059487

**Au Pair IN AMERICA**

**Character Reference**

NAME OF APPLICANT – AS IT APPEARS IN PASSPORT

DE LA FERNANDES     MARCELA

To be completed by character referee – use black ink

Name of referee: Carolina Jacob dos Santos   Profession: Student

Yes, because she is a hardworking, honest, happy, funny and creative person. She has a large experience with children and I am sure that she will have great moments with host family and with the children.

She is an easy-going person, whose main concerns are health and children welfare.

Signature _____ Date _____

PLEASE RETURN TO THE APPLICANT ONCE COMPLETED

PLAINTIFFS' RESP. APP.0004252

AIFS0059488

10/22/2009 10:49 AM

PLAINTIFFS' RESP. APP.0004253

AIFS0059489