# Exhibit 11



# Au Pair in America

CONFIDENTIAL

AIFS 0000123

PLAINTIFFS' RESP. APP.0002097

# Who's who ..?


















**Linda James**
Senior Vice
President (UK)

**Anneli Oakes**
Business Development
Manager (UK)/Deputy
Director

**Annie Hutchinson**
Assistant Director

**Sara-Jane Foster**
Senior Placements
Co-ordinator

**Rebecca Riley**
Placement & Finance
Co-ordinator

**Rebecca Beeson**
Sales Manager & Acting
Marketing Manager

**Leanne Rees**
Finance & IT
Manager













**Nicolien Mostert**
Marketing
Manager

**Sandra Piksch**
Applications
Manager

**Ulrike Pelz**
Applications
Co-ordinator

**Ellen Schmitt**
Applications
Assistant

**Chiara Galli**
Applications
Assistant

**Melisha John**
Administration
Co-ordinator

CONFIDENTIAL

AIFS 0000124

PLAINTIFFS' RESP. APP.0002098

# Where in the US are we?



**184 Clusters in 39 States**

CONFIDENTIAL

AIFS 0000125

PLAINTIFFS' RESP. APP.0002099

# Our Programs

## Au Pair in America

This is the perfect combination of work, study and travel in the US.

- ✓ **AP gives:**    45 hours of childcare per week
- ✓ **AP gets:**    US$195.75 pocket money per week/approx US$10,200 per year
- ✓ **AP studies:**  3 hours per week during term time
- ✓ **AP gets:**    Up to US$500 study allowance
- ✓ **AP needs:**   At least 200 hours non-family childcare experience gained within the last 3 years



"My time as an au pair was an amazing experience. Everything was so well organised - it will definitely be one of the best in my life!"

Adriana, 22, Colombia

CONFIDENTIAL

AIFS 0000126



# Au Pair Extraordinaire

This program is for experienced childcare professionals or those with a relevant childcare qualification.

- ✓ **AP gives:** 45 hours of childcare per week
- ✓ **AP gets:** US$250 per week / approx US$13000 per year
- ✓ **AP studies**: 3 hours per week during term time
- ✓ **AP gets:** Up to US$500 study allowance
- ✓ **AP needs:** Childcare qualification  or 2 years full time childcare experience



"Au Pair in America is a great combination program of work, study and travel. I believe the experiences that you will gain will definitely benefit you."

Chris, 26, Malaysia

CONFIDENTIAL

AIFS 0000127

PLAINTIFFS' RESP. APP.0002101

# Extension & Return Programs

**Au Pairs can extend their stay for a further 6, 9 or 12 months**

✓ Have the opportunity to continue their studies

✓ Enjoy another year in the US

**Au Pairs can return to the US for a second time if they:**

✓ Have successfully completed 12+ months on any US au pair program

✓ Have lived outside of the US for at least 2 years



CONFIDENTIAL

AIFS 0000128



PLAINTIFFS' RESP. APP.0002102

# Who are our families?

Au Pair
IN AMERICA
www.aupairinamerica.com



✓ Different ethnic & social backgrounds
✓ Some single parents
✓ Different income levels
✓ Different types of homes
✓ 78% both parents working
   22% stay at home Mom or Dad

**The Children**

✓ typically aged 0 – 10 years
✓ Average of 2 or 3 children
   - some twins / triplets / special needs
✓ Over 9000 children on the Au Pair in America Program

"By having an au pair live with us and learn about our culture, we learnt so much about ourselves - how our own culture and way of life appear through the lens of someone new."

Host Parent, Massachusetts

# Selecting an Au Pair

What is important to families when viewing applicants:

Availability period at TBM (within next 2-4 month, for 3-6 month) *
Responses during phone interview
Childcare experience *
Strong English skills *
Interview report *
Host family letter
Video/photos *
References *
Country of origin
Hobbies/interest

CONFIDENTIAL

AIFS 0000130

PLAINTIFFS' RESP. APP.0002104



# Questions?

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002105

AIFS 0000131

# Application

Au Pair
IN AMERICA
www.aupairinamerica.com

**Applicant Forms**
Registration Form*
Application Form*
Childcare Experience Form*
Host Family Letter*
APEX Form (if applicable)*

**Interviewer Forms**
Interview Report
Telephone reference check

**Applicant Documents**
Passport photo (smiling) ☺*
4-6 family/childcare photos*
Passport copy*
Driving licence copy*
Educational Certificate*
3 non-family references*
Criminal Record Check
Medical Report
Video

\* Documents to be completed prior to interview

CONFIDENTIAL

AIFS 0000132

PLAINTIFFS' RESP. APP.0002106

# Application form

✓ Accurate information

✓ Availability window

✓ Visa denials in the past



✓ Medical history

✓ Relatives in the US

CONFIDENTIAL

AIFS 0000133

PLAINTIFFS' RESP. APP.0002107

# Childcare Experience Form

✓ Childcare hours are calculated correctly

✓ Frequency of care is detailed, e.g. 3h/week

✓ Referees names for uploaded reference

✓ Infant qualified: 200 childcare hours with children under 2
gained within the last 3 years

CONFIDENTIAL

AIFS 0000134

# Host family letter



- ✓ Motivation
- ✓ Family
- ✓ Interests
- ✓ Childcare experience



- ✓ ! Don't mention:
- ✓ Location preferences
- ✓ Night lifestyle
- ✓ Specific expectations

CONFIDENTIAL

AIFS 0000135

PLAINTIFFS' RESP. APP.0002109

# Interview report

Au Pair
IN AMERICA
www.aupairinamerica.com

✓ Detailed and trustworthy

✓ Highlight applicant's strengths and qualities

✓ English rating



PLAINTIFFS' RESP. APP.0002110

# Telephone reference check

✓ reflect detailed conversation held with referee

✓ Use own words, no copy of reference itself

✓ Additional information, not mentioned on reference already

CONFIDENTIAL

AIFS 0000137

PLAINTIFFS' RESP. APP.0002111

# Documents

✓Fully completed, readable, scanned in properly

✓Both Original in Spanish and translation in English need to be uploaded

✓Dates and signatures to make documents official

CONFIDENTIAL

AIFS 0000138

PLAINTIFFS' RESP. APP.0002112

# Important to remember

Au Pair
IN AMERICA
www.aupairinamerica.com

- ✓ Information provided need to correspond on all forms/documents
- ✓ Medical: -severe medical conditions to be checked with London prior submission
- ✓                 -Tuberculosis immunization date or negative TB test/chest x ray must be provided

- ✓ Coloured passport photo, applicant needs to be alone on it
- ✓ Include driving licence history as proof when applicant first passed driving test

CONFIDENTIAL

AIFS 0000139

PLAINTIFFS' RESP. APP.0002113



- The interview ..

CONFIDENTIAL

AIFS 0000140

PLAINTIFFS' RESP. APP.0002114

# Interview Format

✓ Be formal but relaxed

✓ Do not be prescriptive

✓ Use interview report form as a guide but you do not need to follow the questions in order

✓ Be familiar with the au pair's application documents so you can ask leading questions

✓ Ask the au pair to evaluate themself

CONFIDENTIAL

AIFS 0000141

PLAINTIFFS' RESP. APP.0002115

# 16PF

**16PF – Sixteen Personality Factors**

**170 statements – selecting the most relevant answers**

**There are no "right" or "wrong" answers**

**Should take 30 – 40 minutes, conducted as part of interview**

**It reveals 16 personality factors that people recognise immediately**

CONFIDENTIAL

AIFS 0000142

PLAINTIFFS' RESP. APP.0002116

# How to administer the 16PF

- ✓ At the end of the interview
- ✓ Quiet and relaxed atmosphere
- ✓ Explain purpose
- ✓Tell your applicant to stop at question 170
- ✓ Check applicant has completed the questionnaire and has not left out any statements
- ✓ Submit to OPP

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002117



# Questions?

PLAINTIFFS' RESP. APP.0002118

Notes Page Text

Slide 10 :

CONFIDENTIAL

AIFS 0000145

PLAINTIFFS' RESP. APP.0002119

## Notes Page Text

Slide 11 :

accurate information: telephone numbers, passport name

short availability: Will make it difficult to place and wastes everyone's time & effort. Applications should be submitted 4-6 months before departure

if applicant has/had a medical condition: if severe, long-termed issue please double check with us before submission! Otherwise upload extra medical statement in addition to full medical form.

relatives in the US: please provide more detailed information

CONFIDENTIAL

AIFS 0000146

Notes Page Text

Slide 12 :

what do we consider childcare experience (tutoring, summer camp, youth group, babysitting, teacher, etc...)

Childcare hours: realistic amount

Infant qualified or family IQ, most of our HF have children under 2...

CONFIDENTIAL

AIFS 0000147

PLAINTIFFS' RESP. APP.0002121

Notes Page Text

Slide 13 :

CONFIDENTIAL

AIFS 0000148

PLAINTIFFS' RESP. APP.0002122

Notes Page Text

Slide 14 :

Remember! You are the only person meeting the applicant, families value this report in particular

PLAINTIFFS' RESP. APP.0002123

Notes Page Text

Slide 20 :

US Government regulations require all au pair applicants to complete a personality questionnaire

CONFIDENTIAL

AIFS 0000150

PLAINTIFFS' RESP. APP.0002124

Notes Page Text

Slide 3 :

CONFIDENTIAL

AIFS 0000151

PLAINTIFFS' RESP. APP.0002125

Notes Page Text

Slide 4 :

CONFIDENTIAL

AIFS 0000152

PLAINTIFFS' RESP. APP.0002126

Notes Page Text

Slide 5 :

CONFIDENTIAL

AIFS 0000153

PLAINTIFFS' RESP. APP.0002127

Notes Page Text

Slide 6 :

CONFIDENTIAL

AIFS 0000154

PLAINTIFFS' RESP. APP.0002128

Notes Page Text

Slide 7 :

CONFIDENTIAL

AIFS 0000155

PLAINTIFFS' RESP. APP.0002129