# Exhibit 12



# Providing quality intercultural care to families since 1986.

★ **Who are we?** - Au Pair in America is the first and largest au pair agency authorized by the U.S. Department of State, having placed more than 80,000 au pairs in 40 states. We bring skilled caring and qualified au pairs from around the world to help care for your children.

★ **Our au pairs** - Au pairs are international visitors between the ages of 18 and 26 who travel to the U.S. on a J-1 Visa to acquire a better understanding and appreciation of American life while living with an American family and caring for their young children. Au pairs come to the U.S. for one full year and can extend their stay 6, 9 or 12 months and can work up to 45 hours per week. We recruit au pairs from more than 60 countries!

★ **Screening and training** - Au Pair in America uses a multi-tiered screening process to ensure that au pair applicants are appropriate for placement, including a personal interview; reference checks; a criminal background check; physician's report; and a psychometric test. Upon arrival, au pairs participate in an extensive orientation and training program, which includes child safety and child development training. Au Pair in America is the only agency to provide American Red Cross CPR and First Aid certification for our au pairs.

★ **Child care with a cultural flair!** - Your family means the world to you...so why not give the world to your family? Au Pair in America provides a culturally stimulating and rewarding child care experience for your family like no other. Your children will benefit from exposure to other cultures and languages.

★ **Support and service** - Our community counselors are professional representatives who offer the best local support in the industry and provide year round assistance. Our offices will assist with the selection of your au pair, handle the logistics associated with your au pair's visa and travel, provide an in depth orientation program and provide 24-hour emergency support.

★ **Program costs** - Whether you have an infant or school aged children, Au Pair in America offers several program options to fit your family's needs and hours. The program fee for our standard program is $8,045 and each week, you pay a Department of State regulated weekly stipend of $195.75 directly to your au pair - an average weekly cost of just $361! And unlike many other child care options, the cost is per family, not per child.

★ **Getting started** - In order to be an Au Pair in America host family, you must provide an appropriate private room and three meals a day for your au pair, require up to 45 hours per week of child care and have a sincere interest in cultural exchange. After filling out an application, you are interviewed by one of our local community counselors. You are then able to access our applicant database and view only the profiles you wish to see and that match your preferences.





## Save $250 off the program fee!

Use promo code: _____. *Not to be combined with any other offer.*

**(800) 928-7247 | www.aupairinamerica.com**

PLAINTIFFS' RESP. APP.0002131

AIFS 0000196