# Exhibit 13



# Au Pair in America

# Lecco, 23 February 2013

CONFIDENTIAL

AIFS 0000559

PLAINTIFFS' RESP. APP.0002133

# Today's Agenda

- Introduction to AIFS/Au Pair in America
- Ambassador introductions
- Role of the Ambassador (including Ambassador Levels)
- Overview of Participant Site
- Overview of Management Site
- BREAK
- Interviewer Exercise
- LUNCH
- Game
- BREAK
- Brain Storming
- Conclusion & Summary
- Individual Interviews

CONFIDENTIAL

AIFS 0000560

PLAINTIFFS' RESP. APP.0002134

# Who's who ..?





**Linda James**
Senior Vice
President (UK)



**Anneli Oakes**
Business Development
Manager (UK)/Deputy
Director



**Annie Hutchinson**
Assistant Director



**Sara-Jane Foster**
Senior Placements
Co-ordinator



**Rebecca Riley**
Placement & Finance
Co-ordinator



**Rebecca Beeson**
Sales Manager & Acting
Marketing Manager



**Leanne Rees**
Finance & IT
Manager



**Nicolien Mostert**
Marketing
Manager



**Sandra Piksch**
Applications
Manager



**Ulrike Pelz**
Applications
Co-ordinator



**Eleonora Pennini**
Applications
Assistant



**Chiara Galli**
Applications
Assistant



**Melisha John**
Administration
Co-ordinator

CONFIDENTIAL

AIFS 0000561

PLAINTIFFS' RESP. APP.0002135

# Who are we? The facts ..





American Institute for Foreign Study (AIFS)

Founded 1964

Pioneer in cultural exchange

1 million+ participants

First designated US au pair sponsor in 1986

Regulated by the Department of State

4,500 au pairs per year from 60 countries

Professional values, family culture ..

CONFIDENTIAL

AIFS 0000562

PLAINTIFFS' RESP. APP.0002136

# Where in the US are we?



**184 Clusters in 39 States**

CONFIDENTIAL

AIFS 0000563

PLAINTIFFS' RESP. APP.0002137

# Why Au Pairs choose us






✓ Our excellent reputation and over 25 years experience

✓ Great host families carefully selected by our team

✓ Return flights (outbound to New York; return from destination of their choice)

✓ A detailed 4 day Orientation Program at a 4 star hotel near New York on arrival in the US

✓ Study opportunities including the unique University of California, Los Angeles (UCLA) online option

✓ Unique volunteer opportunities with our Global Awareness Program

✓        (www.globalawareness.com)

✓ Complete support package that includes dedicated support network throughout their stay, basic insurance package and 24/7emergency help

✓ 3 program options

CONFIDENTIAL

AIFS 0000564

PLAINTIFFS' RESP. APP.0002138

# Our Programs

## Au Pair in America

This is the perfect combination of work, study and travel in the US.

- ✓ **AP gives:**    45 hours of childcare per week
- ✓ **AP gets:**    US$195.75 pocket money per week/approx US$10,200 per year
- ✓ **AP studies:**  3 hours per week during term time
- ✓ **AP gets:**    Up to US$500 study allowance
- ✓ **AP needs:**   At least 200 hours non-family childcare experience gained within the last 3 years



"My time as an au pair was an amazing experience. Everything was so well organised - it will definitely be one of the best in my life!"

Adriana, 22, Colombia

CONFIDENTIAL

AIFS 0000565

PLAINTIFFS' RESP. APP.0002139



# Au Pair Extraordinaire

This program is for experienced childcare professionals or those with a relevant childcare qualification.

- ✓ **AP gives:**     45 hours of childcare per week
- ✓ **AP gets:**      US$250 per week / approx US$13000 per year
- ✓ **AP studies**:   3 hours per week during term time
- ✓ **AP gets:**      Up to US$500 study allowance
- ✓ **AP needs:**    Childcare qualification  or 2 years full time childcare experience



"Au Pair in America is a great combination program of work, study and travel. I believe the experiences that you will gain will definitely benefit you"

Chris, 26, Malaysia

CONFIDENTIAL

AIFS 0000566

PLAINTIFFS' RESP. APP.0002140

# Educare in America



If an au pair wants to take their studies more seriously:

- ✓ **AP gives:** 30 hours of childcare per week
- ✓ **AP gets:** US$146.81 per week / approx US$7600 per year
- ✓ **AP studies:** 6 hours per week during term time
- ✓ **AP gets:** Up to US$1000 study allowance
- ✓ **AP needs:** At least 200 hours non-family childcare experience gained within the last 3 years

"I had an awesome family, lived in a wonderful area and travelled a lot. Thank you for a great time!"

Sabine, 21, France



CONFIDENTIAL

AIFS 0000567

# Extension & Return Programs

**Au Pairs can extend their stay for a further 6, 9 or 12 months**

✓ Have the opportunity to continue their studies

✓ Enjoy another year in the US

**Au Pairs can return to the US for a second time if they:**

✓ Have successfully completed 12+ months on any US au pair program

✓ Have lived outside of the US for at least 2 years





CONFIDENTIAL

AIFS 0000568

PLAINTIFFS' RESP. APP.0002142

# Who are our families?

Au Pair
IN AMERICA
www.aupairinamerica.com

✓ Different ethnic & social backgrounds
✓ Some single parents
✓ Different income levels
✓ Different types of homes
✓ 78% both parents working
22% stay at home Mom or Dad

**The Children**

✓ typically aged 0 – 10 years
✓ Average of 2 or 3 children
- some twins / triplets / special needs
✓ Over 9000 children on the Au Pair in America Program



"By having an au pair live with us and learn about our culture, we learnt so much about ourselves - how our own culture and way of life appear through the lens of someone new."

Host Parent, Massachusetts



CONFIDENTIAL

AIFS 0000569

PLAINTIFFS' RESP. APP.0002143

# Selecting an Au Pair

**Au Pair**
IN AMERICA
www.aupairinamerica.com

What is important to families when viewing applicants:

Responses during phone interview
Childcare experience *
Strong English skills *

Interview report *
Host family letter
Video/photos

References *
Country of origin
Hobbies/interest

CONFIDENTIAL

AIFS 0000570

PLAINTIFFS' RESP. APP.0002144



# Questions?

CONFIDENTIAL

AIFS 0000571

PLAINTIFFS' RESP. APP.0002145



# The Interview...

CONFIDENTIAL

AIFS 0000572

PLAINTIFFS' RESP. APP.0002146

# Interview Format

- Be formal but relaxed

- Do not be prescriptive

- Use interview report form as a guide but you do not need to follow the questions in order

- Be familiar with the au pair's application documents so you can ask leading questions

- Ask the au pair to evaluate themself

CONFIDENTIAL

AIFS 0000573

PLAINTIFFS' RESP. APP.0002147

# Interview report

Au Pair
IN AMERICA
www.aupairinamerica.com

✓ Detailed and trustworthy

✓ Highlight applicant's strengths and qualities

✓ English rating



CONFIDENTIAL

AIFS 0000574

PLAINTIFFS' RESP. APP.0002148

# Application

**Applicant Forms**
Registration Form*
Application Form*
Childcare Experience Form*
Host Family Letter*
APEX Form (if applicable)*

Interviewer Forms
Interview Report

**Applicant Documents**
Passport photo (smiling) ☺*
4-6 family/childcare photos*
Passport copy*
Driving licence copy*
Educational Certificate*
3 non-family references*
Criminal Record Check
Medical Report
Video

* Documents to be completed prior to interview

CONFIDENTIAL

AIFS 0000575

PLAINTIFFS' RESP. APP.0002149

# Application form



✓ Accurate information

✓ Availability window

✓ Visa denials in the past



✓ Medical history

✓ Relatives in the US

CONFIDENTIAL

AIFS 0000576

PLAINTIFFS' RESP. APP.0002150

# Childcare Experience Form

Au Pair
IN AMERICA
www.aupairinamerica.com

✓ Childcare hours are calculated correctly

✓ Frequency of care is precise

✓ Referees names



✓ Infant qualified: 200 childcare hours with children under 2 gained within the last 3 years

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002151

# Host family letter

- ✓ Motivation
- ✓ Family
- ✓ Interests
- ✓ Childcare experience



- ✓ ! Don't mention:
- ✓ Location preferences
- ✓ Night lifestyle
- ✓ Specific expectations

CONFIDENTIAL

AIFS 0000578

PLAINTIFFS' RESP. APP.0002152



# CPI - Californian Psychological Inventory

## 260 questions to answer true or false

## There are no "right" or "wrong" answers

## Should take 30 minutes, conducted as part of interview

## Helps screening applicants and predict their behaviour in defined contexts

CONFIDENTIAL

AIFS 0000579

PLAINTIFFS' RESP. APP.0002153

# What does it tell us?

- ✓ Maturity and values
- ✓ How we feel about ourselves
- ✓ Underlying conflicts / worries
- ✓ Responsibility / Reliability / Conscientiousness
- ✓ How we handle stress
- ✓ Are we ready for a challenge
- ✓ Tolerance / Judgemental / Temperament
- ✓ How we interact with others
- ✓ Flexibility
- ✓ Are we good at assessing the motives of others

CONFIDENTIAL                                                                                    AIFS 0000580

# How to administer the CPI

- ✓ At the end of the interview
- ✓ Quiet and relaxed atmosphere
- ✓ Explain purpose
- ✓ Check applicant has completed the questionnaire and
- ✓ hasn't left out more than 5 answers
- ✓ Submit to OPP

- ✓ ! Do not send it to the applicant via e-mail

CONFIDENTIAL

AIFS 0000581

PLAINTIFFS' RESP. APP.0002155



# Questions?

CONFIDENTIAL

AIFS 0000582

PLAINTIFFS' RESP. APP.0002156



# Brain Storm

CONFIDENTIAL

AIFS 0000583

PLAINTIFFS' RESP. APP.0002157



CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002158

AIFS 0000584

Notes Page Text

Slide 10 :

PLAINTIFFS' RESP. APP.0002159

Notes Page Text

Slide 11 :

CONFIDENTIAL

AIFS 0000586

PLAINTIFFS' RESP. APP.0002160

Notes Page Text

Slide 16 :

Remember! You are the only person meeting the applicant, families value this report in particular

CONFIDENTIAL

AIFS 0000587

PLAINTIFFS' RESP. APP.0002161

Notes Page Text

Slide 17 :

This are all the forms & document which  have to be included in the completed application file.

You have an example of a good application in the interviewer pack, so in this section I'd like to point out things to watch out for while
        reviewing the application and most common mistakes

Pass photo:  a neat headshot with nobody else on it

Medical report or medical declaration?

CONFIDENTIAL

AIFS 0000588

PLAINTIFFS' RESP. APP.0002162

Notes Page Text

Education certificate: apply while finishing High School with teacher letter

CONFIDENTIAL

AIFS 0000589

PLAINTIFFS' RESP. APP.0002163

Notes Page Text

Slide 18 :

accurate information: telephone numbers, passport name

short availability: Will make it difficult to place and wastes everyone's time & effort. Applications should be submitted 4-6 months before departure

if applicant has/had a medical condition: if severe, long-termed issue please double check with us before submission! Otherwise upload extra medical statement in addition to full medical form.

relatives in the US: please provide more detailed information

CONFIDENTIAL

AIFS 0000590

PLAINTIFFS' RESP. APP.0002164

Notes Page Text

Slide 19 :

what do we consider childcare experience (tutoring, summer camp, youth group, babysitting, teacher, etc...)
Childcare hours: realistic amount
Infant qualified or family IQ, most of our HF have children under 2...

CONFIDENTIAL

AIFS 0000591

PLAINTIFFS' RESP. APP.0002165

Notes Page Text

Slide 20 :

CONFIDENTIAL

AIFS 0000592

PLAINTIFFS' RESP. APP.0002166

Case 1:14-cv-03074-CMA-KMT   Document 943-20   Filed 05/17/18   USDC Colorado   Page 36 of 40

Notes Page Text

Slide 21 :

US Government regulations require all au pair applicants to complete a personality questionnaire

CONFIDENTIAL

AIFS 0000593

PLAINTIFFS' RESP. APP.0002167

Notes Page Text

Slide 5 :

CONFIDENTIAL

AIFS 0000594

PLAINTIFFS' RESP. APP.0002168

Notes Page Text

Slide 7 :

CONFIDENTIAL

AIFS 0000595

PLAINTIFFS' RESP. APP.0002169

Notes Page Text

Slide 8 :

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002170

Notes Page Text

Slide 9 :

CONFIDENTIAL

AIFS 0000597

PLAINTIFFS' RESP. APP.0002171