# Exhibit 14

Case 1:14-cv-03074-CMA-KMT Document 1174-14 filed 11/13/18 USDC Colorado pg 2 of 10

 

HOME

**Become an Au Pair in America and Experience Living Abroad**
Broaden your horizons with Au Pair in America and discover the perfect cultural experience

Looking for the ultimate way to experience what it's really like to live, study and travel in the USA? As an au pair in America you can combine your desire to travel and your passion for childcare with the opportunity to become part of an American family.

Life as an au pair in America gives you so much more than a passing glimpse into the USA. It's a unique opportunity to absorb the American culture through the rewarding experience of caring for American children. Share everyday life as an equal member of one of our carefully selected American host families, after all that's what 'au pair' literally means; 'on par' or equal! You can study alongside your childcare duties, receive weekly pocket money and travel on weekends, vacations and for a further month on completion of the program.

To become an Au Pair in America you need a J-1 Exchange Visitor visa which allows you to live in the USA legally with your host family and provide childcare for a minimum of 12 months but with the possibility to extend your stay for another 6 or 9 months or even an extra year. You will connect with other au pairs from over 60 countries around the world who have also chosen to spend a year in the USA. It's an incredible way to gain lifelong friends through a shared international experience.

**To take part in the Au Pair in America program you must have childcare experience and a passion for working with children.** So if you have previously worked as an au pair, teacher, teaching assistant, nursery nurse, childminder or looked after children in other ways - this is your chance to spend at least a year in the USA!

Who are we?

**African Ambassadors (Pty) Ltd**, **South Africa**, is the sole agent for Au Pair in America in Southern Africa. African Ambassadors is based in Cape Town, with regional offices throughout South Africa, together with an extensive independent interviewer network covering communities in South Africa and neighboring Southern African countries.

**Au Pair in America** (a safe and secure legal childcare program to the USA) is a division of the **American Institute for Foreign Study (AIFS)** and was the first legal au pair program to be designated by the US Department of State. Since 1964, AIFS has been the leading provider of cultural exchange and educational opportunities for more than 1.5 million students. Our goal is to create the best cultural exchange experience for you!

"Au Pair in America provided the moments I shall treasure the most. Go on! Try it! Your life will be changed forever!" ***Nombuso, Durban***

24/07/2014

PLAINTIFFS' RESP. APP.0002173
CONFIDENTIAL                                                              AIFS 0000734

ABOUT THE PROGRAM

**What is being an au pair in America all about?**
Combine a unique cultural exchange experience caring for American children with the chance to travel and explore life in the USA.

Au Pair in America is a once in a lifetime opportunity to spend a year abroad gaining invaluable experience and learning new life skills to last you a lifetime. We've tailored our Au Pair program to best suit your experience, enabling you to choose from these different program options.

**Au Pair in America**

The perfect combination of childcare, study and travel

**Give:** 45 hours of childcare per week
**Study:** 3 hours per week during term time
**Receive:** Weekly pocket money of US$195.75 (approx US$10,000 per year)
**Required:** Minimum 200 hours non-family childcare experience within the last 3 years

**Au Pair Extraordinaire**

For those with more professional experience or a qualification

**Give:** 45 hours of childcare per week
**Study**: 3 hours per week during term time
**Receive:** Weekly pocket money of US$250.00 (approx $12,750 per year)
**Required:** A recognized childcare qualification or 2 years full time childcare experience

**eduCare in America**

Take your studies more seriously with this program and help the children in your care with their studies too.

**Give:** 30 hours of childcare per week
**Study:** 6 hours per week during term time
**Receive:** Weekly pocket money of US $146.81 (approx $7,500 per year)
**Required:** Minimum 200 hours non-family childcare experience within the last 3 years

**Return Program**

Been there, done that and loved it?

If you have previously been au Au Pair in America you can do it all over again if you:

- Successfully completed your previous 12 month placement
- Have lived outside of the USA for at least 2 years

**What does the Au Pair experience actually involve?**

24/07/2014

PLAINTIFFS' RESP. APP.0002174
CONFIDENTIAL                                                                                    AIFS 0000735

**The Right Family**

Au Pair in America knows how important it is for you to find the right host family and will help you match with a family whose needs and lifestyle are compatible with your own. Each family is different, however usually the parents are busy, working professionals who are looking for the perfect person to help care for their children, to engage with them and to keep them happy and safe.

Their aim is to welcome an au pair into their home who loves looking after children, who is reliable, honest, enthusiastic and open minded. You will each share new cultural experiences, the realities of everyday life and embark on an exciting new adventure together. Your host family will provide you with your own room, meals, access to transport, a US$500 study allowance and US$195.75 weekly pocket money. In return you will look after their children, providing responsible care, comfort and companionship.

**Where will you be placed?**

Our families are located in 37 different states across the USA so you could find yourself spending a year anywhere from New York to San Francisco, Boston to Illinois. Finding the right family to match with will be the deciding factor in where you end up living.

**When can I travel?**

With flights departing all year round, you can travel to America when it suits you. We recommend applying at least 6 month before you want to travel.

**Your Schedule**

You will be sharing the day to day life of your host family and therefore your daily schedule will vary depending on their requirements and the ages of the children. A daily routine caring for infants will be different to one centred on children who are at school.

Typically your daily responsibilities might involve:

- Waking the children, getting them dressed and bathing them
- Playing with the children and organising fun things to do
- Preparing meals, tidying up after them, making their beds and washing their clothes
- Driving them to and from school and other activities
- Helping with homework
- Babysitting in the evenings if both parents go out

**Free Time and Travel**

Being an Au Pair also presents a world of possibilities to travel and explore the USA. With at least one weekend off a month, 2 weeks' paid vacation and a whole additional travel month on completion of your stay you have plenty of time to explore and visit the America of your dreams! Many au pairs choose to travel together during and after their placements. Alternatively you can join one of our organized tours with Trek America or strike out on your own. The USA is a vast and diverse country with an abundance of cities, breathtaking landscapes and natural wonders. Join the bustle of New York, dazzle in glitzy Las Vegas,

24/07/2014

PLAINTIFFS' RESP. APP.0002175

CONFIDENTIAL AIFS 0000736

marvel at the Grand Canyon or hang with the A-Listers in Los Angeles! Wherever you choose to explore, you'll be creating memories to last a lifetime.

**Studying**

Get a taste of American college life by studying at least 3 hours a week on a course of your choice. You could learn a new language or pick from a variety of alternatives like a psychology or marketing course. You might even be inspired to learn a new skill like photography or fashion design!

You will be a non-degree student and you can choose from a number of different types of courses. Your options:

- **Credit Courses**
  Take part fully in class discussions, complete all assignments take the tests and get a grade when the course ends.
- **Non-Credit or Continuing Education Courses**
  Offered at some colleges, these courses are designed for a purpose other than working towards a degree and are usually for personal enrichment or career-specific skills.
- **Audit courses**
  Sit in on a particular course without doing the assignments and tests. This means that you will not receive a grade.
- **UCLA (**University of California Los Angeles)
  American Studies Online is a 19-week online course that is part self-study, part instructor-led. The course is offered through a customized, computer-based classroom accessed to read lessons, write, share resources, network with other students and collaborate on special projects, all of which are designed to further your understanding of the US culture.

Your host family provides you with a US$500 yearly contribution and will help you enrol at a local college when you arrive. If you prefer, you can choose to study online with the University of California Los Angeles, (UCLA). Flexibility is important when arranging your studies around your childcare duties, but we have a wide range of courses available at different times. It is a visa requirement that you attend classes and it is important that you complete the educational requirements of our program in order for you to receive your Completion Certificate.

**Your Support Network**

There is no need to worry about embarking on an Au Pair in America adventure as our program offers a dedicated support network at every stage of your experience.

Once you arrive at your host family home you become part of a cluster of other au pairs living in the area. Each cluster is assigned an Au Pair in America representative, known as a Community Counselor.

Community Counselors are there to support, inform and advise you and your family throughout your stay. They will guide you through any challenges and also provide social opportunities to mix and mingle with the other au pairs close by.

24/07/2014

CONFIDENTIAL                                                                                                   AIFS 0000737

**So if you are...**

- **motivated** by spending time with kids
- **inspired** by life in the USA
- **open minded** and **flexible**
- **ready** for an exciting new cultural adventure

... join our program, expand your world view, gain life experience and explore the endless possibilities of being an Au Pair in America!

**What are the program requirements?**

Check the following requirements before you start your application.

WHO CAN APPLY:

**What are the program requirements?**
Check the following requirements before you start your application.

**You can apply if you:**

- are aged between 18 – 26 years
- have a full driving license
- enjoy caring for children
- have at least 200 hours recent, non-family, practical childcare experience gained within the past 3 years
- are a secondary school graduate or equivalent
- speak English to a good standard
- have no criminal record
- want to spend 12 months living with an American family
- have no spouse or dependents

A world of amazing opportunities awaits you as an Au Pair. Don't just dream of America, live the reality as part of your very own US host family.

FEES & BENEFITS

**Au Pair in America's Costs and Benefits**
What Do You Get When You Sign Up with Au Pair in America?

Choose Au Pair in America for our complete support package! We provide support and assistance along every step of your au pair journey. Our dedicated teams in Southern Africa, the UK and the US are on hand to help prior to your departure and throughout your entire stay.

In return for a Program Fee you will receive:

**Before Departure:**

- Support throughout the application, interview and matching process

24/07/2014

PLAINTIFFS' RESP. APP.0002177
CONFIDENTIAL                                                                                     AIFS 0000738

- A face-to-face interview with one of our team and a personality questionnaire
- Visa sponsorship and assistance obtaining your J-1 Exchange Visitor visa
- Your profile displayed on our Au Pair in America online matching system
- Return flights to and from New York plus onward travel to your host family

**Once You Arrive:**

- Transfer to our Orientation venue
- 4-day Orientation program in a 4* hotel near New York City to prepare you for your year
- Your own private room and all meals provided with your host family
- A study allowance of US$500
- Access to transport so you can attend your weekly classes
- US$195.75 weekly pocket money
- Medical and liability insurance
- At least 1.5 days off per week and 1 full weekend off per month
- Two weeks' paid vacation
- A travel month after your placement ends
- Local support in the form of a dedicated Community Counselor
- 24 hour emergency assistance throughout your entire stay
- Social events organized in your area to meet up with other au pairs

**Additional Costs:**

- US Embassy Fee: The cost for the visa application is separate from our Program Fee
- Criminal Record Check: Required by all applicants before departure
- Medical Form: Your doctor will need to confirm that you meet our medical requirements by completing our Medical Form, which may involve a charge
- International Driving License: All applicants must apply for this prior to their departure

**Internet Safety**

Au Pair in America values your privacy, and the security of your personal information is always our priority. For your safety and financial protection please take a moment to read our **Internet Safety Guidelines.**

INTERNET SAFELY GUIDELINES **(HIDDEN PAGE)**

**How to Stay Safe Online**
Don't become a victim of a scam!

**Internet Safety**

Au Pair in America values your privacy, and the security of your personal information is always a priority. For your safety and financial protection, please take a moment to read this section about how to stay safe online and avoid becoming the victim of a scam.

**Recognizing A Scammer**

24/07/2014

PLAINTIFFS' RESP. APP.0002178
CONFIDENTIAL AIFS 0000739

Internet scams/online fraud are becoming more common. We have all received emails from people claiming to be a well-known bank or telling us we have won an amazing prize, but some scammers take things further. A scammer may pose as a host family or an au pair organization and will try to gain your confidence via email. Once they have gained your trust, they will ask you to wire/send money to them using a money transfer company such as Western Union or Money Gram. Do not fall for this – never send personal details (eg passport info) or agree to wire or transfer money using money transfer companies, cashier's checks or money orders – you are being scammed! Always remember that no reputable business or organization would ever ask for personal details or money to be wired/sent over the Internet.

**Scam Checker**

Most scams involve one or more of the following

- Poorly written emails from people you don't know
- Being offered deals which sound "too good to be true"
- Inability or refusal to speak with you directly on the phone
- Odd/suspicious email addresses
- Demanding/urgent/threatening emails requesting an immediate response
- Requests for personal information (passport details)
- Requests to send/wire money via Western Union, Money Gram, cashier's checks, money orders

**What To Do**

If you think you are being targeted by a scammer claiming to be an Au Pair in America representative or Au Pair in America host family, or you are concerned about the authenticity of an email, phone call or message then email info@aupairamerica.co.uk, call +44 207 581 7322 or contact us via our website: www.aupairinamerica.com. You can also run searches on the Internet to check out suspicious email addresses, so if in doubt, check it out!

**Remember:**

- All au pairs must apply with a US Department of State designated sponsor. Au Pair in America is a division of the American Institute for Foreign Study. For a list of official sponsors, follow this link: http://j1visa.state.gov/participants/how-to-apply/sponsor-search/?program=Au%20Pair&state=any. There is no other way to get a J1 visa for a USA au pair program.
- If you are contacted by someone claiming to be an au pair sponsor or a partner agent of an au pair sponsor, check to see if they are on the official list. You can then follow the link to their official website and contact them to verify this information.
- Never follow a link or use an email address provided by a supposed host family or agency if they have contacted you - you cannot be sure you are dealing with a legitimate host family/company.
- All au pair candidates will have to complete a detailed application before being invited for an informal interview - our application process is all online via our secure, password-protected Participant Site. We do not send application forms out via email or post.

24/07/2014

PLAINTIFFS' RESP. APP.0002179
CONFIDENTIAL    AIFS 0000740

- US law requires that all sponsors personally interview all candidates. A legitimate sponsor will have a representative in your country who will meet with you and interview you in person, usually in the agency's office. "Personally" means NOT by email and NOT by phone/Skype.
- If you are accepted as a suitable au pair candidate, ONLY THEN will you start hearing from host families.
- An au pair does not pay anything to their host family.
- Legitimate businesses DO NOT use money transfer companies such as Western Union or Money Gram for business transactions.

**Au Pair Matching Sites**

Please note that Au Pair in America has no direct affiliation with public au pair matching sites. If you do post a profile either as an au pair or a host family on a public au pair matching site, please make sure you read that site's scam prevention information carefully, and, as above, never send personal info or agree to wire/transfer money to people you meet on these matching sites. If you think you are in contact with a scammer via one of these sites, inform that site immediately.

**Au Pair in America Payment Methods**

You will only be invoiced for your Au Pair in America Program Fee once you have placed with one of our carefully selected Host Families. You will only be requested to pay this Program Fee via your secure, password-protected Au Pair in America Participant Site. Neither Au Pair in America, nor any of its registered US host families, will ever ask you to send or wire money via Western Union, Money Gram, cashier's checks or money orders.

## SIGN UP
**How to become an Au pair in America?** The application is simple and straight forward. We are here to guide you every step of the way!

### CLICK HERE TO SIGN UP NOW!

Check that you meet our requirements and submit your basic information. You will then receive an email directing you to our online Application Site.

**Create your Online Profile**

Log in to your online Application Site and start completing your:

- Application Form
- Childcare Experience Form
- Host Family Letter

You will also need to upload:

- A short video all about you
- Photographs of you, your friends and family and the children you care for
- A passport photo & passport copy
- 3 written references (including at least 1 Childcare Reference)

24/07/2014

PLAINTIFFS' RESP. APP.0002180

CONFIDENTIAL AIFS 0000741

- Medical Form (completed by your doctor)
- Full Driving License
- Criminal Record Check
- Education Certificate

The aim of this is to build a personal online profile for host families to view during the selection process. The profile should be a true representation of who you are, demonstrating not just your experience with children but also your personality.

We provide lots of great resources on your online Application Site to help prepare you for the year ahead.

**Attend Your Interview**

Once your application is complete, African Ambassadors will arrange a face-to-face interview. During the interview they will discuss your experience and expectations and help you decide which of our 3 programs is best suited to you. You are also required to complete a personality questionnaire.

**Finding your Perfect Host Family**

When your profile is complete our host families will be able to view your application online and request a phone or Skype interview with you. You will be able to see which families are interested in you via your Application Site. Once you talk to them you will both be able to decide if you are a good match for each other. These conversations will give you a better indication of what is expected of you as their au pair, and you will be able to make an informed decision about which family is best for you. It may take one conversation, or it could take longer for you to choose the right family.

**Attend the Visa Interview, Pay the Program Fee and Depart for the USA**

Once you have matched with a host family we will help you arrange an appointment at your local US Embassy to submit your J1 visa application. We arrange all your visa documents and your flight to the USA. You will only be invoiced for your Au Pair in America Program Fee once you have matched with one of our host families. You will pay your Program Fee and select the insurance package of your choice via your secure Application Site.

You are now ready for your amazing American adventure!

What are you waiting for? Sign up today for the experience of a lifetime in America! A whole new world of opportunities is just around the corner!

24/07/2014

PLAINTIFFS' RESP. APP.0002181

CONFIDENTIAL                                                                                     AIFS 0000742