# Exhibit 15

INTERNET ARCHIVE WayBackMachine — 18 captures — 31 Aug 07 - 19 Jan 13 — FEB SEP AUG 20 2010 2011 2013 — Close Help

Apply now
Send Me a Brochure
Contact Us 1300 889 067

Already registered?

Menu
Home
Programs
    Au Pair in America
    Au Pair Extraordinaire
    EduCare in America
Eligibility
How to Apply
Fees
The Visa
Study
Life in the USA
Host Families
FAQ
Travel
Alumni
Gallery

True Stories

Tarryn's Cincinnati Experience
alt

Au Pair in America ▸ Programs ▸ Au Pair in America

## Au Pair in America

As an Au Pair in America participant you will receive:

- 12 month placement with a family in USA
- Weekly payment of $195.75US for working up to 45 hours per week
- A 4-day orientation near New York with full board and lodging
- Up to US$500.00 study allowance
- Up to 3 hours of study per week
- Two weeks paid vacation
- Medical insurance cover of US$100,000
- Public liability cover of US$100,000
- Sponsorship of your 13 month J-1 Visitor Exchange Visa*
- Your own assigned Au Pair in America Community Counsellor for the duration of your program
- A 'completion bonus' of US$200.00 just prior to end of program
- The option to extend your stay for up to a further 12 months

### Program Fee 2011

| | |
|---|---|
| Program Fee - For departures between July and September (Includes Placement, and contribution towards basic insurance) | AUD$575 |
| Departing from Sydney or Melbourne - one-way surcharge | AUD$405 |
| Departing from Adelaide, Perth, and Brisbane - one-way surcharge | AUD$460 |

Half way through my year I had forgotten that I only met these people 6 months ago....

Lisa in New York

**Bonus Upon Completion**

file:///J|/...20Year/2011/Nov%202011%20APiA%20Website/Au%20Pair%20in%20America%20_%20AupairAmerica%20_%20Bonus,%20Us$,%20Program,%20Co.html[30/06/2015 2:30:59 PM]

PLAINTIFFS' RESP. APP.0002183

AIFS 0001523

Au Pair in America | Au Pair Children | Au Pair USA Program, Work...

Case No. 1:14-cv-03074-CMA-KMT Document 943-20 Filed 03/17/18 USDC Colorado Page 3 of 86



Hi! My name is Lisa and I live in a small town near New York City. Here's my story...







Participants who successfully complete the Au Pair in America or Au Pair Extraordinaire program will receive a US$200 Completion Bonus at the end of a successful 12 month stay. *Note: Receiving the Completion Bonus is also dependent on completing the study requirement. EduCare participants DO NOT receive a completion bonus.*

### US Visa and Australian Federal Police check

Fees do not include US Visa charges which are detailed on the Fees Page

### Return flight to Australia

Just prior to the end of your 12 months (or 13th optional month for travel), we offer significantly discounted fares to help you save. Return flights are $460 to Adelaide, Perth or Brisbane and $405 to Melbourne or Sydney.

- Au Pair in America
- Au Pair Extraordinaire
- EduCare in America

Au Pair in America and EduCare in America are programs of the American Institute for Foreign Study (Australia) Pty Ltd
ABN 58 087 638 499

10 -14 Oxford Square, Darlinghurst NSW 2010

Sydney office: 10 - 14 Oxford Square, Darlinghurst NSW 2010
T: 1300 889 067, F: (02) 8235 7002, E: info@aupairamerica.com.au

PLAINTIFFS' RESP. APP.0002184

AIFS 0001524