# Exhibit 16

Case 1:14-cv-03074-CMA-KMT Document 1174-16 filed 11/13/18 USDC Colorado pg 3 of 61

# Au Pair in America Fact Sheet

**Au Pair in America**
In 1986, Au Pair in America became the first au pair organization to be designated by the United States Government to offer both international visitors and American families a mutually rewarding, inter-cultural experience. Through the unique and mutually rewarding au pair program, international visitors continue their education and experience everyday life with an American family, while host families receive reliable, responsible child care from individuals who become part of their family.

**What Is An Au Pair?**
Au pairs are extraordinary young women from more than 60 countries who come to the U.S. on a J-1 Visitor Exchange Visa to acquire a better understanding and appreciation of American life while living with an American family and caring for their young children and taking classes at an American accredited post-secondary institution. They become full-fledged family members, sharing a cultural exchange experience that often leads to a life-long relationship with their host family.

An au pair ("au pair," in French, means "on par" or equal). All au pairs are between the ages of 18 and 26 and have at least 200 hours of recent, practical child care experience, have completed a secondary school diploma or equivalent, have a valid driver's license and speak conversational English.

**Screening and Placement**
Au Pair in America uses a thorough and rigid multi-tiered screening process. Every au pair must pass a background investigation that includes face-to-face interviews, verification of schooling, personal and professional references, a psychometric test, comprehensive medical report (including physician's approval) and a police record clearance (or equivalent). Au Pair in America uses the California Personality Inventory (CPI) test, one of the most intensely studied and researched personality tests, known for its high reliability and validity.

Host families are U.S. citizens or legal permanent residents. They submit an application including essay, photos and personal and professional references. Face-to-face interviews are conducted with all adult members in the home and private room for the au pair is assessed for suitability.

Host families extend an invitation to the au pair of their choosing; the au pair in turn decides whether to accept the placement with the family. Placements are made only in communities where APIA has a local community counselor who provides support services during the exchange. The au pair receives information about the community and local educational opportunities prior to arrival.

**Orientation and Training**
As the original au pair agency in the country, Au Pair in America established today's au pair program orientation model. All au pairs receive a minimum 32 hours of child care training and comprehensive adaptation training prior to caring for their host's children.

Orientation features comprehensive adaptation training, child-development training and child safety training. An exclusive customized training with the American Red Cross is

PLAINTIFFS' RESP. APP.0002197

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

AIFS 0002079

conducted at orientation and scholarships are available to au pairs to complete a full CPR certification training with the American Red Cross once they are in their American community. Au Pair in America's orientation also offers a customized driving program tailored specifically for au pairs in collaboration with AAA.

During their program participation Au Pair in America offers customized webinar trainings in child care and personal adaptation; additionally child safety and child development focused activities take place quarterly in the community.

A host family orientation session, conducted by the local community counselor, reviews important elements from the au pair orientation that need reinforcement, explores cultural adaptation issues and provides tips for living with a young adult and how to prepare for her arrival.

Each community counselor must also attend an orientation that focuses on such topics as host family and au pair relations, crisis management and cultural adaptation.

**Cultural Exchange**
The special cross-cultural and educational elements of the program impact au pair and host family alike. Children receive a global education and an enhanced appreciation and understanding of the world as they learn about their au pair's culture and customs. Similarly, the au pair learns about the American way of life, gaining independence and awareness of themselves and the world at large.

Global Awareness, a volunteer educational program sponsored by Au Pair in America, gives au pairs and children a greater knowledge of the diversity and variety of cultures the world has to offer through the hosting of events in locations such as school classrooms and libraries. Children receive a glimpse of international diversity, helping to spark an interest in the world outside their window; au pairs are given the opportunity to give back, a unique part of American culture, while also improving their presentation and language skills as they proudly share their culture with children.

**Programs and Fees**
*Host Family Fees*

| Program (hours per week) | Program Fee | Weekly Stipend* | Education Allowance |
|---|---|---|---|
| Standard (45 hrs) | $7,795 | $195.75 | $500 |
| Extraordinaire (45 hrs) | $8,895 | $250 | $500 |
| EduCare (30 hrs) | $6,695 | $146.81 | $1,000 |

*Weekly stipend established by the U.S. government and paid directly to au pair
All programs also include a $400 match fee.

*Au Pair Fees*
The program fee for au pairs to participate in the program varies by country. The average fee is $1,225. Au pairs receive a weekly stipend and a contribution towards their educational classes from their host family.

Fees cover recruitment, screening (including administration of personality profile), interviewing and placement; roundtrip international flights and some ground transfers; orientation program; partial J-1 visa processing; full medical insurance for the au pair and personal liability insurance; online resources and training webinars throughout the

PLAINTIFFS' RESP. APP.0002198

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                AIFS 0002080

placement; staff and local community counselor support services throughout the exchange; monthly au pair meetings and host family day; rematch services and 24/7 emergency support.

**Support**
Au Pair in America provides comprehensive program support including assistance with au pair selection, coordinating logistics, providing orientation and training for both au pair and host family, year-round local support, medical insurance for the au pair and 24/7 emergency assistance.

Au Pair in America community counselors reside in every community that has host families, providing daily, ongoing local support to both host families and au pairs. Cluster meetings/activities are scheduled monthly providing opportunity for au pairs to socialize and experience life in their American community. The community counselor plans a cultural ' host family day' annually.

**Background**
Au Pair in America is the largest au pair program in the United States, having placed more than 90,000 au pairs with American host families in 43 states. Au Pair in America is headquartered in Stamford, Conn. and maintains offices in Boston, Mass.; San Francisco, Calif.; London, England; Sydney, Australia; Bonn, Germany; and Warsaw, Poland. Au Pair in America's 300 interviewers are responsible for screening and interviewing candidates abroad, handling tens of thousands of applicants each year.

**Outcomes Assessment**
The most common outcome of hosting an au pair is the founding of a life-long friendship.
*In a survey of former host children:*
-95% still have contact with some of their former au pairs
-78% noted that one or more of their au pairs have traveled back to visit them in the U.S.

*In a survey of former au pairs:*
-80% felt that their attitude towards Americans was changed for the better.
-87% classified their time as an au pair as the "most meaningful" experience of their lives to that point.
-98% felt their time as an au pair improved their English speaking fluency.
-60% noted that being an au pair influenced the direction of their career choices.
-60% noted that being an au pair helped them develop intercultural skills that contributed to obtaining their first job after completing their time as an au pair.
-84% said their time as an au pair contributed to their ability to speak English in the workplace.
-59% said their au pair experience opened job opportunities that would not have otherwise been available.
-65% reported that being an au pair helped develop their awareness of political, economic or social events around the world.
-64% noted that they now have a more positive and tolerant attitude towards the U.S. and its involvement in world affairs.
-87% felt that they have improved their ability to speak to others in their home country about the U.S. people and culture in a more informed and positive manner.
-94% felt they now have a better understanding of themselves and their values.

PLAINTIFFS' RESP. APP.0002199

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

AIFS 0002081



PLAINTIFFS' RESP. APP.0002200

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

AIFS 0002082