# Exhibit 17



# Au Pair Pocket money increases again!

Following the changes announced to the US minimum wage and subsequently to au pair pocket money in 2008, we are now very pleased to inform you that the weekly pocket money paid to au pairs will increase again from 24th July 2009! This means:

**Au Pairs:** will receive weekly pocket money of **US$195.75**

**EduCare Companions:** will receive weekly pocket money of **US$146.81**

**Au Pair Extraordinaires** : as previously announced au pair extraordinaires arriving in the US since 1st March 2009, now receive a weekly pocket money of **US$250**



PLAINTIFFS' RESP. APP.0002202

CONFIDENTIAL

AIFS 0003072