# Exhibit 18

| | |
|---|---|
| **From:** | Laura Bull(/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LBULL) |
| **To:** | Kaija Caldara |
| **CC:** | |
| **BCC:** | |
| **Subject:** | RE: HF54119 |
| **Sent:** | 11/1/2010 08:51:39 PM 0000 (GMT) |
| **Attachments:** | |

From our program or from the other company - if you happen to know?
Thanks SO MUCH! You are great!

**From:** Kaija Caldara
**Sent:** Monday, November 01, 2010 3:21 PM
**To:** Laura Bull
**Subject:** Re: HF54119
she called me and we spoke and she is going for the girl in China,,,,
take care,
kaija

*Kaija Caldara*
*Senior Community Counselor*
*72 New Valley Road*
*New City, NY 10956*
*845-634-7103*
*email: kaijaap@aol.com*
*www.aupairinamerica.com*

**Three ways to save $500.00+ off your program fee with our exciting new referral program!**
**Details here:**
http://www.aupairinamerica.com/loyalty/


-----Original Message-----
From: Laura Bull <lbull@aifs.com>
To: 'Peilin Corbanese' <peilin.corbanese@bluegobi.net>
Cc: Lorraine SommaMates <lsommamates@aifs.com>
Sent: Mon, Nov 1, 2010 1:19 pm
Subject: RE: HF54119

Dear Mrs. Corbanese,
The fee for the standard program is $7695. There is a $35 sevis fee as well as the weekly stipend ($195.75) and education allowance ($500). Unfortunately, at this time we are not offering any discounts for repeat host families. Our program fee is priced accordingly for the program itself as well as the support we offer the au pairs and host families.
I spoke with our London office and they said if you match by tomorrow, you should be fine for a December 27th arrival. We can definitely try to have her come on the December 27th if you need the week to decide, but if you match after tomorrow, it will depend on when she is able obtain a visa appointment.
Isabell's first year ends January 10th, so there would be an overlap between your new au pair and Isabell's departure.
I was able to reach other Community Counselor. Kaija Caldara would be happy to speak with you regarding her experience with Chinese au pairs. She can be reached at (845) 634-7103.
If you have any other questions, please let me know!

Regards,
Laura

PLAINTIFFS' RESP. APP.0002204

CONFIDENTIAL AIFS0010142

Laura Bull
Placement Coordinator
Au Pair in America
(800) 928-7247 ext. 5048
Lbull@aifs.com



Au Pair IN AMERICA - Trust the world's most experienced live-in child care program (800) 928-7247
a division of the American Institute For Foreign Study® (AIFS)

---

**From:** Peilin Corbanese [mailto:peilin.corbanese@bluegobi.net]
**Sent:** Sunday, October 31, 2010 5:55 PM
**To:** Laura Bull
**Subject:** HF54119

Hi Laura,
We have narrowed down our choices to one of the Chinese au pairs with your agency and another Chinese au pair with another agency. So it will probably come down to what the fee structure is like...
Can you please review what my fee would be for me? Standard fee with any discounts? As a repeat family, is my discount ONLY the waiving of application fee? Also do I have to pay any surcharges? Interestingly, I have found out that Au Pair in America has a higher fee structure (by about $700) than some other agencies. Not sure why. Care to share your insights? I would very much like to do an apple to apple comparison. I would hate to leave you but if all else are equal and another agency is less expensive on the fee and offers me a discount for switching...
Also, if we match next week, how long do you think the visa will take? We would like her to arrive on Monday 12/27. Is that possible for a Chinese au pair? What that also means is that our current German au pair will need to leave a couple weeks earlier or we will overlap the two au pairs. Any thoughts on that? Overlapping a week or so may help with the training issue.
Last but not least, can you please make a few calls or send some emails and help me find out some host family's experience in terms of the driving skills for the Chinese au pairs? I know my counselor is not a fan of Chinese au pairs. I know driving can be an issue but I rather hear it from existing host families, good or bad.
Thank you so much, Laura, for all your help.
Happy Halloween!
Peilin Corbanese
Art.Passion.LIfe.
www. BlueGobi.com - Fair Trade and Sustainable
peilin.corbanese@bluegobi.net -
T 914.497.7077

PLAINTIFFS' RESP. APP.0002205
CONFIDENTIAL                                                                                                      AIFS0010143