# Exhibit 19

| | |
|---|---|
| **From:** | Sarah Friedman(/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SFRIEDMAN) |
| **To:** | 'Lyn Kuebler' |
| **CC:** | |
| **BCC:** | |
| **Subject:** | RE: Matching with a new family |
| **Sent:** | 11/4/2010 02:49:28 PM 0000 (GMT) |
| **Attachments:** | |

Hi Lyn,

Guess you got to see both sides of the matching process - getting no calls to getting a ton of calls! I'm happy to hear that you found a family that you really like.

Really the only difference between being an extraordinaire au pair and a regular au pair is the weekly stipend ($250 versus $195.75). If you're okay with it, then we can process the match for you as a regular au pair.

Let me know.

Kind Regards,

Sarah

Sarah Friedman
Compliance and Extension Program Coordinator
Au Pair in America
tel 203.399.5178
fax 203.399.5378
www.aupairinamerica.com
sfriedman@aifs.com

Au Pair IN AMERICA
Trust the world's most experienced live-in child care program
(800) 928-7247
a division of the American Institute For Foreign Study® (AIFS)

---

**From:** Lyn Kuebler [mailto:lyn@kuebler-home.de]
**Sent:** Wednesday, November 03, 2010 8:20 PM
**To:** Sarah Friedman
**Subject:** Re: Matching with a new family

Hey Sarah,

thanks for your mail, I got a lot of calls and emails in the last days, so many, that I was totally confused.
But I found the right family and matched with them. So I will go to Danville, California for the next 6 month.
Thank you so much for your help, I really appreciate it!
One more question. The family asked me to downgrade to the regular au pair. Are there any diadvatages for me, other than less payment per week?

kind regards,
lyn

> ----- Original Message -----
> **From:** Sarah Friedman
> **To:** 'Lyn Kuebler'
> **Sent:** Wednesday, November 03, 2010 7:18 PM
> **Subject:** Matching with a new family
>
> Hi Lyn,
> Hope that you've had some calls -
> Would you be willing to downgrade to a regular au pair (the weekly stipend is $195.75) for your extension? There is a family that is interested in you but cannot afford the Extraordinaire rate.
> Let me know!
> Sarah

PLAINTIFFS' RESP. APP.0002207

CONFIDENTIAL AIFS0010340

Sarah Friedman
Compliance and Extension Program Coordinator
Au Pair in America
tel 203.399.5178
fax 203.399.5378
www.aupairinamerica.com
sfriedman@aifs.com

Au Pair IN AMERICA
Trust the world's most experienced live-in child care program
(800) 928-7247
a division of the American Institute For Foreign Study® (AIFS)

PLAINTIFFS' RESP. APP.0002208

CONFIDENTIAL AIFS0010341