# Exhibit 20

| From: | Claudine Bernabei(/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CLAUDINEBERNABEI) |
|---|---|
| To: | Kristy McDavid |
| CC: | Yasmine Osman; Amy Scardilli |
| BCC: | |
| Subject: | Re: Au Pair Janine Pachulla Application |
| Sent: | 12/30/2010 02:18:03 PM 0000 (GMT) |
| Attachments: | |

Amy,

Still trying to sort things out.

I spoke with Janine last night and apparently Janine did agree 2 days ago to stay another week with the HF since she was not speaking with HFs and did not know she could match so fast.
I have not spoken with HMom today, what would be the latest she could come to your HF?
I am going to try to have her come this week end but it will be difficult since she agreed with HMo to stay the extra week.

It is a difficult situation due to the fact she DID agree to stay another week.
Apparently they spoke yesterday and HMo said that there was an agreement (which is true) and now that Janine has a match she does not want to respect it anymore...

Hope your HF understands that she might not be able to come until the end of next week.
Please let me know.


**Claudine Bernabei**
*Senior Community Counselor*
*NJP & NJR Clusters*
*239 Riverside Drive*
*Princeton, NJ 08540*
*609 - 921 1520*
*claudine.bernabei@verizon.net*
*www.aupairinamerica.com*


On Dec 29, 2010, at 1:42 PM, Kristy McDavid wrote:

Claudine,
We have a match!!! My Hmom #59709 Lata Shintre is requesting a arrival to Ft. Lauderdale either on Saturday morning 1/1 or Sunday morning 1/2/2011. Will that work for your family, if she is still with the family.
Thanks,

Sincerely,

Kristy McDavid, Senior Community Counselor
South Florida/FLB
561-312-7649
kristywithapia@yahoo.com
www.aupairinamerica.com


"We bring the world together."

PLAINTIFFS' RESP. APP.0002213

CONFIDENTIAL                                                          AIFS0010677

--- On **Tue, 12/28/10, Claudine Bernabei** *<claudine.bernabei@verizon.net>* wrote:

From: Claudine Bernabei <claudine.bernabei@verizon.net>
Subject: Fwd: Au Pair Janine Pachulla Application
To: "Kristy Gerstein" <kristywithapia@yahoo.com>
Date: Tuesday, December 28, 2010, 10:16 PM

### Subject: Fwd: Au Pair Janine Pachulla Application

On Sun, Dec 19, 2010 at 4:01 PM, <claudine.bernabei@verizon.net> wrote:

Dear Community Counselor,

Janine is a nice AP wpuld like to take care of younger children. Janine has excellent English and is an excellent driver. She is available immediately.

Link: https://aupair.aifs.com/share/Rematch/APTemplate.aspx?TID=11226&ev=1

### Subject: Au Pair Janine Pachulla Application

**Profile**

Janine says: "Since then I was 6 years old I was dancing classical ballroom dancing and Latin dancing, like Samba, Rumba, Cha cha cha, Waltz, ...But in the age of 17 I have to finished my favourite hobby, to make my education, but in this time I teached a small group of children in classical and modern dancing, we had a lot of fun and the kids were like my little brothers and sisters. ... I love children very much, and I love it to play with children and to do handicrafts and so on, that's why I want to be an au pair."

**General Information**

**The au pair is in the United States and seeking new placement to finish her year.**

| | |
|---|---|
| Name: | Pachulla, Janine |
| AP Status: | Rematch |
| Nationality: | Germany |
| Date of Birth: | 13 Jan 1989 |
| Age: | 21 |
| # of Siblings: | 1 |
| Infant Qualified: | Yes |
| Availability Dates: | 07 Sep 2010 - 05 Jan 2011 |

Child Care Experience:

| | | | | |
|---|---|---|---|---|
| Experience (3 mos - 1 yr): | ☑ | Willing (3 mos - 1 yr): | ☐ |
| Experience (1 - 2 yrs): | ☑ | Willing (1 - 2 yrs): | ☑ |
| Experience (2-6yrs) | ☑ | Willing (2-6yrs): | ☑ |
| Experience (6+yrs) | ☑ | Willing (6+ yrs): | ☑ |
| Experience (more than 2): | ☑ | Willing (more than 2): | ☑ |
| Special Needs Experience: | ☐ | Special Needs Willing: | ☐ |

PLAINTIFFS' RESP. APP.0002214

CONFIDENTIAL                                                                                          AIFS0010678

| | |
|---|---|
| Lived Away From Home: | Yes |
| Smoker: | No |
| Education: | |
| Native Language: | German |
| Occupation: | Employee Of Private Business |
| Interests and Hobbies: | Swimming, Reading, Artwork, Writing, Arts and Crafts, Photography, Cooking |
| Swimmer: | Yes |
| Religion: | AT |
| Dietary Restrictions: | None |
| Driving: | Yes |
| Frequent Driver: | Yes |
| Arrival Date: | 29 Nov 2010 |
| Weekly Stipend: | The current weekly stipend is $195.75. |
| Program: | Au Pair Program |
| Program Year: | 1 |
| Primary Phone: | 41 79 7391833 |
| Primary Phone Times: | between 9-11 pm |
| Alternate Phone: | 49 176 62710342 |
| Alternate Phone Times: | between 9-11 pm |
| Address: | Hinter Stagens Garten 41, Burg 39288, Germany |
| Email Address: | schnien@goodmails.de |
| Skype ID: | schnien13 |

# Host Family Letter

Janine Pachulla (nickname: Janine)
ID: 148548
Country: Germany

## Host Family Letter

Dear (maybe future) Host family,

at first of all I want to thank you for reading my letter and spending time on getting to know me better. I'm really looking forward to staying a year abroad in your country. In the following lines I want to introduce myself and tell you something about my family, hobbies, everyday life and my hopes and expectations for the coming year.

My name is Janine, I'm 21 years old and I live in a small village in East Germany.
At the moment I work in Switzerland in a very famous village, called Gstaad.
I'm working as a waitress in a 4-stars hotel and my responsibilities are to welcoming the guests, recommend meals and drinks, to serve the meals, organise the seating plan for the evening in one of our restaurants.

From 2005-2008 I made my education as hotel business woman in Dresden, in East Germany.
After that I went to Switzerland to get some job experience.
For me it was always sure, that I want to go in a foreign country and it was no problem for me, to be away from my family and friends, I have a very good relationship to them and they support me in everything what I do.
I like my job, I have very nice collegues and there are a lot of festivals and events in this small village.

CONFIDENTIAL

AIFS0010679

But in spite of everything, it was ever a big dream to leave my old life and have a great year in the United States. I think, now I'm old enough to take responsibility for something and somebody.
And it's a great chance for me to get to know the American culture better, to be a part of a new family, take care for children and have a amazing time in a amazing country.

I've made a practical training in a kindergarten for 4 weeks (2 weeks in a group with children from 3-6 years and 2 weeks in a catholic kindergarten with children from a half year til 6 years).
It was great, I love children very much and I love it to play with children and to do handicrafts.
In the kindergarten, we made some excursions, played some games, we built a vulcan and we had a lot of fun together and I loved it.
I also had to changed the nappy, give the bottle and made potty training.
But that wasn't the only one experience that I made.
My best friend was getting a baby in 2007 and from the first day I was the helping hand for my friend, took care for the child and it's a nice feeling to know a child from the beginning.
I've learned to give the bottle, change the nappy, how you have to begin with the potty-training (it was not easy all the time) and how it is to have fully responsability for a child.
It was a great experience and when I'm at home I still take care of her.
I'm also a babysitter for Jordan, a 1 year old baby, Yannic a 3 years old boy, Recardo a 9 years old boy and Franzis a 14 years old girl.
I was taking care of them, playing games, do homework's, change the nappy, give the bottle, singing songs and go for a walk with them.
And for this moment I took care of them, I would get my biggest dream come true, to take care of children in a country where I ever wanted to be.

I made my driving license in April 2007, so I have 3 years driving experience and I think I'm a good and careful driver without any accidents. And I like it to drive.

Since I was 6 years old I've made classical ballroom dancing and Latin dancing, like Samba, Rumba, Cha cha cha, Waltz, ...

But in the age of 17 I have to finished my favourite hobby, to make my education, but in this time I teached a small group of children (children from 8-12 years old) in classical and modern dancing, we have our own choreographies, we have a lot of fun and the kids were like my little brothers and sisters, like in a little family. It was a great experience to take care for older children and have fun with them.

My other hobbies are reading, playing volleyball, singing, travelling, swimming and be outside for a walk with my dog. I like the nature and in summer, me and my friends we like it to camp in the near of a lake and in the evening we make some barbecue.

When I was 3 years old, my parents start to fly with me in foreign countries, and from the first moment I was interested in the culture and how the peoples live there.
We flew to Bulgaria, Tunisia. Turkey, Egypt, Greece, Spain, Denmark, Netherlands, England, ... and I love it to meet new cultures.

I would describe myself as very honest, lovely, nice, responsible, reliable, caring, friendly, helpful and tolerant. I try to make the best of every situation and to be a good example for the kids.
I love it to meet new people, learn more about other countries and cultures and I hope you can show me a lot of new and interesting things.
I think I will get a lot of new impressions and I hope that my stay will be an interesting experience for me and for you.

But enough from me ... here some facts about my family:
My mother, Kathleen, is 42 years old she works as a registrar women, my father, Jörg, is 47 years old and is police man and my "little" brother, Pierre, he is taller than me, is 16 years old and is a grammar school pupil.
I love animals and I have Cairn terrier dog and his name is "Snoopy", he's 7 years old.
Maybe you have some pets?

PLAINTIFFS' RESP. APP.0002216

Case 1:14-cv-03074-CMA-KMT   Document 943-217   Filed 03/17/18   USDC Colorado   Page 28 of 61

I have a wonderful relationship with my family and they support me in everything that I want to do.

The reason why I want to go to America as an au pair is because I want to gather valueable memories with a new family and get to know new friends.
I would like to get to know the American way of life and different cultures. It would be great to improve my English skills and become more independent, self-confident and open-minded by spending an exciting year abroad. Primarily it's of course the time I'm going to spend with the children and the experience of an eventful year with you and your kids.
I couldn't imagine a life without children. I love to see them smiling and their shining eyes on christmas, their enthusiasm if they learned something new and their imaginative idea of the world.

The most important thing for me is honesty, that we can speak about everything. I think, sometimes it's difficult to speak about any problems, but I want to be honest all the time and I hope that it is important for you too.

When we have the same point of view, I think that we could have a great year together and can learn a lot from each other.
I hope we can develop a good relationship and work and live together as a family. I'm looking forward to talking to you.

Maybe, next time I hear from you and I'm very excited to meet you.

Warm regards, Janine

a very nice family, with 4 wonderful children (the lenz family)



Yannic and my dad, he loves the adventure ...



Fränzis, she's like a little sister



Fiona and me, ... she loves "Hello Kitty"



Yannic, Recardo and me



...and Fiona loves flowers



My little "Dance-Crew" ... it's so much fun

My dance girls

PLAINTIFFS' RESP. APP.0002217

CONFIDENTIAL                                                                   AIFS0010681






# Childcare Experience Form

Janine Pachulla (nickname: Janine)
ID: 148548
Country: Germany

| | | | |
|---|---|---|---|
| Nanny / Au Pair | ✖ Babysitting | ✔ Day care centre | ✔ |
| Caring for younger family member | ✖ Camp Counselor | ✖ Tutoring children | ✖ |
| Summer activity camps | ✖ Teacher | ✖ Youth or church group/club | ✔ |
| Practical Childcare Training / Work Placement | ✖ Nurse | ✖ Other | ✖ |

| Areas of experience | Dates | Names & ages of children | Outline experience | Frequency of care | Referee name | Total number of hours |
|---|---|---|---|---|---|---|
| Day care centre | Nov-2009 - Dec-2009 | ca. 15 children between 4-6 years and ca. 10 chidren between 6 months and 4 years. | prepare food, change the nappy, take care at the naptime, feed the younger children, playing/singing /drawing with the children, potty training with the youngest children. | 2 weeks 9 hours a day | Mrs. Pichotka | 90 |
| Day care centre | Nov-2009 - Nov-2009 | ca. 10 children between 4-6 years | i was in a kindergarten. playing/drawing/singing/do handicraft work and go on excursions with the children | 2 weeks for 8 hours a day | Heike Büchner | 80 |
| Babysitting | Nov-2008 - Dec-2009 | Jordan, male, was born in april 2009 Yannick, male, 2 years Franzis, female, 13 years Recardo, male, 8 years | Jordan: give the bottle, take him to bed, play with him, change nappy, go for a walk with him  Yannick: play with him, go for a walk, drawing, read storys with him, singing songs  Franzis and Recardo: help by doing homeworks | 11 hours a week | Kathrin Lenz | 616 |
| Babysitting | Apr-2007 - Present | Fiona Celine, female, she was 1 month if i start to take care of her | give her the bottle, change nappy, read storys with her, singing songs, go for a walk to play on the playground | every three month average 6 hours | Eileen Zedler | 72 |

PLAINTIFFS' RESP. APP.0002218

CONFIDENTIAL                                                                 AIFS0010682

| Youth or church group/club | Jan-2003 - Jul-2008 | 5-10 children age range: 8-12 | we made our own dance choreographies in modern and classic dance | 2 hours in a month | Walpurga Walter | 132 |
|---|---|---|---|---|---|---|
| Total Hours | | | | | | 990 |



# Application Form

Janine Pachulla (nickname: Janine)
ID: 148548
Country: Germany
Last Updated: 21-Sep-2010

## Childcare Skills

Infant skills How often do you...

| | | | |
|---|---|---|---|
| Prepare a baby's bottle | Always | Feed a baby with a bottle | Always |
| Feed a baby with a spoon/fork | Always | Burp a baby | Always |
| Bath an infant (9-12 months) | Sometimes | Change a diaper (nappy) | Always |
| Put a baby to bed | Always | | |

Toddler and older children skills How often do you...

| | | | |
|---|---|---|---|
| Prepare meals (1+ years) | Sometimes | Put children to bed (1+ year) | Always |
| Bath a toddler | Sometimes | Bath an older child (2+ years) | Sometimes |
| Care for a sick child | Sometimes | | |

Have you ever helped potty-train a child Yes

## Family Background

Religion:                          ATHEIST

Please enter any additional information regarding your religion that you would like host families to know:

Native Language:           German         Number of Siblings:          1
Languages you can speak other than English and your native language:
a little bit french

## Driving Details

| | |
|---|---|
| Do you have a valid driving license? | Yes |
| What type of driving license do you hold? | Full |
| When did you pass your test? (dd/mm/yyyy) | 20-Apr-2007 |
| When did you first start learning to drive? (mm/yyyy) | Dec-2006 |
| How often do you drive per week? | 4 or more times per week |
| Did you take lessons with a qualified instructor? | Yes |

PLAINTIFFS' RESP. APP.0002219

CONFIDENTIAL                                                                    AIFS0010683

| | |
|---|---|
| What kinds of roads do you usually drive on? | City, Highway, Country, Snowy/Icy |
| Have you ever had a driving accident? | No |
| Have you ever been penalised for any driving offenses? | No |

## Educational History

| | |
|---|---|
| High School | Sekundarschule |
| Dates from/until | 2004-2005 |
| Name of qualification | school-leaving certificate |
| Subjects studied | I made my exam in mathematics, german, english, astronomy, physics |
| Completed? | Yes |
| College / University | Gymnasium Burg |
| Dates from/until | 2001-2004 |
| Name of qualification | |
| Subjects studied | |
| Completed? | No |
| Other education | HOGA Schloss Albrechtberg |
| Dates from/until | 2005-2008 |
| Name of qualification | Hotel business woman |
| Subjects studied | |
| Completed? | Yes |

When you return to your home country, do you plan to go to university or college?            No

## Work Experience

| | |
|---|---|
| Other than work caring for children, have you had any other jobs / employment (paid or voluntary)? | Yes |
| Job Title | Chef de rang/waitress |
| Dates from/until | 2008-now |
| Responsibilities | I have to be in charge of the money. I greet the guests. I make/organize reservations. I recommend wines/meals. I serve what the customer have ordered. |
| Paid / voluntary | Paid |

What job or career do you hope to have in the future?

To be a head receptionist in a great hotel on a beautiful island or maybe after my Au Pair year I could imagine to begin an education as a kindergarten teacher, because I love children.

## Hobbies & Interests

Do you have any other hobbies?

Volleyball, Travelling

Please select any certificates you have from the following

First Aid

Do you have any other special skills / certificates?

First Aid for toddlers and infants

Do you know how to swim?                                                                    Yes

PLAINTIFFS' RESP. APP.0002220

CONFIDENTIAL                                                                              AIFS0010684

| How well do you swim? | Advanced |
| Have you lived away from home for two months or more? | Yes |

Please provide details

At this time I work in switzerland and I´m away from home for 3 months or more. Thats no problem for me.

And for my education for 2 years ago, I moved to dresden, there was I´m for 1 or 2 months away from home.

| Have you visited the USA before? | No |

How long were you there for (include dates) and what type of visa did you have (if applicable)?

## Smoking Declaration

Do you smoke cigarettes? No

## Criminal Record

Have you ever been cautioned, charged or convicted in connection with a criminal offence? No

## Medical & Health

Do you suffer from any allergies to
Please provide further information about your allergy/allergies.

| Do you follow a special diet? | No |
| Do you have any problems with your health? | No |
| Do you take any medication? | Yes |

Please provide details

birth control pill

| Have you been hospitalised or been in the care of a doctor within the past twelve months? | No |
| Have you ever suffered from a nervous or emotional condition? For example, depression, anxiety, an eating problem, etc | No |
| Have you ever been a victim of sexual, emotional or physical abuse? | No |



# Interview Report Form

Janine Pachulla (nickname: Janine)
ID: 148548
Country: Germany

## The interview

| Interviewer | Annika Koslosky | Interviewer number | 13449 |

PLAINTIFFS' RESP. APP.0002221

CONFIDENTIAL

AIFS0010685

| Agency | AIFS Deutschland | Country | Germany |
|---|---|---|---|
| Interview date | 10-May-2010 | | |

Total amount of time spent with applicant (including CPI and previous meetings) 2 hours

## Childcare Experience

Please provide details of your discussion on the applicant's practical childcare experience

Janine is a great young woman and has a lot of practical childcare experience.

Most experiences she gained from babysitting the kids of the Lenz family. There are Jordan, Yannik, Franzis and Recardo who were between newborn and thirteen years old when she started taking care of them. With the baby she went for walks, gave him the bottle or changed diapers. She also put him to bed. With Yannik she played, sang songs or read stories. For the two older ones she was a help with their homework. "It's amazing to see them develop. You intensify the time with them and repeat stuff they learned and after a while they get better and better. I am so proud to see them improve and develop their own characters" Janine says with a smile. You can see that she is very proud of "her" kids.

She also did two internships at a kindergarten. She told me she wanted to find out the difference so she went to a regular kindergarten and a catholic one. The kids where between six months and six years old and Janine said that the catholic kindergarten was more organized and structured with song, prayers and religion. But kids at the other one were more relaxed and had more choices they could make on their own. "Kids pick up so fast and that makes it very easy to be with them and teach them new things. And they really enjoy new challenges - it was real fun!" says the charming young woman.

For about five years Janine also taught kids choreographies at a dance school. She had her own groups and motivated between five and ten kids at the same time to learn modern and classic dance.

Janine has a lot of fun being with kids.

List the type of activities the applicant likes to do with children.

Janine loves to be with children outdoors. She would take them to the playground, play with them hide & seek, tag or let them jump and run. "It's important that kids lose their energy and train their balance. To be out in the fresh air is the best" the active young woman adds.

Indoors Janine lets them be creative. She enjoys reading books to them (especially a book from her own childhood, translated 'The blue rabbit'), lets them relax or sings songs with them.

What does the applicant think are the most important qualities for being an au pair?

Janine thinks that an Au pair should be experienced with children. She should be calm, relaxed, patient and diplomatic. Other advantages are if she is careful, organized and loving. Janine also said an Au pair should be very responsible, trustworthy and adaptable. She should listen to the host parents' rules of education and be able to talk about problems and difficulties that might come up.

## Motivation & Expectations

What motivated the applicant to apply for this program?

Janine is very outgoing and curious. She wants to experience the American life and be a part of an American family. Janine's parents wanted her to do an apprenticeship first, so she went to a school of hotel management, graduated and works as a waitress in Switzerland now. "It's about time to see some parts of the world! I want to meet new people, learn about new cultures and traditions. But the most important thing is that I want to work with children. Becoming an Au pair in America is the perfect combination to do all of that" Janine says with excitement.

What does the applicant think life will be like as an au pair in the USA?

Janine thinks life in the US seem to a lot different to her life now. She thinks that American parents are more relaxed about their children and offer them more activities. She, as an Au pair, will have more responsibilities and learn a lot of new things. She loves the thought of combining working with kids and living in a new family, learning new things and travelling a lot.

How does the applicant feel about driving in a foreign country?

Janine got her driving license in 2007. Since then she has been driving regularly. She considers herself a very good and safe driver; she does not have any concerns about driving in the US.

PLAINTIFFS' RESP. APP.0002222

CONFIDENTIAL

AIFS0010686

## English Skills

| | |
|---|---|
| Is English the applicant's first language? | No |
| How long has the applicant been studying English? | 10 years |
| Please rate the applicant's understanding of spoken English | Very Good |
| Please rate the applicant's spoken English | Very Good |

Please comment on the applicant's communication skills in English

Janine is very outgoing and talkative. She has a lot to talk about and shares her thoughts. It was a really nice to converse with her since she speaks very lively about things she likes and did. She comes across very open and bubbly and smiles a lot.
In her job she has to talk with customers in English a lot, since the hotel is very international.

How long did you spend speaking English with the applicant during the interview?            50 minutes

## Medical & Health

Does the applicant need any daily medication for any condition relating to her health?       No
Does the applicant have any health or emotional issues a host family should be aware of? No
Is there any history of abuse/depression/counselling, etc. in the applicant's background?     No

## Criminal Check

Has the applicant ever been convicted, charged or cautioned in connection with a criminal offence? No

## Background & Interests

Please list any special skills, certificates or talents the applicant has.

Janine loves to teach somebody, especially kids. "They are so very curious and take information in like a sponge." Janine said with a smile.
She also loves to dance and sang in a school choir. Janine is outgoing and curious about the world.

What is the applicant's current academic status?                     Not intending to study

Comment on the applicant's family history/background and relationships with family members.

Janine is an independent and reliable young woman living on her own in Switzerland, where she works as a waitress. She doesn't come home too often since she has to work so much. But when she sees her family three or four times a year she is always especially happy. She misses them a lot. They have a very good relationship and they talk on the phone to hear from each other and talk about important things in their lives. The whole family supports her wish to become an au pair completely.

What household duties/chores does the applicant do in the home?

Since Janine has her own household she does everything in her tiny apartment. She cleans up everything, keeps it tidy and does her own laundry.

Please select the applicant's current occupation from this list. If the applicant is currently unemployed, the most recent job should be used. If the applicant has never been employed, please select 'University Undergraduate Student'
EMPLOYEE OF PRIVATE BUSINESS

## Personality & Appearance

Based on your meetings and conversations with the applicant, please describe her personality in as much detail as possible

PLAINTIFFS' RESP. APP.0002223

CONFIDENTIAL

AIFS0010687

Janine is a really friendly and outgoing young woman. She can handle children very well and has a lot of fun being with them. Just by talking about children you can see how much she loves them - she talks very lively about her experiences she gained. She considers herself as funny, outgoing, warm-hearted and always positive. And you can really tell by just talking to her. Sometimes she can be a little impatient, but just with things she cannot control.

Janine has a wonderful personality, is helpful and feels very responsible. She does not seek conflict but prefers to resolve problems right away. She is reliable, punctual and has a lot of common sense. Janine is a generally happy person and sees what needs to be done without being told. Because of her job and living on her own she is really independent. She will be a great support for her host family.

Please describe the applicant's appearance at time of interview (eg, style, clothing, visible piercings or tattoos)

Janine wore a pair of jeans and a shirt to the interview. She is a big but really active girl with long brown hair and dark brown eyes. She likes to wear bigger earrings and likes to get her nails done. She had a neat appearance.

# Evaluation

What are the applicant's greatest strengths and weaknesses and why would you recommend this applicant?

Janine is a born au pair. She has a great feeling for children's needs. She is a lovely person and has a wonderful and warm personality, an optimistic and realistic attitude and knows what she does.

She is trustworthy and mature. It was a pleasure to have Janine as an Au pair candidate and I would highly recommend her - she will make a great au pair and an excellent member of your family. The family who gets her is very fortunate.

Do you have any additional information to share with a host family about the applicant (eg, further medical information)?

No

# Ambassador Referral

Has the Applicant been referred by an Au Pair in America Ambassador?

No

# Declaration

I declare that I have conducted this interview in person and that the interview report is a true and correct reflection of the interview.

Yes



# Telephone Reference

Janine Pachulla (nickname: Janine)
ID: 148548
Country: Germany

# Reference Summary

| Type | Referee | Checked on |
| --- | --- | --- |
| Childcare Reference | Eileen Zedler | 24-Jun-2010 |
| Childcare Reference | Frau Pichotka | 07-Jun-2010 |

CONFIDENTIAL

AIFS0010688

Childcare Reference  Kathrin Lenz   15-May-2010

# Childcare Reference

Completed by                                              Annika Koslosky

Date of telephone conversation                           24-Jun-2010

Referee's name                                           Eileen Zedler

Referee's main contact number                            +49 152 27616510

I confirm that I have verified the dates, frequency of care and ages of the children during my conversation with the referee

Yes

Summary of childcare duties / practical placements / the course the applicant completed

feeding, playing, reading, putting to bed, changing diapers, helping potty train, going for walks and to the playground

Referee's comments about the applicant's special skills and strengths

Ms Zedler mentioned that Janine always stays calm, is great with her little daughter and always relaxed. Her little girl really likes Janine being around.

How does the referee describe the applicant's communication skills?

Since Ms Zedler has known Janine for over thirteen years she really knows her well. She descirbed Janine as loving, friendly and very communicative.

Please provide any further comments on your conversation with the referee

Ms Zedler knows that Janine had the wish to become an Au pair for ages. She is convinced that Janine will do a great job and be a huge support for the family.
Even though Ms Zedler doesn't speak English she understood all questions since she filled out the form with Janine together.

# Childcare Reference

Completed by                                              Annika Koslosky

Date of telephone conversation                           07-Jun-2010

Referee's name                                           Frau Pichotka

Referee's main contact number                            +49 3921 989722

I confirm that I have verified the dates, frequency of care and ages of the children during my conversation with the referee

Yes

Summary of childcare duties / practical placements / the course the applicant completed

playing with kids, reading books, singing, helping them getting dressed, helping with meals, entertain them

Referee's comments about the applicant's special skills and strengths

Ms Pichotka said that Janine is very loving with the kids and really knows how to handle them. She has a feeling for their needs and is always patient with them. She also said that Janine has a lot of good ideas how to entertain them.

How does the referee describe the applicant's communication skills?

Janine is very communicative and talkative said Ms Pichotka. She is very open-minded and interested in many things.

Please provide any further comments on your conversation with the referee

Ms Pichotka added that Janine did a great job in those two weeks. The kids loved her and she is convinced that Janine will be a great Au pair.

PLAINTIFFS' RESP. APP.0002225

CONFIDENTIAL                                                                              AIFS0010689

## Childcare Reference

| | |
|---|---|
| Completed by | Annika Koslosky |
| Date of telephone conversation | 15-May-2010 |
| Referee's name | Kathrin Lenz |
| Referee's main contact number | +49 39222 2782 |

I confirm that I have verified the dates, frequency of care and ages of the children during my conversation with the referee

Yes

Summary of childcare duties / practical placements / the course the applicant completed

Janine was responsible for four children. She helped with all possible chores, feeding the baby, changing diapers, preparing meals, entertaining the kids. With the older ones she studied for tests or did homework with them.

Referee's comments about the applicant's special skills and strengths

Ms Lenz said Janine is really adaptable and considerate. She knows how to handle a bunch of children and always stays calm. She is patient at all times and makes her children laugh. Ms Lenz also said that Janine is very independent and positive.

How does the referee describe the applicant's communication skills?

Ms Lenz said that Janine is always communicative. She knows what she is talking about and likes to share her thoughts. She is respectful towards adults and children.

Please provide any further comments on your conversation with the referee

Ms Lenz mentioned that Janine was always a great help and she is convinced that she will be a great support for the future host family.

Ms Lenz doesn't speak English but she understood all questions since she filled out the form with Janine.

PLAINTIFFS' RESP. APP.0002226

CONFIDENTIAL                                                                                                    AIFS0010690

APPLICANT'S NAME: _Barbietta Janine_

## Au Pair IN AMERICA — Childcare Reference

MEMBERSHIP NO:

FOR OFFICE USE ONLY

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)? _She is a friend of mine_

How long have you known the applicant? _for several years (15 years)_

How long has the applicant been employed by you/cared for the children? From _04_ / _____  To _____ / _present_

Please provide the following details regarding the children the applicant cared for:

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| Tom Céline / female | 1 month | | every 3 months | fully responsible |

If you taught the applicant a childcare course, please provide details about the course:

Please give a full account of the applicant's duties as a child carer: _She gave her the bottle, changed the nappies, made girls training with her, go with her for a walk to the playground, played with her, do handicraft work with too_

Describe any special skills and abilities the applicant showed: _She was always very kind, open-minded and Tom Céline dad a lot of fun to play with her_

Please give your opinion on how the applicant handles stressful situations: _She is a positive a very positive and calm person, She knows how to handle with sensitive persons when we in stressful situations_

Please give your opinion on how the applicant has adapted to new circumstances / new cultures: _She is very interested in new cultures, new situations and very open about it_

To the best of your knowledge, has the applicant ever been convicted of or charged with a criminal offence?  ○ YES   ◉ NO

If yes, give details: _____

To the best of your knowledge, does the applicant have any health or family problems?  ○ YES   ◉ NO

If yes, give details: _____

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: _She loves new challenges, love to take care of children. She is really responsible and she is really interested to be a part of your family, she is the right choice to be a big sister with a good friend from your children_

### REFEREE'S DETAILS

Name (please print): _Exeter, Colern_     Occupation: _Poacher_

Telephone Number: _0152 1270 16940_     Mobile/Cell Number: _____

Best time(s) to call: _6 o'clock pm_     Dates in the near future when you will not be

CONFIDENTIAL

## Au Pair IN AMERICA — **Childcare Reference**

**APPLICANT'S NAME:** _____

**MEMBERSHIP NO:** ①④⑧⑤④⑧
FOR OFFICE USE ONLY

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)? _Erzieherin im Kindergarten „Spatzenwinkel" ; befreundete Familie_

How long have you known the applicant? _seit 20 Jahren_

How long has the applicant been employed by you/cared for the children? From ①① ②⓪⓪③ To ①① ②⓪⓪④
m/m yyyy   m/m yyyy

Please provide the following details regarding the children the applicant cared for:

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| ca. 25 children | 5-6 years | 5-6 years | (2 weeks) 8h a day | helper |

If you taught the applicant a childcare course, please provide details about the course: _Janine hat eine ruhige und ausgeglichene Art und findet so schnell Kontakt_

Please give a full account of the applicant's duties as a child carer: _- sie gab Hilfe u. Unterstützung bei Aufgaben der Kinder z.B. beim Anziehen, Aufräumen ; i. Waschraum_

Describe any special skills and abilities the applicant showed: _Janine ist sehr flexibel und anpassungsfähig ; ist aufgeschlossen Neuem gegenüber_

Please give your opinion on how the applicant handles stressful situations: _in stressigen Situationen blieb Janine ruhig und besonnen_

Please give your opinion on how the applicant has adapted to new circumstances / new cultures: _sie steht neuen Situationen offen gegenüber ; paßt sich schnell an die neue Situation an_

To the best of your knowledge, has the applicant ever been convicted of or charged with a criminal offence?  ○ YES  ⊗ NO

If yes, give details: _____

To the best of your knowledge, does the applicant have any health or family problems?  ○ YES  ⊗ NO

If yes, give details: _____

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: _sie hat einen liebevollen Kontakt zu Kindern ; ist verantwortungsbewußt_

**REFEREE'S DETAILS**

Name (please print): _Büchner, Heike_    Occupation: _____

Telephone Number: _____    Mobile/Cell Number: _____

Best time(s) to call: _____    Dates in the near future when you will not be

CONFIDENTIAL

AIFS0010692

Beurteilung der Praktikantin Janine Pachulla

Frau Pachulla absolvierte in der Zeit vom 16.11.-26.11.2009 ein Praktikum in unserer Kindereinrichtung, dem Altstadtkindergarten " Spatzenwinkel" in Burg. Während dieser Zeit war sie in einer Gruppe von 24 Kindern im Alter von 5-6 Jahren eingesetzt.
Durch ihre freundliche und ausgeglichene Art fand sie recht schnell Kontakt zu den Kindern der Gruppe. Sie lernte den Tagesablauf mit den verschiedensten Aktivitäten, z.B. den Mahlzeiten, dem Aufenthalt im Freien , den Lernangeboten sowie dem Freispiel kennen. Gern unterstützte sie die Kinder bei ihren Tätigkeiten und half z.B. beim Anziehen, Aufräumen oder im Waschraum.
Ihr Verhalten den Kolleginnen gegenüber war stets freundlich und korrekt. Frau Pachulla erschien stets pünktlich zur Arbeit und erfüllte die ihr übertragenen Aufgaben gewissenhaft. Zum Abschied bastelte sie z.B. 2 Fensterbilder, die den Kindern viel Freude bereiteten und nun unsere Gruppe schmücken.
Für ihren weiteren Lebensweg wünschen wir ihr alles erdenklich Gute sowie auch viel Erfolg und Freude bei ihrer Tätigkeit im Ausland.

H. Büchner
Erzieherin

**Kindertageseinrichtung**
Altstadtkindergarten
» Spatzenwinkel «
Berliner Str. 42
39288 Burg
Telefon: 4 53 21

R. Lips

CONFIDENTIAL

APPLICANT'S NAME: _____

# Au Pair IN AMERICA **Childcare Reference**

MEMBERSHIP NO:
(1)(4)(8)(5)(9)(8)
FOR OFFICE USE ONLY

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)? _Janine ist die Tochter meiner Freundin_

How long have you known the applicant? _seit ca. 7 Jahren_

How long has the applicant been employed by you/cared for the children? From (1)(1) (2)(0)(0)(8) To (1)(2) (2)(0)(0)(9)
m/m  yyyy  m/m  yyyy

Please provide the following details regarding the children the applicant cared for:

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| Jordan, male | born in april 09 | 8 months | 11 hours | Jordan + Yannik |
| Yannik + Recardo, male | 2 & 8 years | 3 & 9 years | a week | fully responsible |
| Fränzis, female | 13 years | 14 years | | Recardo + Fränzis helper |

If you taught the applicant a childcare course, please provide details about the course:

_____

Please give a full account of the applicant's duties as a child carer: _Janine war als Babysiter, Hausaufgabenhilfe, Kinder-betreuerin für mich da (Baby gefüttert, gespielt, körperhygiene durchgeführt, größere Kinder - Hausaufgaben erledigt, für Klassenarbeiten mit den Kindern geübt, Kinder zum Training begleitet_

Describe any special skills and abilities the applicant showed? _Janine erteilte Nachhilfe bei den Hausaufgaben_

Please give your opinion on how the applicant handles stressful situations: _Janine war in stressigen Situationen stets ausgeglichen und ruhig, was sie auch auf die Kinder übertragen konnte, sie handelte sehr besonnen_

Please give your opinion on how the applicant has adapted to new circumstances / new cultures: _Janine passt sich neuen Situationen sehr schnell an, war stets für alles Neue sehr offen, brachte eigene Vorschläge ein, man vertraut ihr sehr schnell, da sie eine sehr angenehme Art und Weise und eine sehr positive Ausstrahlung hat_

To the best of your knowledge, has the applicant ever been convicted of or charged with a criminal offence?  ◯ YES  ⊗ NO

If yes, give details: _____

To the best of your knowledge, does the applicant have any health or family problems?  ◯ YES  ⊗ NO

If yes, give details: _____

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: _Janine besitzt ein offenes Wesen, passt sich sehr schnell an, findet sehr gut Kontakt zu Kindern unterschiedlichen Alters, geht sehr liebevoll mit ihnen um und ist stets um deren Wohl besorgt_

## REFEREE'S DETAILS

Name (please print): _Lenz, Kathrin_  Occupation: _____

Telephone Number: _033222 12782_  Mobile/Cell Number: _____

Best time(s) to call: _nach 20 Uhr_  Dates in the near future when you will not be

PLAINTIFFS' RESP. APP.0002230

AIFS0010694

**APPLICANT'S NAME:** _____

# Au Pair
IN AMERICA

## Childcare Reference

MEMBERSHIP NO:
1 4 8 5 4 8
FOR OFFICE USE ONLY

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)?
*Janine Pachulla ist mir vom Tanzsport club „Blau-Gold Burg" e.V. bekannt*

How long have you known the applicant? *Ich kenne sie seit 12 Jahren*

How long has the applicant been employed by you/and for the children? From **01** **2003** To **01** **2008**
m/m    yyyy    m/m    yyyy

Please provide the following details regarding the children the applicant cared for:

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| *5-10 children* | *age range: 8-12 years* | *8-12 years* | *2 hours a month* | *fully responsible* |

If you taught the applicant a childcare course, please provide details about the course: _____

Please give a full account of the applicant's duties as a child carer: *Janine hat in Vorbereitung von Veranstaltungen Kinder betreut und hat mit ihnen Tänze für Programme erarbeitet und gestaltet.*

Describe any special skills and abilities the applicant showed: *Sie war aktives Mitglied im Tanzsport club und gab erlernte tänzerische Fähigkeiten und Kenntnisse an die Kinder weiter*

Please give your opinion on how the applicant handles stressful situations: *Janine hat ein ruhiges und ausgeglichenes Wesen, besitzt diplomatisches Geschick um Streitsituationen zu schlichten, handelt besonnen*

Please give your opinion on how the applicant has adapted to new circumstances / new cultures: *gute Beobachtungsgabe, offen für alles Neue, passt sich schnell an, rasche Auffassungsgabe, vertrauenswürdig*

To the best of your knowledge, has the applicant ever been convicted of or charged with a criminal offence?   ○ YES   ⊗ NO

If yes, give details: _____

To the best of your knowledge, does the applicant have any health or family problems?   ○ YES   ⊗ NO

If yes, give details: *Janine lebt in geordneten familien Verhältnissen, liebevoller Umgang*

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: *Janine ist Weltoffen und hat Spaß am Umgang mit Kindern. Sie geht liebevoll mit Kindern um, sie interessiert sich für fremde Kulturen und möchte stets neues Kennen lernen.*

### REFEREE'S DETAILS

Name (please print): *Frau Walter, Walpurga*      Occupation: _____

Telephone Number: *039215897*      Mobile/Cell Number: _____

Best time(s) to call: *nach 20 Uhr*      Dates in the near future when you will not be

CONFIDENTIAL      AIFS0010695

**Beurteilung Janine Pachulla**

Janine begann im Alter von 7 Jahren in unserem Verein mit dem Tanzen im Breitensport.
Mit Trainingsfleiß und Ehrgeiz wechselte sie dann vom Breitensport in den Turniertanzsport und nahm mit ihrem Partner erfolgreich an vielen Turnieren in unserem Bundesland und Turnieren in der gesamten Bundesrepublik teil.

Nach dem Ausscheiden ihres Partners, der aus beruflichen Gründen den Tanzsport aufgeben musste, widmete sich Janine dann den jüngsten Tänzerinnen und Tänzern unseres Vereines.
Janine organisierte gemeinsam mit anderen Vereinsmitgliedern Auftritte und Veranstaltungen, probte dazu mit den Kindern und betreute die Kinder während der Proben, Auftritte und Veranstaltungen.

Gern gab sie ihre erlernten tänzerischen Fähigkeiten und Fertigkeiten an die Jüngsten weiter, wobei sie die ihr anvertrauten Kinder liebevoll umsorgte.

Janine hat eine ruhige, ausgeglichene Art und handelt auch in stressigen Situationen stets besonnen.
Auch zu den Eltern der Kinder hatte Janine ein sehr gutes Verhältnis und wurde von ihnen respektiert und geachtet.

Während der Arbeit mit den Kindern konnte man immer wieder feststellen, wie viel Spaß und Freude Janine an dieser Arbeit hat. Ihr lag das Wohl der Kinder stets am Herzen.

Der Verein bedauert Janine ihr Ausscheiden, da sie im Vereinsleben eine Stütze war, auf die man sich 100%ig verlassen konnte.

Wir wünschen ihr auf ihrem weiteren beruflichen und privaten Weg alles Gute und hoffen, dass sie ihre Wünsche und Ziele für die Zukunft verwirklichen kann.

Walpurga Walter
ehem. Vorsitzende TSC „Blau-Gold Burg" e.V,

**Tanzsportclub**
"Blau-Gold-Burg e.V."
Siedlerweg 8a
33288 Burg OT Schartau
Tel.: 03921 • 606960

PLAINTIFFS' RESP. APP.0002232

CONFIDENTIAL                                                                                          AIFS0010696



**APPLICANT'S NAME:** _____

## Childcare Reference

**MEMBERSHIP NO:** ⑴④⑧⑥④⑵

FOR OFFICE USE ONLY

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)? _Im keine Betreuung_

How long have you known the applicant? _seit dem Praktikum_

How long has the applicant been employed by you/cared for the children? From ⑴⑴ ②⓪⓪⑧ To ⑴② ②⓪⓪⑨

Please provide the following details regarding the children the applicant cared for:

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| ca. 24 children | 3-6 years & 6 months - 3 years | 3-6 years & 6 months - 3 years | (2 weeks) 9h a day | helper |

If you taught the applicant a childcare course, please provide details about the course: _____

Please give a full account of the applicant's duties as a child carer: _- Spielbegleiter -Unterstützung bei der Körperhygiene, beim An- u. Ausklei den, Eßmagebote unterbreiten_

Describe any special skills and abilities the applicant showed: _- Bezug, Ruhe u Ausgeglichenheit, - gute Beobachtungsgabe, ging gut auf Bedürfnisse d. Kd ein, brachte gute Ideen mit_

Please give your opinion on how the applicant handles stressful situations: _- ruhig u. besonnen, aber auch energisch_

Please give your opinion on how the applicant has adapted to new circumstances / new cultures: _- passt sich gut ab - fragt u. ist offen für bestehende Strukturen_

To the best of your knowledge, has the applicant ever been convicted of or charged with a criminal offence? ○ YES ⊗ NO

If yes, give details: _____

To the best of your knowledge, does the applicant have any health or family problems? ○ YES ⊗ NO

If yes, give details: _- sehr interessiert für Neues, hat Freude und Arbeit_

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: _Mit Kindern_

### REFEREE'S DETAILS

Name (please print): _Gabriele Pschotta_  Occupation: _Erzieherin/Kita-leiterin_

Telephone Number: _03321 389722_  Mobile/Cell Number: _____

Best time(s) to call: _vorm._  Dates in the near future when you will not be _____

CONFIDENTIAL

AIFS0010697

APPLICANT'S NAME: _____

# Au Pair Childcare Reference
IN AMERICA

MEMBERSHIP NO:

FOR OFFICE USE ONLY

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)? *Janine is the daughter from a friend of mine*

How long have you known the applicant? *for 7 years*

How long has the applicant been employed by you/cared for the children? From *11* *2008* To *12* *2009*

Please provide the following details regarding the children the applicant cared for:

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| Jordan, male | born in april 09 | 8 months | 11 hours | Jordan & Yannic |
| Yannic + Ricardo, male | 2 & 8 years | 3 & 9 years | a week | fully responsible |
| Francis, female | 13 years | 14 years | | Francis & Ricardo helper |

If you taught the applicant a childcare course, please provide details about the course: _____

Please give a full account of the applicant's duties as a child carer: *babysitter, helper to do homeworks, feed the baby, playmate, personal hygiene, come with me to dance training*

Describe any special skills and abilities the applicant showed: *she helped to learn for school. ?? was always calm and patient*

Please give your opinion on how the applicant handles stressful situations: *She was always calm and considered and the children were also infected by her patience*

Please give your opinion on how the applicant has adapted to new circumstances / new cultures: *was always open for new situations, had a lot of ideas, she's a person inspiring confidence, because she's very positive and pleasant*

To the best of your knowledge, has the applicant ever been convicted of or charged with a criminal offence? ○ YES ⊗ NO

If yes, give details: _____

To the best of your knowledge, does the applicant have any health or family problems? ○ YES ⊗ NO

If yes, give details: _____

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: *she's a open-minded person, adapt herself fast to new situations, get fast contact to children in different ages, always worried about the welfare*

REFEREE'S DETAILS

Name (please print): *Kathrin Lenz*  Occupation: _____

Telephone Number: *039222/7782*  Mobile/Call Number: _____

Best time(s) to call: _____  Dates in the near future when you will not be: _____

PLAINTIFFS' RESP. APP.0002234

CONFIDENTIAL                                                                                   AIFS0010698

APPLICANT'S NAME: _____

## Au Pair IN AMERICA — **Childcare Reference**

MEMBERSHIP NO: ⬡⬡⬡⬡⬡⬡
FOR OFFICE USE ONLY

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)? *I'm in the committee in the dance school where she was*

How long have you known the applicant? *I've known her for 12 years*

How long has the applicant been employed by you/cared for the children? From 01/2003 To 01/2013
m/m yyyy m/m yyyy

Please provide the following details regarding the children the applicant cared for:

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| 5 - 10 children | 8 - 12 years | 8 - 12 years | 2 hours a week | fully resposible |
|  |  |  |  |  |

If you taught the applicant a childcare course, please provide details about the course: *she took care for the children during dance events and prepared choreographies*

Please give a full account of the applicant's duties as a child carer: *she teached the children in dancing with her own dance abilities*

Describe any special skills and abilities the applicant showed: *she have a calm and balanced character and is diplomatic in quarelling situations*

Please give your opinion on how the applicant handles stressful situations: *she have a good power of observation and handle stressful situations diplomatic*

Please give your opinion on how the applicant has adapted to new circumstances / new cultures: *adapt oneself fast to new situations, open for new cultures, power of observations, responsible, trustworthy*

To the best of your knowledge, has the applicant ever been convicted of or charged with a criminal offence?   ◯ YES   ◯ NO

If yes, give details: _____

To the best of your knowledge, does the applicant have any health or family problems?   ◯ YES   ◯ NO

If yes, give details: _____

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: *She loves to work with children, she is open-minded, loving with children, interested in new cultures*

**REFEREE'S DETAILS**

Name (please print): *Walpurga Haller*          Occupation: _____

Telephone Number: *03921 5897*          Mobile/Cell Number: _____

Best time(s) to call: *after 8 p.m.*          Dates in the near future when you will not be contactable (eg vacation): _____

Do you speak English?   ◯ YES   ⊗ NO

CONFIDENTIAL          AIFS0010699

## Au Pair IN AMERICA · Childcare Reference

APPLICANT'S NAME: _____

MEMBERSHIP NO:
▢▢▢▢▢
FOR OFFICE USE ONLY

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)? *I'm a kindergarten teacher where she made her practical training*

How long have you known the applicant? *I've known her for 20 years*

How long has the applicant been employed by you/cared for the children? From ⟨4/4⟩ ⟨2010⟩ To ⟨4/4⟩ ⟨2013⟩
mm yyyy mm yyyy

Please provide the following details regarding the children the applicant cared for:

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| 25 children | 5-6 years | 5-6 years | 2 weeks 8h a day | helper |

If you taught the applicant a childcare course, please provide details about the course: *Jasmine is a very calm and balanced person and she is very sociable*

Please give a full account of the applicant's duties as a child carer: *she was the "helping hand" during prkton, the kids, to tidy up and in the washroom*

Describe any special skills and abilities the applicant showed: *she is flexible and adaptable. She is open-minded and interested in new situations*

Please give your opinion on how the applicant handles stressful situations: *in stressful situations, she was always calm and conscientious*

Please give your opinion on how the applicant has adapted to new circumstances / new cultures: *she's open for all new situations and adapt oneself fast to new situations*

To the best of your knowledge, has the applicant ever been convicted of or charged with a criminal offence? ◯ YES ⊗ NO

If yes, give details: _____

To the best of your knowledge, does the applicant have any health or family problems? ◯ YES ⊗ NO

If yes, give details: _____

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: *She is a loving person, loves children and is very responsible*

### REFEREE'S DETAILS

Name (please print): *Büchner, Heike*   Occupation: *Kindergarten teacher*

Telephone Number: _____   Mobile/Cell Number: _____

Best time(s) to call: _____   Dates in the near future when you will not be

PLAINTIFFS' RESP. APP.0002236

CONFIDENTIAL

AIFS0010700

APPLICANT'S NAME: _____

## Au Pair Childcare Reference
IN AMERICA

MEMBERSHIP NO:
( )( )( )( )( )( )( )
FOR OFFICE USE ONLY

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)? *She gave me her application, I'm the head childcare teacher in the kindergarten*

How long have you known the applicant? *I know her since the practical training*

How long has the applicant been employed by you/cared for the children? From ( 11 ) ( 2009 ) To ( 12 ) ( 2009 )
m/m yyyy  m/m yyyy

Please provide the following details regarding the children the applicant cared for.

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| ca. 24 children | 3-6 years | 3-6 years | 2 weeks | |
| | 6 months - 3 years | 6 months - 3 years | 9h a day | helper |

If you taught the applicant a childcare course, please provide details about the course: _____

Please give a full account of the applicant's duties as a child carer: *She was playmate, helper for personal hygiene and to put on/off the clothes, think games up*

Describe any special skills and abilities the applicant showed: *she's calm and balanced, good power of observation, a good feeling for the needs, had good ideas*

Please give your opinion on how the applicant handles stressful situations: *calm and considered, but also energetic*

Please give your opinion on how the applicant has adapted to new circumstances / new cultures: *adapt herself fast to new situations, open for new situations and cultures, if she doesn't know anything she's not to shy to ask*

To the best of your knowledge, has the applicant ever been convicted of or charged with a criminal offence?   ○ YES   ⊗ NO

If yes, give details: _____

To the best of your knowledge, does the applicant have any health or family problems?   ○ YES   ⊗ NO

If yes, give details: _____

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: *she's interested in new things, has joy to work with children*

**REFEREE'S DETAILS**

Name (please print): *Gabriele Pichotka*    Occupation: *kindergarten teacher*

Telephone Number: *03921/983722*    Mobile/Cell Number: _____

Best time(s) to call: _____    Dates in the near future when you will not be contactable (eg vacation): _____

Do you speak English?   ⊗ YES   ○ NO

CONFIDENTIAL

AIFS0010701

I've made a first aid course for children and newborns

CONFIDENTIAL

Bescheinigung Nr.: **011107/2010/100027/7**

**Malteser**
...weil Nähe zählt.

Name: Pachulla                     Vorname: Janine

geboren am: 13.01.1989   hat am/~~xxm~~: 08.05.2010   bis: -----

an dem Lehrgang
- ☐ Erste Hilfe (16 UE)
- ☐ Erste Hilfe Training (8 UE)
- ☐ Erweiterte Erste Hilfe (16 UE)
- ☒ Erste Hilfe bei Kindernotfällen (8 UE)
- ☐ Lebensrettende Sofortmaßnahmen –Führerscheinbewerber– (8 UE)
  - Dies gilt als Nachweis für die nach § 19 der Fahrerlaubnis-Verordnung für
  die Erteilung einer Fahrerlaubnis der Klassen A, AI, B, BE, L, M, S oder T vorgeschriebene
  Unterweisung in lebensrettenden Sofortmaßnahmen
  **Es darf nur ein Kurs angekreuzt sein!**

mit Erfolg teilgenommen. Der Kostenbeitrag in Höhe von EUR 35,00 wurde entrichtet.

**Malteser Hilfsdienst e.V.**
Diözesangeschäftsstelle
Blumenröder Str. 22
65549 Limburg/Lahn



i.A.

FO 5.3-1f/Vers. 2.0/25.01.2006

PLAINTIFFS' RESP. APP.0002239

CONFIDENTIAL                                                                                          AIFS0010703

PLAINTIFFS' RESP. APP.0002240

CONFIDENTIAL

AIFS0010704