# Exhibit 21

| | |
|---|---|
| From: | Laura Bull(/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LBULL) |
| To: | 'A. Guadalupe' |
| CC: | Judy Cusati; Heike Kriszun |
| BCC: | |
| Subject: | RE: Arrival Schedule |
| Sent: | 11/23/2010 04:11:33 PM 0000 (GMT) |
| Attachments: | |

Dear Debra,

You would need to pay Wenjuan her weekly stipend of $195.75 plus a pro-rated program fee of $160 each week she is with you.

If you have any other questions, please let me know!

Regards,
Laura
Laura Bull
Placement Coordinator
Au Pair in America
(800) 928-7247 ext. 5048
Lbull@aifs.com

Au Pair IN AMERICA
Trust the world's most experienced live-in child care program
(800) 928-7247
a division of the American Institute For Foreign Study (AIFS)

Mon - Thurs 8am-7pm
Friday 8am-5pm

---

**From:** A. Guadalupe [mailto:aagesq@comcast.net]
**Sent:** Monday, November 22, 2010 10:40 PM
**To:** Laura Bull
**Subject:** Re: Arrival Schedule

Hi Laura,

I heard from mile today and it seems things will likely work out.

Heike told me we would pay for the reassigns travel to Boston. I am wondering though about the rest. Do we pay her way and then simply the weekly stipend to the au pair? Do we not pay any other fees to Au Pair America until our permanent assign arrives?

We are willing to deal with the gap in having an au pair and continue with the care we have in place this school year. It would be good if Wenjuan cld stay with us a little longer but it sounds like she will start her other assignment on January 11th. We also think having the temp will give us a point of comparison.

We would take Mile now but she does not want to travel until after the Holidays.

Thank you,

Debra

----- Original Message -----
**From:** Laura Bull
**To:** 'A. Guadalupe'
**Cc:** Heike Kriszun
**Sent:** Monday, November 22, 2010 1:17 PM

PLAINTIFFS' RESP. APP.0002242

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　AIFS0018051

**Subject:** RE: Arrival Schedule
Dear Debra,
I just spoke with Milena and she said that she would be "ok" with a March arrival. February is just not a great situation. Milena would be home alone for two weeks and its really too early for her to take vacation (at least one week) even if she was willing. As you mentioned Milena would not be able to do too much in regards to finding a job or taking classes for that short time, but I really do think it would be best to wait for March especially if she is not willing to come at the end of December. The downside to this is that I do see that another family is interested in her and she may decide that she would prefer to come earlier. Plus, there would be a gap between when the temporary au pair leaves and when she would arrive.
I did post some other candidates available in January through March. Many of the au pairs from Mexico have travelled to the United States and may be willing to take their first week in February, but then she would also have another week in the last six months of her year.
I guess it depends on if you are ok without childcare from them time Wenjuan leaves and March or if you prefer to have an au pair before you leave in order to minimize the gap in childcare. We could always look at other rematch options.
I copied Heike on this email as she may have some other thoughts on the situation. Feel free to call me if you would like to discuss this in further detail!
Regards,
Laura
Laura Bull
Placement Coordinator
Au Pair in America
(800) 928-7247 ext. 5048
Lbull@aifs.com

Au Pair IN AMERICA — Trust the world's most experienced live-in child care program (800) 928-7247
a division of the American Institute For Foreign Study (AIFS)

*Mon - Thurs 8am-7pm*
*Friday 8am-5pm*

---

**From:** A. Guadalupe [mailto:aagesq@comcast.net]
**Sent:** Sunday, November 21, 2010 9:36 PM
**To:** Laura Bull
**Subject:** Arrival Schedule

Hi Laura,
I heard back form Milena regarding her arrival date. She just completed her studies last week and chose a January arrival date in order to spend time with her family through December. I told her we will be away for 2 weeks in February so are thinking of a March 1st arrival date. She can accommodate the schedule but it's not great for her as she can't really get a job or study during that time. She also expressed concern that we would want to continue on with our temporary au pair. Oh and she expressed that February is too soon for
her to take vacation time.
I discussed this with Anthony tonight and we can't think of any other alternative than the March 1st arrival date. It does not make sense for her to stay by herself in our house alone for two weeks in the cold when she does not yet know anyone in Boston.
Anyway, just want to keep you in the conversation. Look forward to hearing your thoughts and suggestions.
We will be back in Boston by February 28th or March 1st. When could Milena depart Costa Rica to take her four day course in Connecticut?
Thank You,

PLAINTIFFS' RESP. APP.0002243

CONFIDENTIAL                                                                                       AIFS0018052

Debra

PLAINTIFFS' RESP. APP.0002244

CONFIDENTIAL											AIFS0018053