# Exhibit 22



# Guidelines for a Successful Year



25256



# TABLE OF CONTENTS

**INTRODUCTION** 1

**A PREPARING FOR DEPARTURE** 1

**B EXPECTATIONS** 2
Yours 2
Your host family's 2
Au Pair in America's 2

**C ORIENTATION** 3
Orientation Staff 3
Your Role at Orientation 3
Your Fellow Companions 3

**D LIFE WITH YOUR HOST FAMILY** 3
Meeting the Family 3
Your New Home 3
The Training Period 3
Living Safely in Your New Home 4
Living Safely in Your New Community 4
Driving Safely in Your New Community 4
Safe Care of the Children 4
Effective Ways to Care for Children 5
Keys for a Successful Relationship 5

**E SETTLING INTO YOUR NEW ROUTINE** 5
Adapting to Your New Home 5
Arrival Fatigue 6
"Culture Shock" 6
Overcoming "Culture Shock" 6
Your host family's "Culture Shock" 6

**F YOUR COMMUNITY COUNSELOR'S INVOLVEMENT** 6
A Three-Way Relationship 6
Contact & Communication 7

**G EDUCATIONAL AND CULTURAL OPPORTUNITIES** 7
The Educational Requirement 7
Au Pair in America & Au Pair Extraordinaire Participants 7
EduCare Participants 7
Red Cross Scholarships 8
Cultural Events 8
Volunteerism 8

**H COMMUNICATION AND CULTURAL DIFFERENCES** 8
Different Communication Styles 8
Non-Verbal Communication 8
Cross-Cultural Communication 8
Social Networking Communication 8

**I DEALING WITH PROBLEMS AND CONFLICTS** 9
Talking 9
When an Issue Arises 9
Changing Host Family 9
Sexual Harassment Policy 9

**J PROGRAM REGULATIONS & ISSUES THAT COMMONLY ARISE** 9
1. On-Duty Schedule 10
   Your Responsibilities 10
   Duties & Hours 10
   "At Home" Parents 10
2. Free Time & Vacation Time 10
   Family Vacations 11
   Social Life 11
3. Travelling Outside the USA 11
4. Weekly Payment 11
5. Illness & Insurance 11
6. Medical Emergencies 12
7. Use of the Telephone 12
8. Driving & Use of the Car 13
   International Driver's License 13
   Insurance & Accidents 13

**K GROUNDS FOR DISMISSAL FROM THE PROGRAM** 13
The 3 No's: Alcohol, Drug or Child Abuse 13
Additional Issues 14

**L LEAVING THE PROGRAM BEFORE THE END OF YOUR YEAR** 14

**M THE EXTENSION PROGRAM** 15

**N THE END OF YOUR YEAR** 15
Your Travel Month 15
Arrangements for Returning Home 15
Your Completion Bonus 15
Leaving...... 16

**O THE RETURN PROGRAM** 16

**CONCLUSION** 16

**ADDENDUM**
A - US Government Exchange Visitor Program au pair Regulations 17
B - Visa Regulations 19
C - Host Family Agreement 19
D - Office and Emergency Contact Details 21

PLAINTIFFS' RESP. APP.0002249

AIFS0062536



# INTRODUCTION

**Congratulations! You have made a commitment to travel to the United States and live with an American family for one year on one of the Au Pair in America programs - Au Pair in America, Au Pair Extraordinaire and EduCare in America.**

**In the next few weeks and days you will be preparing to leave home - this Handbook will help prepare you for your year in the United States.**

*When you depart for the United States, be sure to bring this Handbook with you. You will need to refer to this information throughout your year in the United States.*

You will spend the first four days in the United States at an **Orientation** program and there you will meet Au Pair in America's Orientation staff and other au pairs and eduCare companions who are beginning their year in the United States too. After the Orientation program you will join **your host family** who lives in a community where there is an Au Pair in America local representative, referred to as a **Community Counselor**, and other **au pairs and eduCare companions**, like yourself, who are living with American families and caring for their children.

During your cultural exchange year
* You may have experiences that are exciting and fun
* You may have experiences that are challenging and difficult
* Along the way you may need help. There are many people that will be able to help you:
  > the Community Counselor who lives near your host family
  > Au Pair in America's representatives at our Connecticut (US) office
  > your host family
  > other au pairs or eduCare companions
  > other new friends you will meet along the way

All of us at Au Pair in America hope that your year living 'on par' as an au pair or eduCare companion with your American host family proves to be one of the most wonderful and enriching experiences of your life!

*Please note that in some countries, local offices or interviewers may co-ordinate some of the pre-departure materials and activities for you. Follow your local office or interviewer's advice if this is the case. If, however, you have other questions or concerns at any time, please do not hesitate to contact the London office.*



# PREPARING FOR DEPARTURE

When you were accepted onto the program you were asked to ensure that your passport was valid for at least 6 months beyond the date of your expected stay in the U.S. In the event you decide to extend your program stay your passport needs to be valid for 30 months after your arrival. If you have not yet taken care of this it is important you do so immediately.

The following is a list of what you will need to do between now and the time you depart for the United States. Read this handbook and the other enclosed materials carefully. Delays or mistakes could jeopardize your opportunity to come to America!

* Consider **packing as lightly as you can**. Take clothing that will be appropriate for all four seasons of the year. Some information about what you might expect in temperature

ranges is included in your Community Profile which is enclosed with this Handbook. Your host family can also advise you about what to expect.
* Get **plenty of rest** before you depart! During your first few weeks in the United States you will be very busy. The more tired you are the more difficult it will be for you to adapt to your new living environment.
* **Write to or email your host family** – and perhaps the children individually – to tell then a bit more about yourself. Send a few photographs if you can, and be sure to let them know how much you are looking forward to meeting them!

*Guidelines for a Successful Year 2010 · Au Pair in America*

PLAINTIFFS' RESP. APP.0002250

AIFS0062537

**B** EXPECTATIONS

- **You** have expectations about what your year will be like and what you hope to achieve during your year in America.
- **Your host family** has expectations of you as their au pair or eduCare companion.
- **Au Pair in America** has expectations of you in your role as an au pair or eduCare companion on our cultural exchange programs.

The first step to living successfully "on par" is making sure that your expectations are reasonable and can be met through the program and that the expectations of your host family can be met.

**Your Expectations**
It is likely that you can divide your expectations into four categories:

- what you personally expect to gain or accomplish during the next 12 months
- what you expect your host family to be like and what it will be like to care for the children
- what the community you will be living in is like and what your new friends will be like
- what you will gain from your educational experience

What you expect when you are still in your home country thinking about becoming an au pair or eduCare companion and what you expect once you are in the United States with your host family may be different.

In the first few weeks it may even seem very confusing. Everything you see and hear will be different, for example:

- language
- clothing styles
- street signs
- food
- customs

It is important to try not to get frustrated. Be open to treating what is different as a new experience each time and be open to changing your expectations. Seek help from your host parents, fellow au pairs and eduCare companions and Au Pair in America's Community Counselor when you need it.

You may not have a great deal of experience living with a family other than your natural parents and siblings. Living with another family, particularly one in a new culture, will be different. If you understand this, you can learn to accept your host family's expectations. You will need to begin to trust your host parents and the friends you make in your new community before you can begin to feel comfortable and happy.

**Your host family's Expectations**
When you first join your family, your host parents first concern will most likely be about you and their expectations of you as their childcare provider. Within just a few days of your arrival they will expect you to care for their children. They have much to teach you in a very short period of time.

In the beginning, it may seem that your host parents will not be expressing much interest in learning about you and your home country. Do not be upset by this. As you begin to feel comfortable caring for the children and being in your new home, there will be plenty of time for your host parents to learn about you and for

you to learn more about your host parents. In the first few weeks, expect to be more focused on:

- getting to know the children
- getting to know their routine
- learning your role in taking good care of them

In the first few days and weeks, your host parents will be anxious to see how well:

- you can follow their instructions about the care of the children
- you get along with their children
- the children accept you as their au pair or eduCare companion
- you can accept the household rules

Your host parents may not have much experience with having another adult living with them. They will need to learn to trust you before they accept you as part of the family.

With the exception of newborn infants, the children will also have expectations that need to be considered and understood:

- some children are very happy to see their new au pair or eduCare companion
- others are shy and unsure what to do or say when their au pair or eduCare companion arrives
- others may even be angry that the au pair or eduCare companion has arrived

It is important that you make every effort to get to know the children. A good way to do this is to involve yourself in activities with them that they enjoy. Whether they enjoy playing games, reading, colouring or swinging on swings, by expressing an interest in joining in on the activity they will begin to accept you as their friend. Do not expect to get to know the children by standing off in the distance and simply observing them. If you do, they will sense that you are not very interested in them and they will not respect your authority as a childcare provider.

**Au Pair in America's Expectations of You**
As the organisation that makes it possible for you to spend a year in America as an au pair or eduCare companion, our expectations are that you:

- take very good, safe care of the children you are in charge of at all times. You are never to leave a child alone and you are **never** to hit, shake or physically punish a child.
- respect your host family's home, their belongings and their household rules.
- comply with the educational requirements of the program. Refer to the Au Pair in America brochure and Section G in this Handbook.
- follow and respect program guidelines as established by the United States Government and the program policies established by Au Pair in America. Refer to the Au Pair in America brochure, Section J and Addendum A and Addendum B in this Handbook.
- let your host family, the friends you make in America and your Community Counselor help you integrate into a new culture, a new community and a new lifestyle.
- be open to the new experiences you will have during your stay; choose to engage in activities that are safe for you and the ones around you.
- don't lose sight of your goal to be an au pair or eduCare companion and experience living in America!

2

PLAINTIFFS' RESP. APP.0002251

AIFS0062538

 **ORIENTATION**

You will begin your year with a 4-day Orientation program. Upon arrival in the United States, you will be met and taken to the Orientation hotel near New York. On your first day you will meet very briefly with the Orientation staff and then will be able to settle into your room. You will share a room with two other au pairs or eduCare companions. Your meals will be provided. One of the first things you may want to do is to call home or send a postcard to let family and friends know that you have arrived safely. Further practical information on your time at Orientation is enclosed in the Placement Pack.

The program will be packed with valuable information that will help you learn to adapt to the different lifestyle you will be living in. However, remember that preparation and training for your stay in the United States starts before you leave home, by reading this handbook (and other information), viewing the Pre-departure Training Video and / or online training and beginning to think about the year ahead.

**Orientation Staff**
The staff of Au Pair in America at Orientation are available to help you.
- The **Orientation Coordinator** will conduct training sessions on American culture and laws, life with an American family, childcare, child development, safety, expectations, problem solving, emergency procedures, program guidelines and study options
- The **au pair Services Coordinator** will handle arrangements to ensure that a bed and meals and transportation are provided for you
- A **Community Counselor** to help you understand what life will be like in your new community when you join your host family
- **American Red Cross** trainers will provide you with valuable information safety and emergency procedures related to childcare in the United States

The Orientation staff are there to help you and are experienced in the concerns and questions which most au pairs and eduCare companions have regarding the first few days in a strange country.

**Your Role at Orientation**
Time is limited at Orientation and you are required to be present at **all** sessions. Training sessions are scheduled all day on each day. Free time is only available in the evening hours. Listen and ask when you don't understand or have questions. You have travelled a long way and are likely to be feeling both tired and excited. At night it is important that you get as much sleep as you can! You will have an opportunity to take a tour of New York; you will not have time to see all of the city, so you may wish to plan to return when you will have more time and are better able to enjoy it.

**Your Fellow Companions**
Any number from 50 to 270 au pairs and eduCare companions may arrive at once for the Orientation program from all over the world! Your fellow new arrivals will be a good source of comfort during the confusing first days. They may not know any more than you do about being in the United States, but they understand very well how you are feeling because they will be feeling much the same. Help each other, be open to new friendships and be alert to others' needs. You will often make friendships during these first few days that will last throughout the year, and beyond. If you share the initial excitement and anxiety, you have a good base for continuing to share your experiences.

We hope that by the end of Orientation you feel comfortable and confident about your ability to:
- adapt to a new culture
- perform your childcare duties
- understand the expectations of a successful year on the program

But this is only the beginning of your training. This is continued once you arrive in your host family's home, your community and your cluster. The more you understand about this new culture and your role as an au pair or eduCare companion, the more easily you can adapt to living in this new environment.

 **LIFE WITH YOUR HOST FAMILY**

**Meeting the Family**
On your fourth day in the United States you will leave Orientation and meet your host family for the very first time! You are likely to feel anxious, excited and tired. If your family lives within driving distance of the Orientation hotel, they will probably drive to pick you up and take you to their home. If they live further away, they will either provide an airline ticket or rail ticket, which you will receive at Orientation. Your host family or Community Counselor will meet you at the arrival airport or railway station.

**Your New Home**
When you first enter your new home it is likely that you and the members of your family will feel awkward. Your family will be wondering how they can make you feel comfortable and you may be wondering if you can feel comfortable. You may be inclined to feel like a guest and wait until what you need is offered to you. But you are not a guest and, as an au pair or eduCare companion, you are going to learn to become a member of your American family. Your host family is also going to learn how they can accept you as a member of their family. One way to learn how to feel comfortable in your new home is to offer to help out just as you might help your own parents back home. You will have a private bedroom. To make it feel more comfortable, we suggest you bring some small objects or pictures from home.

**The Training Period**
You have much to learn, especially in the first few weeks, and because each family and the needs for the care of their children are different, we cannot tell you exactly what you will learn and what to expect. You can, however, anticipate that the first few weeks will be very busy and intense. You will have much to learn in relation to the care of the children. This will require your careful attention and you will need to ask lots of questions. Asking questions is part of the American style of communicating. If you don't ask questions your host parents may assume you already know!

PLAINTIFFS' RESP. APP.0002252

AIFS0062539

As a requirement of the au pair and EduCare program:

- one of your host parents or another responsible adult must remain with you for the first three days. This is to help orient you to your duties as an au pair or eduCare companion
- if there is an infant in your host family, you may not take sole care of that infant until the child is at least three months old

It will take a lot of effort to:

- learn how to care for the children
- understand safety in and around the home
- remember how to operate household appliances
- know what to do in the event of an emergency
- remember household rules

Take notes: review and organise them in a way that you can refer to them when necessary.

**Living Safely in Your New Home**
It is important that you know where things are and how they work. This is to help you comfortably perform your childcare duties as well as learn to cope in your new environment. Everything will be different from what you know in your own home, from door locks to heating devices, from household appliances to the bath tub! Don't try to guess and run the risk of breaking them. Ask first for a demonstration of how they work. Listen carefully when anything is explained to you. Repeat what you hear so you are sure that you understand.
Remember - never be afraid to ask!

**Living Safely in Your New Community**

- You will need to become **familiar with your surroundings** and learn how to go from one place to another without getting lost. The first important address and telephone number to remember is your new home! Your host family or Community Counselor may provide you with a local map.
- You also need to know who to contact in the event of an **emergency**. Be sure to get clear instructions from your host parents about what they expect you to do if there is an emergency. They will be able to tell you in what instances you should contact them and how to do so, when to contact a nearby friend or relative and when and how to contact the local emergency service, such as police, fire or ambulance. If your host family does not provide you with a "directory" of important telephone numbers, ask them and make a list for yourself.
- Being able to **contact** your host parents at work and taking messages for them will also be important: be sure to discuss this with your host family.

**Driving Safely in Your New Community**
All au pairs and eduCare companions should have an International Driver's permit. Driving in America is very different from driving in your country because:

- road signs, markings on the road and the location of traffic lights are different
- the rules of the road are different
- you may have to get used to the speed limits being in miles (not kilometres)
- you may have to get used to driving on the opposite side of the road

Host families are not obliged to allow their au pair or eduCare companion to drive their car. Your host parents will go driving with you, take your driving experience into consideration and assess your driving skills before making a final decision about use of the car.

If your host parents do expect you to drive as part of your childcare responsibilities - and if they allow you to use the car during your free time - expect that they will drive with you until they are comfortable that you can drive safely. Your host parents may require you to take some driving lessons and even to take a State driving test. In some States you are required to have a State driving license before you are able to drive and be insured.

Au Pair in America may offer additional support if the driving practice period with your host family is not enough for you to feel confident about your driving ability. If after a discussion with your host family and Community Counselor it is felt that you need more formal instruction or a professional driving assessment, Au Pair in America may approve a contribution of up to US$100 for professional driving lessons.

Vehicles are expensive to operate. Expect to pay for the gas (petrol) if you are allowed to use the car for your own personal use. You should expect your host parents to place strict rules on when and where you can drive and how frequently you may use the car. Remember that no family is required to allow you to use the car and if you are allowed to use the car, you should consider it a privilege. Along with that privilege comes responsibility. Make it your responsibility to know how to operate the vehicle safely, read gas and oil gauges, and understand what you are to do in the event of a breakdown.
Refer to page 14 for information about **car insurance** and your **responsibility** in the event of an accident.

**Safe Care of the Children**
Just as you would in your own country, you will need to learn what your host parents will expect of you in the way of caring for their children. American culture is different from your own and the way you are expected to care for the children may be different from your culture and experience.

Your host parents are likely to spend the first several days discussing the care of the children with you, telling you what activities you should be doing with the children and what other childcare duties, such as cleaning and meal preparation, you will be expected to do. It is important that you listen and ask questions to help you clarify your understanding. Keep in mind that the family will expect you to adopt their methods of care. You must learn to adapt to them. If you are having difficulty doing so, ask for suggestions on how you might improve.

> *In Step 8 of the "Your Steps to America" Handbook, we outlined some of the responsibilities and duties you may have in caring for children, depending on their age. It may be useful to refer once again to that section, based on the information and guidance you have since received from your host parents.*

Understand that your host parents will want to talk about their children and discuss such things as:

- development
- behaviour
- achievements

Au Pair in America: Guidelines for a Successful Year 2016

PLAINTIFFS' RESP. APP.0002253

AIFS0062540

Also bear in mind that the daily routine - and therefore your childcare responsibilities and duties - may need to change throughout the year as the children grow and circumstances change. **Flexibility** is important as you embark on your year.

### Effective Ways to Care for Children

Effective as well as safe childcare is important in your role as a childcare provider in your host family. You need to help care for each child in a way that positively contributes to their development and learning. Always act in a manner which will enhance a child's self confidence.

The following important aspects will be covered in depth during the Orientation program but start thinking about them now:

- interactive rather than passive childcare
  > doing things with children rather than just watching them
- child development and developmentally appropriate activities for children
  > ways to provide effective childcare according to the way a child develops at different stages and ages
- ideas for things to do with children
  > games, activities, outings, reading, where to get ideas
- the use of children's media to:
  > entertain
  > educate
  > teach values
- cultural differences and values
  > what is important and appropriate in the eyes of American families and how your host parents will wish you to take care of their children
- discipline through understanding
  > ways to help a child think rather than fight over issues
- effective ways to handle:
  > problem solving
  > rules and giving choices
  > avoiding power struggles
  > discipline
  > feelings
- "Stranger Danger" and emergencies
  > how to ensure the safety of children in your care
- American techniques of discipline and punishment
  > using verbal rather than physical methods
  > developing choices for handling behaviour as it varies between children and situations

You and your host parents are encouraged to complete a **Childcare Questionnaire** shortly after arrival to help guide you in these areas. At monthly cluster meetings, your Community Counselor will give ongoing support and information to:

- expand upon the childcare training you received at Orientation
- focus on child development and safety topics
- generate discussions to help you as an au pair or eduCare companion with childcare issues
- give ideas for activities to do or outings to go on
- answer specific childcare related questions as they arise during your year

Of course you will have your own ideas, favourite activities and experience in caring for children and will have a lot to share with your family and friends. They will have a lot to teach you. Bear in mind that it is your host parent's child rearing philosophy, that is the way they have decided to bring up their children, that you must adhere to. Whatever you do, your host parents must approve of all activities, especially if you are taking the children out of the family home.

### Keys for a Successful Relationship

**Communication** is the most important key to making the au pair or eduCare companion and host family relationship work. This is addressed further in later Sections. Also bear in mind that the following will also help you and your host family get the most out of your year together:

- **mutual respect**: You will be living within another family, their home and their child rearing philosophy. You and your host family must respect each other in these capacities.
- **co-operation**: you and your host parents must be consistent in the way you care for and teach things to the children. It is important that you follow your host parent's guidance in their beliefs and wishes.
- **flexibility**: it is important that you and your host parents talk and listen to each other. As in any relationship, there will be the need to "give and take" on both sides.
- **trust**: since you and your family will be working independently on a day to day basis, your ability to demonstrate your responsibility and attention to safety with the children will earn a trusting relationship. In order to gain your host family's trust, it is important to be honest about even the most minor issues.

Host families and au pairs or eduCare companions who take the time to communicate, listen and compromise to reach one another's expectations can build the foundation for a good relationship and a safe and happy environment for the care of children.



## SETTLING INTO YOUR NEW ROUTINE

### Adapting to your New Home

Your adjustment to living in the United States will be similar to that of many other au pairs and eduCare companions who have come on this program, yet for each of you there will be subtle differences:

- You will grow as a person during your time on the program
- Living in a new home and environment, you will find that you integrate yourself into the family and community

- While you do not want to become an "American," you will have the possibility to gain knowledge on:
  > how Americans run their lives
  > the things they value
  > what practices are common
- You will have an opportunity to compare aspects of American life with your own

PLAINTIFFS' RESP. APP.0002254

AIFS0062541

- Complete immersion in an unfamiliar culture and family which will provide you with:
  > enlightenment
  > challenges
  > understanding
- You will have a great opportunity to build your own self-esteem and confidence in yourself

All of this can, however, create feelings you may not have expected. . .

### Arrival Fatigue

Some au pairs and eduCare companions feel extremely tired when they first arrive in the United States. Others feel very tired a few days after they arrive. Others do not experience fatigue at all. If you do experience fatigue, it is important to know that it is likely to be:

- the result of jet lag from your long journey
- the anxiety of feeling like a stranger in an unfamiliar place
- an unsettled sleep pattern - go to bed early so that you quickly get into the routine of sleeping at night and staying awake during the day.
- different food - at first, you may find it more comfortable to find foods that are familiar or similar to what you eat at home: a trip to the grocery store with your host parents during the first week may be helpful. As you become more accustomed to living in the United States, you will more readily try new and different "American" foods.

Fatigue may also result from language overload - even if English is your native language, listening and understanding "American" English will be different to what you are used to.

You may also experience stomach upsets. Let the Orientation staff or host family know if you need medication to treat these symptoms - don't be afraid to ask for help!

*If you have difficulty understanding, ask people to repeat what they are saying and speak more slowly. Practice speaking English as much as you can at Orientation and resist the temptation to speak in your native language with fellow au pairs and eduCare companions.*

If English is not your native language and you cannot seem to cope with the language as well as you expected to, don't panic! Once you have settled into your new environment and routine, things will become easier.

### "Culture Shock"

"Culture shock" occurs when everything that is familiar to a person has been taken away. When you leave your home you will leave behind all that is familiar to you, for example:

- family
- home
- food
- shops
- friends
- your bed
- your community
- the things that you like to do

Everything in the United States will be new and many things you see and do the first time after you arrive will be new. That is also what is most exciting about the adventure you are about to embark on!

There are several symptoms of culture shock. You may:

- feel overcome by homesickness
- feel very irritable or moody
- feel like you want to cry over nothing
- feel more sensitive to little issues that arise
- mourn the loss of friends and family
- become unbearably shy
- feel overly critical of the way Americans do things simply because they are different from what is familiar to you
- overeat or have difficulty sleeping

### Overcoming "Culture Shock"

Symptoms may appear very severe or very mild, and you may be very surprised that you are experiencing culture shock. Recognising that it can happen to you and that you can overcome it is the best way to deal with it.

Whether you experience cultural shock shortly after you arrive in the United States, two-three months later or at any other time, it is important to understand that the vast majority of people overcome it. It is important that you let your host family know - remember fellow au pairs, eduCare companions and your Community Counselor can also help you through this difficult time.

### Your host family's "Culture Shock"

It is possible for some families to experience a form of "culture shock" too. No one usually gives much consideration to the way we do things. Each person assumes that the way of life they have is "natural" or "right". Through hosting you as an international visitor, your host family will become aware that alternatives exist. Both you and your host family may feel your particular lifestyle is better or more "right". You may each feel defensive or protective and it is important that you recognise and appreciate the differences. Acknowledging that the other's way of doing things is not necessarily "wrong", just "different", is important. Remember sharing cultures is one of the primary reasons that you have chosen to come together in the first place.

 ## YOUR COMMUNITY COUNSELOR'S INVOLVEMENT

### A Three-Way Relationship

Your host family, you and your host family will also be in communication with the local Au Pair in America representative, your **Community Counselor**. Each of you have key roles in the relationship:

- Your **host parents** will be hosting you as their au pair or eduCare companion, training you and monitoring your care of their children. They will provide you with room and board, and accept and treat you as a member of the family.

- You, the **au pair or eduCare companion**, are expected to care for the children under the guidance of the hosting parents and develop an understanding of the United States and it's culture.

- Your **Community Counselor** can help you get to know your new community and will monitor the activities of your exchange relationship to ensure they are in keeping with the intent of program. He/she will help to maintain a balanced relationship between you and your host family.

Au Pair in America | Guidelines for a Successful Year 2016

PLAINTIFFS' RESP. APP.0002255

AIFS0062542

### Contact & Communication
To establish a successful three-way relationship, it is important to keep communication open between all three parties. You and your host family will talk daily; you can expect to be in touch with your Community Counselor as follows:

- Within 48 hours of arrival in your host family's home: your Community Counselor will contact you by telephone or personal visit to ensure that you have arrived safely and have begun to settle into your new routine. If you are participating on the EduCare program, your Community Counselor and host family will also assist you with choosing your courses and registering at your chosen college.

- After 2 weeks: your Community Counselor will arrange to meet with you and your host parents. This is an opportunity for him/her to:
  > observe your relationship with your host family
  > speak with both of you about your training period
  > review your educational needs
  > establish how well you are coping with your childcare duties and responsibilities and life in the United States
  > allow you and your host family to air any concerns and issues you may have
  > review your "on duty" schedule and have both you and your host family sign an agreement to that effect

- Monthly Contact: You are required to maintain monthly contact with your Community Counselor. Your counselor will arrange a cluster meeting or activity once a month. Plan to attend these, as in addition to giving you the chance to speak with your Community Counselor, these meetings will give you the opportunity to:
  > meet other au pairs and eduCare companions
  > discuss issues that you will face over the course of the year
  > participate in interesting activities
  > update and develop your knowledge of childcare

Your Community Counselor will also be contacting your host parents once a month, usually by telephone.

Of course your Community Counselor is available to speak to you at times other than those outlined above, when needed. He/she will let you know when they are usually available, plus how to deal with issues and emergencies at other times. Your Community Counselor will not be available 24 hours a day, 7 days a week. You must be sensitive to what is a true emergency rather than a concern which, although it may be important to you, is not an emergency. Appropriate time frames for responding to messages must also be considered. Remember: our Connecticut (US) office has a 24 hour free phone line if you are unable to contact your Counselor - or another Counselor covering for his/her duties - in an emergency. See page 12 for information on emergencies and Addendum C.



# EDUCATIONAL AND CULTURAL OPPORTUNITIES

### The Educational Requirement - Au Pair in America & Au Pair Extraordinaire Participants
One of the major goals of the Au Pair in America program is cross-cultural exchange. In order to meet this requirement, you are required to register and attend no less than six semester hours of academic credit (or its equivalent) at an accredited post-secondary institution in the United States. This averages 3 hours per week for 30 weeks. The following types of institutions will offer a variety of courses to meet your educational or career interests:

- public and private universities and colleges
- community colleges

Courses given by non-accredited institutions do not qualify to meet the educational requirements. Gym membership, sports instruction and private tutoring also do not qualify.

Your host family are required to pay up to US$500 to cover the tuition fees to satisfy the education requirement, and to provide transport to and from the place of instruction. In some cases US$500 will be sufficient to cover the tuition fees for the required courses. However, there will be cases where the cost of the course(s) you wish to take exceeds US $500. You will then be responsible for paying anything beyond US $500. We recommend that you spread your allowance over the year.

*Attendance at these classes is a mandatory requirement of the program. You must provide your Community Counselor with proof of attendance. If you do not attend the required qualifying classes, you will forfeit your Completion Bonus.*

Your host family and your Community Counselor will be able to provide you with information about the educational opportunities available in your community. The **Community Profile** enclosed with your Placement Pack will help to give you an idea about the general opportunities available to you in your community.

Attending courses will also give you the opportunity to develop friendships outside of your host family and to become involved in your community.

### EduCare Participants
As an EduCare participant you are required to register and attend no less than 12 semester hours of academic credit (or its equivalent) at a post-secondary accredited institution. This averages 6 hours per week.

Institutions available to you will include public and private universities and colleges as well as local community colleges. Courses given by non-accredited institutions do not qualify to meet the educational requirements. Gym membership, sports instruction and private tutoring also do not qualify.

Your host family will pay you up to US$1,000 towards the cost of tuition fees and provide transportation to and from the place of instruction. In some cases US$1,000 will be sufficient to cover the tuition fees for your chosen courses. However, depending on the courses that you choose tuition fees may exceed the US$1,000. Your host family will provide you with US$500 for the first half of your year and a further US$500 for the second half of your year.

Your Community Counselor and your host family will be able to advise you when choosing your courses and college.

The **Community Profile and Guide to the Educational Component** enclosed with this Handbook will help to provide you with details of colleges and courses that are available in your area.

Guidelines for a Successful Year 2010 - Au Pair in America

Attending courses will also give you the opportunity to make new friends and to become involved in your community.

### Red Cross Scholarships

Au Pair in America offers scholarships to au pairs and eduCare companions to attend first aid training courses offered by the American Red Cross. Your Community Counselor will be able to provide you with further information. Courses offered include First Aid, CPR and Infant and Child CPR.

### Cultural Events

You will be invited to attend an annual cultural event arranged by your Community Counselor. This will introduce you to something traditional or even unique in your community or area of the United States. (You may be required to contribute toward the cost of an event.)

### Volunteering

Many au pairs and eduCare companions have found volunteering in their local community to be a wonderful way to get to know their new community and to make new friends. This could be in local hospitals and schools, or in fund-raising events and walks or runs for worthwhile causes. You will also have the opportunity to participate in the Au Pair in America Global Awareness Program, further details of which will be available from your Community Counselor.



# COMMUNICATION AND CULTURAL DIFFERENCES

**You will begin to enjoy your year when you start to develop trusting relationships both with the members of your hosting family and the new friends you make in your community. The basis for developing a trusting relationship is communication.**

### Different Communication Styles

People from different parts of the world have cultural differences and communicate in different ways. You don't often think about your own cultural traits, yet you notice differences in other cultures: you may even think them strange!

Learning to communicate with Americans may take a great deal of effort and work on your part. This is because American culture is different from your own.

- Americans tend to speak very casually to people, no matter what the social relationship to one another. Americans are brought up to believe that all people are equal, so tend to ignore social differences when they speak. They encourage others to call them by their first names from the moment they meet them. Americans also have a tendency to talk about personal experiences and feelings with people they have just met.

- Americans tend to be more direct than people from other countries. Initially you may find this trait disconcerting. If your host parents are direct in speaking you may mistakenly believe they are being very abrupt or harsh.

- Unlike many other languages, the "American" language tends to sound judgmental. For example, Americans would ask "How good is the food here?", while someone from England might say instead "How is the food here?", sounding rather more objective. If you feel, by what your host parents say, that they are being overly critical of you, consider that this may be because of Americans' tendency to evaluate things.

- Americans tend to ask questions when they do not understand something. If you don't ask questions, they'll assume you understand. So, if you do not understand be sure to \ lots of questions until you do understand!

### Non-verbal Communication

Body language plays an important role in communication. It may also have different meanings across cultures. Americans tend to rely on the inflection or tone in a voice to determine the nature of a conversation. For example, when they ask someone how she is, and she replies "wonderful" with a rise in her voice, they are likely to think that she really does feel fine. On the other hand, if she says "wonderful" with no change in her voice, they will probably think that she either does not feel well or is being sarcastic. Facial expressions, the use of touch and the distance someone stands from you also have meaning in communication.

### Cross-Cultural Communication

Communicating in American English will require more thought than would be needed in communicating in your native tongue (even if this is English). In the beginning you will become tired more easily because of the effort it will take to communicate in a new language. Try not to become frustrated. Take your time to think through what is being said and be sure to ask all the questions you need. If you feel that your question may not be understood see if you can think of another way to ask the question. As the first few weeks go by it will become easier.

Remember it can work both ways: you may be misunderstanding your host family or they may be misunderstanding you. The key to understanding each other is to keep communication open by:

- talking to each other
- asking questions if something is unclear
- being as clear as you can
- being yourself

### Social Networking Communication

It is normal for young people to subscribe to social networking sites such as MySpace, Facebook and similar websites and blogs. Whilst it is understood that you will want to share your experience with friends and family during the course of your time in America and even before your departure, Americans are particularly concerned about having their personal information, especially their address and photos of their home and children being posted on the internet.

Be aware of the dangers of putting any sensitive information on the internet, and always consider your host family's wishes before posting any such personal or private information.

PLAINTIFFS' RESP. APP.0002257

AIFS0062544



# DEALING WITH PROBLEMS AND CONFLICTS

You will be hoping that your stay will be trouble-free . . . so do we. That is why we take great care to explain the program's goals and guidelines to you and your host family. This information is provided to ensure you both have realistic expectations of the year ahead. However, even the best relationship will encounter times of misunderstanding that will need attention to resolve differences.

**Talking**

The most significant step you and your host family can take to avoid problems is to **talk with each other openly and honestly**. Have daily discussions with your host parents to let them know how your day went.

This will lay a foundation of openness, friendship and trust and enable you to speak more readily about difficult situations. Even the most compatible au pairs and host families may face problems. As a family member you will have a very personal relationship with your host family and as a childcare provider, you also have a very critical and sensitive role within the family.

**When an Issue Arises:**

- talk about it with your host parents
  - > don't wait for them to speak with you as they may not be aware that a problem exists
- don't wait and hope the issue will go away
  - > you then risk letting small things build up into big problems
- set up an appropriate time to meet and discuss issues with your host parents. The children should not be present during such discussions because
  - > it may upset them to see you and your host parents disagreeing
  - > it may also undermine your own authority with them
  - > the issues to be discussed may often involve the children
- If you discuss the issue with your host family and you are still unable to resolve the issue, then contact your Community Counselor.
- remain flexible and don't be afraid to compromise!
  - > be assertive on issues that are important to you and compromise on others
- don't be vague
  - > communicate your concerns clearly and honestly
- don't discuss host family issues with other au pairs or eduCare companions
  - > it is not appropriate to share personal matters with others.

**Changing Host Family**

Your placement is a 12 month commitment to your host family; both the children and the parents. The first month you are with your host family is considered an adjustment period. Bear in mind

the information on **arrival and adaptation** (page 6) and **the training period** (page 4). If any conflicts arise you must address this with your host family and your Community Counselor.

Occasionally you might find yourself in a situation where the match with your host family cannot continue. It is very important to discuss details with your Community Counselor immediately if you think you may not be able to continue living with your host family for any reason. Depending on the circumstances APIA may consider rematching you with another host family. Transfers are generally not made within the first month or within the last 3 months of your stay, except in a case of extreme conflict.

Your Community Counselor will help you with the rematch process. You will be expected to continue your duties within the scope of the program guidelines. The rematch period is two weeks from the time that you, your host family and Community Counselor agree that the match will not continue. If you cannot stay with your host family during the rematch period, your Community Counselor will provide housing or supervise an alternative place for you to stay.

> *Bear in mind that you must follow your host parents' child-rearing philosophy. Follow the guidance that we gave on page 5 on keys for a successful relationship.*

**Sexual Harassment Policy**

Sexual harassment is prohibited, and any complaints regarding such conduct will be investigated. Appropriate corrective action will be taken if warranted.

Sexual harassment, whether between people of different sexes or the same sex, includes unwanted sexual advances, unwelcome requests for sexual favours, and other behaviour of a sexual, lewd, offensive or suggestive nature. Such conduct, whether verbal or physical, may unreasonably interfere with an individual's right to live and/or study without being subjected to an intimidating, hostile, or offensive environment.

- If you believe you have been sexually harassed (and there is no immediate danger), you may consider the following strategies:
  1. Say "no" to your harasser. Say it firmly without smiling or apologising.
  2. Tell your harasser, in writing, that you object to this behaviour. Describe the specific objectionable behaviours and insist that they stop. Keep a copy of what you write.
  3. Report the situation IMMEDIATELY to your Community Counselor.

IF YOU HAVE BEEN INJURED, ASSAULTED, OR THREATENED, OR IF YOU BELIEVE THAT YOUR PHYSICAL SAFETY MAY BE AT RISK, YOU SHOULD IMMEDIATELY CONTACT THE POLICE BY TELEPHONING '911'. Any report you make must be completely truthful. Making a false report is against the law.



# PROGRAM REGULATIONS AND ISSUES THAT COMMONLY ARISE

The Au Pair in America program has been designated by the United States government as an "Exchange Visitor Program", which enables Au Pair in America to use J-1 Exchange Visitor visas. Information about the regulations that govern the program are outlined in the Au Pair in America brochure. A transcript of the United States Government regulations can be found in Addendum A

in this Handbook. The wording of the current agreement that your host family signs with Au Pair in America can be found in Addendum D. They should be reviewed by you before you join your family and referred to as required throughout your stay. Here, in addition, we wish to highlight and clarify some of the more important issues.

PLAINTIFFS' RESP. APP.0002258

AIFS0062545

## 1.  ON-DUTY SCHEDULE

Shortly after you arrive at your host family's home, you and your host family will sign an agreement to confirm that you both understand your hours of childcare and your responsibilities. It is possible that the schedule and nature of childcare will change during the course of the year, depending on the ages of the children and the needs of your host family.

In developing your schedule, you must adhere to the following US Government guidelines:

- As an au pair or au pair Extraordinaire your childcare duty hours must total no more than 10 hours per day for a maximum of 45 hours per week.

- As an eduCare companion your childcare duty hours must total no more than 10 hours per day for a maximum of 30 hours per week

- You are expected to care for your host family's child(ren) and perform tasks related to their care.

- An Au Pair or eduCare companion cannot be responsible for caring for a child other than the host family unless it is for an occasional play date.

- If placed with a family who has a child aged less than 3 months, a parent or other responsible adult must be present in the home until that child is 3 months old. As an eduCare companion you will only be caring for children of school age.

- You are entitled to the following free time

  > a minimum of one and one-half days off per week. This does not have to be on consecutive days, but should include your Sabbath day, if you wish.

  > one weekend off per month (Friday evening to Monday morning).

  > vacation time, with weekly payment, equivalent to 2 weeks during your 12 months stay.

**Your Responsibilities**

Your responsibilities may include:

- Awakening the children, dressing infants and toddlers, bathing and playing with the children.

- Preparing meals for the children, looking after their belongings, making the children's beds, doing their laundry and straightening their room.

- Driving children to and from school, appointments or outings requested by the host parents.

- Caring for the children while the children sleep if a parent is not home. You are not expected to assume sole responsibility for a child for an extended period of time, e. g. overnight travel by host parents.

- Being home as necessary while children are absent from school due to illness or holidays.

By being an au pair or eduCare companion you are becoming a member of an American family. You will be sharing in their day-to-day lives and in the duties associated with family life, much as you would in your own home. In addition to childcare there is time that you will spend with your family. You should expect to share time with your host parents whether at meals, during the evenings or at weekends, and you should remember that you are a family member who joins in and shares the responsibilities of family life.

**Duties & Hours**

As you will be living with the children that you care for, it may be difficult to distinguish between "on-duty" and "off-duty" times for childcare. Likewise, it may be difficult to distinguish between those household duties that are "au pair or eduCare companion" versus "family" responsibilities that someone your age would normally carry out. Refer to the Au Pair in America brochure and "Your Steps to America" Handbook.

"On-duty" time is any time that you are either actively or passively responsible for the children, and not free to do something of your own choosing. This includes:

- anytime you are alone with the children

- anytime you are in charge - even if a host parent or other adult is present

It is to ensure that you are not confused about your schedule or duties that Au Pair in America asks you and your host parents to prepare a written schedule. If your schedule needs to vary from week to week, establish a time when you receive your schedule in advance. If you have a disagreement about the number of hours you are working, write down the hours that you consider yourself "on-duty" and compare it with the schedule that your host parents have given you. Then use this openly as a basis for discussion.

**"At Home" Parents**

Duties and hours may be more of an issue for au pairs and eduCare companions whose host parents are at home than for those who are away during the day. It may be confusing for both you and the children to know who is responsible for taking care of them.

- discuss how childcare duties will be divided between you and the at-home parent

- when "on-duty", exercise the same level of responsibility that you would if your host parents were absent

- plan, with your host parents, the best way to explain to the children how you will be caring for them

## 2.  FREE TIME & VACATION TIME

Your 2 weeks of vacation time should be scheduled at a time convenient to both you and your host family, bearing in mind the family's childcare needs. Au Pair in America recommends that one week is taken during the first six months of the exchange and one week during the second six months.

Think about the following:

- You should not assume, if you take a trip with your family, that you are either on vacation or working. Determine with your family beforehand

  > whether or not you will be caring for the children

  > how your schedule will change

  > are you required to make this trip

  > and therefore whether this is or is not your vacation

- Don't assume that, if your family is out of town with the children, you are on vacation and free to travel. There may be reasons for your family to wish you to remain at home during this time.

- Ask for your vacation time as far in advance as possible. It may be difficult for your family to make alternative childcare arrangements at short notice; their work schedules may mean that this is not a good time for you to be away. Have alternative dates in mind.

- If your vacation is to be broken up into daily segments, you should receive a day off for each day of your standard working week. You still need to receive your weekly free time and one complete weekend off each month.

Au Pair in America Guidelines for a Successful Year 2010

PLAINTIFFS' RESP. APP.0002259

AIFS0062546

25256 - Close to Water - 8178_CTW AuPair Guidelines.qxd:Amended Guidelines_dex.v2   9/12/09   20:25   Page 11

*There is no special provision for holidays, including national public holidays, on the program: do not assume that you automatically have a holiday because your Host Mother and/or Father is on holiday, or it is a national US holiday. In fact, holidays provide a special opportunity for you to experience American and special family traditions.*

## Family Vacations

If you are invited to go on vacation with your host family during the year, discuss in advance with your host parents:

- what your duties will be
- when you will be "on-duty"
- how you will decide the childcare responsibilities

If you travel to a new location:

- make sure that you discuss with your host parents the potential hazards of that new location, for both your role as a childcare giver and your own safety. Make sure that you familiarise yourself with your new surroundings, as you did when you first came to your host family's home
- call your Community Counselor and leave a telephone number where you can be reached in case of an emergency

## Social Life

As your time together continues, you will start to meet other au pairs, eduCare companions and Americans. The opportunity to befriend other young people is important to you. It will enable you to:

- overcome culture shock
- learn more about American life
- explore your community

Your social life will bring with it a couple of issues that you may not have thought about:

- You may meet other au pairs or eduCare companions with children a similar age to the children in your host family and want to plan "play dates". Make sure that you get your host parent's permission before making plans. Although there may be two or more au pairs or eduCare companions present with the children, you are still the only one responsible for "your" children.
- A new social life may make it necessary for your host parents to set some "ground rules" about:
  > coming home late at night
  > using the car
  > inviting guests into the home
  > telephone and e-mail/Internet use during working hours

Make sure that you and your host parents discuss these rules before they become an issue.

- ask your host parents what their expectations are
- don't be surprised if their expectations are different to those of your own, or your own parents
  > your culture may give more freedom at a younger age than the United States culture
  > your host parents may not have a lot of experience living with a young adult
- if their rules differ drastically from what you are accustomed to, try to find out what concerns they have that are prompting the rules, for example:
  > they may simply want to make sure that you are safe while in the United States – they will know more about the community and potential dangers than you
  > they may be concerned about the safe care of their car

## 3.   TRAVELLING OUTSIDE THE USA

If you plan to travel outside of the United States during your year* - either with your host family or on your own - it is important to

- check with the embassy or consulate of any country you intend to visit if a visa is required
- have your DS-2019 form signed by the Au Pair in America Responsible Officer based in the Connecticut (US) office. This signature
  > verifies that you are in "good standing" with the program
  > allows you to re-enter the United States after your trip and continue on the program
- You will need to mail your DS-2019 form to the Au Pair in America office in Connecticut (US) a minimum of 3 weeks prior to your trip, along with your planned itinerary. Your Community Counselor will provide more specific information should you need to do this, but remember to plan in advance.
- Make sure your J1 visa stamp has not passed the expiration date for re-entry to the USA.

*If you plan to travel during the travel month of the program, please note that you may NOT travel outside the United States during this time. Refer to Addendum B, Visa Regulations, in this Handbook for further details.*

## 4.   WEEKLY PAYMENT

Weekly Payment amounts are established by the regulations that Govern au pair programs. These regulations currently state that as an au pair you must receive a minimum weekly payment of US\$195.75 each week. Your host parents will establish with you a mutually agreeable time and method (cash, cheque etc.) to pay you your Weekly Payment. Participants on the Au Pair Extraordinaire program currently receive US \$250 each week. EduCare companions currently receive US \$146.81 each week. You should be aware that you will be required to complete a tax return.

## 5.   ILLNESS & INSURANCE

Unlike many other countries, there is no national (free) health care program in the United States. Americans buy medical insurance through private companies. During your stay on the program, you are covered - in this way - by a basic, private medical insurance policy provided by Au Pair in America.

If, as a result of injuries or sickness, you require:

- treatment by a physician or surgeon
- confinement in an infirmary or hospital
- services of a registered nurse
- x-rays
- ambulance service
- any other services, supplies or medicines prescribed by a physician

The basic insurance plan will pay for expenses up to US \$100,000 for:

- each accident or illness
- subject to a US\$100 deductible per incident
- if incurred within 52 weeks of the date of the accident or commencement of illness

Guidelines for a Successful Year 2010  Au Pair in America

PLAINTIFFS' RESP. APP.0002260

AIFS0062547

If, for example, you require a visit, or a number of visits to a doctor, you will have to pay for the cost of treatment up to US $200. The insurance company will then cover those charges that exceed US $200. So, if you visit a doctor 3 times, each costing US $100, you will have to cover the costs of the first two visits, then the insurance company will cover the costs of the 3rd and any further visit. All charges are subject to review to determine if they are usual, customary and reasonable (UCR). Any amount of a charge that exceeds the UCR is not covered by the plan and must also be paid for by you.

You have the option to upgrade your insurance plan for an additional charge. You may increase the maximum amount for medical cover, eliminate the annual deductible, and add cover for your travel month. Please see your invoice, Placement Pack and Participant website for more details about your insurance options.

Your medical insurance includes US $500 emergency dental cover, but does not include dental check-ups and cleanings. Neither the basic nor additional insurance plans cover eye care. Be sure that you have a dental check-up and take care of eye sight requirements before you depart for the United States.

Also not covered by the basic or upgraded medical insurance are:

- pre-existing conditions
- birth control medication
- any form of ongoing medication

Bring enough with you to last the year and be aware that any treatment you need for any pre-existing condition will not be covered by insurance and must be paid for by you. (For Immigration and Customs purposes when you first arrive in the United States, carry medication in its original container from the pharmacist.)

*A full explanation of UCR is given in the Plan of Insurance document enclosed in your Placement Pack. Refer to the Plan of Insurance document for full details of exclusions. If you stay in the US in your travel month you must have additional insurance to cover this month.*

- If you become ill during the year, you are likely to also become homesick. Don't be alarmed: you will feel less homesick again once you feel better.
- If you become seriously ill or have a serious accident which, in the judgment of Au Pair in America and with the advice of a physician, prevents you from fulfilling your childcare responsibilities, we will make appropriate arrangements for you to return home. As with any reason for leaving prior to the end of your 12th month, you will not be eligible for your Completion Bonus.

## 6. MEDICAL EMERGENCIES

If you have a medical emergency

- **seek medical help first**: follow the guidance received at Orientation and provided by your host family when you first arrived
- **contact your Community Counselor**
- if unable to reach your Community Counselor in a reasonable length of time (determined by the nature of the emergency), **contact the Au Pair in America office in Connecticut** on (800) 9AU *PAIR* (24 hour free phone) (also see **Addendum D**)

- remember **Team Assist** co-ordinators are also available 24 hours a day, 7 days a week to assist and advise you.

## 7. USE OF THE TELEPHONE

From time to time, you may wish to call home. An initial phone call when you first arrive will help you to feel as though you are not so far away from home, and will reassure your family that you have arrived safely. From then on, you may want to check in with your family every week or so. The desire to call is understandable and okay as long as you

- do not use these calls as a substitute for resolving such issues as culture shock, homesickness or talking to your host family about a problem
- learn to turn to others for advice and help such as your host family, new friends or your Community Counselor

**It is your responsibility to pay for all of your long-distance telephone calls.**

- Your host family's telephone bills are itemised and show the telephone number called, the time of day that the call was made, and the cost for each call
- when the telephone bill arrives, you will be expected to determine which calls you made so that you can pay for them
- telephone bills come once a month. You must budget accordingly and be prompt with your payments
- your host family may advise you of special calling plans that enable you to make calls at a reduced rate at certain times of the day
- this also applies to e-mail and internet services

A low cost long distance telephone service called 'E-Kit' has been developed especially for our au pairs and eduCare companions. Rates are very competitive and up to 70% lower than rates available through other long distance carriers. In addition, this service provides a free email and voicemail account so that friends and family can leave you messages and a free travel vault - a secure place to log important passwords and passport information.

Au pair and eduCare companions may purchase their cards before departure or at Orientation and recharge anytime online! This is an efficient way to budget and manage your telephone expenses while travelling and, most importantly, during your year in the host family's home.

### Towards the end of your year

- have a discussion with your host parents about phone charges incurred before departure: work out an agreement on how you will repay them.
- your host parents may
  > ask you to make "collect" calls (where the charge is billed to the person whom you are calling) during this time
  > decide to send a copy of the bill to you after you have returned so that you can repay them from home
  > ask you to put your last week's weekly payment toward a future bill
  > suggest you use a pre-paid telephone card for the last few weeks of your stay. Further details of this payment option will also be given at Orientation.

PLAINTIFFS' RESP. APP.0002261

AIFS0062548

25256

*Use the telephone responsibly. Remember:*
- *your host parents will be able to see when you are using the telephone, and for how long*
- *don't make long calls or spend time on e-mail or the Internet when you are on-duty and expected to be actively caring for the children*
- *don't leave your host parents with a large unpaid bill!*

## Use of the computer
- Do not use the family's computer without their permission. Do not post any information about your host family, including contact information or photographs without their explicit permission. Keep in mind that your host parents will be able to tell what information you are accessing from the web.

## 8.   DRIVING & USE OF THE CAR
Your host parents may allow you to use their car to drive their children from place to place as part of your childcare duties, to do your own errands or to go out, or both. Whatever the decision, it is important to recognise that use of your host family's car is a privilege, not a right.
- expect your host parents to get in the car with you until they are comfortable with your driving skills. This will be a chance for them to:
  > orient you to local roads
  > check your driving ability
- you will have to get accustomed to different things: road signs, location of traffic lights and signs, speed limits and maybe driving on the other side of the road.

- you will have to learn about the car that you will be driving, where to find features such as headlights, hazard lights, windshield wipers and door locks, and how to maintain it – type of gas (petrol) oil, etc.
- if you will be driving an automatic transmission and are not accustomed to this type of vehicle, let your host parents know so that they can show you how this works.
- know and abide by any rules that your host parents set about the car.

## Insurance & Accidents
Automobile insurance is your host parent's responsibility. Make sure that you understand what coverage you have, and how much money you will be liable for if you get into an accident. Just like your medical insurance, your host family's auto insurance will be subject to a deductible. You may be responsible for all or part of the deductible if you get in an accident and damage the car. It is important that you discuss the deductible amount and obligations for repair costs with your host family before you start driving their car. Your Community Counselor can guide you and your host parents on reasonable amounts. Au Pair in America recommends that you are not liable for more than 50%, up to a maximum of US $500 of the insurance deductible.

Talk to your host family about requirements in your state if you have an accident. For example, should you call the police from the scene of the accident? What will the police require (i.e. licence, insurance details, car registration)? Know where the important papers are kept in the car.

 GROUNDS FOR DISMISSAL FROM THE PROGRAM

**Above and beyond the rules and regulations detailed in the Au Pair in America brochure and Section J in this Handbook, the following areas are additional serious issues and cause for immediate dismissal from the program. You will then be responsible for the cost of your flight home and will forfeit your Completion Bonus.**

**The 3 No's: Alcohol Abuse, Drug Abuse, Child Abuse**

### Alcohol Abuse
The minimum drinking age in the United States is 21. You may not legally buy or consume alcohol before that age. Many bars and clubs will not allow you to enter if you are under 21 and may ask for identification to prove your age. It is likely that this age limit is higher than in your home country and, if you are under 21, it may be difficult for you to accept this rule. Abusing this rule or the use of alcohol will not be tolerated on the program.

You must be responsible and never:
- break the law in relation to the minimum drinking age or by using false identification
- drink when caring for the children
- drink excessively so that you are unfit to care for the children or be part of your family
- drink and drive under any circumstances
- break the law in relation to the use and carrying of alcohol in a car

Drinking alcohol is not so much of a social activity as it is in many other cultures. You may find that you and your host family have

different attitudes to alcohol. It is important that you value their beliefs in the same way that you value other aspects of your cultural exchange together.

### Drug Abuse
The possession or use of any form of illegal drugs in the United States can result in you being sent home at your own expense or sent to prison. Culturally, drug use is not acceptable or responsible behaviour. Au Pair in America will not tolerate the use, or suspected use, of drugs.

You must be responsible and never
- use drugs while in the United States
- make friends with people who use illegal drugs
- give cause for suspected use of illegal drugs, as this will also result in termination from the program
- use prescription medication on an abusive basis or medications that may impair your ability to perform your childcare duties

### Child Abuse
Caring for children is one of the most responsible jobs that there is. It is also one of the most demanding and difficult jobs at times. American families are very concerned about the proper care of their children. Any form of abuse of children will result in immediate dismissal from the program.

Child Abuse comes in 3 forms:
- Verbal Abuse
- Physical Abuse, including the rough handling of a child
- Sexual Abuse

Guidelines for a Successful Year 2010  Au Pair in America

PLAINTIFFS' RESP. APP.0002262

AIFS0062549

## Verbal Abuse

Verbal Abuse is a more subtle but equally serious form of abuse.

- Take care that the words you use are
  > supportive of a child's self esteem
  > not threatening
  > appropriate at all times, even when a child may appear to be out of earshot
- Never
  > swear or curse
  > call children by hurtful or derogatory names
  > "show up" or "talk down" to ridicule or deliberately try to embarrass or shame them
  > Be careful in conversations with your friends on the phone and with messages you may leave or receive in writing and on answer-machines
  > access websites or open email attachments that are not appropriate for children to view

## Physical Abuse

American families generally believe in forms of punishment that are not physical. Au Pair in America has the policy that **you must never hit a child as a form of punishment, even if you have the permission of your host parents.** You also must never

- strike a child
- grab or pull a child
- shake a baby (see below)

## Sexual Abuse

Cultural issues define this differently in the United States than in any other country. Although they may not seem inappropriate to you, be sensitive that the following actions are not appropriate as a participant on the program

- taking your clothes off in front of children
- taking photographs of naked or semi-naked children
- the improper touching of children

## Additional Issues

Issues that would result in dismissal include, but are not limited to, the following:

- **Safety Issues**. You will be sent home if any of your actions jeopardise the safety of the children in your care.
- **Violation of any United States law.** Au Pair in America's policy is to fully co-operate with the authorities (police) should you be charged with an illegal activity while in the United States.
- **Pregnancy**. If you arrive in the United States pregnant or become pregnant during your time on the program you will need to leave the program and return home. Pregnancy is not covered by your medical insurance.
- **Marriage**. You will need to leave the au pair program if you marry. If you marry a United States citizen your J-1 visa status is no longer valid and only participants on a valid J-1 visa may participate.
- **Visa**. Au pairs and eduCare companions cannot remain on the program if they obtain another visa status during the program year.

### *A special note on Shaken Baby Syndrome*

*Caring for a baby can be tiring and sometimes frustrating, especially if the baby cries persistently. Frustration, upset and anger can trigger the desire to shake a baby. Children under the age of 3 can be easily injured from shaking because their weak neck muscles are unable to fully control their head movements, causing brain damage or even death.*

- *It is important to understand that it is normal to sometimes feel upset and angry*
- *You must not feel that you are doing anything wrong or bad if a baby cries*
- *There are ways that you will learn to comfort both the baby and yourself at difficult times*
- *There will be people nearby who will be able to help you cope*
- *The cluster nature of our program is to ensure that you will have people to turn to for help during difficult times*
- *Our 24 hour free phone line is also available for you if you need help*

*An informational brochure on this topic will be given to you at Orientation. It includes the telephone number of another source of support.*

**Never shake a baby - even a brief moment of vigorous shaking can seriously and permanently damage or kill a child.**

 # LEAVING THE PROGRAM BEFORE THE END OF YOUR YEAR

**By joining the Au Pair in America program, you are making a commitment to a 12 month placement with your host family. As outlined in the brochure, if you do not complete the 12 month program for any reason, you will forfeit any outstanding vacation or educational allowance, your Completion Bonus and your return flight home. As an eduCare companion you will forfeit any outstanding vacation or educational allowance, there will be no refund of your program fees and you will be responsible for paying for your own flight home. There will be no refund of any payments or any ancillary services such as the additional insurance plans.**

*If you leave the program and do not leave the United States to return home, Au Pair in America is* ***obliged to report you to the United States government authorities*** *as you are remaining in the United States illegally. As well as forfeiting all the above, you will also no longer be under the protection of our organisation and privileges such as Insurance coverage (both medical and personal liability), and the security of a legal J-1 visa status will no longer apply.*

PLAINTIFFS' RESP. APP.0002263

AIFS0062550



# THE EXTENSION PROGRAM

**Early in 2004 The Department of State announced it was offering participants on the J1 Visa Exchange Visitor Program the opportunity to extend their stay beyond the current 12 month term. Au Pair and eduCare companions may continue their match with their current host family or may elect to be considered for placement with another host family for an additional 6, 9 or 12 month term.**

You must meet all the program guidelines, including the educational requirements, before being offered the opportunity to extend. An extension of stay must be approved by the US State Department, at which time you will be issued with a new DS2019.

At the start of the second year you will receive weekly pocket money as follows:

| | |
|---|---|
| Au Pair Standard program: | $195.75 |
| Au Pair Extraordinaire program: | $250.00 |
| EduCare companions: | $146.81 |

You will be expected to continue the educational component of the program. For au pairs and Extraordinaire au pairs, your host family will pay up to $250 for a 6 month extension and $500 for a longer extension. For eduCare companions the host family will pay $500 towards courses for the 6 month extension and $1,000 for a longer extension.

Au pairs who are approved for a program extension and are eligible for a Completion Bonus will receive this at the end of their first 12 month term. You will continue to receive basic medical cover during your extended stay. Details on how to extend the additional medical plan.

Please note you may not travel outside the United States during the extension program as the visa stamp in your passport to allow re-entry to the US will have expired. However you may be able to travel to your home country and apply for a new J1 visa.



# THE END OF THE YEAR

**Consider setting aside and saving some of your weekly pocket money for your year end travel plans.**

### Your Travel Month
Your visa allows you to remain in the United States for up to one additional month beyond your twelve months with your family. This is to allow you the opportunity to travel within the United States, perhaps with some of those au pairs and eduCare companions you made great friends with back at the beginning of your year, at Orientation!

There are many exciting trips to take during this time and Au Pair in America is especially pleased to be able to provide you with information and discounted fees on trips offered by "Trek America". During your year you will receive information about this and other options directly from the organisations.

Remember, during your travel month

- **you may not leave the United States** and thus need to re-enter for your flight home. Your trip therefore should not include plans to go to such places as Canada, Mexico, Puerto Rico or the US Virgin Islands
- you are **not allowed to continue to work for your host family**
- you must purchase travel month insurance unless you have purchased the relevant additional insurance plan.

### Arrangements for Returning Home
It is hard to imagine at this point, but, before you realise it, you will be packing your bags and heading home! A few months before the end of your year, Au Pair in America will contact you to start to make arrangements for your return flight. You will have to choose:

- a **departure date** that falls between the end of your twelfth and thirteenth months

- The US city from which you wish to depart and the city in your home country where you wish to travel to
  - > Flights may be arranged from New York or another US gateway
  - > You may be expected to pay a flight surcharge towards your return flight home

You will receive your return flight information approximately one month prior to your departure date. In many cases, your ticket home will be an Electronic Ticket, and you will be sent the flight details, otherwise you will receive a traditional paper ticket. Your ticket will be sent with information regarding suggested check-in time allowances and phone numbers to major airlines. It is your responsibility to check with the airlines regarding baggage limits and to pay any additional costs associated with extra baggage.

*Any flight surcharge that you pay to come to the US is a* **one-way** *surcharge. Flight surcharges* **will also** *apply to your return flight from the USA to your home country. Flight surcharges may be subject to change. Please take note that flight surcharges may either increase or be added to gateways if fuel surcharges should increase.*

Remember: if you do not complete your full 12 month commitment for any reason you will forfeit your return flight home and have to make, and pay for, your own arrangements.

### Your Completion Bonus
If you are an Au Pair or Au Pair Extraordinaire you will receive a Completion Bonus once you have confirmed your arrangements to fly home. The completion bonus will be in the form of a check or debit card, issued approximately 2-3 weeks prior to the end of your twelfth month, and can be cashed within one year of issuance.

15

PLAINTIFFS' RESP. APP.0002264

AIFS0062551

*Remember: if you have not complied with the educational requirement and/or do not complete your full 12 month commitment for any reason, you will forfeit your Completion Bonus.*

As an au pair or EduCare companion, your weekly pocket money is not subject to Social Security but it is taxable as wages. The US Internal Revenue Service's website states that it is necessary for an au pair to report her taxes as a non-resident alien.  Depending on how long the au pair has been in the United States, her earnings may or may not require her to pay something to the government. Au Pair in America cannot offer tax advice or guidance on an individual basis and we advise both au pairs and host families to seek advice from a qualified tax advisor.

**Leaving. . . . .**

Your departure will bring a variety of reactions:

- sadness because you are leaving
- some relief that you will be able to resume your old lifestyle
- worry - if you are unsure of your future plans
- jealousy if your family will be getting another au pair or to EduCare Companion to "replace" you
- excitement to see your old friends and family

- "homesickness" for your new family and life in the US

It is important to take time to reflect back on your year with your family and talk about what you have all learned.

- don't be surprised if you go through "culture shock" all over again when you return to your home country. You will be used to the American lifestyle, and it may take some time to remember how you did things in your home country
- some au pairs and educare companions find it difficult to return home because they have gained new insight and had many new experiences that they cannot share with their friends back home
- you will have changed and grown as a person, and your friends may not be willing or ready to recognise those changes
- keeping in touch with other au pairs and eduCare companions that you have become friends with during your stay help to relieve these issues. They will be going through the same things that you will, and will understand

Just remember that you now have lifelong friends all over the world, and another "family" in the United States who will never forget you!



# THE RETURN PROGRAM

In 2008 the Department of State authorised a change to the visa regulations for au pair programs which means that anyone who has previously participated on an au pair program in the US can now return for a second time.

To qualify, you must meet the general program requirements, have successfully completed 12 or more months on a recognised US au pair program and have resided outside the USA for two years after the completion of your initial participation. Au pairs can return to their previous host family or with a new host family.

You will be expected to continue the educational component of the program. For au pairs and Extraordinaire au pairs, your host family will contribute up to $500 towards your study tuition. For eduCare companions the host family will contribute up to $1000 toward your study tuition.

Au pairs on the Return program are eligible for the Completion Bonus.

Participants on the Return program receive the same weekly pocket money as first year au pairs or eduCare companions.



# CONCLUSION

**We hope that this Handbook has given you insight into some of the things that you can expect to happen over the course of your stay. Of course, there are many things that we cannot describe to you. Every relationship is unique and the number of enjoyable, enriching and new experiences that you can have is endless.**

As an au pair or eduCare companion, your experience and input is invaluable to us and to the many au pairs and eduCare companions who will follow in your footsteps. At the end of your year, you will receive an **evaluation** form from Au Pair in

America, which we encourage you to complete. You will be the best source of advice and the most positive testimony to our program!

We wish you much success this year as you follow in the footsteps of the thousands of au pairs, eduCare companions and host families who have already participated in the Au Pair in America program.

And, yes. . . . . it's finally time to pack your bags!

Au Pair in America: Guidelines for a Successful Year 2010

16

PLAINTIFFS' RESP. APP.0002265

AIFS0062552



# ADDENDUM A – US GOVERNMENT EXCHANGE VISITOR PROGRAM AU PAIR REGULATIONS

*TITLE 22 - FOREIGN RELATIONS*

*CHAPTER I - DEPARTMENT OF STATE*

*PART 62 - EXCHANGE VISITOR PROGRAM - Table of Contents*

*Sec. 62.31 Au pairs.*

(a) Introduction. This section governs Department of State designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American host family and participate directly in the home life of the host family. All au pair participants provide child care services to the host family and attend a U.S. post-secondary educational institution. Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation. Au pairs participating in the EduCare program provide up to thirty hours of child care services per week and pursue not less than twelve semester hours of academic credit or its equivalent during their year of program participation.

(b) Program designation. The Department of State may, in its sole discretion, designate bona fide programs satisfying the objectives set forth in paragraph (a) of this section. Such designation shall be for a period of two years and may be revoked by the Department of State for good cause.

(c) Program eligibility. Sponsors designated by the Department of State to conduct an au pair exchange program shall;

(1) Limit the participation of foreign nationals in such programs to not more than one year;

(2) Limit the number of hours an EduCare au pair participant is obligated to provide child care services to not more than 10 hours per day or more than 30 hours per week and limit the number of hours all other au pair participants are obligated to provide child care services to not more than 10 hours per day or more than 45 hours per week;

(3) Require that EduCare au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent;

(4) Require that all officers, employees, agents, and volunteers acting on their behalf are adequately trained and supervised;

(5) Require that the au pair participant is placed with a host family within one hour's driving time of the home of the local organizational representative authorized to act on the sponsor's behalf in both routine and emergency matters arising from the au pair's participation in their exchange program;

(6) Require that each local organizational representative maintain a record of all personal monthly contacts (or more frequently as required) with each au pair and host family for which he or she is responsible and issues or problems discussed;

(7) Require that all local organizational representatives contact au pair participants and host families twice monthly for the first two months following a placement other than the initial placement for which the au pair entered the United States.

(8) Require that local organizational representatives not devoting their full time and attention to their program obligations are responsible for no more than fifteen au pairs and host families; and

(9) Require that each local organizational representative is provided adequate support services by a regional organizational representative.

(d) Au pair selection. In addition to satisfying the requirements of Sec. 62.10(a), sponsors shall ensure that all participants in a designated au pair exchange program:

(1) Are between the ages of 18 and 26;

(2) Are a secondary school graduate, or equivalent;

(3) Are proficient in spoken English;

(4) Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical;

(5) Have been personally interviewed, in English, by an organizational representative who shall prepare a report of the interview which shall be provided to the host family; and

(6) Have successfully passed a background investigation that includes

verification of school, three, non-family related personal and employment references, a criminal background check or its recognized equivalent and a personality profile. Such personality profile will be based upon a psychometric test designed to measure differences in characteristics among applicants against those characteristics considered most important to successfully participate in the au pair program.

(e) Au pair placement. Sponsors shall secure, prior to the au pair's departure from the home country, a host family placement for each participant. Sponsors shall not:

(1) Place an au pair with a family unless the family has specifically agreed that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival;

(2) Place an au pair with a family having a child aged less than three months unless a parent or other responsible adult is present in the home;

(3) Place an au pair with a host family having children under the age of two, unless the au pair has at least 200 hours of documented infant child care experience. An au pair participating in the EduCare program shall not be placed with a family having pre-school children in the home unless alternative full-time arrangements for the supervision of such pre-school children are in place;

(4) Place an au pair with a host family having a special needs child, as so identified by the host family, unless the au pair has specifically identified his or her prior experience, skills, or training in the care of special needs children and the host family has reviewed and acknowledged in writing the au pair's prior experience, skills, or training so identified;

(5) Place an au pair with a host family unless a written agreement between the au pair and the host family detailing the au pair's obligation to provide child care has been signed by both the au pair and the host family prior to the au pair's departure from his or her home country. Such agreement shall clearly state whether the au pair is an EduCare program participant or not. Such agreement shall limit the obligation to provide child care services to not more than 10 hours per day or more than 45 hours per week unless the au pair is an EduCare participant. Such agreement shall limit the obligation of an EduCare participant to provide child care service to not more than 10 hours per day or more than 30 hours per week.

(6) Place the au pair with a family who cannot provide the au pair with a suitable private bedroom; and

(7) Place an au pair with a host family unless the host family has interviewed the au pair by telephone prior to the au pair's departure from his or her home country.

(f) Au pair orientation. In addition to the orientation requirements set forth at Sec. 62.10, all sponsors shall provide au pairs, prior to their departure from the home country, with the following information:

(1) A copy of all operating procedures, rules, and regulations, including a grievance process, which govern the au pair's participation in the exchange program;

(2) A detailed profile of the family and community in which the au pair will be placed;

(3) A detailed profile of the educational institutions in the community where the au pair will be placed, including the financial cost of attendance at these institutions;

(4) A detailed summary of travel arrangements; and

(5) A copy of the Department of State's written statement and brochure regarding the au pair program.

(g) Au pair training. Sponsors shall provide the au pair participant with child development and child safety instruction, as follows:

(1) Prior to placement with the host family, the au pair participant shall receive not less than eight hours of child safety instruction no less than 4 of which shall be infant-related; and

(2) Prior to placement with the American host family, the au pair participant shall receive not less than twenty-four hours of child development instruction of which no less than 4 shall be devoted to specific training for children under the age of two.

(h) Host family selection. Sponsors shall adequately screen all potential host families and at a minimum shall:

(1) Require that the host parents are U.S. citizens or legal permanent residents;

PLAINTIFFS' RESP. APP.0002266

AIFS0062553

(2) Require that host parents are fluent in spoken English;

(3) Require that all adult family members resident in the home have been personally interviewed by an organizational representative;

(4) Require that host parents and other adults living full-time in the household have successfully passed a background investigation including employment and personal character references;

(5) Require that the host family have adequate financial resources to undertake all hosting obligations;

(6) Provide a written detailed summary of the exchange program and the parameters of their and the au pair's duties, participation, and obligations; and

(7) Provide the host family with the prospective au pair participant's complete application, including all references.

(i) Host family orientation. In addition to the requirements set forth at Sec. 62.10 sponsors shall:

(1) Inform all host families of the philosophy, rules, and regulations governing the sponsor's exchange program and provide all families with a copy of the Department of State's written statement and brochure regarding the au pair program;

(2) Provide all selected host families with a complete copy of Department of State-promulgated Exchange Visitor Program regulations, including the supplemental information thereto;

(3) Advise all selected host families of their obligation to attend at least one family day conference to be sponsored by the au pair organization during the course of the placement year. Host family attendance at such a gathering is a condition of program participation and failure to attend will be grounds for possible termination of their continued or future program participation; and

(4) Require that the organization's local counselor responsible for the host family and au pair within forth-eight hours of the au pair's arrival and meets, in person, with the host family and au pair within two weeks of the au pair's arrival at the host family home.

(j) Wages and hours. Sponsors shall require that au pair participants:

(1) Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants;

(2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of child care per day or more than 30 hours of child care in any one week;

(3) Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and

(4) Receive two weeks of paid vacation.

(k) Educational component.  Sponsors must:

(1) Require that during their initial period of program participant, all EduCare au pair participants complete not less than 12 semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions and that all other au pair participants complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions.  As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs in accredited U.S. post-secondary institutions and to pay the cost of such academic course work in an amount not to exceed $1,000 for EduCare au pair participants and in an amount not to exceed $500 for all other au pair participants.

(2) Require that during any extension of program participation, all participants (i.e. Au Pair or EduCare) satisfy an additional educational requirement, as follows:

(i)  For a 9 or 12 month extension, all au pair participants and host families shall have the same obligation for coursework and payment therefore as is required during the initial period of program participation.

(ii) For a 6 months extension, EduCare au pair participants must complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions.  As a condition of participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $500.  All other au pair participants must complete not less than three semester hours (or their equivalent) of academic credit in formal

educational settings at accredited U.S. post-secondary institutions.  As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post-secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $250.

(l) Monitoring. Sponsors shall fully monitor all au pair exchanges, and at a minimum shall:

(1) Require monthly personal contact by the local counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(2) Require quarterly contact by the regional counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(3) Require that all local and regional counselors are apprised of their obligation to report unusual or serious situations or incidents involving either the au pair or host family; and

(4) Promptly report to the Department of State any incidents involving or alleging a crime of moral turpitude or violence.

(m) Reporting requirements. Along with the annual report required by regulations set forth at Sec. 62.17, sponsors shall file with the Department of State the following information:

(1) A summation of the results of an annual survey of all host family and au pair participants regarding satisfaction with the program,its strengths and weaknesses;

(2) A summation of all complaints regarding host family or au pair participation in the program, specifying the nature of the complaint,its resolution, and whether any unresolved complaints are outstanding;

(3) A summation of all situations which resulted in the placement of au pair participant with more than one host family;

(4) A report by a certified public accountant, conducted pursuant to a format designated by the Department of State, attesting to the sponsor's compliance with the procedures and reporting requirements set forth in this subpart;

(5) A report detailing the name of the au pair, his or her host family placement, location, and the names of the local and regional organizational representatives; and

(6) A complete set of all promotional materials, brochures, or pamphlets distributed to either host family or au pair participants.

(n) Sanctions. In addition to the sanctions provisions set forth at Sec. 62.50, the Department of State may undertake immediate program revocation procedures upon documented evidence that a sponsor has failed to:

(1) Comply with the au pair placement requirements set forth in paragraph (e) of this section;

(2) Satisfy the selection requirements for each individual au pair as set forth in paragraph (d) of this section; and

(3) Enforce and monitor host family's compliance with the stipend and hours requirements set forth in paragraph (j) of this section.

(o)  Extension of Program.  The Department, in it's sole discretion, may approve extensions for au pair participants beyond the initial 12-month program. Applications to the Department of extensions of 6, 9 or 12 months, must be received by the Department not less than 30 calendar days prior to the expiration of the exchange visitor's initial authorized stay in either the Au Pair or EduCare program (i.e.,30-calendar days prior to the program end date listed on the exchange visitor's Form DS-2019).  The request for an extension beyond the maximum duration of the initial 12-month program must be submitted electronically in the Department of Homeland Security's Student and Exchange Visitor Information System (SEVIS).  Supporting documentation must be submitted to the Department on the sponsor's organizational letterhead and contain the following:

(1) Au Pair's name, SEVIS identification number, date of birth, the length of the extension period being requested;

(2) Verification that the au pair completed the educational requirements of the initial program; and

(3) Payment of the required non-refundable fee

(p)  Repeat Participation.  Exchange visitors who have participated in the Au pair program are not eligible for repeat participation.

[60 FR 8552, Feb. 15, 1995, as amended at 62 FR 34633, June 27, 1997; 64 FR 53930, Oct. 5, 1999. Redesignated at 64 FR 54539, Oct. 7, 1999; 66 FR 43087, Aug. 17, 2001 FR Doc.E6-8958, June 7, 2006]

PLAINTIFFS' RESP. APP.0002267



AIFS0062554

# ADDENDUM B - VISA REGULATIONS

Program participants should be aware of the terms and conditions which the United States government issues the J-1 visa. Such visas are reserved for individuals participating in a bona fide cultural exchange opportunity.

**Definition of terms:**

**DS-2019:** US Department of State Certificate of Eligibility for Exchange Visitors J-1 Status. This form is required by the United States Embassy or Consulate Office as proof of acceptance into a cultural exchange program. The au pair will retain the signed copy of this form upon entry into the United States. The au pair should keep this copy in a safe place with their passport.

**J-1 Visa:** The document placed in the au pair's passport by the United States Embassy or Consulate Office upon approval for participation in a cultural exchange program. This is the au pair's application to enter the United States.

**I-94:** The Arrival and Departure Card (white) stapled into the au pair's passport by the Immigration and Naturalization Service (INS) upon arrival into the United States. The date on this card is the au pair's permission to stay.

The I-94 card and DS-2019 form should be valid for at least one year from the date the au pair entered the United States. This would be indicated by a stamp indicating the au pair's arrival date and the code "J-1 D/S". This stamp and code would be located in the middle of the I-94 card and on the DS-2019 form.

If there are any serious discrepancies between the au pair's visa, DS-2019 form or I-94 card, such discrepancies should be identified during the Orientation program in Connecticut.

If the au pair leaves the United States, even for only one day, she must have her passport, DS-2019 form and I-94 card with her to return. When planning a trip outside the United States, the au pair should:

- Send her DS-2019 form to the Program Compliance Coordinator/Responsible Officer: au pair in America, River Plaza, 9 West Broad Street, Stamford, CT 06902-3788, Tel (800) 727-2437 ext. 5027

**This form should be sent at least three weeks prior to travel plans outside the country. au pairs should only send their DS-2019 form. Passports should never be sent to Au Pair in America or leave the property of the au pair.**

- Include a letter with the DS-2019 form stating where the au pair will be going and dates of her trip A self-addressed, stamped envelope should accompany all DS-2019 forms.

If there are less than three weeks before departure, an au pair can expedite the process by using Express Mail. If the au pair wishes to have her validated DS-2019 form returned to her by UPS 2nd Day Delivery, she must include a cheque or money order for US $8* payable to AIFS (*currently US $8 - check with the Program Compliance Coordinator if required). A complete mailing address must accompany the cheque, as Au Pair in America cannot send mail overnight to a post office box number. au pairs should also include their daytime telephone number with this information.

Understandably, not all travel plans (i.e. emergencies) can be made with advance notice. When an au pair schedules an out of country trip with insufficient time to send her DS-2019 form in for a signature, she must call the Connecticut office to discuss the special circumstances.

The United States Government allows au pair participants to extend their program participation for six, nine or 12 months. Upon approval by the U. S Department of State, year2 au pairs will receive a new DS 2019 reflecting their extended visa status in the U.S. Au pairs who extend will not be allowed to take their 13th month (grace period) at the end of their first year, but will be allowed to take their travel month (13th month) at the end of their extension term.

The Government will not, under any circumstances, allow the au pair to transfer to another Exchange Visitor Program, such as a program sponsored by an American university or college. While the au pair must return home at the end of the program, they may return to the United States as a student on another F-1 or J-1 visa. To obtain one of the above, the au pair's school must issue her a Form I-20 (for the F-1) or a new DS-2019 (for the J-1). They are also permitted to return as a tourist on a B-2 visa provided they satisfy the American consular officer that they are a bona fide tourist. To be considered a bona fide tourist they must demonstrate that:

- they have a residence in a foreign country which they have no intention of abandoning.

- they have adequate funds to cover expenses that they may incur during the period they intend to be in the US. This may include proving that they have a return trip non-refundable ticket as well as sufficient funds. The consul has the right to ask for any type of proof, as the burden of proof rests upon the applicant.

We anticipate that some host families may request that the au pair return to the US to be an au pair under a B-2 visitor's visa. If such a situation develops, the au pair and host family should be aware of two points:

- Anyone on a B-2 visa is not permitted to participate in an au pair situation.

- Under current immigration legislation, any person employing an illegal alien is subject to a fine. Please note that while the B-2 visa may be legal, working while in the United States on such a visa constitutes illegal activity and violates the terms of the visa.

The au pair must return home at the end of her 12/13 months in order to satisfy the terms of her J-1 visa. Further, if the au pair's participation in the program is ended either by the au pair or by au pair in America prior to the date listed on her DS-2019 form, Au Pair in America is required to notify the Department of State and the Immigration and Naturalization Service (INS) of the date on which her participation ended. Should an au pair be deported by immigration, their chances of obtaining another visa in the future would be seriously jeopardized. Au Pair in America will be offering the au pair a flight home at the end of the 12-month exchange. An au pair may remain in the United States for an additional 13th month should she wish to travel to other regions of the United States. If this is the case, Au Pair in America will arrange a return flight home during the 13th month. The au pair cannot leave and re-enter the US during the 13th month (for example Canada, Mexico).



# ADDENDUM C - HOST FAMILY AGREEMENT

**Following is a copy of the current "Host Family Agreement" which is signed by all host families. This is provided so that you are familiar with the terms that your family has agree to adhere to upon joining the Au Pair in America program.**

We, the undersigned, have applied to be a host family with the Au Pair in America or EduCare in America program which is sponsored by the American Institute For Foreign Study, Inc. and referred to as "the Program" in this agreement. The Program agrees to recruit and to offer au pair/companion candidates for our consideration and to provide reasonable support concerning problems that may arise during the exchange. In consideration for these services, we hereby agree:

- **Selection of au pair/companion.** We understand that it is our sole responsibility to carefully choose from among the candidates presented to us, and that there is no warranty as to our satisfaction or to the compatibility of any particular candidate as an au pair/companion in our family. It is also our responsibility to monitor the performance of the

candidate in our home, and to promptly notify our Community Counselor of any problems.

- **Obligations of au pair/companion and host family.** We understand that the au pair/companion we select will assist our family with day-to-day child care duties (which do not include housework unrelated to the children), for a period not to exceed 10 hours per day for a maximum of 45 hours per week (Au Pair in America) or 30 hours per week (EduCare in America), as outlined under "au pair responsibilities" defined in the current program brochure. In exchange, we agree to provide the au pair/companion with:

> board and lodging [consisting of a separate room, which shall be approved by the local Community Counselor]

> a minimum weekly stipend consistent with U.S. government regulations governing Au Pair/EduCare programs

> at least one full free day and one half free day per week plus one free

AIFS0062555

weekend (Friday evening to Monday morning) each month

> two weeks off to be taken at a mutually agreed-upon time during the exchange, with the minimum weekly stipend as described above

> adequate time to attend a course(s) for cultural or professional enrichment (six hours of academic credit or its equivalent for au pairs or 12 hours of academic credit or its equivalent for eduCare companions);

> transportation to and from the place of instruction plus educational costs (to a maximum of $500 for the year for the standard and Extraordinaire program, $1,000 for the EduCare program).

We acknowledge that we have read the current program brochure, Program Support and Policies insert and supplemental information received from the Program and agree that the terms and conditions set forth therein shall constitute part of this agreement.

- **Program goals.** We recognize that the goal of the Program is for the au pair/companion to learn about America, and agree to give the au pair/companion ample opportunity and encouragement to take advantage of cluster activities and educational, cultural and community opportunities available in our area.

- **Fees and other obligations.** We agree to pay the required fees in accordance with the schedule set forth in the brochure and understand that any outstanding balance more than 30 days past due will be subject to a finance charge of 1.5% per month, 18% per annum on the outstanding balance. We will provide the au pair/companion, at our expense, with a one-way ticket or other transportation arrangement for travel from the orientation site in Connecticut to our community and will reimburse the au pair/companion for any out-of-pocket ground transfer costs from the orientation site. We understand the Program will arrange a return flight home at the end of the year from select U.S. cities and any additional flight surcharge will be paid by the au pair/companion.

- **Background information and monitoring of placement.** We warrant that our answers on the host family application are true and complete. For the purpose of facilitating the selection and placement of an au pair/companion with our family, we authorize the Program to make reasonable inquiries of any third party or governmental agency regarding our family, and grant permission for any such party or entity to disclose the requested information, which will be treated as confidential. After placement, we agree to maintain regular contact and communication with the Community Counselor in order to monitor the appropriateness of the placement and to take advantage of the Program's resources.

- **United States government rules.** We understand that, as part of our orientation, we will be provided with a copy of the rules governing Au Pair/EduCare programs, and we agree to comply with these rules which are subject to change at the discretion of The Department of State. We agree to interview, by telephone, the au pair/companion we selected for placement with our family. We understand that an au pair/companion cannot be placed with a host family having a child under three months of age unless a parent or other responsible adult is present in the home. If applicable, we acknowledge our responsibility to review the prior experience, skills and training of the au pair/companion regarding the care of special needs children. If we have children in the home younger than school age we will not participate in the EduCare program, unless we have provided written confirmation of the full-time alternative care arrangements in place for our pre-school age children and those arrangements have been approved by the Program. Upon arrival of the au pair/companion in our home we agree to sign a written agreement with our au pair/companion that further affirms our joint commitment to adhere to U.S. government and Program guidelines. We will provide the Program with a copy of this agreement.

If we do not afford the participant the benefits and protections set forth in this agreement [or in government regulations], or otherwise violate the terms of this agreement, we understand that the Program may withdraw

the participant from our household, in which case we shall not be entitled to a replacement au pair/companion or to any refund.

We understand that extending an au pair/companion's J visa to remain in the U.S. beyond the 12-month term is not possible. We will abide by the Program regulations, relieving the au pair/companion of her duties at the end of the 12-month term and encouraging her to return to her home country. We will not support or sponsor her for a change of visa status during the 13-month time frame that she is considered in valid J status with Au Pair in America. We understand that by doing so we may risk our continued participation in the program.

- **Problem resolution.** The Program will make reasonable attempts to resolve any difficulties regarding the placement. If the Program determines that the placement cannot be continued, it will provide assistance that may include, in its discretion, placement of another au pair/companion with our family. Host families are responsible for hosting a participant for up to two weeks until a new placement is arranged. We agree to the terms of the replacement and refund policy set forth in the program materials.

- **Legal relationship of au pair/companion to the Program.** We understand and agree that the au pair/companion is not an employee or agent of the Program. The Program is not, under any circumstances, responsible for any bills incurred by the au pair/companion or for any damages or losses caused to anyone by any act or omission of the au pair/companion.

- **Release of claims against the Program.** We unconditionally release the Program from any claims for damage, injury, loss, or expense of any sort incurred in connection with the participation of our family in the Program and our selection of an au pair/companion to stay in our home. This release includes, but is not limited to, liability for any intentional or negligent acts or omissions by the au pair/companion.

- **Insurance.** If the au pair/companion is to use any of our motor vehicles, we agree to provide automobile insurance coverage for the au pair/companion and to have the au pair/companion listed as an operator on our insurance policy if we choose to be fully protected in the event of a motor vehicle accident. We agree to limit any claim against the au pair/companion for uninsured damages resulting from negligent operation of a motor vehicle to a maximum of $500. We also agree to maintain liability and casualty insurance to cover any reasonably foreseeable damages which may be sustained by the au pair/companion while in our household. If we are legally responsible for such damages to the au pair/companion, we agree to hold the program harmless and indemnify it from any resulting claim by the au pair/companion, including court costs and legal fees.

- Agreement to arbitrate. We agree that any dispute with the Program that is not settled informally will be submitted to binding arbitration, to be conducted in substantial accordance with the rules of the American Arbitration Association. The location of the arbitration and identity of the arbitrator will be decided by mutual agreement, with the costs to be shared equally between the parties, and the decision of the arbitrator shall be final. By signing this agreement, we are waiving our right to have any claim against the Program decided in Court before a judge or jury, although each party retains the right to have a Court confirm the arbitration award in accordance with the law.

- Entire agreement. We acknowledge that this document (and documents referenced herein) sets forth our entire agreement with the Program, and that we have not relied on any warranties or representations other than set forth above.

- Severability. A ruling invalidating a portion of this contract shall not affect the validity of the remainder.

- Applicable law. This agreement shall be governed by the laws of the state of Connecticut.



AIFS0062556



# ADDENDUM D - OFFICE AND EMERGENCY CONTACT DETAILS

**If at any time during your participation on the program you need assistance or wish to share a concern, please contact the appropriate office as follows:**

## London, U.K.

The London Office will be your main point of contact as you prepare for your departure to the United States. The office is located at:

**37 Queen's Gate, London, SW7 5HR**
**Tel: + 44 (0) 20 7581 7322, Fax: + 44 (0) 20 7581 7345/55**

The London office staff may be contacted from 9:30am to 5:30pm, Monday to Friday, excluding UK Public Holidays. Out of office hours you will hear a recording regarding emergencies - either prior to a flight or for Au Pairs already in the United States. Please also see the following section on Connecticut (US) office.

If you have any questions about:

**Your Placement**
Email: placement@aupairamerica.co.uk
Telephone + 44 (0) 20 7581 7358

**Insurance or Payments**
Email: payments@aupairamerica.co.uk
Telephone + 44 (0) 20 7581 7362

**Visas or Flights**
Email: visa@aupairamerica.co.uk
Telephone + 44 (0) 20 7581 7358

or contact your local Au Pair in America office or local interviewer.

## Connecticut, U.S.

The Stamford, Connecticut (CT) office maintains the program "stateside" and is the support centre for Au Pairs, host families and Community Counselors. The office is located at:

**River Plaza, 9 West Broad Street, Stamford, CT 06902-3788**
**From within the USA: Tel: (800) 9AU PAIR (24 hr free phone)**
**Outside the USA: Tel: + 1 203 399 5000, Fax: + 1 203 399 5592**

The Stamford, office staff may be contacted from 9:00am to 5:00pm (Eastern Standard Time), Monday to Friday. After hours you will hear a recording which gives the number for an emergency-only answering service. This should only be contacted in the event of an emergency that cannot wait until contact can be established with the Community Counselor or during regular office hours.

In the event that you have problems or concerns which you have not been able to resolve through communication with your local community counselor, you may contact the appropriate Regional Program Manager in the Stamford, Connecticut office to discuss the situation. You can reach your Regional Program Manager in the Stamford office 1 800 928 7247. If you feel that you still require additional assistance, you may contact Ruth Ferry, the Director of Au Pair in America at 1 800 399 5025 by email at rferry@aifs.com.

In addition, if you have any other questions, complaints or situations related to compliance with State Department regulations for the Au Pair Program, you can contact the Compliance Unit of the U.S. Department of State, Exchange Visitor Program Services at jvisas@ state.gov or at the address below:

United States Department of State
Private Sector Programs
Office of Exchange Coordination and Designation
ECA/EC/PS – SA-44, Room 7334
301 4th Street, SW
Washington, DC 20547

Telephone: 202 203 5096
Fax: 202 203 5087

PLAINTIFFS' RESP. APP.0002270

AIFS0062557



37 Queen's Gate  London  SW7 5HR  England
Telephone: +44 (0)20 7581 7322   Facsimile: +44 (0)20 7581 7345/55

**www.aupairinamerica.com**