# Exhibit 26

# Fraud Warning for APs General

Sent to **908** list members on **Oct 10, 2013 11:32AM PDT**

## AuPairCare                                    800.428.7247

### Important Message from AuPairCare

Dear Au Pair,

Thank you for being an AuPairCare au pair. We look forward to welcoming you to the US.

To ensure you have a safe and rewarding matching experience, please take a few minutes to read the below information so you can ear how to protect yourself against internet scam artists.

**A legitimate family** or **au pair agency** will NEVER ask you to do any of the following:

- Open a bank account to receive money
- Cash a check for them
- Send cash, Western Union, MoneyGrams, or any type or wire transfer for any reason
- Send money to a "travel agent" or "lawyer"

Legitimate host families will also not offer you a higher stipend than what is listed in the regulations published by the U.S. Department of State for the Au Pair Program.

There's no need to be overly alarmed regarding this message. Just be aware and cautious. If you have any further questions or concerns, please contact your recruiting agency.

AuPairCare has many great host families looking forward to interviewing you soon!

Thank you,
AuPairCare

EXHIBIT
APC
MCNAMARA 8
5/4/17    HB

CONFIDENTIAL                                    APC 000489
PLAINTIFFS' RESP. APP.0000792