# Exhibit 30

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

---

| | |
|---|---|
| **From:** | Katrina Vanderhulst |
| **To:** | 'Arthasit Sirirattanaanan' |
| **Sent:** | 12/14/2014 7:00:00 PM |
| **Subject:** | RE: Greeting from Thailand |
| **Attachments:** | AuPairInternationalAgentHandbook.pdf; Sending_Agent_Agreement_2013.pdf; Agent_Application_2013.pdf |

Dear Jip,

Thank you so much for reaching out to me and I apologize for the delay in response. We have been adjusting to the new regulations from the US Department of State and have been having a very busy time of year.

We are still very interested in working together and I would like to present to you our Sending Agent Handbook, Agreement and Application, attached for your review. Please keep in mind that we do not charge any program fees, however, we do collect a $300 USD flight fee for each candidate, which we invoice from you at the time of flight booking.

Please let me know if you have any further questions. I look forward to hearing from you.

All the best,

Katrina Vanderhulst
Director of Programs

Au Pair International, Inc.
Direct: (720) 308-5458
Main: (720) 221-3563
Skype: Aupairinternational
Email: Katrina@AuPairInt.com



**From:** Arthasit Sirirattanaanan [mailto:arthasit@hotmail.com]
**Sent:** Friday, November 28, 2014 4:17 AM
**To:** Katrina Vanderhulst
**Cc:** worawat tuvanimitgul
**Subject:** Greeting from Thailand

Hi Katrina,

It's Jip from ACADEX Thailand. We met at WYSTC in Dublin. I hope you still remember me.

Since time is approaching, I'd like to friendly remind you about our partnership for the year to come. As discussed, please kindly send us the required documents and the agreement so we can work on the paper works for you.

Happy Black Friday(and don't shop too much) :>

Looking forward to hearing from you,
Best Regards,
Jip

**EXHIBIT**
3
5-12-7

API00002066

MOVANTS' APP 00517

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



# *International Sending Agent*

# *Handbook*

### *Guide for Sending*
### *Qualified Au Pairs to America*



**To be an au pair in the USA, the candidate must:**

- ✓ be 18 to 26 years old
- ✓ enjoy caring for children
- ✓ have a minimum of 200 hours practical childcare experience
- ✓ have completed secondary school education
- ✓ speak English to a good standard
- ✓ have a clear criminal record
- ✓ commit to 12 months living with an American family
- ✓ not previously have been an au pair in the USA

API00002067

**MOVANTS' APP 00518**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

//// Au Pair International                          *International Sending Agent Handbook*

## Welcome to the Worldwide Network of Au Pair International

We are delighted to welcome you as a partner in our worldwide network of committed professionals. Au Pair International strives to provide the best quality service to our au pairs and host families. This can only be achieved through close cooperation with committed partners around the globe. We can guarantee well screened and committed host families, as well as close support for the au pairs during their program participation in America. The majority of our host families have been referred to us by current host families. By recruiting well qualified, thoroughly screened and committed au pairs, the number of host families will continue to grow. Quality in every part of the chain will allow our and your business to grow. Welcome to our global family. We look forward to a log successful partnership!

In this handbook you will find the following information:

PART I: Background

PART II: Recruiting Au Pairs

PART III: The Au Pair Application

PART IV: Matching Process

PART V: Preparing for Departure

PART VI: Arrival and Program Start

Summary

# PART I: BACKGROUND

## 1.1 About Au Pair International and the Au Pair Program

In 1986 the Department of State established the Au Pair Program as an educational and cultural exchange program with a strong childcare component. Au Pair International is officially designated and regulated by the U.S. Department of State's Bureau of Educational and Cultural Affairs to be a sponsor of the Au Pair Program. You can check the website at www.exchanges.state.gov. Every au pair is issued a J-1 cultural exchange visa allowing them to participate in the Au Pair Program and live with an American host family for 12 months with the option to apply for an one time extension of 6, 9, or 12 additional months.

"Au pair" means "on par" or equal. Au pairs become an "on par" member of an American family, sharing a cultural exchange experience. The au pair's work hours and responsibilities vary greatly depending on the family's child care needs and schedule. The au pair may provide personalized child care up to 45 hours per week, up to 10 hours per day. The au pair's duties may or may not include child care and light child care related housekeeping such as:

- Supervising and playing with the host family's children.
- Awakening the children, getting them ready for school.
- Preparing meals for the children.

1

API00002068

MOVANTS' APP 00519

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

///// Au Pair International | *International Sending Agent Handbook*

- Playing games, doing art projects.
- Bathing, changing and dressing the children.
- Putting children to bed and being on watch while children are sleeping.
- Driving children to school and appointments
- Straightening children's rooms and picking up after children.
- Doing children's laundry.

In exchange, the au pair receives a weekly stipend of $195.75* per week ($225 for Au Pair Professional) an education stipend of up to $500, room and board, training, monthly meetings, supervision and the opportunity to experience American language, life and culture.

The weekly stipend is normally tax free. The total value received from the program is $17,000 to $22,000 when accounting for the value of everything that is provided to the au pair during the program.

### Headquarters and Field Staff
Au Pair International maintains a staff at the corporate office in Boulder, Colorado. Our host families are located all over the U.S., with a concentration on the East and West Coasts. Our staff works closely with our International Sending Partners to ensure the U.S. Department of State Regulations are clearly understood and followed.

On the local level Au Pair International is represented by local Area Directors living less then one hour from any au pair and host family. The Area Directors serve as a support for both the au pair and the host family. The representative will contact the au pair within 48 hours of arrival, meet in person with the au pair and host family within two weeks of arrival, mediate in case of problems and difficult situations and organize activities each month for the au pairs.

## 1.2 Being a Sending Partner with Au Pair International

Au Pair International strives to be the premier Au Pair Agency in the U.S. Our key to success is the quality of the au pair candidates we recruit to our program and the quality of the host families we approve for the program.

***Our Host Families:*** As a sending agent you can be assured that the families we have approved to host au pairs have passed a thorough screening. These are families where we ourselves would be comfortable letting our own son or daughter live with for a year as an au pair. The safety and comfort of our au pairs is our highest priority. With the local Area Director living less than one hour away from any au pair, we are able to be of immediate assistance in case of an emergency or problems.

***Our Au Pairs***: By recruiting and screening the best au pair candidates to participate in the program, we can succeed in growing the program to include more exchange visitors every year. We rely on our international network to select and screen outstanding au pairs and, not least; to prepare the au pairs for a successful year. The majority of our host families are "repeat families" that have chosen this program as their ongoing childcare for their children and will often host au pairs for many years.

2

API00002069

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

/// Au Pair International                           *International Sending Agent Handbook*

*One* bad experience will often discourage the family from continuing with the program and to seek other childcare for their children. *One* bad experience may therefore lead to the loss of years of successful exchanges with this family and opportunities for other au pairs to spend a year in the U.S. It is therefore very important the *every* candidate is well qualified, is motivated and understands what a year in the U.S. could entail.

The au pairs must understand the responsibility that caring for young children involves. The hours can be long and caring for children can be tiring. Caring for children in a daytime role is also more challenging than occasionally watching children for a few hours per day while babysitting. Preparing the au pair is the foundation for a successful year.

Au Pair International is committed to offer our International Sending Agents a solid working relationship. This handbook will give an introduction to recruiting and screening highly qualified au pairs. However, there will be many questions along the way. Please never hesitate to contact us with any questions - general or specific. Our staff is always available for your support, training and advice to ensure our joint success.

The role as a Sending Agent is to recruit au pair candidates that want to spend a year as an au pair in the USA. The output of your work is first a <u>complete au pair candidate application</u> and, if the au pair successfully matches with a host family, <u>a prepared, motivated and informed au pair candidate that is ready to go to the USA.</u>

Please contact the Sending Agent Manager for any further questions you may have about this process as you read through the Handbook and begin searching for qualified au pairs for this program.

Title: **International Coordinator**
Name: Katrina Vanderhulst
Location: San Francisco, California
Phone: (720) 308-5458
E-mail: <u>katrina@aupairint.com</u>
Skype: aupairinternational

## 1.3 High Level Overview of Sending Agent's Involvement in Application Process

3

API00002070

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



Au Pair International — *International Sending Agent Handbook*

| | |
|---|---|
| Distribute Application; Interview Au Pair; Give Orientation | Interview au pair and verify references; give thorough orientation of program. |
| Receive from Au Pair: Application Fee, Deposit and Flight Fee | Application Fee: must be between $50-$200 Deposit: $400 Flight Fee: $50-$100 |
| Send Application to API | Send complete application by e-mail to API (refer to pages 12-16; keep original hard copy for reference |
| Placement Coordinators find a Match for Au Pair | E-mail Placement Coord. weekly for info |
| Get Au Pair started with 32 hours of training; give Au Pair Handbook | API office will provide username and password for online training; distribute au pair handbook |
| Assistance and Guidance | Provide guidance in regards to the US Embassy appointment; help with process of paying fees, etc. |
| Visa is granted by Embassy | |
| Send API office notification; confirm training and departure date | Confirm Au Pair's completion of online training; send notification to office of acceptance |
| Departure for the US! | |

4

API00002071

MOVANTS' APP 00522

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 Au Pair International                              *International Sending Agent Handbook*

# PART II: RECRUITING AU PAIRS

## 2.1 Marketing to and Recruiting Au Pair Candidates

Active marketing will be the main source for recruiting new au pairs. It is your creativity and enthusiasm in recruiting au pairs that will lead to finding most of the au pair candidates. Au Pair International will forward any leads received directly to the sending agent in the candidate's home country. Below are some ideas on how to market the Au Pair Program. We are constantly improving our materials and we welcome input on ideas to add to this list.

## 2.2 Places to Recruit

### *Online Recruiting*

*Listings:* Au pairs from most countries find their information about au pair opportunities on the Internet. Making sure that your company and/or Au Pair International are listed on relevant sites is therefore very important. These include work-abroad sites, student sites, sites that advertise for nannies, government youth information, work agencies, etc. Electronic bulletin boards, international travel sites, and language schools sites are all places where au pair candidates may be recruited. Being listed at sites where people actively look for this information is a free and "effortless" way to get new candidates to come to you.

*Active online search:* By registering at au pair portals, you will be able to read the profile of au pairs candidates that are actively looking for au pair positions. Many that are interested in going to the U.S. have not yet registered with a U.S. Agency. By paying a small monthly fee, you get access to their address and phone number. We have found that e-mailing *and* calling the candidates to inform about the U.S. au pair program gives the best results. Au pair portal examples:

www.GreatAuPair.com
www.AuPair.com
www.aupair-world.net

*Place an ad:* There are many free or paid ad sites on the web. One way to find good candidates is to place an ad under "family seeking au pair". Sites like www.craigslist.com may get you in contact with candidates looking for work abroad.

### *Schools and Other Organizations*

Visit or contact the schools and organizations in your area that would have students or members the right age for the Au Pair Program. Oftentimes, the staff will agree to promote your program to their students/members or at a minimum allow you to distribute/place brochures or postings on message/bulletin boards. These places include:

- Universities and Colleges
- High Schools/Gymnasiums (or other schools where the students are close to 18 years or older)
- Language Schools
- Student organizations at Schools and Universities
- Study-abroad departments at Universities and Colleges

5

API00002072

MOVANTS' APP 00523

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Au Pair International                                    *International Sending Agent Handbook*

- Travel agencies
- Public employment centers/services, job centers, employment exchange.
- Libraries
- Youth clubs, activity centers
- Other areas where job/education/travel information is posted.

You might also want to offer to do a short presentation at schools and student clubs. Schools to target first are of course those focusing on education for teachers and nurses.

### Attend Job Fairs

Recruit au pairs by participating in job fairs organized by schools/universities or job market offices.
- International Student Fairs
- Job fairs
- Job market offices

### Directory Listings

People search on the on the Internet and on "yellow pages". Make sure that you register your company at any websites or publications covering job/student exchanges/au pair/volunteer work information. Send an email with your contact information and follow up if you do not see your company/name listed within a week or two.

### Leads from Au Pair International

When applicants contact us, we will send the person's contact information to you. It is important that you act on these leads immediately. We will also do daily searches online to find candidates. We will send these to you and need you to follow up on the leads.

### Paid Classifieds Ads

Our sending partners find that they have success with placing ads for specific host families. Several times per month, the Boulder office will send out profiles of host families that are in the process of finding new au pairs. You might want to place specific classifieds describing the family to get the interest from potential au pair applicants. Remember to not disclose specific information or names.

### Paid Ads

We do have many ad templates in various sizes and forms. If you are planning on paying for advertising, make sure to ask us first for templates already available.

## 2.3 What to Look for in a Candidate

When reading, the first thing potential host families look for is how much childcare experience the au pair candidate has had. Lots of childcare experience, especially working in a kindergarten or day care, is of course very highly valued. Having completed parts of a childcare, teaching, nursing or medical education is also very positive, as well as the au pair planning on a career in those fields in the future. Also young employees or part-time workers at childcare centers, "Sunday schools" teachers or helpers, kids groups etc. are good candidates. Au pairs who are mature, have other skills and hobbies and have strong ties to their family and high family values are also very good candidates.

6

API00002073

MOVANTS' APP 00524

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Au Pair International                              *International Sending Agent Handbook*

Other skills which can help them in their job also matter, like playing piano, being able to read music, doing sports and other hobbies. Host families also look for active candidates so any past or present experience in sports is a plus. As a sending agent, you must decide where you focus your time and effort.

### Pre-Screening
At a minimum, the au pair must fulfill the U.S. Department of State regulated requirements of an au pair. If the candidate does not fulfill these requirements, they should not apply. The au pair must:

- *Be 18 to 26 years old*
- *Have completed secondary school education*
- *Have at least 200 hours childcare experience*
- *Speak English with a rating of GOOD to EXCELLENT*
- *Be in good health*
- *Not have a criminal record*
- *Commit to 12 months living with an American family.*
- *Not previously have been an au pair in the USA*

It is important to be sure the au pairs meet *all* the minimum requirements. If they do not fulfill the minimum requirements they will *not* be able to work as an au pair in the U.S. and, needless to say; they should not apply or fill out paperwork.

### Factors that Limit the Chances of a Placement
As Sending Agent, you want to concentrate your search on candidates that are easy to place. After all, you get your commission for placed au pairs. If you have a great candidate (for example with broad childcare experience), you might want to guide them on factors that will be assist their chances to be placed (for example to get a driver's license).

Limiting factor: No Driver's License
Au Pair International does not want to turn down a "perfect" candidate because she does not have a driver's license. However, most American families will require a licensed driver. It is very difficult to place an au pair without a driver's license. Please advise the candidate to try to get a driver's license before they apply or prepare them on that the wait time to find a suitable host family will be longer. Last, but not least; as public transportation is not available in many areas in the US, having a driver's license is also to their advantage and will allow them to get out and explore more.

Limiting factor: Male Au Pairs
Male au pairs will be accepted, but very few families choose male au pairs. Please prepare your male au pair candidates (and your staff) on a long wait time.

Limiting factor: Au Pair's Restrictions
The more restrictions the au pair has, the more difficult it will be to place the person. For example, if an au pair only wants to go to one area, it might take a long time to place them. Remember that the "popular areas" have thousands of very well qualified au pairs to choose from. There are other fun places in the U.S. other than New York City and California. Being placed in San Francisco, NYC or Los Angeles is not the main factor for having a fun and exciting year.

7

API00002074

MOVANTS' APP 00525

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Most of the host families have more than one child. Therefore an au pair who only wants to care for one child only is more difficult to place. The more flexible the au pair is, the easier it will be to find a family.

<u>Smoking Au Pairs</u>
Remember!! We cannot accept au pairs that are smokers. It is very difficult to place the au pairs and the wait time is frustrating for all parties. Please ask that references be provided if the potential au pair smokes.

## 2.4 From Lead to Candidate

When an au pair candidate contacts you for information, you should try to call the person back immediately. People change their minds, get other offers and have second thoughts. The longer it goes before you contact the potential candidate, the more likely you are to lose the person to other opportunities. Our sending agents have found that calling the person within 24 hours gives the best results and, if you do not get a hold of the person, leave a message. if your phone-call has not been returned, f ollow-up a few days later with an e-mail or phone call to the potential candidate.

*Contact*
A personal phone call is powerful. Call the candidate and make the connection. The au pair will choose the agency where she feels most comfortable. A phone call gives you the opportunity to tell about the program and the experience. Then let the candidate know that you will send an email with the necessary information.

*Email*
Make it easy on yourself – have an email in your own language prepared with the necessary information and links. Change the name on the email and send it to the candidate.

*Follow-Up*
Keep the momentum going by following up by phone or email to see if you can assist/answer questions. The au pair application is very comprehensive. It might seem overwhelming to the candidate to complete it – and to do it in English. Follow-up and encouragement will help the au pair trough the processes.

*E-Mail List and Newsletters*
Send a newsletter or "available host families" to potential au pair candidates. Tangible host families are easier to relate to than "going to the US" for a year. **Please request these from the Sending Agent Manager.**

# PART III: AU PAIR APPLICATION

A neat application and nice smiling pictures go a long way. A lot can be achieved by making sure the application presents the candidate in the best way. Neat handwriting, all questions thoroughly answered, detailed explanations and examples all ad up.

8

API00002075

**MOVANTS' APP 00526**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

///// Au Pair International                              *International Sending Agent Handbook*

## 3.1 Application Checklist

The au pair should give all application documents directly to your office. It is the applicant's responsibility to provide all the documents (except for the interview report and psychometric test), but you can give guidance on how to get the required documents.

They <u>must</u> use a pen, not pencil to fill out application. They must print not write in cursive.

**A TYPED APPLICATION IS PREFERRED AND HIGHLY RECOMMENDED**

The complete application consists of:

- ❑ Au pair application form, including the signed agreements
- ❑ Two non-family childcare references (to be verified by Sending Agent)
- ❑ One non-family personal character reference (to be verified by Sending Agent)
- ❑ Medical checkup report
- ❑ Criminal background check
- ❑ Copy of driver's license and International Driver's License
- ❑ Copy of passport (expiring no earlier than 18 months from the application date)
- ❑ 1 passport photo (au pair should prepare 4 photos as 2-3 will be needed for the visa application)
- ❑ "Dear host family" letter
- ❑ Copy of school diplomas/certificates
- ❑ Photo collage (1-2 pages)
- ❑ Interview report (to be completed by Sending Agent after in-person interview)
- ❑ Psychometric test
- ❑ Application fee paid (fee must be between $50 minimum to $200 maximum.)

## 3.2 Assisting the Au Pair in Improving the Application

### *Pictures*

Enclosing nice pictures is very important as host families tend to "connect" with the pictures as much as the text. The passport photo is particularly important. Please advice the candidate to put together a photo collage that shows them spending time with children, doing sports, outdoors activities, playing musical instrument and pictures with their family. They should normally not include pictures of friends as it does not help their application. Pictures of them partying or "weird/funny" pictures should be avoided.

### *Answer all Questions Thoroughly*

Encourage the applicant to focus on *all* their childcare experiences. As in any job application, they should present any experience that might help them. When screening applications, host parents will look for:

- Their childcare/teaching/assisting experience (the more the better).
- If they are showing real interest in children and childcare.
- Their personality and interests; if they are active, like the outdoors, etc.
- If they have any other skills that will help them in their job, for example music or sports

Saying only "I just adore" children does not do much. However, listing all the activities they have done related to children will help them. They might have helped or assisted teaching music for their school band or been a sport coach helper. They might have assisted with younger children (without being paid

9

API00002076

**MOVANTS' APP 00527**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

///// Au Pair International                                    *International Sending Agent Handbook*

for it) or had paid jobs as a babysitter. Also experience that does not qualify under the 200 hours of child care experience requirement should be listed. The au pair candidate should focus on the experience they have and activities and responsibilities these jobs involved.

Parents will also look for how used the candidate is to being around children. The au pair applicant should therefore tell about their siblings or cousins, and time spent with them, babysitting or assisting in caring for them.

## 3.3 Verifying Documents

The documents received must be verified, meaning that you must contact the source and verify that the information provided is true and accurate. Remember the documents are not complete unless they have been verified. This includes:

- References. Contact childcare references to confirm that the information was actually given by them and that it is accurate.
  - o Get further details to issues they have brought up. For example if the reference has written anything that may be considered negative, ask for more detail to clarify what is meant by that statement.
  - o Clarify if any of the questions were not completed. In particular the form needs to have an estimated number of hours caring for children under and over the age of two.
- Control that the criminal background check certificate is recent (within one year) and must be original, which may include a watermark on the paper, stamp and/or signature.

## 3.4 Au Pair Interview and Orientation

The Interview – Questions and English Skills
The au pair must be interviewed by a Sending Agent trained employee or representative who speaks English. **The interviewer's English must be advanced enough to evaluate the au pair's conversational English skills.** They must be able to carry on a conversation during the interview in English.

The interviewer should use the Interviewer's Guide provided by API to facilitate the interview. After the interview the interviewer fill in the interviewer's report. The host family will be able to review the report. Therefore, please write neatly and add comments that might help the family in evaluating on this candidate.

The Interview - Administer the Psychometric Test
The psychometric test may be filled out during or before the interview. It may be filled in online or on paper. Make sure the au pair understands the directions completely before starting the test. The au pair may use a dictionary during the test. These psychometric tests will be used to make a psychometric profile of the candidate.

10

API00002077

MOVANTS' APP 00528

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 Au Pair International                    *International Sending Agent Handbook*

The Interview – Orientation

As part of the interview, the interviewer must give the candidate a orientation about the Au Pair Program, the process going forward, what to prepare for and what they can expect. This may be done in the au pair's native language. Please use the pre-departure orientation guide provided by Au Pair International as a checklist of what to cover during the orientation. Please also refer to the "Going-To-America Handbook" (coming soon) for the process up to departure and the Au Pair Handbook for detailed program information.

Remember to describe the process going forward; the au pair's application will be presented to potential host families, the interview, etc. Please see the pre-departure orientation guide for a complete list of the next steps towards arriving in the U.S.

## 3.5 Compiling and Sending Application

After the interview and orientation, compile all the documents, including your interview report and the au pair's psychometric test. Use the checklist to ensure that you are sending all the application documents. Please scan the files (as described below) and keep the original files for a least five years beyond the date of the au pair's program completion.

*Scanning the Files*

When you scan the applications, you should scan the files into multiple page pdf documents as instructed below. The images should be at the lowest resolution that is still easily legible (usually around 100 dpi) to keep the file sizes small.

To make a pdf file, please go to:

Most scanners will have a pdf-file option. However, if your scanner only gives single page gifs/jpgs, please insert the gifs into word documents and convert it to a pdf file by logging on to our account.

**Adobe Acrobat Maker:** https://createpdf.adobe.com/cgi-login.pl?BP=IE&LOC=en_US
**Username**: info@aupairint.com
**Password:** Please request the current password from the sending agent manager.

A complete application will look like this:

 SvenssonTina_Application.pdf
Adobe Acrobat 7.0 Document
1,151 KB

 SvenssonTina_Certificates.pdf
Adobe Acrobat 7.0 Document
143 KB

 SvenssonTina_Checklist.pdf
Adobe Acrobat 7.0 Document
52 KB

 SvenssonTina_Collage.pdf
Adobe Acrobat 7.0 Document
188 KB

 SvenssonTina_HFLetter.pdf
Adobe Acrobat 7.0 Document
30 KB

 SvenssonTina_Interview.pdf
Adobe Acrobat 7.0 Document
180 KB

 SvenssonTina_Medical.pdf
Adobe Acrobat 7.0 Document
201 KB

 SvenssonTina_PSTest.pdf
Adobe Acrobat 7.0 Document
205 KB

 SvenssonTina_References.pdf
Adobe Acrobat 7.0 Document
471 KB

11

API00002078

**MOVANTS' APP 00529**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

/// Au Pair International                                    *International Sending Agent Handbook*

Name the files with the au pair's first and last name (not middle name) as shown below. For example: Carolina Elena Britez Gonzales should be: BritezGonzalesCarolina_Application.

Please name the files like this:

- LastNameFirstName_**Checklist**
- LastNameFirstName_**Application**
- LastNameFirstName_**HFLetter**
- LastNameFirstName_**Collage**
- NameFirstName_**Interview**
- LastNameFirstName_**Medical**
- LastNameFirstName_**PSTest**
- LastNameFirstName_**References**
- LastNameFirstName_**Certificates**
- LastNameFirstName_**Notification_Other** (to be sent after the au pair is matched, but before departure)
- LastNameFirstName_**InsUpgrade** (if applicable)

***What to include in each PDF document***

LastNameFirstName_Checklist
The checklist should be completed by the Sending Agent representative completing the file.



LastNameFirstName_Application
The application form should include:

12

API00002079

**MOVANTS' APP 00530**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

//// Au Pair International                    *International Sending Agent Handbook*

- A smiling passport photo on the first page.
- The Au Pair Application including any descriptions written on separate paper scanned in order.
- AP Agreement.
- AP/HF Agreement.



LastNameFirstName_HFLetter
The host family letter should be 1-2 pages long, preferably typed.



LastNameFirstName_Collage
The photos/photo collage should be on white background.

13

API00002080

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

//// Au Pair International                           *International Sending Agent Handbook*



the more you can write about your candidate as a warm and sweet personality, maturity, re-... candidate.

LastNameFirstName_Medical
The medical checkup must be signed and stamped by a physician.



LastNameFirstName_References
The verified copy of the references is signed by the person who contacted the references. The Sending Agent can also stamp the forms.. If reference has to be translated: include original and translation. Verify both the original and verify that the translated references are genuine.

Also include any other references in addition to the three required. Additional references might be in letter or other form. The three minimum references must be completed on the API reference forms.



14

API00002081

**MOVANTS' APP 00532**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 Au Pair International                    *International Sending Agent Handbook*

LastNameFirstName_Certificates

- All school diploma's and certificates
- Criminal background check
- Copy of Driver License (if applicable)
- Copy of International Driver's license (required if au pair will drive in the U.S.)
- Copy of Passport
- Other certificates/diplomas (e.g. First Aid, Life saver, etc.)



Etc…

LastNameFirstName_PSTest
The Psychometric test and the Psychometric Profile should both be scanned.



After au pair has been matched with a host family, the following files are prepared:

15

API00002082

MOVANTS' APP 00533

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

////  Au Pair International                         *International Sending Agent Handbook*

LastNameFirstName_InsUpgrade (if applicable)

As soon as possible notify API of any insurance upgrade requests. Scan and send order form to API.

LastNameFirstName_Notification_Other

Before the au pair departs for the U.S., submit the notification form (the form confirming that she has received the required documentation has been interviewed by the host family, etc) and documentation showing that the au pair has completed her 32-hour training course.

- Confirming completion of 32-hour training.
- Information received notification form.

### *Send the Application Files*
Send the checklist and all files for the applicant (except for insurance upgrade and the notification form files which will be sent later) in an e-mail to files@aupairint.com  Please send each candidate in individual e-mails. Applications should only be sent when they are complete and ready. The application will be reviewed at the API office and you will be notified if any documents are missing or incomplete.

## PART IV: MATCHING PROCESS

### *Step 1: Host Family Search*
Once complete, the au pair application will be presented to potential host families in the U.S. by the Placement Coordinators. Each application is presented to multiple host families. The families will look through a number of applications until they make a decision to contact a particular candidate. It is during this process that the quality of the au pair's experience and the neatness and appearance of the application, makes a big difference. We often see au pairs with an appealing application being chosen over more qualified au pairs with "messy" applications. **A smiling passport photo is key.**

### *Step 2: Family Phone-Interview*
Host families will evaluate the applications and, if they think it looks like a good match, contact the au pair for an interview over the phone. The phone-interview is required before a match can be made.

### *When can they expect the phone call?*
It can happen within days or it may take longer. It is therefore important for the au pair to be available and prepared from the day the application is approved. Some host families will send an email first to schedule a time for the interview, others will call without notifying the au pair. Normally, though, the placement coordinator sends out an "interview" e-mail. The au pair needs to respond to the family per the instructions in this e-mail.

### *Where to contact:*
Please advise the candidate to keep Au Pair International apprised of where to contact them at all times - also if they go on vacation for a few days. We do not want them to miss their opportunity because a family could not get a hold of them.

16

API00002083

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

//// Au Pair International                                  *International Sending Agent Handbook*

*Reply to host families:*
Please remind the au pair to reply to messages <u>promptly</u>. If she did not understand the message or was not able to hear the e-mail or phone number, please ask her to contact the placement coordinators for assistance. When host families don't receive a reply (promptly) they often move on to the next candidate.

*Be prepared:*
Being cheerful and friendly during the interview is of course important. In advance, the au pair should use the "Q&A list" for the phone interview. This list is provided by the sending agent. It is a good idea to write down answers to potential questions that the host family might ask. The au pair should also write down questions to ask the family that would help her determine if this is a good match.

Both the au pair and the host family will rely on this interview to learn as much as possible about each other. Advise the au pair to avoid giving "yes/no" responses. She should instead answer by telling more about herself and ask questions that encourage conversation.

**Step 3: Match is Confirmed**
The host family will formally invite the candidate to become their au pair. The Placement Coordinators will send the host family's application together with the invitation. If the au pair accepts the offer, API will inform the host family. The Sending Agent is immediately notified of the match and Au Pair International immediately starts the process toward preparing the au pair for a year abroad.

Please advise the au pair they should match with the *first* host family that they feel *comfortable* with. They should not turn down a good opportunity just "in case something better" come up as this might not happen or it might take a long time. When the au pair accepts an invitation from a family to join them they are making a commitment to be their au pair for *one year*.

# PART V: PREPARING AU PAIR FOR DEPARTURE

## 5.1 U.S. Embassy Interview

*Booking the Visa Interview at the Consulate or Embassy*
Immediately after the match is confirmed, the au pair should schedule the Visa interview appointment with the nearest U.S. Embassy (or Consulate). Please consult the U.S. Embassy's website for instructions regarding how to book the interview in your home country. In some countries the interview may be booked by contacting the Embassy by phone or by scheduling the interview visa via that Embassy's website.

Embassy information specific to each country should be provided to the au pair by the Sending Agent. Every U.S. Embassy has a different application procedure. The au pair should be given a detailed overview of documents required, how to make the appointment, the website address and how to pay the J-1 Visa fee. The Sending Agent should provide this information and make sure it is updated and accurate. For a list of all U.S. Embassies, visit the official U.S. Department of State website at: www.state.gov.

17

API00002084

**MOVANTS' APP 00535**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Au Pair International                                                *International Sending Agent Handbook*

Many sending agencies provide the au pair with a handout with instructions as well as directions and map for the U.S. Embassy. It is also helpful if you provide the au pair with the required envelope that some U.S. Embassies require for returning the passport and visa to the au pair (see specifications on the local U.S. Embassy website).

### How to Pay the Visa Interview Fee

The U.S. Embassy imposes a fee for the J-1 Visa. The fee is currently about US$100. The au pair is responsible for paying this fee and it should normally be paid well in advance of the visa interview appointment. Please provide the au pair with information regarding how and when this fee should be paid to the Embassy. Please consult your local U.S. Embassy website.

### SEVIS Fee

There is also a "SEVIS fee" of US$35. This fee is paid by API and a receipt is included in the package sent to the au pair.

### Visa Document Package

API will send the visa information including the DS-2019 to the Sending Agent's office. The DS-2019 (CERTIFICATE OF ELIGIBILITY FOR EXCHANGE VISITOR (J-1) STATUS ) is the main form that the au pair must bring together with the other documentation to the visa interview. The package includes:

- Signed DS-2019 form – au pair should sign and date
- Signed acceptance letter – letter confirming that they have been accepted to the au pair program.
- SEVIS I-901 fee receipt (a receipt showing the SEVIS fee has been paid)
- Form DS-160 - Online Nonimmigrant Visa Application
- Form DS-157 is included for male au pairs only. Female au pairs do not need to complete this.

## 5.2 Online Training

Au pairs must complete a 32-hour long training course prior to arriving at the host family's home. API will provide the au pair with a username and password in order to complete this training online. As it takes a while to complete the training, the au pair should receive the username and password as soon as possible after the match is confirmed. Please inform API immediately if the au pair has not received this pertinent information.

## 5.3 Au Pair Handbook and Pre-Departure Information

Sending Agent gives the au pair her pre-departure information package. The pre-departure information package should include the Au Pair Handbook and information about local educational opportunities in the U.S. The local agent might include additional information in the package they give the au pair.

## 5.4 Airplane Ticket/Travel Documents

API will send the au pair's air ticket to the Sending Agent by e-mail or by regular mail. The ticket will be from gateway cities in the au pair's home country (normally the capital) to the host family's home

18

API00002085

**MOVANTS' APP 00536**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

| Au Pair International | *International Sending Agent Handbook* |

town airport. The au pair is responsible for arranging and paying for transportation to the gateway departure city.

## 5.5 Prepare the Au Pair for Departure and for a Successful Year

You should already have answered many of the questions during the interview and orientation. However, the au pair might have many questions when preparing for the year and she will turn to you for answers. After the visa has been approved you might want to give the au pair a call to make sure she is on schedule for the departure. Clarifying any questions in this conversation might also save you a few phone calls from the au pair.

Most of the questions should be answered in the information the au pair receives. Familiarizing yourself with this information will help you in guiding the au pair to the appropriate chapter where her answer may be found. If you find that you cannot answer any of the questions, please do not hesitate to contact us.

# PART VI: ARRIVAL AND PROGRAM START

## 6.1 Arriving in the U.S.

### *Meeting the Host Family*
The host family will meet their new au pair at the airport. The host family and au pair are responsible for coordinating with each other through e-mail or phone on how and where to meet and what to do in case of delays.

### *Arrival Information Package*
Upon arrival in the U.S., the au pair will receive an arrival information package including the insurance card, insurance information, a letter stating that the au pair is in good standing with the Au Pair Program, etc.

### *Welcome call and Arrival Orientation*
The local Area Director will call the au pair within 48 hours of the au pair's arrival to welcome the au pair to the area. Within two weeks of the arrival the Area Director will meet with the au pair and her host family to assess how the relationship is progressing. Some Area Directors also contact the au pair by e-mail before she departs from her home country (this is optional for the Area Director).

### *Contact Information*
Before or immediately after arrival the au pair will also receive the contact information for the other au pairs in her cluster.

## 6.2 Participating in the Program

### *Monthly Activities*
Each month the Area Director arranges activities for the au pairs in the local cluster.

### *Educational Requirement*

API00002086

**MOVANTS' APP 00537**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

//// Au Pair International                    *International Sending Agent Handbook*

The au pair will complete six credits or the equivalent of education during her year abroad. The host family will facilitate the attendance of classes and pay up to $500 towards education.

### Problems during the Year
Spending a year abroad may be challenging and there will always be smaller or larger issues during the year. Sending Agent should forward concerns received from au pair participants directly to API. Our field staff is best suited to assist with the issues. They know the background and are better suited in solving the issues in a neutral way. API will normally *not* contact or update the Sending Agent on issues or problems during the Au Pair Program year.

### Re-Match During the Year
If a relationship is not working out and the au pair is not in any violation of laws or regulations, API will attempt to find the au pair a new host family. The au pair should continue to stay with the current host family until a new host family is found. If this is not possible, API will make reasonable attempts to assist the au pair with temporary housing for a temporary period of time.

# SUMMARY

20

API00002087

MOVANTS' APP 00538

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

## The Process in Summary

In short, the process from application to departure:

1. **Application:** Au pair submits application.

2. **Verification:** Sending Agent verifies references and ensures that all documents are accurate.

3. **Interview:** Sending Agent interviews au pair candidate and gives an orientation about the Au Pair Program, U.S. regulations and prepare au pair for a successful year abroad. Sending Agent writes an interview report.

4. **Send:** Sending Agent scans application documents and e-mails complete application to API and keeps the original for future reference.

5. **Search:** Au pair's application is presented to American host families by Placement Coordinators.

6. **Phone Interview:** Host family contacts au pair candidate by phone for the phone interview. This might result in a match or not. If not, the au pair will wait for the next potential host family to call.

7. **Match:** The host family, thru the placement coordinator, invites the candidate to become their au pair. The au pair reviews the host family's application and accepts or declines the offer. If she accepts it is a "match" and the host family, au pair and Sending Agent are formally notified by API.

8. **Schedule Interview:** Au pair schedules the Visa interview with the local U.S. Embassy and pays the Visa fee (currently US$100) per the direction of the local U.S. Embassy.

9. **Receive information and training:** Sending Agent gives/informs au pair:

   a. The online training course. As this is a 32-hour training program, the au pair should receive the training as early as possible. Make sure they have their username and password to begin. (NACCP)

   b. The Au Pair Handbook, information about local U.S. educational opportunities and other pre-departure information.

10. **Au pair payments:** Au pair pays deposit $400, flight fee (if applicable), application fee-$50-$200, and other payments for upgrade/additional (if applicable) services to the Sending Agent.

11. **Receive visa documents:** Au pair receives Visa Package, including the DS-2019 and SEVIS fee receipt, from API.

12. **Embassy Interview:** Au pair goes in person for the visa interview at the U.S. Embassy. The visa is normally approved or denied immediately, and in most cases sent to the au pair's home by courier mail. If the Visa is *not* granted, the au pair or sending agent should contact API immediately. Normally more information may be provided and the au pair may appeal the decision and schedule a new interview.

13. **Travel documents:** Sending agent receives travel documents from API by e-mail or mail and gives/sends it to the au pair.

API00002088

MOVANTS' APP 00539

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

///// Au Pair International                        *International Sending Agent Handbook*

14. **Departure:** The au pair leaves for the U.S. and is met by the host family at her destination.

API00002089

**MOVANTS' APP 00540**