# Exhibit 31

5/11/2017     Program Costs

## Au Pair International
*Your local au pair childcare provider*

| Home | Au Pair International Advantages | Satisfaction Guarantee | Loyalty Program |

1-888-649-2876
Request Information

**Special Promotion**
Call now to get registered for the limited promotion.

March 31

search...

Find Help Now!
Get Started!

- Au Pair Childcare Benefits
- Au Pairs Available Now!
- Programs
- **Program Costs**
  » Payment Plan
  » Discounts and Rewards
  » Childcare Protection Guarantee
- How it Works
- Au Pair Program 101

NEED HELP?
Click below to receive a Customer Service call

CALL ME

## Program Costs

Au Pair International is one of the most reasonable childcare options available. We are an efficiently-run organization and we pass the savings on to our host families. You can save up to $2,000 by choosing Au Pair International. We do not charge extra for infant qualified au pairs, we have generous repeat host family discounts and our fees are per family and may include multiple children.

For Short Term Program fees and availability, please contact us. Remember to ask for our many seasonal and local discounts.

1-888-649-2876

HostFamily@AuPairInt.com

**Program Fee of $495/Month With Payment Plan**

**Shimming L**

ShimingL

"I love to teach children. One of my motivations for being an au pair is to...
Read more ..."

**EasyStart Payment Plan**
Call about our EasyStart Payment Plan!
888-649-2876

|  | Standard Au Pair and Infant Specialized Au Pair | Au Pair Professional | Pre Selected Au Pair |
|---|---|---|---|
| Application Fee | ~~$350~~ $0 | ~~$350~~ $0 | $350 |
| Program Fee* | ~~$6,990~~ $6,690 | $7,490 | ~~$6,490~~ $5,990 |
| Weekly Stipend ** | $195.75 | $225 | $195.75 |
| Average cost for 45 hours of customized care | $324/week $7.20/hour | $369/week $8.20/hour | $310/week $6.90/hour |

*Also see our great payment terms. $495/month payment plan available
**Paid directly to au pair weekly

### Extension Program

Your may now extend your program with your current au pair for 6, 9 or 12 additional months. To extend your current au pair's stay, please contact your Regional Director or a childcare advisor at:

Phone: 888-649-2876

E-mail: hostFamily@AuPairint.com

EXHIBIT
Lehon
6
5-12-17

### EasyStart Payment Plan

We are proud to offer families the best payment plan available. Our EasyStart Payment Plan allows you to provide the best care for your children and pay the program fee in low installments. Read more>>

5/11/2017 Program Costs

INTERNET ARCHIVE
WayBackMachine
23 captures
5 Apr 2010 - 2 Feb 2017

http://www.aupairint.com:80/index.php?option=com_content&view=article&id=64&It [Go]

MAR APR MAY
◄ 05 ►
2009 2010 **2011**

Joomla Website Design by WriteNowDesign powered by Joomla

PLAINTIFFS' RESP. APP.0001086

5/11/2017     Program Costs

# Au Pair International
### Your local au pair childcare provider

| Home | Au Pair International Advantages | Host Families | Au Pairs | Area Directors |

**1-888-649-2876**

**Request Information**

**Special Promotion**
Save **$650** when you apply before the end of the month!
Submit your application to be eligible for our promotion!

July 31

Find Help Now!

**Get Started!**

- Au Pair Childcare Benefits
- Au Pairs Available Now!
- Programs
- **Program Costs**
  » Payment Plan
  » Discounts and Rewards
  » Childcare Protection Guarantee
- How it Works
- Au Pair Program 101

**NEED HELP?**

Click below to receive a Customer Service call

CALL ME

## Program Costs

Au Pair International is one of the most reasonable childcare options available. We are an efficiently-run organization and we pass the savings on to our host families. You can save up to $2,000 by choosing Au Pair International. We do not charge extra for infant qualified au pairs, we have generous repeat host family discounts and our fees are per family and may include multiple children.

For Short Term Program fees and availability, please contact us. Remember to ask for our many seasonal and local discounts.

1-888-649-2876

HostFamily@AuPairInt.com

Program Fee of **$495/Month** With Payment Plan

**Liseth G.**

LisethG1

"I love to do recreational activities with the child... Read more ...."

**EasyStart Payment Plan**

Call about our *EasyStart Payment Plan*!

1-888-649-2876

|  | Standard Au Pair and Infant Specialized Au Pair | Au Pair Professional | Pre Selected Au Pair |
|---|---|---|---|
| **Application Fee** | ~~$350~~ $0 | ~~$350~~ $0 | $350 |
| **Program Fee*** | ~~$6,990~~ $6,690 | $7,490 | ~~$6,490~~ $5,990 |
| **Weekly Stipend \*\*** | $195.75 | $225 | $195.75 |
| **Average cost for 45 hours of customized care** | $324/week $7.20/hour | $369/week $8.20/hour | $310/week $6.90/hour |

*Also see our great payment terms. $495/month payment plan available
\*\*Paid directly to au pair weekly

### Extension Program

Your may now extend your program with your current au pair for 6, 9 or 12 additional months. To extend your current au pair's stay, please contact your Regional Director or a childcare advisor at:

Phone: 888-649-2876

E-mail: hostFamily@AuPairint.com

**EXHIBIT 7** 5/12/17

### EasyStart Payment Plan

We are proud to offer families the best payment plan available. Our EasyStart Payment Plan allows you to provide the best care for your children and pay the program fee in low installments. Read more>>

5/11/2017 Program Costs



Joomla Website Design by WriteNowDesign powered by Joomla

PLAINTIFFS RESP. APP.0001089

5/11/2017 — Program Costs

**Au Pair International**
*Your local au pair childcare provider*

| Home | Au Pair International Advantages | Host Families | Au Pairs | Area Directors |

search...

☎ **1-888-649-2876**
✉ **Request Information**

**Special Promotion!!**
**Host Families Save $650**
(Waived $350 application fee + $300 off of the program fees)

**February 29**

**Find Help Now!**
Get Started!

- Au Pair Childcare Benefits
- Au Pairs Available Now!
- Programs
- **Program Costs**
  » Payment Plan
  » Discounts and Rewards
  » Childcare Protection Guarantee
- How it Works
- Au Pair Program 101

NEED HELP?
Click below to receive a Customer Service call
CALL ME

## Program Costs

Au Pair International is one of the most reasonable childcare options available. We are an efficiently-run organization and we pass the savings on to our host families. You can save up to $2,000 by choosing Au Pair International. We do not charge extra for infant qualified au pairs, we have generous repeat host family discounts and our fees are per family and may include multiple children.

For Short Term Program fees and availability, please contact us. Remember to ask for our many seasonal and local discounts.

1-888-649-2876

HostFamily@AuPairInt.com

**Program Fee of $495/Month With Payment Plan**

**Anna G. - Click Here To See My Video!**

*AnnaG2*

"I speak 4 languages and have over 6000 hours of childcare experienc...
Read more ....

**EasyStart Payment Plan**

Call about our *EasyStart Payment Plan*!

1-888-649-2876

|  | Standard Au Pair and Infant Specialized Au Pair | Au Pair Professional | Pre Selected Au Pair |
|---|---|---|---|
| **Application Fee** | ~~$350~~ $0 | ~~$350~~ $0 | $350 |
| **Program Fee*** | ~~$6,990~~ $6,690 | $7,490 | ~~$6,490~~ $5,990 |
| **Weekly Stipend \*\*** | $195.75 | $225 | $195.75 |
| **Average cost for 45 hours of customized care** | $324/week $7.20/hour | $369/week $8.20/hour | $310/week $6.90/hour |

*Also see our great payment terms. $495/month payment plan available
**Paid directly to au pair weekly

### Pre-Selected Au Pairs

Some families come to us with a potential candidate who is not currently working with Au Pair International. These families qualify for our special Pre-Selected Au Pair rate. If you are interested in finding out more about whether you qualify for this discount, please contact us.

Phone: 888-649-2876

E-mail: hostFamily@AuPairint.com

EXHIBIT 8   5-12-17

### Extension Program

You may now extend your program with your current au pair for 6, 9 or 12 additional months. To extend your current au pair's stay, please contact your Regional Director.

PLAINTIFFS' RESP. APP.0001091

5/11/2017           Program Costs

Plan allows you to provide the best care for your children and pay the program fee in low installments. Read more>>

BBB Rating: A+ Click for Review

Find us on Facebook

Contact Us

Joomla Website Design by WriteNowDesign powered by Joomla

PLAINTIFFS' RESP. APP.0001092

# Au Pair International
*Your local au pair childcare provider*

Home | Au Pair International Advantages | Host Families | Au Pairs | Area Directors | Blog

**1-888-649-2876**
Request Information

**Special Promotion!!**
Host Families Save $650
(Waived $350 application fee + $300 off of the program fees)
**April 30**

Find Help Now!
Get Started!

- Au Pair Childcare Benefits
- Au Pairs Available Now!
- Programs
- **Program Costs**
  - » Payment Plan
  - » Discounts and Rewards
  - » Childcare Protection Guarantee
- How it Works
- Au Pair Program 101

NEED HELP?
Click below to receive a Customer Service call
CALL ME

## Program Costs

Au Pair International is one of the most reasonable childcare options available. We are an efficiently-run organization and we pass the savings on to our host families. You can save up to $2,000 by choosing Au Pair International. We do not charge extra for infant qualified au pairs, we have generous repeat host family discounts and our fees are per family and may include multiple children.

For Short Term Program fees and availability, please contact us. Remember to ask for our many seasonal and local discounts.

1-888-649-2876

HostFamily@AuPairInt.com

**Program Fee of $495/Month With Payment Plan**

Lida L. - Click To See My Video!

SusanaLimaymanta2

"I am 26 years old with 2400 childcare hours and Fi...
Read more ..."

| | Standard Au Pair and Infant Specialized Au Pair | Au Pair Professional | Pre Selected Au Pair |
|---|---|---|---|
| **Application Fee** | ~~$350~~ $0 | ~~$350~~ $0 | $350 |
| **Program Fee*** | ~~$6,990~~ $6,690 | $7,490 | ~~$6,490~~ $5,990 |
| **Weekly Stipend **** | $195.75 | $225 | $195.75 |
| **Average cost for 45 hours of customized care** | $324/week $7.20/hour | $369/week $8.20/hour | $310/week $6.90/hour |

*Also see our great payment terms. $495/month payment plan available
**Paid directly to au pair weekly
*** A flight fee surcharge may be billed based on the requested airport by the host family


EXHIBIT 9 5-12-17

### Pre-Selected Au Pairs

Some families come to us with a potential candidate who is not currently working with Au Pair International. These families qualify for our special Pre-Selected Au Pair rate. If you are interested in finding out more about whether you qualify for this discount, please contact us.

Phone: 888-649-2876

E-mail: hostFamily@AuPairint.com

### Extension Program

PLAINTIFFS' RESP. APP.0001094

5/11/2017                              Program Costs

### EasyStart Payment Plan

We are proud to offer families the best payment plan available. Our EasyStart Payment Plan allows you to provide the best care for your children and pay the program fee in low installments. Read more>>

Contact Us

Joomla Website Design by WriteNowDesign powered by Joomla

5/11/2017     Program Costs



# Program Costs

Au Pair International is one of the most reasonable childcare options available. We are an efficiently-run organization and we pass the savings on to our host families. You can save up to $2,000 by choosing Au Pair International. We do not charge extra for infant qualified au pairs, we have generous repeat host family discounts and our fees are per family and may include multiple children.

For Short Term Program fees and availability, please contact us. Remember to ask for our many seasonal and local discounts.

1-888-649-2876

HostFamily@AuPairInt.com

|  | Standard Au Pair and Infant Specialized Au Pair | Au Pair Professional | Pre Selected Au Pair |
|---|---|---|---|
| Application Fee | ~~$350~~ $0 | ~~$350~~ $0 | $350 |
| Program Fee* | ~~$6,990~~ $6,690 | $7,490 | ~~$6,490~~ $5,990 |
| Weekly Stipend ** | $195.75 | $225 | $195.75 |
| Average cost for 45 hours of customized care | $324/week $7.20/hour | $369/week $8.20/hour | $310/week $6.90/hour |

*Also see our great payment terms. $495/month payment plan available
**Paid directly to au pair weekly
*** A flight fee surcharge may be billed based on the requested airport by the host family



## Pre-Selected Au Pairs

Some families come to us with a potential candidate who is not currently working with Au Pair International. These families qualify for our special Pre-Selected Au Pair rate. If you are interested in finding out more about whether you qualify for this discount, please contact us.

Phone: 888-649-2876

E-mail: hostFamily@AuPairint.com

## Extension Program

5/11/2017     Program Costs

### EasyStart Payment Plan

We are proud to offer families the best payment plan available. Our EasyStart Payment Plan allows you to provide the best care for your children and pay the program fee in low installments. Read more>>

Au Pair Square

Privacy Policy    Contact Us

Joomla Website Design by WriteNowDesign powered by Joomla