# Exhibit 32



PLAINTIFFS' RESP. APP.0001257

CC00000966





CC00000969
PLAINTIFFS' RESP. APP.0001260

*An au pair provides so much more than childcare. An au pair can be like a big sister, another daughter, and a friend for life. There is something to be said about the energy that a young adult can bring to a home, not to mention the cultural exchange that a family can experience.*

TRACI, CULTURAL CARE HOST MOM SINCE 2009

## What can an au pair do?

*Cultural Care au pairs are childcare providers and a whole lot more!*

While on-duty, au pairs can offer you personalized care and a helping hand around the house. As a host family, you can look forward to:

### Childcare that fits your family's schedule
You can design your au pair's schedule so she is on duty when your family works or has personal engagements—whenever they are. Au pairs can even provide evening and weekend coverage if you need it.[1]

### Customized care for your children
With au pair childcare, you decide how your children spend their time. Hosting your own live-in caregiver puts you in the driver's seat of your child's activities and environment. For babies and toddlers, au pairs can prepare bottles, change diapers and enforce nap- and play-times. Au pairs are also suited to watch over school-aged children and teens. They can help them with homework, engage children in sports and arts and crafts, enforce household rules and escort children to and from their activities. Au pairs can also help coordinate activities when school is out.

### Assistance with household duties related to the children
Au pairs can help with household chores that relate to the children including meal preparation, laundry and room clean-up. In addition, they can pitch in as any other family member would by occasionally doing things like: taking out the garbage, emptying and loading the dishwasher, and picking up in common areas. Your au pair is also responsible for keeping her own room (and bathroom if she has her own) tidy.

### Help with drop-offs and pick-ups
Au pairs can transport your children to and from school, practices, games, lessons and playdates.[2]

### Help with childcare on family vacations
Although not required, families are welcome to invite their au pairs to accompany them on family trips to provide childcare during their stay. (Oftentimes, this equates to a more relaxing time!) If your au pair is considered on-duty while you are on vacation, she can assume all of the same responsibilities she normally has.

### Another adult in the home
Having an additional authority figure in the home is always helpful in busy households. For single parents, or for those whose spouses are frequently traveling, an au pair can be an especially comforting presence.

### Exposure to a different language and culture
Your au pair can enrich your children's playtime with international games, stories, and activities. She can also teach your children words and phrases in her native language—and, in some cases, help them to become bilingual.

---

[1] According to U.S. Department of State and Cultural Care regulations, au pairs may not work more than 10 hours in any one day and no more than 45 hours per week. Cultural Care au pairs must receive 1.5 continuous days off each week.

[2] If you need to use your au pair to drive while on-duty, you are responsible for establishing that she is a safe driver, and you must add her to your insurance policy.

---

### ALL CULTURAL CARE AU PAIRS:

- Are 18 to 26 years old
- Are proficient in English
- Have at least 200 hours of childcare experience
- Have successfully completed their secondary education
- Have a desire to live with a family in the U.S. and experience the American culture
- Are hoping to improve their English language skills

6 | CULTURALCARE.COM | 800-333-6056

## What qualifications and training do au pairs have?

*All Cultural Care au pairs are screened and trained.*

All of our au pairs undergo a multi-step screening process and receive specialized training before arriving to your home and throughout the year. The steps to becoming a Cultural Care au pair are as follows:

**Screening and Orientation**

Cultural Care ensures all au pair candidates undergo a comprehensive screening process that includes interviews by our own trained staff, an English assessment, a personality profile, a criminal background check and reference checks. We also require copies of their diploma, and driver's license, and a health profile from their doctor. This evaluation process lasts about a year on average, and only 10% of applicants who express interest in becoming au pairs are selected.

**Au pair application**

Our comprehensive application requires au pairs to share information about their education, family background, interests and goals, childcare experience and responsibilities. Applicants also submit photos, videos and a letter to their host family. In addition, all candidates take a personality assessment exam that evaluates personality styles – information many families find integral to the selection process.

**Background check**

Cultural Care Au Pair completes a background review on each au pair before she travels to the U.S. We require a criminal background check, current health certificate from a physician, confirmation of completion of secondary school and a copy of her driver's license. Au pairs must also provide three non-family references, each of which we verify.

**Pre-departure training**

All accepted au pairs receive a *Cultural Care Au Pair Handbook*, their go-to guide for American culture, family life, safety and program guidelines. They also complete an independent study unit in preparation for the Au Pair Training School.

**Au Pair Training School**

Before arriving to your home, your au pair will attend a 4-day training program on the St. John's University campus in Oakdale, NY. Class time at Cultural Care's exclusive Au Pair Training School is spent covering topics such as first aid, household safety and emergency procedures. Group discussions focus on nutrition, age-appropriate activities and building self-esteem.

**American Red Cross CPR and Driver's Safety Course**

At our training school, American Red Cross instructors administer the adult and pediatric CPR/AED and First Aid certification program to all au pairs. Cultural Care au pairs attend a classroom course on driver's safety, also delivered by the American Red Cross, designed to familiarize au pairs with American driving laws, signs and protocols.

**EACH CULTURAL CARE AU PAIR:**

- Undergoes a highly extensive screening process in the industry
- Submits a criminal background check
- Submits a certificate of health from a physician
- Presents three non-family references
- Participates in a 4-day orientation and training program at our Au Pair Training School
- Is American Red Cross certified in adult and pediatric CPR/AED and First Aid
- Attends an American Red Cross classroom course on driver's safety
- Learns about additional safety measures and injury prevention during the year through our Continuing Safety Education Program

CULTURALCARE.COM | 800.333.6056 | 9

**RED CROSS-CERTIFIED**

*Cultural Care au pairs are American Red Cross-certified in adult and pediatric CPR/AED and First Aid*

Laura, Cultural Care au pair from Germany with Daphne, one of her three host children

CC00000970

PLAINTIFFS' RESP. APP.0001261

*When we started the matching process, we were impressed by the au pairs who were energetic, fun-loving, and experienced with young children—it made it difficult to select just one. Take your time with your selection to make sure you're choosing an au pair who has the qualities you're looking for. We are very happy with our choice to add Maria to our family!*

AMIE, CULTURAL CARE HOST MOM SINCE 2014

## How do I choose the right au pair for my family?

*Cultural Care Au Pair makes choosing your au pair easy.*

Choosing your au pair is a big decision—but it doesn't have to feel stressful or overwhelming. Our matching process is uniquely designed to suit every family's needs by offering:

**The largest selection of available candidates**

Cultural Care Au Pair has the largest selection of au pairs in the industry who hail from over 20 countries worldwide. There are thousands of applicants looking to join American families year-round.

**Full access to au pair candidates' applications online**

Through your online account, registered families gain access to our full selection of au pairs. You have the ability to browse our applicants using specific search criteria including nationality, age, driving experience and more. Additionally, you can view an au pair's detailed application, add them to your favorites list and arrange for an exclusive interview.

**A dedicated matching specialist**

Once you have registered, you will hear from your dedicated matching specialist to discuss your family's needs and how much assistance you would like throughout the process. She or he can search for and reserve au pair candidates on your behalf or you may choose to do this independently. Families new to au pair childcare are encouraged to work closely with a matching specialist to get started.

**A stress-free interview process**

When you decide to interview a candidate, you may put her on hold for two days (more if you need) and her profile will not be available for other families to view. Our matching process will allow you to exclusively evaluate the au pair's application without competing with other families while you decide if she is the right fit.

**Phone connection service**

A phone interview is an essential step to finding the right au pair, and before finalizing a match, Cultural Care Au Pair and the U.S. Department of State require all families to speak to their au pair at least once. To assist in this, we provide an overseas connection service. You also have the option to call an au pair's references if you wish to discuss her qualifications.

### STEPS TO HOSTING YOUR AU PAIR

Your au pair can arrive to your home in as little as 8-10 weeks from the time you register if you are actively engaged in the matching process. Contact us for help if you need an au pair sooner. The following steps outline the process from beginning to end:

- Register online at **register.culturalcare.com**
- Review and interview candidates online or with the help of your matching specialist.
- Complete your application and in-home interview with your local childcare consultant (LCC)
- Select your au pair
- Prepare your home for your au pair's arrival
- Pick up your au pair at your preferred airport or bus stop

CULTURALCARE.COM | 800-333-6056
CC00000971
PLAINTIFFS' RESP. APP.0001262

# What are my responsibilities as a host family?

*Cultural Care host families must also meet certain requirements.*

Before joining the program, families are required to meet all U.S. Department of State and Cultural Care requirements. We also ask families to embrace the "spirit" of the program by being open to cultural differences and keeping communication a priority. The most successful host families are those who will:

### Welcome your au pair as a member of your family

Au pairs should not be considered employees, but rather an extended family member. Many host families liken their au pairs to a niece or older daughter. As such, give and take is important. Think about how you would want someone to treat your child if she was living with a host family abroad and treat your au pair accordingly. Asking how her day was, including her in family meals and outings, celebrating her birthday and recognizing important holidays will go a long way toward making her feel welcome and supported.

### Be open to cultural exchange

It's important to recognize that the au pair program is a cultural exchange experience as well as a childcare program. When your au pair arrives, it will take some time for her to become accustomed to living in your home. You can make her feel more comfortable by supporting her as she adjusts to a new language and by sharing your American culture and traditions. Expressing interest in your au pair's culture and asking questions about her friends, family and life back home helps with this transition as well. When your au pair does things differently than you do, recognize that it can be because she's not familiar with what you consider "normal".

### Communicate, communicate, communicate

Communication is the key to a successful year. Just as in any other good relationship, talking to your au pair about your expectations is essential. You should also find time to share praise, voice concerns and give constructive feedback when appropriate. Additionally it is important that you communicate with your local childcare consultant (LCC). Your LCC will conduct an in-home interview prior to welcoming your au pair, and an orientation within 2 weeks of your au pair's arrival. You must also be responsive to monthly contact with your LCC and attend one host family event per year.

### Follow proper program procedures in the case of an issue

If you and your au pair encounter an issue that can't be resolved through direct communication, your LCC is available if you need a mediator to step in and help. We ask that host families and au pairs go through a mediation process during which both parties try to resolve the issue. If issues remain after a mediation period, your LCC will work with you and your au pair to make the transition to a new placement as seamless as possible for each of you.

### ALL CULTURAL CARE HOST FAMILIES MUST:

- Be U.S. citizens or Green Card holders (both parents)
- Limit their au pair's childcare responsibilities to 45 hours/week and 10 hours/day
- Give their au pair 1.5 continuous days off/week, 1 complete weekend off/month and 2 weeks paid vacation during the year
- Pay their au pair a weekly stipend of $195.75[1]
- Arrange for a responsible adult to be home for the first three days of their au pair's stay
- Provide a private bedroom for their au pair
- Contribute up to $500[2] towards their au pair's educational component
- Complete a criminal background check prior to their au pair's arrival (applies to all adults living in the home)

[1] The weekly stipend is determined by the U.S. Department of State acting in a formula based on the federal minimum wage. Any change to the federal minimum wage will result in a change in the stipend.

[2] The contribution towards an au pair's educational component is determined by the U.S. Department of State, and families agree to comply with any formula that is in use.

Madeleine, Cultural Care au pair from Sweden with her host parents Deb and Cheri and her host children, Mallory, Amelia, Emmett and Mason

PLAINTIFFS' RESP. APP.0001263

# What does it cost to host an au pair?

*Most families find that hosting a Cultural Care au pair is a very cost-effective childcare solution.*

## PRICING SCHEDULE

### PAID TO CULTURAL CARE AU PAIR

**Registration** .................. $75
Payment of the registration fee will allow you to register online, begin our personalized matching process and access our online database of available au pair profiles. Due at the time of registration.

**Processing** .................. $300
The processing fee will ensure your au pair match and allow us to initiate processing visa paperwork and reserving flights. Due upon final selection of your au pair.

**Program** .................. $7,995
The program fee covers:
- Recruitment and screening of your au pair
- Your au pair's training at the Cultural Care Training School
- The matching services of a dedicated matching specialist
- Host family and au pair orientations
- Round trip international airfare for your au pair
- Medical and travel insurance
- Year-long support from Cultural Care Au Pair office staff and your local childcare consultant

Families can choose to pay the program fee using our regular payment plan or our extended payment plan. Repeat families are entitled to additional savings through our Repeat Family Rewards.

### PAID TO YOUR AU PAIR

**Weekly stipend** .................. $195.75
The weekly stipend is paid by you directly to your au pair for 51 weeks, including two weeks of paid vacation.

| ANNUALLY | MONTHLY | WEEKLY | HOURLY |
|---|---|---|---|
| $18,353.25 | $1,529.44 | $353.87[2] | $8[3] |

One of the biggest misconceptions about the au pair program is that it is expensive. Many families are surprised to learn that not only is au pair childcare one of the most flexible forms of childcare available but also one of the most affordable.

The weekly stipend is determined by the U.S. Department of State using a formula based on the federal minimum wage. Any change in the federal minimum wage will result in an increase in the stipend.

The weekly cost is calculated based on 45 hours per week, the maximum number of childcare hours an au pair can provide in accordance with U.S. Department of State regulations.

The hourly cost is calculated based on 45 hours per week, the maximum number of childcare hours an au pair can provide in accordance with U.S. Department of State regulations.

14 | CULTURALCARE.COM | 800.333.6056

---

## ADDITIONAL FINANCIAL CONSIDERATIONS:

Depending on your family's individual needs and the area in which you live, you should take the following costs into consideration:

**Educational Component**
U.S. Department of State regulations require au pairs to take 6 credits at an accredited institute during the year. As a host family, you are required to pay up to $500 towards the cost of these classes.

**Driver's insurance**
Families who allow their au pair to drive are responsible for adding her to their current insurance policy. Some states require workers' compensation coverage for an au pair living in your home. Check with your insurance agency for more information.

**Room and board**
Families are required to provide their au pair with a private bedroom and plentiful and nutritious meals.

**Domestic transportation fee**
The domestic transportation fee covers au pair transportation to their host family's home from the Au Pair Training School in New York. For a full list of our partners and associated costs, please refer to our Program costs section at culturalcare.com.

## PAYMENT PLANS

**Regular payment plan**
The program fee of $7,995 is due prior to your au pair's arrival to the Au Pair Training School.

**Extended payment plan**
Our extended payment plan (EPP) makes paying for your program even more manageable. With EPP, you may choose to pay any or all four following installments:

Initial deposit  Due 30 days prior to your au pair's arrival
Installment #1  Due 3 months after your au pair's arrival
Installment #2  Due 6 months after your au pair's arrival
Installment #3  Due 9 months after your au pair's arrival

Please visit us or visit our website for more details about this plan: culturalcare.com/costs/payment-plans

*Photo caption: Lisa, Cultural Care au pair from Sweden, with her host children Ella and Vivian.*



CC00000973

PLAINTIFFS' RESP. APP.0001264



> Our LCC, Joanne, has been an extremely helpful resource to us as new host parents. One example was her support during the matching process. She gave us such great feedback on all of the applicants we considered and the process in general. I really feel like, because of her, we ended up with someone that is perfect for us.
>
> SARA, CULTURAL CARE HOST MOM SINCE 2013

## What kind of support can I expect as a host family?

*Cultural Care Au Pair provides families with a strong network of support.*

Throughout your program experience, you will have access to your local and office support team, as well as a host of online resources—a unique advantage to the au pair program. During the year, you can rely on:

### Your local childcare consultant (LCC)

Your LCC is your first line of support, and s/he lives within an hour's drive of your house (usually a lot closer). Many LCCs have hosted au pairs themselves and can help you with any questions or challenges you may have along the way. They are also a wealth of local knowledge for your au pair and will help connect her to other au pairs in your area.

### Cultural Care office support

Your primary office contacts at Cultural Care Au Pair are your matching specialist and program director. Whether based in our Cambridge office or in one of our satellite offices, your matching specialist is responsible for guiding you through the matching process, and your program director works together with your LCC to provide assistance throughout the year.

In addition, our Account Services team is available to answer any general questions on insurance, flights, payments or invoices. Contact a member of the team Monday–Friday, 7:30am–5:30pm in all time zones: **1-800-333-6056**. We have staff available on Saturdays to assist families in the matching process, and, in case of emergency, you can reach us 24 hours a day. You may also contact us through email at: **aupair@culturalcare.com**

### Online and printed resources

Your online Host Family Account is created when you register and gives you access to your au pair's application, information about her home country, her travel itinerary, a copy of the U.S. Department of State program regulations, and other information you will find useful throughout your year. Cultural Care's host family InfoSource is another helpful tool, also available through your Host Family Account. This searchable database is designed to answer questions you have at any time of day or night.

Upon selecting your au pair, you will also receive a copy of our *Host Family Handbook* and *Daily Communication Log*. The handbook outlines your program responsibilities and shares insightful tips to help make your upcoming year a success, and the *Daily Communication Log* provides an effective platform for scheduling and sharing information during the week. Lastly, Cultural Care's customizable *Household Handbook* (available online through your Host Family Account) allows you to create a set of guidelines to help your au pair understand your family's rules, routines and emergency procedures.

### MEET YOUR CULTURAL CARE TEAM

As a Cultural Care host family, you will always have people who are available for support when you need it:

- **Local childcare consultant (LCC)**
  Your LCC is your primary support during the year. She or he conducts your initial in-home interview, completes a 48-hour phone call and 2-week orientation after your au pair's arrival, hosts monthly meetings for your au pair and organizes two host family events per year (one of which you are required to attend).

- **Matching specialist**
  Your matching specialist assists you during the matching process to ensure you find the right au pair for your needs.

- **Program director**
  Your program director manages all of the LCCs in your region, and provides year round support should you encounter challenges with the program.

- **Account services staff**
  Our team of account service representatives is available to assist you with general questions during regular business hours.

CC00000974
PLAINTIFFS' RESP. APP.0001265



## CHOOSING CULTURAL CARE AU PAIR GIVES YOU:

- Flexible, live-in childcare for up to 45 hours per week
- The ability to customize your childcare schedule to your family's needs
- A more affordable solution than daycare or nannies
- A cultural exchange experience for the whole family
- The largest network of local childcare consultants
- Support staff on-call 24 hours a day

*Call toll free:*
**1-800-333-6056**

*Visit our website:*
**CULTURALCARE.COM**

Cultural Care Au Pair

Cultural Care is a registered trademark of International Care, Ltd.

This brochure has been printed on 100% recycled paper.

PLAINTIFFS' RESP. APP.0001267

CC00000976