# Exhibit 33

How much does an Au Pair Cost? | Cultural Care Au Pair



Costs associated with hosting a Cultural Care au pair include our agency fees and the weekly stipend paid directly to your au pair. Scroll below to review the details of the fees paid to Cultural Care and the au pair.

$18,953.25 Annual Cost

$1,579.44 Monthly

## TOTAL ANNUAL COST

Costs associated with hosting a Cultural Care au pair include our agency fees and the weekly stipend paid directly to your au pair.

## MONTHLY COST

This is the average cost per month when dividing the total annual cost. Scroll below to review the details of the fees paid to Cultural Care and the au pair.

## PAID TO CULTURAL CARE AU PAIR



PLAINTIFFS' RESP. APP.:0002315

# REGISTRATION FEE

Payment of the registration fee will allow you to register online, begin our personalized matching process and access our online database of available au pair profiles. Due at the time of registration.

## $75



# PROCESSING FEE

Payment of the processing fee will secure your au pair match, allow us to process visa paperwork and reserve flights. Due upon final selection of your au pair.

## $300



# PROGRAM FEE

Program fee includes recruitment and screening, Training School, matching services, orientation, round-trip international airfare, basic travel medical insurance and year-long support from your local childcare consultant. Due 30 days prior to au pair's arrival.

PLAINTIFFS' RESP. APP. 00002316

## $8,595

## PAID TO YOUR AU PAIR



## AU PAIR WEEKLY STIPEND

The weekly stipend is paid by you directly to your au pair for 51 weeks, including two weeks of paid vacation.

## WEEKLY $195.75

## ADDITIONAL FIN CONSIDERATIONS



## EDUCATION REQUIREMENT

U.S. Department of state regulations require au pairs to take 6 credits at an accredited institution during this year. As a host family, you are required to pay up to $500 towards the cost of these classes.



PLAINTIFFS' RESP. APP.0002017

## ADDITIONAL INSURANCE

Families who allow their au pair to drive are responsible for adding her to their current insurance policy. Some states require workers' compensation coverage for an au pair living in your home. Check with your insurance agency for more information.



## ROOM AND BOARD

Families are required to provide their au pairs with a private bedroom and provide for regular meals.



## DOMESTIC TRANSPORTATION FEE

The domestic transportation fee covers an au pair's transportation to their host family's home from the Au Pair Training School in NY. Click here for a full list of our gateways and associated costs.

PLAINTIFFS' RESP. APP.0002018

# PAYMENT PLANS & DISCOUNTS

We also offer payment plans and have discounts for both new and repeat families.

# HAVE MORE QUESTIONS?

We would love to hear from you. A member of our team is available to take your call Monday through Friday, 8:00am to 7:30pm EST.

# CALL NOW 1-800-333-6056



REGISTER NOW

Becoming a Host Family
Our Au Pairs
The Process
Pricing
Careers
Blog
About Us
Become an Au Pair
Corporate Partners
Shop
f t g i y p

© 2017 Cultural Care Au Pair| Privacy policy | Terms of use |

PLAINTIFFS' RESP. APP. 0002319