# Exhibit 34

EXHIBIT

# HOUSEHOLD CHORES

- Scenario: You are working 35 hours/week an have lots of household chores besides your childcare responsibilities. You think that you have too much housework. You are asked to clean the windows and wash the entire family's clothes.

- **Discussion: what can you do in this case?**



Cultural Care
Au Pair

CC00001462

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002324

CC00001463

# Speaker Notes for Slide 1

Talking points:

- Even though you are working 35 hours, and this is less than some au pairs who work 45 hours, you are not allowed to fill the remaining hours doing chores and household work for the entire family.

- Try this: explain to your host parents that you are comfortable with your childcare schedule but want a better understanding of the extra work you are being asked to do. Anything related to childcare, you will do, of course. You are also happy to help out around the house, here and there, since you are part of the family and living there too. But being asked to do heavy housework and extra work for the host parents is not part of an au pair's job.

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002325

# CURFEW

- Scenario: Your host family set a 10PM curfew for you on workdays. This is not something that you are used to, but you agreed to it for your first month. When you interviewed over the phone, they asked that you start with it for a month until everyone was comfortable with the schedule. It has now been 6 weeks and nothing has changed.

- **Discussion: how you can bring this up with your host family. Why do you think they want a 10PM curfew? How can you communicate** *is hard for you?*



CC00001464

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002326

# Speaker Notes for Slide 2

Talking points:

- A curfew is not unreasonable. Lots of host families have curfews so that au pairs get enough sleep before caring for the children – they also care about your well-being and might not be used to setting rules for someone your age if their children are so young.

- What might be going on? Host parents might have forgotten; or maybe they might have lifted the curfew as agreed, and just expected that you would know without telling you.

- Try this: find out from your host parents how they feel things have been going, are they comfortable with your childcare and the relationship you have built so far? Do they trust you? After hearing their perspective, ask about the month-long curfew that you agreed to and whether it can be lifted as promised.

- Explain your side to your host parents: you want to have experiences in your free time, logistically it can be hard to get home by 10pm when your au pair friends are going home later, and that you have been living on your own during university and not used to a curfew.

- Be prepared to be flexible. For example, if you think midnight is appropriate, they might meet you in the middle at 11pm.

PLAINTIFFS' RESP. APP.0002327

CONFIDENTIAL

CC00001465

# AU PAIR STIPEND

- Scenario: Your host family pays your weekly stipend of $195.75 via check. Sometimes they forget to pay you on time. You know your host family is always super busy, but it is very embarrassing to remind them.

- **Discussion: how would you talk to your host family about your stipend payments?**


Cultural Care
Au Pair

CONFIDENTIAL

CC00001466

PLAINTIFFS' RESP. APP.0002328

CC00001467

# Speaker Notes for Slide 3

Talking points:

- With so much going on, it's easy for a host parent to forget about these details, but it's not okay that you are unpaid. It seems that your host parents aren't trying to skip payments, they just don't have a good system in place.
- Try this: start out by letting your host parents know you understand that there is so much to keep track of, but you want to avoid any errors and also rely on receiving your stipend at a certain time so you can budget for yourself. Suggest a few ways to make the transaction easier like an automatic transfer to your bank account, or writing a check during your weekly catch-up meeting. Pick a day of the week and stick to it. The goal is also to make it easier for your host parents.

CONFIDENTIAL

# FOOD & GROCERY SHOPPING

- Scenario: Your host family makes nice looking dinners and you like spending that time with them in the evening. But you simply do not like the food they have been making, so you eat very little. You are often hungry and you are starting to lose energy from not eating. Of course you don't want to hurt anyone's feelings.

- **Discuss: How do you approach this**



Cultural Care
Au Pair

CONFIDENTIAL

CC00001468

# Speaker Notes for Slide 4

Talking points:

- Even though you're trying not to hurt anyone's feelings, it is coming at your own expense. And it means you won't be at your best when you need energy to take great care of your host children. Chances are, your host parents have noticed that you aren't eating and are wondering, and probably worried, whether you are okay.
- Try this: you can explain that you don't want to give up spending mealtime together, but you just don't care for/aren't used to/can't eat the dinners your host family makes. Whatever it may be. Offer to share the cooking, maybe your host family would like to try something that you like to make. Maybe you can make some dinner suggestions; it is always helpful to enter a conversation with a solution in mind. You can even ask your host parents if they would be comfortable with you eating something different than the rest of the family.
- You can tell your host parents that you want to set a good example for your host children by eating healthy, and by not complaining about food.
- If you are able, taste the food anyway! Remember that you are in a new place and trying new things is part of the experience.
- Some au pairs buy their own groceries *if* there are certain items they really want or need. For example expensive or specialty items.

CC00001469

CONFIDENTIAL

# TAKING VACATION DAYS

- Scenario: You have a regular schedule and almost never work weekends. You and your friends plan a trip to Hawaii for one week. You now want to take one week of vacation and ask for 5 days off – Monday through Friday. You plan to leave for vacation Saturday morning since you always have Saturday and Sunday off. Your host mom says no, and that you would need to take the full 7 day week as vacation.

- **Discussion: how do you discuss this with your family? How far in advance do you**



Cultural Care
Au Pair

CONFIDENTIAL

CC00001470

# Speaker Notes for Slide 5

Talking points:

- Don't wait until you're planning or have already booked a trip to ask for vacation. The earlier you discuss your vacation plans the better.

- Get the conversation started by asking your host parents about their big plans for the year. They can also tell you how much time they need to prepare for your time off. (see Au Pair Travel Kit page 86)

- Au pairs are entitled to two calendar weeks of vacation time, which is equal to a total of 14 days paid vacation during one year, including weekend days. The shortest and easiest way to explain this to an au pair: "You are entitled to 14 days of paid vacation, out of which 10 are working days and 4 are weekend days."

CONFIDENTIAL

CC00001471

PLAINTIFFS' RESP. APP.0002333

CC00001472

# EDUCATIONAL COMPONENT

- Scenario: You found out about a great class on "creative writing". It's affordable and some of your au pair friends are planning to enroll in this class as well. Class starts Thursday night at 6pm but you usually work until 6.30pm. There are not many other options in your area that you like and you would really like to take that class.

- **Discussion: How can you talk about this with your host parents?**



Cultural Care
Au Pair

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002334

# Speaker Notes for Slide 6

Talking points:

- It is so important to find a great education option. But it can also be difficult. In this case an au pair has her heart set on one that doesn't fit her schedule. This can happen. The important thing is to communicate, talk to your host parents. Host families know that the education component is part of the program, but childcare *is* priority.

- You might get a *no* here but explain your side to your host mom. Understand that you are asking for a huge favor and be ready to compromise and offer a few suggestions. Maybe there is a way to begin your day earlier? Or move the schedule around during the week to free up Thursday evening. If it is still a *no* you can consider asking your host parents to help you find a similar class – that way they might also see that it is difficult to find great education options.

PLAINTIFFS' RESP. APP.0002335

CONFIDENTIAL

CC00001473

Case 1:14-cv-03074-CMA-KMT   Document 217-84   filed 07/16/13   USDC Colorado   pg 14
of 29

# OVERNIGHT GUESTS

- Before arriving to your host family, you asked about visitors and guests. Your host family said it was fine for your family and friends from home to visit and they could of course stay with them. You assumed this also meant it was okay for friends that you make in the US to stay overnight. You invited a new au pair friend to stay over and your host mom got very upset with you.

- **Discussion: How would you talk about this with your family? What could be your**

**Discussion: How would you talk about this with your family? What could be your**

Cultural Care Au Pair



CC00001474

CONFIDENTIAL

CC00001475

# Speaker Notes for Slide 7

Talking points:

- First: a misunderstanding needs an apology – even if you *thought* something different, an apology is needed here. Of course you weren't bringing strangers into the house but clearly your host family had other ideas about who would be welcome to stay over.

- Try this: Start with the apology. Thank your host parents for being generous in welcoming future visitors to stay – if your host family allows this, it really is a special thing for au pairs.

- Your host parents need to know that you respect their home, privacy and safety. Ask to start from the beginning with explaining who is allowed not only to sleepover, but all rules for guests. For example, when do they want to meet your friends, etc.

CONFIDENTIAL

# PETS IN THE HOUSEHOLD

- *Your host family did not have a dog when you first arrived. Recently, they got a large puppy which they expect you to take care of during your work day. This means you need to feed him and take him out for walks – rain or shine. This takes a lot of time and besides, you do not really like dogs.*

- **Discussion: What do you say to your parents?**



Cultural Care Parents?
Au Pair

CC00001476

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002338

# Speaker Notes for Slide 8

Talking points:

- First: <u>total</u> responsibility for a pet is not an au pair's job.
- But if any of your host families have a pet you might be asked to pitch in at some point. You are a member of the household after all. Pitching in can mean to feed the dog, let him in and out of the back door, or take him for a short walk. It doesn't mean to train a puppy, go for a walk every day or take the family dog to training sessions.
- In this instance, try this: explain yourself. If you don't like or aren't comfortable with dogs, or whatever it may be, this could impact your happiness in the home. But remember you're part of the household and let your host parents know you will give it a try with their new pet that your host children are surely excited about.

CC00001477

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002339

# HOST CHILDREN NOT LISTENING

- Scenario: You ask your 8 year old host child to turn off the TV and come in for dinner. She ignores you. When you ask again, she says no and that she doesn't have to listen to you. Your host mom comes home and your 8 year old host child runs to her and is ready for dinner.

- **Discussion: What is the problem here? How would you talk to your host mom**



Cultural Care
Au Pair

CONFIDENTIAL

CC00001478

CC00001479

# Speaker Notes for Slide 9

Talking points:

- First: don't take it personally – a child's attention and focus will change in an instant. And in this case we have a child who hasn't seen her mother all day. Of course she will be excited to see her! Here, it was all about timing.

- Try this: rather than bringing it up immediately, wait until after dinner when your host mom is settled. You might acknowledge how cute it was when the child ran to her mom and you aren't faulting that, you'd never want to see that go away. But that was just the timing.

- Explain the situation as you see it. When you speak with your host parents, remember to state your observations and don't comment on, judge or draw conclusions from a child's behavior. An example of the difference is: "Zoe was a very bad girl today." (judgement) vs. "Zoe didn't listen to me today." (observation). Explain that it concerns you how this child will not listen to you.

- Ask for suggestions from your host mom to help get this young girl to stop ignoring you. Discuss how you can work as a team to develop a respectful relationship with your host child. If there was another instance, mention that also.

PLAINTIFFS' RESP. APP.0002341

CONFIDENTIAL

CC00001480

# CHILD DEVELOPMENT

- Scenario: You think your 1.5 year old host child should be speaking more at this stage in his development. You have studied early childhood development in school and are also starting to see some patterns in his behavior.

- **Discussion: should you bring this up to your host family?**



Cultural Care
Au Pair

CONFIDENTIAL

Case No. 1:14-cv-03074-CMA-KMT Document 1174-84 filed 08/17/18 USDC Colorado pg 30
of 39
Case 1:14-cv-03074-CMA-KMT Document 943-23 Filed 05/17/18 USDC Colorado Page 21 of 29

## Speaker Notes for Slide 10

Talking points:

- First: all children develop at his or her own pace. Children learn and grow on their own schedule. And a child's developmental achievements can be personal and a touchy subject for a host family. With that said, they'll also appreciate hearing your observations as long as that's what this is: observation rather than a judgment and stating something is wrong.

- Try this: speak openly about what you are noticing. You can say "this is where he is with (whatever it is) and this is where he struggles _____". Your host parents should see this as you caring for their child's wellbeing.

- You can ask whether there is anything your host parents want you to look out for, or update them on. Ask if they'd like any information or just offer to keep notes on progress.

CC00001481

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002343

# DIFFERENT PARENTING STYLES

- Scenario: You have spent the afternoon preparing dinner for your 7 and 9 year old host children while they were doing their homework. When you ask your host kids to come for dinner, they tell you that they are not hungry and just had a snack. Later, you explain this issue to your host mom. She says the child should be able to eat whenever they want and that they are not used to a set dinnertime. This doesn't make any sense to you.

- **Discussion: How is the host mom's parenting style different to yours? How would you talk to your host mom about rules and structure?**



Cultural Care
Au Pair

CC00001482

CONFIDENTIAL

# Speaker Notes for Slide 11

Talking points:

- There are many different parenting styles (we spent a lot of time on this). But difficulty can arise when there is a clash of styles between you and your host parents.
- Identify the differences: In this case there is a conflict because the host parent has a rather permissive or absent parenting style and this au pair was raised differently. The host parent likes the day to be laid back and unstructured; they are more "go with the flow". The host mom doesn't seem to have a real schedule in place for the child. The au pair is growing frustrated as she is used to a more structured approach with more rules.
- Try this: talk with your host mom about testing out a few days with a tighter schedule. Ask the host mom for permission to try a regular meal and snack time. Commit to weekly meetings with the host parents to discuss the childcare routine and what works best for everyone. Explain your background and the reason for your method, even where you see its successes. When it comes to compromise, ask your host parents for their opinion on how you can lean more towards their style. And give them the opportunity to explain the reason for their style, if they wish.
- The important thing here is to remember that your host parents set the tone and you follow their wishes. Remember, everyone wants what is best for the host children. For you, it might mean changing your style somewhat. It will always be about respect.

PLAINTIFFS' RESP. APP.0002345

CC00001483

CONFIDENTIAL

Case No. 1:14-cv-03074-CMA-KMT Document 923-13 filed 03/17/18 USDC Colorado pg 33 of 59
Case 1:14-cv-03074-CMA-KMT Document 917-84 filed 03/17/18 USDC Colorado Page 33 of 56
24 of 29

# FEELING HOMESICK

- Scenario: You have been in the USA for a while. All is going great: you are getting along well with your host parents and you adore the host kids. You are used to everything and your life has become a routine. You find yourself thinking a lot about life back home and you begin to stay in your room more often than you did before. You start to miss your friends and family back home. Your host family has noticed that you are unhappy and that your mood has changed. They are worried about you and ask what is going on.

- **Discussion:  What do you think is happening here? How can you explain your feelings to your host family?**


Cultural Care
Au Pair

CC00001484

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002346

CC00001485

# Speaker Notes for Slide 12

Talking points:

- First: It's very likely that you will get homesick at some point during your au pair stay, and that's ok. That is perfectly normal. So don't be afraid to talk about it.
- Give yourself some time to adjust: you don't have to get everything right straight away. You may think that the feelings you have will never pass, and you may not believe others when they tell you it will, because the feeling is so painful and strong. Believe us: it will get better.
- If time allows, review tips for overcoming homesickness – they can be found in the au pair online account under "Make it a successful stay". Tips listed there are: Talk to your host parents and/or your LCC, other au pairs. Be patient with yourself. Find the best way to stay in touch with your family back home. Write a journal or letters to your parents and/or your friends. Divide your au pair term in parts. Keep busy. Do something good for your body and mind.

CONFIDENTIAL

# HOST PARENTS FIGHTING

- Scenario: You have a very good relationship with your host mom and get along fine with your host dad but you just don't see him very often. All of sudden your host mom starts complaining more and more to you about your host dad. They are having some private issues and you notice that they avoid speaking to each other. You feel very uncomfortable being in the house when you can feel tension between your host parents.

- **Discussion: how do you communicate your concerns with both your host mom**

Cultural Care
Au Pair

CONFIDENTIAL

CC00001486

PLAINTIFFS' RESP. APP.0002348

CC00001487

## Speaker Notes for Slide 13

Talking points:
First: this is uncomfortable for everyone. You should never feel uncomfortable or unsafe in your host family's home. And if you do, or if there is an instance like this one, it is a good idea to involve your LCC.
But in a less extreme case, you can definitely begin by speaking with your host parents.
Try this: The next time your host mom starts talking in this way, or in another quiet moment, explain that you can feel the tension in the house – that it seems that there is something going on privately. And that this makes you feel uncomfortable. Say that you don't want to get involved and there is no judgment.

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002349

# SHARING AND TRUST

- *Scenario: You just started dating someone new but you don't know yet where this is going. You feel uncomfortable giving away too much information, so you tell your host family you are going out with some friends. The next day, your host mom begins asking questions about your night out, but you are being very vague and secretive. During the next few days you sense some tension in the house and one day your host mom asks you for a conversation.*

  **Discussion: What do you think your host mom wants to talk to you about? What are some reasons your host mom might be asking so many questions? How do you feel about this**



CC00001488

CONFIDENTIAL

## Speaker Notes for Slide 14

Talking points:

- Issue: Host mom feels au pair is being secretive. Au pair feels host mom is intrusive.

- As part of a family your host parents will want to learn about your life and how you are settling in. This is all part of bonding and building a relationship. When your host family wants to be involved, this is a way of showing you that they care. They feel like they're responsible for you.

- It's okay to skip the details and just give your host mom the summary – only share what you are comfortable with. If you still feel she is pushing, let your host mom know that you don't want to answer all private questions.

- Find out what the host moms true concerns are. If the concern is trust whether or not you are committed to the kids, this is something you can talk about. Au pairs can have a social life and other relationships and still do an excellent job.

CONFIDENTIAL

CC00001489