# Exhibit 35

# Cultural Care Au Pair

SAVE YOUR SPOT FOR
A FREE INFORMATION
MEETING TODAY!

18-26 years old

# AU PAIR IN THE USA

*Cultural exchange and personal growth*

# EXPLORE THE USA
## Discover a new you!

For over twenty years we have worked with young people who are ready to see something new in their world. Being an au pair is an adventure, it is about trying something different.

Going to the United States with Cultural Care Au Pair is a safe and affordable way to spend up to two years in the USA. We have selected and placed over 85,000 au pairs since 1989, and program requirements and conditions are regulated by the US Department of State.

We are proud to say that we have a higher number of host families than any other au pair program, and each and every family is thoroughly screened by our staff in the USA. Host parents will rely on you to care for their children, to be their friend, big sibling, teacher and role model. Imagine a full time role where you will become part of a family, it is a big responsibility!

Cultural Care Au Pair provides you with the opportunity to experience the American lifestyle and culture. It is your chance to shape your future and differentiate yourself. The program will transform you and Cultural Care Au Pair has the safety and quality standards that will guide you through that process, so you feel supported the whole way.

If you are ready to step outside the world you know, gain experience and independence, and truly understand American life, take a moment to read through this brochure and find out whether the au pair adventure is something for you. Don't miss out on this chance of a lifetime!



**Nadene Bilsborough**
*Country Program Manager*

www.culturalcare.com.au
www.culturalcare.co.nz

## We are different and proud of it.

Compare for yourself and choose the best!

  

### CULTURAL CARE ALL THE WAY

From working with you on your application to matching you with a host family, Cultural Care staff is there to support you all the way.

We want to get to know you, and ensure you feel well prepared for your time as an au pair.

### ONE OF A KIND PREPARATION

You begin with a 5 day course at our training school in New York led by qualified teachers.

You will receive complete CPR and first aid certification from American Red Cross instructors.

### IT'S REALLY ALL ABOUT YOU

Your safety is our priority, we have the largest network of local representatives in the industry.

Our matching specialists create a direct link to ensure you find the most suitable host family.



### CULTURAL CARE AU PAIR IS PART OF THE EF WORLD

For more than 40 years, EF has been making a classroom of the world.
**EF Language Courses Abroad** (Ages 16 and above) – Learn a language faster abroad at an accredited EF International Language Center. Choose from 7 languages in 41 world-class destinations. Start any Monday. Results guaranteed.
Host an exchange student! Get to know other cultures without leaving the comfort of your home. EF is currently recruiting host families to take care of our wonderful students in Sydney, Brisbane, Gold Coast, Cairns and Auckland.

Learn more about the variety of programs offered in your country under: www.ef.com

PLAINTIFFS' RESP. APP.0002447

CC00006208

# WHAT BEING AN AU PAIR IS ALL ABOUT
### Your personal American dream - affordable and unforgettable

## Profile of a Cultural Care Au Pair

We want you to have the best chances of being placed with a host family. To be selected as a Cultural Care au pair we need you to meet the following qualifications:


**MOTIVATED**
We will invest a lot of our time to help you live your dream. In return we expect you to fully commit to your application and the program.


**FLEXIBLE**
Your future family will expect you to be able to adjust to their family schedule and childcare needs.


**POSITIVE ATTITUDE**
Smile! You will be an ambassador of your home country's culture. Things will be easier with a positive attitude and a smile on your face.


**MATURE**
We select au pairs that are willing to take on responsibility and can be an additional parent for our host families.


**NON-SMOKER**
American families are very strict about smoking and drinking. Always remember: You will be a role model for their children and they will expect you to act like one.


**DRIVER**
Children in America attend a lot of activities. Therefore most families will rely on you to drive a car

## Cultural Care Benefits

Here are some of the reasons for choosing us as your trusted au pair agency:

 **Best chances of host family placement**
Cultural Care has the biggest pool of host families, individual application coaching and a personal matching service.

 **Best possible support**
Our well trained and dedicated staff are from the same company in both your home country and the USA to ensure consistent quality standards.

**Almost 50 years of experience**
We're part of EF Education, the world's largest private educational organisation, and share that experience and resources.

 **Price transparency**
No hidden costs. Full transparency on fees. Zero financial commitment until you choose your host family.

 **Thorough training**
At our very own Au Pair Training School on Long Island, NY we will make sure you get all the preparation you need. Including a training in CPR executed by the American Red Cross.

**Roundtrip travel provided**
To your host family and also back home from the USA (additional charges might apply depending on date and gateway)

 **24hr emergency hotline**
Experienced staff on call to assist you with any urgent questions related to the au pair program.

**Exclusive insurance coverage**
Insurance coverage tailor-made for au pairs, built by insurance experts for the best value available.

---

*Minimum requirements you need to fulfill:*
outlined by US Department of State and outlined in the visa conditions

- Aged between 18 and 26 years
- A love for kids and experience caring for them
- Completed secondary school education
- Good condition of health
- Clean criminal background
- Commitment to at least 12 months abroad
  (it's possible to extend up to a total of 24 months)

*Au pair program benefits:*
outlined by US Department of State and outlined in the visa conditions

- Chance to live in the USA on a J-1 exchange visa
- Full board and accommodation with an American family
- US $195.75 weekly stipend
- Up to US $500 for college courses
- Two weeks paid vacation
- Travel month at the end of the program

**Save your spot for a free information meeting today!**
www.culturalcare.com.au
www.culturalcare.co.nz

## FAIR AND HONEST

- Zero financial commitment until you choose your host family.
- Our transparent payment policy guarantees no hidden charges.

## PROGRAM FEE:
to be paid in full after finalising the match with your host family!

**Australia $1195***
**New Zealand $1435***

*We will also provide return flights from Sydney, Australia or Auckland, New Zealand, upon successful completion of the program.*

PLAINTIFFS' RESP. APP.0002448

CC00006209



> *It was a hard decision but I'm so happy I extended. I got to have two families and two experiences, both amazing and both completely different*
>
> Jasmine, au pair in Seattle and Atlanta

# YOUR HOME AWAY FROM HOME

*The cultural exchange is an important part of your time as an au pair. You will support your host family while being immersed in their culture.*

### FINDING THE RIGHT HOST FAMILY

Cultural exchange is what your time as an au pair is all about. Our Cultural Care Au Pair host families are thoroughly screened by our staff in the USA and each host family is interviewed in their home. Host families also undergo a criminal background check. Because our matching specialists speak with each one of our host families, we know their specific needs. Our staff in the USA work directly with you and your future host family to make sure your match is the one that fits you best. Living with your host family is an opportunity to be completely immersed in their culture, and truly become an important part of their family.

### SEE THE WORLD THROUGH THEIR EYES

Most of our au pairs say that the best part of the program is the relationships they form with their host children. Day to day, your duties might include helping with homework, driving to and from school, preparing meals, tidying the kids' rooms and taking care of their laundry. These full days mean a new normal for you and your host children, with the excitement of teaching them new skills and the responsibility of keeping them safe. Days will be long but never more than 10hrs per day or 45hrs per week, this rule is defined by US law and will be strictly enforced for your safety.

Cultural Care Au Pair     www.culturalcare.com.au    www.culturalcare.co.nz

PLAINTIFFS' RESP. APP.0002449

CC00006210

# I'M AN AU PAIR IN THE USA
## Real life experiences



### Sinead
#### AU PAIR IN PHILADELPHIA

*Living only 15 minutes outside Philadelphia with the most incredible host family contributed to my amazing two years as an au pair. There was never a dull moment with my extraordinary host children. We laughed together, built friendships and my entire host family became my support team while I was in America.*

*While in America I got the opportunity to travel and had so many great experiences. Roller coasters at Disney World, swimming with whales at Sea World in Texas, Lollapalooza (a huge music festival) in Chicago, and going to New York City more times than I can count.*

*Being an au pair is the most rewarding, unforgettable experience. If you go to America, it won't just be something to cross off your bucket list, America will become your second home. From the minute I set foot on American soil I felt welcome, the friendships I made along my journey are everlasting and stronger than any amount of kilometers or miles. Do it, become an au pair and you won't regret it.*

**SO HAPPY, I EXTENDED!**



### STEFANIE
#### Au pair in Washington

*My friends and family say I am more open to the world, whereas before I never wanted to leave the small town I lived in. Compared to some of my friends, I do in certain ways feel more responsible, simply because I was the first one to move out of my parents' house and live somewhere else. I'm more open to taking risks and doing things on my own, therefore, my self-confidence has definitely increased. I list my au pair experience on my CV because a one year stay abroad shows employers that I've learned to be flexible and responsible.*



### BETH
#### Au pair in Illinois

*I developed a greater understanding of the world and people in it, I experienced true kindness. I mention my experience as an au pair in my resume because I feel it demonstrates independence and commitment.*

**SO HAPPY, I EXTENDED!**

### JASMIN
#### Au pair in Seattle and Atlanta

*I hadn't thought about extending my time as an au pair until I got a call from the Boston office asking if I would like to. My experience had been the most rewarding and best year of my life so I thought to myself I'd be crazy to not do it again while I had the opportunity. I loved my year in Seattle but really wanted to experience somewhere new, Cultural Care helped me and I'm so happy I found a big, loving family in Atlanta.*

*I met fantastic people from all over the world while discovering America. Everyone has a different experience as an au pair but all of them are great. So stop reading about my experience and get started on yours.*

**SO HAPPY, I EXTENDED!**

### ANNA
#### Au pair in Colorado

*I had looked at many different au pair websites but Cultural Care was the only one that offered me a meeting to discuss everything! They were also affiliated with the US Government so I knew I could trust them. The staff really helped me through the process!*

### DOMINIQUE
#### Au pair in California

*My experience was amazing and I owe a lot of that to my LCC who was there for me whenever I needed advice. She was a great support, and made me feel welcome in my new community right away.*



### JELENA
#### Au pair in Pennsylvania

*Here I am, trying to stuff all my belongings into one suitcase. It was hard enough to decide what to take with me when I left for the US! Now, one year later, I find myself in the very same situation, in a different house, on a different continent. This time it's not about clothes or shoes, it's also about crumpled letters from Elie saying "I love you" and post-it-notes from my host-mom saying "It's going to be a beautiful day!" It's the clay pen holder Rachel made at school and it's the birthday card my host-dad gave me saying "You are the 21-year-old daughter I hadn't yet had!"*

DEFENDANTS' RESP. APP. 000350
CC00006211


> *Being an au pair gave me the confidence and ambition to one day be an English teacher. It was the best year of my life!*
>
> Rachel, au pair in Illinois

## TRAVEL, LIVE, LEARN, GROW

*Adventure, exploration and discovery*

Vibrant New York City or sunny Southern California? Where you go is up to you, and the choices are as vast as the USA itself. Your time as an au pair will afford you many chances to travel - whether it's a quick weekend trip to a nearby city or the adventure of a lifetime touring the USA during the 30 day grace period of your "13th month". Broaden your horizons and take every opportunity to explore the sights and experience the culture that surrounds you.

## AN INVESTMENT FOR YOUR FUTURE

*Experience American culture first hand*

Living in an American family gives you the opportunity to experience the US culture first hand. Through the au pair program, participants and host families take part in a mutually rewarding, intercultural experience. Whether you aim to compete in a global job market or work in a position building your local economy, being an au pair is a safe and affordable path to enhancing your resume and developing your skills. It will not only be a vehicle for your personal growth, but also an investment in your professional future.

# YOUR AMERICAN DREAM

*So much more than "just" childcare.*

Au pairs who have completed the program say that they are stronger and more confident as a result of their international au pair experience. During your year, you will also meet other au pairs from all around the world and after your program term, with your international network established, you will have a global connection of friends.

The "educational component" is another important part of the au pair program and will give you a big competitive advantage: US college experience on your resume can accelerate your career. In order to fulfill the visa requirements you will need to complete six credits or the equivalent credit hours while in the USA. Your host family will contribute up to US $500 towards classes and you can choose any subject as long as it is through an accredited institution. With no restrictions on course work, the options are limitless.

> " *CCAP looked after me every step of the way. When I departed, I felt prepared and ready for the experience of a lifetime.* "
> Rebecca, au pair in Philadelphia



# SUPPORT – WHEN YOU NEED IT, WHERE YOU NEED IT.

*Few other agencies can offer these resources*

Travelling with us gives you the security of a large organisation as well as a personal connection with our staff in your home country. In the USA, all au pairs and host families are supported by our network of Local Childcare Consultants who live in your community. We have Cultural Care Au Pair staff available around the clock in the event of an emergency.

We believe in this partnership and we want you to succeed. Our staff worldwide are committed to one thing: working with you to make sure you have the best possible au pair experience.



*Cultural Care Au Pair*      🦘 1800 677 373      🦘 0800 637 537

PLAINTIFFS' RESP. APP.0002452

CC00006213



# Cultural Care Au Pair

## Contact us:
www.culturalcare.com.au
Call us: 1800 677 373

www.culturalcare.co.nz
Call us: 0800 637 537

## SAVE YOUR SPOT FOR A FREE MEETING TODAY!

Save your spot for a meeting today! The meeting is an in person introduction to Cultural Care Au Pair, and is our chance to educate you about our program face-to-face to help you make a decision about whether the program is right for you. It is your free of charge chance to get answers to your immediate questions and hear from a former au pair who can describe the reality of the program. Most importantly you will leave the meeting with a greater understanding about the responsibilities of being an au pair, how we will help you through the application process and find you a host family. So, get your questions ready, everything is completely non-binding and free of charge until you have found the right family for you!

    

| Attend a free local information meeting and an interview | Complete your online application | Match with the right host family for you | Get your visa and your flight arrangements | Time to fly - next stop: The Cultural Care Training School in NY! |

Visit us: Cultural Care Au Pair, Level 2, 9-13 Young Street, Circular Quay, Sydney, NSW, 2000

PLAINTIFFS' RESP. APP. 0002453
CC00006214