# Exhibit 36

# Contact information

**Best phone number to call:** 2025507078
**Home phone:** 6175972600
**Email address:** hollyhappe@gmail.com
**Street address:** 15 Homestead St
**City:** Waban
**State:** MA
**Zip code:** 02468
**Skype username:** holly happe



THE BONO FAMILY

## The family

### Mother

**Name:** HOLLY HAPPE
**Mobile phone:** 2025507078
**Work phone:**
**Email address:** HOLLYHAPPE@GMAIL.COM
**Company:**
**Marital status:** Married
**Industry:** Medical/Healthcare Field

### Father

**Name:** DAVID BONO
**Mobile phone:** 9787602661
**Work phone:**
**Email address:**
**Company:**
**Marital status:** Married
**Industry:** Legal Services

### Child 1

**First name:** ABBY
**Last name:** BONO
**Birth date:** February 16, 2009
**Gender:** Female
**Will the au pair be caring for this child?** Yes
**Does this child have special needs?** No
**Please tell us about your child's personality and interests. Also include any specific dietary, behavioral or other challenges your au pair might need to know about:** Abby is a bright, curious,

PLAINTIFFS' RESP. APP.0002496
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
CC00038115

affectionate and independent child. She loves to do crafts, dance, sing, go to the park and swim. She really loves reading. She is a picky eater and has to be persuaded to eat healthy foods like fruits and vegetables.

## Additional information

**Are you currently expecting or do you anticipate adding another child to your home this year (pregnancy or adoption)?** No

**Have you ever had live-in childcare before?** Yes, This will be our 7th Au Pair.

**Describe your family's interests. What activities are you involved in?** Walks, reading, swimming, ballet class, yoga, biking, travel, international cuisines, cultural activities.

**Describe a typical weekday in your home (daily routine, schedule, chores, activities)** Holly gets up at 5am and goes to yoga, David usually gets Abby out of bed at 6:30 and has breakfast with her and our Au Pair. Our Au Pair gets Abby ready for school and takes her on the train to school. There is straightening up, cleaning, laundry and sometimes food shopping and preparation to be done, but most of the day is free until Au pair picks Abby up at school at 3pm and takes her home or to playdates or to activities by train. Abby needs a quick bath everyday. Holly arrives home usually around 5pm but this is variable and dinner is prepared. Eat around 6pm and Abby goes to bed at 7pm. Our au pairs usually eat with us during the week (not required) and go out on the weekends when we don't need them for childcare. We need our au pairs to help us in ways that allow us to have more quality time with Abby.

**Describe a typical weekend in your home.** Activities like ballet class, biking, swim lessons and yoga. Shopping for the weeks dinners and entertaining friends and family.

**Describe the frequency and duration of business travel.** Holly once a year and David less then 25% of the time.

**Describe the frequency and duration of evening activities that take you outside the home.** Family visits but usually stay home on weekdays to keep Abby's sleeping and eating schedule regular. Holly takes calls in hospital meaning 2 weeks every quarter she goes to the hospital at 4pm and stays until all operations are finished, usually around 12am and then returns home and is on beeper call, meaning if an emergency comes in she has to leave home and go into hospital for the case. A few times a month Holly and David go out to dinner alone for a date.

**Describe the relationship you would like to develop with your au pair as host parents.** We would love to share different cultural foods and music. We would include her in our holiday traditions and day to day family habits if she would like. We need a very independent person who is friendly and able to make friends easily to get a good support system in place.

**How would you like your au pair to integrate with your family outside of work hours? Consider which activities you would like to share versus times when you would provide your au pair with independent time.** We are fairly flexible with this and often let our au pairs make that decision. We usually share family meals about 50% of the time but more or less is fine. We need a few dinners a week to our selves as a family to reconnect and bond. Many of our au pairs have come with us to family events and shared in the festivities but some have chosen not to.

PLAINTIFFS' RESP. APP.0002497

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

CC00038116

**What is your communication style as a family? How do you like to resolve challenges and miscommunication?** We prefer to speak and give feed back to each other regularly to avoid negative feelings building up and leading to resentment or hurt feelings.

**Describe any limits you might have on your au pair inviting friends, visitors or overnight guests to your home.** We would allow hosting a play date with another au pair at our home after we have met the other au pair. We would consider letting your family or very close friend stay over for one week maximum but we need to get to know you first. No visitors from your home for the first four months to encourage our au pair to make friends here so homesickness isn't so difficult.

**Please outline any curfews or household rules you would like your au pair to follow.** We expect that an Au Pair gets a full 8 hours of sleep before taking on the care of our most precious daughter. As you are joining our family and living with us for a year we expect that you will participate in household chores. Absolutely no smoking or drugs, no boyfriends in our home. Dress should be appropriate for caring for a child. No smoking. No shoes in the house. Meals for our daughter only in the kitchen in her chair. No sugary treats for our daughter. Volumes kept low after 9pm. Positive, up beat attitude. You may eat in your room but dishes and all food must be removed and put away in a timely fashion. No illegal downloading of anything off the internet, ie. movies, music etc.

## Household information

**Are both parents U.S. citizens or legal permanent residents (green card holders)?** Yes

**Has any member of your family been convicted of a crime (excluding minor traffic violations)?** No

**Are the parents fluent in spoken English?** Yes

**Does any member of your family have an illness or condition which is contagious or communicable?** No

**Do you have any additional adults living in the home?** No

**Au pairs live with their host families who provide them with room and board plus a weekly stipend of $195.75 per week. Would you be able to provide the full weekly stipend and a private bedroom for an au pair?** Yes

**What is your religious denomination?** Jewish

**Do you attend services regularly?** Attend occasionally

**Does your family follow a special diet?** Yes, Low Carbohydrate. Lots of fruits and vegetables. Very healthy and nutritious. We need our Au Pair to be a good model for our daughter, meaning she should see you eating lots of fruits and vegetables, low fat protein and minimal carbohydrates.

**Do you have any pets?** No

**Is there anything else that you would like to share with au pair candidates about your home and household?** we live 5 minute walk from the Green Line Waban T stop. Abby is in a school that is 2 T stops from our home which she attends 5 days a week, we need someone who really enjoys walking everyday as we don't have a third car and walking is a big part of your duties as you will have to take her to and from

PLAINTIFFS' RESP. APP.0002498

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CC00038117

school everyday. We can't emphasize enough how important it is for our au pairs to be flexible about scheduling as our schedules change day to day and week to week and we can't predict in advance.

# Home and community: The family

### Home

**Describe your home:** Free-standing house

**Describe your home (size, number of rooms etc).** Large Tudor style, 5 bedrooms, 4 bathrooms

**Describe your au pair's private bedroom (size, furnishings, location in home).** Nice size, generous closet, in finished lower level with bathroom on same level, private, pretty cheerful yellow.

**We describe our home as:** Extremely neat

### Community

**Our community is:** Suburban

**Describe your community and what it's like to live there:** Large city 20 min train from Boston. Easy access to shopping, culture, nature and ocean

**Nearest major city:** Boston

**Travel time to that city:** 20 minutes

**Describe what public transportation is available.** Commuter Train

**What form of transportation do you expect your au pair to use for au pair meetings, classes, etc.** Train, bicycle

**Describe/list the post-secondary educational opportunities (colleges, universities) in your community:** Abundant

**Describe any local networks that your au pair might be able to utilize other than the au pair group (play groups, neighborhood resources, etc):** There is a very large number of au pairs in Newton, Boston and nearby areas not to mention many students in the area for university.

# Childcare responsibilities: The family

### Childcare

**Describe the household duties related to the children your au pair will perform and how often they need to be done.** Caring for our 6 year old during weekdays, guiding her in her activities, playing with her, singing with her, dancing with her. Additionally helping her to keep her room and all her play areas tidy when she is done playing in a given area. Assistance with our daughter's laundry a couple times a week. Changing her sheets once a week. Cleaning areas where she plays in the house. We also expect you to be a good

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
CC00038118

roommate, which includes helping with family chores ex. clean up after meals, taking out garbage, meal preparation, grocery shopping

**Describe what role your au pair might play in your children's school schedule or educational development.** We would love if you would speak your native language with our daughter, she is at an age where language is easy to learn and we want her to have the opportunity to learn from you.

**Describe the types of play or free-time activities you would like your au pair to engage in (or avoid) with your children.** No TV. No computer, No ipad etc. Play outside everyday unless it's really cold. be active: dance, run around, sled, ice skate, swim, bike. Reading, writing, drawing, handi crafts

**Describe the relationship you'd like your children to have with your au pair.** Firm but caring. You are in charge when we are not home so you need a firm hand, but she is a very loving girl when she knows you and we want her nurtured and cared for.

**How would you like your au pair to handle challenging behavior from the children?** Time out's, firm no nonsense discussion, diversion. Absolutely, no physical abuse, no hitting or pulling or worse and no yelling.

**General comments:** Incomplete

# Schedule: The Bono family

**Monday**

**6.30 AM to 7.30 AM** Wake daughter at 6:30 am get her ready for school ( feed her breakfast, dress her, brush teeth)

**7.30 AM to 8.00 AM** take daughter to school on Train

**3.00 PM to 5.00 PM** pick up daughter from school have snack and play for afternoon until parents get home from work

**1.45 PM to 2.45 PM** grocery shopping, tiding up etc.

**Total: 4.30 hours**

**Tuesday**

**6.30 AM to 7.30 AM** Wake daughter at 6:30 am get her ready for school ( feed her breakfast, dress her, brush teeth)

**7.30 AM to 8.00 AM** take daughter to school on Train

**3.00 PM to 5.00 PM** pick up daughter from school have snack and play for afternoon until parents get home from work

**1.45 PM to 2.45 PM** grocery shopping, tiding up etc.

**Total: 4.30 hours**

PLAINTIFFS' RESP. APP.0002500

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CC00038119

**Wednesday**

**6.30 AM to 7.30 AM** Wake daughter at 6:30 am get her ready for school ( feed her breakfast, dress her, brush teeth)

**7.30 AM to 8.00 AM** take daughter to school on Train

**3.00 PM to 5.00 PM** pick up daughter from school have snack and play for afternoon until parents get home from work

**Total: 3.30 hours**

**Thursday**

**6.30 AM to 7.30 AM** Wake daughter at 6:30 am get her ready for school ( feed her breakfast, dress her, brush teeth)

**7.30 AM to 8.00 AM** take daughter to school on Train

**3.00 PM to 5.00 PM** pick up daughter from school have snack and play for afternoon until parents get home from work

**1.45 PM to 2.45 PM** grocery shopping, tiding up etc.

**Total: 4.30 hours**

**Friday**

**6.30 AM to 7.30 AM** Wake daughter at 6:30 am get her ready for school ( feed her breakfast, dress her, brush teeth)

**7.30 AM to 8.00 AM** take daughter to school on Train

**3.00 PM to 5.00 PM** pick up daughter from school have snack and play for afternoon until parents get home from work

**1.45 PM to 2.45 PM** grocery shopping, tiding up etc.

**Total: 4.30 hours**

**Saturday**

**6.00 PM to 10.15 PM** 1 -2 times per month watch Abby so parents can go out for date night.

**Total: 4.15 hours**

**Sunday**

**Total: 0.0 hours**

Total for the whole week: **25.45 hours**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Schedule Details**

**What back-up childcare do you have available in case you require more than 45 hours in a given week?** we don't exceed the 45 hours

**How often does your schedule change?** Weekly

**Additional comments about your schedule.** Actually, schedule changes daily as mother never knows what time she will be released from work. One day may be 3pm next 7pm but mostly it's around 4:30pm. We need you to be ok with that uncertainty. We also go out on a date around 2 times a month in the evening. We will have you work on the weekends when we need you, usually twice a month.

# Au pair preferences: The Bono family

## Would your au pair:

**Be expected to swim as part of her duties?** Yes
**Be expected to drive as part of her duties?** No
**Be allowed to use a car when off duty?** No
**Be allowed to smoke in your home?** No
**Be allowed to smoke outside your home?** No
**What region would you like your au pair to come from?** No preference
**The most important personality traits in a candidate:** Active, Flexible, Happy, Humorous, Independent
**When would you like your au pair to arrive?** June 04, 2016
**Your closest airport or bus gateway:** the Riverside MBTA Station in Newton, MA

**What are you looking for in an au pair candidate?** Caring, honest, kind, patient and absolutely unflappable. Responsible, mature, reliable and flexible. In good physical condition and able to walk 1 mile a day. HELPFUL and pleasant. FLEXIBLE FLEXIBLE FLEXIBLE....did we mention flexible?

# Cultural exchange: The family

## Cultural exchange

**How will you promote cultural exchange in your home?** We would love to share different cultural foods and music. We would include her in our holiday traditions and day to day family habits if she would like.

**How could you address homesickness with your au pair should she experience it?** We would encourage an au pair to make friends in our area. We will also make sure she can get to her monthly meetings and her educational activities.

**How could you work with your au pair to identify and bridge moments of cultural differences?** We encourage open communications and questions.

**Will you ask your au pair to teach your children her native language and if so, how will you help your au pair to also improve her English?** Yes. We will speak to her only in English and she will have plenty of exposure to English given the total immersion in to an English speaking country.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
CC00038121

**Describe any experiences your family has had with other cultures:** This will be our 7th Au Pair, we have had three Germans, one South African, Italian and one French. We have both traveled extensively and we have both lived in other countries. Holly in South Korea for a year and David in England for a year.

# References: The Bono family

### Reference 1: Personal

**Full name** Adam Weiner
**Email address** aweiner@wellesley.edu
**Phone number** 6465191605
**Best time to reach:** All day

### Reference 2: Professional

**Full name** Jeremy Goldfarb
**Email address** jeremy_goldfarb@meei.harvard.edu
**Phone number** 4152254703
**Best time to reach:** Afternoon

# Change log: The Bono family

# Letter to the au pair

Dear Au Pair,

We live in Newton MA, 20 minutes from Boston and an easy train ride away. Newton is a charming suburb of Boston, with many inviting little divisions that each has their own center with shops, cafe 's, bookstores, restaurants etc. Abby, is our 5 year old daughter and the light of our lives. She is bright, energetic, charming, and very outgoing. She loves to be read to and to look at pictures books on her own, she likes to dance to all music, swim, she loves other children and pretty much everyone she meets. She attends pre-school 5 mornings a week. David is a lawyer, working as General Counsel for US operations of a global renewable energy company. Holly is a physician specializing in pediatric anesthesia and works for one of the Harvard teaching hospitals in Boston. David loves to bike but has trouble finding the time, he also enjoys hiking.    Holly loves yoga and tries to practice regularly, she also enjoys walks with Abby, playing with Abby and relaxing with the family.  Holly's parents, brother and his family and sister with her family all live in the Boston area. We are very excited to open our home and our family to you and to help you learn about our culture, learn English, and explore the area. There are many great educational options with many universities, colleges, museums etc.

   We are very excited to learn more about your culture and to expose Abby to different cultures, languages and food. We look forward to getting to know you and welcome you to our home.

Sincerely, Holly, David and Abby Bono

PLAINTIFFS' RESP. APP.0002503
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    CC00038122

Case 1:14-cv-03074-CMA-KMT   Document 923-27   Filed 05/17/18   USDC Colorado   Page 10 of 106

PLAINTIFFS' RESP. APP.0002504

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CC00038123

Case 1:14-cv-03074-CMA-KMT   Document 923-27   Filed 05/17/18   USDC Colorado   Page 27
11 of 61

PLAINTIFFS' RESP. APP.0002505
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    CC00038124