# Exhibit 38

Message

| | |
|---|---|
| From: | Deborah Herlocker [chideborah@chinet.org] |
| Sent: | 4/11/2011 9:20:56 AM |
| To: | Chris Burbach [chichris@chinet.org] |
| Subject: | Re: Diana/Bakay |

Hi Chris,

She's already en route but I'll ask Damaris to make sure the agency lets the Au Pairs know that with CHI they would just be making the $195.75. That agency also works with Au Pair International and I see they have the Au Pair Professional program which Diana would probably qualify for. That weekly stipend is $225/week so that is probably where the confusion is coming from. We don't have a higher stipend for applicants who are more highly qualified.

Sincerely,


Deborah Herlocker
Operations Manager
CHI Au Pair USA
1-800-432-4643, ext 176
chideborah@chinet.org
www.chiaupairusa.org

On 8 April 2011 10:30, Chris Burbach <chichris@chinet.org> wrote:

Hi Deborah,


Diana questioned the Bakays about the weekly stipend amount. She said that her "friends" were making $250! It might be good to contact her before she arrives to clarify that the amount we pay is the government regulated amount and not open to negotiation! I'll also talk with her at orientation next week.


Thanks!


**Chris Burbach**

**U.S. Regional Manager**

**CHI Au Pair USA Program**

**866-528-5152 (toll free office)**

**703-528-5152 (direct office)**



PLAINTIFFS' RESP. APP.0001345    ATTORNEY'S EYES ONLY    CHI0022790

703-489-3968 (cell)

703-528-4699 (fax)

www.chiaupairusa.org

chichris@chinet.org

PLAINTIFFS' RESP. APP.0001346   ATTORNEY'S EYES ONLY   CHI0022791