# Exhibit 39

Message

| From: | Susan Hayes [/O=ASEU/OU=ASSE/CN=RECIPIENTS/CN=SUSAN] |
|-------|--------------------------------------------------------|
| Sent: | 9/30/2011 12:33:31 AM |
| To: | Tiare Toulon [/O=ASEU/OU=ASSE/CN=RECIPIENTS/CN=Tiare]; Miriam Weyand (EAP) [/O=ASEU/OU=ASSE/CN=RECIPIENTS/CN=Mweyland]; Salma El Yacoubi [/O=ASEU/OU=ASSE/CN=RECIPIENTS/CN=Mauger]; Lauren Smit [/O=ASEU/OU=ASSE/CN=RECIPIENTS/CN=Wwdir] |
| Subject: | FW: Au Pair Handbook |
| Attachments: | Au Pair Handbook - Updated Sept 2011.docx; Au Pair Handbook - Updated Sept 2011.pdf |

fyio

-----Original Message-----
From: Ana Fass
Sent: Thursday, September 22, 2011 8:26 PM
To: Susan Hayes
Subject: Au Pair Handbook

Hi Susan,

This one took way more time than I had imagined! There was a lot of formating to do because of the way the file was originally created... I can show you the old file and compare to this new one.
I also had to remove all the drawings, the quality of the images was very low and once I saved the file as a PDF it looked really bad. If you would like to add some pictures, maybe we could use some from the brochure or website.

I updated the letter from the US DoS but there is a way to improve that page, we would just need to replace the whole page with the PDF that I found on the J-1 website. I can do that when I'm at the office in October.

I also updated the DoS regulations.

Please let me know if you see anything that needs to be corrected or changed.


Thanks,
Ana

DEPOSITION EXHIBIT
Parker 16
4.30.17 MN
PENGAD 800-631-6989

16

EAP0001733



Intercultural Child Care Programs

# Au Pair Handbook

*Written by*
Lena Bjornerstedt
*and*
Elizabeth Cecchetti

*Revised and Updated by*
Beate Held, Helena Hagen & Ana Fass

© 2011 by EurAupair Intercultural Child Care Programs. All rights reserved.

PLAINTIFFS' RESP. APP.0001423
CONFIDENTIAL                                                          EAP0001734

*Dear EurAupair Au Pair,*

*Congratulations! You have been selected to become a EurAupair Au Pair and are now preparing for your trip to America. You probably know what it is like to provide child care assistance in your homeland, however, living as an Au Pair in America will be very different. You are now a vital part of the EurAupair program and it is as important for you to know about EurAupair as it is for EurAupair to know about you. You will receive many benefits and much support throughout your program year.*

*EurAupair realizes that this may be your first long trip away from home and that you may be experiencing anxiety and have many questions you would like to have answered. This Handbook is designed to relieve some of that anxiety and to answer many of those questions. Plan to use the Handbook throughout your program year, and to bring it along with you to your Community Counselor 's Orientation Meeting.*

*When you first arrive in America you will spend the first few days in New York City. This is an experience in itself; however, your main focus will be on the EurAupair "Au Pair Workshop. " You will participate in the instructional program which addresses child development, child safety and cross cultural topics. In addition, you will be working from a textbook that you will receive at the workshop and will be able to use this as a resource throughout your program year.*

*From New York you will travel to your Host Family's home. There you will meet your Host Parents, the children, your Community Counselor and other EurAupair Au Pairs. You can look forward to learning more about the community, the United States and American culture. In addition, you will be sharing yourself and your culture with your new family and friends.*

*Preparation, information, clear expectations and commitment on your part will be extremely important during this coming year. These will provide the basic foundation, along with your creativity, patience, flexibility and personality, from which your EurAupair Intercultural Child Care experience will grow.*

PLAINTIFFS' RESP. APP.0001424
CONFIDENTIAL

EAP0001735

EurAupair staff members know that this may be a totally new experience for you and that your program year will not always be easy. They will provide support and advice throughout your program year. They have spent much time and expertise in preparing the EurAupair Intercultural Child Care Program and want this year to be both rewarding and successful for you and everyone involved. Give yourself the time to understand and be open and honest in your communications. You will look back at the end of the year on a challenging and valuable experience.

We are happy and proud to welcome you as a participant in the EurAupair Intercultural Child Care Program.

Best Wishes,
Lena Bjornerstedt and Elizabeth Cecchetti

CONFIDENTIAL

# Table of Contents

The EurAupair Program .................................................................1
A EurAupair Au Pair in America ...................................................2
You and Your Host Family ...........................................................3
    *What Your EurAupair Host Family Expects From You* ...................4
    *What You Can Expect From Your Host Family* ...............................4
The Role of the Community Counselor ..........................................6
The Adjustment Period ..................................................................7
    *Positive Attitude* .........................................................................7
    *Consideration and Cooperation* ...................................................7
    *Expression of Gratitude* ...............................................................8
    *Special Things to Bring from Home* .............................................8
    *Living in an American City - Be Careful!* .....................................9
    *Settling In* ...................................................................................9
    *Money Matters* ..........................................................................10
    *Using Your Host Family's Telephone and Computer* ...................11
    *Getting to Know Your Host Family and Their Children* ...............12
    *An Au Pair's Responsibilities* ....................................................13
    *In Case of Problems* .................................................................14
    *Change of Host Family* ..............................................................15
An Au Pair's Typical Day ...........................................................16
Rules for Au Pairs ......................................................................17
Cultural Differences ...................................................................19
    *Privacy* ......................................................................................20
    *Freedom and Spending Free Time* ..............................................20
    *Food and Eating Arrangements* .................................................21
    *Religion* .....................................................................................21
    *Transportation and Driving the Host Family's Car* .....................21
    *Avoiding Culture Shock* ..............................................................23
Important Notice .........................................................................25
Educational Opportunities ..........................................................25
Insurance Coverage .....................................................................26
Visa ............................................................................................27
Departure or Program Extension ..................................................28
Au Pair Folio .............................................................................29
Telephone Numbers .....................................................................31
Letter from the U.S. Department of State .....................................32
Au Pair Program Regulations ......................................................33

PLAINTIFFS' RESP. APP.0001426
CONFIDENTIAL

# The EurAupair Program

The EurAupair Intercultural Child Care Program provides the opportunity for young people from Europe, South America, Asia and South Africa, and to live as part of an American family for a year while providing child care assistance for the Host Family's children.

With EurAupair, an approved sponsor organization, it is possible for qualified young adults to spend a year as a legal Au Pair with a proper J-1 exchange visitor visa. This program promotes an exchange of cultural experiences, provides for attendance at the local college or other educational institutions, encourages participation in community social activities, offers the time to travel in the United States, and arranges the details for living as a member of an American Host Family.

The EurAupair Intercultural Child Care Program was established in the United States as a non-profit, public benefit organization to increase the opportunity for intercultural exchange. In the Fulbright-Hays Act, members of the United States Congress declared their objective:

> "to increase mutual understanding between the people of the United States and the people of other countries and to assist in the development of friendly, sympathetic and peaceful relations between the United States and other nations."

1

PLAINTIFFS' RESP. APP.0001427
CONFIDENTIAL                                                    EAP0001738

# A EurAupair Au Pair in America

You are now a EurAupair Au Pair in America! You may know what it is like to take care of children in your homeland but living as a EurAupair Au Pair in America will be a new and exciting experience for you.

The forthcoming trip to America may be the *first* for you. Relax and remain calm and in a few short hours you will be in New York City. Your first days in New York City will be busy and full of activity with the EurAupair *"Au Pair Workshop"* taking up most of your time.

You will hear about child development and how to take care of children safely. You will meet and make friends with other EurAupair Au Pairs with whom you can maintain a friendship throughout your program year in the United States and perhaps even back home.

Soon it will be time to leave New York and travel to your Host Family's community. You will meet your Host Parents, their children and their friends and neighbors. You will explore your new home and settle into your own private bedroom. You will learn your duties as you care for your Host Family's children forty-five hours a week, but not more than ten hours a day.

You will get together with other EurAupair Au Pairs who are living in your community, as well as your EurAupair Community Counselor, a special support person and friend who will be there for you during your year in America. You will have an opportunity to study at a local educational institution for three hours every week. You will meet and make new friends in your neighborhood, as well as get to know other American students while attending your classes.

You will have one and one-half days free each week to explore your new community. You will also have two weeks vacation time to travel with friends and visit new places. Your legal J-1 visa allows you to stay one additional month, after your year with your Host Family, so you will be able to travel and see even more of America before you return home. Every month you will have one weekend free (Friday evening to Monday morning) to explore outside of your immediate community.

PLAINTIFFS' RESP. APP.0001428
CONFIDENTIAL

EAP0001739

# You and Your Host Family

Your EurAupair Host Family expects an Au Pair who will help and be a positive addition to their family. They want a person with a happy disposition and a calm approach to life. They expect a person who really likes children and who is responsible when left in charge. A family decides to host an Au Pair because they need help caring for their children.

Hosting an Au Pair is expensive, but most families believe that having an Au Pair who is a friend, and like a member of the family, will provide more personal and reliable care for their children. They prefer that their children be cared for in their home and not at an institution like a day care center. American Host Families rely upon the responsible care an Au Pair provides for their children.

The Host Family has invested a significant amount of money to participate in this program and expects you to provide safe, loving and reliable care for their children for up to forty-five hours each week, but not more than ten hours a day. You may be responsible for bathing and feeding the children, playing games, making up the beds and straightening the children's rooms. Your day may include helping with school, work, being available to a sleeping child, and driving the children to soccer or ballet practice. You will not be responsible for heavy housework; however, you will be expected to do your fair share of household chores, as would any family member. You may prepare an occasional family meal, help clean up the dishes, or help with the family grocery shopping.

Many Host Families look forward to the intercultural exchange that is a vital part of this program. They enjoy sharing their lives and the *American way* with you; however, keep in mind that the most important reason for you being in their home as an Au Pair is to help them care for their children.

PLAINTIFFS' RESP. APP.0001429

CONFIDENTIAL

EAP0001740

## *What Your EurAupair Host Family Expects From You*

*EurAupair Au Pairs:*

- are 18 years, but not older than 26 years on arrival.
- have attained the equivalent of an American high school education.
- are English speaking.
- have interest and experience in caring for children (though not professional) and if providing child care assistance for children under two years of age, have at least 200 hours of documented child care experience.
- are willing to share their language and culture with an American Host Family.
- are responsible young adults of good character. All have had references verified, have passed a criminal background check (or its equivalent) and a psychometric test.
- are in good health (medical certificate required).
- are licensed drivers.
- are energetic, conscientious and enthusiastic.
- attend the EurAupair *"Au Pair Workshop "* upon arrival in the United States. Workshop includes instruction on cross-cultural topics, insights into American lifestyles, basic child safety and development, and assists the Au Pair in adjusting to her new home, family and culture.
- have made a 12-month family participation and child care commitment and are legally authorized to live in the USA (issued a J-1 visa).
- follow all EurAupair program rules.
- are eager to learn about America while participating in daily life as part of an American family.

## *What You Can Expect From Your EurAupair Host Family*

*EurAupair Host Families:*

- are parents/guardians (couples or singles) with their children living at home. (Au Pairs may not provide care for infants younger than 3-months old nor for children older than 12 years.)
- are U.S. citizens or legal permanent residents who are fluent in English.
- are congenial, hospitable and of good moral character.
- provide a spare, separate, adequately furnished bedroom for the Au Pair.

4

PLAINTIFFS' RESP. APP.0001430
CONFIDENTIAL                                                              EAP0001741

- have an apartment or home in a safe location which is suitable for an additional person.
- attend a locally-conducted orientation meeting prior to the Au Pair's arrival. This orientation explains the philosophy of the EurAupair exchange program, the emergency and support services, insurance coverage, and provides practical and helpful guidance on helping the Au Pair adjust to their family. Child care and cross-cultural topics are also discussed.
- familiarize the Au Pair with their children and routines by being available, or making another responsible adult available, at home for the first three days after the Au Pair arrives in order to supervise this important transition.
- agree in advance to a child care schedule not exceeding 45 hours per week and 10 hours per day.
- accept that the Au Pair is primarily an exchange program participant. Although the Au Pair will assist in the care of the children, she must be accepted as a full member of the family and be included in family meals, outings and activities.
- provide the Au Pair with $195.75 weekly pocket money. ($250 for Au Pair Par Expérience program participants.)
- agree to 1 complete weekend free per month for the Au Pair (Friday night through Monday morning) and a minimum of 1 ½ days per week free for the remainder of the month (1 day and night falling on Friday, Saturday or Sunday).
- ensure that the Au Pair completes at least 3 hours per week (equivalent of 6 semester hours for the year) of educational or cultural instruction (i.e. night school, continuing education, or other classes) and reimburse the Au Pair for any required tuition fees (up to $500 over the year).
- during the year, provide the Au Pair with two weeks of vacation with weekly pocket money, the timing to be mutually agreed upon in advance between the Host Family and the Au Pair.
- understand that an Au Pair is not an experienced, professional child care provider, but rather a young person from abroad who wants to learn about the American culture by living with a family while assisting with the children.

*Just as every person is unique, every family is different. Your Host Family is a product of their culture just as you are a product of yours. Later in this handbook you'll find a section describing some American cultural characteristics that may help you understand your Host Family's behavior and attitudes.*

PLAINTIFFS' RESP. APP.0001431
CONFIDENTIAL

EAP0001742

# The Role of the Community Counselor

The EurAupair Community Counselor is a local representative of the EurAupair program who works for EurAupair as a volunteer in your homestay community. The Community Counselor is your local contact person. Soon after your arrival, she (or perhaps he) will hold an Orientation Meeting to explain your new community and educational opportunities, to discuss topics that will help you get a good start on your program year and to introduce you to other Au Pairs who live in your neighborhood. This Orientation Meeting is *mandatory.* Be sure to ask your Community Counselor for the meeting date and put it on your calendar right away. Tell your Host Family the meeting date, too, so they can make arrangements for your transportation.

During the year the EurAupair Community Counselor will arrange get-togethers for you and the other Au Pairs in your area. These monthly activities are *mandatory and must be documented in your Au Pair Folio (see page 29);* however, they are also a fun way to get to know the other Au Pairs in your area, your Community Counselor, and to discuss how it feels to be in the United States with your Host Family. She will call your Host Family each month to see that everything is going smoothly between you and your Host Family, and to answer any questions they might have. Communication with your Community Counselor is the key to a successful program year.

It is important to keep in mind that your EurAupair Community Counselor is active in your community and has a wide variety of interests. Although busy and active, she has a commitment to the EurAupair program and is dedicated to providing an opportunity for Host Families and for Au Pairs to have a rewarding experience. She is interested in helping you solve your problems. If you have a concern, be sure to contact your Community Counselor.

Your Community Counselor may not always be available to answer the phone just when you call. Be sure to leave a clear message, including your name and telephone number, so she can call you back as soon as possible. If the Community Counselor is unavailable and you feel that your Host Family cannot help with your problem, contact your EurAupair Area Coordinator or the Regional office (see page 31).

Try to remember to share the good things with your Community Counselor, too!

PLAINTIFFS' RESP. APP.0001432
CONFIDENTIAL                                                                 EAP0001743

# The Adjustment Period

Throughout your program year it will be important to keep in mind that your Host Family has chosen to take you into their home as a member of their family for an entire year primarily because they need help caring for their children. They will try to make you as comfortable as possible, but you must remember that you are not a guest. The very first thing you must ask yourself is what *you* can do. Most importantly, you must realize it is *your* responsibility to adjust to your Host Family's way of doing things, and not the contrary. Your attitude will determine the success of your exchange year. Here are some words and concepts to keep in mind.

## *Positive Attitude*

No matter what happens, where you are or with whom, a positive frame of mind is a great help. Be curious and open. Look for what is good and what you can learn from the experience. The exchange year is one of discovery and growth. With an open mind and a spirit of adventure, any situation can become interesting, exciting and a learning experience.

## *Consideration and Cooperation*

Great maturity is required. You are obliged to cooperate and be considerate of others as is normal in daily family life. Good manners are important. Even more important is for you to have a sincere respect for others. Be aware of what you say and how you say it.

PLAINTIFFS' RESP. APP.0001433
CONFIDENTIAL

EAP0001744

## Expression of Gratitude

Your Host Family is including you as a member of their family, providing food, care, kindness and love. There are many ways to show your appreciation. The little everyday things seem to mean the most. Saying *thank you,* coming home when you are expected, eating the food that is offered, smiling and saying *hello* when you walk in the door, offering to set the table, to take out the garbage or rake the yard, keeping your room clean, joining in family activities, writing thank you notes, foregoing an evening with friends to attend a special family function, are all ways of showing your appreciation.

The image that you leave in the minds of people in your host community will pave the way, or block it, for those who follow you as Au Pair exchange participants. It can mean that there will be other Host Families willing to open their home, or there will be none. Show by your attitude that you are a true ambassador for international understanding.

---

### Special Things to Bring from Home

- ✓ a good cook book from your home country
- ✓ a bilingual dictionary
- ✓ little toys as gifts for the children
- ✓ special story books
- ✓ compact discs
- ✓ maps, photos and books from your home country
- ✓ photos of your family and friends to share with your new family and friends
- ✓ medicines or special toiletries (similar products may be available in America, but will most likely be called by another name)

---

8

PLAINTIFFS' RESP. APP.0001434
CONFIDENTIAL

EAP0001745

## Living in an American City - Be Careful!

Many of you will live in or near very big cities. Big cities are exciting and there is always a lot to do, but big cities also attract individuals who do not behave according to the law or even act like what you would consider normal. **LISTEN** to your Community Counselor and your Host Family if they say you should not go to certain areas or places. They live there and they know, better than you, what is dangerous.

Never leave your belongings unattended when you travel or are out in the community. Never leave your handbag or wallet lying around. When you travel on a train or a bus, you should not leave your handbag on your seat or the luggage rack. Always take your handbag and other valuables along with you. Never leave any of your personal belongings or luggage unattended. Be attentive and alert.

## Settling In

The first sixty days of the program year are considered a settling in period, a time when a lot of adjustment has to be made by you and your Host Family. The mandatory adjustment period is a time during which the Au Pair and Host Family must work to resolve problems together and, if necessary, with help from the EurAupair Community Counselor.

Successful relationships between people include a willingness to be open with each other and discuss things that might be causing a problem. Don't let little problems turn into big ones. Sit down with your Host Family and discuss your feelings. Communicate.

We have suggested to the Host Families to set aside a regular time each week for talking. This gives everyone the opportunity to say things, good and bad, without wondering when and how to address them. If your Host Family becomes angry and tells you why, it is not a reason to think that they do not like you. Perhaps you can even recall hearing angry words from your own family on occasion? This is also a good time to discuss weekly schedules.

PLAINTIFFS' RESP. APP.0001435
CONFIDENTIAL                                                    EAP0001746

*The Adjustment Period*

**IMPORTANT**: It is not unusual for some Au Pairs to experience *amenorrhea* (missed menstrual cycle) at the beginning of their program year due to the stress often associated with adjusting to a new culture. Do not be alarmed if this happens to you as it is a normal adjustment issue. Because this is a common occurrence under the circumstances, it is not covered under the insurance policy.

Remember that your Host Family wants this year to be successful too. If you have a question, concern, a problem with the children or the home, be honest and talk about it. Nobody will be mad at you because there is a problem. The problem may not be anybody's *fault*, just a matter of miscommunication or misunderstanding.

If you have a problem situation with a child, be positive and honest about it. Instead of saying to your Host Parents, *"Your child is spoiled,"* try saying *"Jeremy doesn't listen to me. He runs away when I call him"*. Don't feel you need to accept all kinds of behavior from the children, but be sure to let your Host Parents know about the situation in a constructive manner. If you get the feeling that the Host Family has misunderstood something you said, keep talking, and try to explain in different ways until you are able to make yourself understood.

## *Money Matters*

Ask your family for help in opening a bank account of your own. Getting money from home can take a long time. It may take as long as four weeks for a check to be accepted by an American bank and for you to have the cash to spend. You must never borrow money from your Host Family. They provide you with room and board and weekly pocket money, but you must pay your own way. In order to avoid running short of money, try keeping a record of what you spend during the first few months. It will be an indication of how far your money will go and will help you budget for the remainder of your stay. If you have a question about who will pay, be sure to ask before a misunderstanding arises.

10

PLAINTIFFS' RESP. APP.0001436
CONFIDENTIAL                                                                    EAP0001747

## *Using Your Host Family's Telephone and Computer*

Do not abuse your privilege of using your Host Family's telephone or computer (Internet, e-mailing). Telephone calls to your home country should be made collect to avoid incurring charges on your Host Family's telephone bill. If that is not possible, prior permission to make such calls is essential. These and any other telephone charges you incur should be paid for promptly. Telephone companies in America list all toll calls by date, time, number and location called, so it is easy to identify yours for payment. It will help your finances to be aware of how phone charges can vary depending upon the time of day and the day of the week. Talk with your Host Family or your Community Counselor about phone charges. Remember, you are responsible for all your own phone charges including calls made within the USA.

Telephone and computer usage courtesy means keeping your time spent on either to a reasonable length of time so that the family's phone line is not monopolized. Your family may also have usage rules on how late into the evening or how early in the morning (especially on the weekends) phone calls may be received, or if you are allowed to use the computer during the time you are caring for the children. In addition, ask your family how they prefer the phone to be answered, their method for handling messages, and when you are allowed to spend time on the computer. All of these small things, simple common courtesies, really do matter!

PLAINTIFFS' RESP. APP.0001437

CONFIDENTIAL

EAP0001748

### Getting to Know Your Host Family and Their Children

Each family is like its own little complete world. Welcoming a new person into that world requires adjustment from everyone. Each family has its own unwritten *rules* that govern daily life, some of which seem so obvious to the family members that they do not even recognize their existence. Host Families are asked to try to identify such things for you, but you may have to discover them together.

Your Host Family may not have foreseen some of the adjustments necessary to hosting an exchange participant and may not even realize that you need help in adjusting to their family life. For example, the children may not like having someone new come into the family, disturbing the routines they have negotiated with their parents. Most of the time children are incredibly conservative. They do not like change and do not know how to fight change except by behaving badly. The family probably does not expect this, but it often happens. You will have to go through this initial adjustment period together with your Host Family. It takes patience and it is important that you talk openly with your Host Family.

Most importantly, you need to agree with the family about the limits they set for their children. The child needs to know that you understand that he/she is unhappy, but that there are limits to behavior that can be accepted. For example, if the child screams and refuses to eat, don't worry too much. No child is harmed by missing a meal. If a child throws food on the floor, the best thing to do is calmly decide that this is where lunch went today instead of in the stomach. If the child gets hungry later and asks for food, it may be worthwhile to be understanding and make a special meal that day.

The most common reaction children have to adding a new member to their household is to start clinging to their mother or father, crying and whining much more than they normally would. The child might hide and pull away from you, not allowing you to touch or feed him/her. Be patient. Keep showing the child you are ready for contact whenever the time is right.

PLAINTIFFS' RESP. APP.0001438

CONFIDENTIAL

EAP0001749

It is likely that the family will be as surprised as you are at the child's sudden change in behavior. They may also be embarrassed. You may need to reassure the family that you understand it is a normal and healthy way for a child to react to change. Perhaps all of you together will have to figure a way through this painful period until the child is used to you and trusts you. The worst thing you can do is consider this behavior *normal* and decide that you do not like the child. If you realize that the bad behavior is just a protest, you can work from there to gain the child's trust.

Enjoy the children and remember to tell the parents all the little wonderful things they do. Parents love to hear good things about their children. Talk to your Host Parents. Do not be afraid to ask questions. If you feel there are misunderstandings, it is to your own advantage to try to work things out with tolerance and diplomacy. If you are positive and patient, perhaps with the EurAupair Community Counselor's assistance, almost all misunderstandings can be straightened out without bad feelings.

## *An Au Pair's Responsibilities*

An Au Pair's main responsibility is to help the Host Family care for their children. Ask your Host Parents to make up a schedule for you so you will know what you are expected to do and when you will be free. Use the weekly meeting with your host parents to discuss the schedule for the upcoming week and any changes in the routine. Your main duties will include: looking after, feeding, bathing and playing with the children; being home while the children nap or if a parent is not home; being home with children too ill to go to school; preparing meals for the children; looking after the children's toys, books and other belongings; making the children's beds or helping them make their own beds and straighten their rooms; and doing the children's laundry.

You may need to drive the children to and from school, outings, errands or other appointments. Details should be worked out with the Host Family prior to driving their car. Study the section in this Handbook under *Cultural Differences* about *Transportation and Driving Host Family's Car* before driving.

PLAINTIFFS' RESP. APP.0001439
CONFIDENTIAL                                                          EAP0001750

You will be expected to do your share of the household chores and assist with light housework. Your responsibilities do not include heavy housework, gardening, lawn mowing, caring for pets, the elderly, or handicapped adults. You will not be expected to run an entire household in the absence of the Host Parents.

When you live in a family it may be hard to measure exactly how many hours you provide child care assistance. You may think that if you have breakfast with the family it is scheduled time, but the family might not think of it that way. It is to your own advantage to be generous. If you start by measuring minutes the Host Family will do the same. But if you are regularly required to provide child care for more than forty-five hours each week you should talk about the schedule with your Host Family. You can also call your Community Counselor for help in sorting out a more realistic schedule with your Host Family.

## *In Case of Problems*

If you and your Host Family cannot find a solution to problems together, ask for the help of your EurAupair Community Counselor. You should always try to solve your problems with your Host Family directly. However, if you cannot, EurAupair Community Counselors and staff are always available to help. If for some reason your EurAupair Community Counselor is unavailable or unable to help resolve problems or answer questions, contact your EurAupair Area Coordinator or Regional Director. They are only as far as your nearest telephone. *Remember, they can't help if they don't know you need it!*

The Community Counselor will most likely schedule a meeting to discuss problems with you and your Host Family. Sometimes lines of communication become tangled and it is helpful to have a third person to help sort things out. Your EurAupair Community Counselor is not biased. Many Au Pairs make the mistake of thinking that the Community Counselor and Host Family are old friends, judging from the way they talk to each other. This is likely not the case, instead simply the *American way* of interacting in this kind of situation.

PLAINTIFFS' RESP. APP.0001440
CONFIDENTIAL

EAP0001751

## Change of Host Family

If difficulties between you and your Host Family prove to be impossible to solve, and only after sufficient effort to make it work, EurAupair will try to find a new Host Family for you. It will take some time to locate a new Host Family. Usually the first Host Family will let you stay in their home while EurAupair is trying to find a new family for you, and a new Au Pair for them. If a new Host Family is not found in time, or if you refuse a placement, you will have to return home at your own expense.

✓ Never leave your Host Family without first talking with your Community Counselor.

✓ Only rarely will an Au Pair be moved to a third Host Family.

PLAINTIFFS' RESP. APP.0001441
CONFIDENTIAL

EAP0001752

## An Au Pair's Typical Day

What might a typical day be like?
Here is one possible scenario.

| | |
|---|---|
| 7:00 A.M. | Wake up. |
| 8:00 A.M. | Help prepare breakfast for 3-year-old Chris and 7-year-old Jenny. Supervise while they eat. Make sure they are properly dressed. Accompany Jenny to school and drop Chris off at nursery school. Return home, straighten beds, rinse dishes. Put in a load of children's laundry. |
| 11:30 A.M. | Pick up Chris from nursery school. Have lunch with Chris. Play until naptime. Write letters, read books while Chris sleeps. Take Chris to playground when he wakes up. |
| 3:00 P.M. | Pick Jenny up from school; pass by local supermarket to pick up bread and milk. Return home, prepare afternoon snack. Supervise play and Jenny's homework. |
| 5:00 P.M. | Parents return and *take over primary care of children* |
| 6:30 P.M. | Set table and join in family meal. |
| 7:00 P.M. | Leave for class at local evening school. |
| 10:00 P.M. | Meet friends. |

*Numbers higher than 12 are not used to express time in America. Mornings up to 12 noon are called A.M. and the hours from 12 noon up to midnight are called P.M.*

It is important that Au Pairs remain *flexible* and work with the Host Family as long as the EurAupair program regulations are being followed.

16

PLAINTIFFS' RESP. APP.0001442
CONFIDENTIAL                                                                 EAP0001753

## Rules for Au Pairs

*EurAupair Au Pairs are obliged to adhere to the following EurAupair rules for Au Pair conduct or return to their home country at their own expense. If you do not understand the reasons for any of the rules, please ask your Community Counselor to discuss them with you.*

1. While you are supervising your Host Family's child(ren), you must be diligent, conscientious and involved. You are assuming a great responsibility and you must be totally committed.

2. You agree to enroll in and complete a minimum of six (6) (semester, trimester, quarter) hours of academic study at an accredited institution of higher learning. Course work must be serious and substantive, containing content, perspective or approach that are valuable for the cultural exchange program.

3. Your EurAupair Community Counselor will organize regular get-togethers (meetings, social events, activities, excursions) for you and other EurAupair Au Pairs in your area. This will provide you with an excellent opportunity to maintain contact and share your experiences with other Au Pairs, as well as your Community Counselor. It is *mandatory* that you take part in these EurAupair program get-togethers.

4. Any illegal use of drugs or alcohol, abuse of harmful controlled substances, or illegal possession of drugs, alcohol or controlled substances will subject you to immediate repatriation.

5. You must obey all U.S. federal, state and local laws.

6. All vacation and free time must be previously planned and mutually agreed upon in advance with your Host Family.

7. You must agree to be an active, congenial participant in your Host Family's life, joining in family meals, holidays, social, cultural and recreational activities.

8. You must keep your room clean and neat, and you must make your fair contribution to the neatness and cleanliness of the "common areas" (bathroom, living room, kitchen, etc.) of your Host Family's home.

17

PLAINTIFFS' RESP. APP.0001443
CONFIDENTIAL                                    EAP0001754

9. Your days and/or nights off (free time) may be spent in any way you choose as long as your behavior does not reflect badly upon your Host Family or the EurAupair program. However, while you are actively involved in child care assistance or are staying at home and/or participating in Host Family activities, you have an obligation to behave in a manner that is compatible with the behavior and values of your Host Family.

10. You may not take either a part- or full-time job.

11. You may not have your relatives or your friends visit, stay with or impose upon your Host Family.
    *Note: Visits from family or friends from home interfere with the exchange experience and are not allowed. Since these visits can be very disruptive to the exchange year, this is especially true of the visit of a boy or girl friend, you and your family are expected to abide by the agreement. If a member of your family insists on coming to see you, notify your Community Counselor and make sure that the visit occurs at the very end of the exchange year or during the 13th month.*

12. If you stated in your application form that you do not smoke, you must not smoke during your Program Year.
    *Note: Smoking is out of style in the USA. Many communities have made laws forbidding smoking in public places such as restaurants, shopping malls and airports. Finding Host Families who will host an Au Pair who smokes is extremely rare. Even Host Parents who smoke do not want the person who cares for their child to do so. If a Host Family chooses to host an Au Pair with the understanding that the Au Pair is a nonsmoker, the Au Pair must not smoke.*

13. You must reimburse your Host Family for any and all additional expenses that they incur on your behalf, such as personal phone calls, personal use of family auto, etc. You may not borrow money from your Host Family.

14. You are not permitted to hitchhike or, if driving, to pick up hitch-hikers.

15. You are not allowed to return to your home country during the Program Year unless in case of an emergency.

PLAINTIFFS' RESP. APP.0001444
CONFIDENTIAL                                        EAP0001755

# Cultural Differences

Americans are different from each other culturally. Their ethnic backgrounds include Italian-Americans, Mexican-Americans, Japanese-Americans, Greek-Americans, Scandinavian-Americans. The list goes on and on. All of these ethnic backgrounds and customs contribute to American culture. The United States is only a little over two hundred years old. Its culture and values are still being shaped and defined as more and more people immigrate to the United States to live and raise their children.

Some American characteristics include a high value for: cleanliness, timeliness, practicality, responsibility, motivation, assertiveness, health-consciousness, conservatism, preparation for the future, physical appearance, work ethic, privacy, good sportsmanship, and originality. Of course, these characteristics do not apply to all Americans. They can give you an idea, however, of the kinds of values many Americans share.

Learning for yourself what Americans are like is part of the intercultural exchange process. Beginning on your very first day in this country you will be constantly discovering new insights about America and its people. You will need to change some of your ways in order to adjust. For example, if you come from a culture that does not emphasize timeliness (being on time), you will soon learn that Americans value it very highly. To them, being late is discourteous and disrespectful.

Understanding American culture will help you better understand your own culture by challenging you to view your native country's ways from a new perspective. You will begin to think about your values and beliefs and where they originated. You will become more sensitive to other people and other ways of life. Ultimately, you will become more tolerant and understanding of people and ways that are different from your own.

PLAINTIFFS' RESP. APP.0001445
CONFIDENTIAL                                                      EAP0001756

*Cultural Differences*

## Privacy

Americans are generally very social. It may be hard for your Host Family, especially the children, to understand other cultures' need to be alone behind closed doors now and then. You will have your own room. You should make clear to the children, with humor and patience, that when your door is open they are welcome to come in to talk, or to sit around with you, but when the door is closed, you want to be alone. Maybe you want to write letters, read, or sleep. Explain to them that it is important for you to be alone sometimes. You may also want to discuss this with your Host Parents.

## Freedom and Spending Free Time

In America, traditional individual freedoms are talked about a great deal, but in practice you may see inconsistencies where you are concerned. Your Host Family will expect you to let them know when you are going out and will expect you to return at the designated time. Be sure to telephone to let them know if you are going to be late. Of course, you have the right to go out in your free time and come home when you choose, provided this does not interfere with your ability to care for the children the next day. Nobody wants to leave their children with someone who is half awake, or have to wake you up if you oversleep. If your Host Parents complain about your late hours, ask yourself if they could be justified in doing so. Difficult as it may seem to adapt to such restrictions, your Host Family may consider them to be *common courtesy* and are most likely based upon a concern for your safety and wellbeing.

Even though you have your own room, you should discuss with your Host Family how they feel about you bringing your friends home. Sometimes they can be hesitant for security reasons. Definitely talk to them about your bringing home a boyfriend and the two of you being in your room. Do not let the boyfriend stay for the night with you and *never* have parties in your Host Parents' absence.

20

PLAINTIFFS' RESP. APP.0001446
CONFIDENTIAL                                            EAP0001757

## Food and Eating Arrangements

Family meals in America are less formal than what you might be accustomed to. Regular *sit-down* meals may occur only on weekends; otherwise, family members may *eat on the run.* It seems that many Americans think of food as necessary fuel for the body, rather than the focal point of a social function. The kind of food may also seem strange: potato chips instead of potatoes, packaged cakes, peanut butter sandwiches, or *frozen dinners,* (a full meal packaged on a plate, with meat, potatoes, vegetables and dessert in various little compartments).

Even though the eating arrangements may be different and the menu full of new and exotic offerings, try at least a bite or two of each food. Relax and join your Host Family at the dinner table or stand-up counter. You might surprise yourself and find that you enjoy this American dining style.

## Religion

In America the church or temple often serves as a social institution where a person can make friends and participate in community activities. Perhaps for this reason, Americans tend to be much more interested and active in church or temple than most other cultures. The church or temple can be a very good place to meet young people while participating in sports, entertainment and travel activities

## Transportation and Driving the Host Family's Car

You will want to find out as soon as possible what kind of transportation is available in your host community. Ask your Host Family, your Community Counselor and other EurAupair Au Pairs. You will need to know the safest and most economical way to get around.

PLAINTIFFS' RESP. APP.0001447
CONFIDENTIAL

EAP0001758

Your Host Family may want you to transport their children and will give you permission to drive their car with certain restrictions. You may even be allowed to use the Host Family's car for personal use occasionally. Make sure you are clear about any restrictions for use of the car and other arrangements before driving. You will need to know which car you can drive; when and where you can drive it; whether you are covered by their insurance and who will pay the deductible in case of an accident; who will pay for the gas; what errands you will be expected to do; what safety precautions you will need to take with the children.

Driving the family car is a privilege, not a right. Most Host Families permit the Au Pair to use their car, but not all. If you are allowed or required to drive the Host Family's car, be sure to find out, before driving it, what will happen if you have an accident. In America, car insurance is very expensive. Most Host Families have a high deductible, $500 to $1000 USD, in order to make their insurance payments lower. A *deductible* is a cash amount that must be paid by the insured before the insurance company will pay on a claim. You should find out how much you will have to pay in case you have an accident, however the Host Family may not ask you to pay more than $500 per accident. It is important to remember that the insurance coverage provided for you by EurAupair **DOES NOT** cover claims resulting from automobile accidents.

✓ **Do not drive the Host Family's car until you have automobile insurance coverage.**

✓ **Be certain you clearly understand your financial responsibility in case of an accident.**

Typically, the Host Family will help pay the deductible if you are driving the car for the benefit of the family, taking the children to school or grocery shopping. If, however, an accident occurs while you are driving the car for personal use, the Au Pair is required to assume financial responsibility. Be certain that you and your Host Family have a clear understanding of what to expect in case of an accident BEFORE you drive the car.

22

PLAINTIFFS' RESP. APP.0001448
CONFIDENTIAL
EAP0001759

## *Avoiding Culture Shock*

Culture includes music, literature, art, architecture and also the values, attitudes and beliefs that a group of people share. You were taught to behave and think the way you do. If you have not experienced life anywhere except in your own country, you may not realize how much other people's ideas vary.

Culture shock is very normal. It is something that happens to people who stay in a new place beyond the first weeks of *tourist excitement* when everything is new and interesting. When the *everyday* sets in and you really have to function in a new place, the frustrations begin to appear. It happens to diplomats and missionaries and many other people who move to new and very different places. Things that you learned to handle automatically need thought, and often a lot of it. It is tiresome and frustrating. You get angry and irritated without really understanding why. This is a period when the natural reaction is to suddenly see things at home in a glorified glow — *everything at home is wonderful, everything here is bad!*

While this is a normal reaction, you must try to control your negative behavior. If you suddenly start arguing with your Host Family that their routines are stupid, American methods of child-rearing are all wrong, or America is all wrong, your Host Family may lose patience with you. Realize it is normal to feel this way and be prepared for it. There are some methods for confronting depression caused by culture shock, unfulfilled expectations and loneliness.

 

✓   **Stay busy.** When you are bored or lonely, engage in activities, even ones that you may have avoided or considered silly. Call someone from from school or another Au Pair to arrange a get-together *now*. Go to a movie, a concert or just out for coffee.

✓   **Concentrate on the present.** Put away the memories of the *way things were done back home*. People tend to remember only the good things about their home country, especially when comparing to the host country. There are always good and bad things. Look at your surroundings as *interesting* and *different*, not *better* or *worse*.

PLAINTIFFS' RESP. APP.0001449

CONFIDENTIAL

EAP0001760

*Cultural Differences*

- ✓ **Talk to your Host Family and friends.** Sometimes talking about how you feel makes the feelin g itself less intense. Be sure to be diplomatic. If you are critical and negative you will alienate people and become isolated from them.

- ✓ **Don't spend all of your free time with other Au Pairs.** You will only feed on each other's dissatisfaction if you spend your time complaining and reminiscing about all the good things you left behind.

- ✓ **Make friends.** The best way to make new friends is to talk to people. Most of the people you meet, especially the students in your classes, will be friendly and interested in meeting you. Just your accent alone will be interesting to them. You may have to make the first move. Don't wait for others to call you.

- ✓ **Join clubs and sports teams.** Participate in school and community activities. Join a church youth group or volunteer to teach young people a skill that you know and they are trying to learn. These activities will help you make friends with similar interests.

- ✓ **Don't sit in your room corresponding with home.** This solitary activity, whether it be letter writing, calling, faxing or e-mailing, will not help you overcome your depression and your Host Family and friends won't know how to interpret your behavior. If you must write your feelings down, let the correspondence sit for a day or more and re-read it before sending *(or better yet, try keeping a journal)*. The world may look totally different by then.

If you feel that your problem is different and this advice does not help, contact your Community Counselor. EurAupair Community Counselors are dedicated to helping you have a rewarding exchange experience and will do all possible to help you achieve that goal.

PLAINTIFFS' RESP. APP.0001450

CONFIDENTIAL                                                          EAP0001761

**IMPORTANT NOTICE**

*In the highly unlikely case you find yourself in possible physical,
emotional or sexual jeopardy from anyone in your home, community or
school, please do not hesitate to phone the EurAupair office.
Ask to speak with Leslie.*

**Call 1-800-333-3804, dial extension 211 from 9 A. M. to 5:30 P.M.,
Pacific Time.
After hours and weekends a voicemail system will answer and
instruct you to press 2 for EurAupair.**

*Make it clear that it is an emergency.
Your call will be held in strict confidence.
If you have this kind of fear, do not delay.
Phone for help immediately.*

## Educational Opportunities

The Au Pair's participation in educational or cultural instruction is a
U.S. Government required component of the EurAupair program. Your Host
Family and EurAupair Community Counselor will help you find information
about educational opportunities available in your community. Maybe you
need to study English to improve your fluency, or perhaps some other courses
on American cultural issues might interest you. The EurAupair program
recommends you to take courses that teach something that will help you to
increase your understanding of the USA, its culture, lifestyles and language.
Some examples are: American History and Government classes or American
Literature. Other examples are Business Administration classes such as
Business English, and Public Speaking.

The educational component of the program is your opportunity not
only to learn something new, but also to meet Americans and people your
own age. Therefore online, and distance learning classes cannot be used to
fulfill the educational requirement. Choose your classes in accordance with
your free time. Ask your Host Parents or Community Counselor for details.

25

PLAINTIFFS' RESP. APP.0001451
CONFIDENTIAL                                    EAP0001762

Your Host Family has agreed to pay up to $500 USD toward the cost of your education. This is not money owed to you if your classes are free.

You must enroll in and complete a minimum of 6 units of academic course work during your program year (the equivalent of three hours of course work each week during the school year). This documentation may be official school transcripts, a letter signed by the instructor, or noted in your Folio (see page 29).

## Insurance Coverage

All EurAupair Au Pairs are covered by comprehensive medical, travel and personal liability insurance which remains in effect as long as the Au Pair is in good standing in the EurAupair program. Some limits and exceptions apply, as with any comprehensive insurance policy. The insurance, for example, does not cover automobile accidents. You should talk to your Host Family about automobile insurance before driving. Dental care is also not included in the insurance. Please have all dental work completed before leaving home. Visit the EurAupair website for more information about your insurance while participating in the EurAupair Au Pair program.

*The insurance coverage is valid for your twelve month program year. If you plan to stay in the United States for a 13th month you may purchase extra travel insurance from the same company. Information about purchasing coverage is included on your Return Flight Request Form.*

PLAINTIFFS' RESP. APP.0001452
CONFIDENTIAL                                                                 EAP0001763

# *Visa*

Your J-1 visa is valid for one year as long as you are an Au Pair exchange program participant in good standing. The visa also allows a thirty-day grace period at the end of the twelve-month program year, so it allows you to be in the U.S. legally for a total of thirteen months. This *13th month* is intended as an opportunity for you to travel, at your own expense, and learn more about America before returning to your home country. The J-1 visa permits multiple entries to the USA during the twelve-month period of validity. If you plan to exit and re-enter the United States during the twelve-month program year, make sure that your DS-2019 form has been signed for travel. It is not necessary to send the form for authorization for travel if it has already been signed once. If you require a signature for travel, you will need to send your DS-2019 form at least four weeks before departure, along with a stamped, self-addressed envelope to **EurAupair - Visa, 250 N. Coast Highway, Laguna Beach, CA 92651**, for an authorizing signature. Without this signature you may not be permitted to re-enter the United States. Be sure to include the dates of departure and return to the United States. If traveling outside the United States, please remember to check with the appropriate Embassy for any visa requirements for the destination country. Reentry to the USA during the *13th month* is not permitted.

PLAINTIFFS' RESP. APP.0001453

CONFIDENTIAL

EAP0001764

## Departure or Program-Extension

It is difficult to think about going home already, but the day will come sooner than you think. Approximately three months before the end of your program year, you and your EurAupair Host Family will receive a letter with a Return Flight Request Form. You will be able to choose which week you will return home. Be sure to coordinate your return flight plans with your Host Family, since they may want you to help welcome a new Au Pair. The letter with the Return Flight Request Form also contains information on the new Extended Stay Program. You and your Host Family now have the option to continue the program together for an additional 6 or 12 months. In order to extend your stay in the program, you <u>must</u> complete the required classes by the end of your 11th month. You and your Host Family will not be able to request an extension if you have not completed the classes at least one month before the end of your first year.

*If you <u>do not</u> successfully complete the program or if you stay in America longer than the end of your 30-day grace period, you are responsible for your own return flight ticket.*

PLAINTIFFS' RESP. APP.0001454

CONFIDENTIAL                                                                    EAP0001765

eurAuPair    A U  P A I R  F O L I O

Intercultural Child Care Programs
IDENTIFICATION CARD
EurAupair Intercultural Child Care Programs
250 N. Coast Highway
Laguna Beach, CA 92651 USA
(949) 494-5500
Responsible Officer: William Gustafson

NAME OF AU PAIR EXCHANGE VISITOR (print or type)

This is to certify that the person named above is an au pair exchange visitor participating in an international exchange program designated (P-3-5356) by the Exchange Visitor Program Services, U.S. Department of State, Annex #44,301 4th Street, SW, Room 734, Washington D.C 20547 USA (202) 401-9810. Any assistance and courtesy extended to her/him is greatly appreciated.

### EurAupair Program

| Community Counselor Name | Area Code and Phone Number |

| Area Coordinator Name | Area Code and Phone Number |

| Regional Director Name | Area Code and Phone Number |

### EurAupair Monthly Activity Journal

EurAupair au pair exchange program participants are required to actively participate in monthly activities/meetings organized by their Community Counselor. Au pairs must use this journal to document monthly attendance. The EurAupair Community Counselor should initial each entry to certify the au pair's successful completion of this program component.

| Date | Activity/Meeting | Counselor Name | Initials |
| --- | --- | --- | --- |
| | Orientation Meeting | | |

| Date | Activity/Meeting | Counselor Name | Initials |

### EurAupair Host Family

| Name | |

| Address | |

| City | State | Zip Code |

Area Code and Phone Number

| Date | Activity/Meeting | Counselor Name | Initials |

| Date | Activity/Meeting | Counselor Name | Initials |

29

PLAINTIFFS' RESP. APP.0001455
CONFIDENTIAL                                          EAP0001766

▶▶▶▶▶ EurAupair Au Pair Workshop ◀◀◀◀◀◀
COMPLETION CERTIFICATION

Federal Regulations require that all au pair participants shall receive not less than eight hours of child safety instruction, no less than four hours of which is infant related, and twenty-four hours of child development instruction, of which no less than four hours relate to children under two years of age.

*I certify the holder of this folio has completed the EurAupair Au Pair Workshop which fulfils the requirement described above.*

Instructor Name: _____

Instructor Signature: _____

Dates of Attendance: _____

ACADEMIC COURSE COMPLETION CERTIFICATION #1
*(Educational Component)*

Course Name/Title: _____

Course Description: _____

Number of Hours per Week: _____

Dates of Attendance: _____

Institution/School Name: _____

City, State: _____

Instructor Name: _____

Instructor Signature: _____

Date: _____ Grade: _____

ACADEMIC COURSE COMPLETION CERTIFICATION #2
*(Educational Component)*

Course Name/Title: _____

Course Description: _____

Number of Hours per Week: _____

Dates of Attendance: _____

Institution/School Name: _____

City, State: _____

Instructor Name: _____

Instructor Signature: _____

Date: _____ Grade: _____

ACADEMIC COURSE COMPLETION CERTIFICATION #3
*(Educational Component)*

Course Name/Title: _____

Course Description: _____

Number of Hours per Week: _____

Dates of Attendance: _____

Institution/School Name: _____

City, State: _____

Instructor Name: _____

Instructor Signature: _____

Date: _____ Grade: _____

ACADEMIC COURSE COMPLETION CERTIFICATION #4
*(Educational Component)*

Course Name/Title: _____

Course Description: _____

Number of Hours per Week: _____

Dates of Attendance: _____

Institution/School Name: _____

City, State: _____

Instructor Name: _____

Instructor Signature: _____

Date: _____ Grade: _____

ACADEMIC COURSE COMPLETION CERTIFICATION #5
*(Educational Component)*

Course Name/Title: _____

Course Description: _____

Number of Hours per Week: _____

Dates of Attendance: _____

Institution/School Name: _____

City, State: _____

Instructor Name: _____

Instructor Signature: _____

Date: _____ Grade: _____

30

PLAINTIFFS' RESP. APP.0001456
CONFIDENTIAL

EAP0001767

## Telephone Numbers

Your EurAupair Community Counselor is available and ready to help you, not only in times of stress and when problems arise, but also when you want someone to talk to other than your Host Family or ask questions. Call when you need something, or when you have some great news. If your Community Counselor is unavailable and you need someone from EurAupair, call the Area Coordinator or the EurAupair Office.

## COMMUNITY COUNSELOR

Name _____

Telephone Number _____

## AREA COORDINATOR

Name _____

Telephone Number _____

## EURAUPAIR OFFICE

Director's Name _____

Telephone Number 1-800-333-3804

**HEAD OFFICE**
250 North Coast Highway
Laguna Beach, CA 92651 USA

Telephone Number
(949) 494-5500

31

PLAINTIFFS' RESP. APP.0001457
CONFIDENTIAL                                        EAP0001768



United States Department of State

*Bureau of Educational and Cultural Affairs*

*Washington, D.C. 20520*

*www.state.gov*

Dear Au Pair Program Participant,                      December, 2010

On behalf of the U.S. Department of State, I am pleased to welcome you to the Au Pair program.
This program is a unique opportunity for you to experience first-hand the culture and diversity
that the United States has to offer. As a valued participant in this program, you are among many
young adult exchange visitors serving as your country's citizen ambassador in the United States.
We want your experience to be both positive and rewarding. It is our hope that such an
experience will promote and foster a better understanding of the values of the American people.

As a participant in a formal exchange program you have signed a contractual agreement with an
American host family to care for their children while you live as an employee and a guest in their
home. The program also requires you to complete an educational component. You are expected
to return to your home country when your program ends. We know that with a positive attitude
and respect for others you will achieve a close and successful relationship with your host family.

We welcome your decision to come to the United States. It is extremely important that you
notify your sponsoring organization with any concerns or problems you may have, especially if
you find yourself in a circumstance that threatens your personal health, safety or well-being or a
situation that makes you uncomfortable. If your sponsor organization is not responsive to your
concerns, you should not hesitate to contact the Department of State directly at jvisas@state.gov.
Information about the Au Pair program may be found on the Au Pair page on our website. The
regulations governing the program are found on the Regulations and Resources page (click on
the link for 22 CFR 62 Exchange Visitor Program and select section 62.31 Au Pairs.) These
regulations address most frequently asked questions about the program and provide the rules
under which the program operates.

Best wishes for a rewarding, enriching and fun experience. Welcome to the United States!

Sincerely,

Stanley S. Colvin
Deputy Assistant Secretary
for Private Sector Exchange

32

UNITED STATES DEPARTMENT OF STATE

22 CFR Part 514: Exchange Visitor Program

SUMMARY: By notice published April 13, 1999 (64 FR 17988) the Agency proposed amendment of existing au pair regulations in order to strengthen the oversight and general accountability of the au pair program and to identify and reduce the potential risk of injury to program participants. The proposed amendments will provide greater specificity regarding the selection and orientation of both host family and au pair participants, thereby enhancing the prospect for more informed participation by both parties. Further proposed program enhancements would require disclosure of prior experience for au pair participants providing child care for special needs children. An amendment to provide for uniform program audits was also proposed. A thirty day public comment period was provided and twenty comments were received by the Agency. These twenty comments all supported the proposed rule as written. Accordingly, the proposed rule is hereby adopted as final without change.

Dates: This rule is effective October 5, 1999

§ 62.31  Au pairs.

(a) *Introduction.* This section governs Department of State-designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American host family and participate directly in the home life of the host family. All au pair participants provide child care services to the host family and attend a U.S. post-secondary educational institution. Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation. Au pairs participating in the EduCare program provide up to thirty hours of child care services per week and pursue not less than twelve semester hours of academic credit or its equivalent during their year of program participation.

(b) *Program designation.* The Department of State may, in its sole discretion, designate bona fide programs satisfying the objectives set forth in paragraph (a) of this section. Such designation shall be for a period of two years and may be revoked by the Department of State for good cause.

(c) *Program eligibility.* Sponsors designated by the Department of State to conduct an au pair exchange program shall;

(1) Limit the participation of foreign nationals in such programs to not more than one year;

(2) Limit the number of hours an EduCare au pair participant is obligated to provide child care services to not more than 10 hours per day or more than 30 hours per week and limit the number of hours all other au pair participants are obligated to provide child care services to not more than 10 hours per day or more than 45 hours per week;

(3) Require that EduCare au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent;

(4) Require that all officers, employees, agents, and volunteers acting on their behalf are adequately trained and supervised;

(5) Require that the au pair participant is placed with a host family within one hour's driving time of the home of the local organizational representative authorized to act on the sponsor's behalf in both routine and emergency matters arising from the au pair's participation in their exchange program;

(6) Require that each local organizational representative maintain a record of all personal monthly contacts (or more frequently as required) with each au pair and host family for which he or she is responsible and issues or problems discussed;

(7) Require that all local organizational representatives contact au pair participants and host families twice monthly for the first two months following a placement other than the initial placement for which the au pair entered the United States.

(8) Require that local organizational representatives not devoting their full time and attention to their program obligations are responsible for no more than fifteen au pairs and host families; and

(9) Require that each local organizational representative is provided adequate support services by a regional organizational representative.

(d) *Au pair selection.* In addition to satisfying the requirements of §62.10(a), sponsors shall ensure that all participants in a designated au pair exchange program:

(1) Are between the ages of 18 and 26;

(2) Are a secondary school graduate, or equivalent;

(3) Are proficient in spoken English;

(4) Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical;

(5) Have been personally interviewed, in English, by an organizational representative who shall prepare a report of the interview which shall be provided to the host family; and

(6) Have successfully passed a background investigation that includes verification of school, three, non-family related personal and employment references, a criminal background check or its recognized equivalent and a personality profile. Such personality profile will be based upon a psychometric test designed to measure differences in characteristics among applicants against those characteristics considered most important to successfully participate in the au pair program.

(e) *Au pair placement.* Sponsors shall secure, prior to the au pair's departure from the home country, a host family placement for each participant. Sponsors shall not:

(1) Place an au pair with a family unless the family has specifically agreed that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival;

(2) Place an au pair with a family having a child aged less than three months unless a parent or other responsible adult

33

PLAINTIFFS' RESP. APP.0001459
CONFIDENTIAL
EAP0001770

is present in the home;

(3) Place an au pair with a host family having children under the age of two, unless the au pair has at least 200 hours of documented infant child care experience. An au pair participating in the EduCare program shall not be placed with a family having pre-school children in the home unless alternative full-time arrangements for the supervision of such pre-school children are in place;

(4) Place an au pair with a host family having a special needs child, as so identified by the host family, unless the au pair has specifically identified his or her prior experience, skills, or training in the care of special needs children and the host family has reviewed and acknowledged in writing the au pair's prior experience, skills, or training so identified;

(5) Place an au pair with a host family unless a written agreement between the au pair and the host family detailing the au pair's obligation to provide child care has been signed by both the au pair and the host family prior to the au pair's departure from his or her home country. Such agreement shall clearly state whether the au pair is an EduCare program participant or not. Such agreement shall limit the obligation to provide child care services to not more than 10 hours per day or more than 45 hours per week unless the au pair is an EduCare participant. Such agreement shall limit the obligation of an EduCare participant to provide child care service to not more than 10 hours per day or more than 30 hours per week.

(6) Place the au pair with a family who cannot provide the au pair with a suitable private bedroom; and

(7) Place an au pair with a host family unless the host family has interviewed the au pair by telephone prior to the au pair's departure from his or her home country.

(f) *Au pair orientation.* In addition to the orientation requirements set forth at §62.10, all sponsors shall provide au pairs, prior to their departure from the home country, with the following information:

(1) A copy of all operating procedures, rules, and regulations, including a grievance process, which govern the au pair's participation in the exchange program;

(2) A detailed profile of the family and community in which the au pair will be placed;

(3) A detailed profile of the educational institutions in the community where the au pair will be placed, including the financial cost of attendance at these institutions;

(4) A detailed summary of travel arrangements; and

(5) A copy of the Department of State's written statement and brochure regarding the au pair program.

(g) *Au pair training.* Sponsors shall provide the au pair participant with child development and child safety instruction, as follows:

(1) Prior to placement with the host family, the au pair participant shall receive not less than eight hours of child safety instruction no less than 4 of which shall be infant-related; and

(2) Prior to placement with the American host family, the au pair participant shall receive not less than twenty-four hours of child development instruction of which no less than 4 shall be devoted to specific training for children under the age of two.

(h) *Host family selection.* Sponsors shall adequately screen all potential host families and at a minimum shall:

(1) Require that the host parents are U.S. citizens or legal permanent residents;

(2) Require that host parents are fluent in spoken English;

(3) Require that all adult family members resident in the home have been personally interviewed by an organizational representative;

(4) Require that host parents and other adults living full-time in the household have successfully passed a background investigation including employment and personal character references;

(5) Require that the host family have adequate financial resources to undertake all hosting obligations;

(6) Provide a written detailed summary of the exchange program and the parameters of their and the au pair's duties, participation, and obligations; and

(7) Provide the host family with the prospective au pair participant's complete application, including all references.

(i) *Host family orientation.* In addition to the requirements set forth at §62.10 sponsors shall:

(1) Inform all host families of the philosophy, rules, and regulations governing the sponsor's exchange program and provide all families with a copy of the Department of State's written statement and brochure regarding the au pair program;

(2) Provide all selected host families with a complete copy of Department of State-promulgated Exchange Visitor Program regulations, including the supplemental information thereto;

(3) Advise all selected host families of their obligation to attend at least one family day conference to be sponsored by the au pair organization during the course of the placement year. Host family attendance at such a gathering is a condition of program participation and failure to attend will be grounds for possible termination of their continued or future program participation; and

(4) Require that the organization's local counselor responsible for the au pair placement contacts the host family and au pair within forth-eight hours of the au pair's arrival and meets, in person, with the host family and au pair within two weeks of the au pair's arrival at the host family home.

(j) *Wages and hours.* Sponsors shall require that au pair participants:

(1) Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants;

(2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of child care per day or more than 30 hours of child care in any one week;

(3) Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and

(4) Receive two weeks of paid vacation.

(k) *Educational component.* Sponsors must:

(1) Require that during their initial period of program participation, all EduCare au pair participants complete not

34

CONFIDENTIAL
EAP0001771

less than 12 semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions and that all other au pair participants complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs in accredited U.S. post secondary institutions and to pay the cost of such academic course work in an amount not to exceed $1,000 for EduCare au pair participants and in an amount not to exceed $500 for all other au pair participants.

(2) Require that during any extension of program participation, all participants ( *i.e.* , Au Pair or EduCare) satisfy an additional educational requirement, as follows:

(i) For a nine or 12-month extension, all au pair participants and host families shall have the same obligation for coursework and payment therefore as is required during the initial period of program participation.

(ii) For a six-month extension, EduCare au pair participants must complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $500. All other au pair participants must complete not less than three semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $250.

(l) *Monitoring.* Sponsors shall fully monitor all au pair exchanges, and at a minimum shall:

(1) Require monthly personal contact by the local counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(2) Require quarterly contact by the regional counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(3) Require that all local and regional counselors are appraised of their obligation to report unusual or serious situations or incidents involving either the au pair or host family; and

(4) Promptly report to the Department of State any incidents involving or alleging a crime of moral turpitude or violence.

(m) *Reporting requirements.* Along with the annual report required by regulations set forth at §62.17, sponsors shall file with the Department of State the following information:

(1) A summation of the results of an annual survey of all host family and au pair participants regarding satisfaction with the program, its strengths and weaknesses;

(2) A summation of all complaints regarding host family or au pair participation in the program, specifying the nature of the complaint, its resolution, and whether any unresolved complaints are outstanding;

(3) A summation of all situations which resulted in the placement of au pair participant with more than one host family;

(4) A report by a certified public accountant, conducted pursuant to a format designated by the Department of State, attesting to the sponsor's compliance with the procedures and reporting requirements set forth in this subpart;

(5) A report detailing the name of the au pair, his or her host family placement, location, and the names of the local and regional organizational representatives; and

(6) A complete set of all promotional materials, brochures, or pamphlets distributed to either host family or au pair participants.

(n) *Sanctions.* In addition to the sanctions provisions set forth at §62.50, the Department of State may undertake immediate program revocation procedures upon documented evidence that a sponsor has failed to:

(1) Comply with the au pair placement requirements set forth in paragraph (e) of this section;

(2) Satisfy the selection requirements for each individual au pair as set forth in paragraph (d) of this section; and

(3) Enforce and monitor host family's compliance with the stipend and hours requirements set forth in paragraph (j) of this section.

(o) *Extension of program.* The Department, in its sole discretion, may approve extensions for au pair participants beyond the initial 12-month program. Applications to the Department for extensions of six, nine, or 12 months, must be received by the Department not less than 30 calendar days prior to the expiration of the exchange visitor's initial authorized stay in either the Au Pair or EduCare Program ( *i.e.* , 30-calendar days prior to the program end date listed on the exchange visitor's Form DS–2019). The request for an extension beyond the maximum duration of the initial 12-month program must be submitted electronically in the Department of Homeland Security's Student and Exchange Visitor Information System (SEVIS). Supporting documentation must be submitted to the Department on the sponsor's organizational letterhead and contain the following information:

(1) Au pair's name, SEVIS identification number, date of birth, the length of the extension period being requested;

(2) Verification that the au pair completed the educational requirements of the initial program; and

(3) Payment of the required non-refundable fee (see 22 CFR 62.90) via Pay.gov.

(p) *Repeat participation.* A foreign national who enters the United States as an au pair Exchange Visitor Program participant and who has successfully completed his or her program is eligible to participate again as an au pair participant, provided that he or she has resided outside the United States for at least two years following completion of his or her initial au pair program.

[60 FR 8552, Feb. 15, 1995, as amended at 62 FR 34633, June 27, 1997; 64 FR 53930, Oct. 5, 1999. Redesignated at 64 FR 54539, Oct. 7, 1999; 66 FR 43087, Aug. 17, 2001; 71 FR 33238, June 8, 2006; 73 FR 34862, June 19, 2008]

35

PLAINTIFFS' RESP. APP.0001461
CONFIDENTIAL                                                        EAP0001772