# Exhibit 40

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

       Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

       Defendants.

## DECLARATION OF NICOLE MAPLEDORAM

I, Nicole Mapledoram, declare as follows:

1. My name is Nicole Mapledoram and I am over the age of 18.

2. In January of 2014, I applied with Expert Au Pair to be an au pair. Expert Au Pair was one of three sponsors I applied to; all three advertised that my wages as an au pair would be $195.75. Thus I understood that my wages would be the same no matter which sponsor accepted me.

3. I did not base my selection on how much I could earn because the information that was publicly available from the sponsors told me that I would be paid the same amount no matter which one accepted my application.

4. I paid approximately $500 USD to Expert Au Pair to apply to the program. I also had to pay $500 USD for my airfare. I recall that I also paid $265 to the embassy for my visa.

5. In April of 2014, I travelled from Australia to Florida. I participated in training presented by Expert Au Pair for five days, thirty-two hours in total. I was not paid to attend the training, which covered aspects of the duties I would be expected to perform as a standard au pair.

6. They told us during training that we would all be paid the same weekly stipend and that it was an amount set by the Department of State. We were told all au pairs are paid the same, no matter where in the United States the au pair works, or how many children the au pair cares for, or how many hours the au pair works per week.

PLAINTIFFS' RESP. APP.0001951

7. Upon completion of the training, I flew to Colorado to begin working as an au pair.

8. My host family had two children when I arrived and a baby the month after I arrived.

9. I worked five and a half days a week, up to 10 hours a day, for a minimum of 45 hours per week—never less, and often more.

10. My host family generally paid me the minimum stipend amount of $195.75 per week. I was never compensated for my overtime hours.

11. Additionally, my family did not always pay me the full stipend amount, but rather, deducted money from my pay if I was unable to work the full 45 hours per week. My host family calculated my hourly wage as 195.75 divided by 45, and would multiply that number by the number of hours I missed, for example if I took a sick day, and reduce my pay accordingly.

12. In February 2015, I rematched with another family in Colorado.

13. From February 2015 until April 2016, as with my first family, I worked five and a half days a week, up to 10 hours a day, for a total of 45 hours per week—never less.

14. My second host family paid me $200 per week. My host family told me they were only supposed to pay me $195.75 per week, but they decided to round it to the even number of $200.

15. I am acquainted with many other au pair who are or were recently working in the United States. I am not aware of one au pair earning more than $200 per week; our wages have all been based on the stipend of $195.75 advertised by all of the sponsor defendants.

I solemnly affirm under the penalties of perjury that the contents of this

Declaration are true and correct to the best of my knowledge.

Dated: August 15, 2016

_____
NICOLE MAPLEDORAM

2

PLAINTIFFS' RESP. APP.0001952