# Exhibit 41



Call 888.AUPAIR.1
888.287.2471                                              Login

HOME | FIND AN AU PAIR | BE AN AU PAIR | PARTNERS | RESOURCES | CONTACT US

3 STEPS TO BECOME AN AU PAIR | WHO ARE AU PAIRS | CHOOSE GO AU PAIR | GO AU PAIR ABROAD | AU PAIR SIS | FAQ | BLOG

Be an Au Pair > 3 Steps to become an Au Pair > Apply Now



### 3 Steps to Become an Au Pair
1. Application
2. Family Selection
3. Au Pair Experience

Repeat the Experience

## 1. Application: How to Apply Now

Being an Au Pair in America is an experience you will always remember. To ensure happy Au Pairs and happy Host Families, we take our commitment to follow the U.S. Department of State's Rules and Regulations very seriously. There are certain requirements each Au Pair must meet in order to be accepted into the program.

### Au Pair Qualifications and Documents Required to Apply
As an Au Pair applicant, you must meet the following qualifications prior to your arrival:

### Qualifications
**18-26 years old** – Au Pair applicants must be between the ages of 18 and 26 years old. Au Pairs may turn 27 while in the U.S. and still extend their stay, but they must initially enter the U.S. while



PLAINTIFFS' RESP. APP.0001552

they are still 26.

**Speak English** - English is verified through an interview conducted entirely in English with your International Representative.

**High School graduate or equivalent** - A copy of a diploma or certificate is required as part of the application process.

**Have previous child care experience proven through references** - All Au Pairs are required to provide at least 2 child care references and at least 1 character reference. References cannot come from family members, only non-related references are accepted. Au Pairs who provide care for children under the age of two-years-old in the U.S., need at least 200 hours of verifiable experience working with children this age prior to their arrival.

## Application Documents

- Standard application form
- Letter to potential Host Families
- References
- Interview
- Criminal background check
- Physician's report
- Psychometric test
- Personality test
- Pictures of yourself
- Copies of supporting documents

## Au Pair Training in Your Home Country

After completing your Au Pair application, you have the opportunity to view Go Au Pair's comprehensive and all-new Au Pair DVD training. The DVD training is a great compliment to your extensive child care experience. During the 32-hour training, you learn about child development and safety. The best part about the training is that it's all done by DVD, allowing you to review the sections you find most important.

## Available Programs

Go Au Pair offers you a variety of Au Pair programs from which to choose. Each program is unique and created to help you have an enjoyable year with your Host Family. You may find that you qualify for more than one program listed, below. We recommend you enroll in as many programs as possible to increase your options for potential Host Families.

| Program Type | Hours Required by Day and Week | Stipend Amount | | | Education Hours Required | Educational Contribution by Host Family |
|---|---|---|---|---|---|---|
| | | Week | Month | Year | | |
| Standard Au Pair | 10 hours per day and 45 hrs/week | $195.75 | $783 | $10,179 | 6 credit hours | $500 |
| Au Pair Plus | 10 hours per day and 45 hrs/week | $215 | $860 | $11,180 | 6 credit hours | $500 |
| Premiere Au Pair | 10 hours per day and 45 hrs/week | $255 | $1,020 | $13,260 | 6 credit hours | $500 |

PLAINTIFFS' RESP. APP.0001553

| EduCare Au Pair | 10 hours per day and 30 hrs/week | $146.81 | $587.24 | $7,634.12 | 12 credit hours | $1,000 |
| Au Pair Again | Based on program participation | Varies | Varies | Varies | Varies | Varies |

## Standard Au Pair

The Standard Au Pair program is by far Go Au Pair's most popular program for both Host Families and Au Pairs. Through the Standard program, you must meet the normal Au Pair requirements and be able to perform all the normal Au Pair duties and responsibilities.

Standard Au Pairs can care for children as young as three months old as long as you are able to provide documentation of at least 200 hours of experience caring for non-related children under two-years-old. All Au Pairs are permitted to care for children with special needs provided they have prior experience, skills, or training and the duties are clearly stated prior to your arrival.

As a Standard Au Pair, you work up to 45 hours each week and receive a weekly stipend of $195.75 – that's more than $10,000 a year! You are also required to complete six credit hours of education and Host Families contribute a maximum of $500 towards this requirement.

## Au Pair Plus

Au Pairs participating in the Au Pair Plus program must have previous experience as an Au Pair in another country in addition to the basic Au Pair requirements for the Standard Au Pair program. Au Pair Plus Au Pairs are also able to perform all the Au Pair duties and responsibilities

As a Plus Au Pair, you work up to 45 hours each week and receive a weekly stipend of $215 – that's more than $11,000 a year! You are also required to complete six credit hours of education and Host Families contribute a maximum of $500 towards this requirement.

## Premiere Au Pair

Au Pairs in the Premiere program are required to have more experience than Standard and Plus Au Pairs. In order to qualify for this program, Au Pairs must meet the following criteria:

Degree in child care related field or at least 2 years of full-time child care experience

At least 20 years old

At least 6 months of driving experience

Strong English skills

These qualifications are in addition to the requirements for the Standard Au Pair program. Because of the additional experience, Premiere Au Pairs receive the highest weekly stipend.

As a Premiere Au Pair, you work up to 45 hours each week and receive a weekly stipend of $255 – that's more than $13,000 a year! You are also required to complete six credit hours of education and Host Families contribute a maximum of $500 towards this requirement.

## EduCare Au Pair

Au Pairs participating in the EduCare program have the same Au Pair requirements and have the same Au Pair duties and responsibilities as Standard Au Pairs. EduCare Au Pairs complete more education than

PLAINTIFFS' RESP. APP.0001554

Standard Au Pairs and work less hours. EduCare Au Pairs are only able to care for school-aged children.

As an EduCare Au Pair, you work up to 30 hours each week and receive a weekly stipend of $146.81, that's over $7,500 a year. You are also required to complete 12 credit hours of education and Host Families contribute a maximum of $1000 towards this requirement.

## Au Pair Again

This program allows former Au Pairs to return to the U.S. again with their original family or with a new one. Through the Au Pair Again program, you must meet the usual Au Pair requirements in addition to being able to provide proof of successful completion of your initial program, including the education requirement. You also have to reside outside of the U.S. for at least two consecutive years following the initial program.

You may use a different agency than the one used in your initial program and have the option to participate in a different program, such as EduCare, Plus or Premiere as an Au Pair Again. Educational requirements remain the same depending on the program in which you participate.

## Tips for your application

Having a well-prepared application is one of the best ways you increase your chances of matching. Include high quality pictures that don't look blurry so Host Families can get to know you better. Always be honest and candid in your responses to ensure the family with whom you match knows your true personality and lifestyle. When being interviewed by a potential Host Family, relax and honestly answer their questions. Consider preparing a few questions you would like to ask the Host Family, so you can get to know them better in order to know if you want to match with them. Overall, always remember to respond quickly to emails, phone calls and all correspondences from Go Au Pair, your International Representative and potential Host Families.

## Top 5 Questions from new Au Pairs

Can I choose where I want to live?
Will I be accepted into the program if the only experience I have is babysitting?
Can Au Pairs travel internationally?
If I have a lot of experience, can I make more money?
Can Au Pairs stay for more than one year?



aupairsis

Follow the Au Pair Sis:

PLAINTIFFS' RESP. APP.0001555

## Be an Au Pair



Our Au Pair specialists will get you started with one of our International partners.

Au Pairs currently in the U.S. can call **888.287.2471** for assistance.

* First Name

* Last Name

* Email

* Phone

I want to work…  ▼

Nationality  ▼

* Street Address

* City

* State

* Zip/Postal

Country  ▼

* How can we help you?

SUBMIT INFO

 About Us | Sitemap | Privacy Policy

Copyright 1999-2017 GoAuPair.com

PLAINTIFFS' RESP. APP.0001556