# Exhibit 42

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



GO AU PAIR

INTERNATIONAL REPRESENTATIVE MANUAL

GO AU PAIR Confidential | 2012 edition

EXHIBIT
Kyler
10
5-11-17

PLAINTIFFS' RESP. APP.0001570

GAP_00006982

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

Chapter 1: Introduction .................................................................................................................3
   Welcome .....................................................................................................................................3
   Corporate Contact Information...................................................................................................3
Chapter 2: Au Pair Program...........................................................................................................4
   Program History .........................................................................................................................4
   Different Programs .....................................................................................................................4
Chapter 3: Program Guidelines......................................................................................................5
   Roles of Participants .................................................................................................................5
   Rules and Regulations ...............................................................................................................7
Chapter 4: Marketing .....................................................................................................................9
   Marketing Methods.....................................................................................................................9
   What Host Families are looking for ..........................................................................................11
   Responding to Inquiries............................................................................................................12
   Follow-up...................................................................................................................................13
Chapter 5: Application Process.....................................................................................................13
   Application Forms .....................................................................................................................13
   Hints to Completing the Application .........................................................................................17
   Pre-matches..............................................................................................................................18
Chapter 6: Mutual Match Process.................................................................................................18
   Match Process ..........................................................................................................................18
   Phone Interview ........................................................................................................................18
   Declining an Offer .....................................................................................................................19
   Accepting an Offer ....................................................................................................................19
Chapter 7: After the Match ............................................................................................................20
   DS-2019 ....................................................................................................................................20
   Embassy Interview....................................................................................................................21
   International Driving Permit .......................................................................................................22
   Flight .........................................................................................................................................22
Chapter 8: During the Year ...........................................................................................................23
   Arrival........................................................................................................................................23
   Insurance ..................................................................................................................................24
   Taxes ........................................................................................................................................24
   Travel ........................................................................................................................................24
   Problem Resolution ..................................................................................................................25
   Rematch Process ......................................................................................................................26
Chapter 9: Extensions...................................................................................................................27
   Extension Options .....................................................................................................................27
   Extension Requirements ...........................................................................................................27
Chapter 10: Returning Home ........................................................................................................28
   Travel ........................................................................................................................................28
   Completion Package .................................................................................................................28
Chapter 11: Compensation ...........................................................................................................29
   International Representative Billing...........................................................................................29
Chapter 12: Frequently Asked Questions .....................................................................................29
   Au Pair Program FAQs.............................................................................................................29
   Program Guidelines FAQs ........................................................................................................30
   Marketing FAQs ........................................................................................................................31
   Application Process FAQs.........................................................................................................31
   Mutual Match FAQs ..................................................................................................................32
   After the Match FAQs ...............................................................................................................33
   During the Year FAQs ...............................................................................................................34
   Extension FAQs ........................................................................................................................34
   Returning Home FAQs ..............................................................................................................35

PLAINTIFFS' RESP. APP.0001571

GAP_00006983

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

# Chapter 1: Introduction

## Welcome

Welcome to Go Au Pair! We are excited to have you join our program as an International Representative. Our International Representatives play an important part in the success of Go Au Pair. We hope you find working with Go Au Pair exciting and worthwhile, especially as you become more familiar with our company and the Corporate staff in Salt Lake City.

This International Representative Manual is designed to provide you with all of the information you will need. The purpose of this manual is to allow each of our International Representatives to have a comprehensive resource, so feel free to take notes in the margins as needed! The Manual is divided into chapters based on different processes and are as follows:

- Introduction
- Au Pair Program
- Program Guidelines
- Marketing
- Application Process
- Mutual Match Process
- After the Match
- During the Year
- Extensions
- Returning Home
- Compensation
- Frequently Asked Questions
- Appendix

Since 1989, Go Au Pair has helped thousands of families in the U.S. find the answer to their childcare needs. Our mission at Go Au Pair is to provide our Host Families and Au Pairs with an exceptional childcare and cultural exchange experience. Our service begins in the Corporate office where each Host Family is assigned a Placement Coordinator to help with the Au Pair search. Until an Au Pair arrives in the U.S., you will be the primary point of contact for the Au Pair. Go Au Pair relies on our International Representatives to provide quality service to our Au Pairs.

## Corporate Contact Information

The corporate office is located in Salt Lake City, Utah. If you need to contact our office, please refer to the information below.

**Address**
151 E 6100 S Ste. 200
Murray, UT 84107

**Telephone**
Go Au Pair has several different phone numbers, but all will direct you to the same place.

888-287-2471(if calling from the U.S. only)
801-255-7722

**Fax**
801-255-7782

PLAINTIFFS' RESP. APP.0001572

GAP_00006984

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

International Representative Manual

**Email**
You will use the specific email address for each individual, but the general information email for our International Representatives is ircoord@goaupair.com

Your primary contact within the corporate office will be the Director of International Relations when you have specific questions about the process and Au Pairs waiting to be matched.  After an Au Pair has matched with a Host Family, you will need to direct questions regarding that specific Au Pair to the Host Family's Placement Coordinator.

> ✎ Key Point
> Your primary contact will be the Director of International Relations

# Chapter 2: Au Pair Program

## Program History

The phrase "Au Pair" was originally a French term that meant "equal to", which described the relationship a young woman had with a family. She lived on an equal basis and was treated as a member of the family.   Today, "Au Pair" refers to either young men or young women from foreign countries who arrange with Host Families to provide childcare services in exchange for the opportunity to live in their country while learning their language and culture. Since the term "Au Pair" originally referred to women, we will refer to Au Pairs as the feminine "she/her" in this manual, for the sake of clarity and simplicity.

The current Au Pair Program in the U.S., as defined by the U.S. Department of State, began in 1986 when two agencies applied to the United States Information Agency (USIA) to conduct an Au Pair program under the Fulbright-Hays Authority. They tested the program with two designated organizations and approximately 200 Au Pairs. Then, in 1989, the program was expanded to include six government designated companies. Go Au Pair was one of these original six.

## Different Programs

Go Au Pair has several different programs available to our Host Families and Au Pairs.  The majority of Host Families and Au Pairs will participate in the Standard program, but it is important you are familiar with all of these programs so you are able to market to a wide variety of young people.

**Standard Au Pair**
This program is the most popular selection for our Host Families and Au Pair applicants.  The Standard program has the following requirements for Au Pairs:
- Between the ages of 18-26
- Previous childcare experience that is documented through two childcare references
- Clean criminal background or police report
- Speak at least conversational English
- Passport valid for at least two years

Under the standard program, Au Pairs will work up to 45 hours each week, no more than 10 hours per day.  Au Pairs receive a minimum of 1½ days off each week and one full weekend off each month that replaces the regular days off.  Host Families provide full room and board and a weekly stipend based off federal minimum wage.  In the Standard program, Au Pairs are required to complete at least six credits, 72 classroom hours or 7.2 CEUs of education at an accredited post-secondary university and the Host Family will provide up to $500 to help with this expense.

PLAINTIFFS' RESP. APP.0001573

GAP_00006985

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

International Representative Manual

#### Plus Au Pair
The Plus program follows all the same rules as the standard program but in order to qualify as a Plus Au Pair, the Au Pair will need to have been an Au Pair in another country before. Because of this additional experience, Au Pairs in the Plus program receive a larger weekly stipend.

#### Premiere Au Pair
Au Pairs that join the Premiere program have the most experience. To qualify for this program, Au Pairs will either need a degree in childcare or have at least two years of full time childcare experience. Au Pairs in this program are all at least 20 years old, have at least six months driving experience and are rated a 4 or 5 in English on the 1-5 scale. Because of the additional qualification for this program, Premiere Au Pairs receive the highest weekly stipend.

#### EduCare Au Pair
The EduCare program is designed for Au Pairs who want to complete more than six credits of school. These Au Pairs complete 12 credits and the Host Family will provide up to $1000 towards their tuition. Au Pairs only care for school-aged children for up to 30 hours each week and, because of this, EduCare Au Pairs receive a lower weekly stipend.

#### Au Pair Again
The Au Pair Again program is specifically for Au Pairs that have been to the US as an Au Pair, and wish to return again. To qualify for the Au Pair Again program, the Au Pair must fit all the requirements of the Standard program, including the age limit. She also must have successfully completed her first Au Pair program, which means she must have completed the education component and cultural event requirement. Finally, the Au Pair must have resided outside the US for two full years following her previous Au Pair program to be eligible for the Au Pair Again program.

#### Extension Au Pair
Au Pairs have the option to extend for an additional 6, 9 or 12 months beyond their first year as long as they have successfully completed the program, including the education component and cultural event requirement. Au Pairs may either extend with their same Host Family or may decide to transfer Host Families for their second year.

#### Pre-match Au Pair
When a Host Family knows the Au Pair they would like to bring to the U.S. outside of Go Au Pair, they are known as a pre-match. In these situations, the Au Pair applies for the program through an International Agency in her home country and completes the same application as all Au Pairs. The same regulations for the Standard Au Pair program apply to pre-matches unless the Au Pair signs up under a different program.

# Chapter 3: Program Guidelines

## Roles of Participants
There are a variety of groups and individuals that contribute to the Au Pair program and this section is designed to outline the expectations and requirements of each participant.

#### U.S. Department of State
The U.S. Department of State oversees all Au Pair agencies and has set all rules and regulations for the program. Before an agency is authorized to issue the DS-2019 and bring Au Pairs to the U.S., they must first be approved by the U.S. Department of State. Because of all the rules and

PLAINTIFFS' RESP. APP.0001574

GAP_00006986

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

regulations set forth, the U.S. Department of State requires each agency to have an annual paperwork audit to ensure full compliance.

### Go Au Pair
As one of the handful of Au Pair sponsors designated by the U.S. Department of State, we are responsible for ensuring that all of the federally regulated program rules are followed. Go Au Pair is the sponsor of the Au Pair's visa and is required to ensure that all Au Pairs remain in good standing while under our sponsorship. All Au Pairs and Host Families are assigned to a Placement Coordinator in our Corporate office to provide yearlong support.

### Local Area Representative (LAR)
The LAR provides local support to our Au Pairs and Host Families. The LAR is responsible for conducting the Host Family Interview before the Au Pair arrives, the Orientation shortly after the Au Pair arrives, scheduling activities for the Au Pairs during their year, and contacting every Au Pair and Host Family at least once a month. In the event of a conflict, the LAR is available to provide mediation.

### Host Families
Our Host Families provide full room and board, a weekly stipend and up to $500*** per year towards tuition in exchange for childcare and light housekeeping. Host Families must provide their Au Pair with a private room that has a door on it and this will be verified by the LAR during the Interview.

### Au Pairs
All Au Pairs must be between 18-26 years old when they first enter the U.S., have previous childcare experience and speak English. In addition, all Au Pairs participating in the Go Au Pair program are required to complete a full application which includes the following:
- Application form
- Letter to potential Host Families
- In-person interview
- Physician's report
- 2 childcare references
- 1 character reference
- Pictures
- Personality test
- Psychometric test
- Passport copy
- Driver's license copy
- Clean criminal background check or police check
- High school or equivalency completion certificate
- Other applicable certificates

Au Pairs can provide up to 45 hours each week of childcare* and perform light housekeeping. Au Pairs must complete six credits, 72 classroom hours or 7.2 CEUs** at an accredited, post-secondary university. Au Pairs are required to maintain contact with their LAR and Go Au Pair throughout their entire stay.

---

*** $1000 for EduCare Au Pairs
* 30 hours for EduCare Au Pairs
** 12 credits for EduCare

PLAINTIFFS' RESP. APP.0001575

GAP_00006987

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

## International Representatives

All Au Pairs participating in the program must meet certain requirements as outlined by the U.S. Department of State in order to be accepted into the program. Our International Representatives recruit and screen Au Pairs for Go Au Pair allowing us to bring Au Pairs to the U.S. from a wide variety of countries. The International Representative is an important part of Go Au Pair's success since you are responsible for providing us with Au Pair applicants.

## Rules and Regulations

As a designated Au Pair agency by the U.S. Department of State, Go Au Pair is required to follow all rules and regulations set forth. We are responsible for ensuring all Host Families and Au Pairs are in compliance as well. This section reviews all the program rules so you may understand each point and explain them in detail to every Au Pair applicant.

## Schedules

Au Pairs may work up to 45 hours each week and no more than 10 hours each day. Working hours are considered any time the Au Pair cannot leave the home and/or is responsible for the care of the children. If the children are taking a nap for example, the Au Pair would not be able to leave so she would be working. If a Host Family needs their Au Pair to work at night, and be responsible for the children even while she is sleeping, this will still count as working hours and would apply towards her 10 hour daily maximum.

Au Pairs may not work more than 45 hours each week under any circumstance, even if she is paid extra to do so. If a Host Family will need more than 45 hours of childcare, they will need to make alternate arrangements.

Host Families must provide a minimum of 1 ½ days off each week. This could be, for example, all day Monday and Friday morning. Noon is the mark for the half day, so a morning half day working hours would be, for example, from 8:00am to 12:00pm. Au Pairs do not need to receive the same days off each week. Host Families must also provide a minimum of one full weekend off each month, which would be from Friday evening to Monday morning. The weekend off would replace the 1 ½ days off for that week.

Go Au Pair encourages all of our Host Families to provide a schedule for the entire week in advance.

## Stipend

Au Pairs receive a weekly stipend based off federal minimum wage, set by the US Department of Labor.  The stipend is set at $195.95/week for the Standard program and $146.81 for the EduCare program Go Au Pair sets the stipend for the Plus and Premiere programs, at $215 for Plus and $255 for Premiere.

Au Pairs may not accept outside employment, which includes babysitting for other children. Go Au Pair must remove any Au Pair accepting outside employment from the program immediately.

## Childcare Responsibilities

Au Pairs provide full time, live-in childcare for their Host Families. Childcare responsibilities can include driving the children to school and activities, preparing meals and active supervision.

There is no limit to the number of children an Au Pair may supervise. Au Pairs are typically responsible for all the children in their Host Family. Each Au Pair will need to speak with their Host Family to verify which children they are responsible for.

Host Families with children under the age of two are required to match with an Au Pair who has at least 200 documented hours with children under the age of two. Au Pairs may not be the sole

PLAINTIFFS' RESP. APP.0001576

GAP_00006988

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

childcare provider for children less than three months old, meaning an adult must be present with the Au Pair at all times.  Au Pairs may work with children 17 years old and under.

## Light Housecleaning
Au Pairs may provide light, childcare related housecleaning.  This can include:
- Children's laundry
- Tiding children's play areas and bedrooms
- Children's dishes
- Sweeping the floor around areas the children have eaten
- Vacuuming in rooms the children have been in
- Keeping her own bedroom clean

Heavy housework and cooking or cleaning that involves adults is prohibited.  Examples of prohibited housework include:
- Cooking for the entire family
- Host parent's laundry
- Grocery shopping for the entire family
- Picking up parent's dry cleaning
- Caring for pets
- Washing windows
- Scrubbing bathrooms

Au Pairs may not be required to perform non-childcare related light housekeeping under any circumstance, even if the family pays her more to do so.

## Vacation
Au Pairs receive two weeks of paid vacation from their Host Family.  This is scheduled at a mutually agreed upon time, meaning both the Host Family and Au Pair must agree when the vacation is to be taken in advance.  Au Pairs may take a few days at a time or the whole amount; it is up to them and their Host Family to decide this together.

## Education
Au Pairs are required to complete education while they are in the U.S.  Standard Au Pairs must complete six credit hours, 72 classroom hours or 7.2 CEUs, and EduCare must complete 12 credits, 144 classroom hours or 14.4 CEUs.  Host Families provide the first $500 for Standard Au Pairs and $1000 for EduCare Au Pairs.  This money can be used for class fees and if the class costs less than the maximum amount, Host Families are not required to provide the Au Pair the remaining amount.  For example, if an Au Pair audits a course for free, and completes the required credits this way, the Host Family is not required to give her $500.  Host Families are responsible for providing transportation to and from classes for their Au Pair.  This can include providing car use, a bus pass or arranging to drop her off.

All credits must be completed at an accredited, post-secondary university.  Classes may not be completed online or through distance learning.  Preapproval for schools can be given from the Corporate office.  Au Pairs must simply complete the Education Preapproval Request Form provided in their Welcome Packet and submit it to the Education Advisor.

Au Pairs may complete any course they wish; it does not have to be an English language class.

Au Pairs may take Continuing Education Units (CEUs) as long as they are offered at an accredited, post-secondary university.  CEU courses offered through High Schools will not be accepted.  7.2 CEUs is the equivalent of six credit hours.  Au Pairs may also choose to audit classes for free and receive classroom hours instead of credit hours.  Auditing is something that not all schools or teachers will allow, so Au Pairs need to ask the school if it is a possibility.

PLAINTIFFS' RESP. APP.0001577

GAP_00006989

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

When an Au Pair audits a class, she does not pay for the class but sits in on the instruction.  She will not receive a grade or college credit, but she will receive classroom hours.  Classroom hours indicate the number of hours an Au Pair actually spent in the classroom, but do not provide college credit.  72 classroom hours equate to six credit hours.

In order for an Au Pair to extend, she must complete her education requirements prior to the deadline to apply for the extension, which is 8 weeks prior to the expiration of her DS2019.. This means if an Au Pair arrived on July 1, the last day we will accept an application for extension is May 1 of the following year.

**Car Use and Insurance**
Many Host Families will need their Au Pair to drive as part of her work responsibilities.  Host Families are responsible for providing car insurance for their Au Pair if she will be driving in the U.S.  The maximum deductible allowed is $500.  The car insurance is the Host Family's financial responsibility and they may not require their Au Pair to pay for this.

In the unfortunate event the Au Pair has a car accident, she is required to pay the deductible charged to the Host Family, up to $500.  If only minor damage has occurred and the Host Family does not file a claim to insurance, the most an Au Pair can pay for the repair is $500.  If the repairs cost less than $500, the Au Pair is only required to pay the actual cost.

Au Pairs that drive in the U.S. are required to obtain an International Driver's Permit.  This is simply a translation of their national license into several languages, including English.  Many states in the U.S. will limit the amount of time a person may drive in the U.S. using only the International Driver's Permit before they are required to receive a state license.  Au Pairs will need to find out if they will need a state driver's license and they can contact their LAR for information.

**House Rules**
Host Families will be able to set house rules which include:
- Guests
- Curfew
- Phone and internet use
- Car use

Host Families will list this information on their Written Agreement, which an Au Pair signs prior to arrival.  Au Pairs will be required to follow the rules in the home while they are with the Host Family.

Au Pairs will review the house rules at Orientation with their Host Family and LAR.

**Cultural Events**
LARs will host regular cultural events for the Au Pairs in their cluster. Each Au Pair is required to attend a minimum of 4 cultural events during the course of the year. The LAR will provide advanced notification of cultural event dates to each Au Pair.

# Chapter 4: Marketing

## Marketing Methods

As an International Representative, you will be responsible for recruiting Au Pairs.  The amount of effort that you put into your marketing will determine the degree of success you have.  Go Au Pair will provide you with the following marketing materials in order to assist you with the recruitment process:

> ✒ **Key Point**
> Contact the International Relations Coordinator to obtain marketing materials.

PLAINTIFFS' RESP. APP.0001578

GAP_00006990

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

### Posters
These posters will be customized for your agency and printed with your contact information. Place these posters in appropriate locations, such as universities, youth centers, churches and any place 18-26 year olds will see them.

Before you hang a poster, you must ask permission from the building owner first. Many properties have large fines for unauthorized postings.

Go Au Pair will design the poster and provide you with the file, but you are responsible for the cost of printing.

### Fliers
Just like the posters, these fliers will be customized for your agency. Fliers can be left in schools, childcare training centers and anywhere that 18-26 year olds will see them. They could also be handed out at fairs or events where your agency is represented.

Again, you must ask permission before leaving fliers. If a particular area will not allow posters to be hung, ask if you can leave fliers instead.

Go Au Pair will design the flyer and provide you with the file, but you are responsible for the cost of printing.

### Host Family Bios
Located on your International Representative Portal, these bios provide information about Host Families that are currently looking for an Au Pair. The information in these bios includes the ages and number of children, where the Host Family lives, what their interests are, and a summary of what the Host Family is looking for in an Au Pair. These bios are a wonderful marketing resource because it will allow you to show Au Pairs what kind of Host Families are available and can help them become excited about the program. The bios are updated on a regular basis so you can use them as often as possible. The bios listed only reflect a small group and there are many more families looking for an Au Pair.

In addition to the materials provided by Go Au Pair, you should also consider the following marketing options:

1. **Newspaper advertisements.** Placing an advertisement in your local newspaper is a great way to be recognized and many of our Au Pair applicants have been recruited through newspaper advertising. When placing an ad, you need to catch the reader's attention quickly and provide all your contact information.

   In addition to newspapers, you can also access online classifieds. Many of these online sites offer free postings and are an increasingly effective method of marketing.

2. **Press releases.** This method is especially useful to new agencies that are not well known. A press release is simply an official announcement through a local media outlet, such as a newspaper or TV station.

3. **Presentations.** One of the best ways for you to introduce Go Au Pair to young adults is to go out into your community and give presentations about the program. Focus on schools where childcare or English is taught and community organizations specifically designed for young adults.

PLAINTIFFS' RESP. APP.0001579

GAP_00006991

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

When giving a presentation, you should include the following points:
- What Go Au Pair is
- Goals of this cultural exchange program
- How participating is beneficial to the Au Pair
- English language skills
- Childcare experience
- Learning a new culture
- Au Pair's requirements
- Au Pairs responsibilities
- Costs to the Au Pair

Be sure that you take business cards and fliers to a presentation so that the potential Au Pairs will have all your contact information.

4. **Website**. Your website will be viewed by the majority of Au Pairs that are considering applying for the program. Create an informative, easy to use website and consider using a professional website developer to help you build your site. Be sure your website includes information about the program and all your contact information.

   Many online search engines will allow you to advertise on their site so that when a person types in key words, such as "Au Pair USA", your website will be one of the first options they see.

## What Host Families are looking for

When recruiting Au Pairs, it is important to keep in mind what qualities are most important to our Host Families. Keep the following list in mind when determining who to market to.

**Childcare experience**
Host Families are primarily looking for a childcare provider when they sign up for the Au Pair program and want to match with an Au Pair with a lot of experience. Host Families will be interested in how many children the Au Pair has been responsible for at one time and the ages of the children. Experience beyond babysitting will also be important so look for Au Pairs that have experience in daycares and youth groups in addition to general babysitting.

Many of our Host Families have children under the age of two, which means they can only match with an Au Pair who has the under two qualification. When recruiting potential Au Pairs, try to focus on people who have this qualification or who would be willing to obtain it.

**Maturity**
Host Families must trust Au Pairs with their children and need to feel confident their Au Pair is mature and able to handle all of the responsibilities. Many Host Families consider age to be an important factor in determining maturity. So, when possible, focus on recruiting Au Pairs that are a little older. Younger Au Pairs that have experience living away from home will also be viewed as more mature.

**English language skills**
Communicating easily with an Au Pair will be a concern for many Host Families. To recruit strong English speakers, focus on English language schools and Au Pairs with translating experience.

**Driving experience**
For many Au Pairs, driving will be part of their everyday responsibilities and Host Families will need a safe driver. Au Pairs who own their own cars or those who have been driving for several years should be marketed to.

PLAINTIFFS' RESP. APP.0001580 GAP_00006992

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

In addition, you should keep in mind that most Host Families are interested in female applicants only. We do occasionally have Host Families interested in male Au Pairs, but male applicants are difficult to place. If you have a male Au Pair wanting to join the program, let him know that he can apply but he should be prepared to wait much longer to match.

Smoking is often a concern our Host Families have. While smokers can apply for the program (as long as they put on their application they smoke) it is more difficult for them to place.

## Responding to Inquiries

Once you have begun spreading word about your agency, expect to receive inquiry calls and emails from potential Au Pairs. These inquiry calls are an important part of the recruiting process and you should promptly reply to all inquiries.

When you receive an email or message from a potential Au Pair, you should respond within 24 hours. When you wait longer than 24 hours, you are providing the Au Pair a chance to contact the competition and it does not show the Au Pair you are interested in receiving her business.



Key Point
*Respond to all inquiries within 24 hours.*

Detail the program and provide specific information about the requirements and what an Au Pair is responsible for. Au Pairs will want to know why they should choose Go Au Pair instead of another agency. Focus on the following points:

- Go Au Pair is one of the original designated sponsors and has placed thousands of Au Pairs throughout the U.S.
- Go Au Pair uses a mutual match system that allows an Au Pair's application to be viewed by multiple families at once. This system also gives the Au Pair a chance to decide whether or not she would like to match with a Host Family when an offer is made.
- Au Pair's have a large support system that begins with their Local Area Representative (LAR) and includes a Placement Coordinator in the Corporate office.

Determine the potential Au Pair's level of knowledge about the program so you can focus on information that will be the most useful to them. Follow these levels of classification:

- **Little or no knowledge.** These potential Au Pairs know the least about the program and may not totally understand what it means. Focus on the basic requirements and guidelines so they can help understand the program better. For these inquiries, your primary focus is on why they should be an Au Pair.
- **Moderate knowledge.** These potential Au Pairs understand a little about the program and have probably looked into options for a variety of countries. For these Au Pairs, review the program but spend more time emphasizing on why they should be an Au Pair in the U.S.
- **High knowledge.** These potential Au Pairs know the most about the program, have usually already decided they will be an Au Pair and are just shopping for an agency. For these Au Pairs, focus on why they should use Go Au Pair and your agency.

During the initial inquiry contact, gather as much information as possible from the Au Pair. Obtain basic information such as the Au Pair's name, phone number, email address and mailing address so you can use it for follow-ups.

Always offer to send the Au Pair additional information, such as a brochure. It is best to mail a hard copy to the Au Pair as many people are more likely to review a hard copy that has arrived in the mail. Email additional information as well if the Au Pair prefers email correspondence.

Always provide accurate information. Let Au Pairs know what costs are associated and what they will be expected to do as an Au Pair. Go Au Pair will only require the program fee and add-on airfare to be charged, but you may charge separate application fees as your local laws allow.

PLAINTIFFS' RESP. APP.0001581

GAP_00006993

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

It is a good idea to check with your local competitors to understand what they charge so your prices can be comparable.

## Follow-up

After the initial contact has been made, follow-up with the Au Pair regularly. Most Au Pairs need to be contacted several times before they sign up for the program and you will need to be prepared for that. Your marketing efforts will be ineffective without regular follow-up.

When following-up with a potential Au Pair, use the phone as much as possible since this is more personal than email. People generally respond better when they feel they are receiving personalized service.

After the initial inquiry, allow the potential Au Pair some time to think about all the information you have given her. We generally suggest waiting 10-14 days before contacting the Au Pair again. During this time, the Au Pair can review the information you have sent her.

If the potential Au Pair is interested, ask her to fill out the application and return it to you along with any required fees your agency charges. Schedule a time to meet with the Au Pair to conduct the in-person interview and continue her application process.

# Chapter 5: Application Process

## Application Forms

The application process for Au Pairs is required by the U.S. Department of State and Go Au Pair has developed application forms to facilitate this process. Each form must be filled out entirely with all dates and signatures before it can be accepted. Applications should be typed so they can be easily read. Any handwritten forms may not be faxed and must be sent through email or mail as faxing makes them illegible. This section is designed to help explain each form and what is required.

Before an Au Pair's application is made available to potential Host Families, the items listed below must be fully completed and received by our Corporate office.

**Au Pair Application Form**
The Application Form is an editable PDF Form, and the Au Pair should type answers directly into the Form. When completed, it must be printed and signed by both the Au Pair and a representative of your agency.

On the last page, Au Pairs will answer basic questions about their history and Au Pairs must be completely honest. Any "yes" response will need to be explained in the areas provided.

**Letter to Potential Host Families**
This letter allows the Au Pair to show her personality. This letter should include why she wants to be an Au Pair, what her experience with children is and her hobbies and interests. Please type these letters as handwritten letters are very hard to read. Au Pairs should avoid adding pictures to the letter.

Discourage Au Pairs from using online translator services when writing the letter. These services translate the words exactly and these often do not follow sentence structure, making them very confusing, which often gives the appearance that the Au Pair understands less English than she actually does.

PLAINTIFFS' RESP. APP.0001582

GAP_00006994

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

### Au Pair Interview

The Interview Form is also an editable PDF form. Answers can be typed directly into the form, and the form must be printed and signed when complete.

The Interview must be conducted in person and cannot be completed over the phone. You should expect the interview to take at least one hour to complete. The interview must be conducted entirely in English and you will record the Au Pair's exact response. It is best to record the answer in the first person as the Au Pair answers. (For example: "I like to work with children" instead of "she likes to work with children". Next to each response, select the English Rating Code. The 3 options are:



Key Point
Interviews must be conducted in-person and cannot be completed over the phone.

    A. Answered in complete sentences
    B. Answered with isolated words and small phrases
    C. Asked me to repeat or rephrase the question

You must ask the Au Pair every question on the form and record the response accurately. At the end of the interview, you will be asked to rate the Au Pair's English on a 1-5 scale following these guidelines:

1. Uses few or no English words; understands greetings and other basic, memorized phrases.
2. Uses some English phrases though thoughts may be disconnected; understands basic English sentences when spoken clearly and slowly but relies on body language and facial expressions to determine meaning.
3. Responds in complete thoughts and has a large vocabulary of everyday common terms. Can perform tasks based on a short series of instructions, takes short time to mentally translate and can understand complex sentences when repeated or rephrased.
4. Responds in complete sentences and can re-word what she is saying when the meaning is unclear or when she cannot remember unusual vocabulary words. Can perform tasks based on complex instructions and understands others when they are speaking at a natural rate.
5. Native or fluent speaker. Responds completely with more descriptive language and does not take time to mentally translate when listening or speaking. Understands conversations about abstract things.

The English rating you give the Au Pair must be accurate and based only on her speaking ability, not her writing ability. In the event an Au Pair's English skills are overrated, the Host Family will realize this during the phone interview and may be discouraged from interviewing further applicants from your agency.

### 2 Childcare Reference Forms

The Childcare Reference Form is also an editable PDF form. If possible, the reference will need to type their answers directly into the form and then print and sign the form before submitting it to your agency. Two separate references need to complete and submit the form.

If the persons completing the references do not have access to a computer to complete the form, it can be printed and completed by hand. However, you will need to provide the reference with instructions on how to answer each question as the drop-down selections that normally are available when completing the form on the computer are not shown when printed.

Both references will need to be completed by people who are not related to the Au Pair in any way. If the person completing the reference cannot write in English, they can write the answers in their native language and a translated version must be sent along with the original.

You must contact both references to verify they completed the form and then sign and date the form for verification.

PLAINTIFFS' RESP. APP.0001583

GAP_00006995

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

More than 2 references can be sent but are not required. These additional references can be related or non-related.

**Au Pair Character Reference**
The Character Reference Form is also an editable PDF form. If possible, the reference will need to type their answers directly into the form and then print and sign the form before submitting it to your agency.

If the persons completing the reference do not have access to a computer to complete the form, it can be printed and completed by hand. However, you will need to provide the reference with instructions on how to answer each question as the drop-down selections that normally are available when completing the form on the computer are not shown when printed.

The person filling out this form may not be related to the Au Pair and may not be one of the people who filled out a childcare reference. You must contact the reference to verify they completed the form and then sign and date the form for verification. More than 1 reference can be sent but is not required. These references can be related or non-related.

**Au Pair Under Two Verification Form**
The Under Two Verification Form is also an editable PDF form. If possible, the reference will need to type their answers directly into the form and then print and sign the form before submitting it to your agency.

Au Pairs who have at least 200 hours of experience with children under the age of two may work with children that young in the U.S. Many Host Families have children under the age of two and will need an Au Pair with this qualification. Go Au Pair strongly recommends Au Pairs obtain the under 2 qualification in order to match faster.

The amount of hours listed must be an exact amount. For example, instead of writing the Au Pair worked for five hours each week for 10 weeks, you will write 50 hours.

You must verify that the Au Pair has worked with the children she has listed by calling each person. By signing the form, you are confirming you have contacted each person and verified the accurate amount of hours.

**Physician's Report Form (2 pages)**
This form must be completed by the Au Pair's physician to ensure the Au Pair is healthy enough to participate in the program. The form must be signed and dated by the physician and you must contact at least the physician's office to verify they are in fact a physician. Many physicians will not verify they saw the Au Pair in their office, due to privacy laws. Verifying the physician is a practicing physician is enough, and you will need to sign and date the form before submitting to Go Au Pair.

**Au Pair Agreement Form (3 pages)**
This is the agreement that the Au Pair is bound to while she is under Go Au Pair's sponsorship. It is important Au Pairs understand this document entirely before they sign it so you will need to review each line with each Au Pair. The bottom of each page must have the Au Pair's initials and date. The last page needs to be filled out completely.

**Photo Collage**
Au Pairs will need to send pictures for potential Host Families to review. These photos need to be appropriate and should include examples of the Au Pair working with children. Photos should not show the Au Pair partying or nudity, which includes nudity on children. Keep in mind that Host Families will use these pictures to learn more about the Au Pair and she needs to present herself well.

PLAINTIFFS' RESP. APP.0001584

GAP_00006996

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

Please only send in a maximum of 5 pages of pictures. Any pages beyond 5 will not be included in the Au Pair's application as this make the file too large for Host Families to view online. The Au Pair can only use paper that is the standard size. The Au Pair's application is scanned into the computer and loaded online, so only photo collages that can be scanned will be accepted. We can also accept emailed pictures.

### Hartman Color Code Personality Profile (2 pages)
This personality test is designed to provide the Host Family with more information about the Au Pair. There are no right or wrong answers, as it is merely a brief description of the personality. Every question must be answered and there may only be one answer per question

It is helpful to explain to the Au Pair that Host Families will not see their exact answers on the personality profile test, but only the result after the answers have been evaluated. The Au Pair should answer each section as truthfully as possible, not as they think a Host Family would want them to answer, as the test is most accurate when completed truthfully.

### Psychometric Test
This test is completed online. When an Au Pair is ready to complete this test, email the International Representative Coordinator with the Au Pair's full name so a login code can be generated. This test will determine how well suited the Au Pair is for the program. If an Au Pair receives a score of "no fit", it means her answers showed she may not be well suited for this program. In this event, Au Pairs do have the option to take the test again but there is a $35 fee imposed by the testing company that the Au Pair would be responsible for.

When an Au Pair does not pass the test it generally means that she did not take time to read the questions and consider her answer. Let Au Pairs know they need to take their time on this test and there is no limit to how long they can spend completing it. They can save the test when it is only partially completed and log back in later to complete the remaining questions.

### Criminal Background Check or Police Report
Au Pairs are required to have a clean criminal background. The form given to indicate a clean background is generally not in English and it will need to be labeled when submitted.

### Driver's License Copy
If the Au Pair has listed on her Application Form that she drives, she will need to include a copy of her driver's license. If this copy is not received, the Au Pair will not be listed as a driver and the application will not be able to be reviewed by many Host Families since almost all require a driver.

### Passport Copy
A copy of the passport must be sent. Please make sure the passport is valid for at least 2 years.

### High School or Equivalency Completion
A certificate or letter on official school letterhead is required.

### CPR/First Aid Certification
If an Au Pair lists that she is CPR/First Aid certified on the Au Pair Application Form, a copy of the certification card must be included.

### Additional Certificates
If an Au Pair has additional certificates she would like added to her file, she may send those, but they are not required.

After an Au Pair accepts a position with a Host Family, the following documents must be received by the Corporate office before the DS-2019 can be sent:

PLAINTIFFS' RESP. APP.0001585

GAP_00006997

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

**Au Pair Payment Verification Form**
This form is used to record the program fee, add-on airfare and insurance upgrades the Au Pair paid for. This form must be filled out completely and signed by both you and the Au Pair even if the Au Pair is not upgrading her insurance, paying a program fee or paying airfare charges.

**Au Pair Training Verification Form**
This form must be signed by both you and the Au Pair to verify she completed the entire training course. For detailed information on the training, please refer to the International Representative Au Pair Training Instructions (Appendix 1).

**Written Agreement**
The Written Agreement is filled out by the Host Family and is included in the Host Family application emailed to you. By signing and dating the second page, the Au Pair is agreeing to all of the information contained in this document. Au Pairs do review this before agreeing to match, so please instruct your Au Pairs to carefully review this form to ensure they are comfortable with all the guidelines listed.

Au Pairs are required to accurately and honestly complete each document. In the event the Au Pair lies on her application, she will be immediately removed from the program. An example of this would be an Au Pair who declared she did not smoke on her application and was caught smoking in the U.S.

You must verify all of the information on every form for accuracy. Be sure to check all contact information listed as this is how the Host Families will interview the Au Pair.

## Hints to Completing the Application

The application process can seem a little overwhelming at first, but these hints are designed to make the process run as smooth as possible.

- Request the criminal background check early. Many countries have long wait times to complete a criminal background check and by requesting it early, the Au Pair will be able to work on other portions of the application while waiting.
- Give the references out to several different people. It is common for the person completing the reference form to forget about this and by asking a variety of different people to complete it, the Au Pair will be less likely to spend time waiting on these simple forms. If everyone asked completes the form, the Au Pair can simply include those in her application.
- Schedule a time for the physician's evaluation early in case there is a long wait for an appointment.
- Check in on the Au Pair each week to review her progress. Ask her to send you each form as she completes them instead of waiting to send them all at once. This will allow you to review the paperwork as it comes in so you won't have to spend a large amount of time reviewing the entire file at once.
- Schedule a day for the Au Pair to come in for the interview and set aside time for her to complete the psychometric test that same day. This will ensure progress is being made and is especially useful if the Au Pair does not have regular internet access.
- You can refer to the forms listed on your IR Portal.
- The International Representative Coordinator will email you when all or part of the application has been received and detail what has been accepted and what is missing. All questions regarding the application process need to be submitted to the International Representative Coordinator.

PLAINTIFFS' RESP. APP.0001586

GAP_00006998

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

## Pre-matches

Pre-match Au Pairs are required to complete the same application process as all other Au Pairs even though they have already selected a Host Family. This is because the application process is overseen by the U.S. Department of State and all participants must follow the same rules. When assisting a Pre-match Au Pair, keep the following points in mind.

- When a Pre-match Au Pair begins her application, her Host Family has almost always already signed up with Go Au Pair and is waiting for her to complete the forms. Some Au Pairs can take months to finish the application process and it is important to keep in mind the Host Family will lose patience if this takes extremely long. Constantly check on the Au Pair to monitor her progress.
- Pre-matches should be the easiest match for you because you do not have to market to these Au Pairs, wait for them to be offered a position or coach them on the phone interviews, but you receive the same compensation. Many Host Families return to the same country over and over for their pre-matches and if the first experience with your agency is a good one, they will be more likely to return.
- Pre-match Au Pairs must still put the same amount of effort into completing their application. In the event the pre-match placement does not work and the Au Pair is placed into transition, the application she originally filled out will be the one sent to potential Host Families. She will need to make a good impression.

# Chapter 6: Mutual Match Process

## Match Process

Once the Au Pair's application has been received and accepted, the Placement Coordinators in the Corporate office will begin releasing the application to Host Families looking for an Au Pair.

All applications are viewed online through the Host Family Portal, which is somewhat like your International Representative Portal. Because the Au Pair applications are viewed online, they must be scanned in, meaning applications that are difficult to read will be even more difficult after being scanned.

The Au Pair's application is sent to multiple Host Families based on their requirements and preferences. For example, if a Host Family needs a driver, has a child under the age of two and needs an Au Pair who can swim, the Placement Coordinator for that Host Family will only send them applications that match all of those preferences.

When a Host Family is interested in an Au Pair, they will contact the Au Pair for an interview. Go Au Pair requires all Host Families to conduct a phone interview with an Au Pair before offering her a position, but many Host Families prefer to email the Au Pair to schedule a time to talk on the phone instead of calling first. Because of this, encourage your Au Pairs to check their email regularly.

Host Families will request their family application be sent to the Au Pair. The Placement Coordinator will email the application to you so you can pass it on to the Au Pair. This is done because there is personal information in the Host Family's application and we need to be sure we are sending it to a secure address. When you receive an application, give it to the Au Pair immediately so she can review it right away.

## Phone Interview

The phone interview is an important part of the mutual match process. Prepare your Au Pairs for receiving phone calls and answering the Host Families questions.

PLAINTIFFS' RESP. APP.0001587

GAP_00006999

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

On the application, the Au Pair wrote when the best time to call her is and she will need to be available during this time.  International phone calls are expensive and Host Families will be frustrated when they are not able to reach an Au Pair.

The Au Pair needs to instruct anyone who answers the phone what to do when someone asks for her in English.  If the Au Pair is not home, it is a good idea to teach other people answering the phone to say "she is not home" so that the Host Family will understand to call back later.

Ask your Au Pair to set up the voicemail or answering machine message to include a phrase in English that says her name and that is she applying to be an Au Pair so Host Families will know they have called the correct number.

Have practice interviews with the Au Pair before she begins receiving phone calls.  Phone calls from Host Families will be exciting, but that excitement can make it difficult to concentrate on the questions being asked, especially when they are in a different language.  By rehearsing phone calls with the Au Pair, she will feel more confident about the interviews.

Some Au Pairs are more confident in their written English than their spoken English and may be tempted to ask a Host Family to email her instead of talking on the phone.  This must be discouraged because the Host Family needs a chance to evaluate the Au Pair's spoken English.

Au Pairs may not have another person or a translator conduct the interview for them.  This is grounds for immediate removal from the program.

Instruct your Au Pairs to keep a book with notes from each conversation she has.  When an Au Pair talks to more than one Host Family on the phone it will be easy for her to confuse the families.  By keeping a notebook that has the Host Family's name, location, ages of children and a description of each conversation, she will eliminate all confusion and make the interview process easier.

## Declining an Offer

If an Au Pair receives an offer to match with a Host Family, she is not required to match with them.  Our mutual match program allows Au Pairs to accept or decline a Host Family's offer to ensure the Au Pair is comfortable with the match.

If an Au Pair is not interested in a Host Family, she will need to let them know.  Many Au Pairs are afraid to tell a Host Family she would not like to match with them because it may hurt their feelings.  Host Families want to know right away if an Au Pair is not interested because there is a great deal of time and effort invested in making a match and it is much better if they know up front.

When offered a position by a Host Family the Au Pair is not very interested, she should not tell them that she needs time to think so that she can wait for another offer.  This is very misleading to the Host Family and will be much more frustrating than being turned down. We also encourage Au Pairs to tell a Host Family they are not interested, rather than telling the Family they have already matched with another Family.

The most important thing for Au Pairs to remember is they must be honest throughout the entire process, which includes her application.

## Accepting an Offer

When a Host Family has offered an Au Pair a position and she would like to match, she will need to contact you.  The Host Family will contact their Placement Coordinator to let them know the news as well.  Before finalizing the match, the Placement Coordinator will email you and ask you

19

GAP_00007000

International Representative Manual

to confirm the Au Pair has accepted the offer. This is done to ensure there are not any communication errors.

When the Placement Coordinator receives word from you the Au Pair has accepted the Host Family's offer, the match will be confirmed. At this point, the Au Pair's application will no longer be sent out to other Host Families and any Host Families currently reviewing the file will no longer have access to it.

You will want to encourage the Au Pair to notify any other Host Families she was interviewing with that she has accepted another offer.

# Chapter 7: After the Match

## DS-2019

In this section, we will review when the DS-2019 form is issued, what it means and how it is used. It is important you completely understand this form as it is critical to the Au Pair's program.

After the match has been confirmed, you will be asked to submit the following paperwork to the Placement Coordinator:
- Written Agreement
- Payment Verification Form (the Placement Coordinator will send you the form for the individual Au Pair when they match)
- Au Pair Training Verification Form

The Host Family will have some forms to fill out as well and once all of the paperwork is received, Go Au Pair will issue the DS-2019 form. The DS-2019 is Go Au Pair's sponsorship of the Au Pair's visa. In order to obtain the J-1 visa required for this program, Au Pairs must have the DS-2019 to prove that a federally designated agency is sponsoring the Au Pair. This form will have the Au Pair's name and the address of her Host Family in the U.S. Please verify all of this information to ensure it is accurate.

> ✎ **Key Point**
> Verify all of the information is correct on the DS-2019 before the Au Pair's embassy appointment.

Along with the DS-2019, Go Au Pair sends a support letter to be taken to the Embassy during the interview and the Student Exchange Visitor Information System (SEVIS) Receipt. SEVIS is the program used to manage the status of an Au Pair's DS-2019 form and visa after it has been approved by the U.S. Embassy. Please make sure the Au Pair takes all of these forms to the Embassy for her interview; her visa will be denied if she does not have everything. These forms are sent through FedEx to your office unless you request us to send it to a different address. You can view the tracking number on your IR Portal and check the status of the package.

The DS-2019 has an original signature for Go Au Pair and when the Embassy approves the visa, an original signature of the consular will be added to the form as well. When the Au Pair goes through customs when she first enters the U.S., the customs official will place a stamp with the date on that same form.

Because of the original signatures and stamps, this form cannot be replaced if lost or stolen. Go Au Pair will have a copy, but this copy does not have the signatures. When an Au Pair applies for a Social Security Card, driver's license or wants to travel outside of the U.S., she must have the original DS-2019 with her. If she does not have this, she will not be able to complete any of the items listed. Stress the importance of this form to the Au Pairs and instruct her to keep it in a safe place.

PLAINTIFFS' RESP. APP.0001589

GAP_00007001

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

The DS-2019 has the Host Family's address and the dates the Au Pair is allowed to be in the U.S. Because of this, anytime the Au Pair moves, she will be sent an updated DS-2019. When the DS-2019 is issued, Go Au Pair has to put a start date on the form, but this is not always the date the Au Pair arrives. If the date is different, Go Au Pair will send a new DS-2019 with the correct dates. This new DS-2019 does not replace the original. Just like the original, all copies must be kept in a safe place.

## Embassy Interview

Au Pairs come to the U.S. on the J-1 exchange visa. This is a non-immigrant visa and has a set expiration date. In order to obtain this visa, Au Pairs must apply at the U.S. Embassy. It is your responsibility to help Au Pairs make their appointment and to prepare them for the interview.

Making an appointment at a U.S. Embassy is going to be different for every Embassy. Some have online appointment systems, some have a call center for appointments and others require written requests. You will need to check with your local U.S. Embassy to learn the system used.

The best place to find the information you need about the U.S. Embassy is by visiting their official website. Most Embassies charge a fee for calling in and you will need to be aware of that.

> **Key Point**
> You must notify the Placement Coordinator once the interview has been scheduled and the result of the interview as soon as you have this information.

As soon as the interview is scheduled, you must let the Placement Coordinator know the date immediately. Flights are booked based on the Embassy appointment and withholding this information could delay an Au Pair's arrival.

Each Embassy will have special forms required to apply for each type of visa and these need to be completed prior to the appointment. Again each Embassy will have different regulations and you should review the Embassy's official website for accurate information.

Au Pairs are responsible for paying the costs of the Embassy fees. When an Au Pair initially applies for the program, make sure you inform her of the fees the Embassy charges.

The interview at the Embassy is usually only a few minutes long and Au Pairs will be told right then if their visa is approved. It is the interview that is used to determine whether or not the visa is approved. Go Au Pair does not have any control over the Consulate's decision and so we ask each of our International Representatives to thoroughly prepare each Au Pair for the Embassy interview by holding practice interviews.

These practice interviews are designed to build the Au Pair's confidence about the interview, which can be intimidating. You should practice the following questions with each Au Pair:
- Why do you want to be an Au Pair?
- What city and state are you going to?
- How old are the children you will be caring for?
- What childcare experience do you have?
- How long will you stay in the U.S.?

It is important to remember the most common reason the Consulate will deny an Au Pair is when they think she will not return home at the end of her year. The Au Pair must prove she has enough ties to her home country that she will be compelled to return home when her visa has expired. To do this, Au Pairs should bring the following documents to the Embassy with them:
- Bank account statements
- Letters of ownership (car, house, etc)
- Letters from employers
- Letter of intent to return to school
- Documentation of family members in their home country

PLAINTIFFS' RESP. APP.0001590

GAP_00007002

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

When an Au Pair brings additional documents of support, she will need to volunteer to show these to the Consular as the Au Pair will not be asked to present them.

As soon as you know the outcome of the Embassy interview, you must notify the Placement Coordinator immediately. If the visa was approved, Go Au Pair will begin the process for booking the flight.

In the unfortunate event a visa is denied, the Placement Coordinator will contact the Host Family to determine what they would like to do. Host Families will have the option to ask the Au Pair to return for a second appointment or to look for a different Au Pair. The majority of Host Families ask their Au Pair to return a second time, but you should not schedule an appointment until the Placement Coordinator confirms the Host Family would like her to try again.

If a Host Family asks the Au Pair to return to the embassy for a second interview, the Au Pair will need to make a new interview. She will have to pay the Embassy application fee again and may be required to fill out the application forms. She will use the same DS-2019 and SEVIS receipt that we mailed to you. Please note this is not an appeal and is a completely new interview.

The Au Pair will need to bring as many documents as possible to prove she will return home at the end of her year. If the Au Pair is denied again, she is not able to return to the Embassy for a 3rd time.

If the Host Family decides not to ask the Au Pair to return to the Embassy, Go Au Pair will inactivate her DS-2019 and she will no longer be able to apply for this visa.

When the Embassy approves the visa, they will hold the Au Pair's passport for 5-7 business days, depending on the Embassy, to process her visa. It is your responsibility to find out how long your local Embassy will hold a passport for and inform the Corporate office. Flights will be booked according to this estimated time and we must have the accurate timeframe so we can ensure the Au Pair has her passport in time for her flight.

## International Driving Permit

Before an Au Pair leaves for the U.S., you must help her obtain an international driving permit (also called an international drivers license). This is merely a translation of her national license into several languages, including English. Every Au Pair that is listed as a driver is required to bring an international driving permit to the U.S. and you are responsible for ensuring each Au Pair has this.

The international driving permit is only valid for one year so it is best to request this after an Au Pair has matched with a Host Family so she can use it for as long as possible in the U.S.

> **Key Point**
> In order to drive in the U.S., Au Pairs must obtain their International Driving Permit.

Au Pairs who arrive in the U.S. without the international driving permit will not be allowed to drive and if the Host Family requires a driver, they may decide to give the Au Pair notice.

## Flight

Once notification has been received that an Au Pair's visa was approved, Go Au Pair will purchase her arrival flight.

Confirmation that the Au Pair and Host Family accept the flight is needed before we can purchase the ticket. Since some Au Pairs leave very soon after their Embassy appointment, you must confirm the flight quickly.

PLAINTIFFS' RESP. APP.0001591

GAP_00007003

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

To confirm the flight, the Travel Coordinator in the Corporate office will send you an email with the full flight itinerary.  You simply need to respond to the email to let us know the Au Pair can take the flight.

Au Pairs are responsible for checking the luggage restrictions.  Most airlines have specific weight limits on luggage and also on the number of bags that one person can take.  When someone goes over these restrictions there are large fees incurred and Au Pairs need to be aware of this.  All Au Pairs need to be prepared to pay any luggage fees to the airline at check-in.

In the event an Au Pair misses her flight or the airline cancels her flight, she must first contact the Corporate office.  If it is after business hours, she must call her LAR who will be able to contact someone from our office.  Before an Au Pair books a new flight or hotel, she must speak with a Go Au Pair representative.  If the flight is simply delayed, she just needs to call her Host Family and let them know.

In the event of emergency, Go Au Pair strongly recommends that Au Pairs carry the following with them while traveling:
- Go Au Pair Corporate phone number
- LAR's phone number
- Host Family phone number
- USD$100
- Phone card sent to them with their DS 2019 by Go Au Pair

When the Au Pair arrives in the U.S., she will go through customs.  She must have her DS-2019 form in order to enter the U.S.  Customs scan the Au Pairs passport and provide her with instructions on how to print her I-94 number online.  Au Pairs must have the I-94 when they apply for a driver's license and social security card, so instruct your Au Pairs to make sure they have the instructions before they leave the airport.  They will also receive instructions on the I-94 in their Welcome Packet.

You must instruct the Au Pair to not surrender their DS2019 form at customs.  This should not be an issue, but you need to let each Au Pair know they have to keep this form the entire time they are in the U.S.

The Host Family will pick the Au Pair up at the airport.  Host Families are encouraged to set an easily recognizable meeting spot, such as baggage claim, so make sure the Au Pair understands where she will need to meet them at the airport.

# Chapter 8: During the Year

## Arrival
The first few weeks of an Au Pair's arrival will be an exciting time.  During the first two weeks, Go Au Pair and the LAR will contact the Au Pair several times through the following ways.

### Welcome call
Within the first few days, the Au Pair will receive a phone call from her LAR  to ensure she arrived safely and her first few days are going well.

### Welcome Packet
The Corporate office will send out a Welcome Packet to each Au Pair that contains important information she will need throughout her year.  Her insurance information and a list of other Au Pairs in the area are included.

PLAINTIFFS' RESP. APP.0001592

GAP_00007004

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

**Orientation**
Within the first 2 weeks, the LAR will schedule an Orientation with the Au Pair and host parents.
This meeting will review program and house rules to ensure all parties understand.

## Insurance

Each Au Pair receives basic health insurance coverage while she is in the U.S.  Au Pairs have
the option to upgrade their insurance and information on this is provided in their Welcome Packet.

Au Pairs can upgrade their insurance for a fee in order to lower their deductible.  This upgrade
can be done before the Au Pair enters the U.S. or after she has arrived.  However, the cost to
upgrade the insurance will be the same no matter when the Au Pair upgrades, so we recommend
that all Au Pairs interested in upgrading do so at the beginning of their year.

The dental insurance provided is for dental emergencies only and not for routine procedures,
such as cleaning.

If the Au Pair needs to see a doctor, she will need to contact the insurance provider, for a list of
doctors in her area that accept the insurance.  She can do this by calling the insurance provider
or visiting their website.

The coverage Au Pairs receive is basic travelers insurance and we recommend that the Au Pair
carry a separate, more comprehensive insurance policy on her own.

## Taxes

While Go Au Pair is not able to provide tax advice to Host Families and Au Pairs, we have been
provided information regarding Au Pair taxes by the IRS.  This letter is included in each Au Pair's
Welcome Packet and is also listed in the Appendix of this manual.

If an Au Pair has questions about taxes, she will need to refer to the letter from the IRS or speak
with a tax professional.

## Travel

Au Pairs are allowed to travel outside of the U.S., but there are some points they will need to
keep in mind when they travel.

In order to return to the U.S. after international travel, Au Pairs will need what is known as a travel
validation on their DS-2019.  To do this, Au Pairs need to send in their original DS-
2019 as well as any copies they have received to our Corporate office.  Please
remind the Au Pair to send these forms through FedEx or UPS where a tracking
number can be provided since her DS-2019 cannot be replaced if lost and she will
not be able to travel without it.  If she would like Go Au Pair to return her DS-2019
through FedEx (recommended), she will need to include $20 for two day service, or
$30 for overnight service.

> **🖋 Key Point**
> *Au Pairs must submit their
> DS-2019 form for travel
> validation before leaving
> the U.S.*

Au Pairs will only need to send in their DS-2019 forms for travel validation once even if they are
taking multiple trips outside of the U.S.
Au Pairs will need to check with the Embassy of the country where they will travel to see if they
need a visa.

Au Pairs must follow all steps for any travel that will require her to pass through a port of entry.
This includes cruises and trips to Mexico or Canada.

Go Au Pair does not recommend Au Pairs attempt to re-enter the U.S. when there are less than
30 days on their visa since the chance of entry being denied increases.

PLAINTIFFS' RESP. APP.0001593

GAP_00007005

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

## Problem Resolution

When a problem arises between a Host Family and Au Pair, it is important that certain steps are taken. The following steps have been developed based on Go Au Pair's more than 20 years experience placing Au Pairs.

1. **Immediately notify the LAR of any significant issue.** Either the Host Family or Au Pair should contact their LAR whenever there are issues in the relationship that are significant, even if they believe the problem could be solved on their own. It is best if problems are discussed before they escalate and potentially become a situation where the only option is for a break in the match. The LAR should be notified by phone and with a follow-up email with a copy to the Placement Coordinator at Go Au Pair Headquarters. The LAR will keep the Placement Coordinator at Go Au Pair Headquarters informed of the issue.

2. **LAR assessment of situation.** The LAR will speak with all the parties involved to understand all points of view and gain an understanding of the facts as perceived by each party. If the situation is serious including incidents involving crime, injury, violence, safety, violation of critical program guidelines or other serious matters the LAR can call the Go Au Pair 24-hour emergency phone line. For all situations the LAR will require that all parties submit a written account of the issue ("Issue Description") from their own perspective. The Issue Description can be in the form of an email sent to the LAR and the Placement Coordinator but must contain the following information:
   - Overall description of the issue.
   - All relevant detail events including dates, times, and sequences.
   - Any other factual data that would be helpful in assessing and/or resolving the situation.
   
   If any party believes a break in the match could occur then the Issue Description is required.

3. **LAR mediation and recommendation.** The LAR will work with the Host Family and the Au Pair to determine if the issue can be mediated and resolved in a way that does not require a break in the match. This may result in a trial solution period in the hopes of keeping the match intact. In addition, the LAR will educate the Host Family and Au Pair on their contractual commitments to each other.

4. **Go Au Pair decision.** Go Au Pair Headquarters will review all the written input from the Host Family, Au Pair and LAR. After assessing all the options, the Host Family and Au Pair will need to agree on one of the options discussed with the Placement Coordinator while still fulfilling their contractual obligations to each other. If the placement is terminated, the Host Family must provide a statement requesting that the placement be terminated and include the Issue Description. The first business day after the date of this email is the notification date ("Date Notice Given") and the beginning of the two week period for the Au Pair. The Placement Coordinator and/or LAR will confirm the respective obligations the Host Family and Au Pair have to one another during the two week transition period. The Host Family and Au Pair must also complete the Placement Closure Worksheet to document the status of payments for vacation, education and any other open issues.

5. **Rematch process.** If the reasons for the Au Pair being terminated by the current Host Family are not related to child safety, crime or other serious offense, as determined by Go Au Pair, the Au Pair will work with Go Au Pair headquarters to locate a new family over the next two weeks. During this period the Host Family must allow the Au Pair access to the phone and email so the Au Pair may speak with other potential Host Families. The Host Family may request that the Au Pair being terminated as follows:
   - Au Pair will not be matched with another host family within the current LAR's cluster and/or
   - Au Pair may be matched within another LAR cluster with another host family living less than 20 miles from the Host Family's permanent residence.

6. **Begin new match.** When the Host Family matches with a new Au Pair the LAR will perform two monthly contacts during each of the first two months.

PLAINTIFFS' RESP. APP.0001594

GAP_00007006

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

## Rematch Process

The weekly stipend must be paid even if the Host Family decides to not have their Au Pair work. If there are outstanding phone bills the Host Family is anticipating, they may hold the final two weeks pay to cover the cost of the bills. The Host Family must send a copy of the bill to the Placement Coordinator along with the remaining balance of the stipend, which will be given to the Au Pair.

If the Host Family does not want their Au Pair to stay in their home, they must provide alternate arrangements at their expense.

If an Au Pair gives notice to the Host Family during the first 60 days of her arrival, she must reimburse the Host Family for her arrival airfare. This is outlined in the Au Pair Agreement and it is important you explain this to the Au Pair before she signs the agreement.

### Transition

If an Au Pair is eligible to rematch and she would like to find a new Host Family, she will be placed into transition. Au Pairs in transition are given the two weeks to match with a new Host Family.

Few Au Pairs are unable to match and this is usually because they have turned down an offer based on where the family lived.

Once the two week notice is over, the Au Pair may move to the new Host Family. Au Pairs must give the full two weeks even if they match the first day.

Au Pairs may not switch programs while they are in the U.S., even if they are placed into transition. An example of this would be an EduCare Au Pair not being able to switch to the Standard program so her application could be sent to more Host Families.

The new Host Family is required to provide the education money and vacation that the first family has not yet provided. For example, if an Au Pair has been given four days of vacation, the next family will be responsible for 10 days. This information is given to all potential Host Families on the Au Pair's application.

Au Pairs who do not match with a Host Family in two weeks or decide not to go into transition must return home at the end of the two week notice. These Au Pairs will lose their return airfare home. Go Au Pair will help her find a flight for the lowest cost possible, but the Au Pair is responsible to pay for the full cost of the return flight. If an Au Pair does not have money to pay for her flight, she will need to contact her parents and family members for help.

If an Au Pair permanently leaves the home without approval from the Host Family and Go Au Pair, the Au Pair will be considered Absent Without Leave, more commonly referred to as AWOL. When the Placement Coordinator is notified that an Au Pair has possibly gone AWOL, an email is sent to the Au Pair and her International Representative giving her 24 hours to contact our office before her visa is terminated. When a visa is terminated, the Au Pair will be in the U.S. illegally and an alert is sent to the Department of Homeland Security. The Au Pair's health insurance is immediately cancelled. Also, a record is kept making it next to impossible to gain another visa to the U.S., even when married. In addition, it may also affect the Au Pair's relative's chances of obtaining a visa to the U.S. since family records are pulled.

It is important you explain to Au Pairs how serious a terminated visa is. Many Au Pairs are under the impression they can simply remain in the U.S. with a terminated visa and apply for a new one later, but this is not the case. A terminated visa jeopardizes the Au Pair's chances of ever being legal in the U.S. again.

PLAINTIFFS' RESP. APP.0001595

GAP_00007007

International Representative Manual

Go Au Pair will allow an Au Pair to change families up to three times during her stay. If she is given notice a fourth time, she will be required to return home. This, of course, is reviewed on a case by case basis by the Corporate office.

# Chapter 9: Extensions

## Extension Options

Au Pairs who have completed all 6 credits, 72 classroom hours or 7.2 CEUs** of education and attended at least 4 LAR activities may apply for a 6, 9 or 12 month extension. Extensions are approved by the U.S. Department State so Au Pairs will not return to the U.S. embassy.

Au Pairs may not travel outside of the U.S. during their extension year with the exception of Mexico, Canada and the Caribbean, with special documentation provided by Go Au Pair. Since the extension is approved by the U.S. Department of State, the Au Pair does not return to the embassy in her home country to update the visa in her passport. Her visa will still show the end date as the last day of her first year, but she will receive a new DS-2019 form with the extension dates. Because her visa will not be updated, she will not be allowed to re-enter the U.S. Go Au Pair does not recommend that Au Pairs attempt to re-enter the U.S. when there are less than 30 days on their initial visa.

Once an extension is applied for, the program length cannot be changed. This means if an Au Pair applies for a six month extension but decides later that she wants to stay for another six months, she is not able to extend again even though the initial request was for less than 12 months.

Au Pairs have the option to extend with their current Host Family or a new one, which is called an Extension Transfer. Au Pairs wishing to do this will need additional paperwork and a reference from their current Host Family.

## Extension Requirements

In order to extend, Go Au Pair must apply for the extension through the U.S. Department of State. The U.S. Department of State requires all extension requests be submitted when there are 30 days or more left on the Au Pair's initial visa. To minimize the chance of this deadline being missed, any extension request submitted when there are less than eight weeks left on the Au Pair's visa will not be accepted.

In order to request an extension, Go Au Pair must receive the following:
- Transcript or certificate showing all 6 credits, 72 classroom hours or 7.2 CEUs of education have been completed. Go Au Pair can not apply for an extension if all 6 credits have not been completed and we are required to receive official documentation from the school. Since there is a set deadline to apply for the extension, we recommend Au Pairs enroll in classes immediately after arrival to ensure they can be completed in time.
- Host Family contract
- Au Pair contract
- Written Agreement completed by both the Host Family and Au Pair
- Validation from the LAR the Au Pair has attended at least 4 activities

All paperwork can be requested from the Placement Coordinator.

---

** 12 credits for EduCare

PLAINTIFFS' RESP. APP.0001596

GAP_00007008

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

Au Pairs that extend will need to complete additional education. For those Au Pairs extending 9 or 12 months, another 6 credits, 72 classroom hours or 7.2 CEUs must be completed and Host Families will contribute up to $500 for the cost. Au Pairs who extend 6 months will need to complete 3 credits, 36 classroom hours or 3.6 CEUs and Host Families contribute up to $250 towards the cost.

Au Pairs will also need paid vacation during their extension. Au Pairs who extend for 9 or 12 months will receive two weeks paid vacation and Au Pairs extending for 6 months will receive one week.

# Chapter 10: Returning Home

## Travel

When an Au Pair's stay is coming to an end, the Host Family and Au Pair will need to decide exactly when she will be leaving.

Our Travel Coordinator will mail each Au Pair a flight request form when there are about four months left on her visa. This form will need to be filled out by the Au Pair and returned to our office so we can purchase a flight home.

Au Pairs are provided a 30 day grace period to travel within the U.S. This time may not be used for work and the Host Family is no longer required to provide room and board for their Au Pair. Au Pairs may not re-enter the U.S. during their 30 day grace period, meaning once they leave the U.S. they are not allowed back in.

Go Au Pair offers a Bed and Breakfast program for Au Pairs travelling within the U.S. In this program, LARs and Host Families sign up to offer Au Pairs an inexpensive way to travel by allowing them to stay in their home and providing a small breakfast, which can be something as simple as cereal. Host Families and LARs generally charge $10-15 per day for this. In the Bed and Breakfast program, Au Pairs are not required to have a private room.

If an Au Pair travels during her 30 days and needs to leave from a different airport than the one she flew into when she first arrived in the U.S., she is allowed to do that, but will be required to pay any additional costs associated with the flight. Au Pairs should contact the Travel Coordinator for complete details on this process and to schedule their flight.

The flight home is only available within a set time frame. Au Pairs who stay beyond their 30 day grace period are no longer eligible to receive their flight home as they are exceeding their allotted visa time. Au Pairs wishing to leave a little before the end of their visa will need to contact their Placement Coordinator as this is evaluated on a case by case basis.

## Completion Package

To receive the Completion Package, Au Pairs must do the following:

1. **Submit their transcript.** Au Pairs will need to provide documentation they have completed their required courses. They can send in a transcript, certificate or letter from the school. The documentation must have the official school name, name of the class, credit given and when it was completed. A receipt showing the class was paid for will not be accepted as it does not prove the class was completed. Au Pairs will not need to mail their original forms, they can simply send in a copy. If there are questions about documentation needed, please direct the Au Pair to the Education Advisor in the Corporate office.
2. **Attend at least 4 LAR cultural events.** Go Au Pair records Au Pair attendance and will verify this when a request is made.

PLAINTIFFS' RESP. APP.0001597

GAP_00007009

3. **Participate in year end surveys given by Go Au Pair.** Go Au Pair will send surveys to each Au Pair via email. Participation in the surveys is required for the Au Pair to receive the completion package.

4. **Book a return flight home.** The final requirement of the Au Pair's visa is she returns home at the end of her year and she will need to have a flight scheduled home in order to receive her completion package.

Au Pairs who are staying in the U.S. legally on a different visa will need to submit proof of the new visa by sending in a copy. Au Pairs staying in the U.S. illegally without a visa will not have their deposit returned to them.

> **🔑 Key Point**
> *Au Pairs staying in the U.S. beyond the program must obtain a different visa.*

# Chapter 11: Compensation

## International Representative Billing

As an International Representative, you will be paid for each Au Pair that places from your agency. Placement is considered when an Au Pair is interviewed, screened, accepts an offer from a Host Family and then arrives in the U.S. to begin the committed period of time. Compensation is not paid for Au Pairs who do not place.

International Representatives are compensated on the 15th day of each month for the previous month. This means when you are paid on July 15th, you are receiving compensation for the month of June, for example. The set amount you are paid per placement is outlined in your contract.

International Representatives collect the program fee and add-on airfare, if applicable, from the Au Pair. When calculating your totals for each month's billing, Go Au Pair will take into account the program fee and airfare amounts you collected from Au Pairs. It is your responsibility to collect these amounts and Go Au Pair will not reimburse International Representatives for money not collected.

In the event an Au Pair does not complete her entire commitment with her Host Family, a repatriation fee will be assessed. Please refer to your contract to review the exact amounts and time frames.

Bonuses are given to International Representatives and are based on the number of placements you made during the year. Please follow the chart in your contract to determine what bonus you are eligible for. Bonuses are paid as laid out in your contract.

International Representatives will also receive compensation for each extension Au Pair. These extensions do not apply to the placement amounts for the annual bonus. Extension commission is laid out in your contract.

# Chapter 12: Frequently Asked Questions

## Au Pair Program FAQs

**What is an Au Pair?**
An Au Pair is a young adult between the ages of 18 and 26 who lives in a foreign country with a Host Family while providing childcare.

**What is Go Au Pair?**

PLAINTIFFS' RESP. APP.0001598

GAP_00007010

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

Go Au Pair is one of a handful of federally designated agencies that assists in bringing Au Pairs to the U.S. on a J-1 visa.  This visa permits Au Pairs to legally reside in the U.S. for 12 months while providing childcare for a Host Family.

**How long is the Au Pair program?**
The program is for 12 month but Au Pairs do have the possibility to extend for an additional 6, 9 or 12 months.

**Can EduCare Au Pairs care for children under two years old?**
No, the EduCare program is only for Host Families with school-aged children.

## Program Guidelines FAQs

**How many hours can Au Pairs work?**
Au Pairs may work up to 45 hours* each week, no more than 10 hours each day.  Au Pairs will need a minimum of a day and a half off each week and one full weekend off each month.

**Do schedules have to be the same each week?**
No, the Au Pair's schedule can be different each week.  Host Families will need to provide a written schedule in advance each week to their Au Pair.

**Can an Au Pair work less than 45 hours?**
Yes, Au Pairs can work less than 45 hours.  However, the Host Family is still required to pay the full weekly stipend.

> *Key Point*
> Au Pairs may not work more than 45 hours per week under any circumstance.

**Can an Au Pair work more than 45 hours?  What if she is paid more to do so?**
Au Pairs may not work more than 45 hours a week under any circumstance.  This is a regulation created by the U.S. Department of State.

**How should Host Families pay the $500 towards the Au Pair's education?**
Go Au Pair recommends this is paid directly to the school and a full invoice is given to both the Host Family and Au Pair to avoid any confusion.

**If the Au Pair's school costs less than $500, is the Host Family required to provide the full $500 to the Au Pair?**
No, Host Families are required to pay up to $500, which means that if the education costs less than $500 they do not have to give the remainder to the Au Pair.

**How much vacation do Au Pairs receive?**
Au Pairs receive two weeks (14 days) of paid vacation taken at a mutually agreed upon time.

**Do all Au Pairs need car insurance?**
Any Host Family that requires their Au Pair to drive must provide car insurance for the Au Pair. Host Families are responsible for this expense and the maximum deductible is $500 per incident.

**How many children can one Au Pair care for?**
Au Pairs can care for all the children in their Host Family.  Host Families will need to interview Au Pairs and review references to determine if an Au Pair will be able to manage all the children in the family.

**Can Au Pairs care for infants?**

---

* 30 hours for EduCare Au Pairs

PLAINTIFFS' RESP. APP.0001599

GAP_00007011

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

If a Host Family has a child under the age of two years old, they may only match with an Au Pair who has at least 200 hours of childcare experience with children under age two. Au Pairs may not care for infants less than three months old on their own.

**Can an Au Pair care for a child with special needs?**
Absolutely. When interviewing Au Pairs, Host Families will need to express in detail the special needs required as well as any qualifications their Au Pair will need.

**What kind of housework can Au Pairs do?**
Au Pairs may only do light housework that is childcare related. This can include the children's laundry, preparing the children's meals and general tidying where the children have played. Au Pairs are also expected to clean their own areas. Au Pairs may not be required to do heavy housework and cook or clean for adults.

**Can Au Pairs do the family grocery shopping?**
Au Pairs should not be doing any heavy household cleaning or chores and that includes shopping for the entire family. However, the Au Pair could pick up a gallon of milk or box of diapers since this would be related to childcare.

## Marketing FAQs

**What marketing materials can Go Au Pair provide?**
Go Au Pair can provide designs of posters, brochures, and personalized flyers to each agency. International Agencies are responsible for the cost of printing these materials.

**How do other International Representatives market?**
As each country is different, each agency must find what works best in their country. Some of the most popular ideas are: ads in newspapers, press releases, presentations, internet ads, viral marketing and contests.

**Once someone is interested in the program, what do I do?**
Once you have someone interested, the most important thing to do is follow up! Chances are, if an applicant is serious, they are looking at other agencies in the area as well. By providing excellent customer service and making sure they feel confident in your agency, you have a much better chance of closing the deal. Arrange an in-person meeting and get them excited about the program!

## Application Process FAQs

**Can the childcare and character references be from a relative?**
No, the required references may not be completed by a relative, but additional references submitted after the required minimum may be from relatives.

**Can childcare experience with a relative count towards the 200 hours of under two experience?**
No, the 200 hours must be with children that are not related to the Au Pair. However, it is strongly recommended that Au Pairs write about childcare experience with their relatives in their letter to potential Host Families.

**How do I obtain the login codes for the psychometric test?**
Contact the International Representative Coordinator.

**What happens if an Au Pair fails the psychometric test?**

PLAINTIFFS' RESP. APP.0001600

GAP_00007012

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

Au Pairs are allowed to take the test again, but will need to pay the $35 fee charged by the testing company for a new login code.

**Can I use my own forms for the application?**
No, all of the forms submitted must be the official Go Au Pair forms. You can find the most current version of these forms on your International Representative Portal.

**How should I send an Au Pair application to Go Au Pair?**
Email is the preferred method since it is the fastest and usually the most legible. Fax is discouraged because it blurs the application and makes it difficult to read. If you must fax the application, only fax pages that have been typed and refrain from faxing pictures. You can also mail the application to our office and you will need to put it to the International Representative Coordinator's attention.

**How will I know when the Au Pair's application is accepted?**
When a document has been received, the International Relations Coordinator will send you an email to let you know what has been accepted and what is still missing. You will be able to view this status on your International Representative Portal as well. Please refer to the Portal instructions for details on how to view this.

**What is a pre-match placement?**
A pre-match is when a Host Family and Au Pair know each other outside of the program and decide to match using our agency to facilitate the visa.

## Mutual Match FAQs

**What does Mutual Match mean?**
Mutual Match is Go Au Pair's process of matching a Host Family to an Au Pair. Through this process, Host Families will offer an Au Pair a position and the Au Pair may either accept or decline an offer. Go Au Pair has established this process to help Host Families and Au Pairs find the best match.

**Can an Au Pair dictate where she would like to be placed in the U.S.?**
While Au Pairs do have the option to request a placement only in a certain area of the U.S., Go Au Pair strongly discourages Au Pairs from doing so because it will be more difficult to find a Host Family.

**Can two friends that sign up together be placed in the same area?**
While Au Pairs are allowed to do that, Go Au Pair discourages this practice. This is a cultural exchange program and Au Pairs placed with a close friend often have a difficult time experiencing the culture and meeting new people.

**What will help an Au Pair to place?**
The application forms will be the first place an Au Pair can make a good impression. A neatly typed and easy to read application is one of the best ways to get noticed. Many Host Families will focus on the Au Pair's childcare experience, driving skills, English language comprehension and maturity. When possible, encourage the Au Pair to focus on the skills and experience she has while gaining more practice in the areas she might be lacking experience in.

**Why do Host Families send their files to Au Pairs?**
The Host Family application is a great way for the Au Pair to get to know the family better. When a match is made, the Au Pair will also need to sign and date the Written Agreement included in the Host Family application.

**Should an Au Pair accept an offer from a Host Family she has not spoken to on the phone?**

PLAINTIFFS' RESP. APP.0001601

GAP_00007013

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

No, the phone interview is required before a match can be made.

**When is a match considered finalized?**
Once the Au Pair has signed the Written Agreement, the match is considered finalized.

**If an Au Pair declines an offer, will her file be sent out to other Host Families?**
Yes, an Au Pair's application will still be posted to other Host Families when she meets their qualifications; there is not a "punishment" for declining an offer. Go Au Pair discourages Au Pairs from accepting a host family's offer and then turning them down to consider other Host Families. Please encourage Au Pairs to carefully consider an offer from a Host Family to match before accepting.

## After the Match FAQs

**What is the DS-2019 form?**
The DS-2019 form is Go Au Pair's sponsorship of an Au Pair's visa. This form is signed by a Consulate at the U.S. Embassy when the visa is approved and stamped by Customs when the Au Pair first enters the U.S. It is also signed by a Responsible Officer in the Corporate office.

**What happens if a DS-2019 form is lost?**
Unfortunately the DS-2019 form can not be replaced if it is lost since there are original signatures and stamps on it. Au Pairs will need their original DS-2019 to travel outside of the U.S., apply for a driver's license, bank account and Social Security cards. Put the DS-2019 in a safe place immediately after arrival to ensure it isn't lost.

**When should I schedule the Embassy appointment?**
The Embassy appointment needs to be scheduled as soon as possible after a match is complete. Some Embassies do not require the DS-2019 form to make the appointment and you should ask your local Embassy if this is required. If you do need the DS-2019, you will need to make the appointment as soon as the form is received.

**How do I make an Embassy appointment?**
Each Embassy will have a different method for setting appointments so you will need to contact your local Embassy to review their procedures.

**Do Au Pairs need to attend live training in New York?**
All Au Pairs in the Go Au Pair program receive 32 hours of training before they arrive in the U.S. Go Au Pair offers a live training in New York once a month as an optional refresher course, so Au Pairs are not required to attend. If an Au Pair does attend the live training, there is no additional cost to the Host Family or Au Pair.

**Where can I find a list of when live training is scheduled?**
The list can be found on your International Representative Portal on the home page.

**When does Go Au Pair schedule the flight?**
Go Au Pair will purchase a flight once the Au Pair's visa has been approved.

**What happens if an Au Pair misses her flight?**
Go Au Pair will need to be contacted immediately so alternate transportation can be arranged. If the Au Pair's flight is rescheduled by the airline, she will need to inform Go Au Pair.

**Who will pick the Au Pair up at the airport?**
Host Families are responsible for picking up their Au Pair and should schedule an easily recognizable meeting spot.

PLAINTIFFS' RESP. APP.0001602

GAP_00007014

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

## During the Year FAQs

**When can an Au Pair begin working once she arrives?**
Au Pairs can start right away, but there will need to be another responsible adult at home with the Au Pair for the first three days to allow the Au Pair to adjust to the schedule.

**What is the Orientation?**
After an Au Pair's arrival, the Local Area Representative will meet with the Host Family and Au Pair to review program and household rules.

**What should be done if there is a problem between a Host Family and Au Pair?**
Host Families and Au Pairs will need to follow Go Au Pair's problem resolution steps which involve discussing the issue in the home, contacting the Local Area Representative and contacting the Placement Coordinator in the Corporate office.

**Do Au Pairs have health insurance?**
Yes, Au Pairs receive a basic health insurance while they are in the U.S. This insurance can be upgraded for a fee to reduce deductible costs.

**Who should an Au Pair contact if she needs to file an insurance claim?**
Au Pairs will need to contact their insurance provider. They can visit the website or call the number listed on the back of their insurance card. Au Pairs and Host Families with questions about insurance may contact the Insurance Advisor in the Corporate office.

**What do Au Pairs need to do to be able to travel outside of the U.S.?**
Au Pairs will need to send in their original DS-2019 as well as any copies to Go Au Pair for travel validation. Go Au Pair recommends Au Pairs only send these forms through FedEx, UPS or any service that provides a tracking number since these forms cannot be replaced. Au Pairs need to check with the Embassy of the country they are travelling to determine if they need a visa.

**Do Au Pairs need to pay taxes?**
Please refer to the IRS letter located in the Appendix.

## Extension FAQs

**Can all Au Pairs extend?**
Any Au Pair who completes all of her education and cultural event requirements in time can extend for an additional 6, 9 or 12 months.

**If an Au Pair extends for six months and wants to stay longer, can she extend again?**
Unfortunately Au Pairs may only extend once even if their extension is less than 12 months. Once the extension is applied for, Go Au Pair cannot change the dates of the extension.

**Can Au Pairs extend with a different Host Family?**
Yes, Au Pairs have the option to extend with a different Host Family for their second year and some Au Pairs will elect to do that so they can see a different part of the country. All Au Pairs wishing to extend with a new Host Family must receive a reference from their current Host Family.

**What is the deadline to apply for an extension?**
All extensions must be applied for when there are more than 8 weeks left on an Au Pair's visa. Any extension paperwork submitted after the deadline may not be accepted.

PLAINTIFFS' RESP. APP.0001603

GAP_00007015

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

## Returning Home FAQs

**When does an Au Pair need to return home?**
Au Pairs are given an additional 30 days to travel within the U.S. after their year.  The Au Pair will lose her flight home if she stays longer than 30 days after her year.

**Can an Au Pair work during her 30 day grace period?**
No, this time is only to be used for travel.

PLAINTIFFS' RESP. APP.0001604

GAP_00007016

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

## Appendix 1

### Training Instructions for International Representatives

Each Au Pair is required to complete 32 hours of training in order to participate in the program. To meet this requirement, Go Au Pair has developed a training system which includes DVDs, Training Manuals with Practice Tests and Exercises, and online tests.

### DVDs
There are 9 DVDs in one set. You will need to provide Au Pairs with a complete DVD set, which they must return to you. Au Pairs do not keep the DVDs. If you need more DVD sets, contact the International Representative Coordinator at ircoord@goaupair.com so we can mail you more.

### Training Manuals
Go Au Pair will provide you with Training Manuals. Give each Au Pair one Training Manual. They will keep this Training Manual and can write any notes in it they would like. The Training Manual contains the Practice Tests and Exercises which Au Pairs must complete. Please encourage each Au Pair to bring her Training Manual to the U.S. so she can reference it during her year. When you need additional Training Manuals, contact the International Representative Coordinator at ircoord@goaupair.com so we can mail you more.

### Online Tests
The training has five Modules and, at the end of each Module, Au Pairs must stop the DVD to take a test online about the material. There is no time limit on the test and Au Pairs may look at their Training Manual and any notes they have written while completing the test. In order to complete the training, Au Pairs must receive a score of at least 60% on **each** of the five tests. Au Pairs may take each test up to two times. If an Au Pair does not pass the tests after two attempts contact the International Representative Coordinator. You must request a test code from the International Representative Coordinator who will send you an email with the test code, website and instructions. Forward that email to your Au Pair.

### Training Verification Form
Once an Au Pair has watched the DVDs, completed every Practice Test and Exercise, and passed each of the Module Tests she must sign the Verification Form. This form states that she completed each part of the training. You must also sign this form to indicate that you provided the Au Pair with all of the material and verified she completed the training by looking at her Practice Tests and Exercises to ensure they are filled out. This is the only form you will need to send to Go Au Pair.

PLAINTIFFS' RESP. APP.0001605

GAP_00007017