# Exhibit 44

**From:** Dena Loveless
**Sent:** Wednesday, September 3, 2014 1:12 PM
**To:** Tessa Dean; Erin Mortensen
**Subject:** RE: Nanny Ad

HI Tessa,

You are right! I checked on this lead and we have made the corrections on our end.

Thank you for bringing this to our attention and have a great day!

Kindly,

*Dena Loveless*
*Administrative Assistant*
*dloveless@goaupair.com*

*www.GoAuPair.com*
*888.AUPAIR.1 (888.287.2471)*
*801.255.7722 Ph • 801.255.2282 Fax*
*151 East 6100 South, Suite 200*
*Murray, UT 84107*

---

**From:** Tessa Dean [mailto:tessa_dean@hotmail.com]
**Sent:** Wednesday, September 03, 2014 8:47 AM
**To:** Erin Mortensen; Dena Loveless
**Subject:** Fwd: Nanny Ad

Hello-

This lead got an auto response saying she's outside my area. I just mapped it from my house it's 52 miles. So can you help inform her that she can fill out the application?

For some reason she's not showing up on my portal as a lead.

Thanks,
Tessa

Sent from my iPhone

Begin forwarded message:

> **From:** "craigslist 4642249964" <rbfsw-4642249964@comm.craigslist.org>
> **Date:** September 3, 2014 at 9:37:12 AM CDT
> **To:** 34e68903246f362ba966ff945fd76363@reply.craigslist.org
> **Subject: RE: Nanny Ad**
>
> Hi Tessa,
> My address is 410 Trilane Drive, Norwood Young America, MN 55397

1

PLAINTIFFS' RESP. APP.0002542

GAP_00009149

Case No. 1:14-cv-03074-CMA-KMT    Document 948-27 Filed 08/17/18    USDC Colorado    pg 3
of 5

Case 1:14-cv-03074-CMA-KMT   Document 945-27   Filed 08/13/18   USDC Colorado   Page 55
of 100

HIGHLY CONFIDENTIAL ATTORNEYS'
EYES ONLY

Thank you again,
Carissa


Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: Tessa Dean <34e68903246f362ba966ff945fd76363@reply.craigslist.org>
Date:09/03/2014 9:08 AM (GMT-06:00)
To: rbfsw-4642249964@comm.craigslist.org
Subject: RE: Nanny Ad

Hi Carissa,

Yes, the Department of State Regulates all au pair programs and they set the weekly stipend. For the EduCare au pair, which is up to 30 hours, it is $146.81/week paid directly to the au pair. You would be required to pay this same fee every week even if they didn't work 30 hours. However, they are also able to help with light housekeeping and children's laundry. So you can schedule some of their working hours to be doing extra tasks around the house if you are not quite at 30 hours.

See this video on how the fees work: http://www.goaupair.com/host-families/program-costs

Because your children are under the age of 2, you would also need an infant qualified au pair. This means they have 200+ hours of experience in this age group. Inis is unfortunately not infant qualified, but you could do a search out of the country to find a perfect match for your family.

I hope this helps. If you have any additional questions, please feel free to call me at 612-644-4434.

Kindly,
Tessa

_____
From: rbfsw-4642249964@comm.craigslist.org
To: 34e68903246f362ba966ff945fd76363@reply.craigslist.org
Subject: RE: Nanny Ad
Date: Wed, 3 Sep 2014 08:59:29 -0500

Hi!
Thanks for the information on the educare au pair.
I have a question regarding pay, we would provide room and board, but is there a flat rate regardless of how many hours we need her?  Or do we just pay her for the hours worked?
I'm in nursing school and work part time, my husband works full time.  We would need care no more than 30 hours a week.  We have a 15 month old and a 3 month old.  We have two dogs and a cat, a can provide a furnished private room.
Thanks,
Carissa

Sent from my Verizon Wireless 4G LTE smartphone

2

PLAINTIFFS' RESP. APP.0002543

GAP_00009150

Case No. 1:14-cv-03074-CMA-KMT   CONFIDENTIAL —   Document 974-27   Filed 08/17/18   USDC Colorado   pg 4
                                     ATTORNEYS'                                                   of 5
                                     EYES ONLY

Case 1:14-cv-03074-CMA-KMT   Document 945-27   Filed 03/13/18   USDC Colorado   Page 50
                                                                                of 100

-------- Original message --------
From: Tessa Dean
Date:09/01/2014 9:06 AM (GMT-06:00)
To: rbfsw-4642249964@comm.craigslist.org
Subject: Nanny Ad

Hello,

We have a great EduCare (PT up to 30 hours) au pair available to start 9/9 and she is already in the country. Her name is Inis from Brazil and she is 24 years old. She is a college graudate and can work with all ages of children 2 and older. You can view her profile at - http://www.goaupair.com/host-families/available-au-pairs/In/Brazilian-Au-Pair-Inis-Mizue-Available-from-Go

If you are interested in learning more about the program, you can visit: www.goaupair.com or call me the local area representative at 612-644-4434. I would love to talk with you further about the many benefits you would have by hosting an au pair.

Regards,
Tessa Dean

 Au Pair/Live in nanny (West Metro)
We are looking for an au pair who can commit to 1 year with our family. Approximately 20 hours of childcare needed per week, with flexibility to work a outside of the home or pursue further education. Would be ideal for online college student. In addition to room and board, a weekly salary will be provided.

If interested in more information, please reply.
Thank you!


_____
Original craigslist post:
http://minneapolis.craigslist.org/csw/kid/4642249964.html
About craigslist mail:
http://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
http://craigslist.org/mf/7e68c27912628a7d147b455d8ccbca9b2a1a1b10.1
_____


_____
Original craigslist post:
http://minneapolis.craigslist.org/csw/kid/4642249964.html
About craigslist mail:
http://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
http://craigslist.org/mf/4548b6789e817869e0df42aa860b89785e10aeeb.1
_____

3

PLAINTIFFS' RESP. APP.0002544

GAP_00009151

Original craigslist post:
http://minneapolis.craigslist.org/csw/kid/4642249964.html
About craigslist mail:
http://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
http://craigslist.org/mf/f068b4cc99545a9099184ba383703dcc7e6a0888.1

Original craigslist post:
http://minneapolis.craigslist.org/csw/kid/4642249964.html
About craigslist mail:
http://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
http://craigslist.org/mf/856c254f89402f7a74864ca09ccd1ed1cb54ee37.1

4

PLAINTIFFS' RESP. APP.0002545

GAP_00009152