# Exhibit 46

Case 1:14-cv-03074-CMA-KMT Document 945-27 Filed 08/17/18 USDC Colorado Page 70 of 106

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | |
|---|---|
| **From:** | Tessa Dean |
| **Sent:** | Wednesday, August 13, 2014 7:52 AM |
| **To:** | Kvemulapalli@yahoo.com |
| **Subject:** | RE: Application |

Hello Kal,

Just wanted to follow up and see if you have any additional questions on how the program works and if it is right for your family?

Please call me or email anytime.

Kindly,
Tessa

---

**From:** Tessa Dean
**Sent:** Tuesday, August 12, 2014 4:03 PM
**To:** Kvemulapalli@yahoo.com
**Subject:** RE: Application

Kal,

Please watch the video on our website for information on pricing and fees: http://www.goaupair.com/host-families/program-costs keep in mind the fees discussed in this video are for out of country au pairs. They placement fees would be a bit cheaper for in country au pairs as they have less than one year typically left on their J-1 visa. The weekly stipend to the au pair doesn't change, that is always the $195.75/week.

There is a grievance procedure, we ask au pairs and host families to give 2 weeks notice in the event it is not a good match for either party. After that, you can get a refund of any remaining placement fees you have paid (and not used) or you can use those fees to then find a replacement au pair.

Claudia was very excited about the opportunity to speak with you. She said she is available to Skype tomorrow until 1pm when she has to work with her current family. Here is a bit more about her:

I have a great candidate that is from Colombia her name is Claudia Paola Castillo Prieto, she is 24 years old and infant qualified with almost 600 hours of under age 2 experience. She was currently with a family that only allowed her to speak Spanish and she wants to be in a family where she can improve on her English. She is a college graduate and an education background with teaching experience. She is a great candidate and best of all she specifically wants to be in Minnesota as she has friends here. Watch her application video to learn more about her: http://www.youtube.com/v/tx6Gsf8hHgA?rel=0

Kindly,
Tessa

---

**From:** Kvemulapalli@yahoo.com [kvemulapalli@yahoo.com]
**Sent:** Tuesday, August 12, 2014 3:56 PM
**To:** Tessa Dean
**Subject:** Re: Application

Hi Tessa

Thank you for the information, in our call I forgot to ask you about the costs for in country au pair and how this program works, also what if we don't like her work or her ethics, cleanliness after we hire them, just wanted to

1

PLAINTIFFS' RESP. APP.0002558

GAP_00022438

Case No. 1:14-cv-03074-CMA-KMT Document 948-27 Filed 03/17/18 USDC Colorado pg 3 of 100
Case 1:14-cv-03074-CMA-KMT Document 974-46 filed 04/13/18 USDC Colorado Page 1 of 3
CONFIDENTIAL – ATTORNEYS' EYES ONLY

find few more details. I'll go through your website tonight but I don 'to think it will give all the info we need so was checking with you.
Please let us know so we understand the program and it's advantages or dis advantages so we can decide.

Regards
Kal

Sent from my iPhone

On Aug 12, 2014, at 2:41 PM, Tessa Dean <tdean@goaupair.com> wrote:

> Hello Kal,
>
> I wanted to attach an example of an host family letter. I hope this will help you in completing the online application.
>
> I look forward to helping you explore au pair care for your twins!
>
> I did reach Claudia and she is very interested in talking with you. She said her sisters are twins and loves the fact that you have twins as well!! She could be a great option for you.
>
> Once your application is complete, you can view her full profile!
>
> Kindly,
> Tessa
>
> <Sample Host Family Letter.pdf>

2

PLAINTIFFS' RESP. APP.0002559

GAP_00022439