# Exhibit 47

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

### DECLARATION OF IVETTE ALEXANDRA GONZALEZ CORTES

I, Ivette Alexandra Gonzalez Cortes, being duly sworn, deposes and says:

1. My name is Ivette Alexandra Gonzalez Cortes and I am over the age of 18.

2. Beginning on or around October, 2013, I visited Intercambio E Tourismo LTDA ("Intercambio"), an agent of Go Au Pair and EurAuPair, and consulted with Intercambio about their J-1 au pair program. I was advised by the representative of Intercambio that as an au pair for either sponsor, I would be paid a $195.75 weekly stipend and would be expected to work for 45 hours per week.

3. I paid $1,600 for out of pocket expenses, which I understood to be payment for administrative fees and costs related to my employment as an au pair.

4. Soon thereafter, Go Au Pair matched me with a family in Maryland.

5. Prior to meeting my new host family, Go Au Pair required me to attend mandatory childcare training for one week. I completed approximately 24 hours of online training. I was not paid for this time.

6. In or around July 2014, I travelled to Baltimore, Maryland to begin working as an au pair with a host family.

7. My host family paid me $200 per week, every week.

8. During my employment, I always worked more than 40 hours per week. I always worked 45 hours per week.

PLAINTIFFS' RESP. APP.0001921

9. In addition to the 45 hours I worked each week, my family imposed a 9:00 pm curfew and required me to be in the home at that hour, even though I was not scheduled to be working during those hours.

I solemnly affirm under the penalties of perjury that the contents of this Declaration are true and correct to the best of my knowledge.

_____

IVETTE ALEXANDRA GONZALEZ CORTES

PLAINTIFFS' RESP. APP.0001922

2