# Exhibit 48

*Johana Paola Beltran, et al. vs.*

*Interexchange, Inc., et al.*

*Confidential Video Deposition of Ivette Alexandra Gonzalez*

*September 28, 2016*



700 17th Street, Suite 1750
Denver, CO 80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com

PLAINTIFFS' RESP. APP.0004377

Case 1:14-cv-03074-CMA-KMT Document 1174-48 filed 03/13/18 USDC Colorado pg 3 of 6
Case 1:14-cv-03074-CMA-KMT Document 943-46 Filed 03/17/18 USDC Colorado Page 169 of 309

Johana Paola Beltran, et al. vs.
Interexchange, Inc., et al.

Confidential Video Deposition of Ivette Alexandra Gonzalez
September 28, 2016

**Page 1**

```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT
_____

JOHANA PAOLA BELTRAN, et al.,

    Plaintiffs,

vs.

INTEREXCHANGE, INC.; et al.,

    Defendants.
_____

              CONFIDENTIAL VIDEO DEPOSITION OF
                   IVETTE ALEXANDRA GONZALEZ
                      September 28, 2016
_____
```

**Page 2**

```
APPEARANCES:
ON BEHALF OF THE PLAINTIFFS:
        SABRIA McELROY, ESQ.
        LAUREN E. LOUIS, ESQ. (appearing by phone)
        Boies Schiller & Flexner, LLP
        401 East Las Olas Boulevard, Suite 1200
        Fort Lauderdale, Florida 33301
        Phone:  954-356-0011
        Emails: smcelroy@bsfllp.com
                llouis@bsfllp.com
ON BEHALF OF AU PAIR INTERNATIONAL, INC., AMERICAN
CULTURAL EXCHANGE, AND AGENT AU PAIR:
        KATHRYN A. REILLY, ESQ.
        Wheeler Trigg O'Donnell, LLP
        370 17th Street, Suite 4500
        Denver, Colorado 80202
        Phone:  303-244-1800
        Email:  reilly@wtotrial.com

ON BEHALF OF AUPAIRCARE, INC.:
        PEGGY E. KOZAL, ESQ.
        Gordon Rees Scully Mansukhani, LLP
        555 17th Street, Suite 3400
        Denver, Colorado 80202
        Phone:  303-534-5160
        Email:  pkozal@gordonrees.com

ON BEHALF OF APF GLOBAL EXCHANGE, NFP,
AND AMERICAN INSTITUTE FOR FOREIGN STUDY:
        LAWRENCE L. LEE, ESQ.
        Fisher & Phillips, LLP
        1801 California Street, Suite 2700
        Denver, Colorado 80202
        Phone:  303-218-3663
        Email:  llee@laborlawyers.com
ON BEHALF OF A.P.EX. AMERICAN PROFESSIONAL
EXCHANGE AND 20/20 CARE EXCHANGE, INC.:
        MICHAEL DREW, ESQ. (appearing by phone)
        Nixon Shefrin Hensen Ogburn, P.C.
        5619 DTC Parkway, Suite 1200
        Greenwood Village, Colorado 80111
        Phone:  303-773-3500
        Email:  mdrew@nixonshefrin.com
```

**Page 3**

```
APPEARANCES (CONTINUED):
ON BEHALF OF EXPERT GROUP INTERNATIONAL:
        BOGDAN ENICA, ESQ. (appearing by phone)
        Bogdan Enica, Attorney at Law
        111 2nd Avenue NE, Suite 900
        St. Petersburg, Florida 33701
        Phone:  727-225-2649
        Email:  bogdane@hotmail.com
ON BEHALF OF EURAUPAIR INTERCULTURAL CHILD CARE:
        MARTHA L. FITZGERALD, ESQ. (appearing by phone)
        Brownstein Hyatt Farber Schreck
        410 17th Street, 22nd Floor
        Denver, Colorado 80202
        Phone:  303-223-1100
        Email:  mfitzgerald@bhfs.com
ON BEHALF OF CULTURAL CARE, INC.:
        LYNDSEY M. KRUZER, ESQ. (appearing by phone)
        Choate Hall & Stewart, LLP
        Two International Place
        Boston, Massachusetts 02110
        Phone:  617-248-5000
        Email:  lkruzer@choate.com
        and
        JAMES E. LYONS, ESQ.
        Lewis Roca Rothgerber Christie, LLP
        1200 17th Street, Suite 3000
        Denver, Colorado 80202
        Phone:  303-628-9545
        Email:  jlyons@lrrc.com

Also Present:  Jerry DeBoer, Videographer
               Anabel Cuadros Yeiser, Interpreter
               Marcela Salazar
               Bill Kapler
```

**Page 4**

```
        PURSUANT TO WRITTEN NOTICE and the appropriate
rules of Civil Procedure, the confidential video
deposition of IVETTE ALEXANDRA GONZALEZ, called for
examination by Defendant GoAuPair, was taken at the
offices of Wheeler Trigg O'Donnell, LLP, 370 17th Street,
Suite 4500, Denver, Colorado, commencing at 9:09 a.m. on
Wednesday, September 28, 2016, before Deborah A.
VanDemark, RPR, CRCR, and Notary Public in and for the
State of Colorado.
                    I N D E X
EXAMINATION:                                         PAGE
    By Ms. Reilly                                       7


                                                   INITIAL
EXHIBITS:                                         REFERENCE
    100   Declaration of Ivette Alexandra            36
          Gonzalez Cortes

    101   Au Pair Payment Verification Form         46
          signed by Ms. Gonzalez on 9/6/14
    102   GoAuPair Au Pair Agreement,               51
          GAP_00000940-943

    103   Department of State Au Pair Exchange     52
          Program Regulations, GAP_00000916-918
    104   Letter from Ms. Gonzalez to Host         56
          Family, GONZALEZ000572-573

    105   GoAuPair Written Agreement,              77
          GONZALEZ000972-973
    106   GoAuPair Written Agreement Signed by    78
          Ms. Gonzalez, GONZALEZ000645-646
```

Case 1:14-cv-03074-CMA-KMT Document 943-46 Filed 05/17/18 USDC Colorado Page 170 of 309

Johana Paola Beltran, et al. vs.
Interexchange, Inc., et al.

Confidential Video Deposition of Ivette Alexandra Gonzalez
September 28, 2016

Page 5

INITIAL
EXHIBITS: REFERENCE

| | | | |
|---|---|---|---|
| 107 | GoAuPair Orientation Packet, GONZALEZ000482-488 | 101 |
| 108 | GoAuPair Grievance Policy, GONZALEZ001214-1215 | 107 |
| 109 | GoAuPair Survey completed by Ms. Gonzalez, GAP_00003919-3921 | 118 |
| 110 | Notes made by Amanda Gray, GAP_00003925-3926 | 148 |
| 111 | Email chain between Ms. Gonzalez and Ms. Hardman with attached text messages from Ms. Sanders, GONZALEZ000728-733 | 159 |
| 112 | Email chain between Ms. Gonzales and Ms. Hardman regarding rematch, GONZALEZ001221-1223 | 160 |
| 113 | Email to Ms. Zapata from Ms. Gonzalez dated 2/2/15, GONZALEZ000743 | 161 |
| 114 | Email to Ms. Gonzalez from Ms. Gray dated 2/17/15, GONZALEZ001254 | 162 |
| 115 | Email chain between Ms. Gonzalez and Ms. Hardman with attached letter from Ms. Sanders, GONZALEZ001266-1268 | 169 |
| 116 | GoAuPair Survey completed by Ms. Gonzalez, GAP_00003922-3924 | 175 |
| 117 | Email chain between Ms. Gonzalez and Ms. Moore, GONZALEZ000759-760 | 180 |

Page 6

1  P R O C E E D I N G S
2  THE VIDEOGRAPHER: We are on the record at
3  9:09 on September 28, 2016. Will the reporter please
4  swear in the interpreter.
5  ANABEL CUADROS YEISER,
6  having been first duly sworn, testifies to translate the
7  questions asked and the answers given to the best of
8  their ability:
9  THE VIDEOGRAPHER: We are at 370
10  17th Street, Suite 4500, Denver, Colorado. We are here
11  for the video deposition of Ivette Alexandra Gonzalez in
12  the matter of Johana Paola Beltran, et al. versus
13  InterExchange, Inc., et al. in the United States District
14  Court for the District of Colorado, Case Number
15  1:14-cv-03074-CMA-KMT. The videographer is Jerry DeBoer,
16  and the court reporter is Debbie VanDemark from
17  Stevens-Koenig Reporting.
18  Will counsel please state their
19  appearances beginning with plaintiffs' counsel.
20  MS. McELROY: Sabria McElroy from Boies
21  Schiller & Flexner for the plaintiff.
22  MS. REILLY: Katie Reilly on behalf of
23  GoAuPair, Agent Au Pair, and Au Pair International.
24  MS. KOZAL: Peggy Kozal on behalf of
25  AuPairCare.

Page 7

1  MR. LEE: Larry Lee here on behalf of AIFS
2  for APF.
3  THE VIDEOGRAPHER: And counsel on the
4  phone?
5  MR. DREW: This is Mike Drew. I represent
6  A.P.EX and 20/20 Care Exchange.
7  MS. KRUZER: This is Lyndsey Kruzer. I
8  represent Cultural Care.
9  MS. LOUIS: Lauren Louis with Boies
10  Schiller on behalf of plaintiff.
11  MR. ENICA: And Bogdan Enica on behalf of
12  Expert Group International doing business as Expert
13  AuPair.
14  MS. FITZGERALD: Martha Fitzgerald on
15  behalf of EurAupair.
16  MS. REILLY: Also let the record reflect
17  with me today is Bill Kapler from GoAuPair.
18  THE VIDEOGRAPHER: Will the reporter
19  please swear in the witness.
20  IVETTE ALEXANDRA GONZALEZ,
21  having been first duly sworn, was examined and testified
22  as follows:
23  EXAMINATION
24  BY MS. REILLY:
25  Q. Good morning, Ms. Gonzalez. I'm Katie

Page 8

1  Reilly, and I represent GoAuPair, Agent Au Pair, and
2  Au Pair International in the lawsuit. Ms. Gonzalez, why
3  did you join this lawsuit?
4  A. Because I thought that the salary was not
5  fair.
6  Q. And what was not fair about it?
7  A. It was not fair to work 9 hours a day and
8  receive that salary having personal needs.
9  Q. Did you know what the salary would be
10  before you entered the au pair program?
11  A. Yes, of course, but in Colombia that's a
12  lot of money.
13  Q. What do you think GoAuPair did wrong?
14  A. I think introducing the girls to the
15  United States without knowing how is the life here, how
16  it is, how the money is here, and if that money really
17  works here for our personal needs.
18  Q. The salary you received was paid by your
19  host family, right?
20  A. Yes.
21  Q. And it was your host family who decided
22  how much to pay you?
23  A. I'm not sure I understand the question
24  because there's two parts here. GoAuPair in Colombia
25  told me the salary, and they told me that the family

Case 1:14-cv-03074-CMA-KMT Document 943-46 Filed 03/17/18 USDC Colorado Page 171 of 309

Johana Paola Beltran, et al. vs.
Interexchange, Inc., et al.

Confidential Video Deposition of Ivette Alexandra Gonzalez
September 28, 2016

Page 9

1 already know -- or already knew the salary, but here --
2 and nonetheless here in the U.S. the services were
3 ratified at $200 with Amanda that was here.
4  Q.  What do you mean ratified?
5  A.  Amanda accepted the $200.
6  Q.  Amanda accepted the $200, but it was the
7 Sanders who decided the $200, correct?
8      MS. McELROY:  Object, mischaracterizes
9 testimony.  You can answer.
10  A.  The Sanders put the $200, but Amanda wrote
11 them down when I arrived to the United States.
12  Q.  (By Ms. Reilly)  Did GoAuPair ever lie to
13 you about anything?
14      MS. McELROY:  Objection, foundation.
15  A.  I'm not sure that I have to answer that
16 question.
17  Q.  (By Ms. Reilly)  You do have to answer that
18 question.
19  A.  No, they didn't lie because in reality
20 they told me the salary that it was going to be, no more
21 or less.  It was what it was.
22  Q.  Have you ever been deposed before?
23  A.  No, never.
24  Q.  Okay.  So I'm going to go over just some
25 ground rules for today's deposition.

Page 10

1  A.  Thank you very much.
2  Q.  So first you have to give verbal answers,
3 which you've been doing a good job of so far.  Verbal
4 answers means with words and not just by shaking the head
5 or making hand gestures, so using words so that the court
6 reporter can make a record.  And if you don't understand
7 a question that I'm asking, just let me know.  And I'm
8 happy to rephrase it.
9  A.  Yes.  Thank you.
10  Q.  And if you do not ask me to rephrase it, I
11 will assume that you understood my question, okay?  If
12 you need a break at any point, just let us know.  As long
13 as a question isn't pending, we can take a break.
14  A.  Thank you.
15  Q.  Other than today -- or other than this
16 case, have you ever given sworn testimony in the form of
17 an affidavit or in court?
18  A.  No, not in court.
19  Q.  And have you taken any medication within
20 the last 24 to 48 hours that would impair your ability to
21 remember things today or give testimony?
22  A.  No, no.
23  Q.  Did you prepare for today's deposition?
24  A.  No.
25  Q.  Did you meet with your lawyer in advance

Page 11

1 of the deposition to talk about the deposition?
2      (Mr. Lyons joined the proceedings.)
3  A.  Yes, I did talk to my lawyer obviously
4 about this deposition in the terms -- obviously very
5 general terms about what was going to happen.
6  Q.  And I'm not going to ask you today about
7 anything you've discussed with your lawyer, okay?  Did
8 you meet with your lawyer in person?
9  A.  Yes.
10  Q.  And when was that?
11  A.  On Monday.
12  Q.  And who was that that you met with,
13 Sabria?
14  A.  Yes.
15  Q.  If you could give a louder answer.
16  A.  (In English)  Yes, yes.
17  Q.  Any other lawyer?
18  A.  Lauren.
19  Q.  Lauren Louis?
20  A.  Yes, ma'am.
21  Q.  And was Lauren on the phone?
22  A.  No, in person.
23  Q.  And where did you meet?
24  A.  In Miami.
25  Q.  Was any other lawyer present?

Page 12

1  A.  No, ma'am.
2  Q.  Okay.  And did you review any documents to
3 prepare for today's deposition?
4  A.  Yes, of course.
5  Q.  Which ones?
6  A.  The statements that I have given them.
7  Q.  You mean your declaration?
8  A.  Yes.
9  Q.  Your discovery responses?
10  A.  Uh-huh.
11  Q.  The complaint that's been filed in this
12 case?
13  A.  Yes, ma'am.
14  Q.  Anything else?
15  A.  No, ma'am.
16      MS. McELROY:  Can we take a short break?
17      THE VIDEOGRAPHER:  Going off the record.
18 The time is 9:23.
19      (Recess taken from 9:23 a.m. to 9:33 a.m.)
20      THE VIDEOGRAPHER:  We are back on the
21 record.  The time is 9:33.
22  Q.  (By Ms. Reilly)  Ms. Gonzalez, do you have
23 any corrections you'd like to make to your testimony?
24  A.  Yes.
25  Q.  What is that?

Case 1:14-cv-03074-CMA-KMT Document 943-46 filed 03/17/18 USDC Colorado pg 6 of 309

Johana Paola Beltran, et al. vs.
Interexchange, Inc., et al.

Confidential Video Deposition of Ivette Alexandra Gonzalez
September 28, 2016

Page 13

1  A. In the question where you asked me if --
2  about the life.
3  Q. Okay. What's the correction?
4  A. What I wanted to say is that in general
5  terms sometimes I feel it was a lie.
6  MR. LYONS: I'm sorry. Sometimes I what?
7  THE INTERPRETER: I feel it was a lie.
8  MR. LYONS: All right. Thank you.
9  Q. (By Ms. Reilly) And what caused you to
10 change your testimony from 20 minutes ago during the
11 break to now?
12  A. Because I was nervous. And I was thinking
13 about the cash, the cash alone. I wasn't thinking on the
14 entire experience.
15  Q. But after the break you have other things
16 on your mind?
17  MS. McELROY: Objection, form.
18  A. I'm not sure if I have to answer that
19 question, but --
20  Q. (By Ms. Reilly) I'll strike that question.
21 So what -- what's your new answer to the lie question?
22  MS. McELROY: Objection, form.
23  A. Then change the question.
24  Q. (By Ms. Reilly) How did GoAuPair lie to
25 you?

Page 14

1  A. They should have told me that in Colombia
2  that they were going to leave me alone, alone when I was
3  here. When I was here, I was in a cultural exchange.
4  THE DEPONENT: (In English) I don't
5  believe you are very good.
6  MS. McELROY: Object to translation.
7  MS. KOZAL: Why don't we have the witness
8  repeat her answer, and then we have it translated again
9  because I'm sure you don't recall exactly what she just
10 said, fair?
11  MS. SALAZAR: I do recall what she just
12 said.
13  MS. REILLY: Good.
14  MS. SALAZAR: She said that when she was
15 in Colombia they never told her that she would be left
16 here alone. She felt very alone here. She came here to
17 work. She was here working. She didn't come here on a
18 cultural exchange.
19  Q. (By Ms. Reilly) Any other lies that
20 GoAuPair told you?
21  A. In Colombia they told me I would be
22 accompanied by a local, a local person. But just being
23 here I didn't feel that real company. I felt -- I felt
24 with the family that I was alone. I was in a job. And
25 they have told me that I was in a cultural exchange, and

Page 15

1  it was not a job.
2  THE DEPONENT: (In English) I don't know
3  if that is good.
4  MS. McELROY: Object to translation.
5  MS. SALAZAR: When I was in Colombia, they
6  told me that there would be a local coordinator here, but
7  once I arrived here I didn't have that local coordinator.
8  I was alone.
9  THE DEPONENT: (In English) No. I have.
10  A. I did have coordinator, but I didn't feel
11 that the agency was accompanying me during this whole
12 process in the United States.
13  Q. (By Ms. Reilly) Is that accurate?
14  MS. McELROY: Object.
15  A. No, no, not really. What you're saying is
16 not what I'm trying to say.
17  MS. REILLY: Let's go off the record for
18 one second.
19  MR. LEE: Good idea.
20  THE VIDEOGRAPHER: Going off the record.
21 The time is 9:39.
22  (Recess taken from 9:39 a.m. to 9:48 a.m.)
23  THE VIDEOGRAPHER: We are back on the
24 record. The time is 9:48.
25  Q. (By Ms. Reilly) Ms. Gonzalez, what is your

Page 16

1  current address?
2  A. 78th Street, Number 5825, Bogota,
3  Colombia.
4  Q. How long have you lived there?
5  A. All my life.
6  Q. Do you live there with your family?
7  A. At this moment, no.
8  Q. Where does your family live?
9  A. In Zipaquira. It's a small town next to
10 the city.
11  Q. Okay. So other than when you were in the
12 United States, you've lived at that address your entire
13 life?
14  A. Yes, ma'am.
15  Q. And do you have any plans to move?
16  A. Yes.
17  Q. Where?
18  A. I would like to go to Europe some day.
19  Q. Do you have a plan to go to Europe?
20  A. Yes.
21  Q. What will you do there?
22  A. If I can, study.
23  Q. Have you applied for any programs to study
24 in Europe?
25  A. No, ma'am.