# Exhibit 49

# Host Parent Survival Guide!

### When your au pair arrives
1. Have their <u>room ready and clean</u> with a waste paper basket, laundry basket, bulletin board, and a small arrival gift or basket.
2. Encourage them to call home to let their parents know they are now with their host family.
3. Ask about their room (do they have everything they need).
4. Spend the entire first week <u>showing them everything</u> in your home.
5. Ask them to operate all appliances to make sure they know how to do it.
6. Remember that the <u>amount of time and training</u> in the first month directly affects the type of relationship you have the entire year.
7. Ask your au pair questions about their home, their country, their family, and ask to see the pictures they brought with them.
8. Ask them how you can make them feel welcome in regards to cultural differences, food, customs, etc.
9. Help them to get their Social Security card and bank account right away. They will need this to get a New Jersey driver's license.
10. Realize that the change of coming here is HUGE. Cultural shock is evident in most au pairs, as is some amount of homesickness.
11. Try to get them out driving as soon as possible (during the first weekend week is best).

### Communication
1. <u>Good communication is the key to a great year</u>; we cannot stress this enough!
2. Make a good Au Pair Notebook… ask us if you would like a sample for a guideline.
3. Use the www.interexchange.org web site as a valuable tool for host families.
4. Help your au pair feel welcome and that they are truly part of your family.
5. Bond with your au pair, as you want them to bond with your children.
6. Pick your battles: they <u>cannot be perfect</u> in everything they do, decide what is most important.
7. It is <u>never acceptable to yell at your au pair</u>, talk to them as an adult with respect
8. Show appreciation. Say "thank you" all the time even if they do not.
9. Have <u>weekly meetings</u> with no interruptions of the phone or children. This helps prevent small problems from becoming big problems. If it is easier to go over things as they come up in a short meeting that works also.
10. Read the newsletter each month.
11. Your au pair lives in the house too. Share with them what is happening in your home when they are working and when they are not (family illnesses, out of town guests, etc).
12. Stress the importance of <u>family privacy</u>, what happens in your home should stay in your home.
13. Let them know if they are being included in vacations, dinners out, etc.

### Work Responsibilities
1. Au pairs are responsible for <u>all tasks related to children</u>.
2. Au pairs wash the children's clothes and their own, <u>not the host parent's clothes</u>
3. Au pairs are to <u>HELP with dishes and clean up</u> as a family member only. They are not responsible for doing the entire clean up alone.
4. If an au pair does a chore that is not part of their responsibility, this cannot become an expectation of the host parent.
5. An au pair should only deliver the house in the condition that it was received. They are not required to clean up toys, dishes, nor the home from when they were off.

### The Schedule
1. Please be on time or build extra time into the schedule. At a minimum, make a phone call if you are running late.
2. **<u>Schedule changes should be rare</u>, not a weekly occurrence. Stipend is $195 and change. Your choice to round up.**
3. A <u>written schedule must be posted</u> no later than Monday morning with a maximum of 45 hours a week/ 10 hours per day.
4. They should have <u>Saturday or Sunday off</u> as their full day.
5. A half-day is a day with <u>no more than 5 work hours</u> and no split.
6. <u>Friday or Saturday night should be off</u> so they can go out with friends on a weekend night.
7. Vacation should not be taken until after 6 months. Vacations are decided mutually. If this cannot be done, then the au pair may choose one week and the host parents choose the other week. If the aupair does not take her vacation time, she is entitled to the money. (1 days pay for every month worked- is the exact payment for each month worked. This payment kicks in only at the beginning of the second month in the country. Therefore, if an aupair works an entire year she will get $392.00 cash.
8. Remember: <u>Cluster meetings are mandatory</u> and we would appreciate it if you would not schedule your au pairs to work during a cluster meeting.
9. Try to plan the schedule around the au pair social events if possible.
10. When you have your au pair with you on vacation, you must give your au pair a written schedule following the same rules as if you were at home.
11. <u>ALL sleeping hours count</u>. Example: if you leave for work at 5:00 AM and the kids and the kids do not get up until 7:00 AM, this is still counted as 2 work hours for your au pair as they are the responsible adult in the home.
12. Pay your au pair each week on the same day without them needing to remind you. It is always difficult when an au pair needs to ask for money.
13. Every aupair gets one weekend off a month. Please try to consider their weekend life and give them off a weekend that works for their special events as well…

CONFIDENTIAL

InterExchange0019109

PLAINTIFFS' RESP. APP.0002561


EXHIBIT McHugh 10 4/6/17 JEREMY RICHMAN

HFcont.

About Your Children
1. <u>Empower your au pair</u>. Back them up on all discipline in front of the kids, even if you disagree. The host parents and au pair must be a team and have <u>consistency with the kids</u>.
2. Never discuss and au pair's decision nor issue you have with your au pair in front of the kids.
3. It is difficult for your au pair if the kids only respond to yelling.
4. <u>Be consistent</u>: things that you expect your au pair to do are the same things you should do, set an example.
5. Ask about what happened during the day when you come home. Use open-ended questions vs. "yes" and "no" questions.
6. Understand that American children are different than children are in other countries. Find out how they are different.
7. Set limits for the children and teach them to respect when your au pair is not working.
8. Include your au pair in IMPORTANT children's activities and give them notice so they can go with you.
9. <u>Do not allow the children to call you for little decisions</u>. Your au pair should make the call to you if it is necessary.

Your home
1. Make sure there is enough food in your house for another person.
2. Be sure the fridge is stocked with foods for an <u>adult to eat</u>, not just for kids.
3. Buy some of their favorite things to eat (within reason).
4. If you get carry out for dinner, make sure there is enough for them to eat too.
5. Include your au pair in family dinners.
6. Things may not always be done as you would like them, but there is more than one way to do things.
7. Tell your au pair when it is appropriate to use your computer and for how long. In addition, what they download as well as software they can install.

Your Au Pair's Room
1. The au pair's room is <u>their private place</u>. No personal belongings of the family can be in the au pair's room.
2. <u>Do not allow the kids to go into the au pair's room</u>. Without permission from the aupair.
3. Do not go into the au pair's room without permission unless it is an emergency and then explain it to your au pair.

Driving and the Car
1. Get the driving manual from the motor vehicles office before they arrive so they can read it early on.
2. Practice driving with them many times and get driving instruction if necessary.
3. Have them drive you to places where they must take the children.
4. Help them get the translation for the Driver's License.
5. Take them for both the written test and driving test if they cannot drive on their own at least one time.
6. If you have mileage limits, it should be no less than 150 miles per week when not taking classes and 200 miles per week when they are.
7. Watch gas prices and adjust the gas allowance given for driving children accordingly.
8. Ask that they keep the car clean.

About your au pair
1. Please keep to the 45 agreement...
2. Talk about your expectations for out-of-town visitors.
3. Your au pair may be cold since we have turned down our thermostats. Provide them with extra blankets or a small heater.
4. If you have had a bad day, it is common for an au pair to think they have done something to make you angry.
5. Understand that au pairs can have bad days too.
6. Introduce them when your friends visit so they feel valued.
7. Au pairs need hugs and kisses too.
8. Ask your au pair about their off time: Did they have fun? What did they do? etc.
9. Help your au pair find the most inexpensive way to keep in touch with their family.-phone cards/calling plans.
10. Encourage them to have friends over.
11. Realize that it is important for them to spend time with age-appropriate friends.
12. Remember: this is another <u>adult in your home, not a child</u>. Remember how you or your friends were at this age.
13. <u>Be fair about your curfew</u>. Most au pairs have a 12:00 AM curfew during the week and none on the weekend if not working the next morning.
14. Help them to <u>fulfill their educational requirement</u>. Each au pair is required to complete 60 class hours and host parents are responsible to pay $500 for classes. Remember to tell your au pair when is the best time to take classes, as you cannot schedule them to work during the time they have class. The money is to be used in the program year. If there is, money left at the end of the year it is **not** to be given to the aupair. The money is effective from the date they arrive in your home. They get the equivalent of $41.67 a month for education.
15. Good ways to show appreciation for your au pair is with a card, a small gift, or to treat him/ her to a cluster event.
16. Remember and celebrate your au pair's birthday.

### HAVE YOU REVIEWED YOUR AU PAIR NOTEBOOK WITH YOUR AU PAIR?

I spent a lot of time and thought putting this together for you; we hope you find it helpful. I want your year to be successful and a wonderful experience to last a lifetime!

Robin

## Au Pair Survival Guide!

### Your Job
1. You <u>must be ready for work when your day begins</u>: out of bed, showered, dressed, have eaten breakfast, and greeting your host parents 5 minutes before your start time to get your instructions for the day.
2. Say "good morning" to your host parents and host children, with a smile, don't wait for them to say it first.
3. Be positive, outgoing, and enthusiastic about your work.
4. Bond with the children - Get to know them, children need to know that you like them and they can trust you.
5. Never say nor think, "it's not my job". If it's related to the kids, IT IS YOUR JOB.
6. You must <u>always be on-time</u>: this means for starting work, picking up the kids, taking the kids to school, getting the kids to bed, having their meals on time, and your own curfew
7. Make reminders for yourself if you need to… write it down.
8. During working hours, au pairs <u>must always be watching the children</u> or doing childcare related things. When you are working, you are working. No watching TV, spending time in your room, showering, letter writing, personal reading, personal chores (your laundry, cleaning your room, etc), personal phone calls, using the internet nor writing e-mails. <u>NEVER ALLOW KIDS OUTSIDE ALONE!</u>
9. Eliminate the words "<u>stupid</u>" and "<u>hate</u>" from your vocabulary. These words are most often used incorrectly and offend host parents and children.
10. Never compare your host family situation with another au pair's. Remember, each family is different, in some ways better, and in some ways not.
11. Don't answer the door to anyone that you do not know unless your host parents tell you to ahead of time.

### About your Host Children
1. <u>Watch your kids at all times!</u> If you cannot see them, they are too far from you.
2. You always have to remember: the most important thing, which your host parents expect from you, is <u>THAT YOU KEEP THEIR CHILDREN SAFE!!!</u>
3. Play, play, and play… We want au pairs to be actively playing with the kids; not just watching them play. You need to be fun, happy, silly, smile, creative, and be playful. Be motivated and creative with the children; minimize TV watching.
4. Understand that <u>American children are different</u> than children in your country.
5. Understand that <u>kids are not perfect</u>. They have bad days too, they make mistakes, they do things wrong… they are kids, you are the adult and you need to react to them as an adult always. Do not argue back with them like another child.
6. Do not take things your host kids say or do personally.
7. Be sensitive to the kids, they love you whether you are "on" or "off" working hours.
8. Encourage your host kids. Help them to be positive and believe they can do things
9. Attend important events for the kids if you can. If you cannot, be sure to ask the kids about them. Example: How was the soccer game? Did your team win? How did you play?
10. You are the "eyes and ears" for the host parents. You may see a behavior change with the kids on Monday and your host parents may not see it until the weekend. You will hear what the kids say when they come home from school and what they need for the next day.
11. Be careful not to favor one child, you must <u>treat all the children equally</u>.

### About your Host Parents
1. Every au pair needs to understand that host parents are very busy, this is why they have you. You cannot be offended when they come home from work tired, upset, or don't talk with you as much as you'd like.
2. Realize that if your host parent is in a bad mood, it doesn't mean it is about you.
3. Even if your host parents work a lot and you don't see them often, make sure that you find a minute to tell them something about your day with the kids or ask questions.
4. <u>Ask lots of questions about your work</u>. Even if you feel silly asking what seems simple, you really must ask if you have any doubts! It is so much better than making avoidable mistakes
5. Communicate! Even if it is hard – you <u>MUST</u> find a way to talk to your host parents and to solve possible problems early! Small problems just get bigger, they never just go away. If you need help, talk to your coordinator for ideas on how to talk with your family.
6. <u>Make eye contact</u> when you are talking with them, this is respectful.
7. Say "<u>thank you</u>"… thank you for dinner, gifts, and vacation. We say "thank you" more than many other countries and we also write thank you notes.
8. Host parents do not want to hear <u>your opinions</u> on how to raise their children nor your strong dislikes about America. Be careful to never give your opinion unless your host parent specifically asks you for it. Do not tell your host parents what they should or should not be doing with their children, home, or life.
9. Do not talk with other au pairs about your host family's private life. Things in your family stay in your family.
10. Do not share with your host parents what other au pairs are saying about their host families.
11. When host parents do something with the kids, it doesn't mean you can. For example: If they let the kids watch TV all day on Saturday, it doesn't mean you can do that during the week.
12. It's not appropriate to ask for your stipend (your pay) early.
13. Don't call your host parents at work unless it is an emergency.

CONFIDENTIAL

InterExchange0019111

PLAINTIFFS' RESP. APP.0002563

AP cont.

## Being Part of a Family

1. SPEND AS MUCH TIME AS YOU CAN WITH YOUR HOST FAMILY! It is most important in your FIRST couple weeks. It is really necessary that you spend some of your free time with your new host family. You have to get to know them and almost more important they have to get to know you. You are the person who will be responsible for their children a many hours almost every day.
2. Have dinner with your family when you can; help family setup and help clean up dishes and kitchen after eating.
3. Participate in social events with your family because you are part of this family, not just because you are working. Join in, talk, and help out! Attend family events (holidays, birthdays, and special celebrations) with your host family.
4. Enjoy the little things about your year, don't only focus on the big things.
5. Show family and children that you care about them. Asking "What can I do to help?"
6. Having good hygiene is important: keep your self clean, shower daily, wear deodorant daily
7. Set a good example for the children: make your bed daily, clean your room weekly, keep your clothes picked up.
8. Keep the bathroom you use clean. Clean this bathroom weekly.
9. Share your culture: talk about your country, teach the kids some of your language, songs, and games, and prepare some food from your country.
10. Keep your car clean and neat. Respect your curfew and mileage limits. Don't bring the car home without gas. Neither smoking nor drinking by anyone in the car.
11. When you go out for dinner with your host parents and you are not working, you should still be helping! This is family time and they are including you and buying your dinner. You can help the kids when their food comes, help entertain the kids while they are waiting, take turns taking them to the bathroom if they need, help them clean up after and again…. Say "thank you".

## About your House

1. You should always leave the house the same way you received it. Clean up after yourself and the kids throughout the day. Put things away in the same place that you got them from.
2. You live here too, act like a real family member as you would in your own family. Examples: you could bring in the mail, take out the kitchen garbage, or bring in the empty garbage cans from the road.
3. Food: please eat all food in moderation and realize that food costs a lot of money. Drinking several glasses of juice a day or eating a whole carton of strawberries is sure to make your host parents unhappy.
4. Be quiet in the house: Be quiet when the kids are sleeping, be quiet when you are talking on the phone, be quiet when you have friends visiting, be quiet closing doors, closing drawers, etc.
5. Lock the doors when you come home and turn off the lights.
6. Do not give out any information about yourself, your family, or your home.
7. Do not visit inappropriate web sites, your host parents will know what web sites you go to.
8. Don't download anything without asking host parents first, it's not your computer!
9. If you have an accident or spill something in your room, please tell host parents immediately. They can help you remove the stain; stains not taken care of right away usually do become permanent.
10. Please do not leave empty dishes of glasses in your room. Any leftover food or drinks need to be disposed of immediately to prevent bugs/insects. Do not leave food in your room.
11. Empty your garbage weekly.
12. Always close your windows when you leave the house in case it rains.
13. Turn your light off when you are not in your room….. Also with other rooms in the house
14. Be sure to turn off TV, stereo, curling iron, etc when you are not in your room.
15. Be aware that electric, gas and water can be costly and we don't want to waste. Please… turn off lights and TV when you leave a room, keep windows and outside doors closed when the heat and/or air conditioning is on. Do not leave the water running when you are not using it.

### HAVE YOU READ YOUR AU PAIR NOTEBOOK? DON'T FORGET TO USE IT THROUGHOUT YOUR YEAR

I spent a lot of time and thought putting this together for you, we hope you find it helpful. We want your year to be successful and a wonderful experience to last a lifetime!

Robin Bailey

CONFIDENTIAL                              InterExchange0019112

PLAINTIFFS' RESP. APP.0002564