# Exhibit 50



# InterExchange
## AU PAIR USA
### Experience Life in the U.S.

"I want to thank InterExchange for bringing me and my host family together and for making this experience unforgettable for me...during this year, I have become a real family member—a big sister and a friend."

— Anny, Au Pair From Germany

## BENEFITS OF JOINING OUR PROGRAM

- Live in the U.S. for up to 2 years
- Earn $195.75 a week + free room and board
- Improve your English skills
- Take classes from an accredited college in subjects that interest you
- Round-trip airfare to and from the United States
- A five-day orientation in New York City
- Accident and sickness insurance
- An instant community with other au pairs and host families
- Paid time off to travel and explore the U.S.
- Local support as soon as you arrive to your host family's home

"Vicky is helpful because she helps me do homework and helps me spell...She is the best au pair in the whole world of au pairs!"

— Kids of the Thomas-Francone Family

# InterExchange
## AU PAIR USA
161 Sixth Avenue, New York NY 10013 | TEL +1.212.924.0446
FAX +1.212.924.0575 | www.InterExchange.org/aupairusa
© October 2012 InterExchange, Inc.



EXHIBIT McHugh 12 4/6/17 JEREMY RICHMAN

## Explore Life in the U.S. as an InterExchange Au Pair!

### BECOME AN AU PAIR?

If your goal is to learn and truly engage in the culture of another country through experience working with children, you're a great candidate for InterExchange Au Pair USA.

### Some other requirements to join our program:

- Between the ages of 18-26
- Able to speak and write in English
- Commit to at least 12 months as an au pair (two years for successful candidates)
- A valid driver's license
- Experience working with children*

*Au pairs caring for children under the age of 2 must have at least 200 hours of documented experience caring for children of this age. Au pairs do not care for infants under 3 months of age unless another adult is always present in the household.

"Nitta participates in every important family event whether she is on duty or not. We have come to love Nitta so much."

— The Esparza Family

Visit our website for more information and to fill out an application: www.InterExchange.org/foraupairs

PLAINTIFFS' RESP. APP. 0002566

# Discover Cultural Exchange While Working with Children!

Have you ever dreamed about what it would be like to experience life in the US? We make it possible to learn about American culture while earning money, continuing your education and improving your English skills. With InterExchange, you can do it all!

InterExchange Au Pair USA has been connecting young people from around the world to happy homes in the U.S. since 1989. You will live in a comfortable home with your own room and share your culture with your new family and friends while providing child care and exploring all the country has to offer!

## Apply Now to Experience Life in the U.S.

InterExchange.org/foraupairs





## Where Do Au Pairs Live?

InterExchange host families live throughout the U.S.— from New York to California and everywhere in between! Wherever your new host family lives, you'll have a truly American experience and learn about the local community.

## How Does InterExchange Create the Best Experience for You?

### FAMILY HOME
You'll be welcomed as a part of your new host family and share meals and holidays, participate in activities and be encouraged to share your own customs and traditions.

### SUPPORT FOR CONTINUED EDUCATION
As an au pair, you are required to take at least 6 semester hours of classes from an accredited post-secondary academic institution each year. You will receive $500 from your family to pay for your classes and learn with American students.

### GLOBAL CONNECTIONS
Make life-long friends with people from the U.S. as well as au pairs from other countries. On your days off, you can explore your new home and its places of interest.

### LOCAL SUPPORT
You will have the support of a Local Coordinator to help you with any questions you may have. Your Local Coordinator will contact you within 48 hours after arriving to your host family's home, as well as meet with you and your new host family within two weeks of your arrival. Local Coordinators also plan monthly meetings for au pairs in your area.

### WHO IS INTEREXCHANGE?
InterExchange is a designated sponsor of the J-1 Visa, which is part of the Mutual Educational and Cultural Exchange Act of 1961. We are one of the oldest non-profit au pair organizations in the U.S. and provide ongoing personal support throughout your program.

## Who Are Our Au Pairs?

Thousands of young people from around the world have joined InterExchange Au Pair USA to experience living and working in the U.S. Our au pairs are dedicated and responsible young adults, between the ages of 18 and 26, who love children and want to be ambassadors for their countries and cultures.

## What Does an Au Pair Do?

As an au pair, your most important responsibility is to provide child care for your host family for up to 45 hours (10 hrs/day max) while making $195.75 + room and board each week! Your duties may include:

- Driving children to and from school or activities
- Helping children with homework and playing with them
- Assisting in keeping the children's rooms clean
- Preparing meals and snacks for children

Au pairs are not expected to do general housework or cooking that does not relate to child care duties. In addition, an adult must stay in the house for the first three days after an au pair arrives to help the au pair adjust to the new home.





PLAINTIFFS' RESP. APP. 0002567