# Exhibit 51



# AU PAIR USA

Au Pair USA
For Families
Costs

## Live-In Child Care for Less

When you work with Au Pair USA, you can be confident that you're choosing one of the most affordable options for full-time, live-in child care. As a non-profit organization, we keep program costs and fees as low as possible. **Apply between now and June 30, 2012 and we'll waive your $350 application fee!** Also, be sure to check out our special discounts for new and reapplying host families.

## Costs of Hosting an Au Pair:

### Regular Program Costs

| Cost Description | Amount | When it's due |
|---|---|---|
| Application Fee (non-refundable) | $350 | With your application (waived for a limited time) |
| Deposit | $2,500 | When your family is matched with an au pair |
| Program Fee Balance | $4,690 | When your au pair arrives, or according to your payment plan schedule |
| Au Pair Stipend | $195.75 per week | Each week, on a day that you and your au pair agree upon |
| Education Supplement | $500 | When the au pair registers for classes |

*Au pairs also earn time off and vacation during their stay. See details about au pair hours and schedule.*

## Extension Program Costs

Find out more about our extension program.

## The Au Pair USA Payment Plan

To help make our child care options even more affordable for your family, Au Pair USA is pleased to provide a convenient payment plan:

| Payment Type | Due Date | Amount* |
|---|---|---|
| Down Payment | Upon successful match with an au pair | $2,500 |
| Monthly Installments for the next 6 months | First day of the month after the au pair's arrival | $813 |

*The installments cover the program fee only, not the au pair's weekly stipend or the educational supplement. A $190 financing fee is included in the installments.



PLAINTIFFS' RESP. APP.0002569

4/4/2017                                    Live-In Child Care for Less | InterExchange



**Want to host an Au Pair?**

Apply Now Request Info

**Account Login**



**Au Pair USA Success Stories!**

## WHY CHOOSE AU PAIR USA?

Au Pair USA is one of the most experienced and respected au pair organizations in the country. Designated by the U.S. Department of State, we pride ourselves in offering superior customer service and support. We work closely with you to ensure that you find your ideal au pair and have an excellent experience with the program. And as a non-profit organization, we keep our costs as low as possible. Learn more about the benefits of Au Pair USA.

PLAINTIFFS' RESP. APP.0002570