# Exhibit 52



# InterExchange Au Pair USA

## Program Presentation



PLAINTIFFS' RESP. APP.0002572

# InterExchange

## Non-Profit Cultural Exchange Organization

- 2014 is the 25th anniversary of Au Pair USA
- Focus on quality
- Designated by the U.S. Department of State

## Your Program Sponsor

- Here to support you during your program
- One of the most experienced au pair programs in the U.S.
- Staff dedicated to goals of Cultural Exchange



InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002573

# Program Details

## Duration

- Length of Program: 12 months
- Can extend your program for 6, 9 or 12 more months
- Arrivals scheduled ever 2-3 weeks, always on a Monday
- 30 days to travel around the United States at the end of your program



InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002574

# Life as an Au Pair



## Living Arrangements

- Live with an American host family
- You will have a private bedroom and three meals
- Part of a "cluster," which is a community of other au pairs and host families living in the same area
- Many families live in suburbs, near big cities
- Many American towns do NOT have good public transportation



InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002575

# Work as an Au Pair

## Work Schedule

- Work a maximum of 45 hours each week
- Work a maximum of 10 hours in a day
- Work 5½ days each week
- Duties may include baby-sitting children, cleaning their rooms, preparing their meals, and driving them to activities

## Free Time

- Receive at least 1½ days off each week
- Receive at least 1 full weekend off each month (Friday evening until Monday morning)
- Receive 11 days (2 weeks) of paid vacation



InterExchange **AU PAIR USA**

PLAINTIFFS' RESP. APP.0002576



# Program Benefits

## Educational Benefits

- Receive up to $500 for university-level classes
- Must complete 6 credits (2 full-time courses) at a local university or community college
- Meet other American people, make new friends, study English...

## Additional Benefits

- Earn $195.75 each week
- Accident & Sickness insurance is provided
- Orientation & Training Program in New York City

InterExchange **AU PAIR USA**

PLAINTIFFS' RESP. APP.0002577

# Financial Details

## Your Financial Responsibilities

- Agency fees
  - All fees and refund policies should be explained to you by your agency when you apply
  - You should receive a receipt for all payments you make
- Police Report/Medical Visit fees
- Visa Appointment fees
- Baggage fees on all flights
- Transportation fees
  - To your agency
  - To the US Embassy
  - To and from the airport in your home country and in New York



InterExchange **AU PAIR USA**

PLAINTIFFS' RESP. APP.0002578

# Program Eligibility

Eligible candidates must:

- Be 18-26 years old when they arrive in the U.S.
- Have a high school (secondary school) diploma
- Speak conversational English
- Have a driver's license
- Be a non-smoker
- Not have been married
- Not have their own children
- Pass a criminal background investigation
- Not have previous visa denials to the U.S.


InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002579



# Program Eligibility

Eligible candidates must:

- Be in good physical and mental health

- Be passionate about children

- Have at least 200 hours of documented child care experience

- Provide at least two references from your child care experience

- Provide at least one character/personal reference

InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002580

# Qualifications

Host families like candidates who:

- Have at least 500 hours of child care experience
- Can care for babies
- Have been driving at least one year
- Drive every week
- Do NOT smoke
- Can have a conversation in English
- Present themselves as mature, responsible, and trustworthy
- Like working with children
- Can work with children that have special needs

 InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002581

# Infant Qualified



You have at least 200 hours of documented experience with children ages 0-24 months old, and are willing to work with this age group.

InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002582

# Where are our host families?

## We have host families across the United States!



PLAINTIFFS' RESP. APP.0002583

# The Application Process

Must be registered by your local agency before you can apply online in InterExchange PASSPORT

Download and print out the references at the end of the application:

- Child care references
- Character reference
- Medical Report



InterExchange AU PAIR USA



# The Application Process

## Helpful Application Tips

- Write a Dear Family Letter
- Create a Photo Album
- Fill out your application COMPLETELY
- Make a fun video
- Show who you are, and what makes you unique!



InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002585

General Image

DO NOT USE PHOTOS LIKE THESE:



PLAINTIFFS' RESP. APP.0002586

# The Application Process

Collect your other supporting documents:

- Driver's License
- Passport
- High School Diploma
- Police Report/Background Check

Meet with your local agency

- English Evaluation
- Personal Interview
- Au Pair Selection Test



InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002587

# The Application Process

## Apply Early

- You have to coordinate your references, go to your doctor, and get a police background investigation.

- The application process requires lots of information, documents and coordination

- The placement process can take 1-3 months

- Visa appointments can be difficult to schedule in the summer

We recommend applying at least three months before you want to travel to the United States!



InterExchange **AU PAIR USA**

PLAINTIFFS' RESP. APP.0002588

# The Placement Process

## Host Family Search

- Families enter Passport and search for au pairs to interview.

- InterExchange also helps families by suggesting au pair applications to them.

- You must interview with a family at least one time before you agree to match.

- Families can see every application, so present yourself professionally!



InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002589

# The Placement Process

## Helpful Tips

- Check your email daily for new messages
- Write to a family if they put you on view
- Always always always be honest with families
- Don't be discouraged if a family puts you on view but doesn't interview you – there are many other families!
- Practice interviewing in English with your local agency
- Smile and be excited!





© InterExchange AU PAIR USA

# Arriving in New York

## The Orientation & Training Program

- InterExchange will book your flight to New York
- You will receive insurance information by email before your flight
- You will spend 4 nights in New York City!
- Check out our video "The NYC Experience" on our web site!





InterExchange  AU PAIR USA

PLAINTIFFS' RESP. APP.0002591

# Questions?

Connect with InterExchange on
Facebook, Twitter, Pinterest, Flickr
and our Wordpress Blog!

InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002592