# Exhibit 53

To: Titima Kumchantok[titima@thaistudyabroad.com]; Margaret Terrero[apdossier@interexchange.org]
From: Michael Gates
Sent: Tue 5/17/2011 9:07:01 PM
Importance: Normal
Subject: Re: Questions for au pair program
Received: Tue 5/17/2011 9:07:01 PM

Dear Titima,

Thanks for your message.

1. How many times can the au pair be rematched with a different host family?

**Au pairs are rematched as often as we deem appropriate. If an au pair breaks rules or should not be reassigned for other reasons, we will send her home.**

2. Will au pairs have to pay for a plan ticket if they can't find the family during the rematching process?

**Yes**

3. Do the au pairs pay fees for the extension program?

**Right now au pairs do not pay fees for the extension program.**

4. What's the certain age of children that can au pair will care for?

**0-18**

5. Will au pair get paid more than $195.75/week if au pair graduated with a degree in Nursing/Child education?

**No, we only run the standard au pair program and all au pairs on our program receive the standard weekly stipend of $195.75; au pairs with qualifications in nursing or education are more likely to match with a family though.**

6. How is the process of screening host family?

**Families must apply with our agency, fill out an application, submit confidential references (they do not see the forms unlike au pairs), submit employment verification and be interview by a local coordinator. We also speak with them throughout the inquiry, application and matching processes.**

7. On average how many host family are there to choose from in a given month?

**This changes with each month and time of year, also depending on economic situations.**

8. How is the matching process done between au pair and host family? /How you choose the host family for au pair?

**We select applications to send to host families based on the host family preferences (Under 2/Over 2, experienced/new driver, 18-21 or 21-26, Country/language preferences, career goals, interests, allergies, etc.) and the family reads an application and decides if they want to interview the candidate.**

9. How is the psychometric test works on matching process for au pair and host family?

**We use the test to determine if an au pair is not correct for our program, families do not see the psychometric test. You can also use the test to turn away candidates if you do not believe they are good candidates for the au pair program.**

Please visit our website or consult our program materials for additional information. Please feel free to contact me with any other questions you may have.

Best Regards,
Michael

**InterExchange**

Michael Gates | International Recruitment & Placement Manager | Au Pair USA
TEL 917.305.5461 | FAX 212.924.8873 | EMAIL mgates@interexchange.org
161 Sixth Avenue, New York, NY 10013

---

From: Titima Kumchantok <titima@thaistudyabroad.com>
Date: Fri, 13 May 2011 17:37:14 +0700
To: Michael Gates <mgates@interexchange.org>, Margaret Terrero <apdossier@interexchange.org>
Subject: Questions for au pair program

InterExchange0024972



EXHIBIT
McHugh 24
4/6/17
JEREMY RICHMAN

PLAINTIFFS' RESP. APP.0002596

Dear Michael, Margaret

I have some concern questions for Au Pair program as following details, please let me know when you have a chance.

1. How many times can the au pair be rematched with a different host family?
2. Will au pairs have to pay for a plan ticket if they can't find the family during the rematching process?
3. Do the au pairs pay fees for the extension program?
4. What's the certain age of children that can au pair will care for?
5. Will au pair get paid more than $195.75/week if au pair graduated with a degree in Nursing/Child education?
6. How is the process of screening host family?
7. On average how many host family are there to choose from in a given month?
8. How is the matching process done between au pair and host family? /How you choose the host family for au pair?
9. How is the psychometric test works on matching process for au pair and host family?

Thank you for your kindness to this matter. I am looking forward to hearing from you soon.

Best regards,

Titima Kumchantuk
ธิติมา คำจันทึก ( พี่อู้ ^_^)
Thai Study Abroad Consultant
Tel: 02-245-5845 #13
Mobile: 086-3189650
titima@thaistudyabroad.com

_____ Information from ESET NOD32 Antivirus, version of virus signature database 6115 (20110512) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

InterExchange0024973

PLAINTIFFS' RESP. APP.0002597