# Exhibit 54

**Gesendet:** Donnerstag, 10. April 2014 16:55
**An:** Lisa Guggemos
**Betreff:** Re: AW: DeHaven/Woolley Family

Dear Lisa,

Thanks so much for your message and follow-up. It's great to hear Nina is working and planning on responding to the family's email. It sounds as if the family is not quite clear on certain program requirements, which is a concern. Please ask Nina to let the family know the set weekly stipend requirement (as per the department of State guidelines), which is $195.75 pr wk.

I appreciate your assistance, Lisa.

Have a good day!

Kind Regards,
Portia

On 4/10/14 3:01 AM, "Lisa Guggemos" <Lisa.Guggemos@activeabroad.net> wrote:
Dear Portia,

thank you so much for your message. Nina called me on Tuesday and was already working on an email for the family.
The host mother asked her what she expects in terms of pay and Nina was a little bit uncomfortable with that question as she thought the pay is set by Interexchange and families know about it.
So it might be that she has not send the email yet.
Nina is a professional caretaker will she qualify with that to earn $250 a week?

Thank you for your help.
Kind Regards,
Lisa Guggemos



<http://www.activeabroad.de/>
active abroad | locations in Munich and Berlin
Obere Hauptstr. 8 | 85354 Freising/Munich | Germany
Owner: Maria Riedmaier | USt.IdNr.: DE128072835
Phone: +49 8161 / 986 17-07/-06 | Fax: +49 8161/ 986 17-04
contact@activeabroad.net <mailto:contact@activeabroad.net> | www.activeabroad.de <http://www.activeabroad.de>
<http://www.activeabroad.de/>


Find us on Facebook <http://www.facebook.com/pages/active-abroad/150339829076>

   aupairsociety

**Von:** Portia Haynes [mailto:phaynes@interexchange.org]
**Gesendet:** Donnerstag, 10. April 2014 00:10
**An:** nina.heusel@googlemail.com
**Cc:** Lisa Guggemos

CONFIDENTIAL    InterExchange0019022



PLAINTIFFS' RESP. APP.0002599

**Betreff:** DeHaven/Woolley Family
**Wichtigkeit:** Hoch

Dear Nina,

My name is Portia Haynes and I am a Program Specialist at Au Pair USA! My role is to assist families and au pair candidates throughout their matching process. The DeHaven/Woolley family really likes your application and profile and has already sent you an email. If you haven't already, please respond to the family's message as quickly as possible letting them know if your interest. If you have not received their email, please let me know.

Kind Regards,
Portia Haynes



Portia Haynes | Program Specialist/Regional Contact
TEL: 917.305.5464 | FAX: 212.924.8873 | EMAIL: phaynes@interexchange.org
161 Sixth Avenue, New York, NY 10013

**LEGAL NOTICE:**

The information in this e-mail message and/ or its attachments is confidential and may be legally privileged, thus any disclosure, copying, distribution or any action taken or omitted to be taken in reliance thereon may be strictly prohibited and unlawful. If you are not the intended recipient, please notify us immediately and destroy this e-mail and its attachments. Considering the various risks involved when sending emails through the Internet, Activeabroad will not be liable in any case for damages and claims due to the risks of this communication channel (e.g. non or late delivery, message corruption, inadvertent disclosure). Any views or opinions presented in this email and/or its attachments are solely those of the author and do not necessarily represent those of the company, consequently, Activeabroad may not be held liable for its content unless confirmed subsequently in writing.
ActiveAbroad & Aupair Maria Theresia | Mitglied von IAPA und Au Pair Society | Obere Hauptstr. 8 | 85354 Freising | GERMANY | +49 8161-98617-07 | www.activeabroad.net
<http://www.activeabroad.net>

Please consider the environment before printing this e-mail

**LEGAL NOTICE:**

The information in this e-mail message and/ or its attachments is confidential and may be legally privileged, thus any disclosure, copying, distribution or any action taken or omitted to be taken in reliance thereon may be strictly prohibited and unlawful. If you are not the intended recipient, please notify us immediately and destroy this e-mail and its attachments. Considering the various risks involved when sending emails through the Internet, Activeabroad will not be liable in any case for damages and claims due to the risks of this communication channel (e.g. non or late delivery, message corruption, inadvertent disclosure). Any views or opinions presented in this email and/or its attachments are solely those of the author and do not necessarily represent those of the company, consequently, Activeabroad may not be held liable for its content unless confirmed subsequently in writing.
ActiveAbroad & Aupair Maria Theresia | Mitglied von IAPA und Au Pair Society | Obere Hauptstr. 8 | 85354 Freising | GERMANY | +49 8161-98617-07 | www.activeabroad.net

Please consider the environment before printing this e-mail