# Exhibit 55

**To:** H Erina[saran.h.e1214@gmail.com]
**From:** Julia Jakkaraju
**Sent:** Wed 8/13/2014 2:56:57 AM
**Importance:** Normal
**Subject:** Re: Erina
**Received:** Wed 8/13/2014 2:56:57 AM

No the stipend is regulated and does not increase. You are however eligible for $500 for your education.

Sincerely,

Julia Jakkaraju
Local Coordinator
InterExchange Au Pair USA
TEL 1.408.858.6318
EMAIL jjakkaraju@lc.interexchange.org
http://www.interexchange.org/aupairusa


H Erina <saran.h.e1214@gmail.com> , 8/12/2014 10:54 PM:

Julia,
My friend said the first year is $195.75 and the extension year is $205.
Is it incorrect? My friend's agency is Au Pair International. My agency is
Inver Exchange. Agency is not same.
Thank you.

CONFIDENTIAL

InterExchange0018054



PLAINTIFFS' RESP. APP.0002602