# Exhibit 56

**To:** Janvi Pate  REDACTED
**From:** Jana Kuehler
**Sent:** Wed 9/26/2012 3:34:02 PM
**Importance:** Normal
**Subject:** Re: Yuna Interview at 1:00pm
**Received:** Wed 9/26/2012 3:34:02 PM

Hi Janvi,

As an Au Pair program we are regulated by the Department of State on many requirements. These were discussed with you at your in-home interview with Patty Thomas. I know it has been a while, so if there are any questions about the program feel free to contact me. As a reminder, the basics of the program are as follows:

- The weekly stipend regulated by the Department of State is $195.75 per week.
- The au pairs can work up to 45 hours a week, no more than 10 hours per day.
- There is an education requirement. The au pair needs to complete the equivalent of 6 credits at an accredited school. The Host Family is responsible for helping with $500 towards those costs. The Host Family is responsible for transportation to an from classes (whether she drives, you pay bus fare, you drive her, etc.)
- The au pair cannot be asked to do any heavy housekeeping work. They can do any work associated with caring for the kids and any housework shared by other adults in the family.
- The au pair is required to attend a monthly meeting organized by me at various locations. Transportation to and from events is the Host Family's responsibility. We usually meet on a Sunday afternoon.
- The program is primarily a cultural exchange program. It is an opportunity for the au pair to live and work in the US and an opportunity for the Host Family to expose their children to a new different culture.
- I am required to contact both the au pair and the Host Family once per month to keep tabs on how things are going. The contact can be via phone, email, etc.

We recommend interviewing Yuna at least two times. A second interview via Skype is fine. Due to the circumstances of her last family I would recommend having Yuna meet anyone else who is living in the home. I want to be sure that she feels comfortable and safe.

Please give me a call if you have any question.

Kind Regards,

Jana Kuehler
Local Coordinator
InterExchange Au Pair USA
TEL 1.310.489.4323
EMAIL jkuehler@lc.interexchange.org
http://www.interexchange.org/aupairusa

---

**From:** Janvi Patel  REDACTED
**To:** Jana Kuehler [mailto:jkuehler@lc.interexchange.org]
**Sent:** Wed, 26 Sep 2012 00:03:14 -0500
**Subject:** Re: Yuna Interview at 1:00pm

Hi Jana,

Yuna is a very nice young lady. What is she expecting for a weekly salary?

Best wishes
Janvi

Sent from my iPhone

On Sep 25, 2012, at 12:20 PM, "Jana Kuehler" <jkuehler@lc.interexchange.org> wrote:

> Yuna says she is wearing a black shirt.

CONFIDENTIAL                    InterExchange0016727

PLAINTIFFS' RESP. APP.0002604



EXHIBIT McHugh 27 4/6/17 JEREMY RICHMAN

Jana Kuehler
Local Coordinator
InterExchange Au Pair USA
TEL 1.310.489.4323
EMAIL jkuehler@lc.interexchange.org
http://www.interexchange.org/aupairusa

**From:** Janvi Patel [ REDACTED
**To:** Jana Kuehler [mailto:jkuehler@lc.interexchange.org]
**Sent:** Tue, 25 Sep 2012 14:47:30 -0500
**Subject:** Re: Yuna Interview at 1:00pm

I have a Mickey mouse t-shirt...

Sent from my iPhone

On Sep 25, 2012, at 11:35 AM, "Jana Kuehler" <jkuehler@lc.interexchange.org> wrote:

> Great! I'll let you Yuna know. Is there a good way for her to identify you?

Jana Kuehler
Local Coordinator
InterExchange Au Pair USA
TEL 1.310.489.4323
EMAIL jkuehler@lc.interexchange.org
http://www.interexchange.org/aupairusa

**From:** Janvi Patel [r REDACTED
**To:** Jana Kuehler [mailto:jkuehler@lc.interexchange.org]
**Sent:** Tue, 25 Sep 2012 13:59:11 -0500
**Subject:** RE: Yuna Interview at 1:00pm

Sounds good

Janvi Patel | Director/Solicitor | Halebury      REDACTED
          REDACTED
                    <mime-attachment>
Centre Point, 103 New Oxford Street, London, WC1A 1DD

Winner – Regional Law Firm of the Year 2012 Acquisition International M&A Awards
Finalist – MSDUK Supplier of the Year Award 2012 – Business Growth Category

This email and any attachments are confidential and may also be privileged. If you receive this email in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

Halebury Ventures Limited is a limited company registered in England and Wales under registered number 4797938. Its registered office is at First Floor, Kirkland House, 11-15 Peterborough Road, Harrow, Middlesex HA1 2AX where a list of directors is available for inspection. Halebury Ventures Limited is authorised and regulated by the Solicitors Regulation Authority under number 427995.

**From:** Jana Kuehler [mailto:jkuehler@lc.interexchange.org]
**Sent:** 25 September 2012 18:06
**To:** Janvi Patel
**Subject:** Yuna Interview at 1:00pm

Hello Janvi,

Are you able to meet Yuna at the Starbucks at 2215 Westwood Blvd at 1:00pm?

CONFIDENTIAL                                            InterExchange0016728

PLAINTIFFS' RESP. APP.0002605