# Exhibit 57

**Cc:** Nicole Santomasso[nsantomasso@interexchange.org]
**To:** lunn[clamonica-lunn@interexchange.org]
**From:** Michael McHugh
**Sent:** Thur 10/11/2012 6:52:48 PM
**Importance:** Normal
**Subject:** Online orientation tutorial
**Received:** Thur 10/11/2012 6:52:49 PM
ONLINE TUTORIAL OUTLINE.doc
Untitled attachment 54457.htm
image.jpg
Untitled attachment 54460.htm

Hello,
Here is our initial script for the online orientation document.



**ATTORNEY EYES ONLY**

InterExchange0005191

PLAINTIFFS' RESP. APP.0002607

ONLINE TUTORIAL OUTLINE

Chapter 1: Who is InterExchange?

Voiceover: For over 40 years, InterExchange, a U.S. State Department-designated visa sponsor, has been working to connect the world by providing young adults with exceptional cultural exchange opportunities. Now it's your turn to come on the InterExchange Au Pair USA program (pic: InterExchange logo).

The primary objective of this program is to make the most of your skills and experience in child care through a full immersion experience living and working with an American host family. You'll enjoy a close relationship with your host family and the children in your care, while taking advantage of once-in-a-lifetime educational and travel opportunities.

This program is also intended to increase your understanding of American culture and society and to enhance Americans' knowledge of your culture and skills through an open interchange of ideas between you and your American host family. A key goal of the Fulbright-Hays Act (Text: Fulbright-Hays Act), which authorizes these programs, is that you will return home at the end of your program and share your experiences with your fellow citizens.

To travel to the U.S. as an au pair, you need a sponsor. A sponsor is an organization such as InterExchange that will be responsible for you while you're in the United States (pic: outside of InterExchange office). Sponsoring you means that we're here to assist and support you through your journey (Text: We're here to help!).

Since InterExchange is your sponsor, being able to contact us is important. Click on each of the pictures to learn about ways you can reach us. (Show: Mailbox, Telephone, Computer, Passport Logo, Red Cell Phone).

[click on mailbox] You can send any direct mail to us at our main office location shown here (pic: InterExchange office. Text: InterExchange Au Pair USA 161 6th Avenue 10th Floor New York, NY 10013).

[click on Telephone] Call us! We're happy to help with questions. This phone number is toll free from within the U.S. Please note that this phone line is only open from 9:30 in the morning to 5:30 at night, New York time, Monday through Friday. (pic: InterExchange employee on the phone. Text: 1-800-AU-PAIRS/1-800-287-2477/1.212.924.0446 if outside the U.S. Hours – 9.30am to 5:30pm EST Monday-Friday).

[click on computer] You can also contact InterExchange by email. Just send your questions or feedback to the address shown here. We'll get back to you as soon as possible. (Pic: Email page with the "To:" field. Text: InterExchange Email Address: aupairinfo@interexchange.org)

ATTORNEY EYES ONLY

InterExchange0005192

[click on Passport logo] To find answers to Frequently Asked Questions, links to important websites, and additional information about your insurance, please log-in to Passport. (pic: Snapshot of Passport AP page).

[click on red cell phone] In an emergency, contact your InterExchange Local Coordinator. Your Local Coordinator is an InterExchange representative in your community, and is your first point of contact should any problems occur. Remember, in a true emergency call local emergency services first. The number for police, fire, or ambulances is 911. After emergency services has been contacted, then contact your InterExchange Local Coordinator. (Text: For Police, Fire or Ambulance call 911. InterExchange 24 hour emergency: Call your InterExchange Local Coordinator.

You can also find current information about InterExchange on your favorite social media sites. Don't forget to:

Like us on Facebook (pic: facebook logo).
Follow us on Twitter (pic: twitter logo).
And check us out on Flicker (pic: flicker logo).

It's also a great idea to read our blog with many great tips and information about being an au pair in the U.S (pic: landing page of our blog).

Okay. Now you've got an overview of how you can contact InterExchange.

If you need more information throughout for your program, look in the InterExchange resource center located on the InterExchange website. (pic: landing page of current au pair resources webpage). Remember, InterExchange is here to help you have the best experience possible here in the U.S. If you have any questions at all, contact us. We're always glad to help!

Chapter 2: Pre-Arrival Information

Voiceover: As a participant on the InterExchange Au Pair USA program you have many roles. You are a participant, an ambassador, a big brother/big sister, a family member, an employee and a responsible adult. In all of these roles, you have important responsibilities. (pic: Slide show displays one character in regular clothes (participant), native garb (ambassador), with host children (big brother/sister), with family (family member) in BUSINESS CASUAL dress  (employee) and back to regular clothes (responsible adult)).

Perhaps the most important responsibility you have as a J1 participant is to obey the law. As your sponsor, we want you to be safe and happy while you are here. The best way to do that is to follow the InterExchange rules that you'll find in our handbook. If you have any questions about them, contact us.  You should also read the Exchange Visitor Program Welcome brochure that was included in your pre-arrival packet—you can also find a copy in the Resource Center or on the Exchange Visitor Program's website. (Text:

ATTORNEY EYES ONLY

http://j1visa.state.gov/). (Pic: Photos of professionally attired au pairs with their host children. Fade in Au Pair Handbook on the side.). Keep in mind that you are a guest in the United States, and as a guest you represent everyone from your country. Obey all rules and regulations and you'll have a great time here.

Anna: Hi! I'm Anna! When I matched with my host family, I received a packet of information from my International Cooperator here in my home country. This packet was full of essential information to prepare me for my au pair year. The packet included an (Pic: Show each material. Text: Bullet list and read):

- Au Pair Handbook
- Childcare Guide
- Childcare Test
- Host Family Placement Confirmation Packet
- DS 2019 form (pronounced DS Twenty Nineteen)
- SEVIS Fee Payment Receipt
- Au Pair USA Wages Letter
- Au Pair USA Travel Letter
- Accident and Sickness Insurance Brochure
- US Department of State Introduction Letter
- What You Should Know Brochure
- US Department of State Contact Information Document
- Travel To Orientation Document

It's important to remember to read all of your materials carefully. Please ask InterExchange or your International Cooperator for further explanation if necessary. You need to read the Childcare Guide, complete the Childcare Test, and sign the Childcare Verification Form before you arrive to New York City. This will be collected on the first day of Orientation & Training. Bring all of your materials with you to New York City. Keep them with you on the plane, not in your checked baggage.

As you prepare for your departure, keep in touch with your host family on a regular basis. Emails, Skype conversations and phone calls are a good way to connect with your host family before you arrive. Make sure to share and collect information about each other so that your expectations are realistic and accurate. (pic: show happy host families with their au pairs).

When I got to the U.S., I found out that I had to go through Orientation & Training in New York City and work a short time before I received my first stipend. It was a good thing I brought money with me. I used it for all my initial expenses. (Text: Bring at least $200-$500 with you. Traveler's checks are a safe way to transport money).

I made sure that I brought enough money to pay for things like food, transportation from the airport to the hotel in New York, baggage fees, and money to live on until I received my first stipend. I also brought money to sightsee around New York City during Orientation & Training (pics: au pairs around Manhattan). If you're bringing your own

ATTORNEY EYES ONLY

PLAINTIFFS' RESP. APP.0002610

phone, make sure that it is unlocked and can be used in the U.S. Do not buy a US cell phone or SIM card until you arrive to your host family's home. (Text: Do not buy a US cell phone or SIM card until you arrive to your host family's home.) You will need a telephone number that is based in that community, and your host family will most likely want you to have the same cell phone provider that they use. Talk to your host family about cell phone options.

I even brought a credit card in case I had an emergency. I applied for it at my local bank in my home country before I left, and made sure that I would be able to use my card in the USA. (pic: credit card).

And don't forget your medical needs. Before you leave, get your prescriptions filled, and visit your local doctor, dentist and eye doctor. Bring an extra pair of eyeglasses and enough contacts for the trip. It's better to be safe and bring your eyeglass and contact prescriptions, too. Your insurance will not cover routine check-ups or prescriptions for pre-existing or long-term conditions, so make sure to get these before you leave. (Pics: Medical needs. Text: Medical Needs:

- Get checkups before you leave
  - o Medical
  - o Dental
  - o Eye
- Bring items you will need
  - o Prescriptions
  - o Glasses and/or contacts
  - o Dental Devices).

If coming from a different climate zone, be prepared for the weather in your host community by researching the expected climate for the duration of your program. Also remember, the climate in your host family's region might be very different from the climate for Orientation & Training in New York City. Prepare for both. (Pic: Show two images, one of someone in warm climate (i.e., beach, etc.), and one of someone in a colder climate (i.e. snow, etc.)).

It's always a good idea to pack lightly. Baggage fees are expensive, and bringing a lot of items with you is difficult (pic: show AP with lots of luggage weighing her down). Many times au pairs find that clothing is very inexpensive in the U.S. compared to their home countries. It's a good idea to pack light and purchase items in the U.S. We recommend bring one large suitcase and one carry-on item with you. To test how to travel with your items, after you have packed, walk around your house and outside with all of your baggage. Can you manage? Is it too much? Remember the old saying, "Bring half of what you think you need and buy when you get there."

Chapter 3: Documents and Traveling to the United States

ATTORNEY EYES ONLY

InterExchange0005195

PLAINTIFFS' RESP. APP.0002611

Bruno: I'm Bruno and I'm getting ready to come to the U.S. There are some important documents you'll need to bring with you when you are travelling, too. I've laid my documents out on my desk so you can see them. Can you click each one to place them in my binder? (Pic: Documents are on the desk. User must click on each. When an item is clicked on a pop up window shows the document up close as Bruno describes it. Text: Passport, J-1 Visa, DS-2019 Form). (User clicks Passport): A valid passport is required to enter the U.S. Be sure your passport is not going to expire while you are on the program. In fact, it is best if your passport does not expire until 2.5 years after you enter the US in case you extend your program. (User clicks J1 visa. Highlight the M for Multiple Entries and the Expiration date): You must have a J-1 visa be an au pair in the U.S. Notice the number of entries. If you have an M for multiple entries it means you can leave and return to the U.S. during your stay. An S for single entry means you can only enter once, so don't plan on any visits to Canada or Mexico or back to your home country during your stay. Also be aware of the expiration date. You cannot enter the country past the expiration date, but you can continue working as long as your DS2019 is valid. (User clicks the DS2019 form. Highlight Work dates, Host Family Address, Sponsor contact info): Bring the DS-twenty-nineteen form. This shows the dates you're allowed to work for your host family. This form must always be up to date with the correct information. If your dates or address changes, you must inform InterExchange immediately and we will send you a new form. It is your responsibility to make sure this information is accurate at all times. (If user tries to move forward without clicking on each document): I think you still need to click something else to see all the documents.

Great! Now that you have seen them all, remember to keep these important documents in a safe and secure place.

Anna: Hello. It's Anna again. Getting to the U.S. with the InterExchange Au Pair USA program can be easy if you're prepared. Make sure you have all your documents on the plane with you. I put mine in my purse so I could get to them easily. I keep them in a plastic bag so liquids won't damage them. (pic: Anna on plane. Click on purse to see passport, DS2019 and J1 visa). On the airplane, when you arrive in the U.S., you'll be given an I-94 form. Read the instructions and fill out the form carefully. Make sure all of the information matches what's on your passport and DS-2019 form. When filling out your I-94 form, write as neatly as possible. (Pic: I94 form) Look over the form carefully. Especially when it asks for your birthday. Be sure and list it in the order it asks for. It is very important that you fill out this form carefully and accurately.

| VO # | VO Label | CC Script | On-screen Text | Graphics/Development Notes |
|---|---|---|---|---|
| | | | Going through customs | Slide title |
| 01 | ANNA | When you arrive in the U.S., you'll need to go through customs | | POV of user looking at immigration officer. The user's passport, DS2019 form and I-94 |

ATTORNEY EYES ONLY
InterExchange0005196

| | | and immigration. When you do so, answer all of the questions clearly. Be polite and respectful, and make sure the immigration official stamps your I-94 form before you walk away. Let's practice going through immigration. Listen to the questions and click on the correct response. | | card are open on the counter between them. |
|---|---|---|---|---|
| 02 | IMMIGRATION OFFICER | Welcome to the U.S. What's the purpose of your visit? | A. I am going to be an au pair on a J-1 Visa.<br>B. I am just visiting the country.<br>C. I am a student. | |
| 03 | ANNA | Good, this is the correct answer. | | User clicks A |
| 04 | ANNA | I don't think that answer gives the Immigration Officer enough information. | | User clicks B |
| 05 | ANNA | Not exactly. You won't technically be a student in the U.S., so that is not the best answer. Try again. | | User clicks C |
| 06 | IMMIGRATION | Where are you | A. I am going to | |

InterExchange0005197

PLAINTIFFS' RESP. APP.0002613

| | OFFICER | going and what will you be doing here? | B. San Francisco to be an au pair for the Miller family. <br> C. Doing an internship at a bank. <br> D. I'm not sure yet. | |
|---|---|---|---|---|
| 07 | ANNA | Right. That sounds like a great response. | | User clicks A |
| 08 | ANNA | No, this type of job is not allowed on your visa. | | User clicks B |
| 09 | ANNA | No, you should be able to explain what your living and work plans are. Make sure are ready to explain them. | | User clicks C |
| 10 | IMMIGRATION OFFICER | How long will you be staying in the U.S.? | A. I hope to get a permanent job so I won't have to leave. <br> B. I'm returning on September 15th, that's the program end date on my DS-2019 form. <br> C. I'm not sure yet. | |
| 11 | ANNA | Remember, this is a cultural exchange program, and you are required to return to your home country | | User clicks A |

InterExchange0005198

PLAINTIFFS' RESP. APP.0002614

| | | upon completing the program. | | |
|---|---|---|---|---|
| 12 | ANNA | Perfect! Try to give the immigration officer a specific date, explaining how long you'll be staying in the U.S. | | User clicks B |
| 13 | ANNA | You should know when you will return home. In most cases, you will need to return home within 30 days after your program end date—we'll discuss this further later in the orientation. | | User clicks C |
| 14 | IMMIGRATION OFFICER | Where will you be staying? | A. I'm not sure yet.<br>B. Somewhere in New Jersey<br>C. I am staying at the New Yorker Hotel then I move to my host family home in California. | |
| 15 | ANNA | You should know where you are living when you arrive in the U.S. Try again. | | User clicks A |
| 16 | ANNA | This answer isn't specific enough. Try again. | | User clicks B |

InterExchange0005199

PLAINTIFFS' RESP. APP.0002615

| 17 | ANNA | That's a great plan! | | User clicks C |
| 18 | IMMIGRATION OFFICER | Welcome to the United States. Enjoy your stay. | | Immigration officer stamps the passport, DS-2019 form and I-94 card. |
| | | | Click to continue | Click to continue |

Chapter 4: Orientation and Training in NYC

• Getting to the Hotel

Voiceover: You will arrive to one of the three major airports in New York City – La Guardia (pic), JFK (pic), or Newark Liberty (pic). After you go through customs, make your way to the Baggage Claim area (pic). Be sure to collect all of your bags. Have the address of the Orientation & Training location in case the airline lost your bags. You can find this address in the Pre-Arrival Packet that you received in your home country. Fill out a form in the Baggage Claim area and have the airline deliver the bags directly to the hotel.

Anna: When you have all of your bags, you need to contact SuperShuttle (pic). SuperShuttle is the van service that will take you from the airport and drive you to the hotel. **If you do not call SuperShuttle, they will not come to get you.** Find SuperShuttle's free, complimentary phone service in the Baggage Claim area. If you are having a difficult time locating the phone service, ask at the Information Desk (pic). When you call SuperShuttle, tell them what airport and what terminal you are in. Tell them you will be going to the New Yorker hotel in Manhattan, at 8th Avenue and 34th Street (Text: New Yorker Hotel 8th Avenue and 34th Street Manhattan). If you are in a group, tell them how many people there will be. Have SuperShuttle give you instructions on where to find the van (pic). Be prepared to pay approximately $20 for the shuttle, plus a $2-3 tip.

If you decide to take a taxi, be sure to take a registered taxi from the official taxi queue (pic: taxi queue). **Do not accept a ride from anyone who approaches you directly.** (Text: Do not accept a ride from anyone who approaches you directly.) If you have any questions about the official taxi line, ask at the information desk. Be prepared to pay approximately $50 for a taxi, plus a tip.

Voiceover: You will be dropped off at the New Yorker hotel (pic: Hotel New Yorker). If you arrive to the hotel between 12 noon and 8pm, inside the lobby you will meet a representative from InterExchange (pic: InterExchange desk). He or she will give you important information about Orientation and Training. You will receive materials, your meal vouchers, nametag, and your room key (pic: materials). If you arrive very early, please go straight to the Reception Desk for your room key. Come back to the lobby between 12 and 8pm to collect your materials. If you arrive very late, or your flight was

PLAINTIFFS' RESP. APP.0002616

delayed, you can find your materials at the Reception Desk. Be prepared for Orientation and Training to begin at 8:30am on Tuesday morning.

Anna: When you come down for breakfast on Tuesday morning, check the reader board in the lobby of the hotel (pic: New Yorker reader board). It will tell you where the Orientation and Training room is located. Look for InterExchange, the room name and floor. Plan to arrive in the room at 8:20. That will give you time to settle into our seats and begin promptly at 8:30. Be sure to bring all of your documents with you: your passport and J1 visa, your DS 2019, and your I94 card. Also bring your completed Child Care Test and your signed Child Care Verification Form (pic: all forms). Be sure to have breakfast before you come to the room; do not bring food items in with you. Again, be sure to arrive early and be prepared to start your Orientation and Training!

- Food and Accommodation

Voiceover: You will be staying in the New Yorker Hotel in mid-town Manhattan (map). The New Yorker Hotel is one block away from Penn Station (pic: map), three blocks from the Empire State building (pic: point out on map), and 8 blocks away from Times Square (pic: point out on map). The New Yorker Hotel is in the center of everything that New York City. (series of pictures)

Anna: You will be sharing a room with one or two au pairs from different parts of the world. You will staying in a well-appointed room with an en suite bathroom, television, desk, and free wireless internet (pic: hotel room). You must stay in the hotel every night, and we expect you to be back in the hotel no later than 11pm every evening. You are not permitted to have guests in your room. All hotel rooms are non-smoking. There is a pharmacy diagonally across the street called Duane Reade (pic: 34th st Duane Reade). You can find all of your toiletry needs there (pic: toothbrush, toothpaste, deodorant, etc). There are many nearby restaurants, cafes and shops.

Voiceover: When you arrive in the hotel, you will receive a packet of information (show packet). You packet will include: An Au Pair Orientation Handbook (pic), a tote bag (pic), and your name tag (pic). In the back of your name tag, you will find your meal vouchers for breakfast and lunch on Tuesday, Wednesday and Thursday, and for breakfast on Friday. All meals take place at the Tick Tock Diner in the lobby of the hotel (pic: Tick Tock). There are set menus for meals in your Au Pair Orientation Handbook. Be prepared to leave a one to two dollar tip per person at every meal (show two dollar bills). Dinners are on your own. There are restaurant suggestions in your packet.

- Schedule for the week

Voiceover: Orientation & Training begins on Tuesday at 8.30 am. Be sure to arrive 10 minutes early so we can begin promptly at 8.30. Remember, it is a US Department of State requirement that you come to every class. Here is a brief outline of your schedule: Tuesday 8.30 – 9:30 Introduction and Program Regulations. 9:30 – 11:30 Communicating with your American Host Family. 11:30 – 12.30 Lunch. 12:30 – 4:30 Working with Infants

ATTORNEY EYES ONLY

InterExchange0005201

and Toddlers. Wednesday 8:30 – 9:30 Driving in the US. 9:30 – 11:30 Working with Pre-Schoolers and Kindergarteners. 11:30 – 12:30 Lunch. 12:30 – 4:30 Working with School-Aged Children. Thursday 8:30 – 5:00 CPR, First Aid, Health and Safety Workshop. 5:00 – 6:00 Documents and Domestic Transportation (list schedule on a "calendar").

Anna: My InterExchange Au Pair Orientation and Training was a lot of fun! I learned lots of important information and met other au pairs from all over the world! I am sure that we will be friends for a long time (pics: from O&T). Here's some advice to make the most of your Orientation & Training: Be on time to every class. Punctuality is very important. There are a lot of things to cover in class, so it is necessary to be on time. In fact, it is better to be a few minutes early so you can settle in (pic: clock). Speak only English in class; it is a great time to practice! It's never nice when classmates are speaking a language that you don't understand. At Orientation & Training, English is our universal language; so only speak English to each other.

Anna: During your free time, you can go explore New York City! You can choose to go on our organized tour, or you can explore with the group. The Orientation & Training takes place right in mid-town Manhattan, within walking distance to some of New York City's biggest tourist attractions: Times Square, Rockefeller Center, the Empire State building, and many more! (pics) Use your free time to see all that New York has to offer!

- Traveling to your Host Family

Voiceover: On Thursday afternoon, you will receive your final documents and your travel arrangements. You should know by this time how you will travel from Orientation & Training to your host family's home. We will give you your travel details on Thursday and go through them together. (pic: post-orientation packet)

Anna: After my Orientation & Training, I took another airplane to reach my host family. It was important to know what time my shuttle was coming to the hotel. Always arrive 10-15 minutes before the scheduled time. Be sure to check with the airline about how much luggage you can bring on the plane. Be prepared to pay for additional bags and overweight items.
Some of the friends I made at Orientation & Training were picked up by their host families directly from the hotel. These friends typically were staying nearby in the greater New York area. Other friends were taking buses and trains to their host families' homes. Specific information on taking a bus or a train is discussed on Thursday afternoon in Orientation and Training.

Chapter 5: In-Home Orientation with your Host Family

- Greeting your Host Family

Voiceover: When you meet your host family for the first time, make sure that you are on time. Punctuality is very important in American culture, and it is important that you make a good first impression (Pic: Clock. Text: Be on time!). If you are meeting in an airport or

ATTORNEY EYES ONLY

PLAINTIFFS' RESP. APP.0002618

another busy area, make sure you discuss what clothes you will be wearing beforehand. Have the InterExchange T-Shirt that you receive at Orientation & Training on or be holding your InterExchange bag. Make sure you are able to identify your host family members.

Every host family/au pair meeting is different, but you can expect a hug from the host mom and a handshake from the host father. Younger children often have "Stranger Anxiety", which means that they are nervous around new people. Do not take this personally. It is perfectly normal to have young children be afraid when meeting you for the first time. It is a good idea to have a small gift, flower, or souvenir to give to your host children. Get down to their level and present them with it (pic: au pair kneeling down to a shy host child). Do not be offended if they do not come to you. The important thing to remember is to "get low and go slow" (Text: Get low and go slow). Remember: you are a stranger to them right now, but soon you will know each other very well.

- 3-Day Training period

Voiceover: When you arrive to your host family's home, you will begin a 3-day training period called the "In-Home Orientation" (Text: In-Home Orientation). This is the time when the family will discuss your role as their au pair in great detail. You will learn a lot during these first few days. At Orientation & Training you receive a Communication Log (pic: Communication Log). Write down important information so you can reference it later. Be sure you have all important numbers and addresses written down.
It is a US State Department requirement that you cannot be responsible for the host children for the first three days in the host family's home. (Text: You cannot be responsible for the host children for the first three days). These days are for you to be trained by the host family, learn your way around the house and get settled into your new room.

Anna: The first weekend with my host family was a little overwhelming! Luckily, they were very patient with me and explained everything in detail. Meeting my host children was very exciting! I was nervous, but very happy to be with my host family at last. During my first three days I learned a lot about my responsibilities as au pair.
Some of the things we talked about were (Text: Read and Bullet):
- o  House Safety
- o  Household Appliances
- o  House Tour, Food and Meals
- o  Transportation and Car Use
- o  Phone and Computer Use
- o  Household Rules
- o  Chores and Cleaning
- o  Caring for the Children.

We also had a tour of the house and of the neighborhood. They took me to the local shopping plaza, supermarket, and showed me where the school was located. (pic:

ATTORNEY EYES ONLY

PLAINTIFFS' RESP. APP.0002619

shopping plaza, supermarket and school). Since part of my responsibilities was driving, we spent a lot of time practicing. It was very important for my host family to explain local driving laws and how to operate their car. We spent about 10 hours practicing driving!

During my first weekend, I also received a welcome call from my Local Coordinator. She called to make sure that I arrived ok, asked if I had any questions, and made an appointment to come out and meet with me in person. (pic of LC on phone).

- Applying for your SS card, bank account, and driver's license

Voiceover: After you are in the U.S. for two weeks, you will need to apply for a Social Security card (pic: SS card) with a Social Security number. You cannot apply before this two-week period ends. Your Social Security number is an identification number used by the government for tax purposes. You will also need this number for a number of different procedures, such as opening a bank account and enrolling in your classes. You will receive instructions on filling out a Social Security application along with a letter to the Social Security office during Orientation & Training. When you go to the Social Security office, you must bring your application, letter, DS2019 form, and your passport with your visa and I94 card. (pic: SS office). As soon as you apply, you will receive a proof of receipt from the Social Security office. This receipt has your Social Security number and is valid immediately. Keep this information private. You will receive the card in the mail in the coming weeks. Protect your Social Security number and card. Don't give it to anyone except when opening a bank account or when you specifically need it. Don't carry your card with you. Keep it in a safe place with your other important papers. Never let anyone else use your Social Security number as their own. You can go to prison for misusing or selling your Social Security number (Text: Bullet and read)
Protect your Social Security number and card.
- Don't give it to anyone except
  - When opening a bank account
  - When filing your taxes
  - When registering for classes
- Don't carry your card with you.
- Never let anyone else use your Social Security number as their own)

Anna: After I received my SS number, I was ready to open my own bank account. Talk to your host family about where to open a bank account (pic: different bank logos). It is often easiest to have a bank account in the same bank as your host family. This way they can do direct deposits. I opened a checking account so I could get a debit card. I used this debit card at Automatic Teller Machines, or ATMs (pic: ATM). This way I didn't need to carry a lot of cash with me or have a lot of cash in the home.

Voiceover: It is important to understand whether or not you will need to get an American Driver's License during your stay if you intend to drive. Each state has different laws, so you need to do research on your state Department of Motor Vehicles, or DMV (Text: Department of Motor Vehicles DMV). Look online to see more information on your state's

ATTORNEY EYES ONLY

InterExchange0005204

DMV. If you are not going to drive in the United States, or if your state does not require an American Driver's License, then it is recommended that you obtain a Non-Driver's ID card (pic: Non-Driver's ID card). This card will serve as official identification while in the U.S. This way you can leave your passport at home and not need to carry it with you.

Chapter 6: Understanding your hours, stipend, taxes and education credits

- Stipend, Room & Boards, and extras

Voiceover: As an au pair, you will receive room and board from your host family. Every au pair has a private room for his or her use during the year. The room must be private; that means that the family cannot use the room for anything else. Talk to your host family before you arrive about your room. Ask what is provided and what you should bring with you. Have them show you pictures so you know what to expect. (pics of example rooms) You will also receive board from your family. That means that you will be provided with meals. There should be food for your personal use in the house.

Anna: There was always food for me to fix my own breakfast and lunch during the day. I also had lots of things to snack on throughout the day. For dinner, some days I ate with my host family and sometimes I went out with my friends. And then some nights I made my own dinner at home. Make sure to tell your host family what food you would like to have in the home.

Voiceover: You will receive a weekly stipend, or payment, directly from your host family. You will receive $195.75 every week. The US government sets this amount, and your host family must pay this every week, regardless of how many hours you work. Your host family cannot pay you less than this amount. Keep track of the amount of hours you work on the Record of Hours Worked and Payment Received (pic) sheet that you receive at Orientation & Training. This will help you pay for taxes. If you are not receiving your stipend amount on time, or if you are working more than the maximum amount of hours, your Local Coordinator will ask to see this sheet. It is your responsibility to fill this out every week. (Highlight the different areas): Put the week's end date here. Did you receive 1.5 consecutive days off? Yes or No? Write in the amount of stipend that you earned and the date you received it. Write your initials here. Your initials are the first letters of your first name and your last name. Have a host family member write his or her initials here. Fill in the total amount of hours here. At the end of the month, did you receive a full weekend off? Write Yes or No here.

| VO # | VO Label | CC Script | On-screen Text | Graphics/Development Notes |
|------|----------|-----------|----------------|----------------------------|
| | | | Program Essentials | Slide title |
| 01 | ANNA | When you are working for a host family, there are | | POV of user looking at the host family around a kitchen table. The |

ATTORNEY EYES ONLY

InterExchange0005205

| | | essential rules that the family must follow in terms of your working hours and time off. Listen to the questions and click on the correct response. | | Host Family Handbook, the Au Pair Handbook, Communication Log and Record of Hours Worked and Payment Receive is between them. |
|---|---|---|---|---|
| 02 | Host Mom | How many hours are you able to work per week? | A. 20 hours<br>B. ~~45 hours~~<br>C. There is no maximum | |
| 03 | ANNA | Sorry, this is incorrect. | | User clicks A |
| 04 | ANNA | Good, this is the correct answer. | | User clicks B |
| 05 | ANNA | Definitely not. There is a maximum amount of hours you can work. | | User clicks C |
| 06 | Host Mom | How many hours are you able to work per day? | A. ▮▮▮▮<br>B. All day<br>C. I'm not sure yet. | |
| 07 | ANNA | Right. You can work a maximum of 10 hours in a 24 hours period. This can be split up into different shifts or all at one time. | | User clicks A |
| 08 | ANNA | No, this is not allowed on your visa. | | User clicks B |
| 09 | ANNA | No, you should be aware how many hours you can work as an au pair. Please read your Au Pair Handbook carefully. | | User clicks C |
| 10 | Host Mom | How many days of vacation do you receive during your | A. I don't have a paid | |

InterExchange0005206

PLAINTIFFS' RESP. APP.0002622

| | | au pair year? | B. vacation working as an au pair. <br> B. I get as much paid vacation as I want as an au pair. <br> C. I get two weeks of paid vacation. | |
|---|---|---|---|---|
| 11 | ANNA | Remember, this is a cultural exchange program, and you do receive paid vacation so you can travel around the U.S. | | User clicks A |
| 12 | ANNA | No, that is not correct. You have responsibilities to the family to provide child care as their au pair. | | User clicks B |
| 13 | ANNA | Yes! Technically you receive 11 paid days of vacation. You earn one day of vacation for every month that you work, starting after the first month. Since an au pair's working week is typically 5.5 days, we generally say two weeks. | | User clicks C |
| 14 | Host Mom | How much time do you have to travel in the U.S. after your program ends, i.e. the last day on your DS2019 form? | A. Until whenever I like. <br> B. I need to leave immediately. | |

ATTORNEY EYES ONLY

InterExchange0005207

| | | | C. ▮▮▮▮ | |
|---|---|---|---|---|
| 15 | ANNA | You need to leave the program on a specific date. You cannot stay in the U.S. indefinitely. | | User clicks A |
| 16 | ANNA | No, you have time to travel when you are finished working. | | User clicks B |
| 17 | ANNA | That's perfect! | | User clicks C |
| | | | Click to continue | Click to continue |

- Filing for taxes

Voiceover: Every au pair must file and pay for taxes. Unlike traditional jobs that receive a paycheck, taxes for au pairs is not taken directly out of the stipend. Instead, au pairs receive the stipend in full, and must pay taxes back to the government at the end of the calendar year. You will receive specific information about taxes via email when tax season begins in January. For now, let's go over some basic information.

Bruno: Hi, it's Bruno here! Let's go over some tax facts. Tax Fact #1 (Text on a school board: Tax Fact #1… – same for all the rest). The U.S. Tax Year goes from January 1st through December 31st. Tax Fact #2: If your au pair year includes two different calendar years, you will have to pay taxes for both years. For example, if your au pair year goes from October 2012 to October 2013, you pay taxes for the calendar years 2012 and 2013. Tax Fact #3: You cannot pay your taxes for the current year until after December 31st. You then have until April 15th to file and pay your taxes for the previous calendar year. Tax Fact #4: Even if you return to your home country, you still need to file and pay your taxes. You can pay your taxes from overseas. Tax Fact #5: Au pairs receive an exemption amount on their taxes which is an amount of money that you make that is "tax free". For the calendar year 2012 this amount was $3,850. To calculate how much you owe, you add up the total amount of money that you make in one calendar year, subtract the exemption amount, and the remaining total is the amount that you pay taxes on. Tax Fact #6: If you make less than the exemption amount for that year, you do not have to file or pay your taxes.

Here is an example (Write out equation on board): I worked 24 weeks in the calendar year of 2012. After I added up all of the stipends that I earned in 2012, I had a total of $4,698. Then I subtracted the exemption amount for 2012, which is $3,850. The money that I owe taxes on is then $848. So I need to pay the government taxes on $848, which is

ATTORNEY EYES ONLY

InterExchange0005208

**approximately** $84. Remember, InterExchange will be sending you more specific information, including links to the IRS website (pic: IRS logo) during tax season which runs from January to mid-April.

- Education and credit requirements

Voiceover: As an au pair in the United States, you are required to receive at least 6 educational credits over the course of your year (pic: University). This is a great opportunity for you to study here in the U.S. You will receive up to $500 from your host family to put towards your classes. (Text: $500). Any class fees that exceed $500 will be the au pair's responsibility. A typical university or college course is 3 credits, so it is very common that au pairs take two classes during the year, one per semester.  Your Local Coordinator will help you find classes that are in your area.

Bruno: The classes that you take need to fit three conditions in order to be counted towards your required educational credits. #1: Your classes must be post-secondary. That is, the classes must be after the high-school level. (Text: Write on board: Post-Secondary) #2: The classes must be accredited. (Text: Write on board: Accredited) This means that the government must approve of the school as a recognized learning institution, so classes at local Recreational departments or small, individually owned learning institutes are not permitted. #3: The classes must be academic in nature (Text: Write on board: Academic in nature). This signifies that the class must take place in a classroom setting and must be academic. Athletic courses, online courses, cooking courses, or driving classes are not accepted for credit. Also *not* accepted for credit are classes that earn 3 or more credits in one weekend and classes that are specifically designed for au pairs. The U.S. Department of State put the educational requirement into this program in order for au pairs to be part of their local community, participate in a college course, and meet young Americans their own age. Any class that is finished in one weekend or is for au pairs only does not fit with the spirit of the program.

Chapter 7: Staying safe and healthy

- Health Insurance

Voiceover: The health care industry in the United States works very differently than health care in many other countries. While in the U.S. you must have private health insurance at all times. From the moment au pairs step off the plane they are covered under the Aetna Student Health (Text: Aetna Student Health and logo) accident and sickness insurance policy. Please read the Aetna Student Health brochure located in your Pre-Arrival packet carefully (pic: Aetna brochure). This brochure describes what is covered by your health insurance during your year. Show this brochure to your host family when you arrive to their home. It is important that they understand what type of health insurance you have. Find a local doctor before you need one. Your host family and Local Coordinator might have recommendations for you. Call doctor's offices and make sure that they accept Aetna Student Health. You can also find information on our website under Au Pair resources. An Aetna Student Health card will be waiting for you (pic: Aetna

InterExchange0005209

ID card). Carry this card with you at all times. Show this card to the doctor's office before an appointment. If you do not have your card with you, you can give the office your name and birthday so they can locate you in Aetna's system. If they cannot locate you, please contact InterExchange for more information.

Also talk to the host family about information you need to know about your host children's health insurance in case of an emergency. Make sure you understand where to find that information.

Anna: Health care in the U.S. is very expensive. The way insurance works is through a co-pay system (Text: Co-Pay). This means that every time you see a doctor, you pay some and your health insurance pays some. A co-pay (Highlight "Co" then "Pay"). For example, a typical doctor's visit will cost around $200. Your Aetna Student Health co-pay for a doctor's visit is $50 (Text: add "= $50" to the co-pay text). So when you visit the doctor's office, your health insurance pays $150 and you pay $50. Prepare to pay $50 every time you go to the doctor. For an emergency room visit, your co-pay is $250 (text: add "In an emergency" and change $50 to $250). If you go to the Emergency Room and are then admitted to the hospital, the co-pay reduces to $50. Only go to the Emergency Room in the event of an actual emergency and see a doctor for lesser illnesses and injuries.

Prescription drugs (pic: Rx slip) for illnesses that start while you are in the U.S. are covered 100% by Aetna Student Health. However, most of the time you will need to pay for the prescription drug out-of-pocket and then by reimbursed by Aetna through a claim form. This means you will go to the pharmacy with your prescription (show AP going to pharmacy window) and pay for the prescription drugs with your own money (show AP paying for drugs). When you return home you need to fill out a Prescription Drug Claim Form which can be found on our insurance website: (pic: Claim form and resources website). Follow the instructions, send this form to Aetna (pic: mailbox), and they will send you the money back (show AP with money back in her hand).

Voiceover: It is important to remember that your Aetna Student Health care only covers incidents that happen while you are in the U.S. and does not cover pre-existing conditions or routine check-ups. Aetna Student Health will not pay for any illnesses or conditions you had before arriving in the U.S., and you will be responsible for paying any costs relating to that condition. Prescription drugs concerning pre-existing conditions, such as asthma inhalers or insulin, are not covered by Aetna Student Health insurance.

- Sex and getting pregnant information

Voiceover: The attitude towards sex in the United States is very different from what you might think. The reality does not look like Hollywood (pic: Jersey Shore cast with a red circle cross-out). Typically Americans are very conservative, traditional and sometimes very religious. Keep in mind that we are a conservative culture when you are planning what to wear around town, to the public swimming pool and in your host family's home. Please keep your private sexual life private. Never bring a stranger into your host family's home. To the female au pairs: do not get pregnant during your year as an au pair. You will

ATTORNEY EYES ONLY

InterExchange0005210

PLAINTIFFS' RESP. APP.0002626

be sent home immediately. If you plan on using birth control during your year, please bring enough to use during your time here. It will not be covered under your health insurance.

- Posting pictures and geo-tracking on social media sites

Voiceover: Nowadays it is important to be mindful with what you post online (pic: facebook and twitter logos). (Text: the following points as bullets). #1: Never mention your host family's address, name or telephone number on any social media sites. #2: When you post on facebook or twitter, make sure that your geo-tracking abilities are turned off. #3: Never post a picture of any members of your host family online without specific permission from your host family. #4: Be very careful of your status updates. #5: Never meet with anyone that you meet online in private.
Remember that you are here as an ambassador of the au pair program and of your home country. Always post professional updates and statuses on online platforms. Your and your host family safety and security of comes first.

*Chapter 8: Maintaining a good relationship with your Host Family*

- Communication is Key! Weekly meetings and Communication Log

Anna: You will wear a lot of hats as an au pair (Pic: AP with changing hats: chef, nurse, clown, cowgirl, baseball helmet, etc). Being an au pair is a very rewarding and very challenging experience. You will have very good days and very bad days. If you are going through a difficult time, make sure to remember that you have a lot of support. Clear, open communication with your host family is an essential part of having a great year. Always remember: Be open, honest and polite with your Host Family. (Text: Be open, honest and polite with your Host Family). If you need to sit down and discuss an issue, write the things you want to talk about down in a list. This will help you get your point across. Discuss issues as they come up; do not keep quiet about something that is bothering you only to make it become a larger problem than it is. Keep separation of work and family time (Text: Keep separation of work and family time). Part of being an au pair means that you have a unique living situation; you live with the family you work with. Younger children have a difficult time understanding when you are on-duty and when you are off-duty. It is important that you keep a distinct separation when your shift is over. When your host parents arrive home and you are off-duty, have a conversation with them about the day, and then leave the house. I recommend that you leave the house for an hour or more. That way it is clear when you return that you are off-duty. Take a walk, get a coffee, go for a drive, meet with friends, go to the gym, etc. There will be a lot you can do! Remember to schedule meetings with Host Family (Text: Schedule meetings with Host Family). I suggest scheduling a weekly meeting on Sunday evenings when the host children have gone to bed. This is a good time to discuss the previous week and any important reminders about the week to come. If you found anything difficult about the week, for example if there was a conflict between two sisters, ask your host family for advice on how to handle this in the future. It's important to share feedback with them and to seek recommendations from them. If you have any problems with your host family,

ATTORNEY EYES ONLY

InterExchange0005211

PLAINTIFFS' RESP. APP.0002627

talk to your: Host Family, Local Coordinator, New York Office (Text: If you have any problems with your host family, talk to your: Host Family, Local Coordinator, New York Office. Bullet last three items). Remember that you have a whole network of individuals who are here to support you. If you are having difficulties with your host family, the first people you want to talk to is your host family. Try to resolve any conflicts that you may have. If that is not working, then it is time to talk to your Local Coordinator. Your Local Coordinator is the first point of contact when problems arise. If for any reason you feel that you cannot speak to your Local Coordinator, you need to contact the New York office. There is nothing that the New York office has not heard before, so never hesitate to contact them under any circumstances. All of our New York staff has been in your shoes before: traveling, working and/or studying abroad. They are here to support you!

- Reporting a problem on Passport [process to be discussed with MM]

Chapter 9: Culture Shock

- What is culture shock?

Voiceover: Cultural shock is a way to describe the process of leaving a familiar culture to live in a new and very different culture. Nearly everyone experiences some degree of cultural shock when moving to a new country. It is important to remember that this is a perfectly normal process that happens during the first part of your year. Plan ahead for this and be prepared before you arrive to the U.S.
- The process of adjustment



The Process of Adjustment

(Have a similar chart describing the process.)

Voiceover: Click on each stage to hear a description.
(User clicks on Leaving Home) Leaving home is an exciting time! You are making your final preparations, talking to your host family, securing your visa, saying goodbye to family and friends, and more! There are a lot of emotions and nerves at this time.

PLAINTIFFS' RESP. APP.0002628

(User clicks on Arrival in the US) The nerves continue as you arrive in the U.S. to begin your year. Perhaps you are communicating in English regularly for the first time. Maybe it is your first time leaving your home country. There is a lot of stimulation when arriving to New York City, attending Orientation & Training, and meeting fellow au pairs from all over the world.

(User clicks on the Honeymoon Stage) The Honeymoon Stage can last anywhere from two weeks to the entire year! This is the stage where everything is new, different, exciting and challenging. You are learning new things about this new culture each and every day, and it is awesome! You are excited and asking lots of questions.

(User clicks on Cultural Shock/Feeling Unhappy) And then culture shock sets in and you may start to feel unhappy and depressed. Perhaps things are not bright and new anymore. Maybe you start to miss home. You could start to complain a lot about the differences in your culture. Maybe you want to spend a lot of time alone.

(User clicks on Adjusting) Sometimes as quickly as cultural shock begins, it ends. You start to form a bond with your host family, make friends, start classes, and become a member of your community. You begin to see how you fit into your new home and new city. You begin to look forward to this life-changing year ahead of you!

(User clicks on Arrival Home/Reverse Culture Shock) It may sound strange now, but most au pairs go through reverse culture shock when they return home. You have become a new, more independent and worldly person. You have grown a lot over your year abroad. It may take a few weeks to readjust to being home again and you may miss all your new friends and family members in the U.S.

(User clicks on Re-Adjusting) Do not be alarmed; the re-adjustment period does not last long. Soon enough you will move into new jobs or new studies, yet keeping in contact with the new people in your life from around the world. You start to pick up where you left off and move forward.

(User clicks on Adaptation to Life in Home Country) Many au pairs form relationships during their au pair year that last for the rest of their lives. Sometimes host families make trips to see them in their home countries or vise versa. Life will go back to normal, but your year, or two!, as an au pair will always be a part of you.

Anna: Here are symptoms to look for during your first few weeks in the U.S. These are classic symptoms of culture shock and are perfect normal (Bullet list and read):

- You may feel sad and lonely
- You may sleep a lot
- You may feel an overwhelming sense of homesickness
- You may try to get in touch constantly with friends and family from home
- You may complain a lot about everything
- You may be anxious about your new job
- You may become dependent upon other participants from your home country.
- You may have trouble speaking and understanding English
- You may think about returning home
- You may question your decision to move

ATTORNEY EYES ONLY

InterExchange0005213

PLAINTIFFS' RESP. APP.0002629

But don't worry! There are many ways to overcome culture shock and make the most of your time here. Here are some ideas to keep in mind (Bullet list and read):

- o  Understanding that this is a normal experience may in itself be helpful
- o  Communicate with other au pairs, your Local Coordinator and your host family
- o  Keep in touch with home, but not every minute of every day
- o  Think back to before you came to the US, and remember why you wanted to participate in the program
- o  Stay positive!
- o  Keep an open mind and a sense of humor
- o  Make friends in your area
- o  Write it down in a journal or diary
- o  Ask your host family lots of questions

The most important things to remember are to stay positive and keep an open mind. Realize that this is a natural process, and does not indicate how your whole year will be. Go out there, make friends, and become a member of your community as soon as possible. You are not coming all the way to the U.S. to sit and Skype with your friends at home every night. Make the most of every opportunity and you'll have a fantastic year!

Chapter 10: Transitions and Termination of program

- • Transition Essentials

Voiceover: A transition, also known as a re-match, is when a host family and au pair match is not working. Transitions happen when there are unsolvable problems and the only way to fix the situation is to match the au pair with a new family. Your Local Coordinator will review the situation before moving into transition. This review is called a 3-point meeting, which is a discussion between the host family, au pair, and Local Coordinator (pic: host family, au pair, and LC around a table). At the 3-point meeting you will talk about the problems you are experiencing and decide how to proceed. Many times the problems are resolved and the au pair can stay with the host family. Other times we will begin the transition process. Here are some of InterExchange's transition policies. (Text: Read and bullet titles)

- o  30 days no-move policy: It takes at least one month to adjust to the new living situation. Most placements are successful once everyone gets to know each other, especially the au pair and the children.
- o  Two week re-match period: There is a two week notice policy once the host family and au pair have decided to go into transition. The host family and au pair will remain together for two weeks while interviewing other parties. This guarantees housing for the au pair and child care for the family.

ATTORNEY EYES ONLY

InterExchange0005214

PLAINTIFFS' RESP. APP.0002630

- o No eviction: The host family cannot force an au pair from their home under normal circumstances.
- o No local reassignment: InterExchange will not match you with a new family in the same area. Au pairs in transition must be open-minded about moving to a new community.
- o No self-matches: You pair cannot find your own new family for re-match. You must follow InterExchange's procedure.
- o Payment: Au pairs must receive their stipend when working with a host family. Any debts for vacation time, bills, etc. must be settled before moving to a new host family.

If you are in transition for poor English skills, inappropriate behavior, safety concerns or poor driving ability, it may be difficult to match you with a new family. If no family is available during the two-week matching period, you will return home at your own expense. While the most qualified au pairs are re-matched, we cannot guarantee placement for au pairs in transition.

- • Reasons you might be sent home

Voiceover: There are circumstances when an au pair will be sent home immediately and not go into transition. Here are a few examples (Read and bullet titles):

- o Hitting, shaking or spanking a child: Any abuse is absolutely not tolerated and the au pair would be sent home immediately, possibly following legal procedures as the case permits.
- o Sleeping while you are working: When an au pair is on-duty they take full responsibility for the children in their care. Sleeping while working on-duty is grounds for immediate dismissal.
- o Leaving children in water alone: Children should never been in or around water alone for even a minute. Au pairs who leave children in or around water without direct supervision will go home.
- o Drinking alcohol/smoking on the job: Drinking alcohol or smoking while on-duty is strictly prohibited. Any au pair who is doing so will return to his or her home country without delay.
- o Illegal drug use: Any participation in illegal activities will result with the au pair going home immediately. Illegal drug is not tolerated.
- o Bringing strangers and overnight guests into the host family's home: Au pairs must get explicit permission from the host family before inviting any person into the family's home.
- o Breaking any U.S. Laws: Since au pairs are participating in a government sponsored program, if any laws are broken their visas will be revoked without delay and they will return home.
- o Violating program rules: Any au pair who violates program rules as designated by the U.S. Department of State and described in the Au Pair

ATTORNEY EYES ONLY

InterExchange0005215

PLAINTIFFS' RESP. APP.0002631

Handbook will be cancelled from the program and will have to return home at their own expense.

- Leaving the program

Voiceover: If you decide to leave the program and not go into transition, you must notify InterExchange immediately and return home. Then you must provide InterExchange with a copy of your travel information. Failure to do so will result in your visa being canceled by the U.S. Department of Homeland Security. If you leave your host family without contacting InterExchange, you will be considered canceled from the program and we will notify the U.S. Department of Homeland Security. Having such information on your record could prevent you and your family from being able to obtain future visas to the United States. Here are some facts about leaving the program early (Read and bullet titles):

    o Return home within 48 hours: If you leave the program before your end date and do not want to match with another family, you must leave the U.S. within 48 hours and return to your home country.
    o If you quit the program, you must buy your own ticket home: You will be responsible for all travel expenses if you decided to leave the program early.
    o You made an agreement as an adult: Remember that you spent a lot of time, money and energy to participate in this program. You signed a contract with InterExchange that you will complete the year.
    o Your Host Family is depending on you: Your host family also spent a lot of time finding the right au pair for their family. They are counting on you to be in their family for at least one year.
    o *You cannot stay in the USA*: If you decide to leave the au pair program you cannot change visa statuses and cannot remain in the U.S. You entered into the country on an au pair J1 visa. If you are no longer an au pair, you no longer have a valid visa.

Chapter 11: The end of your program year

- Extension Options

Anna: Don't be surprise if you enjoy your time here in the U.S. so much that you would like to extend it for an additional 6, 9, or 12 months! The InterExchange Extension Program (Text: InterExchange Extension Program 6, 9, or 12 months is a wonderful opportunity to continue practicing your English, taking classes and traveling around the U.S. You'll also continue to earn your weekly stipend, have paid vacation time, and receive additional educational allowance.

In order to extend, you must complete an Extension Application, which is located our in the au pair resources page on our website (pic: show resources webpage). You will want to submit your application at least 40 days before the end date on your DS2019. You need

InterExchange0005216

to have completed all of your educational credits, so start thinking about the extension option early on.

During your extension period, you can choose to stay with your host family or be placed with a new host family for a completely different experience. Many au pairs choose to look for a family in different parts of the country or children in a different age group. Extending your program is an easy and free way to gain even more experience as an au pair in the United States!

| VO # | VO Label | CC Script | On-screen Text | Graphics/Development Notes |
|---|---|---|---|---|
| | | | Program Essentials | Slide title |
| 01 | BRUNO | When you are coming to the end of your au pair year, or years, there are some important things to keep in mind. Listen to the questions and click on the correct response. | | POV of user looking at Bruno ready to leave at the airport. |
| 02 | Voiceover | Can you travel outside of the country during your 30-day travel period at the end of your program? | C. Absolutely D. Only to Canada and Mexico. | |
| 03 | ANNA | You are right! You are only permitted to travel within the United States during your 30-day travel period. | | User clicks A |
| 04 | ANNA | No, this answer is not correct. Try again. | | User clicks B |
| 05 | ANNA | No, this is not allowed during the 30-day travel period. | | User clicks C |
| 06 | Voiceover | Is it necessary to buy 30 days of insurance for $50 during my | A. No C. It depends | |

ATTORNEY EYES ONLY
InterExchange0005217
PLAINTIFFS' RESP. APP.0002633

| | | extra travel period? | on how long I am staying. | |
|---|---|---|---|---|
| 07 | ANNA | Sorry, this answer is not right. | | User clicks A |
| 08 | ANNA | You are correct! You must buy 30 days of travel insurance no matter how long you stay after your program ends. | | User clicks B |
| 09 | ANNA | No, this is not true. Please select another answer. | | User clicks C |
| 10 | Voiceover | What airport do you depart from? | A. The closest one to my host family. B. New York City ██ It's my choice. | |
| 11 | ANNA | This is incorrect. Although most au pairs choose to leave from the host family's nearest airport, this is not a requirement. | | User clicks A |
| 12 | ANNA | No, that is not correct. You do not have to return to New York City at the end of your year. | | User clicks B |
| 13 | ANNA | Yes! You can decide which airport you want to fly home from. If the price difference is substantially more expensive, you might be asked to contribute to the cost of the flight. | | User clicks C |
| 14 | Voiceover | Can au pairs continue to work during the 30 | A. ██ B. Sure! | |

ATTORNEY EYES ONLY

InterExchange0005218

| | | day travel period? | C. It depends on if the host family needs extra help. | |
|---|---|---|---|---|
| 15 | ANNA | Correct! Au pairs are not permitted to work during the 30-day travel period. This is for travel only. The last day you can work is on your DS2019 form. | | User clicks A |
| 16 | ANNA | No, this answer is not correct. Try again. | | User clicks B |
| 17 | ANNA | No, the family cannot ask you to continue to work during the 30-day travel period. This is a violation of U.S. Department of State regulations. | | User clicks C |
| | | | Click to continue | Click to continue |

- Completion Certificate

Voiceover: An InterExchange Completion Certificate is mailed to you in your home country 4 to 6 weeks after you have returned home (pic: Completion Certificate). In order to receive your Completion Certificate, you must send the following documents to the InterExchange Au Pair USA Participant Services Manager (pic: show items. Read and bullet):

- o Completed and signed Activity Form
- o The original return flight boarding pass
- o Proof of completing your educational credits
- o Current mailing address in your home country

Chapter 12: Learning Re-Cap

InterExchange0005219

Voiceover: Congratulations, you've completed the InterExchange Au Pair USA orientation course. You should now feel prepared to begin your program. Of course we don't expect you to know it all. If you have questions, check your program handbook or visit our website and social media. You can also contact us directly. We're here to help you.

Click here to print out a checklist of everything you should have an understanding of. If there is anything that is still confusing, try going through that section of the course again.

(Create a PDF on IEX stationary that lists each of the items on the list provided. The participant can use this list to study from.)

At the end of the orientation, they should know:
- How to contact InterExchange during and after business hours
- Pre-Arrival Information
- Documents and Traveling to the United States
- Orientation and Training in NYC
- In-Home Orientation with your Host Family
- Hours, stipend, taxes and education credits
- Staying safe and healthy
- Maintaining a good relationship with your Host Family
- Culture Shock
- Transitions and Termination of program
- The end of your program year

Good luck in your final preparations. We look forward to meeting you in New York City!

ATTORNEY EYES ONLY

InterExchange0005220

PLAINTIFFS' RESP. APP.0002636