# Exhibit 59

# InterExchange Au Pair USA
# International Cooperator Handbook

## About InterExchange

InterExchange is a nonprofit organization with more than 45 years of experience dedicated to promoting cultural awareness through a wide range of affordable and exciting work & travel, professional training, internship, au pair, camp, language learning and volunteer programs within the U.S. and abroad. InterExchange is designated by the U.S. Department of State to sponsor the J-1 Visa for people from around the world who would like to visit and experience the U.S. We are the sponsor for the participants for whom you arrange visits to the U.S.

As a proud J-1 Visa sponsor and cultural exchange organization, we encourage our participants and professional colleagues to learn about The Fulbright-Hays Act of 1961, also known as the Mutual Educational and Cultural Exchange Act of 1961. This important act enables the Government of the United States to:

- increase mutual understanding between the people of the United States and the people of other countries by means of educational and cultural exchange;
- strengthen the ties which unite us with other nations by demonstrating the educational and cultural interests, developments, and achievements of the people of the United States and other nations, and the contributions being made toward a peaceful and more fruitful life for people throughout the world;
- promote international cooperation for educational and cultural advancement; and thus assist in the development of friendly, sympathetic, and peaceful relations between the United States and the other countries of the world.

**Au Pair USA** assists international students and young people, ages 18-26, with J-1 Visa sponsorship to live with and work for an American family as an au pair in the U.S. Candidates may apply for the J-1 Au Pair Visa once they have already secured an appropriate placement in the U.S. Each participant in the InterExchange Au Pair USA program must follow all regulations set forth by the U.S. Department of State and maintain contact with InterExchange throughout the program. In addition to experiencing life in the United States in the safety and security of a pre-screened American host family, we encourage participants to regularly take advantage of the cultural opportunities offered by their local host communities.

**The Goals and Objectives of the J-1 Au Pair Exchange Visitor Program**
Per the program regulations, the primary objectives of the program offered under these regulations are to improve participants' understanding of American culture and society by experiencing life with an American family. Participants can continue to their education while enhancing their host family's and American community's own knowledge of foreign cultures through an open exchange of ideas. A key goal of the Fulbright-Hays Act, which authorizes these programs, is that participants will



CONFIDENTIAL

InterExchange0009311

PLAINTIFFS' RESP. APP.0002683

# InterExchange Au Pair USA
# International Cooperator Handbook

return to their home countries and share their experiences with their countrymen and countrywomen.

**Other InterExchange Programs**

Au Pair USA is a 12-month program that gives young people, ages 18-26, the opportunity to experience the U.S. by living with an American host family and providing childcare. In return for their services, au pairs receive room, board, a weekly stipend, accident and sickness insurance, airfare and up to $500 to use toward college-level educational courses. This program can be extended for an additional 6, 9 or 12 months after successfully completing the original 12-month program.

**Camp USA** program places international participants, ages 18-28, in U.S. summer camps in counselor or support staff positions. InterExchange also sponsors visas for returning staff or for participants who have found their own camp jobs. The Camp Counselor J-1 Visa is a 4-month visa. The InterExchange Camp USA program runs between May 1st and October 15th during the program year.

**Work & Travel USA** offers international university students ages 18-28 the opportunity to live and work in the U.S. for up to 4 months during their breaks from university. Students work in hotels, inns, amusement parks, national parks, retail stores and ski resorts, among other types of businesses. They receive a wage, assistance with housing, accident and sickness insurance, program support and an optional month for travel to explore the United States. Work & Travel USA also offers a 12-month program for citizens of Australia and New Zealand.

The primary objective of the Work & Travel USA program is to provide participants with the opportunity to interact with Americans and experience U.S. culture. Participants' safety and well-being is a top priority to ensure they have a rewarding experience in the U.S.

**Working Abroad** enables U.S. citizens, generally ages 18-30, to experience diverse work experiences overseas. Opportunities include Au Pair, English language instruction, work and volunteer abroad placements. We offer programs in Australia, Africa, Asia, South America and various European countries.

**The InterExchange Foundation** was established in 2007 to provide grants to motivated young Americans who want to contribute to worthy work or volunteer abroad opportunities. The Working Abroad Grant supports participants of select InterExchange Working Abroad programs, and the Christianson Grant supports individuals who have sought out and arranged their own work abroad programs. Many students study abroad every year, but far fewer take advantage of the opportunity to work, intern, or volunteer overseas. By providing financial assistance to talented candidates, we encourage young Americans to discover and contribute to the world and benefit from the unique and enriching insights one can only gain from living and working abroad.

CONFIDENTIAL
PLAINTIFFS' RESP. APP.0002684

# InterExchange Au Pair USA
# International Cooperator Handbook

**Handbook Purpose**

This handbook includes valuable information about InterExchange Au Pair USA. InterExchange recognizes that in order for individuals to compete in a global market, they need to acquire experience living or working abroad. An important aspect of delivering these opportunities is our collaboration with International Cooperators like you, who represent InterExchange in various countries around the world. International Cooperators help to market our programs, recruit and pre-screen candidates, assist candidates in the application and pre-departure phases, and serve as an in-country contact and liaison between InterExchange and potential participants. InterExchange asks that you use this handbook to gain a greater understanding of the programs and their corresponding federal regulations so that you may provide accurate information to potential candidates and help to ensure a successful program.

*For the most up-to-date requirements, policies, news and program updates, please refer to the online International Cooperator Resource Page in InterExchange Passport.*

PLAINTIFFS' RESP. APP.0002685

# InterExchange Au Pair USA
# International Cooperator Handbook

## Program Details and Requirements

InterExchange Au Pair USA offers the standard Au Pair Program. The federal rules and regulations for this program are included in the Appendix.

### Duration:

- Minimum program duration is 12-months
- Au pairs may extend for 6, 9 or 12 additional months upon successful completion of their first 12 months
- Au pair arrivals are scheduled every 2-3 weeks, throughout the year
- One month to travel in the United States after an au pair has successfully completed the program

### Living Arrangements:

- Au pairs live with and work for an American Host Family
- Each au pair will have their own private bedroom and meals provided
- Au pairs work no more than 45 hours per week
- Au pairs work no more than 10 hours per day
- Receive 1.5 days off per week, and one full weekend off per month
- Two weeks (11 days) of paid vacation each year
- Weekly stipend of $195.75 paid by the Host Family; this is based on the federal minimum wage minus a 40% credit for the room and board provided by the host family

### Additional Benefits:

- Accident & Sickness Insurance provided by InterExchange
- Host family pays up to $500 for au pairs to take academic courses at an accredited institution of higher education
- Au pairs must complete 6 academic credits during their 12 months
- Four-Day Orientation and Training Program in New York City!
- Monthly Cluster Meetings and cultural activities with a Local Coordinator (LC) and other au pairs
- Year-round support from InterExchange staff, the LC and your agency

### Financial Details:

As of 2011, International Cooperators cannot charge deposits or bonds to au pairs. This means au pairs cannot be financially penalized by an agency for failing to complete an application, match with a family, or completing the program. Additionally, au pairs cannot receive a bonus for any reason.

Each International Cooperator is permitted to charge additional fees above InterExchange's own programs fees in order to cover recruitment and administrative costs. The fees that you may charge are those agreed upon in your program agreement with InterExchange Au Pair USA. If you wish to make any changes to your fee and/or refund schedule, you must notify InterExchange in

PLAINTIFFS' RESP. APP.0002686

# InterExchange Au Pair USA
## International Cooperator Handbook

writing and obtain confirmation of our acceptance of the proposed change(s) before implementation. Each IC must provide candidates with a list of these fees and when they are due, the refund policy, and a receipt for any and all payments made.

Further, annually updated fee lists must be exchanged between InterExchange and each International Cooperator, as per the federal regulations of the Au Pair program (§62.31). Each fall, the International Recruitment and Placement Manager will let International Cooperators know what the fees will be for the following year, and all cooperators must submit their fee information to InterExchange by the end of the current year in order to maintain a relationship for the following program year.

Candidates pay all fees directly to you, and then you submit the InterExchange portion of the fees to us after an candidate begins the program with a host family.

**The au pair is responsible for the following additional costs:**
- IC program fees
- Police report and doctor fees
- Travel to and from the embassy
- Visa interview fee
- Transportation to and from the airport in New York
- Baggage fees on all itineraries
- Dinner during Orientation & Training week

**InterExchange will pay for:**
- SEVIS FEE
- Flight between the au pair's designated international departure city and New York
- Accident and sickness insurance
- Shared hotel room as well as breakfast and lunch during the Orientation & Training Program

**Host Family will pay for:**
- Education stipend not exceeding $500
- Minimum weekly stipend of $195.75
- Room and board for the au pair
- Transportation to and from cluster meetings and classes for the education requirement
- Car insurance and gas if the au pair's duties will include driving the children

**Accident & Sickness Insurance**
Participants must be covered by accident & sickness insurance for the entire length of the program.
All of our Au Pair USA participants are automatically covered by accident & sickness insurance that meets or exceeds the U.S. Department of State's minimum requirements, as this insurance is included in the program fee. Accident & sickness

PLAINTIFFS' RESP. APP.0002687

## InterExchange Au Pair USA
## International Cooperator Handbook

insurance is not comprehensive health insurance. If an applicant has a pre-existing condition that requires regular doctor visits or medication, he or she should ensure that additional appropriate health insurance is in place to cover any needs that are not related to an unexpected accident or illness. No applicant can decline the coverage offered through his or her program fee.

Detailed information about InterExchange's accident & sickness insurance can be found on our website:
www.InterExchange.org/ap-insurance
Applicants with pre-existing medical conditions or mental health issues should consult their home-country physicians prior to coming to the U.S. to ensure conditions or issues will not worsen if subject to travel-related stress, culture shock, change in diet or climate, etc. Applicants who require continued or extended hospital care and medical treatment while in the U.S. that in InterExchange's opinion interferes with the intended purpose of the program will be asked to return home to seek care at their own expense and may have their program ended.

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002688

# InterExchange Au Pair USA
# International Cooperator Handbook

## SCREENING AND RECRUITMENT

### Recruitment

As an International Cooperator, you are responsible for recruiting prospective candidates within your home country or any other country in which you are licensed to operate and for which a written agreement has been arranged with InterExchange. You may use any number of recruitment strategies, including one or several of the following options:

- Online or paper-based advertisements
- Information sessions and presentations
- Exhibits at fairs and conferences
- Visits to colleges and universities, especially with global education departments
- Former participant referrals

Once candidates express interest in the program, you will be the liaison between InterExchange and these candidates. These candidates will work with you directly to ask questions about the program, confirm their eligibility and inquire about fees.

### Au Pair Eligibility

To be eligible for the Au Pair USA Program, candidates:

- Must be between the ages of 18 and 26 upon arrival in the U.S.
- Have a high school/secondary-school diploma
- Speak conversational English
- Be passionate about working with children
- Have at least 200 hours of child care experience and be able to provide two references from non-family members for at least 200 hours of this experience.
- Provide one character/personal reference from non-family member
- Hold a valid driver's license
- Non-smoker
- Not have been married
- Must not have children of their own
- Pass a criminal background investigation, have no criminal history
- Be in good physical and mental health
- No history of visa denials to the U.S.

### Repeat Participation Is Allowed if the candidate:

- successfully completed his or her last Au Pair Program.
- has spent two years outside of the United States since completing the Au Pair Program.
- Meets all other eligibility requirements at the time of application and arrival in the United States.

CONFIDENTIAL

InterExchange0009317

# InterExchange Au Pair USA
## International Cooperator Handbook

**Inquiry Process**
*Best Season: Fall-Spring*
InterExchange recommends focusing marketing and recruitment efforts during these seasons. Summer is the busiest season for au pairs to arrive, so marketing the program and preparing applications in advance of summer is key to successful promotion of this cultural exchange opportunity.

## Screening
Once potential applicants are identified, you should screen them before inviting them to complete the online application. Interviews may be conducted in person. The results of the interview must be documented on the InterExchange Interview Report Form, which you will need to print and upload to the online application. Only third party organizations with whom InterExchange has a written agreement will conduct interviews on our behalf.

You are encouraged to develop your own screening processes, but the following criteria should be assessed for each candidate:
Program eligibility
Previous J-1 Visa or U.S. immigration experience
English language ability
Maturity and responsibility
Reasons for wanting to participate and future career goals
Understanding of program objective and mission
Desire to return to home country at end of program

When speaking to an interested candidate, here are important questions to consider:

*Does the candidate meet program requirements?*
*How old is the candidate?*
*Has the candidate graduated from high school?*
*When would the candidate like to travel to the United States?*
*Is the candidate available for a full twelve month placement?*
*What type of child care experience does the candidate have?*
*Has the candidate worked with more than one child at a time? Has the candidate been solely responsible for children?*
*Does the candidate have at least two hundred hours of child care experience from non-relatives? Can the candidate provide at least two references from different experiences that verify this?*
*How comfortable is the candidate speaking English?*
*Does the candidate have a full drivers license?*
*How often does the candidate drive? Has the candidate ever had a car accident?*
*Has the candidate ever been to the United States?*
*Has the candidate ever been denied a visa to the United States?*
*Has the candidate ever been married? Does the candidate have his/her own children?*

PLAINTIFFS' RESP. APP.0002690

# InterExchange Au Pair USA
## International Cooperator Handbook

*Does the candidate have anything on their police report?*
*Is the candidate in good physical and mental health? Has the candidate had any recent illnesses or hospitalizations?*
*Why does the candidate wish to come to the United States as an au pair?*
*What will the candidate do at the end of the program?*

## Difficult Placements

Au pairs with the following qualities are **difficult** to match with host families:

- Males (95% of au pairs are females)
- Smokers (not accepted)
- Non-drivers (not accepted)
- Inexperienced Drivers
  - not daily or weekly
  - driving less than 1 year
- Has less than 500 hours of child care experience
- Poor English skills
- Animal allergies (dogs and cats) or health problems
- Geographic preferences
- Strict family preferences

## Easier Placements

Host Families in the United States **want**:

- At least 1000 hours of child care experience
- **Infant Qualified** or Experience with **Special Needs**
- Experienced Driver = 1+ years with license
- Daily/weekly driver
- Mature au pair
- Strong English skills
- Demonstrated passion for working with children
- Applied early enough (3 months before earliest availability date)
- Applied before peak matching season, by June

**Infant Qualified:** Au pair has at least two hundred hours of documented child care experience with children ages 0-24 months. We always need au pairs who are Infant Qualified and prefer to work with babies!

**Special Needs**: Au pair has documented experience working with children that have special needs. We always need au pairs who are qualified and willing to work with special needs children!

## Candidate Email Address

During the application and pre-departure phases, InterExchange will contact you with any questions or to relay information to the candidate. Once participants arrive in the United States, though, InterExchange will contact participants directly with requests, updates and event invitations at the email address provided on their

CONFIDENTIAL

InterExchange0009319

## InterExchange Au Pair USA
## International Cooperator Handbook

applications. Please ensure candidates provide an address that they check regularly
and will continue to use once in the U.S. Also, emphasize the importance of their
reading and responding to any and all messages sent to them from InterExchange.
Failure to do so could be problematic or even result in dismissal from the program.

### The Next Steps
The Au Pair USA Program has specific eligibility requirements; not everyone who is
interested in the program will be able to apply. It is important that you assess each
candidate individually and only allow the most motivated and qualified to continue
with the application process. InterExchange Au Pair USA is unable to guarantee
placements for each candidate, but will do its utmost to match an candidate within
the candidate's available arrival dates.

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002692

# InterExchange Au Pair USA
# International Cooperator Handbook

## THE APPLICATION PROCESS

*Best Season: Winter-Spring*
Candidates should be encouraged to begin applying several months before the busy summer season. The application process takes several weeks, and candidates may need additional time to improve their English, gain additional child care experience or receive documents such as their passport, police report/background investigation and medical report.

### The Application Wizard
All au pairs will apply through InterExchange Passport's online au pair application. We refer to this as the "Application Wizard."

International Cooperators and InterExchange control access to the Application Wizard. Only candidates that have been registered by InterExchange or by an IC can apply. To begin a new application, click on "Create a New Record" from the Au Pairs tab.

Enter the name and email address, and click "Send Registration Email" to give the au pair access to Passport's application process.




CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002693

# InterExchange Au Pair USA
## International Cooperator Handbook



We recommend watching the **training video about "Starting an AP Application"** in your Passport Resources page.

Once the au pair has completed the Application Wizard, the IC will receive an email notifying you of this. The candidate must then download the reference forms (Child Care and Character) and the Medical Report at the end of the Passport Application. They will give the completed documents to the IC for verification. When you are finished, please upload them to the References and Certificates section on Passport.

Your Role in the Application Process:
- IC schedules the in-person interview and selection test
- IC answers any questions the candidate has, conducts the interview and language evaluation, and administers the Booraem-Flowers selection test
- Au pair should have references and supporting documents completed before coming in for the interview


- Your agency receives notification when this is completed.
- **<u>You must then carefully review the application!</u>**
  - ○ Format and Comments:
  - ○ Inconsistent/Confusing Information:
  - ○ Au Pair should answer every question as completely as possible.
  - ○ Review the General Health Section
  - ○ Review The Program Questionnaire:
  - ○ The Dear Host Family Letter:
  - ○ Make sure all photos are appropriate!


All of the documents are organized as follows on the au pair's application –

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002694

# InterExchange Au Pair USA
# International Cooperator Handbook

*Under the References and Certificates Section (Host family can see this information):*
1. Interview Report
2. Child Care References (Single PDF, may be combined with translations)
3. Character References (Single PDF, may be combined with translations)
4. Any English Certificates, Child Care/Training/First Aid Certificates, Life Guard/Swimming Qualifications, or other helpful documents for a host family to see

*Under the Supporting Documents (Host family **cannot** see this information):*
1. High School Diploma
2. Police Report
3. Psychometric Test Results (Score Sheet)
4. Medical Report
5. Copy of Passport
6. Copy of Driver's License
7. (Copy of International License (Only if au pair already has it))
8. (Translations of any of the above documents)

**Things to remember:**

**Interview Report**

- The Interview Report must be conducted in person with the candidate. Interviews conducted over the phone or Skype will not be accepted.

- Write the Interview Report clearly and completely in black ink or typed.

- Remember to speak slowly and clearly so that the candidate can understand all of the questions.

**Child Care & Character References**

- All Child Care and Character references must be verified via phone or Skype. Make sure you have called the references and spoken with them in order to confirm the information provided.

- Make sure the references answered all questions, and **pay special attention to the question "Are you related to the candidate?" Many people mistakenly answer "Yes".**

**High School Diploma**

InterExchange0009323

PLAINTIFFS' RESP. APP.0002695

# InterExchange Au Pair USA
# International Cooperator Handbook

- This should be a secondary education diploma that is stamped and signed, with a date of graduation.

- University diplomas will not be accepted in place of the high school diploma.

**Psychometric Test Results: Score Sheet**

- Make sure the score sheet is uploaded (image – right)

- If the candidate receives a "possible problem" score in any of these scales, have the candidate repeat the exam before submitting the application for review.

- If the candidate received a score that is higher than the "possible problem" range, the candidate must be rejected.



**Medical Report**

- Make sure the candidate has answered all of the questions, including the one regarding **additional insurance** on the first page.

Are you covered by additional insurance beyond that provided by the InterExchange program?   ☐ Yes   ☐ No
If yes, please give details:

- The Medical Report must be signed by the au pair on the second page and by the physician on the third page.

** It is crucial that the Interview Report, Child Care References, Character Reference, and Medical Report are all signed. Documents without signatures will not be accepted. **

*All documents in foreign languages must be titled in English.
(For example: "Slutbetyg" should be labeled "High School Diploma")*

**Passport**

InterExchange0009324

PLAINTIFFS' RESP. APP.0002696

## InterExchange Au Pair USA
## International Cooperator Handbook

- Make sure the passport uploaded is not expired and that the data matches the respective sections in the General Information section on the online application.

| First Name | Last Name | Middle Name |
|---|---|---|
| - | - | - |

| Date of Birth | City of Birth | Country of Birth |
|---|---|---|
| - | - | - |

| Country of Passport | Passport # | Passport Expiration Date |
|---|---|---|
| - | - | - |

| Country of Citizenship | Requested City of Departure |
|---|---|
| - | - |

### Changing file names

- You can change the name of any file uploaded to Passport by clicking the orange "Edit" button in the top right corner and simply typing the desired file name into the box next to the original name.

  The example below shows how to change the name of the Interview Report from "Interview.pdf" to "Interview Report – Au Pair"

**Step 1:**



InterExchange0009325

PLAINTIFFS' RESP. APP.0002697

# InterExchange Au Pair USA
# International Cooperator Handbook



## Step 2:



## Step 3:

**Interview Reports:**
Interview Report - Au Pair

------------------------------

Keys to a great video:
Au pairs should create a short video, 3-5 minutes in length and no more than 100MB in size. Families want:
- Appropriate and quiet music, decent lighting, a script or outline describing the au pair
- Being properly dressed during the video
- Helping around the house (chores related to childcare)
- Working with children, dressing them, playing with them, teaching them...
- Driving and parking a car
- Cooking and handling food

**CONFIDENTIAL**

PLAINTIFFS' RESP. APP.0002698

# InterExchange Au Pair USA
## International Cooperator Handbook

- Interacting and speaking English with other adults (like the parents of the children they babysit)

<u>Before submitting an application to InterExchange, please:</u>

- Review the information entered in the application for consistency and style.
- Are all references and reports signed by you, the au pair, the reference provider, etc?
- Does the au pair have at least 5 photos with children and a long Dear Host Family Letter?
- Did the au pair fill out the Child Care Experience section completely?
- Did the au pair create a video? If not, will he/she?
- Does the au pair understand the matching process and what is expected of him/her by InterExchange?

If the au pair has weak childcare experience or does not speak English well, please tell him/her to wait to apply until they have improved. If you ever have reservations about a candidate, please contact us.

When you are ready to submit an application for InterExchange, go to the application of the au pair and click "Submit Complete Application for Review"

*Au pairs missing a high school diploma can still apply, but cannot arrive until after graduating high school*



**Bello, Johana**

| | | | |
|---|---|---|---|
| AP PID: | A19993624 | Sevis ID: | |
| Last Login: | October 21, 2012 | | |
| Citizenship: | Colombia | | |
| Earliest Arrival: | October 22, 2012 | Latest Arrival: | August 26, 2013 |
| Days Unplaced: | 752 | Date Placed: | |
| App Status: | Started | Program Status: | INACTIVE |
| Current Contact Phone: | | | |
| Date of Birth: | August 13, 1992 | | |
| Age: | 20 | | |

Change Picture
Rotate

View Profile | Cancel Application | Submit Complete Application for Review | Send Message

Resend Registration Email

This will change her application status from "Started" to "Under Review" and notify InterExchange that we must review her application and either mark it as "Incomplete", "Incomplete/Published" or "Accepted."



CONFIDENTIAL

InterExchange0009327

PLAINTIFFS' RESP. APP.0002699

# InterExchange Au Pair USA
## International Cooperator Handbook

### Incomplete Applications

If the application is reviewed and InterExchange needs additional information or documents, we will mark the application as Incomplete; it will not be available to families until it is complete. InterExchange sends an email requesting the missing information to your office, and will have to cancel an application if it remains incomplete for more than two weeks.

### Copies of Application Materials

Once an application is submitted to InterExchange, it becomes property of our organization. We are required to keep files for all candidates, and the file must include the original documents. If you or your candidates wish to have copies of their application materials, please make copies before sending them to InterExchange. Host families should request any information they need regarding an candidate prior to extending an offer. Host families will not have access to the high school diploma, passport, driver's license, medical report, police report or psychometric au pair selection test in the application. If host families wish to have copies of any documents (transcripts, diplomas, etc.), the candidate must submit a letter authorizing the request. This letter must be notarized and must indicate exactly which material(s) to release.

### Glossary of Application Statuses:

- **Started** – This describes applications that were started by the au pair but have not yet been reviewed by the IC or, subsequently, InterExchange. The au pair must complete the application wizard and hit the "Complete" button in order for the IC to be notified that it is ready for review. Once the IC reviews the application and deems it complete, the application may be submitted to InterExchange for review by clicking on the "Submit Complete Application for Review" button.

- **Under Review** – After an IC hits "Submit Complete Application for Review," the application status changes to Under Review and InterExchange is notified that it must now review the application for completion.

- **Incomplete** – Once the application is reviewed, if the au pair is missing required information or documents in order to be eligible for the program, the application will be labeled as "Incomplete." The au pair will not be able to begin the matching process until the missing information is submitted. The "Missing Info Sent" date above the Application Checklist shows you the last date that InterExchange contacted you about the missing items.

- **Incomplete/Published** – If the au pair's application is missing information that is not required by our guidelines or those of the Department of State, the application status will be changed to "Incomplete/Published." In this case,

CONFIDENTIAL

InterExchange0009328

PLAINTIFFS' RESP. APP.0002700

## InterExchange Au Pair USA
## International Cooperator Handbook

the au pair can start the matching process but InterExchange cannot issue the documents required for the visa interview until the application is complete and the status is changed to "Accepted."

- **Accepted** – If the International Recruitment Coordinator at InterExchange has reviewed the au pair's application and the au pair meets all of the program requirements and has a complete application, the application status will become "Accepted" and the au pair

*For a full list of glossary terms, please refer to the appendix.*

**CONFIDENTIAL**

InterExchange0009329

PLAINTIFFS' RESP. APP.0002701

## InterExchange Au Pair USA
## International Cooperator Handbook

**Matching Process**
**Best Season: Spring-Summer**

The time period after an au pair's application is accepted and before they match with a host family is called the matching process. It varies for each au pair based on their unique skills and qualifications, but it typically ranges from one to four months for the majority of our candidates.

Au pairs will receive information about their matching process through Passport.

During the matching process, the au pair's application becomes available to host families who search Passport. If a host family is interested in learning more about an au pair, they place this candidate "on view", which gives them complete and exclusive access to the au pair's application. It would also allow the family to request an interview with the au pair via email or
through Passport's "Interview Request" module.

Au pairs can only be on view, or in communication, with one family at a time. They will be on view with a family for 48 hours, and families may request an extension of time to keep communicating with the au pair.

*Things to remember:*

Host families must interview the au pair AT LEAST one time before they match. It is recommended that au pairs and host families communicate as frequently as possible before and after the match is confirmed. Host families will request to match through Passport. The au pair must accept the position and confirm their arrival date. After this, InterExchange will process the documents for the visa interview and send them to your office!

After the documents arrive in your office, you will assist the au pair with scheduling their visa appointment, and you will also prepare them for their departure by providing them with more information about program expectations, living abroad, etc.

There are also several tutorial videos in your Resources section that can assist you during this process.

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002702

# InterExchange Au Pair USA
# International Cooperator Handbook

Tutorial Videos



Testing the Application Process

Helpful Tips during the Matching Process: for Au Pairs:

- Log in to Passport everyday to check their messages and respond to families quickly and professionally.

- Continue to gain experience in child care and driving, and update your application on Passport accordingly

    o Au pairs who continue to care for children three or more times per week for at least four or more hours at a time are more likely to match
- Practice speaking English whenever possible and have friends or family members interview them in English

Au Pairs with the following qualities are more likely to match with a family:

- Infant Qualified and willing to care for infants
- Special Needs experienced or willing to care for children with special needs
- Experienced in looking after more than one child at a time
- Willing to care for at least three children


We match au pairs in two ways:

InterExchange0009331

PLAINTIFFS' RESP. APP.0002703

# InterExchange Au Pair USA
## International Cooperator Handbook

1. InterExchange Au Pair USA Placement Coordinators
2. Host Family Searches for Au Pairs in Passport

<u>The Call:</u>
Placement Coordinators calls each host family when they apply to explain the process and discuss the family's preferences. Typical Host Family Preferences include:
1. Age
2. Pet Allergies
3. Country of Origin
4. Native Language
5. Driving Experience
6. Child Care Experience
7. Family Background of Au Pair
8. Sports, Hobbies, Interests and Future Goals of Au Pair

<u>Recommended, Favorite, On-view?</u>
1. Au Pairs that are Placement Recommended and Family Favorites: This au pair is not on view with the family yet. The family can see the application but cannot contact him/her.

2. On-view: Au pair is exclusive to this family. Other families can see the au pair but cannot contact the au pair until he/she is released.

- Families can put their own au pairs on view or add them to their favorites list.
- Au pairs can only talk to one family at a time.
- If "on-view," other families can still see the au pair's application but cannot contact the au pair.
- Families have exclusive access to their "on-view" au pairs for 48-72 hours.
- If a HF does not request an interview, the au pair is released and made available again to other families.

<u>Maximizing Visibility:</u>
- Au pairs with a video show up first!
- Au pairs without a video show up after.
- Au pairs with the most recent updates show up higher than au pairs who have not logged in/updated their application recently.

<u>Interviewing with Families:</u>
- HF must interview AP at least once before matching.
- The au pair receives an email and Passport message about the interview request.
- The AP must respond to it from their Dashboard (Accept, Postpone/Reschedule, Reject the interview)

 InterExchange0009332
PLAINTIFFS' RESP. APP.0002704

# InterExchange Au Pair USA
# International Cooperator Handbook

- You will see all au pairs "on-view" and all interview requests in your Dashboard.
- Au pairs should log in to Passport regularly to check messages and interview requests.
- Au pairs should respond promptly or a family may lose interest.
- Au pairs should practice interviewing with the IC in English, and remember to ask questions about the HF, their children, the community and why they are hosting an au pair.
- Au pairs should NEVER lie to HF! Americans value honesty. If an au pair is not a great driver, they should not exaggerate their experience.

## Matching and the J-1 Visa
- The au pair should confirm the match and arrival dates in Passport
- InterExchange will prepare a Pre-Departure Packet that is delivered to the International Cooperator's office, containing the DS-2019 form, SEVIS payment receipt, and other important reading materials
- You will receive an email from the Logistics Coordinator when the packet has been mailed, which will include the au pair's SEVIS ID, and tracking information for the packet
- As soon as you receive the packet, please share and review the materials with the au pair.

## Scheduling the J-1 Visa Interview
- Please assist au pairs with the visa application process, including filling in the DS-160 Visa Application Form.
- Visa appointments should be scheduled immediately!
- The au pair will need the SEVIS ID number and their personal passport information to fill out the DS-160 Visa Application Form
- Please add the Visa Appointment Date to the Logistics Tab on the au pair's Passport page as soon as it is scheduled.
This will send a notification to the Logistics Coordinator
**\*Please inform InterExchange as soon as the visa appointment has been made – do not wait until the visa has been approved**
- InterExchange pays the **SEVIS fee**. The receipt/proof of payment is included in the Pre-Departure Packet.
- The au pair is responsible for the **visa appointment fee**.
- You can access the au pair's important personal information from the Logistics Tab in Passport.
On the Visa Appointment Date:
- If a Visa is APPROVED:
- Change the au pair's visa status to "Approved" on the Dashboard Module.
- This will inform the Logistics Coordinator, who will then inform the Host Family.
**\*Please inform InterExchange as soon as a visa has been approved – do not wait for us for contact you**

## InterExchange Au Pair USA
## International Cooperator Handbook

- If a Visa is DENIED:
- 　　Please contact us immediately with the following information:
o  Au pair's name
o  The reason given by the embassy for the denial
o  The name of the embassy/consulate general that the au pair visited
- 　　The au pair may reapply for a visa, but fewer than 25% of visa denials are overturned
- 　　The au pair will be responsible for paying the visa fee again
Important Reminders:
- 　　If an au pair is denied a visa a second time, they will not be able to participate in the program
- 　　If a host family decides NOT to pursue a second visa appointment, the au pair may not match with another family, and will not be able to participate in the program


### The Pre-Departure Process : Preparing for the Year Ahead

Materials and Other Preparation:
- 　　Au pairs must read the Au Pair Handbook and Child Care Guide, and complete the Childcare Test, and complete all necessary paperwork prior to arriving in New York
- 　　Au pairs will receive emails from our Participant Services Manager with important information and training materials prior to their departure.
Flights:
- 　　Flights will be booked 2-3 weeks before the arrival date
- 　　Itineraries will be emailed to you, and must be shared with the au pair
- 　　Au pairs are responsible for all baggage fees on all flights. Specific baggage fees can be located on the appropriate airline's website.
- 　　If a flight is delayed on canceled on the day of travel, au pairs should be instructed in advance to call the InterExchange Au Pair USA emergency line at 1-917-373-0717
Super Shuttle:
- 　　Please advise au pairs to book a Super Shuttle upon their arrival in New York City
- 　　Instructions can be found in the Pre-Departure Packet on the form titled, "TRAVEL TO THE AU PAIR USA ORIENTATION"
- 　　This is safer and less expensive than a taxi cab
- 　　Please make sure au pairs are aware of which airport they are flying into. There are three major airports that service New York City
o  JFK
o  LaGuardia
o  Newark International Airport.
- 　　Au pairs are responsible for the cost of the Super Shuttle (ranging from $15 - $25 plus tip)
I-94 Information:
- 　　Please inform each au pair of current electronic I-94 procedures

CONFIDENTIAL

InterExchange0009334

PLAINTIFFS' RESP. APP.0002706

# InterExchange Au Pair USA
## International Cooperator Handbook

- Instead of receiving a physical I-94 card, au pairs will receive a passport stamp and can view their I-94 records online
- More specific instructions for retrieving I-94 records online will be given at Orientation and Training

Accident and Sickness Travel Insurance:
- InterExchange provides Accident and Sickness Insurance for all au pairs (does not cover pre-existing conditions)
- An insurance brochure is included in the Pre-Departure Packet
- Au pairs will receive an email with their personal insurance card on the

**Thursday prior to their departure** to the United States. They should be instructed to:
o Check their junk and/or spam folders if they do not see the email in their inbox on this day
o Print and laminate (cover with plastic) the cards
o Keep the cards with them at all times during their program

IMPORTANT REMINDERS:
- Instruct au pairs to make copies of their passport, visa, and DS-2019 forms just in case
- Please make sure that all au pairs understand that their DS-2019 forms are VERY important. They MUST show this form with their passport when they enter the United States. **Au pairs who travel without their DS-2019 forms may be denied entry to the United States and be sent back to their home countries.**
- Au pairs should continue to regularly communicate with their host family!
- Au pairs should be practicing their English and driving EVERY DAY!

### The Pre-Departure Process : Preparing for the Year Ahead

- Au pairs will receive emails from our Participant Services Manager with important information and training materials.
- Au pairs will need to read the Au Pair Handbook, the Child Care Guide and complete all necessary paperwork before arriving in New York.
- Au pairs should continue to regularly communicate with their host family!
- Have proper expectations. Practice driving, and be excited!
- Flights are booked **2 weeks** before the arrival date.
- Au pairs are responsible for all baggage fees on all flights.
- We will email you and the au pair the itinerary.
- Au pairs should be practicing their English and driving EVERY DAY!

### The Orientation & Training Program

#### Arriving to Orientation
Supershuttle : Au pairs can arrive to the *New Yorker Hotel* using Supershuttle!

CONFIDENTIAL

InterExchange0009335

# InterExchange Au Pair USA
# International Cooperator Handbook

- It costs approximately $20 plus $2 tip.
- Instructions are provided in the Pre-Departure Packet!
- This is safer and less expensive than a taxi cab.
- NEVER accept a ride from a stranger!

***How much should my au pair budget for incidentals during the week?***
We strongly recommend that au pairs bring at least $200 to cover any personal
expenses they might have during Orientation week.

Things they will need to pay for:
· ALL Baggage fees
· Transportation from the airport to hotel
· Transportation from the hotel to the airport (if you traveling by air to your host
family)
· Dinner during the week
· Optional tour of New York City for Au Pairs; $30 (dinner is included)
· Phone Calls
· Souvenirs

**\*\*Au pairs are responsible for any baggage fees for both their international and
domestic flights.\*\***

***Orientation***

After the au pair arrives at the hotel, he/she will begin her week of orientation and
training. The **Au Pair USA Orientation** will teach the au pair about our program,
rules and regulations, and living with an American family. Details about our
orientation can be found here:

http://www.interexchange.org/au-pair-usa/jobs/interexchange-au-pair-usa-
orientation-training

***What is the schedule for the week?***
Orientations begin each day at 8:30 AM and continue through until 5:30 PM.
Attending Orientation is a U.S. Department of State mandated aspect of the au pair
program.  During Orientation an au pair will learn skills in Childhood Development,
Care & Safety to better prepare them in caring for their host children. They will also
spend time learning about U.S. culture, methods for handling culture shock and will
begin building a strong support system of other au pairs they meet to support them
throughout the coming year.

Monday
- Au Pairs arrive to U.S. (NYC)
- Rest and Sightsee (at leisure)

Tuesday

CONFIDENTIAL

InterExchange0009336

PLAINTIFFS' RESP. APP.0002708

## InterExchange Au Pair USA
## International Cooperator Handbook

- Welcome, Program Rules, Regulations & Keys to a Successful Year
- Culture Shock
- Working with Children Ages 7 and Up
- Optional Tour of NYC

Wednesday
- First Aid, CPR & Child Safety

Thursday
- Driving in the USA
- Early Childhood Development
- Cultural Exchange
- Domestic Travel Instructions

Friday
- Travel to Host Families

The host family will provide transportation from the hotel to their home. This information will be given to our Logistics Coordinator who will explain it to the au pair at orientation.

Au pairs will arrive on Monday in New York City, spend the week at orientation, and depart for the host family on Friday. She will be contacted by her local coordinator within 48 hours of her arrival to the host family and welcomed into the area!

**Be Prepared!**
- Au pairs must read the Child Care Guide before departing.
- Au pair must complete their Culture Project and Know Before You Go online tutorial before departing.
- Au pairs must complete the Child Care Test while on the plane.
- Au pairs should have their DS-2019 Form, Passport (with visa) and Pre-Arrival Packet on their person when going through immigration.
- Au pairs will need at least $200 to cover expenses such as baggage fees, dinners, the New York tour and souvenir shopping while in New York.

**Transitions**

- 1.**Bad driving and English are the biggest reasons an au pair goes into transition and may be sent home.**

Transition Policies
- Au pairs have two weeks to be matched with a new family
- Au pairs must maintain contact with InterExchange during this time

PLAINTIFFS' RESP. APP.0002709

# InterExchange Au Pair USA
## International Cooperator Handbook

- We will help find housing and make sure the au pair is always safe
- We will prepare a report for your agency and contact you if we need assistance
- Au pairs who cannot be rematched must return home at their own expense

### Resources available in Passport:
- Glossary of Passport Terms
- Photo Contact Sheet – New photos available to you
- PDF Packet of Pre-Departure Documents
- PDF Packet of Orientation & Training Workbook
- Updated list of International Departure Cities within Passport

PLAINTIFFS' RESP. APP.0002710

InterExchange Au Pair USA
International Cooperator Handbook

# US Department of State Regulations

### §62.31  Au pairs.

(a) *Introduction.* This section governs Department of State-designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American host family and participate directly in the home life of the host family. All au pair participants provide child care services to the host family and attend a U.S. post-secondary educational institution. Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation. Au pairs participating in the EduCare program provide up to thirty hours of child care services per week and pursue not less than twelve semester hours of academic credit or its equivalent during their year of program participation.

(b) *Program designation.* The Department of State may, in its sole discretion, designate bona fide programs satisfying the objectives set forth in paragraph (a) of this section. Such designation shall be for a period of two years and may be revoked by the Department of State for good cause.

(c) *Program eligibility.* Sponsors designated by the Department of State to conduct an au pair exchange program shall;

(1) Limit the participation of foreign nationals in such programs to not more than one year;

(2) Limit the number of hours an EduCare au pair participant is obligated to provide child care services to not more than 10 hours per day or more than 30 hours per week and limit the number of hours all other au pair participants are obligated to provide child care services to not more than 10 hours per day or more than 45 hours per week;

(3) Require that EduCare au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent;

(4) Require that all officers, employees, agents, and volunteers acting on their behalf are adequately trained and supervised;

(5) Require that the au pair participant is placed with a host family within one hour's driving time of the home of the local organizational representative authorized to act on the sponsor's behalf in both routine and emergency matters arising from the au pair's participation in their exchange program;

(6) Require that each local organizational representative maintain a record of all personal monthly contacts (or more frequently as required) with each au pair and host family for which he or she is responsible and issues or problems discussed;

(7) Require that all local organizational representatives contact au pair participants and host families twice monthly for the first two months following a placement other than the initial placement for which the au pair entered the United States.

(8) Require that local organizational representatives not devoting their full time and attention to their program obligations are responsible for no more than fifteen au pairs and host families; and

(9) Require that each local organizational representative is provided adequate support services by a regional organizational representative.

(d) *Au pair selection.* In addition to satisfying the requirements of §62.10(a), sponsors shall ensure that all participants in a designated au pair exchange program:

(1) Are between the ages of 18 and 26;

(2) Are a secondary school graduate, or equivalent;

(3) Are proficient in spoken English;

(4) Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical;

PLAINTIFFS' RESP. APP.0002711

# InterExchange Au Pair USA
# International Cooperator Handbook

(5) Have been personally interviewed, in English, by an organizational representative who shall prepare a report of the interview which shall be provided to the host family; and

(6) Have successfully passed a background investigation that includes verification of school, three, non-family related personal and employment references, a criminal background check or its recognized equivalent and a personality profile. Such personality profile will be based upon a psychometric test designed to measure differences in characteristics among candidates against those characteristics considered most important to successfully participate in the au pair program.

(e) *Au pair placement*. Sponsors shall secure, prior to the au pair's departure from the home country, a host family placement for each participant. Sponsors shall not:

(1) Place an au pair with a family unless the family has specifically agreed that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival;

(2) Place an au pair with a family having a child aged less than three months unless a parent or other responsible adult is present in the home;

(3) Place an au pair with a host family having children under the age of two, unless the au pair has at least 200 hours of documented infant child care experience. An au pair participating in the EduCare program shall not be placed with a family having pre-school children in the home unless alternative full-time arrangements for the supervision of such pre-school children are in place;

(4) Place an au pair with a host family having a special needs child, as so identified by the host family, unless the au pair has specifically identified his or her prior experience, skills, or training in the care of special needs children and the host family has reviewed and acknowledged in writing the au pair's prior experience, skills, or training so identified;

(5) Place an au pair with a host family unless a written agreement between the au pair and the host family detailing the au pair's obligation to provide child care has been signed by both the au pair and the host family prior to the au pair's departure from his or her home country. Such agreement shall clearly state whether the au pair is an EduCare program participant or not. Such agreement shall limit the obligation to provide child care services to not more than 10 hours per day or more than 45 hours per week unless the au pair is an EduCare participant. Such agreement shall limit the obligation of an EduCare participant to provide child care service to not more than 10 hours per day or more than 30 hours per week.

(6) Place the au pair with a family who cannot provide the au pair with a suitable private bedroom; and

(7) Place an au pair with a host family unless the host family has interviewed the au pair by telephone prior to the au pair's departure from his or her home country.

(f) *Au pair orientation*. In addition to the orientation requirements set forth at §62.10, all sponsors shall provide au pairs, prior to their departure from the home country, with the following information:

(1) A copy of all operating procedures, rules, and regulations, including a grievance process, which govern the au pair's participation in the exchange program;

(2) A detailed profile of the family and community in which the au pair will be placed;

(3) A detailed profile of the educational institutions in the community where the au pair will be placed, including the financial cost of attendance at these institutions;

(4) A detailed summary of travel arrangements; and

(5) A copy of the Department of State's written statement and brochure regarding the au pair program.

(g) *Au pair training*. Sponsors shall provide the au pair participant with child development and child safety instruction, as follows:

(1) Prior to placement with the host family, the au pair participant shall receive not less than eight hours of child safety instruction no less than 4 of which shall be infant-related; and

CONFIDENTIAL

InterExchange0009340

PLAINTIFFS' RESP. APP.0002712

# InterExchange Au Pair USA
# International Cooperator Handbook

(2) Prior to placement with the American host family, the au pair participant shall receive not less than twenty-four hours of child development instruction of which no less than 4 shall be devoted to specific training for children under the age of two.

(h) *Host family selection.* Sponsors shall adequately screen all potential host families and at a minimum shall:

(1) Require that the host parents are U.S. citizens or legal permanent residents;

(2) Require that host parents are fluent in spoken English;

(3) Require that all adult family members resident in the home have been personally interviewed by an organizational representative;

(4) Require that host parents and other adults living full-time in the household have successfully passed a background investigation including employment and personal character references;

(5) Require that the host family have adequate financial resources to undertake all hosting obligations;

(6) Provide a written detailed summary of the exchange program and the parameters of their and the au pair's duties, participation, and obligations; and

(7) Provide the host family with the prospective au pair participant's complete application, including all references.

(i) *Host family orientation.* In addition to the requirements set forth at §62.10 sponsors shall:

(1) Inform all host families of the philosophy, rules, and regulations governing the sponsor's exchange program and provide all families with a copy of the Department of State's written statement and brochure regarding the au pair program;

(2) Provide all selected host families with a complete copy of Department of State-promulgated Exchange Visitor Program regulations, including the supplemental information thereto;

(3) Advise all selected host families of their obligation to attend at least one family day conference to be sponsored by the au pair organization during the course of the placement year. Host family attendance at such a gathering is a condition of program participation and failure to attend will be grounds for possible termination of their continued or future program participation; and

(4) Require that the organization's local counselor responsible for the au pair placement contacts the host family and au pair within forth-eight hours of the au pair's arrival and meets, in person, with the host family and au pair within two weeks of the au pair's arrival at the host family home.

(j) *Wages and hours.* Sponsors shall require that au pair participants:

(1) Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants;

(2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of child care per day or more than 30 hours of child care in any one week;

(3) Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and

(4) Receive two weeks of paid vacation.

(k) *Educational component.* Sponsors must:

(1) Require that during their initial period of program participation, all EduCare au pair participants complete not less than 12 semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions and that all other au pair participants complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary

CONFIDENTIAL

InterExchange0009341

PLAINTIFFS' RESP. APP.0002713

# InterExchange Au Pair USA
## International Cooperator Handbook

institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs in accredited U.S. post secondary institutions and to pay the cost of such academic course work in an amount not to exceed $1,000 for EduCare au pair participants and in an amount not to exceed $500 for all other au pair participants.

(2) Require that during any extension of program participation, all participants (*i.e.*, Au Pair or EduCare) satisfy an additional educational requirement, as follows:

(i) For a nine or 12-month extension, all au pair participants and host families shall have the same obligation for coursework and payment therefore as is required during the initial period of program participation.

(ii) For a six-month extension, EduCare au pair participants must complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $500. All other au pair participants must complete not less than three semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $250.

(l) *Monitoring.* Sponsors shall fully monitor all au pair exchanges, and at a minimum shall:

(1) Require monthly personal contact by the local counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(2) Require quarterly contact by the regional counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(3) Require that all local and regional counselors are appraised of their obligation to report unusual or serious situations or incidents involving either the au pair or host family; and

(4) Promptly report to the Department of State any incidents involving or alleging a crime of moral turpitude or violence.

(m) *Reporting requirements.* Along with the annual report required by regulations set forth at §62.17, sponsors shall file with the Department of State the following information:

(1) A summation of the results of an annual survey of all host family and au pair participants regarding satisfaction with the program, its strengths and weaknesses;

(2) A summation of all complaints regarding host family or au pair participation in the program, specifying the nature of the complaint, its resolution, and whether any unresolved complaints are outstanding;

(3) A summation of all situations which resulted in the placement of au pair participant with more than one host family;

(4) A report by a certified public accountant, conducted pursuant to a format designated by the Department of State, attesting to the sponsor's compliance with the procedures and reporting requirements set forth in this subpart;

(5) A report detailing the name of the au pair, his or her host family placement, location, and the names of the local and regional organizational representatives; and

(6) A complete set of all promotional materials, brochures, or pamphlets distributed to either host family or au pair participants.

(n) *Sanctions.* In addition to the sanctions provisions set forth at §62.50, the Department of State may undertake immediate program revocation procedures upon documented evidence that a sponsor has failed to:

CONFIDENTIAL

InterExchange0009342

PLAINTIFFS' RESP. APP.0002714

# InterExchange Au Pair USA
## International Cooperator Handbook

(1) Comply with the au pair placement requirements set forth in paragraph (e) of this section;

(2) Satisfy the selection requirements for each individual au pair as set forth in paragraph (d) of this section; and

(3) Enforce and monitor host family's compliance with the stipend and hours requirements set forth in paragraph (j) of this section.

(o) *Extension of program.* The Department, in its sole discretion, may approve extensions for au pair participants beyond the initial 12-month program. Applications to the Department for extensions of six, nine, or 12 months, must be received by the Department not less than 30 calendar days prior to the expiration of the exchange visitor's initial authorized stay in either the Au Pair or EduCare program (*i.e.*, 30-calendar days prior to the program end date listed on the exchange visitor's Form DS-2019). The request for an extension beyond the maximum duration of the initial 12-month program must be submitted electronically in the Department of Homeland Security's Student and Exchange Visitor Information System (SEVIS). Supporting documentation must be submitted to the Department on the sponsor's organizational letterhead and contain the following information:

(1) Au pair's name, SEVIS identification number, date of birth, the length of the extension period being requested;

(2) Verification that the au pair completed the educational requirements of the initial program; and

(3) Payment of the required non-refundable fee (see 22 CFR 62.90) via Pay.gov.

(p) *Repeat participation.* A foreign national who enters the United States as an au pair Exchange Visitor Program participant and who has successfully completed his or her program is eligible to participate again as an au pair participant, provided that he or she has resided outside the United States for at least two years following completion of his or her initial au pair program.

[60 FR 8552, Feb. 15, 1995, as amended at 62 FR 34633, June 27, 1997; 64 FR 53930, Oct. 5, 1999. Redesignated at 64 FR 54539, Oct. 7, 1999; 66 FR 43087, Aug. 17, 2001; 71 FR 33238, June 8, 2006; 73 FR 34862, June 19, 2008]

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002715