# Exhibit 60

# InterExchange Au Pair USA Training Outline

Michael Gates  
International Recruitment and Placement Manager  
mgates@interexchange.org  
Skype: michaelgatesapusa  

Marianna Breytman  
International Recruitment Coordinator  
apdossier@interexchange.org  
Skype: admissionsapusa  

### *About InterExchange*
- Over 45 years of experience in the cultural exchange industry
- Non-profit organization
- Designated J-1 Visa sponsor
- One of the oldest au pair programs in the United States
- Based in New York, New York
- Visit us at www.interexchange.org

### *InterExchange's Inbound Programs*
*Work & Travel USA*: Brings international university students to the U.S. to fill short-term positions with resorts, restaurants and other seasonal businesses.

*Camp USA*: Allows young adults to experience the fun and adventure of working at an American summer camp.

*Career Training USA*: Facilitates young professionals and students to intern or train with U.S. businesses for up to 18 months.

### *InterExchange's Outbound Programs*
*Working Abroad:* Enables U.S. and Canadian citizens, ages 18-30, to enjoy diverse work experiences abroad.

*The Foundation:* Established in 2007 to provide grants to young Americans who wish to participate in meaningful work abroad experiences.
Many grant recipients volunteer in developing countries and often continue their humanitarian work with their future careers.
Over $300,000 awarded in grants to date.



EXHIBIT McHugh 40 4/6/17 JEREMY RICHMAN

ATTORNEY EYES ONLY

InterExchange0008820

PLAINTIFFS' RESP. APP.0002717

# InterExchange Au Pair USA Training Outline

### *Au Pair USA*
Member of the International Au Pair Association (IAPA)
One of the oldest au pair programs in the United States
Host families across the United States in over 50 different communities.

### Program Details
- Au pairs live with and work for an American Host Family
- 12-month program, au pairs may extend for 6, 9 or 12 months
- Weekly stipend of $195.75 paid by the Host Family
- Work up to 45 hours per week, no more than 10 hours per day
- Receive 1.5 days off per week, and one full weekend off per month
- Two weeks (11 days) of paid vacation
- Accident & Sickness Insurance provided by InterExchange
- Host family pays up to $500 for au pairs to take university courses
- Take college courses! Au pairs must complete 6 credits (academic courses only at accredited post-secondary institutions) in 12 months
- Orientation and Training Program in New York City!
- Monthly Cluster Meetings and cultural activities with a Local Coordinator (LC) and other au pairs
- One month to travel in the U.S. at the end of the program
- Year-round support from InterExchange staff and your LC
- AP cannot be charged deposits or bonds. AP cannot receive a bonus.
- AP must attend cluster meetings and complete education requirement
- AP must pay for:
    - Police report and doctor fees
    - Travel to and from the embassy
    - Visa interview fee
    - Transportation to and from the airport in New York
    - Baggage fees
    - Dinner during Orientation & Training week

### NOTES:

ATTORNEY EYES ONLY

InterExchange0008821

PLAINTIFFS' RESP. APP.0002718

# InterExchange Au Pair USA Training Outline

**Program Requirements**
- Must be between the ages of 18 and 26 upon arrival in the U.S.
- Have a high school **diploma**
- Speak conversational **English**
- Be **passionate** about working with children
- Have at least 200 hours of child care experience
- Provide two references from non-family members for at least 200 hours of child care experience.
- Provide one character/personal reference from non-family member
- Be an **experienced** driver with a valid driver's license
- **Non**-smoker
- Never married, no children of your own
- Pass a criminal background investigation = no criminal history
- Be in good physical and mental health
- No history of visa **denials** to the U.S.

**NOTES:**

**Program Procedures**
**Inquiry Process : Best Season: Fall-Spring**

Does the applicant meet program requirements?
- Age → *18-26*
- Child care experience → *Minimum 200 hours, preferred 500+ hours, with multiple children, in different settings/situations*
- English level → *Ask a few questions in English!*
- Driving → *At least 1 year of driving daily or weekly*
- High school diploma?
- No visa denials?
- Never married? No children?
- Any health problems? Existing illnesses? Smoking? History of abuse?

ATTORNEY EYES ONLY

InterExchange0008822

PLAINTIFFS' RESP. APP.0002719

## InterExchange Au Pair USA Training Outline

- No criminal record?
- Able to commit to 12-months → *There is no shorter program.*
- Proper motivations → *Not coming to the U.S. to party and travel. The program is fun but not always easy!*

### Difficult Placements
Au pairs with the following qualities are **difficult** to match:
- Males (95% of au pairs are females)
- Smokers (not accepted)
- Non-drivers (not accepted)
- Inexperienced Drivers
    - not daily or weekly
    - driving less than 1 year
- Less than 500 hours of child care experience
    - Most au pairs have at least 1000!
- Poor English skills
    - 5-6 English will not be accepted
- Animal allergies (dogs and cats) or health problems
- Geographic preferences
- Strict family preferences

### Easier Placements
Host Families in the United States **want**:
- At least 1000 hours of child care experience
- **Infant Qualified** or Experience with **Special Needs**
- Experienced Driver = 1+ years with license
- Daily/weekly driver
- Above 20 years old OR very mature 18-19
- Strong English skills
- Passion for working with children
- Applied early enough (3 months before availability dates)
- Applied before peak matching season, by June
- Good Videos

Infant Qualified : Au pair has at least two hundred hours of documented child care experience with children ages 0-24 months.
We always need au pairs who are Infant Qualified and prefer to work with babies!

Special Needs: Au pair has documented experience working with children that have special needs.
We always need au pairs who are qualified and willing to work with special needs children!

### NOTES:

ATTORNEY EYES ONLY       InterExchange0008823
PLAINTIFFS' RESP. APP.0002720

# InterExchange Au Pair USA Training Outline

## Application Process
## Best Season: Winter-Spring

The Application Wizard
- Applicant completes Au Pair USA Application in Passport, online
- Your agency receives notification when this is completed.
- **You must then carefully review the application!**
    - Format and Comments
    - Inconsistent/Confusing Information
    - Au Pair should answer every question as completely as possible.
    - Review the General Health Section
    - Review The Program Questionnaire
    - The Dear Host Family Letter
    - Make sure all photos are appropriate!

Keys to a great video:
Au pairs should create a short video, 3-5 minutes in length and no more than 100MB in size. Families want:
- Appropriate and quiet music, decent lighting, a script or outline describing the au pair
- Being properly dressed during the video
- Helping around the house (chores related to childcare)
- Working with children, dressing them, playing with them, teaching them...
- Driving and parking a car
- Cooking and handling food
- Interacting and speaking English with other adults (like the parents of the children they babysit)

Your Role in the Application Process:
- IC schedules the in-person interview and selection test
- IC answers any questions the applicant has, conducts the interview and language evaluation, and administers the Booraem-Flowers selection test
- Au pair should have references and supporting documents completed before coming in for the interview

Before submitting an application to InterExchange:
Are all references and reports signed by you, the au pair, the reference provider, etc?

ATTORNEY EYES ONLY

InterExchange0008824

PLAINTIFFS' RESP. APP.0002721

# InterExchange Au Pair USA Training Outline

Does the au pair have at least 5 photos with children and a long Dear Host Family Letter?
Did the au pair fill out the Child Care Experience section completely?
Did the au pair create a video? If not, will he/she?
Does the au pair understand the matching process and what is expected of him/her by InterExchange?

Submitting Applications:
- Complete applications are made available to host families
- Au pairs missing a high school diploma can still apply, but cannot arrive until after graduating high school
- Incomplete applications are "On Hold" and not available to families.
- InterExchange sends an email requesting the missing information
- We must cancel applications in two weeks if they stay incomplete.

**PLEASE do not send incomplete applications!**

**NOTES:**

## Placement Process
### Best Season: Spring-Summer

We match au pairs in two ways:
1. InterExchange Au Pair USA Program Specialist
2. Host Family Searches for Au Pairs in Passport

Program Specialist receives and reviews each host family application. They email the family instructions on how to use the matching system in Passport, and then call the family to explain the process and discuss the family's preferences.
Typical Host Family Preferences include:
1. Age
2. Pet Allergies
3. Country of Origin
4. Native Language
5. Driving Experience
6. Child Care Experience
7. Family Background of Au Pair
8. Sports, Hobbies, Interests and Future Goals of Au Pair

Recommended, Favorite, On-view?
1. Au Pairs that are Recommended/Family Favorites: This au pair is not on view with the family yet. The family can see the application but cannot contact him/her.

ATTORNEY EYES ONLY

InterExchange0008825

PLAINTIFFS' RESP. APP.0002722

## InterExchange Au Pair USA Training Outline

2. On-view: Au pair's contact details are exclusive to this family. Other families can see the au pair but cannot contact the au pair until he/she is released.

- Families can put their own au pairs on view or add them to their favorites list.
- Au pairs can only talk to one family at a time.
- If "on-view," other families can still see the au pair's application but cannot contact the au pair.
- Families have exclusive access to their "on-view" au pairs for 48-72 hours.
- If a HF does not request an interview, the au pair is released and made available again to other families.

<u>Maximizing Visibility:</u>
- Au pairs with a video show up first!
- Au pairs without a video show up after.
- Au pairs with the most recent updates show up higher than au pairs who have not logged in/updated their application recently.

<u>Interviewing with Families:</u>
- HF must interview AP at least once before matching.
- The au pair receives an email and Passport message about the interview request.
- The AP must respond to it from their Dashboard (Accept, Postpone/Reschedule, Reject the interview)
- You will see all au pairs "on-view" and all interview requests in your Dashboard.
- Au pairs should log in to Passport regularly to check messages and interview requests.
- Au pairs should respond promptly or a family may lose interest.
- Au pairs should practice interviewing with the IC in English, and remember to ask questions about the HF, their children, the community and why they are hosting an au pair.
- Au pairs should NEVER lie to HF! Americans value honesty. If an au pair is not a great driver, they should not exaggerate their experience.

**NOTES:**

### Matching and the J-1 Visa

- The au pair should confirm the match and arrival dates in Passport

ATTORNEY EYES ONLY

InterExchange0008826

PLAINTIFFS' RESP. APP.0002723

## InterExchange Au Pair USA Training Outline

- InterExchange prepares documents in a Pre-Arrival Packet and sends them to the IC.
- As soon as you receive the packet, please give it to the au pair.
- Help the AP schedule the visa interview
- InterExchange pays the SEVIS Fee and sends the receipt in the "Pre-Departure Packet"
- Tell the au pair to schedule the interview IMMEDIATELY!
- Your Au Pair will need the SEVIS ID number and Passport information, and will fill out a DS-160 Visa Application Form
- The Au Pair pays for the visa appointment fee.
- You can access the au pair's important information from the Logistics Page in Passport.
- As soon as the appointment is booked, please update the **Visa Appointment Date in your Dashboard Module "Visas Pending"**
- After the visa appointment, please **update the visa status in the Logistics Tab OR Dashboard Module.** This will send message to the Logistics Coordinator
- If an au pair's visa is denied, please contact us immediately, send us the reason why and the name of the embassy/consulate general that the au pair visited.
- The au pair may reapply, but fewer than 25% of visa denials are overturned. The au pair is responsible for paying the fees again.

**NOTES:**

### The Pre-Departure Process : Preparing for the Year Ahead

- Au pairs will receive emails from our Participant Services Manager with important information and training materials.
- Au pairs will need to read the Au Pair Handbook, the Child Care Guide, Pre-Arrival Project and online "Know Before You Go Training" in Passport before arriving in New York.
- Au pairs should continue to regularly communicate with their host family!
- Have proper expectations. Practice driving, and be excited!
- Flights are booked **2 weeks** before the arrival date.
- Au pairs are responsible for all baggage fees on all flights.
- We will email you and the au pair the itinerary.
- Au pairs should be practicing their English and driving EVERY DAY!
- **Bad driving and English are the biggest reasons an au pair goes into transition and may be sent home.**

### Transitions

## InterExchange Au Pair USA Training Outline

Transition Policies
- Au pairs have two weeks to be matched with a new family
- Au pairs must maintain contact with InterExchange during this time
- We will help find housing and make sure the au pair is always safe
- We will prepare a report for your agency and contact you if we need assistance
- Au pairs who cannot be rematched must return home at their own expense

**NOTES:**

### The Orientation & Training Program

### Arriving to Orientation
Supershuttle : Au pairs can arrive to the *New Yorker Hotel* using Supershuttle!
- It costs approximately $20 plus $2 tip.
- Instructions are provided in the Pre-Departure Packet!
- This is safer and less expensive than a taxi cab.
- **NEVER accept a ride from a stranger!**

### Be Prepared!
- Au pairs must read the Child Care Guide before arriving.
- Au pairs must complete the Child Care Test while on the plane.
- Au pairs should have their DS-2019 Form, Passport (with visa) and Pre-Arrival Packet on their person when going through immigration.
- Au pairs will need at least $200 to cover expenses such as baggage fees, dinners, the New York tour and souvenir shopping while in New York.

### Resources available in Passport:
- Glossary of Passport Terms
- Photo Contact Sheet – New photos available to you
- PDF Packet of Pre-Departure Documents
- PDF Packet of Orientation & Training Workbook
- Updated list of International Departure Cities within Passport

**NOTES:**

ATTORNEY EYES ONLY

InterExchange0008828

PLAINTIFFS' RESP. APP.0002725