# Exhibit 62

# AU PAIR USA

## 2010 Host Family Application

| | | | | | |
|---|---|---|---|---|---|
| **Parent 1:** | ☒ Mother ☐ Father | Prefix Dr. | Last Name: Cook | First Name: | Beth |
| **Parent 2:** | ☐ Mother ☐ Father | Prefix | Last Name: | First Name: | |

**We are:** ☒ New ☐ Ext ☐ Repeat

**We are pre-matched with an au pair applicant:** ☐ Yes ☒ No   If yes, their name:   Country:

**When would you like your au pair to arrive? (Month/Year)** 8 / 2011

**Home Address Line 1:** REDACTED

Line 2:

San Francisco   CA   94118   **Primary Phone:** REDACTED
City   State   Zip

**Parent 1 Mobile Phone:** REDACTED   **Parent 2 Mobile Phone:**

**Email Primary:** REDACTED   **Email Alternate:** REDACTED

**Living Arrangements:** ☒ One-parent home ☐ Two-parent home

### CHILDREN

| Name | Gender | Date of Birth |
|---|---|---|
| REDACTED | G | REDACTED |
| | G | |
| | | |
| | | |
| | | |

**Are you expecting a baby?** ☐ Yes ☒ No   If yes, when is the baby due?

**Do you expect to adopt a child in the next 12 months?** ☐ Yes ☒ No

**Do any of your children have special needs?** ☐ Yes ☒ No

If yes, please describe:

**Do any other adults live in your home?** ☐ Yes ☒ No   If yes, please describe:

### FOR NEW FAMILIES

**How did you hear about InterExchange Au Pair USA?** ☐ Internet search ☐ Publication ☒ Referreed by Someone ☐ Other

If other, please describe:

**If you were referred to us, who referred you?** ☐ Current Host Family ☒ Current Au Pair ☐ Local Coordinator

Referred by:   NAME   CITY   STATE

OFFICE USE ONLY   Ref. No.   LC Name:

**AU PAIR USA** Host Family Application

## FAMILY INFORMATION

| PARENT 1 | | PARENT 2 | |
|---|---|---|---|
| Full Name: | Beth     Cook | Full Name: | |
| Occupation: | Neuropsychologist | Occupation: | |
| Company: | self-employed | Company: | |
| Work Phone: | REDACTED | Work Phone: | |

Are host parents U.S. citizens or legal permanent residents (green card holders)?  ☒ Yes ☐ No

Does either parent work from home?  ☐ Yes ☒ No    If so, please describe the frequency etc.:

Do the work schedules of either parent require overnight travel?  ☐ Yes ☒ No    If so, please describe the frequency and duration:

Does your family or anyone in your home follow a special diet?  ☐ Yes ☒ No    If yes, please describe:

Do you have cats?  ☒ Yes ☐ No    Do you have dogs?  ☐ Yes ☒ No

Please describe all of your pets (indoor/outdoor, size, number, type)
2 indoor tabby cats.

Is English the primary language spoken in your home?  ☒ Yes ☐ No

What languages, other than English, are spoken in your home?

Does anyone smoke inside your home?  ☐ Yes ☒ No

Have any members of your family been convicted of a crime (excluding minor traffic violations)?  ☐ Yes ☒ No    If so, please explain:

Please check all the areas that best describe you and your family's primary interests:

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Handicrafts | ☐ Writing | ☒ Theater/Movies | ☐ Computers | ☒ Do-It-Yourself | ☐ Sailing | ☒ Bicycling |
| ☐ Cooking | ☒ Reading | ☐ Photography | ☐ Entertaining | ☐ Tennis | ☐ Baseball | ☐ Skiing |
| ☐ Gardening | ☒ Artwork | ☒ Travel | ☐ Dance | ☒ Swimming | ☒ Horseback Riding | ☐ Football |

Sporting Events:    Musical Instruments: piano    Other:

## COMMUNITY INFORMATION

Which of these best describes your community?  ☒ Urban ☐ Suburban ☐ Rural

What is the nearest major city?  San Francisco

What is the nearest major airport?  SFO

Our home is a :  ☒ freestanding house ☐ townhouse ☐ apartment

Is there a private bedroom available for the au pair?  ☒ Yes ☐ No

Will your au pair be expected to drive as part of his/her duties?  ☒ Yes ☐ No

Will your au pair be allowed to use a car when off-duty?  ☐ Yes ☒ No

**InterExchange**                     AU PAIR USA Host Family Application

### WEEKLY SCHEDULE

Please provide your potential au pair with a sample typical weekly schedule. This will give the au pair an idea of what his/her responsibilities will be in your home. After your au pair arrives, you must provide an official weekly schedule at least one week in advance. Please note: U.S. Department of State regulations stipulate that the schedule may not exceed 10 hours per day or 45 hours per week. In addition, your au pair must receive at least one and a half consecutive days off per week.

**Monday Duties**

get kids ready for school. pick kids up from school.

**Monday total hours**

5

**Tuesday Duties**

Spend time with Willa who will have just turned 3. Parks, playdates, the zoo. We live right next to Golden Gate Park, one of the largest urban parks in the United States, with many fun attractions, as well as close proximity to Ocean Beach, on the Pacific Ocean.

**Tuesday total hours**

8

**Wednesday Duties**

Get kids ready for school, pick them up.

**Wednesday total hours**

5

**Thursday Duties**

Spend time with Willa who will have just turned 3. Parks, playdates, the zoo. We live right next to Golden Gate Park, one of the largest urban parks in the United States, with many fun attractions, as well as close proximity to Ocean Beach, on the Pacific Ocean.

**Thursday total hours**

8

**Friday Duties**

Get kids ready for school, pick them up.

**Friday total hours**

5

**Saturday Duties**

Every other week, i like to go out on a Saturday night. Often I won't though because I am resting after a busy week. Au pair will always have either Friday or Saturday night off, sometimes both.

**Saturday total hours**

?

**Sunday Duties**

au pair typically off unless special event.

**Sunday total hours**

Total Hours per Week    31

CONFIDENTIAL

Cook Family Essay

Greetings!  My name is Beth Cook and I have lived in San
Francisco on and off since 1989.  I grew up in New Jersey
(on the East Coast of the United States).  I am a neuro-
psychologist and work in a hospital and
also a private practice office.  My daughter REDACTED was
born REDACTED and is 7.  My daughter REDACTED is 2.5 years
old. I am 44 years old and a single parent.  REDACTED
REDACTED are healthy and happy.  We are looking for an au pair
to arrive in mid-August of 2011.

We live 1.5 blocks from Golden Gate Park.  It is a huge
urban park with lots of great playground places for
children.  There are also museums, lakes, a carousel and so
many great places for chilren in the park. We live in a
two-story house with a large deck and back yard.  You will
have a room overlooking the yard.  The house is all wood
floors.  We have two very sweet tabby cats.

I am looking for an au pair who is friendly and loves to
have fun with children, For whom taking care of children is
not just a job, but something she enjoys.  Most
importantly, we are a friendly family, and are looking for
a compatible au pair for our household.

REDACTED loves music, art, science-she loves butterflies and
animals. She is on the basketball team and has been playing
piano for a year and a half.  You should be energetic and
like to explore new things and places.  You should also
like nature as Amelia loves to explore outdoors. Amelia
likes to swim so please bring your bathing suit so that the
two of you could go to the pool. Amelia wants to learn to
ice skate this year as well.  REDACTED goes to preschool on
Mondays, Wednesdays and Fridays, and she loves the Golden
Gate Park, there are many places, lakes, and she loves to
go to the beach at Chrissy Field in the Presidio, and the
library for books!

CONFIDENTIAL

InterExchange0004453

PLAINTIFFS' RESP. APP.0002830

You will have some childcare in the morning, helping to get
ready for school on some mornings.  You will have some
child care time in the day for ᴿᴱᴰᴬᶜᵀᴱᴰ on Tuesdays and
Thursdays. You can explore the city on Mondays, Wednesdays
and Fridays, after you help get them off to school. I only
work part time so I will also be doing some child care.  On
some evenings, you will help with bath, reading books, and
the kids are in bed by 8p and then you are off. We will eat
as a family some, not all, nights, but at least once a week
to maintain the family feeling.

I will absolutely help you with a list of cultural, social,
outdoor activities in the San Francisco Bay Area so that
you may truly have the wonderful experiences possible here.
I will provide you with a computer for your personal use if
you do not have your own.

I will help you find a good class at a local college, there
are many options.  I like to try to go out once a week in
the evening. I like to go out either Friday or Saturday
night but never both, and sometimes, I just stay in and
relax after a long week, and enjoy my beautiful children.
I try to give the majority of Sundays off.  I use google
calendar that we can both access on our computers for
tracking activities, and I try to schedule well in advance
so you can make plans for your free time.

We live a few blocks from 3-4 bus lines.  Our home is in a
great location for getting around the city of San Francisco
easily.

You and I can meet weekly just to touch base. I want to
help you feel good about being a member of our family for
the year, and I will do what I can to make you feel
successful in your job.

I try to travel to a warm climate twice a year, and of
course, I will bring you with me so that you can have some
travel opportunities. We love the islands of Hawaii and
also Mexico. In Mexico this year, we had a wonderful time

CONFIDENTIAL
PLAINTIFFS' RESP. APP.0002831

snorkeling and sunbathing/swimming. We return to the Big Island in April this year. This summer we are spending a week camping in Yosemite, and then also renting a lovely estate in the Sonoma wine country. We are looking forward to speaking with and meeting you soon!

**CONFIDENTIAL**

Case 1:14-cv-03074-CMA-KMT Document 943-307 Filed 05/17/18 USDC Colorado Page 8 of 187



CONFIDENTIAL

InterExchange0004456

PLAINTIFFS' RESP. APP.0002833

Case 1:14-cv-03074-CMA-KMT Document 1074-62 filed 7/18/18 USDC Colorado Page 9 of 27



PLAINTIFFS' RESP. APP.0002834

Case 1:14-cv-03074-CMA-KMT   Document 73-62   Filed 05/17/18   USDC Colorado   Page 10 of 27



CONFIDENTIAL

InterExchange0004458

PLAINTIFFS' RESP. APP.0002835

# InterExchange

## AU PAIR USA
# Host Family Interview Report

### INSTRUCTIONS TO LOCAL COORDINATOR
*Please act quickly to schedule a time when you can meet with the host family to interview them. Follow the template below and fill-in the answers as thoroughly as possible. If there is something that you find you cannot explain very well during the host family interview, please contact the New York Office of Au Pair USA afterwards so we can help clarify the topic for you and provide on-going support.*

***Telephone Interviews:*** *Repeat families for whom an in-person Interview Report was submitted within the last 13 months may be interviewed over the phone upon their reapplication. If a telephone interview was done last year, you must interview the family (including all adult family members) in-person. If you are unsure as to whether the interview was done in-person or over the phone, please contact the New York office of Au Pair USA and we will check our records.*

***Department of State (DOS) Regulations:*** *Regulations require that all adult family members residing in the home are personally interviewed by an InterExchange's Local Coordinator.*

***Au Pair USA Expectations:*** *We rely on these interviews to inform and educate the host family about the Au Pair USA program so they can more effectively take advantage of the benefits of hosting an au pair and to help prevent future problems. We also use these Interview Reports to determine the suitability of host family candidates. We cannot process a match confirmation between an au pair and host family without this document so we ask that you submit these to the Au Pair USA office as quickly as possible.*

**Please submit this form by:**

MAIL:
InterExchange Au Pair USA
161 Sixth Avenue
New York, NY 10013

FAX:
212-924-0575

E-MAIL:
The Au Pair USA Compliance Coordinator
compliance@interexchange.org

---

Check one:  ☒ In-Person Interview   ☐ Telephone Interview

**Host Parents' Names:** Beth (FIRST NAME)   Cook (LAST NAME)

_____ (FIRST NAME)   _____ (LAST NAME)

**City & State of Family:** San Francisco (CITY)   ca (STATE)

**Local Coordinator:** Maureen (FIRST NAME)   Hughes-Gress (LAST NAME)

---

## ⟩ REGULATIONS AND POLICIES

Please check off after discussing each item with host family

☒ **Maximum Working Hours:** Department of State (DOS) regulations limit the number of hours an au pair may work to no more than 45 hours per week and 10 hours per single day.

☒ **Infants Under 3 Months:** DOS regulations require that a parent or other responsible adult must be present while an au pair is caring for an infant under the age of 3 months.

☒ **Weekly Stipend:** The DOS mandated weekly stipend is $195.75 per week and should be paid on the same day each week.

☒ **Scheduling Limits:** DOS regulations require that au pairs have at least 1.5 days off per week, 1 full weekend off per month (Fri P.M. to Mon A.M.) and 2 weeks (11 days) of vacation per year.

☒ **Family Day Events:** DOS regulations require that each family attend at least one of the two Local Coordinator organized Host Family Day events offered each year.

☒ **Cluster Meetings:** DOS regulations require that each au pair attend monthly cluster meetings and that the host family facilitates transportation to such events.

---

AP-HFA02-0110

CONFIDENTIAL

InterExchange0004459

PLAINTIFFS' RESP. APP.0002836

☒ **Education Requirement**: DOS regulations require that each au pair complete 6 semester hours of credit at an accredited post-secondary academic institution. Host family is responsible for facilitating transportation so that this requirement can be met. Au pairs who do not complete this requirement before their 11th program month will not be able to extend their program.

☒ **In-Home Training**: Host families will receive an *In-Home Orientation Packet* to work through with their au pair. Experience tells us that the more time invested in the initial in-home training period, the more successful the relationship will be. They will also receive a *Communication Log* to help with scheduling and communicating expectations and responsibilities.

☒ **30 Day No Move Policy**: Au pairs and host families are expected to spend the first 30 days together working through any miscommunications or problems before asking to go into transition. In our experience, many problems can be worked through during this time.

☒ **Domestic Travel from NYC**: Au Pair USA will make all international travel arrangements for the au pair to arrive in New York for orientation. Rather than charge an expensive "set fee" for domestic travel from New York City to host family's home, Au Pair USA lets host families make the domestic travel arrangements for their au pair. It is extremely important that we receive the travel details before the au pair arrives so we can advise and assist them accordingly. Families should reimburse au pairs for baggage fees for the first 2 pieces of luggage.

---

### GENERAL INFORMATION

Number of au pairs in cluster: 37      How many minutes by car to the Local Coordinator home: 1

Does any member of the family have special needs or medical problems? ☐ Yes ☒ No    If yes, please explain:

Host family is (check all that apply):

☐ At-home mom    ☐ At-home dad    ☒ Work-at-home mom    ☐ Work-at-home dad    ☐ Same sex couple
☐ Kosher    ☐ Vegetarian    ☒ Single mom    ☐ Single dad

Host family lives in an area where the au pair must drive: ☒ Yes ☐ No

---

### CHILDCARE AND AU PAIR RESPONSIBILITIES

1. Is the au pair invited/expected to join the family for meals?
   always invited

2. What holidays does the family celebrate? Is the family willing to include the au pair in their holiday celebrations?
   ALL, christmas. new year, halloween,thanksgiving, easter, birthdays, 4th july

3. What types of activities/events does the family participate in on the weekends? Is the au pair welcome to join in?
   sports, meeting friends, chores, shopping, a-p always invited along

4. Does the family take an annual vacation?      ☐ Yes ☒ No
   Will the au pair be expected/invited to accompany the family?    ☐ Yes ☒ No
   If yes, will the au pair be expected to help with childcare?    ☐ Yes ☒ No
   Comments:

---

AP-HFA02-0110      Page 2 of 4

**CONFIDENTIAL**

PLAINTIFFS' RESP. APP.0002837

**InterExchange**       **AU PAIR USA** Host Family Interview Report

---

5. Are there any family lifestyle habits or customs the au pair should know about? ☐ Yes ☒ No   If yes, please describe:

---

6. Do the family's house rules include a curfew? ☒ Yes ☐ No   If yes, please describe:

11pm on worknights

---

### ⌖ TRANSPORTATION AND CAR USE

1. Au pair will drive for   ☒ Childcare duties   ☐ Personal activities   ☐ Neither

☒ **I have reviewed the car accident policy:** In the event of an accident, the au pair is liable for one-half of the damages up to $500, but cannot be held responsible for paying over $500 per accident. The au pair is not responsible for any damages when driving for work.

---

2. Can the nearest major city be reached by public transportation easily?   ☒ Yes ☐ No
Comments:
Ap is in the city and a 24x7 bus runs 2 blocks from the house

---

3. What transportation will be available to the au pair for the following occasions?

Cluster meetings: <u>public transportation</u>      Classes: <u>public transportation</u>

Socializing, shopping, etc.: <u>public transportation</u>

Please make sure the host family understands they must facilitate the au pair getting to classes and cluster meetings. This includes paying the cost to the closest educational institute which meets the educational requirements of the U.S. Department of State and that has classes available to the au pair during non-working hours as well as paying the cost to cluster meetings.

---

### ⌖ FAMILY'S HOME & AU PAIR'S ROOM

1. Family lives in a: <u>4</u> bedroom house or <u>   </u> bedroom apartment (indicate number of bedrooms, including au pair's room)

---

2. Au pair's room is on the ☐ Same ☒ Different floor as the family

---

3. The au pair's room contains the following (please check all that apply):

| | | | | |
|---|---|---|---|---|
| ☒ Bed | ☐ Desk | ☒ Lamp | ☒ Storage shelves | ☒ Attached bathroom |
| ☒ Dresser | ☐ Desk chair | ☒ TV | ☒ Closet | ☐ Attached half-bath |
| ☒ Window w/natural light | ☐ Telephone | ☐ Easy chair | ☒ Carpeting | |

Comments:

---

4. The general condition of the house at the time of the interview can best be described as:

☐ Very neat and clean   ☒ A normal lived-in home with children   ☐ Extremely casual

---

5. How important is it to the family to have their home very neat?
important

---

**CONFIDENTIAL**

PLAINTIFFS' RESP. APP.0002838      InterExchange0004461

## FAMILY LIFE & EXPECTATIONS

1. Has the family ever lived or traveled abroad or moved to an entirely new area, and experienced cultural adjustment?

travelled extensively.

2. How will the family promote cultural exchange in their house?

celebrate the au-pairs customs

3. How will the family address homesickness with their au pair?

talk

4. Why would the family encourage an au pair to spend a year living with their family?

it will be fun

5. Please check all adjectives you feel describe this host family:

☒ Active          ☒ Organized       ☐ Liberal        ☐ Reserved        ☐ Patient        ☒ Outgoing
☒ Creative        ☒ Easy-going      ☒ Flexible       ☐ Conservative    ☒ Athletic       ☐ Intellectual
☒ Direct          ☐ Other:

6. Do you have any doubts or reservations as to the suitability of this family?   ☐ Yes   ☒ No

If yes, please explain:

**In-Person Interview**

☒ I certify that I have interviewed the above mentioned host family in their home, including all adult family members currently residing in the home. The information contained in this report is as accurate as could be determined from this interview.

**Telephone Interview**

☐ I certify that I have interviewed the above mentioned host family over the phone.

| Local Coordinator: | Maureen hughes-Gress | maureen hughes-gress | Digitally signed by maureen hughes-gress DN: cn=maureen hughes-gress, o, ou=au pair usa local coordinator, email=aspelnine@aol.com, c=US Date: 2011.03.27 22:46:24 -07'00' | 03/27/2011 |
|---|---|---|---|---|
| | NAME | | SIGNATURE | DATE (MM/DD/YYYY) |

CONFIDENTIAL

InterExchange0004462

PLAINTIFFS' RESP. APP.0002839

## Host Family Agreement

This InterExchange Au Pair USA Host Family Agreement is freely entered into by InterExchange, Inc. hereafter "InterExchange", a corporation having its principle place of business in New York City, NY and the named signatory hereafter "Host". For the purpose of this agreement, the Host is acting on behalf of all members of the Host's household including any other individuals residing in or frequently staying at the Host's residence.

1. Host warrants that responses in the Host Family Application are true and correct.

2. Host acknowledges and understands that all au pairs are participants in a cultural exchange program and agrees to comply with all of the regulations published by United States Department of State 22 CFR Part 514.31, which may be amended from time to time in the future. Host acknowledges receipt of a copy of 22 CFR Part 514.31 and the Department of State publication "The Au Pair Exchange Program" from InterExchange. Host agrees that the terms and conditions set forth herein and in the InterExchange Au Pair USA brochure and Host Family Handbook shall constitute part of this agreement with InterExchange.

3. Host agrees to ensure that their au pair shall:
• Be given board and lodging, and shall occupy a separate room which must be approved by InterExchange's Local Coordinator;
• Be given the appropriate U.S. State Department mandated stipend to be paid weekly on a set day;
• Not work more than 45 hours per week nor 10 hours per day spread over five and one half days and receive a written schedule at least one week in advance;
• Be given at least one and one half days off every week and one free weekend (Friday early evening to Monday morning) each month;
• Be given two weeks paid vacation to be taken at a mutually agreed upon time during the exchange;
• Be given adequate time to the complete the required six semester hours of academic courses at an accredited post-secondary institution during the 12 month stay and be given a maximum of $500 to use for such educational courses. Further, Host agrees to facilitate transportation to such classes.

4. Host agrees that InterExchange has the right to determine suitability of their family to participate in the program and that in determining suitability, InterExchange may make reasonable inquiries to third parties.

5. Host agrees that the au pair's duties will be restricted to childcare and responsibilities related to care of the children. This may include active duties such as general supervision of play, preparing children's meals, straightening their rooms, and doing the children's laundry as well as passive duties such as being present when the children are sleeping.

6. Host agrees:
• InterExchange cannot place an au pair in a home unless the au pair has at least 200 hours of documented experience working with children under the age of two. Host will promptly notify InterExchange if a child under the age of two years joins the household at any time during the program. If a child under the age of two joins the home, the previously placed au pair shall not be permitted to remain in the home without 200 hours of documented experience working with children under the age of two.
• If there are any children are under three months old living in the home there must be a responsible adult in the home at all times and the au pair cannot be left as the sole childcare provider, even for a limited amount of time, including sleeping hours.
• That during the first three days of an au pair's stay in the home, a parent or other responsible adult shall remain in the home to facilitate the adjustment of the au pair into the family, household and community.
• That the au pair shall not be responsible for the administration of any medicine or medical/therapeutic treatment to my/our children.

7. Host agree to notify InterExchange in writing in the event that our family situation changes in a way that may impact an au pair's well-being or living situation. Such changes include but are not limited to someone joining the household, change of address, divorce or other significant events that may occur during the program.

8. Host will facilitate attendance and provide time off and transportation for the au pair's monthly cluster meetings with InterExchange's Local Coordinator.

9. Host agrees to attend at least one of the two family day conferences organized by InterExchange's Local Coordinator during the program year and understand that failing to do so is grounds for possible termination of continued or future participation in the program.

10. Host agrees to provide the au pair with a one-way ticket or other transportation arrangements for the au pair to travel from New York to their community or request InterExchange to do so at their expense.

11. Host agrees that InterExchange shall have regular contact with the au pair and host family to ensure the success of the exchange, and to provide orientation, assistance, and counsel. Host agrees to cooperate fully with InterExchange and its representatives in their role of supervising and implementing the au pair program.

12. Host agrees that InterExchange may reasonably attempt to mediate in the case of misunderstandings or serious problems for the au pair and/or host family, and shall assist host family and the au pair if the placement cannot be continued. Such assistance may include placement of the au pair with another host family or repatriation, and/or placement of another au pair with host family.

13. Host agrees that after the initial adjustment time of one month following arrival, if there is a serious incompatibility problem that requires alternate placement, InterExchange will make reasonable attempts to locate another au pair. In this case the au pair remains in residence with host for a maximum of two weeks, continues to fulfill her/his childcare responsibilities if requested by Host and receives the appropriate weekly stipend until a new placement can be found.

14. Host agrees that when re-matching their original contract length will be shortened or lengthened to match the new au pair's program length. When the contract is lengthened, Host agrees to pay $136 per week for each additional week of service beyond the original 52-week contract.

15. Host agrees that if InterExchange finds that the au pair is subject to exploitative or other unreasonable circumstances or conditions in my/our household (e.g. failure to pay the appropriate weekly stipend or to provide the required free time or educational benefits), it may in its sole judgment withdraw the au pair from the household, and Host shall not be entitled to a replacement au pair or any refund.

16. Host agrees agree that if a problem arises when traveling with their au pair outside of their local community they will be responsible for making arrangements at their expense to promptly return the au pair to that community.

17. Host understands that travel with the au pair in excess of 30-days within the U.S. or outside of the U.S. must have prior written consent from InterExchange.

18. Host understands that au pairs are provided with accident and sickness insurance provided by a third-party insurance company and that this insurance policy contains limitations and exclusions. Host agrees that any disputes regarding coverage issues are strictly between au pair and the third-party insurance company and that InterExchange is not responsible for resolving any coverage issues and/or disputes.

19. Host agrees to be responsible for determining whether any additional types of employee insurance are required under federal, state and/or local laws. Host understands that InterExchange is not responsible for providing guidance as to such insurance matters.

20. Host agrees to be responsible for determining whether the au pair will be able to legally drive in their state of residence.

21. Host agrees to provide automobile insurance at the Host's sole cost if the au pair if uses any of Host's vehicles. The insurance coverage shall not be less than the minimum mandatory insurance coverage required by law in the Host's state of residence.

22. Host acknowledges responsibility to conform to any and all state or local laws regarding the au pair's use of Host's automobile, including the au pair obtaining a local driver's license if required.

23. Host agrees not to hold InterExchange liable for any damage or loss resulting from the au pair's use of the vehicle.

24. Host agrees to pay for gas used by the au pair when performing her/his duties or when driving to/from meetings and/or classes that are requirements of the program. .

25. Host agrees that any decision regarding an au pair's program status, dismissal, or replacement will be made at the sole discretion of InterExchange and shall be considered final.

PLAINTIFFS' RESP. APP.0002840

InterExchange0004463

26. Host agrees that InterExchange shall not be liable for any personal bills incurred by the au pair while residing with my/our family. Host understand that the au pair will be responsible directly to the family for all personal debts including but not limited to phone calls, use of the Host Family car, gym memberships, and in case of damage to the car during non-working hours the au pair will be liable for one half the damages up to $500.00 per accident.

27. Host agrees to carefully choose an au pair from the candidate(s) presented, and that there is no warranty as to Host's satisfaction or to the compatibility of any particular candidate as an au pair in Host's family.

28. Host agree to undertake reasonable direct contact with any au pair candidate and contact a potential au pair a minimum of two times by telephone prior to an agreement to match.

29. Host agrees to notify InterExchange by telephone and in writing if a serious problem develops between Host and the au pair.

30. Host acknowledges that InterExchange is primarily a cultural exchange organization rather than a domestic services business and waives and releases InterExchange from any and all claims for contract damages such as, for example, cost of providing alternate child care arrangements if InterExchange is unable, for any reason, after reasonable efforts, to place an au pair with Host's family or to obtain a replacement au pair if one should be needed.

31. Host understands that InterExchange does not guarantee continuous childcare coverage in any circumstances, including but not limited to circumstances in which the au pair becomes ill or disabled by any circumstance or is otherwise unable or unwilling to fulfill their duties hereunder; and that InterExchange is not responsible for the costs of supplemental, replacement, or interim childcare. In addition, InterExchange is not responsible for delays in the au pair's arrival such as visa rejections, visa delays, flight delays, or situations otherwise beyond the direct control of InterExchange.

32. Host understands that in the event of an accident or serious illness that, in the judgment of InterExchange, prevents the au pair from continuing her/his duties, she or he will end the exchange early and return home. In such a circumstance InterExchange will use reasonable efforts to find a replacement au pair.

33. Host agrees that InterExchange shall not be liable for and does not guarantee acceptable performance by the au pair. Host agrees that the au pair is not an employee, servant or agent of InterExchange or any Local Coordinator, and that InterExchange and/or any Local Coordinator do not exercise dominion and control over the actions of the au pair. InterExchange and any Local Coordinator are not responsible for any act or omission on the part of the au pair.

34. Host understands that InterExchange and/or its officers, employees and agents are neither responsible nor liable for any events beyond their control, including without limitation Acts of God or Government restrictions that may interfere with or preclude operation of the InterExchange program; nor, in the absence of their own gross or willful negligence are InterExchange, its officers, employees, agents and/or any Local Coordinator liable for any events directly or indirectly caused by any intentional or negligent acts or omissions by an au pair placed in my/our household.

35. Host understands and agrees to the terms and schedule of payment as set forth in this document. Host agrees to pay the Application Fee of $300 when submitting our application. Further, Host agrees to make payment of the Program Fee Deposit of $2,500 upon matching with chosen au pair. Host also agrees to pay the Program Fee Balance of $4,490 upon the arrival of our au pair to our home or elect to join the Easy Payment Plan. Host agrees that these program fees may be subject to change or be modified by promotional offers/discounts.

36. Host understands that failure to pay InterExchange's program invoices by the due date will result in the assessment of interest charges calculated at a rate of 8% per annum, compounded monthly, of the past due balance. Additionally, InterExchange will be entitled to reimbursement from the Host for all incurred costs of recovery of past due balances, which may include but may not be limited to, collection fees of 25% of the past due balance, attorney fees of 30% of the past due balance and/or court costs.

37. Host agrees to the following refund policy:
- Application fee: the $300 application fee is non-refundable.
- Refund before the au pair's arrival in the USA: if Host cancels prior to the au pair's arrival to the U.S., InterExchange will refund all monies paid less $500 cancellation fee.
- Refund after the au pair's arrival to the U.S.: $100/week for each of the unused weeks remaining on my/our contract.
- If during the final week of placement, the au pair was in the home for 3 days or less, the number of weeks used will be rounded down to the nearest whole week; if the au pair was in the home for 4 days or more, the number of weeks used will be rounded up to the nearest whole week.
- After 26 weeks of placement no refunds will be given but the unused balance will be credited toward the next contract. Such credit will expire after on 12 months.
- Any discounts that have been applied to the current contract will not be counted as payments and therefore will be deducted from the refund amount.

38. In the event of an au pair replacement, Host agrees:
- The program term shall be adjusted to include the remainder of the replacement au pair's full program year.
- Host shall be responsible for paying InterExchange $136 for each additional week of au pair service beyond my/our regular fifty-two (52) week program year, and such additional payment is due no later 30 days after the replacement au pair's arrival.
- Host agrees and understands they may be responsible for additional tuition costs for the replacement au pair if the au pair has not completed the educational component with a previous Host Family (up to a maximum of $500.)
- InterExchange agrees to contribute up to $300 toward our cost of the replacement au pair's transportation to my/our home.

39. Host agrees to assist InterExchange in ensuring that the au pair leaves the United States at the conclusion of the program year in compliance with the regulations.

40. Host agrees that any controversy, dispute, or claim arising between Host and/or any beneficiary of this agreement out of or in connection with this agreement, the relationship of the parties or its interpretation, performance or nonperformance, or any breach thereof shall be determined solely in arbitration conducted in New York City in accordance with the then existing rules of the American Arbitration Association.

41. This agreement outlines the terms that should govern the InterExchange Au Pair USA program for standard 12-month programs, in-country placements, rematches and Extension Programs.

42. Host is hereby advised and understands that au pairs wishing to participate on the Extension Program must submit their application on or before InterExchange Au Pair USA's published deadline date, and InterExchange does not guarantee that the Department of State will approve any extension request.

43. Host is hereby advised and understands that au pairs participating on the Extension Program will receive an updated DS-2019 form that reflects the updated program dates. Although au pairs will have a valid DS-2019 form, the J-1 visa in his/her passport may have expired during the first 12-months of stay in the U.S. InterExchange discourages au pair travel outside of the U.S. after the J-1 visa expires as au pair may not be allowed re-entry to the U.S.

44. Host understands that although InterExchange will make its best efforts at screening and training all au pairs, childcare is an inherently risky business. Host therefore agree to assume the risks involved in the childcare provided by au pair, and hereby irrevocably, unconditionally, and fully waive, release and forever discharge InterExchange, its subsidiaries, officers, employees, and agents from any and all claims related to personal and/or property damage, injury, loss, delay or expense Host incurs.

45. Host is given the option of electronically accepting the terms and conditions of this Host Family Agreement, or Host Family may download, review, sign, and return to InterExchange. Should Host Family opt to download and return, this Host Family Agreement may be signed and delivered to InterExchange. An electronic or facsimile signature shall be considered the same as an original.

By clicking on "I/We Agree" below, Host Family accepts the terms of this Host Family Agreement. No alteration of the terms of this Host Family Agreement will be valid unless approved by InterExchange in writing. Beyond what is expressly stated in this Agreement, I/we do not rely on any other promises, statements or representations. I/We have retained a copy of this Agreement for our files.

I/we have read and agree to the terms and conditions.  ☒

| | | | |
|---|---|---|---|
| **Parent 1:** Last Name: | Cook | First Name: | Beth |
| **Parent 2:** Last Name: | | First Name: | |
| **Email Primary:** | REDACTED | | |

CONFIDENTIAL

InterExchange

**AU PAIR USA**

## Confidential Employment Verification

INSTRUCTIONS: The Host Parent's employer must complete this form.
Employers may use this form or write a similar letter on company letterhead.

This is to verify that _Beth Cook_ is a current
_(Host Family Applicant)_

employee of _____
_(Name of Company)_

He/She has been with the company since _____
_(starting date)_

Social Security Number _____ **REDACTED**

**REDACTED**

Sincerely,

_____
_(Supervisor or Personnel Signature)_

Name and address of company:

_____

KENTFIELD
REHABILITATION & SPECIALTY HOSPITAL

**Beth Cook, Ph.D.**
Neuropsychologist

**REDACTED**

Phone number: _____

_I am self employed. I am on the medical staff at Kentfield Hospital since 2003._

13

CONFIDENTIAL

InterExchange0004465

⚙ InterExchange

## Host Family Confidential Reference

**AU PAIR USA**

Host Family Last Name (s): **Cook**                                                State: **CA**

Name of Reference: Nancy Chamberlain        Email Address:    REDACTED                Date: 3/23/2011

How long have you known this family?:

Since 1984

Please describe the capacity in which you know them:

Beth Cook has been a close friend for over 25 years.

Have you visited the applicant family in their home?  ☒ Yes  ☐ No

Please describe your view of the family, include your observations of the relationship of the parents to each other, to the children and vice versa:

The Cook family is a warm and loving family that has had au pairs for several years successfully. Beth Cook is a very competent adult who can work out difficult situations and tries to help her au pairs have enjoyable years in America.

Please describe any special conditions including physical or mental handicaps or disorders that the children or parents may have:

None that I know of.

Are you aware of any alcoholism, drug abuse, domestic violence, sexual abuse, or other disorders in the family?   ☐ Yes  ☒ No
If yes, please describe:

Are you aware of any history of arrest or criminal charges involving any family member?   ☐ Yes  ☒ No      If yes, please describe:

In your opinion, do you feel that the applicants would provide a healthy, pleasant family experience for a young au pair?  ☒ Yes  ☐ No
Please feel free to make any further comments or observations in the space below:

A great family for an au pair!

PLAINTIFFS' RESP. APP.0002843

InterExchange0004466

Case 1:14-cv-03074-CMA-KMT Document 923-30 Filed 03/17/18 USDC Colorado Page 19 of 180

InterExchange

## Host Family Confidential Reference

AU PAIR USA

Host Family Last Name (s): **Cook**          State: CA

Name of Reference:  Diana Naparst          Email Address:          REDACTED          Date: 1/19/2011

How long have you known this family?:

I've known Beth Cook since 2002 (8+ years)

Please describe the capacity in which you know them:

Beth and I became good friends after meeting, and now our daughters are friends too.

Have you visited the applicant family in their home?   ☒ Yes  ☐ No

Please describe your view of the family, include your observations of the relationship of the parents to each other, to the children and vice versa:

Beth is a wonderful mother.  Her daughters are very sweet and good-natured.  She has had au pairs before, and has always had good relationships with them.

Please describe any special conditions including physical or mental handicaps or disorders that the children or parents may have:

Are you aware of any alcoholism, drug abuse, domestic violence, sexual abuse, or other disorders in the family?   ☐ Yes  ☒ No

If yes, please describe:

Are you aware of any history of arrest or criminal charges involving any family member?   ☐ Yes  ☒ No     If yes, please describe:

In your opinion, do you feel that the applicants would provide a healthy, pleasant family experience for a young au pair?  ☒ Yes  ☐ No

Please feel free to make any further comments or observations in the space below:

Beth is a great gal, and very fair-minded.  I think that an au pair would be very happy and well cared-for in her home.

**CONFIDENTIAL**

 

www.aupairinamerica.com

Send all remittances to:
**Au Pair in America**
24600 Network Place
Chicago, IL 60673-1246
*For Billing queries, please see*
*reverse side for contact information*

| Date | Family ID# |
|------|-----------|
| 02-24-2011 | 43538  XA |

BETH COOK
REDACTED
SAN FRANCISCO, CA 94118

**STATEMENT**
**Tax ID# 31 0683821**

<10>

| DUE DATE | DESCRIPTION | AMOUNT |
|----------|-------------|--------|
| | ***** Au Pair Service Dates ***** | |
| | Katharina Kirst        08-23-2010    08-22-2011 | |
| | BALANCE BEFORE CURRENT AGREEMENT YEAR | $0.00 |
| 07-23-2010 | SEVIS Fee | $35.00 |
| 07-23-2010 | Program Fee | $8,850.00 |
| 08-09-2010 | Payment on Account - Thank You | -$8,850.00 |

*Here is a receipt showing my current partiapation w/ APIA Please apply $500 discount to my Interexchange bill. Thanks! Beth Cook*

BALANCE DUE        $35.00

*1.5% per month (18% per annum) finance charged will be assessed on outstanding balances at 31+ days.*

Checks should be made out to Au Pair in America and include your host family ID number. If charging payment to a credit card,
please indicate which (**please note:** Debit cards not accepted): *Please see reverse side for fax information.*

☐ American Express   ☐ Visa   ☐ MasterCard   Amount to be charged $ _____
**Charge will appear on your bill as "American Institute For Foreign Study"**

Card number _____   Expiration date _____

Name (as it appears on **the card**) _____

Signature _____   Phone ( _____ ) _____
*Keep one copy for your records and return the other with payment.*

**CONFIDENTIAL**

PLAINTIFFS' RESP. APP.0002845

InterExchange0004468

 InterExchange

- AU PAIR USA
- H-2B VISA USA
- CAMP USA
- WORKING ABROAD
- CAREER TRAINING USA
- WORK & TRAVEL USA

3/23/2011

Cook Family
  REDACTED
San Francisco CA 94118

Dear Host Family,

The information below outlines our orientation schedule and will assist you in contacting your new au pair at the hotel during his/her week in New York City.

**Au Pair Name- Kristin Lahmann**

**New York City Expected Arrival Date - 8/15/2011**

**Hotel Accommodation:**

New Yorker Hotel (Ramada Inn & Plaza)          Telephone: (212) 971-0101
8th Avenue (@34th Street)
New York, NY 10001

The hotel often has only one name per room in their directory and may tell you there is no guest registered under your au pair's name. If you have difficulty reaching your au pair, please call the Au Pair USA office at 1-800-AU-PAIRS. We will have all of the room numbers by Monday afternoon.

**Orientation Schedule:**

| | |
|---|---|
| Tuesday: | Rules and Regulations of the Program, Child Development of School-Age Children, and a Cultural Adaptation Class |
| | Optional Tour of NYC with Licensed Tour Guide |
| Wednesday: | Child Safety and Health Training by Lifesaving Enterprises |
| Thursday: | Child Development of Newborns through Five-Year Olds. |
| Friday: | Travel to Host Family (any time of day). |

**Domestic Travel Arrangements:**

**PLEASE BE AWARE THAT IT IS THE RESPONSIBILITY OF THE HOST FAMILY TO MAKE DOMESTIC ARRANGEMENTS FOR THEIR INCOMING AU PAIR.** We *strongly* encourage you to purchase refundable/transferrable tickets for your au pair. In the unlikely event that your au pair is not able to come to the US as scheduled, such tickets will be easy to change. Please call Globe Travel at 1-800-892-9385 to make travel arrangements. Globe Travel will then forward the tickets to us. If you prefer to use your own travel agent, or if you plan to pick up your au pair at the Hotel New Yorker, *please contact Joanna Lehmann*, the Orientation Manager in the New York office and send the ticket to her attention at the New York office. If you have an electronic ticket you can email it directly to: *logistics@interexchange.org*. You can also email any other travel information to the aforementioned email address. We will be happy to deliver any travel information necessary to your au pair on the Thursday afternoon of every arrival. If you are picking up your au pair at the Hotel New Yorker, please let us know!

**CONFIDENTIAL**

InterExchange0004469

PLAINTIFFS' RESP. APP.0002846

 InterExchange

## INTEREXCHANGE/AU PAIR USA
## AU PAIR-HOST FAMILY CONFIRMATION

**Au Pair Section**

*Au Pair First Name:* Kristin  *Last Name:* Lahmann          *Au Pair Reference* #A16638

**International Cooperator Section**

*Cooperator:* STEP IN GmbH                    *IC Reference #:* 10006

**Host Family Section**

*Family Name:* Cook                *Family Reference #:*  F11683

*Parent 1 Name:* Beth          *Role*  Mother      *Parent 2 Name:*              *Role*

*Complete application, including all references, was sent to host family on 3/16/2011 by Briana Danner.*

**Local Coordinator Section**

*Local Coordinator:* Maureen Hughes-Gress          *LC Reference #:* L269

*LC's Telephone #:*   415-750-9513        *LC's Email:*  mhughes-gress@lc.interexchange.org

**Placement Information**

*Int'l Departure City:* Hannover          *Au Pair's Arrival to U.S.:* August 15, 2011

After a one week orientation and training program in New York City, you will travel to your host family!

*Host Family's Address:*            *Family's Phone #:*    REDACTED
  REDACTED
                        *Family's Email:*      REDACTED
San Francisco, CA ,94118

*Your host family has described their area as:* urban

*Your host family has the following children:*   Gender:

| Gender: | G | G | | | | |
|---------|------|--------|--|--|--|--|
| Age: | 7.47159 | 2.65845 | | | | |

B = Boy, G = Girl

**InterExchange •161 Sixth Avenue, New York, NY 10013 • Tel: (212) 924-0446**
**Fax: (212) 924-0575 • E-mail: info@interexchange.org • WWW: http://www.interexchange.org**

IEX03/00NR                    Au Pair-Host Family Confirmation

**CONFIDENTIAL**                  InterExchange0004470

PLAINTIFFS' RESP. APP.0002847



| AU PAIR USA | H-2B VISA USA |
| CAMP USA | WORKING ABROAD |
| CAREER TRAINING USA | WORK & TRAVEL USA |

RE: Kristin Lahmann

Dear Cook Family,

Congratulations on matching with your new au pair. Your au pair will now begin the process of applying for the J-1 visa at a U.S. Consulate in her home country.

Due to increased security measures at U.S. Consulates around the world, all visa applications are now processed only through the mail and an in-person interview is required. It is the sole responsibility of the au pair to apply for and schedule her/his own visa interview appointment.

Most au pairs receive their visas in a reasonable amount of time and arrive on their scheduled orientation date, but sometimes there may be unforeseen delays or visa denials. As always, it is important for host families to have back-up childcare, should their incoming au pair experience any visa difficulties.

As the sponsoring organization, InterExchange/Au Pair USA provides each au pair with an official U.S. Department of State DS-2019 form. We also process the payment of the au pairs's SEVIS Fee and supply a copy of the I-901 receipt. When applying for their visa, au pairs must submit the DS-2019 form and I-901 form along with any other documents required by the U.S. Consulate in their country. *Only an overseas consular officer can process, grant, or deny an au pair's visa application.*

The best way for your family to stay informed of your au pair's visa results is to maintain contact with her/him throughout the visa process. Au Pair USA is informed in the case of a visa delay or denial, at which point we notify your Local Coordinator immediately.

Thank you and we wish you a wonderful year with your au pair!

Sincerely,

Au Pair USA

161 Sixth Avenue, New York, NY 10013    TEL 212.924.0446    FAX 212.924.0575    www.InterExchange.org

**CONFIDENTIAL**

PLAINTIFFS' RESP. APP.0002848

InterExchange0004471

# HOST FAMILY PLACEMENT SHEET

ID: F11683

| | |
|---|---|
| Fam Name: **Cook** | LC Name **Hughes-Gress, Maureen** |
| Parent 1 **Beth**    Parent 2 | Phone **415-750-9513** |
| State **CA**   Zip **94118** | Place. Coord **Margaret Terrero** |

Pre-match? ☐ Yes ☒ No  If yes, their name: _____   Country: _____

### Children

Desire Arr Date **08/08/2011**

| Name | Gender | Age | DOB |
|---|---|---|---|
| REDACTED | ☐ B ◉ G | 7.3 | REDACTED |
| | ☐ B ◉ G | 2.5 | |
| | ☐ B ☐ G | | |
| | ☐ B ☐ G | | |
| | ☐ B ☐ G | | |
| | ☐ B ☐ G | | |

Are you expecting a baby? ☐ Yes ☒ No
Baby due _____
Adopt a child in the next 12 months? ☐ Yes ☒ No
Other adults in home? ☐ Yes ☒ No
Other adults desc. _____

| | | |
|---|---|---|
| AP's Sex **Female** | | At Home Parent _____ |
| AP_Smoker **No** | | CommunityDesc **urban** |
| Need Driver **Experienced Only** | Rank **4** | |
| Need Swimmer **somewhat** | Rank **4** | |
| Pref Age Range **21-26** | Rank ____ | |
| Pref Child Care Exp **2-6** | Rank **1** | |
| Pref Native Language **German** | Rank **2** | |

Pref Additional Info

Pets_Cats **Yes**
Pets_Dogs **No**
Pets_Desc **2 indoor tabby cats.**

Spec.Need **No**                              HF's Pets **cat**

Spec. describe

Matching Considerations                 Best suited au pair comments

PLAINTIFFS' RESP. APP.0002849                          InterExchange0004472

InterExchange  **AU PAIR USA** Host Family Application

## U PAIR USA

# 2010 Host Family Application

| Parent 1: | ☒ Mother ☐ Father | Prefix Dr. | Last Name: Cook | | First Name: Beth |
| Parent 2: | ☐ Mother ☐ Father | Prefix | Last Name: | | First Name: |

**We are:** ☒ New ☐ Ext ☐ Repeat

We are pre-matched with an au pair applicant: ☐ Yes ☒ No    If yes, their name:    Country:

When would you like your au pair to arrive? (Month/Year)  8 / 2011

**Home Address Line 1:**  REDACTED

Line 2:

| San Francisco | CA | 94118 | Primary Phone: | REDACTED |
| City | State | Zip | | |

Parent 1 Mobile Phone:  REDACTED    Parent 2 Mobile Phone:

Email Primary:  REDACTED    Email Alternate:  REDACTED

Living Arrangements:  ☒ One-parent home  ☐ Two-parent home

**CHILDREN**

| Name | Gender | Date of Birth |
|---|---|---|
| REDACTED | G | REDACTED |
| | G | |
| | | |
| | | |
| | | |

Are you expecting a baby?  ☐ Yes ☒ No    If yes, when is the baby due?

Do you expect to adopt a child in the next 12 months?  ☐ Yes ☒ No

Do any of your children have special needs?  ☐ Yes ☒ No

If yes, please describe:

Do any other adults live in your home? ☐ Yes ☒ No    If yes, please describe :

**FOR NEW FAMILIES**

How did you hear about InterExchange Au Pair USA?  ☐ Internet search ☐ Publication ☐ Refereed by Someone ☐ Other

If other, please describe:

If you were referred to us, who referred you?  ☐ Current Host Family ☒ Current Au Pair ☐ Local Coordinator

Referred by:

| NAME | CITY | STATE |

| OFFICE USE ONLY | Ref. No. | LC Name: |

InterExchange                                    **AU PAIR USA** Host Family Application

**ILY INFORMATION**

**PARENT 1**                                     **PARENT 2**

Full Name: Beth          Cook                    Full Name:

Occupation: Neuropsychologist                    Occupation:

Company: self-employed                           Company:

Work Phone: REDACTED                             Work Phone:

Are host parents U.S. citizens or legal permanent residents (green card holders)? ☒ Yes ☐ No

Does either parent work from home? ☐ Yes ☒ No    If so, please describe the frequency etc.:

Do the work schedules of either parent require overnight travel? ☐ Yes ☒ No    If so, please describe the frequency and duration:

Does your family or anyone in your home follow a special diet? ☐ Yes ☒ No    If yes, please describe:

Do you have cats? ☒ Yes ☐ No    Do you have dogs? ☐ Yes ☒ No

Please describe all of your pets (indoor/outdoor, size, number, type)
indoor tabby cats.

Is English the primary language spoken in your home? ☒ Yes ☐ No

What languages, other than English, are spoken in your home?

Does anyone smoke inside your home? ☐ Yes ☒ No

Have any members of your family been convicted of a crime (excluding minor traffic violations)? ☐ Yes ☒ No    If so, please explain:

Please check all the areas that best describe you and your family's primary interests:

☒ Handicrafts   ☐ Writing      ☒ Theater/Movies   ☐ Computers     ☒ Do-It-Yourself   ☐ Sailing          ☒ Bicycling

☐ Cooking       ☒ Reading      ☐ Photography      ☐ Entertaining  ☐ Tennis           ☐ Baseball         ☐ Skiing

☐ Gardening     ☒ Artwork      ☒ Travel           ☐ Dance         ☒ Swimming         ☒ Horseback Riding ☐ Football

Sporting Events: _____    Musical Instruments: piano    Other: _____

**COMMUNITY INFORMATION**

Which of these best describes your community? ☒ Urban ☐ Suburban ☐ Rural

What is the nearest major city? San Francisco

What is the nearest major airport? SFO

Our home is a: ☒ freestanding house ☐ townhouse ☐ apartment

...re a private bedroom available for the au pair? ☒ Yes ☐ No

Will your au pair be expected to drive as part of his/her duties? ☒ Yes ☐ No

Will your au pair be allowed to use a car when off-duty? ☐ Yes ☒ No

**CONFIDENTIAL**

PLAINTIFFS' RESP. APP.0002851                    InterExchange0004474

InterExchange | AU PAIR USA Host Family Application

## WEEKLY SCHEDULE

...se provide your potential au pair with a sample typical weekly schedule. This will give the au pair an idea of what his/her responsibilities will be in your home. After your au pair arrives, you must provide an official weekly schedule at least one week in advance. Please note: U.S. Department of State regulations stipulate that the schedule may not exceed 10 hours per day or 45 hours per week. In addition, your au pair must receive at least one and a half consecutive days off per week.

**Monday Duties**
get kids ready for school.  pick kids up from school.

Monday total hours
5

**Tuesday Duties**
Spend time with Willa who will have just turned 3.  Parks, playdates, the zoo.  We live right next to Golden Gate Park, one of the largest urban parks in the United States, with many fun attractions, as well as close proximity to Ocean Beach, on the Pacific Ocean.

Tuesday total hours
8

**Wednesday Duties**
Get kids ready for school, pick them up.

Wednesday total hours
5

**Thursday Duties**
Spend time with Willa who will have just turned 3.  Parks, playdates, the zoo.  We live right next to Golden Gate Park, one of the largest urban parks in the United States, with many fun attractions, as well as close proximity to Ocean Beach, on the Pacific Ocean.

Thursday total hours
8

**Friday Duties**
Get kids ready for school, pick them up.

Friday total hours
5

**Saturday Duties**
Every other week, i like to go out on a Saturday night.  Often I won't though because I am resting after a busy week.  Au pair will always have either Friday or Saturday night off, sometimes both.

Saturday total hours
?

**Sunday Duties**
au pair typically off unless special event.

Sunday total hours

Total Hours per Week   31

CONFIDENTIAL

InterExchange0004475