# Exhibit 63



## Protect Yourself From Au Pair Fraud!

Like 4 people like this. Sign Up to see what your friends like.

Like 4    Tweet



Applying to be an au pair is very exciting, especially if you meet a family that would like to pre-match with you! However, don't let your excitement cloud your good judgement. It is important that you take the proper precautions and make sure the online family is not an internet scammer. All international au pairs visiting the U.S. on a J-1 Visa should only work with an official U.S. State Department sponsor such as InterExchange Au Pair USA.

Scams and frauds involve many different techniques. For example, a scammer may pretend to be an au pair agency like InterExchange, or a host family that saw your profile online. They might contact you by email, telling you about their family and why they need someone to help them. They may make you offers that sound amazing, like paying you more than the program amount of $195.75 per week or saying that you won't be working very many hours. They will usually not speak with you over the phone or Skype. If you hesitate or respond slowly, their emails can become very demanding and urgent. They will often ask you to send them your personal identification (passport, driver's license) and/or payment for the agency, flights or other fees. Their emails often contain many grammar and spelling errors, and they may even use copies of au pair agency images and logos. If you doubt whether a family is real or not, you can email us at aupair@interexchange.org.

**Important Safety Reminders:**

- All international au pairs must apply with a U.S. Department of State designated sponsor. There is no other way to get a J-1 Visa for a U.S. au pair program.
- All international au pairs will work with a local agency in their home country. You must meet with this representative personally for a one on one interview and she or he will help you with the application process.
- All emails from InterExchange staff will end in @interexchange.org. International Cooperators also have institutional emails. Anyone claiming to be an au pair agency but emailing from a free service provider, such as Gmail or Yahoo, is most likely a scammer.
- Our application materials are all online in our protected portal. Families do not send these to you. Only our authorized agents in your home country can register you into the protected InterExchange Passport online system.
- Our families and au pairs communicate with each other using InterExchange Passport, our exclusive online portal. This is a closed online community, and a safe system for families and au pairs to meet and match with each other.

### CONNECT WITH US



### SUBSCRIBE

Receive email notifications when new content is posted.

Your email:
Enter email address...

Subscribe  Unsubscribe

### SEARCH THE AU PAIR USA BLOG

Search



InterExchange Au Pair U...

### INFORMATION FOR AU PAIRS

Become an Au Pair in the US
Life in the US for Au Pairs
Au Pair Responsibilities
Au Pair USA Benefits
Testimonials
Resources for Au Pairs

### INFORMATION FOR HOST FAMILIES

### CATEGORIES

Educational Info
Program Info
Activities and Crafts
Program News

### ARCHIVES

March 2015
January 2015
December 2014
November 2014
October 2014
September 2014
August 2014
July 2014
June 2014
May 2014
April 2014
March 2014
February 2014
January 2014

- You only begin talking to our screened host families AFTER you have completed your application and interviewed with us.
- Au pairs only pay their local agency directly, not their host family and not third-party bankers.
- U.S. au pair agencies DO NOT use money transfer companies such as Western Union or MoneyGram for business transactions.
- Never give out your personal information via email to someone you do not know.
- Do not provide copies of your personal documents or send payment to third parties. Only give these things directly to your local agency in your home country.
- If you think that someone has tried to fraudulently contact you, please contact InterExchange immediately at aupair@interexchange.org or +1.212.924.0446 to report the incident.

We value your safety and are here to support you. If you are interested in becoming an au pair, please be sure to check out the au pair requirements.

To start the application process, please visit the following page to submit your information: http://www.interexchange.org/au-pair-usa/au-pair-program/ready-get-started

InterExchange Au Pair USA

Like  4 people like this. Sign Up to see what your friends like.

THIS ENTRY WAS WRITTEN BY ADMIN, POSTED ON MAY 21, 2014 AT 4:19 PM, FILED UNDER AU PAIR TIPS, CULTURAL EXCHANGE, PROGRAM INFO AND TAGGED AMERICAN CULTURE, AU PAIR, AU PAIR TIPS, AU PAIR USA, AU PAIRS IN USA, CHILD CARE, CULTURAL EXCHANGE, INTEREXCHANGE, INTEREXCHANGE AU PAIR USA, PROGRAM INFO, TIPS FOR AU PAIRS. BOOKMARK THE PERMALINK. FOLLOW ANY COMMENTS HERE WITH THE RSS FEED FOR THIS POST. TRACKBACKS ARE CLOSED, BUT YOU CAN POST A COMMENT.

December 2013
November 2013
October 2013
September 2013
August 2013
July 2013
March 2013
February 2013
December 2012
August 2012
June 2012
May 2012
April 2012

## Leave a Reply

Your email address will not be published. Required fields are marked *

\* Name

\* Email

Comment

**HTML tags are not allowed.**

Post Comment

Current ye@r *

1980

PLAINTIFFS' RESP. APP.0001942

**InterExchange Au Pair USA** is a cultural exchange program that gives young people, ages 18-26, the opportunity to experience the U.S. by living with an American host family while providing child care. Host families enjoy the benefit of in-home care for their children that is flexible and affordable. In return, au pairs receive room, board, a weekly stipend, accident and sickness insurance, airfare and an educational allowance to use toward college-level courses.

© InterExchange  Privacy Policy | Terms of Use | International Cooperator Login

Get plugin http://www.fastemailsender.com

PLAINTIFFS' RESP. APP.0001943