# Exhibit 64

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 14-cv-03074-CMA-KMT
 3   _____

 4   VIDEOTAPE DEPOSITION OF:   JOHANA PAOLA BELTRAN
                                August 30, 2016
 5   _____

 6   JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE
     DEEELEFS; DAYANNA PAOLA CARDENA CAICEDO; ALEXANDRA
 7   IVETTE GONZALEZ; on behalf of themselves and others
     similarly situated,
 8
     Plaintiffs,
 9
     v.
10
     INTEREXCHANGE, INC.; USAUPAIR, INC.; GREATAUPAIR, LLC;
11   EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT AUPAIR;
     EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS; CULTURAL
12   HOMESTAY INTERNATIONAL; CULTURAL CARE, INC. d/b/a
     CULTURAL CARE AU PAIR; AUPAIRCARE INC.; AU PAIR
13   INTERNATIONAL, INC.; APF GLOBAL EXCHANGE, NFP d/b/a
     AUPAIR FOUNDATION; AMERICAN INSTITUTE FOR FOREIGN STUDY
14   d/b/a AU PAIR IN AMERICA; AMERICAN CULTURAL EXCHANGE,
     LLC, d/b/a GOAUPAIR; AGENT AU PAIR, INC.; A.P.EX.
15   AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a PROAUPAIR;
     and 20/20 CARE EXCHANGE, INC. d/b/a THE INTERNATIONAL
16   AU PAIR EXCHANGE, and ASSOCIATES IN CULTURAL EXCHANGE,
     d/b/a GOAUPAIR,
17
     Defendants.
18   _____

19

20

21

22

23

24

25
```

H+G

Hunter+Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

www.huntergeist.com
scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

Case No. 1:14-cv-03074-CMA-KMT   Document 1174-64   filed 11/13/18   USDC Colorado   pg 3 of 6

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

## 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT
_____
VIDEOTAPE DEPOSITION OF:   JOHANA PAOLA BELTRAN
                          August 30, 2016
_____
JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE
DEEELEFS; DAYANNA PAOLA CARDENA CAICEDO; ALEXANDRA
IVETTE GONZALEZ; on behalf of themselves and others
similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.; USAUPAIR, INC.; GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS; CULTURAL
HOMESTAY INTERNATIONAL; CULTURAL CARE, INC. d/b/a
CULTURAL CARE AU PAIR; AUPAIRCARE INC.; AU PAIR
INTERNATIONAL, INC.; APF GLOBAL EXCHANGE, NFP d/b/a
AUPAIR FOUNDATION; AMERICAN INSTITUTE FOR FOREIGN STUDY
d/b/a AU PAIR IN AMERICA; AMERICAN CULTURAL EXCHANGE,
LLC, d/b/a GOAUPAIR; AGENT AU PAIR, INC.; A.P.EX.
AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a PROAUPAIR;
and 20/20 CARE EXCHANGE, INC. d/b/a THE INTERNATIONAL
AU PAIR EXCHANGE, and ASSOCIATES IN CULTURAL EXCHANGE,
d/b/a GOAUPAIR,

Defendants.
_____

## 2

PURSUANT TO NOTICE, the videotape deposition of JOHANA PAOLA BELTRAN was taken on behalf of the Defendant InterExchange, Inc., at 633 17th Street, Suite 3000, Denver, Colorado 80202, on August 30, 2016, at 9:13 a.m., before Carol M. Bazzanella, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public within Colorado.

A P P E A R A N C E S

For the Plaintiffs:

   ALEXANDER HOOD, ESQ.
   DAVID SELIGMAN, ESQ.
   Towards Justice
   1535 High Street, Suite 300
   Denver, Colorado 80218

For the Defendant InterExchange, Inc.:
   BROOKE A. COLAIZZI, ESQ.
   ERICA L. HERRERA, ESQ.
   Sherman & Howard L.L.C.
   633 17th Street, Suite 3000
   Denver, Colorado 80202

For the Defendant Expert Group International Inc. d/b/a Expert AuPair:
   BOGDAN ENICA, ESQ.
   Law Office of Bogdan Enica
   111 2nd Avenue NE, Suite 213
   St. Petersburg, Florida 33701
   (Appearing Telephonically)

For the Defendant EurAuPair Intercultural Child Care Programs:
   MARTHA L. FITZGERALD, ESQ.
   Brownstein Hyatt Farber Schreck, LLC
   410 17th Street, Suite 2200
   Denver, Colorado 80202

## 3

For the Defendant Cultural Homestay International:
   ADAM A. HUBBARD, ESQ.
   Holland & Hart LLP
   555 17th Street, Suite 3200
   Denver, Colorado 80202

For the Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair:

   JUSTIN WOLOSZ, ESQ.
   Choate Hall & Stewart LLP
   Two International Place
   Boston, Massachusetts 02110
   (Appearing Telephonically)

   DIANE HAZEL, ESQ.
   Lewis Roca Rothgerber Christie LLP
   1200 17th Street, Suite 3000
   Denver, Colorado 80202

For the Defendant AuPairCare, Inc.:

   BRIAN P. MASCHLER, ESQ.
   Gordon Rees Scully Mansukhani LLP
   555 17th Street, Suite 3400
   Denver, Colorado 80202
   (Appearing Telephonically)

For the Defendant APF Global Exchange, NFP:
   LAWRENCE LEE, ESQ.
   Fisher & Phillips LLP
   1801 California Street, Suite 2700
   Denver, Colorado 80202

For the Defendants Agent Au Pair, American Cultural Exchange, LLC d/b/a GoAupair and Associates in Cultural Exchange, d/b/a GoAupair:
   KATHRYN A. REILLY, ESQ.
   Wheeler Trigg O'Donnell LLP
   370 17th Street, Suite 4500
   Denver, Colorado 80202

## 4

For the Defendant A.P.EX. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc., d/b/a The International Au Pair Exchange:
   KATHLEEN CRAIGMILE, ESQ.
   Nixon Shefrin Hensen Ogburn, P.C.
   5619 DTC Parkway, Suite 1200
   Greenwood Village, Colorado 80111
   (Appearing Telephonically)

Also Present:

   Justin Grant
   John Jensen, Videographer
   Christine LaMonica-Lunn
   Michael McHugh
   Jack Mudry, Interpreter

Case No. 1:14-cv-03074-CMA-KMT   Document 1174-64   filed 11/13/18   USDC Colorado   pg 4 of 6
JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

81

12:02:23 1  those beliefs.
12:02:24 2         MS. COLAIZZI:  I did.  I asked her if she
12:02:27 3  understood what that sentence meant, if she agreed with
12:02:29 4  it.
12:02:31 5         MR. HOOD:  Well, but then she can say she
12:02:32 6  didn't --
12:02:32 7         MS. COLAIZZI:  She hasn't said anything
12:02:33 8  'cause you keep objecting and confusing the situation.
12:02:34 9  I'm not asking about any communications.  There's no
12:02:37 10 objection -- there's no question -- there's no
12:02:38 11 objectionable question.
12:02:38 12        MR. HOOD:  Well, why don't you give me
12:02:39 13 five minutes to talk to my client about how she can
12:02:42 14 respond to questions about the complaint without
12:02:45 15 revealing -- I mean, we had lengthy conversations that
12:02:48 16 are privileged that were the basis for drafting this
12:02:50 17 complaint, and it's a sticky situation for her, and
12:02:52 18 she's having difficulty understanding how to respond.
12:02:55 19 So we can -- I can go talk to her about how to do that
12:02:56 20 without violating privilege, and we'll be back in five
12:03:00 21 minutes.
12:03:00 22        MS. COLAIZZI:  Let's try to do it in five,
12:03:02 23 please.  We'll go off the record briefly.
12:03:07 24        THE VIDEOGRAPHER:  We're going off the
12:03:08 25 record.  The time is 12:02 p.m.

82

12:03:13 1         (Recess taken, 12:02 p.m. to 12:15 p.m.)
12:15:24 2         THE VIDEOGRAPHER:  We are back on the
12:15:25 3  record.  The time is 12:15 p.m.
12:15:29 4         MR. HOOD:  I've instructed my client off
12:15:31 5  the record that she may answer questions about the
12:15:35 6  complaint to the extent she can understand the
12:15:36 7  complaint without the help of her attorney, but that
12:15:39 8  she may not respond to questions regarding the
12:15:42 9  complaint to the extent they require her to reveal
12:15:49 10 attorney-client confidences.
12:16:20 11        For example, I instruct her not to answer
12:16:23 12 questions regarding why a particular paragraph or piece
12:16:26 13 of the complaint is in the complaint.
12:16:44 14     Q.  (BY MS. COLAIZZI)  And with my questions,
12:16:45 15 I'm not asking you about communications with your
12:16:47 16 counsel.  Please take another look at paragraph 324 on
12:16:57 17 page 68 of Exhibit 16, the last sentence that starts,
12:17:14 18 "Ms. Beltran found . . ."  As you sit here today, is
12:17:26 19 that sentence a true statement?
12:17:45 20     A.  Let me read it, please.
12:17:47 21     Q.  Sure.
12:17:55 22     A.  It is.
12:17:56 23     Q.  Okay.  What was -- explain to me what was
12:18:02 24 difficult to understand about subcontractors, agents,
12:18:08 25 and employees that you interacted with during the

83

12:18:11 1  application process for the au pair program.
12:18:26 2      A.  Can you repeat the question, please.
12:18:29 3         MS. COLAIZZI:  Can you read it back,
12:18:29 4  please.
12:18:00 5         (The last question was read back as
12:18:00 6  follows: "Explain to me what was difficult to
12:18:03 7  understand about subcontractors, agents, and employees
12:18:09 8  that you interacted with during the application process
12:18:12 9  for the au pair program.")
12:19:03 10     A.  The documents, that all of them were in
12:19:06 11 English.
12:19:08 12     Q.  (BY MS. COLAIZZI)  Okay.  What else was
12:19:09 13 difficult to understand about the process?
12:19:19 14     A.  They weren't clear about the information.
12:19:23 15     Q.  Who is "they"?
12:19:30 16     A.  The people that were there attending to me
12:19:34 17 when I was filling out the application.
12:19:36 18     Q.  And the people were at the office in
12:19:38 19 downtown Bogota; is that correct?
12:19:44 20     A.  Yes.
12:19:44 21     Q.  When you say they weren't clear about the
12:19:47 22 information, explain to me what you mean.
12:19:59 23     A.  They never explained -- they never
12:20:00 24 explained to me, really, what the program was all
12:20:02 25 about.

84

12:20:03 1      Q.  Did you ask them questions?
12:20:06 2      A.  Yes.
12:20:07 3      Q.  What kind of questions did you ask them?
12:20:16 4      A.  Who would help me to comply with the
12:20:18 5  requirements for the program.
12:20:19 6      Q.  And when you say, "requirements," what
12:20:21 7  specifically are you referring to?
12:20:28 8      A.  About all the classes that I was supposed
12:20:30 9  to take.
12:20:31 10     Q.  Okay.  What else were they not clear about
12:20:33 11 in terms of the information about the program?
12:20:45 12     A.  At this time I can't recall.
12:20:48 13     Q.  During the application process, other than
12:20:50 14 the individuals who were at that office in downtown
12:20:53 15 Bogota, was there anybody else that you interacted with
12:20:56 16 or communicated with during that process about the
12:20:59 17 au pair program?
12:21:12 18     A.  When I was in Colombia?
12:21:16 19     Q.  Correct.
12:21:16 20     A.  No.  Just with them.
12:21:17 21     Q.  Okay.  How many different people at that
12:21:19 22 office did you communicate with during the application
12:21:21 23 process?
12:21:33 24     A.  That I can recall, two.
12:21:35 25     Q.  Okay.  Is there anything else about the

Case No. 1:14-cv-03074-CMA-KMT   Document 1174-64   filed 11/13/18   USDC Colorado   pg 5 of 6

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

85

```
12:21:40   1   application process that you found to be confusing or
12:21:43   2   difficult to understand other than what we've just
12:21:45   3   talked about?
12:22:02   4        A.  It could be, but that was quite some time
12:22:05   5   ago, so I can't recall.
12:22:06   6        Q.  Okay.  So there's nothing else you
12:22:08   7   remember about that as you sit here today other than
12:22:10   8   what we've discussed?
12:22:21   9        A.  No.  No, I don't think so.
12:22:24  10        Q.  Can you turn back to Exhibit 15, please.
12:22:32  11             MR. HOOD:  I don't know if she has it in
12:22:34  12   front of her.  Oh, it's underneath.
12:22:40  13        Q.  (BY MS. COLAIZZI)  And I want to talk
12:22:41  14   about Interrogatory 2, which is on pages 2 and 3 of
12:22:46  15   Exhibit 15.  Why don't you -- let me ask you this.  I'd
12:23:00  16   like you to refresh your recollection about the
12:23:04  17   question in Interrogatory 2 and the answer.  Are you
12:23:14  18   able to do that by reading, or do you want the
12:23:17  19   interpreter to translate it for you?
12:23:25  20        A.  Yes, can he help me, please.
12:23:27  21        Q.  Okay.
12:23:32  22             THE INTERPRETER:  Okay.  The interpreter
12:23:33  23   is looking at Interrogatory No. 2 and will then site
12:23:37  24   translate it into Spanish.
12:23:38  25             MS. COLAIZZI:  Thank you.
```

86

```
12:23:39   1             THE INTERPRETER:  You're welcome.
12:24:35   2             MS. COLAIZZI:  Thank you.  And then if you
12:24:38   3   could do the same with respect to Ms. Beltran's
12:24:39   4   response.
12:24:50   5             THE INTERPRETER:  The response begins at
12:24:52   6   the bottom of page 2.
12:26:35   7             MR. HOOD:  I'm going to object to the
12:26:38   8   translation only to the extent that "interchange" and
12:26:40   9   "InterExchange" were being used interchangeably, and my
12:26:45  10   understanding is all of those meant InterExchange.
12:26:48  11             MS. COLAIZZI:  I would agree with respect
12:26:49  12   to the second; however, the first one, there's a typo
12:26:53  13   in Ms. Beltran's response, so he did, in fact,
12:26:55  14   interpret it correctly.
12:26:57  15             MR. HOOD:  Okay.  Well --
12:26:57  16             MS. COLAIZZI:  But that's fine.
12:26:58  17             MR. HOOD:  Okay.  I apologize.
12:27:06  18        Q.  (BY MS. COLAIZZI)  I'd like to refer you
12:27:09  19   to the sentence towards the end of your response that
12:27:12  20   begins, "During her au pair interview . . ."  Are you
12:27:30  21   referring to the interview that you've already
12:27:33  22   described as having taken place during your third visit
12:27:35  23   to the office in downtown Bogota?
12:27:55  24        A.  Can you repeat the question?
12:27:57  25             MS. COLAIZZI:  Can you read it back,
```

87

```
12:27:59   1   please.
12:27:07   2             (The last question was read back as
12:27:07   3   follows:  "I'd like to refer you to the sentence
12:27:10   4   towards the end of your response that begins, 'During
12:27:12   5   her au pair interview . . .'  Are you referring to the
12:27:33   6   interview that you've already described as having taken
12:27:33   7   place during your third visit to the office in downtown
12:27:38   8   Bogota?")
12:28:38   9        A.  Yeah, that was the only interview.
12:28:40  10        Q.  (BY MS. COLAIZZI)  Okay.  And is that
12:28:44  11   sentence a true statement?
12:28:52  12        A.  Yes.
12:28:53  13        Q.  I want you to describe for me the
12:28:55  14   conversation you had with the InterExchange
12:28:57  15   representative about what you would be paid per week.
12:29:15  16        A.  195 and 75 cents.
12:29:19  17        Q.  How did that conversation about the amount
12:29:21  18   come about?
12:29:28  19        A.  That was a long time ago, and I can't
12:29:31  20   remember very well.
12:29:32  21        Q.  Do you recall if the representative made
12:29:33  22   that statement to you on her -- on her or his own, or
12:29:38  23   did you ask about the weekly pay?
12:29:54  24        A.  It was within one of the agreements that I
12:29:56  25   signed with them.
```

88

```
12:29:57   1        Q.  Okay.  Did you discuss the amount with
12:29:59   2   anyone?
12:30:05   3        A.  No.
12:30:06   4        Q.  Did you ask any questions about the weekly
12:30:08   5   amount?
12:30:13   6        A.  No.
12:30:15   7        Q.  At the time of that interview was there
12:30:16   8   anything about the amount of 195.75 per week that
12:30:21   9   concerned you in any way?
12:30:36  10        A.  I don't understand the question.
12:30:38  11        Q.  When you heard during that interview that
12:30:40  12   you would be paid 195.75 per week, were you okay with
12:30:45  13   that?
12:31:04  14        A.  I didn't understand it very well, because
12:31:05  15   they told me in dollars.
12:31:07  16        Q.  Did you ask what that translated to in
12:31:10  17   pesos?
12:31:14  18        A.  No, they didn't tell me.
12:31:16  19        Q.  Did you ask?
12:31:18  20        A.  Yes.
12:31:18  21        Q.  And what did they tell you in response to
12:31:21  22   your question?
12:31:26  23        A.  No, they didn't explain it to me, and I
12:31:29  24   don't remember.
12:31:29  25        Q.  You don't remember what?
```

22 (Pages 85 to 88)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

89

```
12:31:36   1      A.  I don't know why they didn't explain it to
12:31:39   2   me well.
12:31:40   3      Q.  Did you attempt to find out from any other
12:31:41   4   source what 195.75 per week meant in terms of pesos?
12:31:56   5      A.  No.
12:31:59   6          MS. COLAIZZI:  Why don't we take an hour
12:31:59   7   for lunch.
12:32:05   8          THE DEPONENT:  Thank you.
12:32:05   9          THE COURT:  Going off the record.  The
12:32:06  10   time is 12:31 p.m.
12:32:09  11          (Recess taken, 12:31 p.m. to 1:34 p.m.,
13:34:49  12   after which time Mr. Maschler was present via
13:34:49  13   telephone.)
13:35:01  14          THE VIDEOGRAPHER:  We are back on the
13:35:02  15   record.  The time is 1:34 p.m.
13:35:06  16      Q.  (BY MS. COLAIZZI)  Good afternoon,
13:35:06  17   Ms. Beltran.
13:35:09  18      A.  Good afternoon.
13:35:12  19      Q.  Do you remember that before we broke for
13:35:14  20   lunch we talked about the conversation you had in
13:35:18  21   Colombia about the weekly stipend of 195.75?  Do you
13:35:24  22   remember that?
13:35:39  23      A.  Yes, ma'am.
13:35:41  24      Q.  Do you -- did you have any other
13:35:43  25   conversations while you were in Colombia with anyone
```

90

```
13:35:46   1   about the weekly pay you would receive as an au pair?
13:36:01   2      A.  No.
13:36:04   3      Q.  Could you take another look at Exhibit 15,
13:36:06   4   please.  Page 2.  I want to ask you a question about
13:36:28   5   Interrogatory 1.  Do you need the interpreter to
13:36:36   6   translate the question and answer of Interrogatory
13:36:44   7   No. 1 for you?
13:36:47   8      A.  Please.
13:36:51   9          THE INTERPRETER:  The interpreter's
13:36:53  10   looking at Interrogatory 1.
13:39:08  11          MS. COLAIZZI:  Thank you.
13:39:12  12      Q.  (BY MS. COLAIZZI)  Ms. Beltran, your
13:39:15  13   response to Interrogatory 1 refers to payments, as in
13:39:21  14   more than one payment.  How many total payments did you
13:39:26  15   make in order to participate in the au pair program?
13:39:44  16      A.  Two.
13:39:45  17      Q.  Okay.  I think you said before that the
13:39:48  18   first one was 500,000 pesos; is that correct?
13:39:55  19      A.  Yes.
13:39:55  20      Q.  How much was the second payment?
13:40:03  21      A.  I'm sorry.  I think I made more than two
13:40:08  22   payments for the program, but I don't remember.
13:40:11  23      Q.  Do you remember the amounts of any of the
13:40:13  24   other payments?
13:40:22  25      A.  I believe, but I'm not sure, that one was
```

91

```
13:40:25   1   for 2 million pesos.
13:40:27   2      Q.  And you believe there may have been more
13:40:30   3   than those two?
13:40:36   4      A.  Yes.
13:40:36   5      Q.  And in your response to Interrogatory 1
13:40:40   6   you indicated that you paid approximately $11,000 to
13:40:43   7   take the various classes you needed to become an
13:40:47   8   au pair.  Is the 11,000 figure correct, as far as you
13:41:05   9   know sitting here?
13:41:11  10      A.  Yes.
13:41:11  11      Q.  Okay.  Do you remember what that was in
13:41:13  12   pesos?
13:41:19  13      A.  Around 20 or 22 million pesos.
13:41:24  14      Q.  How many post-high school classes did you
13:41:27  15   need to take in order to meet the requirements for the
13:41:29  16   au pair program?
13:41:45  17      A.  I think it was one or two.
13:41:47  18      Q.  And what were the subject matters of those
13:41:50  19   classes?
13:41:58  20      A.  Systems.
13:42:02  21      Q.  Anything else?
13:42:04  22      A.  No.
13:42:04  23      Q.  What is systems?
13:42:10  24      A.  Like computers, computer systems.
13:42:21  25      Q.  Ms. Beltran, I believe in the complaint it
```

92

```
13:42:25   1   indicates that you had communications with three or
13:42:29   2   four potential host families; is that correct?
13:42:47   3      A.  Yes.
13:42:47   4      Q.  Did you select those three or four
13:42:48   5   families or did they select you?
13:43:00   6      A.  Those families selected me.
13:43:03   7      Q.  And was one of those families the Noonans?
13:43:15   8      A.  Yes.
13:43:15   9      Q.  How many conversations do you recall
13:43:18  10   having with the Noonan family prior to agreeing to
13:43:22  11   become their au pair?
13:43:37  12      A.  There were many of them.  I don't remember
13:43:39  13   how many exactly.
13:43:42  14      Q.  More than ten or less than ten?
13:43:46  15      A.  Probably more.
13:43:47  16      Q.  More or less than 20?
13:43:52  17      A.  I don't remember.
13:43:55  18      Q.  How many conversations did you have with
13:43:58  19   the other host families?
13:44:05  20      A.  There weren't -- there weren't very many
13:44:07  21   of them.
13:44:09  22      Q.  Why weren't there very many conversations
13:44:10  23   with those other families?
13:44:17  24      A.  Because the Noonan family was more
13:44:19  25   interested.
```

23 (Pages 89 to 92)