# Exhibit 65

 (http://www.aupairfoundation.org)

MEET OUR
TEAM (HTTP://WWW.AUPAIRFOUNDATION.ORG/MEET-OUR-TEAM/)
FIND AN
AU PAIR (HTTP://WWW.AUPAIRFOUNDATION.ORG/FIND-AN-AU-PAIR/)
BECOME A
HOST FAMILY (HTTP://WWW.AUPAIRFOUNDATION.ORG/BECOME-A-HOST-FAMILY/)
LEARN MORE (HTTP://WWW.AUPAIRFOUNDATION.ORG/ABOUT-US/)
BLOG
APF EXCHANGE (HTTP://BLOG.AUPAIRFOUNDATION.ORG)

Call us on: 1866 428 7247



# Frequently Asked Questions

Do you have questions? Well, we have answers to some of the most frequently asked questions. Do you have an additional question? Please contact us to speak directly with a member of the Au Pair Foundation team who can help you get the answers you need.

**What is the difference between a nanny and an Au Pair?**

Nannies are child-care providers who are paid for their expertise and experience and they are employees of the family for whom they work. Nannies are private providers who are typically costly and ask for many benefits such as health insurance and Social Security from the family. Au Pairs, on the other hand, are participants in a Department of State cultural exchange program. Au Pairs provide up to 45 hours of childcare per week as part of their responsibility to their Host Family and are considered members of the family, NOT domestic servants.

**What is the Educational Component of the Au Pair program?**

Au Pairs are required to attend an accredited, post-secondary institution, such as a Community College, college or university, to earn at least six credits or 72 classroom hours of education. Host Families contribute up to $500 towards the cost of the education.

**How is Au Pair Foundation's program regulated by the Department of State?**

Au Pair Foundation is audited annually to ensure compliance with the procedures and reporting requirements set forth in the Department of State's Regulations. Additionally, on an annual basis, Au Pair Foundation must submit the following to the Department of State: copies of our advertisement and recruitment materials, a summary of the annual survey we conduct of Host Families and Au Pairs, which includes a summation of all complaints received and their resolutions, and all situations which resulted in the placement of an Au Pair with more than one Host Family.

## ONCE THE AU PAIR IS WITH THE HOST FAMILY

**Can the Au Pairs drive?**

### REQUEST MORE INFORMATION

First Name*

Last Name*

Email*

Phone Number*

Zip Code*

Contact Me

### HEADQUARTERS OFFICE

AU PAIR FOUNDATION
205 Keller Street, Ste 204
Petaluma, CA 94952 USA

TOLL-FREE TELEPHONE
**1-866-428-7247** OR
**1-866-4AUPAIR**
FAX: **707-658-2393**

**Ellen Hoggard**
President
ellen@aupairfoundation.org (mailto:ellen@aupairfoundation.org)

**Theresa Nelson**
VP of Finance and Administration
theresa@aupairfoundation.org (mailto:theresa@aupairfoundation.org)

(https://www.facebook.com/pages/Au-Pair-Foundation/128021980706326)

MOVANTS' APP 01282

How long can an Au Pair stay with a Host Family, and can the arrangement be extended?

What responsibilities do Host Families and Au Pairs have?

What are Host Families entitled to?

What are Au Pairs entitled to?

Au Pairs are entitled to a private bedroom, meals, a weekly stipend of $195.75 (the weekly stipend will increase if the federal minimum wage increases), a full weekend off each month, two weeks of paid vacation, and up to $500 towards fulfilling the mandatory education requirement at an accredited, post-secondary institution.

What can you expect as an Au Pair Foundation Au Pair?

## QUESTIONS OR PROBLEMS

If I am not happy with the match, can I back out?

What do we do if there's an emergency?

What if I have questions after the initial selection and match have been made, or what if a problem arises?

## SELECTION AND SCREENING PROCESS

Do you offer male Au Pairs as well as females?

Can we get an Au Pair at any time of the year?

How do we select our Au Pair?

How soon after we complete the Host Family Application can we expect to review Au Pair applications?

What Host Family costs are involved?

What kind of training and experience is required to be an Au Pair?

## TAX QUESTIONS

What effect do the IRS reporting requirements have on the Au Pair program?

Do the program fees paid by the Host Family to Au Pair Foundation qualify as a child care expense?

Does the weekly stipend payment to the Au Pair represent a qualifying child care expense to the Host Family?

Are the weekly stipend payments to the Au Pair taxable to them and is Federal withholding required?

Is withholding of Social Security tax required on the weekly stipend paid to the Au Pair?

APF Global Exchange NFP (http://www.aupairfoundation.org/about-us/) | Privacy & Security (http://www.aupairfoundation.org/about-us/privacy-policy/) | Mission (http://www.aupairfoundation.org/about-us/mission/) | Department of State Regulations (http://www.aupairfoundation.org/about-us/dos-regulation/) | Login (http://www.aupairfoundation.org/login/)

MOVANTS' APP 01283

Frequently Asked Questions | Au Pair Foundation                            http://www.aupairfoundation.org/about-us/faq/

# QUESTIONS? CALL US ON: 1 866 428 7247

(https://www.facebook.com/aupairfoundation/)

---

### ABOUT US (HTTP://WWW.AUPAIRFOUNDATION.ORG/MEET-OUR-TEAM/)

Regional Directors (http://www.aupairfoundation.org/meet-our-team/regional-directors/)

Local Community Representatives (http://www.aupairfoundation.org/meet-our-team/local-community-representatives/)

LCR Earning Potential (http://www.aupairfoundation.org/meet-our-team/local-community-representatives/lcr-fees/)

Become a Local Community Representative (http://www.aupairfoundation.org/meet-our-team/become-a-local-community-representative/)

LCR Application (http://www.aupairfoundation.org/meet-our-team/become-a-local-community-representative/lcr-application/)

Job Opportunities – Open Positions Available (http://www.aupairfoundation.org/meet-our-team/job-opportunities-open-positions-available/)

### FIND AN AU PAIR (HTTP://WWW.AUPAIRFOUNDATION.ORG/FIND-AN-AU-PAIR/)

Au Pair Requirements (http://www.aupairfoundation.org/find-an-au-pair/become-an-au-pair/)

Interested in Becoming an Au Pair (http://www.aupairfoundation.org/find-an-au-pair/show-your-interest/)

Au Pair Testimonials (http://www.aupairfoundation.org/find-an-au-pair/au-pair-testimonials/)

Security Alert – Fraudulent Au Pair Offers (http://www.aupairfoundation.org/find-an-au-pair/security-alert-fraudulent-au-pair-offers/)

Cultural Exchange Component (http://www.aupairfoundation.org/find-an-au-pair/cross-cultural-component/)

### BECOME A HOST FAMILY (HTTP://WWW.AUPAIRFOUNDATION.ORG/BECOME-A-HOST-FAMILY/)

Benefits of Hosting an Au Pair (http://www.aupairfoundation.org/become-a-host-family/benefits-with-an-au-pair/)

Host Family Requirements (http://www.aupairfoundation.org/become-a-host-family/host-family-requirements/)

Au Pair Programs (http://www.aupairfoundation.org/become-a-host-family/au-pair-programs/)

Matching Process (http://www.aupairfoundation.org/become-a-host-family/match-process/)

Host Family Program Fees (http://www.aupairfoundation.org/become-a-host-family/program-fees/)

Host Family Testimonials (http://www.aupairfoundation.org/become-a-host-family/host-family-testimonials/)

### HOST FAMILY APPLICATION (HTTP://WWW.AUPAIRFOUNDATION.ORG/HOST-FAMILY-APPLICATION/)

### LEARN MORE (HTTP://WWW.AUPAIRFOUNDATION.ORG/ABOUT-US/)

Mission (http://www.aupairfoundation.org/about-us/mission/)

Privacy Policy (http://www.aupairfoundation.org/about-us/privacy-policy/)

Department of State Regulations (http://www.aupairfoundation.org/about-us/dos-regulation/)

Overseas Partners (http://www.aupairfoundation.org/about-us/overseas-partners/)

Frequently Asked Questions (http://www.aupairfoundation.org/about-us/faq/)

2015 Au Pair Agency of the Year (http://www.aupairfoundation.org/about-us/2014-au-pair-agency-of-the-year/)

---

 (http://www.alliance-exchange.org/)     (http://www.iapa.org/)

 (http://www.bbb.org/greater-san-francisco/business-reviews/child-care-referral/apf-global-exchange-in-petaluma-ca-372955)

 (http://j1visa.state.gov/programs/au-pair/)

**MOVANTS' APP 01284**