# Exhibit 66



FAQ's

# Frequently Asked Questions for Au Pairs

**The Application Process**

**Q: How do I apply?**

**Q: Do I need a driver's license to apply as an au pair?**

**Q: Do I need a secondary school diploma to be an au pair?**

**Q: What English level is required?**

MOVANTS' APP 01314

**Q: What kind of child care experience is needed to become an au pair?**

**Q: What is the application process like? Is there an application fee?**

**Q: Can I choose my area or city?**

**Q: Can I choose my family?**

### Preparing for the Year Ahead

**Q: What is included in the EurAupair New York Workshop?**

**Q: Are there any costs I am responsible for during the New York Workshop?**

### My Year as an Au Pair

**Q: What will be my stipend?**

A: Your weekly stipend will be of $195.75 if you are an au pair in the regular program and $250 if you are a par experience au pair. Your stipend will be paid weekly, regardless of the number of hours you work (up to 45 hours per week).

**Q: Do I have vacation during the year?**

**Q: Can I travel during the year?**

**Q: Can I attend classes during the year?**

**Q: What are my duties as an au pair?**

**Q: Does EurAupair provide any support during the year?**

**Q: What should I do if I run into issues during the year?**

### Administrative Matters

**Q: Who takes care of my visa?**

**Q: What does my insurance cover?**

**Q: Do I need to pay taxes on what I earn during my program?**

**Q: Do I need an international driver's license?**

**MOVANTS' APP 01315**

# Find Available Au Pairs

## 1.800.333.3804

©2015 EurAupair. All Rights Reserved.

EurAupair | 250 N Coast Hwy | Laguna Beach, CA 92651 | Telephone: (949) 494-5500 | Toll Free: (800) 333-3804 | Fax: (949) 497-6235