# Exhibit 67

1/5/2017
program benefits | USAuPair – A Cultural Exchange Program
Case 1:14-cv-03074-CMA-KMT Document 886-9 Filed 02/16/18 USDC Colorado Page 33 of
Case No. 1:14-cv-03074-CMA-KMT Document 1174-67 filed 11/13/18 USDC Colorado pg 2
of 3

Search

## program benefits

The au pair program is a live and learn experience.  It is an opportunity to understand American cultural lifestyles, beliefs, traditions, and language.  You will make lifelong friends, gain confidence, mature, and face challenges.

The program offers you:



- Airfare to Portland, Oregon.
- Travel to your host family home,
- 4 nights at Hotel during au pair workshop,
- Light continental breakfast plus lunch during USAuPair workshop on child development and safety,
- Medical insurance,
- Private bedroom and meals at host family home,
- Weekly wage of $195.75 US (51 weeks),
- Up to $500 US contribution toward education,
- Two weeks vacation,
- One free weekend each month (Friday evening to Monday morning),
- 1.5 days off each week,
- Program support from local USAuPair representative,
- Monthly meetings with USAuPair representative and other au pairs.

Your weekly wages of $195.75 total approximately $10,000.  The weekly wage is determined by the U.S. Department of Labor and may change in the future.

USAuPair representatives support au pairs.  They can offer advice with culture shock, homesickness, and communication. The counselors also arrange fun monthly meetings with other au pairs in your area.

Au pairs who successfully complete their programs may extend their program; or they may  use a 30-day visa grace period to explore America before returning to their home country.

Extension requests are six, nine or twelve months.

Complete our online form, and one of our representatives will contact you with more information.

**MOVANTS' APP 01337**




*Thank you so much for finding a very nice, kind host family. I love them!*

*- Sara from Bolivia*

## au pair info and forms

[Au Pair Interest Form](#)

[AuPair Blog/Newsletter](#)

[Program Regulations](#)

[The Exchange Visitor Program Brochure](#)

## explore the world...

Living and working abroad with a family means you learn first-hand about a new culture, language and customs. Being an au pair is a safe and personal way to explore the world. Enrich the minds of the children in your care by sharing your culture.

## interested?

Complete our free [online interest form](#).

Copyright @ USAupair, Inc. | privacy policy

MOVANTS' APP 01338