**MINUTE ENTRY FOR SETTLEMENT**

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: November 20, 2018

RE: ***Beltran v. InterExchange, Inc.*, 14-cv-03074-CMA-KMT**

    ___ A settlement conference was held on this date, and no settlement has been reached as to any claims in this action.

    ___ Settlement negotiations were held on this date and a settlement has been reached as to:

        ___ All claims in this action. The parties shall file a stipulated motion to dismiss on or before November __, 2018.

        ___ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before November __, 2018.

Settlement negotiation, conference, and preparation time involved: ___ hours.

    ___ A record was made          ___ No record was made

* * * * * * * * * * * * * * * * *

    _X_ Supplemental settlement negotiations were held in the above-captioned case, including telephone and email discussions with counsel. The case has achieved an agreement in principle.

Negotiation time involved: 15 hours.