IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

        Defendants.

---

### APF GLOBAL EXCHANGE NFP D/B/A AU PAIR FOUNDATION'S <u>UNOPPOSED</u> MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO A CERTAIN EXHIBIT ATTACHED TO DOC. NO. 1174

---

Pursuant to D.C.COLO.LCivR 7.2, Defendant APF Global Exchange NFP d/b/a Au Pair Foundation ("APF") hereby moves this Court for an order restricting public access, under Level 1 restricted access, to Exhibit 29 to the Declaration of Byron Pacheco in Support of Plaintiffs' Memorandum of Law in Support of Application of Equitable Tolling and Delayed Accrual as to Certain of Plaintiffs' Claims [Doc. No. 1174].  In support thereof, APF states as follows.

### CERTIFICATE OF CONFERRAL

The undersigned certifies that she conferred with counsel for Plaintiffs pursuant to D.C.COLO.LCivR 7.1 regarding the relief sought in this motion and counsel responded that Plaintiffs do not oppose this motion.

FPDOCS 34753484.1

1. All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

2. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, Doc. No. 305.)

3. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (*Id.* ¶ 8.)

4. On November 13, 2018, Plaintiffs filed Plaintiffs' Memorandum of Law in Support of Application of Equitable Tolling and Delayed Accrual as to Certain of Plaintiffs' Claims [Doc. No. 1173]. The Pacheco Declaration and exhibits thereto [Doc. No. 1174] were filed in support of that memorandum. Attached as Exhibit 29 [Doc. No. 1174-29], to the Pacheco Declaration is material developed by APF at significant expense that constitutes and reflects confidential business and competitive information, trade secrets and proprietary information. The document has previously been marked "Attorney's Eyes Only" without objection. To preserve the confidentiality of this information and protect APF from competitive harm, APF respectfully requests that the Court restrict access to these documents under Level 1 restricted access. *See L-3 Comms. Corp. v. Jaxon Eng. & Maint., Inc.*, No. 10-cv-02868-MSK-KMT, 2014 WL

2

1363666, at *1 (D. Colo. Apr. 7, 2014) (granting motion as to proprietary information); *SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness.").

5. APF requests that Exhibit 29 remain under Level 1 restricted access.

WHEREFORE, for the foregoing reasons, APF respectfully requests this Court issue an Order restricting public access, under Level 1 restricted access, to Exhibit 29 to the Declaration of Byron Pacheco in Support of Plaintiffs' Memorandum of Law in Support of Application of Equitable Tolling and Delayed Accrual as to Certain of Plaintiffs' Claims [Doc. No. 1174].

Respectfully submitted this 28th day of November, 2018.

*s/ Susan M. Schaecher*
Susan M. Schaecher
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, Colorado  80202
303-218-3650
303-218-3651 facsimile
sschaecher@laborlawyers.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2018, I electronically filed the foregoing APF Global Exchange, NFP's d/b/a Au Pair Foundation's Unopposed Motion to Restrict Public Access (Level 1) To A Certain Exhibit Attached to Doc. No. 1174 through the Court's CF/ECF system which will serve the pleading to the following e-mail addresses:

Byron Pacheco
Dawn Smalls
Joshua James Libling
Matthew Lane Schwartz
Peter Murray Skinner
Randall Wade Jackson
Boies Schiller & Flexner, LLP-New York
575 Lexington Avenue, 7th Floor
New York, NY 10022
bpacheco@bsfllp.com
DSmalls@BSFLLP.com
jlibling@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com


Juan Pablo Valdivieso
Sean Phillips Rodriguez
Boies Schiller & Flexner, LLP-Oakland
1999 Harrison Street , Suite 900
Oakland, CA 94612
jvaldivieso@bsfllp.com
srodriguez@bsfllp.com


Sabria Alexandria McElroy
Sigrid Stone McCawley
Boies Schiller & Flexner, LLP-Ft. Lauderdale
401 East Las Olas Boulevard , Suite 1200
Ft. Lauderdale, FL 33301
llouis@bsfllp.com

4

smcelroy@bsfllp.com
smccawley@bsfllp.com


Alexander Neville Hood
Towards Justice-Denver
1410 High Street, Suite 300
Denver, CO 80218
alex@towardsjustice.org


Susan Penniman Klopman
H & K Law, LLC
3900 East Mexico Avenue, Suite 330
Denver, CO 80210
sklopman@hklawllc.com


Brooke A. Colaizzi
Raymond Myles Deeny
Alyssa Lauren Levy
Heather Fox Vickles
Joseph H. Hunt
Sherman & Howard, L.L.C.-Denver
633 17th Street, Suite 3000
Denver, CO 80202-3622
BColaizzi@shermanhoward.com
rdeeny@shermanhoward.com
alevy@shermanhoward.com
hvickles@shermanhoward.com
jhunt@shermanhoward.com


Chanda Marie Feldkamp
William James Kelly, III
Kelly & Walker, LLC
1512 Larimer Street, Suite 200
Denver, CO 80202
cfeldkamp@kellywalkerlaw.com
wkelly@kellywalkerlaw.com


Martin Jose Estevao
Meshach Yustine Rhoades

Vance Orlando Knapp
Armstrong Teasdale, LLP-Denver
4643 South Ulster Street, Suite 800
Denver, CO 80237
mestevao@armstrongteasdale.com
mrhoades@armstrongteasdale.com
vknapp@armstrongteasdale.com


Bogdan Enica
Bogdan Enica, Attorney at Law
111 2nd Avenue NE, Suite 213
St Petersburg, FL 33701-3440
bogdane@hotmail.com


David Meschke
Martha Louise Fitzgerald
Martine T. Wells
Brownstein Hyatt Farber Schreck, LLP-Denver
410 17th Street, Suite 2200
Denver, CO 80202-4432
dmeschke@bhfs.com
mfitzgerald@bhfs.com
mwells@bhfs.com


Adam A. Hubbard
James Edward Hartley
Jonathan S. Bender
Holland & Hart, LLP-Boulder
1800 Broadway
One Boulder Plaza, Suite 300
Boulder, CO 80302
aahubbard@hollandhart.com
jhartley@hollandhart.com
jsbender@hollandhart.com


Diane Rebecca Hazel
James Michael Lyons
Jessica Lynn Fuller
Lewis Roca Rothgerber Christie LLP-Denver
1200 17th Street

One Tabor Center
Suite 3000
Denver, CO 80202-5855
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com


Joan A. Lukey
Justin J. Wolosz
Kevin Patrick O'Keefe
Lyndsey Marie Kruzer
Michael T. Gass
Robert M. Buchanan, Jr.
Samuel Newland Rudman
Choate, Hall & Stewart, LLP
Two International Place
Boston, MA 02110
joan.lukey@choate.com
jwolosz@choate.com
kokeefe@choate.com
lkruzer@choate.com
mgass@choate.com
rbuchanan@choate.com
srudman@choate.com


Jennifer Arnett Roehrich
Nathan Andrew Huey
Peggy E. Kozal
Thomas Baker Quinn
Gordon & Rees LLP-Denver
555 17th Street, Suite 3400
Denver, CO 80202
jarnett-roehrich@grsm.com
nhuey@gordonrees.com
pkozal@gordonrees.com
tquinn@gordonrees.com


Brett Michelle Mull
Kathryn A. Reilly
V. William Scarpato III
Natalie Elizabeth West

7

Wheeler Trigg O'Donnell, LLP-Denver
370 17th Street, Suite 4500
Denver, CO 80202-5647
mull@wtotrial.com
reilly@wtotrial.com
scarpato@wtotrial.com
west@wtotrial.com


Brian Alan Birenbach
Rietz Law Firm, LLC
P.O. Box 5268
114 Village Place, #301
Dillon, CO 80435
brian@rietzlawfirm.com


Eric Jonathan Stock
Gibson Dunn & Crutcher, LLP-New York
200 Park Avenue, 48th Floor
New York, NY 10166-0193
estock@gibsondunn.com


Stephen J. Macri
Joseph B. Cartafalsa
Robert M. Tucker
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1745 Broadway, 22nd Floor
New York, New York  10019
Stephen.macri@ogletree.com
Joseph.cartafalsa@ogletree.com
Robert.tucker@ogletree.com


Kathleen E. Craigmile
Lawrence Daniel Stone
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111-3061
kcraigmile@nixonshefrin.com
lstone@nixonshefrin.com

8

Harvey J. Wolkoff
Ropes & Gray, LLP-Boston
800 Boylston Street
Prudential Tower
Suite 3600
Boston, MA 02199-3600
harvey.wolkoff@ropesgray.com

                                                *s/ Susan Schaecher*
                                                Susan Schaecher
                                                For Fisher & Phillips LLP
                                                1801 California Street, Suite 2700
                                                Denver, Colorado  80202
                                                303-218-3650
                                                303-218-3651 facsimile
                                                sschaecher@laborlawyers.com