# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**ORDER GRANTING APF GLOBAL EXCHANGE NFP D/B/A AU PAIR FOUNDATION'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO A CERTAIN EXHIBIT ATTACHED TO DOC. NO. 1174**
_____

THIS MATTER comes before the Court on Defendant APF Global Exchange NFP d/b/a Au Pair Foundation's Unopposed Motion to Restrict Access (Level 1) to a Certain Exhibit Attached to DOC. NO. 1174 filed November 28, 2018 (Dkt #1178).  Having considered the motion, the Court

GRANTS Defendant's motion.  Exhibit 29 to Doc. No. 1174 shall have a Level 1 restriction.

DATED this _____ day of _____, 2018.

                                        BY THE COURT:

                                        _____

                                        U.S. District Court Judge