UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

FILED
United States Court of Appeals
Tenth Circuit

December 11, 2018

Elisabeth A. Shumaker
Clerk of Court

| | |
|---|---|
| JOHANA PAOLA BELTRAN, et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>AUPAIRCARE, INC.,<br><br>Defendant - Appellant,<br><br>and<br><br>INTEREXCHANGE, INC., et al.,<br><br>Defendants. | No. 17-1359<br>(D.C. No. 1:14-CV-03074-CMA-KMT)<br>(D. Colo.) |

_____

### ORDER
_____

Before **McHUGH**, **KELLY**, and **MORITZ**, Circuit Judges.
_____

This matter is before the court on the parties' *Joint Motion for Limited Remand and Abatement of Appeal.* The parties have made this request so that the district court may consider approval of a class settlement agreement.

Upon consideration, the motion is granted as directed in this order. The appeal will be abated, and the deadline currently set for issuance of the mandate shall be vacated in light of the abatement. In addition, we direct a limited remand to the district court to conduct any and all proceedings necessary to consider the parties' proposed agreement.

On or before January 25, 2019 the parties shall file a joint written report in this court advising of the status of the district court proceedings. If the settlement proceedings conclude prior to that date the parties shall advise this court immediately.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk