IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA

JOHANA PAOLA BELTRAN, *ET. AL*.

Plaintiffs,

v.

INTEREXCHANGE, INC.; *ET AL.*

Defendants.

_____

**MOTION TO APPEAR AT PRETRIAL CONFERENCE BY TELEPHONE**
_____

Defendant Expert Group International, Inc. d/b/a Expert AuPair ("Expert AuPair"), by its undersigned attorney, Bogdan Enica, hereby requests leave of Court to appear at the Final Pretrial Conference set for December 18, 2018, at 3:00 p.m. by telephone, and in support states as follows:

1. On December 7, 2018, at the request of the parties, the Court reset the Final Pretrial Conference for December 18, 2018 at 3:00 PM in Courtroom A602 before Judge Christine M. Arguello

2. Counsel for Expert AuPair is located out of state and would like to avoid the time and expense of travelling to Denver by attending the Pretrial Conference telephonically.

3. Counsel for Expert AuPair does not anticipate his involvement in lengthy discussions at the Pretrial Conference, as co-defendants will likely be

able to argue a position acceptable to Expert AuPair.

      WHEREFORE, Defendant Expert AuPair respectfully requests to appear at the Pretrial Conference by telephone and any such other relief as deemed appropriate by the Court.

Date: December 14, 2018.

                                    Respectfully submitted,

                                    *s/Bogdan Enica*
                                    Bogdan Enica, Esq.
                                    111 Second Avenue NE, Suite 204
                                    St Petersburg, FL 33701
                                    Phone:  727-388-3472
                                    bogdane@hotmail.com
                                    ATTORNEY FOR DEFENDANT EXPERT GROUP INTERNATIONAL INC. D/B/A EXPERT AUPAIR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of December, 2018, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                s/*Bogdan Enica*
                                                Bogdan Enica, Esq.