# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET. AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET. AL.*

    Defendants.

---

## MOTION FOR LEAVE TO APPEAR BY TELEPHONE

---

    Defendant, American Institute for Foreign Study d/b/a/ Au Pair in America ("AIFS"), by its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart P.C., hereby requests leave of Court to appear at the Pre-trial Conference set for January 7, 2019 at 2:00PM by telephone, and states as follows:

    1.    Counsel for AIFS is located out of state and AIFS seeks to avoid the time and expense of its counsel traveling to Denver, Colorado.

    2.    To the extent that AIFS' participation is necessary at the Pre-trial Conference, counsel for AIFS will be in attendance over the phone and available to represent AIFS effectively.

    WHEREFORE, Defendant AIFS respectfully requests to appear at the January 7, 2019 Pre-trial Conference by telephone, and any such other relief as deemed appropriate by the Court.

Date: January 2, 2019

                        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Robert M. Tucker*
Stephen J. Macri
Robert M. Tucker
599 Lexington Avenue, 17th Fl.
New York, NY 10022
(212) 492-2500
Email:   stephen.macri@ogletree.com
        robert.tucker@ogletree.com

***Attorneys for American Institute for Foreign Study d/b/a Au Pair in America***

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of January, 2019, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>s/ Robert M. Tucker</u><br>Robert M. Tucker