# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: January 11, 2019

RE: ***Beltran v. InterExchange, Inc.*, 14-cv-03074-CMA-KMT**

    \_\_\_    A settlement conference was held on this date, and no settlement has been reached as to any claims in this action.

    \_\_\_    Settlement negotiations were held on this date and a settlement has been reached as to:

        \_\_\_    All claims in this action. The parties shall file a stipulated motion to dismiss on or before January \_\_, 2019.

        \_\_\_    Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before January \_\_, 2019.

Settlement negotiation, conference, and preparation time involved: \_\_\_ hours.

   \_\_\_   A record was made        \_\_\_   No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

   X   Supplemental settlement negotiations were held in the above-captioned case, including telephone and email discussions with counsel, since the last minute order in November 2018. The case has achieved a settlement subject to court approval.

Negotiation time involved: 5 hours.