**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,
v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**PLAINTIFFS' STATUS REPORT REGARDING POSSIBLE *CY PRES***

1

In their motion for preliminary approval, Plaintiffs explained that the settlement is designed to distribute as many of the class funds as possible to class members. It is possible, however, that a small residual will remain because of uncashed checks. Pursuant to the parties' agreement, any residual funds will not revert to Defendants, but rather be distributed *cy pres*. ECF Doc. 1189 at 9 n.4.

Ultimately, the question of an appropriate *cy pres* is for the Court. American Law Institute (ALI), Principles of the Law of Aggregate Litigation § 3.07. The parties are working, pursuant to their agreement, to identify appropriate possibilities. They have not yet been able to come to an agreement but continue to work diligently to do so. They will provide another update to the Court in 7 days. They are confident that at that point they will be able to identify potential *cy pres* beneficiaries for the Court to evaluate at final approval.

Dated: January 23, 2019                                              Respectfully Submitted,

                                            *s/Alexander N. Hood*
TOWARDS JUSTICE
Alexander N. Hood
David H. Seligman
1410 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

2

**Certificate of Service**

I hereby certify that on January 23, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

 *s/Alexander N. Hood*
Alexander N. Hood
Attorney for Plaintiffs