**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AU PAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE, LLC, DBA GO AUPAIR,
GO AU PAIR OPERATIONS, LLC, DBA GO AU PAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

Defendants.

---

**CERTAIN DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION**
**FOR PRELIMINARY SETTLEMENT APPROVAL [ECF NO. 1189]**

---

Defendants Agent Au Pair, Inc.; American Cultural Exchange, LLC d/b/a Go Au Pair; American Institute for Foreign Study d/b/a Au Pair in America; APF Global Exchange, NFP d/b/a Au Pair Foundation; Au Pair International, Inc.; AuPairCare, Inc.; Cultural Care, Inc. d/b/a Cultural Care Au Pair; Cultural Homestay International; EurAuPair Intercultural Child Care Programs; Go Au Pair Operations, LLC; GreatAuPair, LLC; InterExchange, Inc.; and USAuPair, Inc. ("Responding Defendants") respectfully submit this response to Plaintiffs' Motion for Preliminary Approval of Class and Collective Action Settlement, ECF No. 1189 ("Motion" or "Mot."). As reflected in the conferral statement (Mot. 1), Defendants agree with the relief sought by Plaintiffs and support both preliminary approval of this settlement and final approval upon completion of the notice program and the Court's evaluation of the settlement's fairness, reasonableness, and adequacy. Responding Defendants submit this brief response to clarify certain points regarding their position.

First, Defendants take no position with respect to Plaintiffs' proposed plan of allocation of the settlement funds; but, in refraining from doing so, Defendants do not concede that the formulas in the proposed plan accurately reflect any legal obligations on the part of Defendants or the respective host families. *See* Mot. App. A. Defendants are mindful that an allocation of settlement funds must be made among class members, and that "[a]n allocation formula need only have a reasonable, rational basis, particularly if recommended by experienced and competent class counsel" (Mot. 9 (quoting *In re Crocs, Inc. Sec. Litig.*, 306 F.R.D. 672, 692 (D. Colo. 2014))).

Second, as reflected in the settlement, Defendants have admitted no wrongdoing and maintain that there was no wrongdoing by Defendants or by host families in making minimum stipend payments consistent with regulations and interpretative guidance issued by the U.S. Department of State ("DOS"), the exclusive regulator of the United States' J-1 visa au pair program (the "Program"). *See* Stipulation and Agreement of Settlement ¶ DD, ECF No. 1187-1. Defendants have agreed to a resolution that will end the litigation and provide releases by class members to Defendants and to host families; in exchange, they are (among other things) making a monetary payment, and agreeing prospectively to make clarifying statements regarding the stipend to au pairs and host families. This bargained-for exchange is a fair, reasonable, and adequate compromise of disputed factual and legal issues.[1]

Finally, Defendants continue to dispute the characterization of the Program as a work or employment program, as opposed to a cultural and educational exchange program lawfully authorized under the Fulbright-Hays Act, 22 U.S.C. § 2451 *et seq*. The Program's overriding purpose, continually validated in the more than thirty years of the Program's existence, is to "provide[] a unique and rewarding experience for U.S.

[1] If the Settlement Agreement does not become final for any reason, the parties revert to their positions pre-settlement. *See* Stipulation and Agreement of Settlement ¶ 32.

families and au pairs . . . [and to] creat[e] 'global families.'" 162 Cong. Rec. E629 (daily ed. Apr. 29, 2016) (statement of Rep. Himes).[2]

## CONCLUSION

While Defendants maintain that they have strong legal and factual defenses, Defendants fully support this Court's approval of the Settlement Agreement reached by determined adversaries to resolve this litigation and the thousands of disputed claims it encompasses.

Dated: January 24, 2019

Respectfully submitted,

*s/ Diane R. Hazel*

Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-4790

[2] The Program's cultural exchange purpose has been most recently reaffirmed by the amicus brief filed by the Department of Justice on behalf of DOS in an appeal pending before the United States Court of Appeals for the First Circuit, addressing the arguments concerning preemption of state labor regulations. Brief for United States as Amicus Curiae, *Capron v. Office of the Attorney General of the Commonwealth of Massachusetts*, No. 17-2140 (1st Cir. Sept. 25, 2018), filed in this Action at ECF No. 1146-1; *see also* Mot. 6-7.

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane R. Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

*s/ Kathryn A. Reilly*

Kathryn A. Reilly (reilly@wtotrial.com)
Grace A. Fox (fox@wtotrial.com)
Natalie E. West (west@wtotrial.com)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

***Attorneys for Defendants Agent Au Pair, Inc.; American Cultural Exchange, LLC d/b/a Go Au Pair; Go Au Pair Operations, LLC; and Au Pair International, Inc.***

*s/ James E. Hartley*

James E. Hartley
(jhartley@hollandhart.com)
Jonathan S. Bender
(jsbender@hollandhart.com)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

Adam A. Hubbard
(aahubbard@hollandhart.com)
Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, CO 80302

***Attorneys for Defendant Cultural Homestay International***

*s/ Susan M. Schaecher*
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

***Attorneys for Defendants APF Global Exchange, NFP***

*s/ Stephen J. Macri*
Stephen J. Macri
(Stephen.macri@ogletree.com)
Joseph B. Cartafalsa
(joseph.cartafalsa@ogletree.com)
Robert M. Tucker
(robert.tucker@ogletree.com)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
599 Lexington Avenue, 17th Floor
New York, NY 10022
(212) 492-2510

*s/ Eric J. Stock*
Eric J. Stock (estock@gibsondunn.com)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-2301

***Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America***

*s/ Peggy E. Kozal*
Peggy E. Kozal (pkozal@gordonrees.com)
Thomas Baker Quinn
(tquinn@gordonrees.com)
Nathan A. Huey (nhuey@gordonrees.com)
Heather K. Kelly (hkelly@gordonrees.com)
Gordon & Rees LLP
555 17th Street, Suite 3400
Denver, CO 80202

***Attorneys for Defendant AuPairCare, Inc.***

*s/ Martha L. Fitzgerald*
Martha L. Fitzgerald
(mfitzgerald@bhfs.com)
David B. Meschke (dmeschke@bhfs.com)
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

***Attorneys for Defendant EurAuPair Intercultural Child Care Programs***

*s/ Brooke A. Colaizzi*
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
Joseph Hunt
(jhunt@shermanhoward.com)
Alyssa L. Levy
(alevy@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

***Attorneys for Defendant InterExchange, Inc.***

*s/ William J. Kelly III*
William J. Kelly III
(wkelly@kellywalkerlaw.com)
Chanda Marie Feldkamp
(cfeldkamp@kellywalkerlaw.com)
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

***Attorneys for Defendant USAuPair, Inc.***

*s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
(mrhoades@armstrongteasdale.com)
Martin J. Estevao
(mestevao@armstrongteasdale.com)
ARMSTRONG TEASDALE
4643 S. Ulster Street, Suite 800
Denver, CO 80237

***Attorneys for Defendant GreatAuPair, LLC***

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on January 24, 2019, I caused to be electronically filed the foregoing CERTAIN DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY SETTLEMENT APPROVAL [ECF NO. 1189] with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Randall W. Jackson (rjackson@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Joshua J. Libling (jlibling@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Sabria A. McElroy (smcelroy@bsfllp.com)
Sean P. Rodriguez (srodriguez@bsfllp.com)
Juan P. Valdivieso (jvaldivieso@bsfllp.com)
Byron Pacheco (bpacheco@bsfllp.com)
Boies Schiller Flexner, LLP

Alexander N. Hood (alex@towardsjustice.org)
David Seligman (david@towardsjustice.org)
Towards Justice-Denver

*Counsel for Plaintiffs*

*s/ Diane R. Hazel*