**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

---

**MOTION FOR WITHDRAWAL OF JUAN P. VALDIVIESO
AS COUNSEL FOR PLAINTIFFS**

Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel, Byron Pacheco of Boies Schiller Flexner LLP respectfully moves this Court for an Order to withdraw Juan P. Valdivieso as counsel of record for Plaintiffs and, in support of the motion, states as follows:

1. Juan P. Valdivieso has left Boies Schiller Flexner LLP to become Senior Counsel at Uber Technologies, Inc.

2. Boies Schiller Flexner attorneys Matthew L. Schwartz, Peter M. Skinner, Dawn L. Smalls, Sean P. Rodriguez, Joshua J. Libling, Byron Pacheco, Sigrid S. McCawley, and Sabria McElroy, along with Towards Justice attorney Alexander N. Hood, will continue to represent Plaintiffs.  Accordingly, withdrawal can be accomplished without any adverse effect on Plaintiffs' interests.

3. Because this motion is based on D.C.COLO.LAttyR 5(b), there is no duty to confer with opposing counsel regarding this motion and the undersigned has not done so.  *See* D.C.COLO.LCivR 7.1(b)(4).

4. A copy of this Motion has been served upon the named Plaintiffs in this action.

5. Based on the foregoing, the undersigned respectfully requests that the Court enter an order permitting Juan P. Valdivieso to withdraw as counsel for Plaintiffs in this matter and directing the Clerk of the Court to delete his email address from future ECF filings and electronic notifications in this case.

DATED this 11th day of March, 2019.

    Respectfully submitted,

    /s/    Byron Pacheco
    Byron Pacheco
    BOIES SCHILLER FLEXNER LLP
    55 Hudson Yards
    New York, NY 10001
    Tel. (212) 446-2300
    Fax. (212) 446-2350
    dsmalls@bsfllp.com

    *Counsel for Plaintiffs*

**Certificate of Service**

  I hereby certify that on March 11, 2019, I served a true and correct copy of the forgoing on counsel of record through ECF pursuant to F.R.C.P. 5.

                /s/  Byron Pacheco
                Byron Pacheco