**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**PLAINTIFFS' <u>UNOPPOSED</u> MOTION TO ALTER PAGE LIMITS
FOR MOTIONS IN CONNECTION WITH FINAL SETTLEMENT APPROVAL**

**Certificate of Conferral Pursuant to D.C.Colo.LCivR 7.1(A)**

The Parties have conferred. No Defendant opposes the relief requested.

**UNOPPOSED MOTION TO ALTER PAGE LIMITS**

Class Counsel respectfully request that the page limits for the motions related to final settlement approval be altered. Class Counsel's request will <u>not</u> result in an extension of the net total pages available for the motions.

This motion to alter page limits is made under the Court's Practice Standard 10.1(d)(3), Federal Rule 16(d), and the Court's inherent power to manage its docket and the litigation before it. In support Class Counsel state:

1. Class Counsel understand the preliminary approval order (ECF No. 1191) to permit as many as three motions by May 16. The motions are for: Final settlement approval; final FLSA certification; and attorneys' fees and costs.[1]

2. In an abundance of caution, and because the facts and analyses overlap, Class Counsel request permission to combine the final settlement and FLSA certification motions into a single filing of no more than 25 pages—<u>a five-page net reduction</u> from the order as Class Counsel interpret it.

3. The fee and-expense motion implicates additional facts and a different body of law that addresses as many as twelve factors. *Gottlieb v. Barry*, 43 F.3d 474, 482 n.4 (10th Cir. 1994) (citing *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714, 717–19 (5th Cir.1974)). Class counsel request that the fee-and-expense motion's page limit be extended to 20 pages—<u>a five-page increase</u>.

---

[1] *See* ECF No. 1191 at 3 ("Plaintiffs will move for final certification of the FLSA classes together with their motion for final approval of the settlement"; later referencing "memoranda in support of the proposed settlement" and "petitions" for fees).

4. In light of the complexity and length of the record and the stage of the case, Class counsel believes these altered page limits will provide the best balance for the overlapping and non-overlapping facts and issues presented.

Dated: May 2, 2019                                  Respectfully submitted,

                                                    BOIES SCHILLER FLEXNER LLP

                                                     /s/Sean P. Rodriguez
                                                    Matthew L. Schwartz
                                                    Peter M. Skinner
                                                    Joshua J. Libling
                                                    Byron Pacheco
                                                    55 Hudson Yards
                                                    New York, New York 10001
                                                    Tel: (212) 446-2300
                                                    Fax: (212) 446-2350
                                                    mlschwartz@bsfllp.com
                                                    pskinner@bsfllp.com
                                                    jlibling@bsfllp.com
                                                    bpacheco@bsfllp.com

                                                    Sean P. Rodriguez
                                                    1999 Harrison Street, Suite 900
                                                    Oakland, CA 94612
                                                    Tel: (510) 874-1000
                                                    Fax: (510) 874-1460
                                                    srodriguez@bsfllp.com

                                                    TOWARDS JUSTICE
                                                    Alexander Hood
                                                    1410 High Street, Suite 300
                                                    Denver, Colorado  80218
                                                    Tel: (720) 239-2606
                                                    Fax: (303) 957-2289
                                                    alex@towardsjustice.org

                                                    *Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on May 2, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                           /s/Sean P. Rodriguez