**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**SECOND DECLARATION OF JOSHUA J. LIBLING ATTACHING OBJECTIONS OR
COMMENTS TO PROPOSED SETTLEMENT**

I, JOSHUA J. LIBLING, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York and am a Counsel with the law firm of Boies Schiller Flexner LLP, counsel for the Plaintiffs and for the Class. I am admitted to practice in the United States District Court for the District of Colorado.

2. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an objection or comment to the proposed settlement in this action received by the class administrator from Ms. Alejandra Guadalupe Franyutti Ramirez. The class administrator informs me that Ms. Ramirez matches our records as a member of the class who has not submitted a request for exclusion. Exhibit 1 has been modified from the original through the redaction of personal identifying information (address, phone number, e-mail address). The unredacted version was provided to Defendants and a copy can be provided to the Court at the Court's request.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an English-language translation of Exhibit 1 and accompanying certification. Exhibit 2 has been redacted identically to Exhibit 1 and an unredacted copy can be provided to the Court at the Court's request.

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of May, 2019 at New York, New York.

    Respectfully submitted,

    <u>/s/ *Joshua J. Libling*</u>
    Joshua J. Libling
    BOIES SCHILLER FLEXNER LLP
    55 Hudson Yards
    New York, NY 10001
    Tel. (212) 446-2300
    Fax. (212) 446-2350
    jlibling@bsfllp.com

    *Counsel for Plaintiffs*

# EXHIBIT 1

**MEXICO, QUERETARO A 2 DE MAYO DEL 2019.**

**Administrador de Reclamaciones**
**PRESENTE**

Por medio de la presente me identifico con el nombre de ALEJANDRA GUADALUPE FRANYUTTI RAMIREZ, situada en el domicilio . Y con dirección de correo electrónico: ▉▉▉▉▉▉▉▉▉▉ y número telefónico ▉▉▉▉▉▉▉▉

En donde pongo en manifiesto mi oposición a la conciliación debido a que en el tiempo que fui contratada por la empresa **CULTURAL CARE. En el PROGRAMA AU PAIR**, se me fue tratada con discriminación y mal atención humana, en el corto periodo que estuve viviendo en **PORTOLA VALLEY CALIFORNIA**, **me enferme repentinamente estando en mi día de descanso laboral y visitando la ciudad de RENO, NEVADA, donde fui ingresada al hospital de RENO de urgencia** por un alto dolor abdominal, mareo y vomito, y siendo negado mi servicio medico el cual me había sido designado por la misma empresa, por lo que tuve que usar mi seguro medico de viajero para poder ser atendida en el hospital, posteriormente notifique a la encargada del programa de esa área, y así mismo a la familia anfitriona de mi problema de salud por lo que hicieron caso omiso y decidieron correrme y darme un plazo muy corto para que saliera de ESTADOS UNIDOS, dando por finiquitado mi trabajo sin paga y sin explicación alguna debido a mi problema de salud, anteriormente a esto en la primer semana que yo estuve con la familia anfitriona decidí convocar una reunión con la encargada del Área y la Familia Anfitriona, para externarles que no estaba de acuerdo a las labores que me estaba designando la Mama anfitriona, ya que en el contrato decía que yo tenia responsabilidad de cuidar a los niños y hacer labores básicas de los mismos tales como cocinarles, llevarlos a actividades, lavar su ropa y asear los platos en los que ellos consumían sus alimentos, pero pese a ellos se me empezaron a designar otro tipo de labores, siendo así discriminada, como si fuera empleada doméstica de la Mama anfitriona, por lo cual yo solicite dicha reunión para poner los puntos en claro sobre dichas conductas discriminatorias que se me estaban imponiendo, por lo que decidieron darse un periodo de 6 meses para buscar a otra chica del programa de CULTURAL CARE para que hiciera el trabajo de Au Pair y cubriera mi lugar, ya que no estaba dispuesta a recibir un trato inhumano, posteriormente a esto, fue que me enferme entre en urgencia y decidieron correrme, lo cual se me hizo muy injusto, ya que se habían comprometido en cosas diferentes en la contratación. Por lo que crearon una afección anímica y psicológica en mi persona, por tal motivo no estoy de acuerdo con la conciliación.

**ATENTAMENTE**
**ALEJANDRA GUADALUPE FRANYUTTI RAMIREZ**

**EXHIBIT 2**

**MEXICO, QUERETARO ON MAY 2, 2019.**

**Claims Administrator**
**DELIVERED BY HAND**

I hereby identify myself by the name of ALEJANDRA GUADALUPE FRANYUTTI RAMIREZ, residing at the address ███████████████████████████████ My email address is: ███████████████████ and my telephone number is ███████████████████

I hereby state my opposition to the settlement because, during the time that I was employed by the company **CULTURAL CARE, in the AU PAIR PROGRAM**, I was treated with discrimination and an inhuman approach, during the short period that I was living in **PORTOLA VALLEY CALIFORNIA**. **I suddenly became ill while on my rest day from work and visiting the city of RENO, NEVADA, where I was admitted to the emergency room of the RENO hospital** with acute abdominal pain, dizziness, and vomiting, and I was denied my medical care which had been designated by the same company, so that I had to use my traveler's medical insurance to be treated at the hospital, then I notified the program manager for that area and the host family of my health problem, and they ignored it and decided to fire me and give me a very short deadline to leave the UNITED STATES, terminating my work without pay and without any explanation, due to my health problem. Previous to this, during the first week that I was with the host family, I decided to convene a meeting with the person in charge of the Area and the Host Family, to inform them that I did not agree with the tasks that the hostess Mother was assigning me, since, in the contract, it said that I had the responsibility of taking care of the children and doing basic chores for them, such as cooking for them, taking them to activities, washing their clothes, and cleaning the dishes on which they consumed their food. But, in spite of this, they began to assign me other types of work, thus discriminating against me, as if I were a domestic employee of the hostess Mother, for which reason I requested this meeting to make clear the points about these discriminatory behaviors that were being imposed on me. For this reason, they decided to take a period of 6 months to find another girl from the CULTURAL CARE program to do Au Pair work and take my place, since I was not willing to accept inhuman treatment. It was after this that I got sick and went to the emergency room, and they decided to fire me, which seemed very unfair to me, since they had committed to something different during my hiring. They thus created emotional and psychological distress for me. For this reason, I do not agree to the settlement.

**SINCERELY,**
**ALEJANDRA GUADALUPE FRANYUTTI RAMIREZ**



STATE OF GEORGIA
CITY OF ATLANTA
COUNTY OF FULTON

## CERTIFICATION

I, Steve Lore, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Spanish into English translation(s) of the source document(s) listed below are true and accurate:

- **US0446669 – File: "CARTA CULTURAL CARE"**

TransPerfect Translations, Inc., a translation organization with over 100 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in accordance with our ISO 9001:2008 and EN 15038:2006 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

Dated: 05/09/19

Sworn to before me this
Thursday, May 09, 2019

_____
Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1170 PEACHTREE STREET, 5TH FLOOR, ATLANTA, GA 30309 | T 404.525.7788 | F 404.525.2808 | WWW.TRANSPERFECT.COM

OFFICES IN 90 CITIES WORLDWIDE