## *Au-Pair Incident/Complaint Report*

**To:**  Office of Program Administration (OPA)       **Email:**  AuPairProgram@state.gov

| A. Reporter Information | | | |
|---|---|---|---|
| Date: | 5/21/2014 | Sponsor Name: | Au Pair in America |
| Reporter Name: | ▮▮▮▮▮▮▮ | Program Number: | P-3-05214 |
| Email: | ▮▮▮▮▮▮▮ | Telephone #: | 203.399.5027 |

| B. Au-Pair and Stakeholders' Information | | | |
|---|---|---|---|
| Au-Pair Last Name: | Logan | Au-Pair First Name: | Shireem |
| SEVIS Number: | ▮▮▮▮▮▮▮ | Country: | United Kingdom |
| Au-Pair DOB: | ▮▮▮▮▮▮▮ | Program Dates: | 9/16/2013 – 9/16/2014 |
| Host Family Names: | ▮▮▮▮▮▮▮ | Local Childcare Coordinator Name: (Local Sponsor Representative) | ▮▮▮▮▮▮▮ |
| Host Family Address: | ▮▮▮▮▮▮▮ | Host Family Phone: | ▮▮▮▮▮▮▮ |
| Other Parties Involved: (name and contact info) | | | |

| C. Incident / Complaint Information | | | |
|---|---|---|---|
| Incident or Complaint: | Incident | | |
| Nature of Incident/Complaint: (Academic, Accident, Alcohol, Sponsor staff issue, Crime/Arrest, Death, Duties beyond childcare, Inappropriate relationships, Living Conditions, Missing, Negligence, Overstay, Sexual Abuse, Sexual harassment, Unauthorized employment) | Inappropriate behavior by host family children | | |
| Date Incident/Complaint Occurred: | 4/23/204 | Date 1st Reported to Sponsor: | 4/24/2014 |

Brief Summary of Incident/Complaint:  Au pair walked on ▮▮▮▮▮▮▮ behaving inappropriately

Detailed Timeline of Events:
(including sponsor standard operating procedures… e.g. informed authorities, relocated au-pair, etc.):

  Date:         Event/Development:
4/24/2014: Local counselor contacted program manager regarding ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮.
The au pair has been away on vacation.  The counselor is monitoring this match on a weekly basis.

## D. Sponsor Review Findings

## E. Remedial Course of Action (if applicable: proposed SOPs to avert future recurrence)

## F. Updates (please include the calendar date for each update submitted to DOS)

Date:            Event/Development:
4/14/2014:  Shireen went to the police station to give a statement.

5/2/2014: The au pair understands the arrangements and indicates that she is comfortable with this and knows to contact us if she feels at all uncomfortable. She is currently away on vacation. The local coordinator will monitor this match carefully and stay in close contact with Shireem.