**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
     and those similarly situated,

     Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY, INC. DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GO AU PAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GO AU PAIR,
GO AU PAIR OPERATIONS, LLC, DBA GO AU PAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

     Defendants.

**[PROPOSED] ORDER ON MISCELLANEOUS MATTERS
NOT COVERED IN THE FINAL ORDER AND JUDGMENT**

On May 16, 2019, Plaintiffs' filed a Motion For Final Approval of Class and Collective Action Settlement and a Motion for Attorneys' Fees and Expenses (the "Motions").

The Court is simultaneously entering a Final Order and Judgment approving the settlement, finally certifying the FLSA classes that were previously conditionally certified in this action, awarding Class Counsel fees and expenses, and dismissing this action. However, several issues require resolution that are not contained within that order.

1. The deadlines previously imposed by the Court for filing claim forms to participate in the settlement are lifted to the extent that (a) the Class Administrator may honor claim forms actually received prior to May 16, 2019; and (b) the Class Administrator may contact potential class members who submitted both a claim form and a request from exclusion, have the potential class members indicate their preference, and honor that preference.

2. _____ is named as the *cy pres* recipient contemplated by the Settlement Agreement.

3. On November 15, 2014, the Court granted Plaintiffs' request pursuant to 28 U.S.C. § 1915 to proceed without prepaying fees and costs.  In light of the costs award made by the Court, the Court further finds it appropriate for the Class to re-pay the filing and service costs previously waived.  Without hereby increasing that total costs awarded Plaintiffs in the Final Order and Judgment in any way, $536 shall be taxed in favor of the United States and payable into the Court.

Dated: _____, 2019

                                                      **BY THE COURT:**

                                                      _____
                                                      Hon. Christine M. Arguello
                                                      United States District Judge