THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**DECLARATION OF SEAN P. RODRIGUEZ
IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
FINAL APPROVAL AND FOR FEES AND EXPENSES**

---

I, Sean P. Rodriguez, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner with the law firm of Boies Schiller Flexner LLP, Class Counsel for the Rule 23 classes and the conditionally certified FLSA classes. I am admitted in this case and actively participate in it. As such, I am familiar with the facts and circumstances set forth in this Declaration and otherwise related to this matter. The matters stated herein are based on my personal knowledge or summarize voluminous business records queried at my direction and under my supervision.

*Billing records*

2. Boies Schiller Flexner is representing the Plaintiffs in this action on a contingency basis. Nonetheless, the Firm provides an hourly rate for each attorney and legal staff based on their function, title, and years of experience. These are the rates that

will be used in calculating attorneys' ultimate compensation for their work on this matter, which will be determined based on several factors, including hours worked, the billable rate recorded, and the ultimate recovery, if any. Moreover, these rates are charged to paying clients. The rates used for contingency matters such as this are not "rack rates," *i.e.*, the amount that a new client not receiving a discount would receive. Rather, the rates referenced herein are discounted to those that might be provided to a core client providing repeat work.

3. Time and expenses in this matter have been handled according to the same policies as they would for a paying client. For instance, all expenses were subjected to the same series of reviews and approvals as they would be for a paying client.

4. At my direction and under my supervision, Boies Schiller Flexner's Billing Manager ran various database queries regarding this matter on the Firm's billing system of record. He used the same system and database that is used to generate invoices for paying clients.

5. Those queries included billing rate, hours, and total dollars for all timekeepers; expenses by the most fine grained "cost category" available in the system as well as by timekeepers' unique identifiers; the entry narratives for certain attorneys; and a full report of all expenses at both an individual and cost category level.

6. The **Appendix A** filed with the Motion for Fees and Expenses contains the following with respect to each listed Boies Schiller Flexner LLP attorney's work:

    a. An "Hours" column, the figures in which were taken directly from the billing system of record for this case;

2

      b.      An "Amount" column, the figures in which were taken directly from the billing system of record for this case;

      c.      A "Rate" column, which was calculated by the billing system of record using the formula (total amount) / (total hours) for each attorney in this case, which results in the most accurate single "rate" for each attorney because attorney rates change annually and with promotions; and

      d.      "Description of Work" summaries based on my personal familiarity with each timekeeper's work and, for those timekeepers whose work pre-dates my time on the case, based on my review of the actual timecard narratives from the billing system of record.

7.     Subject to the exceptions in the next paragraph, the **Appendix B** filed with the Motion for Fees and Expenses contains the following about expenses actually paid or reimbursed by the Firm in the "Payable to Boies Schiller Flexner" section:

      a.      A "Category" column, which accurately summarizes cost codes taken directly from the billing system of record for this case;

      b.      An "Amount" column, which reports the sum of the dollars-paid entries under those cost code(s) included in each line. The amount(s) included in each line were taken directly from the billing system of records, with one exception stated in the next paragraph.

8.     The following exceptions and adjustments apply to the expense records:

      a.    The two entries that are expressly prefaced with "[Estimated]" are highly conservative estimates of our future expenses;

3

    b. The entries that bear a "Keogh Declaration" notation are based on Ms. Keough's declaration, not this declaration;

    c. Certain of BSF's vendors agreed to defer payment without fee, interest, or penalty. These deferred payments (totaling $14,444.39) do not appear in the billing system of record reports used as the basis for this declaration because they do become not paid or due until the case ends. I have therefore added the $14,444.39 in deferred payments to the Court Reporters category; and

    d. There is a live question or dispute as whether a former vendor owes an $11,000 reimbursement. In an abundance of caution, the relevant category has been written down by $11,000 so that the Firm bears the risk and there is no potential for double recovery for the Firm. This write down has reduced the amount requested under the category "Class notice and administration expenses incurred to date".

***Additional and Case-Specific Practices***

9. The Firm's retention agreement with every named Plaintiff expressly states that the Firm may seek up to 35% of any recovery in this matter as fees, in addition to costs and expenses that the Firm advances out of pocket.

10. Class Counsel conducted as many au pair depositions by Skype as practicable.

11. No business or first class travel was billed to this case. This is so even though Firm policy and billable clients generally provide business class service for

4

international long-haul travel, and this case included travel to destinations in Europe and South Africa.

12. We followed Firm policies and practices regarding specially negotiated hotel rates.

*Exhibit Authentication*

13. A true and correct copy of the Stipulation and Agreement of Settlement is attached hereto as **Exhibit 1**.

14. A true and correct copy of the English-language Consent to Join Form is attached hereto as **Exhibit 2**.

15. A true and correct copy of Brief for the United States as Amicus Curiae, dated September 25, 2018, is attached hereto as **Exhibit 3.**

16. A true and correct copy of the Declaration of Ms. Keough (CEO of the Claims Administrator), dated May 16, 2019, is attached hereto as **Exhibit 4**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of May, 2019 at San Francisco, California.

*/s/ Sean P. Rodriguez*
Sean P. Rodriguez

## Certificate of Service

I hereby certify that on May 16, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

       /s/ Sean P. Rodriguez
       Sean P. Rodriguez

Heather Fox Vickles, Esq.
Brooke A. Colaizzi, Esq.
Raymond M. Deeny, Esq.
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: 303-297-2900
Fax: 303-298-0940
hvickles@shermanhoward.com
bcolaizzi@shermanhoward.com
redeeny@shermanhoward.com

William J. Kelly, III, Esq.
Chandra Marie Feldkamp, Esq
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202
Tel: 720-236-1800
Fax: 720-236-1799
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

Meshach Y. Rhoades, Esq.
Martin J. Estevao, Esq.
ARMSTRONG TEASDALE, LLP
1700 Broadway, Suite 2100
Denver, CO 80290-2101
Tel: 720-722-7195
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St. Petersburg, FL 33701
Tel: 727-388-3472

bogdane@hotmail.com
Martha L. Fitzgerald, Esq.
David Meschke, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Tel: 303-223-1219
Fax: 303-223-1111
dmeschke@bhfs.com
mfitzgerald@bhfs.com

James Hartley, Esq.
Jonathan S. Bender, Esq
HOLLAND & HART
555 Seventeenth Street, Suite 3200
Denver, CO 80202-3979
Tel: 303-295-8000
jhartley@hollandhart.com
jsbender@hollandhart.com

Adam A. Hubbard, Esq.
HOLLAND & HART
1800 Broadway, Suite 300
Boulder, CO 80302-5234
Tel: 303-473-2700

Brian Alan Birenbach
RIETZ LAW FIRM, LLC
P.O. Box 5268
114 Village Place, #301
Dillon, CO 80435
Tel: 970-468-0210
brian@rietzlawfirm.com

i

Robert M. Buchanan, Jr.
Joan A. Lukey
Lyndsey M. Kruzer
Michael T. Gass
Justin J. Wolosz
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 02110
rbuchanan@choate.com
joan.lukey@choate.com
lkruzer@choate.com
mgass@choate.com

Lawrence, D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood, Vilage, CO 80111
303-773-3500
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com

Jessica L. Fuller
Diane Hazel
James M. Lyons
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
jfuller@lrrc.com
dhazel@lrrc.com

Eric J. Stock
GIBSON DUNN & CRUTCHER, LLP
200 Park Avenue, 48th Floor
New York, NY 10166-0193
estock@gibsondunn.com

Christian Hammond, Esq.
DUFFORD & BROWN, P.C.

Thomas B. Quinn, Esq.
Peggy E. Kozal, esq.
1700 Broadway, Suite 2100
Denver, CO 80290-2101
chammond@duffordbrown.com
John R. Mann, Esq.
GORDON & REES, LLP
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Tel: 303-534-5160
Fax: 303-534-5161
tquinn@gordonrees.com
pkozal@gordonrees.com
jmann@gordonrees.com

Brian P. Maschler, Esq.
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-986-5900
Fax: 415-986-8054
bmaschler@gordonrees.com

Kathryn A. Reilly, Esq.
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel: 303.244.1983
Fax: 303.244.1879
reilly@wtotrial.com

Lawrence L. Lee, Esq.
Susan M. Schaecher, Esq.
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651
llee@laborlawyers.com
sschaecher@laborlawyers.com