# Exhibit 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

## DECLARATION OF CLAIMS ADMINISTRATOR

I, JENNIFER M. KEOUGH, declare as follows:

1. I am the Chief Executive Officer of JND Legal Administration LLC ("JND"). This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

2. JND is a legal administration services provider employing over 100 people in eight offices throughout the United States. JND is serving as the Claims Administrator in the above-captioned action pursuant to the Court's Order Granting Preliminarily Approval of Proposed Class and Collective Action Settlement dated January 23, 2019.

## CAFA NOTICE

3. On January 18, 2019, JND mailed the Class Action Fairness Act ("CAFA") notice required by 28 U.S.C. § 1715 via Federal Express to the Attorneys General of all 50 States and the District of Columbia, and to the U.S. Attorney General. JND confirmed that all of the notice packets were delivered on January 22, 2019.

## CLASS MEMBER DATA

4. Through Class Counsel, JND received 209,267 records of au pairs from Defendants. After de-duplicating the records, JND identified 168,833 unique potential class members.

## NOTICE MAILING

5. Class Counsel provided to JND an approved form of notice e-mail, an approved form of notice text message, and Court-approved notice. There were two forms of notice, one for potential class members who had previously received notice, and one for potential class members who had not.

6. Commencing on February 1, 2019, JND disseminated notice to potential class members by e-mail, text message or mail, depending on what contact information was available for each au pair.

7. JND sent e-mail notices to 150,511 potential class members, of which 138,795 (92.22%) were determined to have been delivered and 11,716 (7.78%) were returned as undeliverable.

8. JND sent notices by text messages to 15,870 potential class members who did not have an e-mail address or whose e-mail notice could not be successfully delivered. A total of 5,743 (36.19%) text notices were determined to have been delivered and 10,127 (63.81%) could not be delivered.

9. JND mailed notices to 24,138 potential class members who could not be contacted by e-mail or text notice, after first certifying the mailing data of any mailing addresses located in the U.S.A. using the Coding Accuracy Support System ("CASS") and verifying the mailing information using data from the National Change of Address ("NCOA") database.

10. Notwithstanding these efforts, JND was unable to issue a notice to 1,710 potential class members as their records did not include contact information that would permit any attempt at notice.

11. JND did not issue notices to potential class members who had previously submitted a request for exclusion.

12. Regardless of the notice method used, the corresponding form of notice (for those who had previously received notice and for those who had not) was sent, either as

an attachment to an e-mail, a link in a text message, or on paper by mail.  In addition, notices disseminated by e-mail or mail included a blank Claim Form.

13. The total number of notices sent exceeds the number of unique potential class members for two reasons: (1) Class Counsel instructed JND to mail notice to every potential class member in China regardless of whether another form of notice has been sent; and (2) each potential class member could have been sent more than one notice depending on the available contact information and whether or not other notice methods were successful.

14. In total, JND was able to deliver a notice to 97.78% of potential class members.

15. On April 26, 2019, at Class Counsel's direction, JND sent out an e-mail reminder notice to 3,724 potential class members who had previously submitted a Consent to Join to participate in the Collective Action but had not yet submitted a Claim Form.  The notice was the same as the previous e-mail notice apart from additional wording advising the potential class members that they were still required to submit a Claim Form to participate in the proposed settlement.  A total of 3,632 (97.53%) of these notices were determined to have been delivered.

## **CLASS WEBSITE AND TOLL-FREE NUMBER**

16. Since the start of the Notice Period, JND has maintained a tri-lingual class website, www.aupairclassaction.com, that contains Court-approved notices, other helpful documents such as Court orders and pleadings, an FAQ, and contact information for JND. The class website also includes online forms for submission of Claim Forms and Requests for Exclusion.

17. JND had previously set up and maintained a second website in connection with the Collective Action, www.aupairwageaction.com. At the outset of the Notice Period, this URL was redirected to www.aupairclassaction.com so that any visitors to that site would be forwarded to the class website.

18. As of the date of this Declaration, the class website has received 126,701 page views from 33,347 unique users.

19. Throughout the Notice Period, JND has also maintained a physical mailing address, an e-mail address (info@aupairclassaction.com), and a telephone number (1-844-859-6769) with an interactive voice recording (IVR) that potential class members can use to obtain more information about the proposed settlement or speak to an associate if they have any further questions.

20. Since the start of the Notice Period, JND has received 3,300 e-mails to the class e-mail address and responded to 3,119 e-mails with answers to questions or acknowledging receipt of submissions.

21. Since the start of the Notice Period, JND has received a total of 457 phone calls to the toll-free number and handled 220 live calls.

## CLAIMS, OBJECTIONS, REQUESTS FOR EXCLUSION

22. It is not presently possible to provide final counts of what was received during the Notice Period, for two reasons: *first*, potential class members were permitted to respond by mail from anywhere in the world post-marking their forms by May 2, 2019, and some of those forms may not yet have arrived; and *second*, JND is currently still processing claims received by e-mail and mail, and there may be duplicate claims, invalid

claims, or claims that are yet to be counted.  The following information is therefore provided as accurately as possible as of the date of this Declaration.

23. JND accepted claim forms, comments, objections, notices of an intention to appear at the hearing, and requests for exclusion through the website, by e-mail, and by mail.

24. During the Notice Period, JND received five comments or objections, each of which were provided to Class Counsel.  At Class Counsel's request, JND obtained a translation of one objection that was submitted in Spanish.

25. JND previously administered an opt-out period in this litigation.  During that opt-out period, 1,183 timely opt-outs were received.

26. Between the end of the opt-out period on October 3, 2018, and the start of the Notice Period on February 1, 2019, JND received 66 further requests for exclusion, of which 11 were determined to be timely and 55 were determined to be untimely.

27. Since the start of the Notice Period, JND has received 34 further opt-outs, of which eight were determined to be timely and 26 were determined to be untimely.

28. As of the date of this Declaration, JND has received and processed 9,250 online claim submissions and 2,616 paper claim submissions, of which:

   a. 9,458 appear to be both valid and timely;

   b. 1,165 appear to be valid but untimely;

   c. 952 were determined to be duplicative;

   d. 290 appear to be valid but are incomplete;

   e. 1 was submitted by an individual who is known to submit invalid claims.

6

29. 25 potential class members have submitted both claim forms and requests for exclusion.

30. All of the Named Plaintiffs have submitted timely and valid claim forms; none have filed objections.

## SETTLEMENT ADMINISTRATION

31. As of April 30, 2019, JND had incurred a total of $356,843.23 in fees in billed or unbilled fees and expenses for this assignment, comprising $181,506.54 for pre-settlement administrative activities and $175,336.69, for post-settlement activities. These fees and expenses include $159,219.29 for setting up, maintaining and updating two trilingual websites with online forms, and handling email correspondence; $78,303.73 for work relating to issuing notices to potential class members; $22,723.20 for activities relating to the toll-free numbers; and $15,031.90 for processing and reviewing Consent to Join Forms, Exclusion Request Forms, and Claim Forms submitted by potential class members.

32. Through completion of the assignment, JND anticipates incurring an additional $75,000 in fees and expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 16, 2019, at Seattle, Washington.

BY: *[signature: Jenn J M. Keough]*

JENNIFER M. KEOUGH