**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

---

**PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR LEAVE
TO SEND NOTICE RE CHANGED SETTLEMENT FAIRNESS HEARING DATE**

---

**Certificate of Conferral Pursuant to D.C.Colo.LCivR 7.1(A)**

The Parties have conferred. No Defendant opposes the relief requested.

**UNOPPOSED MOTION FOR LEAVE
TO SEND NOTICE RE CHANGED SETTLEMENT FAIRNESS HEARING DATE**

Plaintiffs respectfully request leave to send the Class and its opt-outs an email giving notice of the changed final settlement approval hearing date. ECF No. 1214. Plaintiffs make this motion in an abundance of caution because they propose to make a mass communication not in the Notice Plan and the communication would include persons who have opted out. In addition, Plaintiffs note for the record that they are making corresponding updates to the Claims website.

This motion is made under Federal Rule 23(e) and pursuant to the Court's authority to establish procedures it deems appropriate when exercising its FLSA settlement-approval authority. *See Pliego v. Los Arcos Mexican Restaurants, Inc.*, 313 F.R.D. 117, 128 (D. Colo. 2016).

In support Class Counsel state:

1. The Court has re-set the hearing on the fairness of the settlement and Class Counsel's requests for fees and expenses to July 18, 2019 at 9am. ECF No. 1214.

2. To ensure full transparency and discharge their duties, Class Counsel request leave from the Court to send the following text in an email to the Class and its opt-outs as a Court-approved notification:

> *INFORMATION ONLY – NO ACTION REQUIRED*
>
> *The date of the Fairness Hearing has been changed to July 18, 2019, at 9:00 a.m. in Courtroom A602 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.*

1

> *Only the hearing date has changed. There is no change to the proposed settlement or the case.*
>
> *There is nothing for you to do unless you wish to attend or participate in the hearing. For more information about the settlement and the hearing, please see www.aupairclassaction.com*

3. In addition, and consistent with the previously approved Class Notice, Class Counsel confirm that they are updating the materials on the Claims website (www.aupairclassaction.com) so that the information there remains accurate. Class Counsel interpret a prior Order to anticipate these changes[1] and do not wish to disseminate incorrect information. Class Counsel are therefore making the following changes:

   a. Adding the following statement in bold text near the top of the website:

   > *Important Update: The date of the Fairness Hearing has been changed to July 18, 2019, at 9:00 a.m. in Courtroom A602 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.*

   b. Updating the Class Notice on the website to accurately state the date and time for the fairness hearing.

Dated: May 24, 2019                     Respectfully submitted,

                                        BOIES SCHILLER FLEXNER LLP

                                        _/s/ Sean P. Rodriguez_
                                        Matthew L. Schwartz
                                        Peter M. Skinner
                                        Joshua J. Libling
                                        Byron Pacheco
                                        55 Hudson Yards

---

[1] ECF No. 1101 at 3 (approving Notice); ECF No. 1187-1 at pp.7-8 (form of approved Notice, representing that Class Counsel will update the information on the Claims website and indicating placement for the fairness hearing information).

2

New York, New York 10001
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com

TOWARDS JUSTICE
Alexander Hood
1410 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on May 24, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          */s/ Sean P. Rodriguez*