**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**[PROPOSED] ORDER GRANTING PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR LEAVE TO SEND NOTICE RE CHANGED SETTLEMENT FAIRNESS HEARING DATE**

The Court has reviewed the Plaintiffs' Motion for Leave to Send Notice re Changed Settlement Fairness Hearing Date.  Good cause appearing, the Court GRANTS the Motion and hereby ORDERS that Class Counsel shall promptly send the Class and its opt-outs the following via email:

<u>INFORMATION ONLY – NO ACTION REQUIRED</u>

The date of the Fairness Hearing has been changed to July 18, 2019, at 9:00 a.m. in Courtroom A602 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Only the hearing date has changed.  There is no change to the proposed settlement or the case.

There is nothing for you to do unless you wish to attend or participate in the hearing.  For more information about the settlement and the hearing, please see [www.aupairclassaction.com](www.aupairclassaction.com)

SO ORDERED.

DATED: _____, 2019.

_____
Honorable Christine M. Arguello
United States District Judge

1