IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

    Adam A. Hubbard ("Withdrawing Counsel") respectfully requests that this Court enter an Order granting permission to withdraw as counsel for Defendant Cultural Homestay International ("CHI") effective immediately. As ground for this motion, Withdrawing Counsel states as follows:

    1.    Withdrawing Counsel is leaving Holland & Hart LLP and will no longer be associated with the firm.

    2.    Attorneys James Edward Hartley and Jonathan S. Bender, also of Holland & Hart LLP, will remain as counsel of record for Defendant CHI.

    3.    Defendant CHI will incur no prejudice as a result of this change. Defendant CHI is aware of and consents to the requested withdrawal and are aware of the obligation to appear in this matter via counsel admitted to the bar of this Court.

Dated July 9, 2019

Respectfully submitted,

*s/ Adam A. Hubbard*
James E. Hartley
Adam A. Hubbard
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO  80302
Phone: 303-473-2700
jhartley@hollandhart.com
aahubbard@hollandhart.com

Jonathan S. Bender
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Phone:  303-295-8000
jsbender@hollandhart.com

**ATTORNEYS FOR DEFENDANT
CULTURAL HOMESTAY INTERNATIONAL**

CERTIFICATE OF SERVICE

I certify that on July 9, 2019, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Byron Pachco | bpacheco@bsfllp.com |
| Dawn Smalls | DSmalls@BSFLLP.com |
| Joshua James Libling | jlibling@bsfllp.com |
| Matthew Lane Schwartz | mlschwartz@bsfllp.com |
| Peter Murray Skinner | pskinner@bsfllp.com |
| Randall Wade Jackson | rjackson@bsfllp.com |
| Sabria Alexandria McElroy | smcelroy@bsfllp.com |
| Sean Phillips Rodriguez | srodriguez@bsfllp.com |
| Sigrid Stone McCawley | smccawley@bsfllp.com |
| Alexander Neville Hood | alex@towardsjustice.org |
| Brooke A. Colaizzi | BColaizzi@shermanhoward.com |
| Raymond Myles Deeny | rdeeny@shermanhoward.com |
| Alyssa Lauren Levy | alevy@shermanhoward.com |
| Heather Fox Vickles | hvickles@shermanhoward.com |
| Joseph H. Hunt | jhunt@shermanhoward.com |
| Chanda Marie Feldkamp | cfeldkamp@kellywalkerlaw.com |
| William James Kelly, III | wkelly@kellywalkerlaw.com |
| Martin Jose Estevao | mestevao@armstrongteasdale.com |
| Meshach Yustine Rhoades | mrhoades@armstrongteasdale.com |
| Vance Orlando Knapp | vknapp@armstrongteasdale.com |
| Bogdan Enica | bogdane@hotmail.com |
| David Meschke | dmeschke@bhfs.com |
| Martha Louise Fitzgerald | mfitzgerald@bhfs.com |
| Diane Rebecca Hazel | dhazel@lrrc.com |
| James Michael Lyons | jlyons@lrrc.com |
| Jessica Lynn Fuller | jfuller@lrrc.com |
| Joan A. Lukey | joan.lukey@choate.com |
| Justin J. Wolosz | jwolosz@choate.com |
| Kevin Patrick O'Keefe | kokeefe@choate.com |
| Lyndsey Marie Kruzer | lkruzer@choate.com |
| Michael T. Gass | mgass@choate.com |
| Robert M. Buchanan, Jr. | rbuchanan@choate.com |
| Samuel Newland Rudman | srudman@choate.com |
| Jennifer Arnett Roehrich | jarnett-roehrich@grsm.com |
| Nathan Andrew Huey | nhuey@gordonrees.com |
| Peggy E. Kozal | pkozal@gordonrees.com |
| Thomas Baker Quinn | tquinn@gordonrees.com |
| Brett Michelle Mull | mull@wtotrial.com |
| Brian Alan Birenbach | brian@rietzlawfirm.com |

| | |
|---|---|
| Kathryn A. Reilly | reilly@wtotrial.com |
| Natalie Elizabeth West | west@wtotrial.com |
| Victor William Scarpato , III | scarpato@wtotrial.com |
| Susan M. Schaecher | sschaecher@fisherphillips.com |
| Eric Jonathan Stock | estock@gibsondunn.com |
| Joseph B. Cartafalsa | joseph.cartafalsa@ogletreedeakins.com |
| Robert M. Tucker | robert.tucker@ogletreedeakins.com |
| Stephen J. Macri | stephen.macri@ogletree.com |
| Kathleen E. Craigmile | kcraigmile@nixonshefrin.com |
| Lawrence Daniel Stone | lstone@nixonshefrin.com |

*s/ Adam A. Hubbard*
HOLLAND & HART LLP

13192935_1.docx