**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**DECLARATION OF JOSHUA J. LIBLING REGARDING *CY PRES***

I, JOSHUA J. LIBLING, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York and am a Counsel with the law firm of Boies Schiller Flexner LLP, counsel for the Plaintiffs and for the class. I am admitted to practice in the United States District Court for the District of Colorado.

2. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.

3. In their motion for preliminary approval, Plaintiffs explained that the settlement is designed to distribute as much of the class fund as possible to class members. As the parties also acknowledge, however, it is possible that a small residual will remain because of uncashed checks. Pursuant to the parties' agreement, any residual funds will not revert to Defendants, but rather be distributed *cy pres*. ECF Doc. 1189 at 9 n.4.

4. Ultimately, the question of an appropriate *cy pres* is for the Court. *See* American Law Institute (ALI), Principles of the Law of Aggregate Litigation § 3.07. For the purposes of identifying possible recipients of the small residual that could remain after distributions to those making claims on the class fund, however, the parties have worked to provide the Court with a proposed *cy pres* recipient.

5. The Parties jointly request that the Court resolve any question as to the *cy pres* recipient as part of the upcoming Fairness Hearing and that the following terms, or such other *cy pres* terms as the Court deems appropriate, be included or incorporated into the final order entered by the Court.

6. The parties have received a proposal from the Institute of International Education ("IIE") to establish an Au Pair Scholarship Program to provide current class members with additional funds to complete the educational requirement that is part of the au pair program (80 hours of course work at a recognized college or university). A true and correct copy of that proposal is attached as **Exhibit 1**.

7. Although there are undoubtedly many worthy potential *cy pres* recipients, to avoid drawn-out litigation regarding *cy pres* that could risk substantially delaying the payment of class funds to class members, the parties have worked hard to provide the Court with a joint proposal for the use of residual funds. After extensive discussions over the past several months, the parties jointly request that IIE's proposal be selected, subject to the following conditions, which would maximize payments to class members and ensure that any small remaining residual be spent solely in the interests of the class and the interests the class seeks to advance with this litigation.

8. *First*, should the residual be sufficiently large as to make it administratively feasible (in class counsel's reasonable discretion), the Class Administrator will conduct a second distribution to the class prior to any *cy pres* distribution. The second distribution shall be distributed *pro rata* to those class members who (a) received a distribution in the first round and (b) cashed the check that they received. This second distribution, therefore, is designed to maximize the likelihood that all funds will be distributed directly to the class. Class members receiving a second distribution will receive amounts *pro rata* based on the same calculation as used in the first distribution, the details of which are contained in the Settlement Agreement and Motion for Final Approval.

9. *Second*, Boies Schiller Flexner LLP and Towards Justice, in their continuing capacity as counsel for the class, shall be entitled (but not obligated) to review outreach or other communications from IIE concerning the proposed scholarship and to provide input into the substance of the outreach or other communications to ensure that the scholarships serve class members to the extent possible and that it is clear that this is a scholarship created by au pairs for au pairs.

10. *Third*, only class members will be eligible to receive the scholarship.

11. The parties believe that IIE's proposal, together with the above three conditions, will (a) maximize the proportion of the class recovery that is paid directly to class members; (b) ensure that any residual is spent on activities directly beneficial to class members; (c) provide additional support for educational opportunities, one of the primary reasons many au pairs participate in the program; and (d) protect the interests of the class.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of July, 2019 at New York, New York.

Respectfully submitted,

/s/ *Joshua J. Libling*
Joshua J. Libling
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Tel. (212) 446-2300
Fax. (212) 446-2350
jlibling@bsfllp.com
*Counsel for Plaintiffs*

# Exhibit 1



# Au Pair Scholarship Program
Proposal to the United States District Court for the District of Colorado

The Institute of International Education (IIE) presents this proposal to the Court to customize and implement an **Au Pair Scholarship Program** that will provide eligible participants and/or alumni of the Au Pair Program with supplementary financial support for higher education or job training.

An independent U.S.-based 501c3 charitable organization, IIE is a global leader in international education, designing and implementing programs that advance scholarship, build economies, and promote access to opportunity around the globe. From scholarship and study abroad to workforce training and leadership programs, IIE implements over 200 programs on behalf of the U.S. government, foundations, corporations, and non-profit organizations. Annually IIE works with thousands of colleges and universities and more than 27,000 students, scholars, and professionals from over 180 countries.

## I    Background and Proposed Terms

During their placement with host families, *au pairs* are subject to an education requirement of completing 80 hours of course work (six credits) at a recognized college or university. Regulations also require that host families pay $500 per year towards courses towards satisfying these education requirements. This support is, however, limited to this time during which *au pairs* participate in the Au Pair Program.

If any amounts become distributable to a *cy pres* entity pursuant to the settlement among the parties to the case, *Beltran et al. v. InterExchange, Inc. et al.*, Civil Case No. 14-cv-03074 (the "Litigation"), IIE proposes to establish a scholarship program (the "Program") whose principal mission shall be to provide *au pairs* with financial need to further their education. IIE proposes the following terms to the Court for its consideration:

- The Program would be created by IIE to distribute unclaimed settlement funds to *au pairs* on the basis of need. Scholarships would also be awarded to *au pairs* who have already completed their program as an au pair in the U.S., for further education or job training in their home country.

- IIE has sufficient means and channels to make *au pairs* aware and informed of the availability of scholarships from the Program.

- IIE would coordinate the creation of a selection committee independent from au pair sponsors. Such committee would be comprised of *au pairs*, educators, host parents, and IIE personnel, and would be responsible for establishing criteria for awarding grants from the Program fund to qualified *au pairs*.

- Scholarships would be issued until the funds are fully expended. An outcomes assessment report would be completed and presented to the Court.

- IIE shall ensure that the parties to the Litigation shall not receive any compensation or other pecuniary benefits or consideration, direct or indirect, from either the Program or IIE either for the establishment of the Program or for any benefits that may accrue to IIE for administering the Fund.

- Any funds that are invested will be managed professionally and according to IIE's policies and practices.

- IIE will manage the funds pursuant to its standard procedures for such funds and report regularly as directed.

- IIE will be accountable to the Court for the use of any Program funds. The cost of administration will be assessed against the endowment or funds in a manner consistent with IIE policies and procedures.

## II    Program Implementation

In keeping with our best practices in scholarship and funds management, IIE will design and implement critical elements of the Program. We propose to provide the following essential services to manage the Program fund:

- **Outreach.** In consultation with appropriate parties, IIE can develop materials to promote the Program to inform eligible participants of the Au Pair Program about application procedures.

- **Define Eligibility and Selection Criteria.** IIE will design a clear set of criteria for eligibility to apply to the Program and establish criteria and a rubric for selecting applicants based on need.

- **Application.** For the Program, IIE will customize and manage an accessible, transparent application process. We will build an online application that captures applicant data, including application information, qualifications, experience with the Au Pair Program, and proposed course of study.

  IIE offers a state-of-the-art, cloud-based online application system with enhanced security measures for data security and protection and robust capabilities for analyzing real-time Program application data. The application system is also in continuous development to maintain compliance with laws and regulations, including GDPR compliance, PCI compliance for all financial transactions, NACHA compliance for all ACH transactions, FERPA compliance for the protection of applicant information, and adoption of and adherence to Section 508 ADA accessibility guidelines, as implemented through the WCAG 2.0 accessibility guidelines.

- **Selection.** As an outside, neutral party, IIE will implement a fair and open scholarship selection process, managed by experienced IIE staff and based on requirements established by the Court. Based on the eligibility and selection criteria, IIE will perform a technical review of submitted applications for completeness and eligibility. IIE also performs the necessary due diligence to verify that funds provided to grantees are within the guidelines that safeguard against funding terrorist activities. We manage these activities in compliance with the U.S.A. Patriot Act, as amended, using CSI Watchdog to vet direct recipients of grant monies, and any indirect recipient (such as an organization that is providing the seminar or training) that is identified within the terms of the grant. IIE uses the Excluded Parties List System (EPLS) published by the General Services Administration (GSA) to comply with U.S. government requirements further.

  IIE will develop a list of eligible applications for review and selection by selection committee. IIE will organize independent selection panels and arrange for selection panelists to meet virtually to review applications and select applicants.

- **Grant Agreement and Contracting**. Following the selection process, IIE will prepare contractual letters of obligation for each selected applicant (i.e., grantee). The letters will specify the terms of the award, supported activities of the grant, and reporting protocols.

- **Grant Payments and Support.** IIE uses an integrated grantee and award management system to budget grants according to the approved use of funds and schedule payments to grantees or third parties, as well as monitor, track and stop payments when necessary. IIE can make payments directly to the grantees through IIePAY, a payment solution that enables us to make payments to grantees digitally via an email address, or through an Electronic Funds Transfer system. IIE will comply with relevant U.S. tax regulations and withholding.

- **Narrative and Financial Reporting.** IIE can produce financial reporting in a generally accepted accounting format that reports on actual project expenses at agreed upon intervals. IIE will also report on the aggregate number of grantees supported by the Program at agreed upon intervals.

- **Fund Management**. IIE will manage the funds pursuant to its standard procedures for such funds. At Program inception, IIE will develop a budget of administrative costs to manage the Program based on the agreed upon estimated levels of programming, accounting for variables such as the anticipated number of grantees per year, program duration, number of payments, and reporting requirements, among others. IIE's financial systems enable staff to track program and administrative expenses and review detailed financial reports for variances on a regular basis. IIE will report regularly, as directed.

## III    IIE Organizational and Scholarship Management Capabilities

For nearly a century, the Institute of International Education (IIE) has been a world leader in international education. IIE implements many of the world's most effective and prestigious scholarship programs and we are highly experienced in developing flexible and customized programs to help our sponsors achieve their goals. These programs build human capital globally and our culturally-competent staff are committed to inspiring students to grow intellectually and professionally and prepare them to flourish in our global society. Programs include the U.S. Department of State's Fulbright Student and Scholar Programs and Benjamin A. Gilman International Scholarship Program, and the U.S. Department of Defense's Boren Awards. We count over 70 Nobel Prize winners among our esteemed trustees and alumni.

IIE will bring the following capabilities to this program:

- Expertise in global fellowship and scholarship management.
- Experience as a trusted partner to large global foundations including the Ford Foundation, MacArthur Foundation, Rockefeller Foundation, Andrew W. Mellon Foundation, and the Carnegie Corporation of New York
- Global presence with a staff of over 650 throughout its New York headquarters and 18 offices and affiliates around the globe.
- Experience managing investments and endowments.
- An active 44-member Board of Trustees which includes many world leaders in the public, finance, and education sectors.

Our endowment and fund portfolio is dedicated to causes and programs that advance our educational mission. Illustrative examples include:

- **Whitaker International Program Endowment** - Supports international collaborative links between young leaders in biomedical engineering worldwide.
- **Fulbright Legacy Fund** - Enhances the mission and vision of the U.S. Department of State's Fulbright Program and Hubert H. Humphrey Fellowship Program through grants to alumni and other strategic initiatives.
- **Scholar Rescue Fund** - Provides support and safe haven to threatened scholars through fellowships supporting the work of IIE's Scholar Rescue Fund Program.

IIE's Board of Trustees brings extensive experience in investment banking and wealth management and includes current and former executives at investment banks and law firms. Our board has a dedicated Investment Committee that makes investment decisions for each endowment, ensuring that investment strategies and asset allocations are in line with the appropriate policies, investment philosophy, objectives, and endowment agreements. IIE retains reputable investment advisory firms to recommend investment strategies and portfolio decisions to the Investment Committee for each endowment, allowing us to build or adjust asset allocations to fit endowment objectives.

## IV    Conclusion

IIE appreciates consideration of our proposed services to manage the Au Pair Scholarship Program which will advance access to educational opportunities for participants of the Au Pair Program.