**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
 and those similarly situated,

 Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

 Defendants.

**DECLARATION OF JOSHUA J. LIBLING**

I, JOSHUA J. LIBLING, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York and am a Counsel with the law firm of Boies Schiller Flexner LLP, counsel for the Plaintiffs and for the class. I am admitted to practice in the United States District Court for the District of Colorado.

2. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.

3. In their motion for preliminary approval, Plaintiffs provided metrics concerning the number of claim forms and exclusion requests received by the Class Administrator.

4. Since submission of the Motion for Final Approval, the Class Administrator has continued to process claim forms and exclusion requests.

5. Attached as **Exhibit 1** is a true and correct copy of a Supplemental Declaration of Claims Administrator that, *inter alia*, provides the Court with updated metrics in advance of the Fairness Hearing.

6. Exhibit 1 has its own exhibits (Exhibits A through C) that provide the Court with the names of class members who submitted requests for exclusion and the classes for which exclusion was requested. This information has been provided in order to create a public record of who will not be bound by the settlement should the Court grant final approval.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of July, 2019, at New York, New York.

    Respectfully submitted,

    */s/ Joshua J. Libling*
    Joshua J. Libling
    BOIES SCHILLER FLEXNER LLP
    55 Hudson Yards
    New York, NY 10001
    Tel. (212) 446-2300
    Fax. (212) 446-2350
    jlibling@bsfllp.com
    *Counsel for Plaintiffs*