**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLI NA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES AND EXPENSES [ECF NO. 1206]**

WHEREAS, on January 9, 2019, the parties reached a settlement agreement as a result of intensive, non-collusive, arm's-length negotiations;

WHEREAS, the proposed settlement establishes, *inter alia*, a Qualified Settlement Fund ("QSF") of $65,500,000, and provides injunctive relief to ensure that au pair program participants receive accurate disclosures regarding au pair wages;

WHEREAS, on January 16, 2019, Plaintiffs filed a Motion for Preliminary Approval of Class and Collective Action Settlement;

WHEREAS, on January 18, 2019, the Claims Administrator served the Class Action Fairness Act notice required by 28 U.S.C. § 1715;

WHEREAS, on January 23, 2019, this Court granted Plaintiffs' Motion for Preliminary Approval of Class and Collective Action Settlement;

WHEREAS, on February 1, 2019, the Claims Administrator sent the Notice of Proposed Settlement of Class and Collective Action, Fairness Hearing, and Right to Appear, as ordered;

WHEREAS, on May 16, 2019, Plaintiffs filed their Motion for Attorneys' Fees and Expenses (ECF No. 1206), seeking 35 percent of the QSF, plus nontaxable litigation expenses;

WHEREAS, on July 18, 2019, this Court held a fairness hearing regarding the parties' class and collective action settlement and Plaintiffs' Motion for Attorneys' Fees and Expenses.

**WHEREFORE,** the Court, having considered Plaintiffs' Motion for Attorneys' Fees and Expenses, all supporting and opposing papers thereto, and having considered the relevant facts and law, hereby finds and **ORDERS** as follows:

1. Upon due consideration of the non-exclusive factors set forth in *Gottlieb v. Barry*, 43 F.3d 474, 482 n.4 (10th Cir. 1994) (citing *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714, 717–19 (5th Cir.1974)), the Court finds that Plaintiffs' requested fees and expenses are fair, reasonable and appropriate.  *See also Davis v. Crilly*, 292 F. Supp. 3d 1167, 1173-74 (D. Colo. 2018) (discussing attorneys' fees standard for FLSA settlements).

2. Accordingly, **IT IS HEREBY ORDERED** that:

   a. Class Counsel shall receive attorneys' fees in the amount of $22,925,000, from the QSF, representing 35% of the QSF;

   b. In addition to attorneys' fees, Class Counsel shall receive $3,345,535.33 for litigation expenses and expenses for administration of the settlement and sending of notice pursuant to 28 U.S.C. § 1715, which shall also be deducted from the QSF;

   c. $536 shall be taxed from the QSF in favor of the United States as reimbursement for *in forma pauperis* filing and service fees advanced on behalf of the lead named Plaintiff.

Dated: _____, 2019

**BY THE COURT:**

_____
Hon. Christine M. Arguello
United States District Judge