# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA

JOHANA PAOLA BELTRAN, *ET. AL*.

Plaintiffs,

v.

INTEREXCHANGE, INC.; *ET AL.*

Defendants.

_____

## MOTION TO APPEAR AT FAIRNESS HEARING
## BY TELEPHONE
_____

Defendant Expert Group International, Inc. d/b/a Expert AuPair ("Expert AuPair"), by its undersigned attorney, Bogdan Enica, hereby requests leave of Court to appear at the Fairness Hearing set for July 18, 2019, at 9:00 a.m. by telephone, and in support states as follows:

1. On May 23, 2019, the Court reset the Fairness Hearing for July 18, 2018 at 9:00 AM in Courtroom A 602 before Judge Christine M. Arguello.

2. Counsel for Expert AuPair is located out of state and would like to avoid the time and expense of travelling to Denver by attending the Fairness Hearing telephonically.

3. Counsel for Expert AuPair does not anticipate his involvement in lengthy discussions at the Fairness Hearing.

WHEREFORE, Defendant Expert AuPair respectfully requests to appear at the Fairness Hearing by telephone and any such other relief as deemed appropriate by the Court.

Date: July 16, 2019.

Respectfully submitted,

*s/Bogdan Enica*
Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone:  727-388-3472
bogdane@hotmail.com
ATTORNEY FOR DEFENDANT EXPERT GROUP INTERNATIONAL INC. D/B/A EXPERT AUPAIR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 16th day of July, 2019, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/*Bogdan Enica*
Bogdan Enica, Esq.