**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINE AZUELA RASCON,
CAMILA GABRIELA PEREZ REYES,
CATHY CARAMELO,
LINDA ELIZABETH,
And those similarly situated,

    Plaintiffs,
v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., *d/b/a* Expert AuPair,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC., *d/b/a* Cultural Care Au Pair,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, *d/b/a/* Aupair Foundation,
AMERICAN INSTITUTE FOR FOREIGN STUDY, *d/b/a* Au Pair in America,
AMERICAN CULTURAL EXCHANGE, LLC, *d/b/a* GoAuPair,
AGENT AU PAIR,
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC, *d/b/a* ProAuPair,
20/20 CARE EXCHANGE, INC., *d/b/a* The International Au Pair Exchange,
ASSOCIATES IN CULTURAL EXCHANGE*, d/b/a* GoAuPair, and
GOAUPAIR OPERATIONS, LLC, *d/b/a* GoAuPair,

    Defendants.

# ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES

This matter is before the Court on Plaintiffs' Motion for Attorneys' Fees and Expenses.  (Doc. # 1206.)  The Court held a hearing regarding Plaintiffs' request that the Court finally approve the class and collective settlement and Plaintiffs' Motion for Attorneys' Fees and Expenses on July 18, 2019.  *See* (Doc. # 1228.)  The Court, having considered Plaintiffs' Motion for Attorneys' Fees and Expenses, all documents related thereto, and the relevant facts and law, hereby finds that upon due consideration of the non-exclusive factors set forth in *Gottlieb v. Barry*, 43 F.3d 474, 482 n.4 (10th Cir. 1994) (citing *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714, 717–19 (5th Cir. 1974)), the Court finds that Plaintiffs' requested fees and expenses are fair, reasonable and appropriate. *See also Davis v. Crilly*, 292 F. Supp. 3d 1167, 1173-74 (D. Colo. 2018) (discussing attorneys' fees standard for Fair Labor Standards Act settlements). Accordingly, it is HEREBY ORDERED that:

1. Plaintiffs' Motion for Attorneys' Fees and Expenses is GRANTED.  (Doc. # 1206.)
2. Class Counsel shall receive attorneys' fees in the amount of $22,925,000, from the Qualified Settlement Fund ("QSF"), representing 35% of the QSF;
3. In addition to attorneys' fees, Class Counsel shall receive $3,345,535.33 for litigation expenses and expenses for administration of the settlement and sending of notice pursuant to 28 U.S.C. § 1715, which shall also be deducted from the QSF; and
4. $536 shall be taxed from the QSF in favor of the United States as reimbursement

for *in forma pauperis* filing and service fees advanced on behalf of the lead named Plaintiff.

DATED: July 18, 2019

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge