**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**July 29, 2019**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE DEETLEFS; ALEXANDRA IVETTE GONZALEZ; JULIANE HARNING; NICOLE MAPLEDORAM; LAURA MEJIA JIMINEZ; SARAH CAROLINE AZUELA RASCON,

    Plaintiffs - Appellees,

v.

AUPAIRCARE, INC.,

    Defendant - Appellant,

and

INTEREXCHANGE, INC.; USAUPAIR, INC.; GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC., d/b/a Expert Au Pair; EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS; CULTURAL HOMESTAY INTERNATIONAL; CULTURAL CARE, INC., d/b/a Cultural Care Au Pair; AU PAIR INTERNATIONAL, INC.; APF GLOBAL EXCHANGE, NFP, d/b/a Aupair Foundation; AMERICAN INSTITUTE FOR FOREIGN STUDY, d/b/a Au Pair in America; AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GoAuPair; AGENT AU PAIR; A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC, d/b/a ProAuPair; 20/20 CARE EXCHANGE, INC., d/b/a The International Au Pair Exchange;

No. 17-1359
(D.C. No. 1:14-CV-03074-CMA-KMT)
(D. Colo.)

ASSOCIATES IN CULTURAL EXCHANGE, d/b/a GoAu Pair; GOAUPAIR OPERATIONS, LLC,

    Defendants.

_____

**ORDER**
_____

Before **McHUGH**, **KELLY**, and **MORITZ**, Circuit Judges.
_____

This matter is before the court on the parties' Joint Status Report Regarding Settlement Proceedings in the District Court, which states that the district court approved the parties' class and collective action settlement. Upon review of the joint status report and the district court's July 18, 2019 "Order Granting Final Approval of Class Action and Collective Settlement" ("Final Approval Order"), the abatement of this matter is lifted and we direct as follows.

As an initial matter, we note that Paragraph 10 of the Final Approval Order states that the district-court "action is dismissed with prejudice as to all other issues and as to all parties and claims." However, because the scope of our remand was limited to "proceedings necessary to consider the parties' proposed settlement agreement," and because we have not yet issued the mandate to transfer jurisdiction back to the district court, it did not have jurisdiction to dismiss the case underlying this appeal.

Our October 30, 2018 opinion shall stand. In acknowledgment of the changed circumstances since the issuance of that opinion, however, the Clerk shall issue an amended judgment noting that the parties' subsequent settlement obviates the need for

the district court to sever the arbitration provider selection clause and compel the parties to arbitrate. Instead, the amended judgment will reflect that we now REMAND to the district court with instructions to vacate Paragraph 10 of the Final Approval Order, and, upon issuance of our mandate, enter a new dismissal order and a final judgment in accordance with the Final Approval Order, which otherwise remains unaffected by this order.

In order to facilitate the district court's ability to issue its dismissal order and enter final judgment, upon entering our amended judgment the Clerk of this court shall issue the mandate forthwith.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk

by: Chris Wolpert
    Chief Deputy Clerk