FILED
United States Court of Appeals
Tenth Circuit

July 29, 2019

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE DEETLEFS; ALEXANDRA IVETTE GONZALEZ; JULIANE HARNING; NICOLE MAPLEDORAM; LAURA MEJIA JIMINEZ; SARAH CAROLINE AZUELA RASCON,

    Plaintiffs - Appellees,

v.

AUPAIRCARE, INC.,

    Defendant - Appellant,

and

INTEREXCHANGE, INC.; USAUPAIR, INC.; GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC., d/b/a Expert Au Pair; EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS; CULTURAL HOMESTAY INTERNATIONAL; CULTURAL CARE, INC., d/b/a Cultural Care Au Pair; AU PAIR INTERNATIONAL, INC.; APF GLOBAL EXCHANGE, NFP, d/b/a Aupair Foundation; AMERICAN INSTITUTE FOR FOREIGN STUDY, d/b/a Au Pair in America; AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GoAuPair; AGENT AU PAIR; A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC, d/b/a ProAuPair; 20/20 CARE EXCHANGE, INC., d/b/a The International Au Pair Exchange;

No. 17-1359
(D.C. No. 1:14-CV-03074-CMA-KMT)
(D. Colo.)

ASSOCIATES IN CULTURAL EXCHANGE, d/b/a GoAu Pair; GOAUPAIR OPERATIONS, LLC,

Defendants.

_____

**AMENDED JUDGMENT**
_____

Before **McHUGH**, **KELLY**, and **MORITZ**, Circuit Judges.
_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of the district court is reversed, and our October 30, 2018 opinion stands.

However, the parties' settlement of their dispute following the issuance of our opinion obviates the need for the district court to sever the arbitration provider selection clause and compel the parties to arbitrate. Instead, this case is remanded to the United States District Court for the District of Colorado with instructions to vacate Paragraph 10 of its July 18, 2019 "Order Granting Final Approval of Class Action and Collective Settlement," and, upon issuance of our mandate, enter a new dismissal order and final judgment.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk

by: Chris Wolpert
    Chief Deputy Clerk