**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

July 29, 2019

Chris Wolpert
Chief Deputy Clerk

Ms. Jennifer Arnett-Roehrich
Gordon Rees Scully Mansukhani
555 Seventeenth Street, Suite 3400
Denver, CO 80202-0000

Mr. Jonathan S. Bender
Holland & Hart
555 17th Street, Suite 3200
Denver, CO 80202

Mr. Brian Alan Birenbach
Rietz Law Firm
114 Village Place, Suite 301
P.O. Box 5268
Dillon, CO 80435

Robert M. Buchanan Jr.
Choate, Hall & Stewart
Two International Place
Boston, MA 02110

Joseph B. Cartafalsa
Ogletree Deakins
599 Lexington Avenue
New York, NY 10022

Ms. Brooke A. Colaizzi
Sherman & Howard
633 17th Street, Suite 3000
Denver, CO 80202

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Ms. Kathleen Ellen Craigmile
Nixon Shefrin Hensen Ogburn
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111

Mr. Raymond M. Deeny
Sherman & Howard
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903

Mr. Bogdan Enica
111 Second Avenue NE, Room 213
St Petersburg, FL 33701

Martin Jose Estevao
Armstrong Teasdale
4643 South Ulster Street, Suite 800
Denver, CO 80237

Ms. Chanda Marie Feldkamp
Kelly & Walker
1512 Larimer Street, Suite 200
Denver, CO 80202

Ms. Martha L. Fitzgerald
Brownstein Hyatt Farber Schreck
410 17th Street, Suite 2200
Denver, CO 80202-4437

Ms. Grace Anne Fox
Welborn Sullivan Meck & Tooley
1125 Seventeenth Street, Suite 2200
Denver, CO 80202

Mr. John B. Fulfree
Putney, Twombly, Hall & Hirson
521 5th Avenue
10th Floor
New York, NY 10036-0000

Ms. Jessica L. Fuller
Lewis Roca Rothgerber Christie
1200 17th Street, Suite 3000
Denver, CO 80202

Mr. Michael T. Gass
Choate, Hall & Stewart
Two International Place
Boston, MA 02110

Mr. James E. Hartley
Holland & Hart
555 17th Street, Suite 3200
Denver, CO 80202

Ms. Diane Rebecca Hazel
Lewis Roca Rothgerber Christie
1200 17th Street, Suite 3000
Denver, CO 80202

Mr. Alexander Hood
Towards Justice
1410 High Street, Suite 300
Denver, CO 80218

Mr. Adam A. Hubbard
Holland & Hart LLP
1800 Broadway
Suite 300
Boulder, CO 80302

Mr. Nathan Andrew Huey
Gordon Rees Scully Mansukhani
555 Seventeenth Street, Suite 3400
Denver, CO 80202-0000

Mr. Joseph H. Hunt
Sherman & Howard
633 17th Street, Suite 3000
Denver, CO 80202

Mr. Randall Wade Jackson
Boies Schiller Flexner

55 Hudson Yards
New York, NY 10001

Mr. William J. Kelly III
Kelly & Walker
1512 Larimer Street, Suite 200
Denver, CO 80202

Mr. Vance Orlando Knapp
Armstrong Teasdale
4643 South Ulster Street, Suite 800
Denver, CO 80237

Ms. Peggy E. Kozal
Gordon Rees Scully Mansukhani
555 Seventeenth Street, Suite 3400
Denver, CO 80202-0000

Ms. Lyndsey Marie Kruzer
Choate, Hall & Stewart
Two International Place
Boston, MA 02110

Mr. Lawrence L. Lee
Fisher & Phillips
1801 California Street, Suite 2700
Denver, CO 80202

Ms. Alyssa L. Levy
Sherman & Howard
633 17th Street, Suite 3000
Denver, CO 80202

Mr. Joshua James Libling
Boies Schiller Flexner
55 Hudson Yards
New York, NY 10001

Ms. Lauren Fleischer Louis
Boies, Schiller & Flexner
401 East Las Olas Boulevard
Suite 1200
Ft. Lauderdale, FL 33301

Ms. Joan A. Lukey
Choate, Hall & Stewart

Two International Place
Boston, MA 02110

Mr. James Michael Lyons
Lewis Roca Rothgerber Christie
1200 17th Street, Suite 3000
Denver, CO 80202

Mr. Stephen J. Macri
Ogletree Deakins
599 Lexington Avenue
New York, NY 10022

Ms. Aubrey Jane Markson
Nixon Shefrin Hensen Ogburn
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111

Mr. Sigrid Stone McCawley
Boies, Schiller & Flexner
401 East Las Olas Boulevard
Suite 1200
Ft. Lauderdale, FL 33301

Ms. Sabria Alexandria McElroy
Boies, Schiller & Flexner
401 East Las Olas Boulevard
Suite 1200
Ft. Lauderdale, FL 33301

Mr. David Brandon Meschke
Brownstein Hyatt Farber Schreck
410 17th Street, Suite 2200
Denver, CO 80202-4437

Mr. Kevin Patrick O'Keefe
Choate, Hall & Stewart
Two International Place
Boston, MA 02110

Mr. Byron Pacheco
Boies Schiller Flexner
55 Hudson Yards
New York, NY 10001

Mr. Thomas B. Quinn
Gordon Rees Scully Mansukhani
555 Seventeenth Street, Suite 3400
Denver, CO 80202-0000

Ms. Kathryn A. Reilly
Wheeler Trigg O'Donnell
370 Seventeenth Street, Suite 4500
Denver, CO 80202

Ms. Meshach Y. Rhoades
Armstrong Teasdale
4643 South Ulster Street, Suite 800
Denver, CO 80237

Mr. Sean Phillips Rodriguez
Boies, Schiller & Flexner
1999 Harrison Street, Suite 900
Oakland, CA 94612-0000

Ms. Susan M. Schaecher
Fisher & Phillips
1801 California Street, Suite 2700
Denver, CO 80202

Mr. Matthew Lane Schwartz
Boies Schiller Flexner
55 Hudson Yards
New York, NY 10001

Mr. David Hollis Seligman
Towards Justice
1410 High Street, Suite 300
Denver, CO 80218

Mr. Peter Murray Skinner
Boies Schiller Flexner
55 Hudson Yards
New York, NY 10001

Ms. Dawn L. Smalls
Boies Schiller Flexner
55 Hudson Yards
New York, NY 10001

Mr. Eric Jonathan Stock
Gibson Dunn
200 Park Avenue
New York, NY 10166-0193

Mr. Lawrence D. Stone
Nixon Shefrin Hensen Ogburn
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111

Mr. Robert M. Tucker
Ogletree Deakins
599 Lexington Avenue
17th Floor
New York, NY 10022

Mr. Juan Pablo Valdivieso
Boies, Schiller & Flexner
1999 Harrison Street, Suite 900
Oakland, CA 94612-0000

Ms. Jennifer Wirkus Vedra
Gordon Rees Scully Mansukhani
555 Seventeenth Street, Suite 3400
Denver, CO 80202-0000

Ms. Heather Fox Vickles
Sherman & Howard
633 17th Street, Suite 3000
Denver, CO 80202

Ms. Natalie Elizabeth West
Wheeler Trigg O'Donnell
370 Seventeenth Street, Suite 4500
Denver, CO 80202

Mr. Justin J. Wolosz
Choate, Hall & Stewart

Two International Place
Boston, MA 02110


**RE:     17-1359, Beltran, et al v. Interexchange, Inc., et al**
Dist/Ag docket: 1:14-CV-03074-CMA-KMT


Dear Counsel and Clerk:

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. This is being issued per this court's order issued on July 29, 2019.

Please contact this office if you have questions.


Sincerely,

Elisabeth A. Shumaker
Clerk of the Court


cc:     Christine M. Arguello


EAS/lg