**EUGENE A. SCHWARTZ**
Attorney at Law
419 Park Avenue South
15th Floor
New York, NY 10016

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 26 2019

JEFFREY P. COLWELL
CLERK

Telephone: (212) 213-9889
Facsimile: (212) 252-8582
Eschwartz@walter-samuels.com

August 22, 2019

The Honorable Christine M. Arguello
United States District Court Judge
Alfred A. Arraj United States Courthouse
A 638
901 19th Street
Denver, CO 80294

Re: Johana Paola Beltran et al v. Interexchange, Inc. et al
    Civil Action No. 14-cv-03074-CMA-KMT
    Lisa Endriss Schwartz; List ID 296288

Dear Judge Arguello:

I represent Lisa Endriss Schwartz identified above as being a member of the Plaintiff Class in the referenced Action. I am contacting you to respectfully request that you consider the following:

Ms. Schwartz was an au pair in Connecticut for the period August, 2009 through August, 2010. She was placed in her position by Cultural Care, Inc. d/b/a Cultural Care Au Pair ("Cultural"), and during the entire term of her position, she reports that she had an excellent experience with her host family. In the interim, since 2010 she had no contact with Cultural and therefore the last address which Cultural had for my client was her family home in Germany. She has not maintained a domicile in Germany for the last six years.

My client advises that the Notice of the Class Action Settlement was delivered to her parents in Germany. Her parents report that they opened the Notice but as they are no more than conversationally fluent in English they did not understand the content nor import of the Notice nor were they able to alert my client of the requirement to respond within a given timeframe to either elect to participate in the Class Action or opt out of the Settlement in order to protect an individual right of recovery. Nevertheless her parents forwarded the Notice to my client at her home in Chicago, Illinois where she has been residing since March 1, 2019. My client promptly notified the Class Action Administrator of her desire to be included in the Class. I have attached a copy of an e-mail from the Administrator to my client acknowledging that her claim was submitted six days after the deadline for filing the claim and was therefore untimely.

The Honorable Christine M. Arguello
August 22, 2019
Page 2 of 2

Notwithstanding the clarity of the Court Order that claims were required to be filed as of May 16, 2019, I urge the Court to consider the following and to allow my client to file her claim nunc pro tunc:

1. Though I have no issue with the attorneys being compensated for their efforts in the prosecution of this claim and obtaining a generous settlement, it seems for the agreed upon fee of almost twenty-three million dollars, it would behoove the attorneys to confirm that each member of the Class actually received the Notice. It is not enough to simply mail the Notice to the last known address of the member of the Class, many or most of whom live abroad and whose families may not be conversant in English.

2. Tying the failure to timely participate as a member of the Class together with a waiver of individual right to proceed directly against one of the defendants is draconian and unfair on its face. If the Notice is not received or adhered to, the prospective plaintiff/class member is not only precluded from sharing in the Settlement but forever foreclosed from proceeding to enforce individual claims.

3. My client has suffered hardship in this regard at no fault of her own. She immediately apprised the Class Action Administrator upon finally receiving the Notice, a mere six days late.

4. Is the purpose of this Class Action solely to enrich the attorneys, though they may deserve every penny of their fees, or is it to protect the young men and women who unfairly, unduly and perhaps illegally labored for minimal and not even minimum wages?

I would be interested to know and maybe the Court would take judicial notice as to the percentage of au pairs who timely responded to the Notice.

Your Honor, I respectfully request that my client be allowed to file her Notice of Claim to obtain the protections of the Final Order approving the Settlement as contemplated therein.

Thank you for your kind consideration.

Sincerely,

Eugene A. Schwartz

EAS:bb
Enclosure