**From:** Au Pair Class Action Administrator <info@aupairclassaction.com>
**Date:** August 15, 2019 at 2:23:03 PM CDT
**To:** Lisa Endriss <lisa.endriss@gmail.com>
**Subject: Re: Au Pair Class Action LIST ID: 296288**

Dear Lisa,

Thank you for your email. Notice was provided to class members in accordance with the terms of the Settlement Agreement.

In its final order approving the settlement, the Court directed that claims submitted after the original May 2, 2019 deadline but prior to May 16, 2019, could be accepted. The records indicate that your claim was submitted on May 22, 2019 and is therefore untimely.

Regards,

Beltran v. InterExchange Claims Administrator (KR)
Toll-free: 1 (844) 859-6769
www.AuPairClassAction.com

3