Eugene A. Schwartz, Esq.
WALTER & SAMUELS INC. REAL ESTATE, 419 PARK AVENUE SOUTH, NEW YORK, NEW YORK 10016

22 AUG 2019 PM 1 S L

80294-250151

The Honorable Christine M. Arguello
United States District Court Judge
Alfred A. Arraj United States Court House
A 638
901 19th Street
Denver, CO 80294

Scanned by US Marshal