## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
and those similarly situated,
    Plaintiffs,
v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,
    Defendants.
_____

**DECLARATION OF SEAN P. RODRIGUEZ IN SUPPORT OF CLASS COUNSEL'S MOTION TO FUND SPECIAL DISTRIBUTION EFFORTS IN RESPONSE TO COVID-19-RELATED ISSUES**
_____

I, Sean P. Rodriguez, declares as follows:

1. I am a partner with the law firm of Boies Schiller Flexner LLP, Class Counsel. As such, I am familiar with the facts and circumstances set forth in this Declaration and otherwise related to this matter. I am admitted in this case *pro hac vice*. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.

2. Pursuant to D.C.COLO.LCivR 7.1(a), on January 28, 2021, I sent an email to all Defendants' counsel stating Class Counsel's intent to file a Motion to Fund Special Distribution Efforts in Response to COVID-19 Related Issues.  No defense counsel objected.  Counsel for one Defendant, Rob Tucker, asked for more information.  On February 11, 2021, I emailed Defendants' counsel again with additional information related to the motion.  Attached hereto as **Exhibit 1** and **Exhibit 2** are true and correct copies of my email exchanges with Defendants' counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 11, 2021, at San Francisco, California.

BY: */s/ Sean P. Rodriguez*
Sean P. Rodriguez
BOIES SCHILLER FLEXNER LLP
44 Montgomery St, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6820
Fax: (415) 293-6899
srodriguez@bsfllp.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record identified on the Court's CM/ECF system for this matter.

I further certify that I have also e-mailed a copy of the foregoing to Mr. Eugene Schwartz at the address provided in ECF No. 1236.

/s/ Sean P. Rodriguez
Sean P. Rodriguez
BOIES SCHILLER FLEXNER LLP
44 Montgomery St, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6820
Fax: (415) 293-6899
srodriguez@bsfllp.com
*Attorneys for Plaintiffs*