# EXHIBIT 1

| | |
|---|---|
| **From:** | Sean Rodriguez |
| **Sent:** | Thursday, February 11, 2021 10:53 AM |
| **To:** | jennifer@sanitaslaw.com; jsbender@hollandhart.com; brian@rietzlawfirm.com; rbuchanan@choate.com; joseph.cartafalsa@ogletreedeakins.com; BColaizzi@shermanhoward.com; kcraigmile@nixonshefrin.com; rdeeny@shermanhoward.com; bogdane@hotmail.com; mestevao@armstrongteasdale.com; cfeldkamp@kellylawpartners.com; mfitzgerald@bhfs.com; jfuller@lrrc.com; mgass@choate.com; jhartley@hollandhart.com; nhuey@gordonrees.com; jhunt@shermanhoward.com; wkelly@kellylawpartners.com; sklopman@hklawllc.com; vknapp@armstrongteasdale.com; pkozal@gordonrees.com; lkruzer@choate.com; alevy@shermanhoward.com; joan.lukey@choate.com; jlyons@lrrc.com; stephen.macri@ogletree.com; dmeschke@bhfs.com; mull@wtotrial.com; kokeefe@choate.com; tquinn@gordonrees.com; Kathryn A. Reilly; mrhoades@atllp.com; srudman@choate.com; sschaecher@fisherphillips.com; estock@gibsondunn.com; lstone@nixonshefrin.com; robert.tucker@ogletreedeakins.com; hvickles@shermanhoward.com; mwells@bhfs.com; west@wtotrial.com; harvey.wolkoff@ropesgray.com; jwolosz@choate.com |
| **Cc:** | Matthew L. Schwartz; Peter Skinner; david@towardsjustice.org; Alex Hood |
| **Subject:** | Re: Beltran:  Pre-motion M&C |

Counsel,

We have continued to work with the class administrator concerning the details of the plans described below, and the class administrator has concluded that the procedures and level of service we have determined appropriate will require $60,000-65,000.  Further details will be disclosed in the motion, which will be filed shortly.

Best,

**Sean P. Rodriguez**
Partner

BOIES SCHILLER FLEXNER LLP
44 Montgomery St.
41st Floor
San Francisco, CA 94104
(d) 415 293 6820
(o) 415 293 6800
srodriguez@bsfllp.com
www.bsfllp.com

---

**From:** Sean Rodriguez <srodriguez@BSFLLP.com>
**Date:** Friday, February 5, 2021 at 12:33 PM
**To:** "jennifer@sanitaslaw.com" <jennifer@sanitaslaw.com>, "jsbender@hollandhart.com" <jsbender@hollandhart.com>, "brian@rietzlawfirm.com" <brian@rietzlawfirm.com>,

1

"rbuchanan@choate.com" <rbuchanan@choate.com>, Joseph Cartafalsa <joseph.cartafalsa@ogletreedeakins.com>, Brooke Colaizzi <BColaizzi@shermanhoward.com>, "kcraigmile@nixonshefrin.com" <kcraigmile@nixonshefrin.com>, "rdeeny@shermanhoward.com" <rdeeny@shermanhoward.com>, Bogdan Enica <bogdane@hotmail.com>, "mestevao@armstrongteasdale.com" <mestevao@armstrongteasdale.com>, "cfeldkamp@kellylawpartners.com" <cfeldkamp@kellylawpartners.com>, "mfitzgerald@bhfs.com" <mfitzgerald@bhfs.com>, "jfuller@lrrc.com" <jfuller@lrrc.com>, "mgass@choate.com" <mgass@choate.com>, "jhartley@hollandhart.com" <jhartley@hollandhart.com>, "nhuey@gordonrees.com" <nhuey@gordonrees.com>, "jhunt@shermanhoward.com" <jhunt@shermanhoward.com>, "wkelly@kellylawpartners.com" <wkelly@kellylawpartners.com>, "sklopman@hklawllc.com" <sklopman@hklawllc.com>, "vknapp@armstrongteasdale.com" <vknapp@armstrongteasdale.com>, "pkozal@gordonrees.com" <pkozal@gordonrees.com>, Lyndsey Kruzer <lkruzer@choate.com>, "alevy@shermanhoward.com" <alevy@shermanhoward.com>, Joan Lukey <joan.lukey@choate.com>, James Lyons <jlyons@lrrc.com>, "stephen.macri@ogletree.com" <stephen.macri@ogletree.com>, "dmeschke@bhfs.com" <dmeschke@bhfs.com>, Brett Mull <mull@wtotrial.com>, Kevin O'Keefe <kokeefe@choate.com>, "tquinn@gordonrees.com" <tquinn@gordonrees.com>, "Reilly, Katie" <reilly@wtotrial.com>, "mrhoades@atllp.com" <mrhoades@atllp.com>, Samuel Rudman <srudman@choate.com>, "sschaecher@fisherphillips.com" <sschaecher@fisherphillips.com>, "estock@gibsondunn.com" <estock@gibsondunn.com>, Lawrence Stone <lstone@nixonshefrin.com>, "robert.tucker@ogletreedeakins.com" <robert.tucker@ogletreedeakins.com>, "hvickles@shermanhoward.com" <hvickles@shermanhoward.com>, "mwells@bhfs.com" <mwells@bhfs.com>, "west@wtotrial.com" <west@wtotrial.com>, "harvey.wolkoff@ropesgray.com" <harvey.wolkoff@ropesgray.com>, Justin Wolosz <jwolosz@choate.com>
**Cc:** "Matthew L. Schwartz" <mlschwartz@BSFLLP.com>, Peter Skinner <PSkinner@BSFLLP.com>, "david@towardsjustice.org" <david@towardsjustice.org>, "alex@towardsjustice.org" <alex@towardsjustice.org>
**Subject:** Beltran: Pre-motion M&C

Counsel,

We're pleased to report that 90% of the claimed funds have been distributed and 75% of the issued checks have been cashed. However, Covid-19 has created serious problems for au pairs in certain countries. For example, South Africa has had postal delays of up to 6 months, and it ordered its banks to stop accepting paper checks as of December 31. As a result, there are South African au pairs who have checks in hand but have no banks in their country that can accept them. As another example, we're told that Colombia's postal service has not delivered a significant number of checks that were mailed last spring and re-mailed last fall. Covid-related postal delays in several countries have also resulted in checks arriving so late that their 180-day expiration date has passed by the time the check is delivered.

We therefore intend to move the court for permission to replace a "second distribution" under the Final Judgment with special efforts for au pairs who have been issued, but have not cashed the check for, their first distribution. These efforts would involve replacing the outstanding paper checks with wire transfers. The administrator would reach out to au pairs who have reported check-cash problems and, for the rest of au pairs who have not cashed their checks, an email notice that wire transfers are available and a secure web form where they can set up a transfer.

We intend to seek $50,000 funding for the class administrator, which would come from residual funds that would otherwise go to cy pres. We will not seek attorneys' fees.

If you have any concerns that you believe should be addressed before we file the motion, we will engage in further meet-and-confer efforts as required by the Local Rules.

Best,

**Sean P. Rodriguez**
Partner

BOIES SCHILLER FLEXNER LLP
44 Montgomery St.
41st Floor
San Francisco, CA 94104
(d) 415 293 6820
(o) 415 293 6800
srodriguez@bsfllp.com
www.bsfllp.com

3