# EXHIBIT 2

| | |
|---|---|
| **From:** | Sean Rodriguez |
| **Sent:** | Thursday, February 11, 2021 10:53 AM |
| **To:** | Tucker, Robert M. |
| **Cc:** | Matthew L. Schwartz; Peter Skinner; david@towardsjustice.org; Alex Hood; Macri, Stephen J. |
| **Subject:** | Re: Beltran:  Pre-motion M&C |

Robert,

Your inquiries are concern factual details that the moving papers will explain.  We don't think it's efficient to address them before filing.  Nor do we see how the answers to your questions could relate to any objection that a defendant might have standing to bring.

We will file soon.  Feel free to reach out if you still have questions after reviewing the filings.

Best,

**Sean P. Rodriguez**
Partner

**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St.
41st Floor
San Francisco, CA 94104
(d) 415 293 6820
(o) 415 293 6800
srodriguez@bsfllp.com
www.bsfllp.com

---

**From:** Robert Tucker <robert.tucker@ogletree.com>
**Date:** Monday, February 8, 2021 at 9:56 AM
**To:** Sean Rodriguez <srodriguez@BSFLLP.com>
**Cc:** "Matthew L. Schwartz" <mlschwartz@BSFLLP.com>, Peter Skinner <pskinner@BSFLLP.com>, "david@towardsjustice.org" <david@towardsjustice.org>, "alex@towardsjustice.org" <alex@towardsjustice.org>, Stephen Macri <stephen.macri@ogletreedeakins.com>
**Subject:** RE: Beltran: Pre-motion M&C

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Dear Sean,

Could you please provide additional information regarding the request and contemplated motion? For example:

1

- How many class members have reported check-cashing problems?
- How many class members have not cashed any checks?
- For how many class members does the class administrator estimate wire transfers would be issued?
- Can you provide an accounting of the $50,000 in funding for the class administrator? How would the $50,000 be allocated between fees and expenses?

Thank you,
Rob

**Robert M. Tucker | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
599 Lexington Avenue, 17th Floor | New York, NY 10022 | Telephone: 212-492-2510 | Fax: 212-492-2501
robert.tucker@ogletree.com | www.ogletree.com | Bio

---

**From:** Sean Rodriguez <srodriguez@BSFLLP.com>
**Sent:** Friday, February 5, 2021 3:34 PM
**To:** jennifer@sanitaslaw.com; jsbender@hollandhart.com; brian@rietzlawfirm.com; rbuchanan@choate.com; Cartafalsa, Joseph B. <joseph.cartafalsa@ogletreedeakins.com>; BColaizzi@shermanhoward.com; kcraigmile@nixonshefrin.com; rdeeny@shermanhoward.com; bogdane@hotmail.com; mestevao@armstrongteasdale.com; cfeldkamp@kellylawpartners.com; mfitzgerald@bhfs.com; jfuller@lrrc.com; mgass@choate.com; jhartley@hollandhart.com; nhuey@gordonrees.com; jhunt@shermanhoward.com; wkelly@kellylawpartners.com; sklopman@hklawllc.com; vknapp@armstrongteasdale.com; pkozal@gordonrees.com; lkruzer@choate.com; alevy@shermanhoward.com; joan.lukey@choate.com; jlyons@lrrc.com; Macri, Stephen J. <stephen.macri@ogletreedeakins.com>; dmeschke@bhfs.com; mull@wtotrial.com; kokeefe@choate.com; tquinn@gordonrees.com; Kathryn A. Reilly <reilly@wtotrial.com>; mrhoades@atllp.com; srudman@choate.com; sschaecher@fisherphillips.com; estock@gibsondunn.com; lstone@nixonshefrin.com; Tucker, Robert M. <robert.tucker@ogletreedeakins.com>; hvickles@shermanhoward.com; mwells@bhfs.com; west@wtotrial.com; harvey.wolkoff@ropesgray.com; jwolosz@choate.com
**Cc:** Matthew L. Schwartz <mlschwartz@BSFLLP.com>; Peter Skinner <pskinner@BSFLLP.com>; david@towardsjustice.org; Alex Hood <alex@towardsjustice.org>
**Subject:** Beltran: Pre-motion M&C

**[Caution: Email received from external source]**

---

Counsel,

We're pleased to report that 90% of the claimed funds have been distributed and 75% of the issued checks have been cashed.  However, Covid-19 has created serious problems for au pairs in certain countries.  For example, South Africa has had postal delays of up to 6 months, and it ordered its banks to stop accepting paper checks as of December 31. As a result, there are South African au pairs who have checks in hand but have no banks in their country that can accept them.  As another example, we're told that Colombia's postal service has not delivered a significant number of checks that were mailed last spring and re-mailed last fall.  Covid-related postal delays in several countries have also resulted in checks arriving so late that their 180-day expiration date has passed by the time the check is delivered.

We therefore intend to move the court for permission to replace a "second distribution" under the Final Judgment with special efforts for au pairs who have been issued, but have not cashed the check for, their first distribution.  These efforts would involve replacing the outstanding paper checks with wire transfers.  The administrator would reach out to au pairs who have reported check-cash problems and, for the rest of au pairs

2

who have not cashed their checks, an email notice that wire transfers are available and a secure web form where they can set up a transfer.

We intend to seek $50,000 funding for the class administrator, which would come from residual funds that would otherwise go to cy pres.  We will not seek attorneys' fees.

If you have any concerns that you believe should be addressed before we file the motion, we will engage in further meet-and-confer efforts as required by the Local Rules.

Best,

**Sean P. Rodriguez**
Partner

**BOIES SCHILLER FLEXNER** LLP
44 Montgomery St.
41st Floor
San Francisco, CA 94104
(d) 415 293 6820
(o) 415 293 6800
srodriguez@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]
*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*