**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**DECLARATION OF CLAIMS ADMINISTRATOR REGARDING
DISTRIBUTION OF NET SETTLEMENT FUND**

I, JENNIFER M. KEOUGH, declare as follows:

1. I am the Chief Executive Officer of JND Legal Administration LLC ("JND"). This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

2. I submit this declaration to update the Court regarding developments since the entry of the Order Granting Final Approval of Class and Collective Action Settlement on July 18, 2019 (Doc. # 1229, the "Order").

### DETERMINATION OF ELIGIBILITY FOR PAYMENT

3. The Order directed JND to contact potential class members who submitted both a Claim Form and a request for exclusion to determine their preference. On August 1, 2019, JND sent an election notice to 38 potential Class Members who had submitted both a Claim Form and a request for exclusion asking them to confirm by August 15, 2019, whether they wished to be excluded from the Class Action or to submit a claim. The notice advised that if no response was received, they would be deemed to have opted out of the Class Action. Seven of the potential Class Members did not respond, and JND conducted additional outreach by phone in early September 2019 in an attempt to obtain direction.

4. Of the 38 potential Class Members who both submitted a Claim Form and requested exclusion, 28 elected to remain in the settlement and 10 elected to be excluded from the settlement or were excluded on the basis that they did not provide a response.

5. The Order also directed JND to honor Claim Forms actually received prior to May 16, 2019. JND received a total of 1,202 Claim Forms for the Class Action that were

determined to be untimely. On August 8, 2019, JND sent an email notification to 1,201 claimants advising them that their claim submissions had been rejected on that basis and sent one such rejection notice by mail to a claimant for whom no email address was available.

6. JND also sent email notifications to 13 potential Class Members whose request for exclusion was not timely received advising that the exclusion request had been rejected.

7. JND diligently reviewed the claim submissions in order to verify the information provided. Where necessary, JND conducted outreach to claimants to clarify any ambiguities, such as placement dates being inconsistent or omitted, placement states being missing, or visa sponsors not being provided on the form for one or more placements. After resolving all outstanding queries, JND identified 13,602 Class Members who were entitled to receive a payment as a claimant in the Class Action and/or a participant in the Collective Action.

### **DETERMINATION OF DISTRIBUTABLE SETTLEMENT AMOUNT**

8. Between August 5, 2019, and October 10, 2019, a total of 20 deposits totaling $65,500,000.00 were received in the settlement account established for distribution of the settlement funds, representing payment of the Defendants' respective shares of the settlement amount. A payment of $0.01 was also received on October 7, 2019, in respect of a bank test deposit.

9. On October 11, 2019, JND issued a wire transfer to Class Counsel in the amount of $26,271,071.33, representing payment of the amounts awarded by the Court in

its Order Granting Plaintiffs' Motion for Attorneys' Fees and Expenses (Doc. # 1230), resulting in a net distributable settlement amount of $39,228,928.68.

## NATURE OF SETTLEMENT PAYMENTS, TAX INFORMATION REQUESTS

10. In order to ensure that settlement payments were correctly reported, JND sought direction from a certified public accounting firm, Miller Kaplan, as to the proper tax treatment of payments issued pursuant to the terms of the Stipulation and Agreement of Settlement and the Plan of Allocation. Miller Kaplan advised that based on the wording of the settlement and attendant orders, Participation Bonuses were considered miscellaneous income and that other distributions were considered wages.

11. Between February 6, 2020, and February 7, 2020, JND sent an email notice to those claimants who had been determined to be eligible to receive a settlement benefit that included a component that would be subject to tax reporting, requesting that the au pairs submit appropriate tax forms. JND also updated the website to include an additional page in English containing answers to common questions about why this information was being requested and links to each of the forms mentioned in the email notice.[1]

12. Claimants were initially asked to provide the requested information within 14 days. A reminder notice was sent to affected claimants on February 12, 2020. And a further notice was sent on February 18, 2020, advising that the response deadline had been extended to March 20, 2020. JND collated the information provided in the tax responses and, based on that information, made a determination for each au pair as to how each settlement benefit was to be treated for tax purposes.

---

[1] Although this page is no longer linked on the website, it can be viewed at www.aupairclassaction.com/tax.

4

**DETERMINATION OF SETTLEMENT BENEFITS**

13.     In accordance with the Plan of Allocation, JND first allocated Participation Bonuses totaling $563,300.00, comprising 11 payments of $5,000.00 to each Plaintiff, 89 payments of $1,000.00 to each Settlement Class Member who was deposed, and 4,193 payments of $100.00 to each Settlement Class Member who opted in to the Collective Action.  The remaining funds in the amount of $38,665,628.68 were allocated to Claiming Class Members in accordance with the breakdown reproduced in the Plan of Allocation.

14.     After allocating the funds in the manner described, JND calculated the amount required for payment of employer payroll taxes in respect of settlement benefits other than Participation Bonuses to be $3,409,838.05.  JND then calculated the employee payroll taxes for each Claiming Class Member, the aggregate amount of which was $10,660,828.79.  Lastly, JND determined the amount of backup withholding required, if any, in respect of all settlement benefits, which totaled $1,867,222.00 and comprised $23,550.00 in withholding applicable to Participation Bonuses and $1,843,672.00 in withholding applicable to other benefits.  After taking into account the amounts to be paid in respect of payroll taxes and withholding, the net amount to be distributed to the Settlement Class totaled $23,291,039.84.

**DISTRIBUTION OF SETTLEMENT BENEFITS**

15.     Between February 28, 2020, and April 27, 2020, JND issued settlement benefits to all Settlement Class Members who had been determined to be eligible to receive a payment from the settlement.  Settlement benefits were issued in the form of checks mailed via USPS with appropriate postage for international addresses in over 75 foreign countries.  Checks issued as part of the initial distribution had a validity period of 180 days.

Where required, checks were accompanied by a W2 tax form and/or 1099 MISC tax form, or by one or two 1042S tax forms, as applicable.  JND also paid to the IRS at the time of distribution those amounts due in respect of federal taxes.  JND subsequently coordinated payments to the appropriate state agencies in respect of any state taxes owed.

16.     Following the initial distribution of settlement checks, JND was contacted by three Claiming Class Members whose claims had initially been rejected as untimely but who provided documentation to support that they should have been treated as timely.  JND was also contacted by seven Claiming Class Members indicating that their settlement benefit was incorrect due to an error on their Claim Form.  After reviewing and researching these requests, JND issued 10 additional payments to the Claiming Class Members concerned.[2]

17.     As of the date of this Declaration, 10,473 (76.9%) settlement payments had been cashed, representing $20,774,801.68 (89.1%) of the net settlement amount issued to au pairs as part of the settlement.

18.     Where a check was returned as undeliverable and an updated address was located via a skip-trace search, or when requested by Class Members who had not received their check after approximately 60 days from the date of issue, JND has issued replacement checks on a rolling basis.  Checks reissued prior to May 27, 2020, had a validity period of 180 days from the date of issue.  Checks reissued on or after May 27, 2020, or one month following completion of the initial distribution, had a void date of November 23, 2020, or 180 days from May 27, 2020.  Between May 1, 2020, and October 22, 2020, JND issued a total

---

[2] Although the settlement amount was fully allocated and there were no reserve funds available for additional payments, JND issued the additional checks as it was anticipated that not all checks issued as part of the settlement would be negotiated.  The gross amount allocated in respect of these payments was $38,879.50, and the net amount paid to the Claiming Class Members totaled $22,680.18.

6

of 1,705 replacement checks, including to 121 Class Members whose settlement benefits were reissued more than once. JND also reissued 39 payments by wire where requested by Class Counsel due to Class Members' individual circumstances.

## CLASS MEMBER COMMUNICATIONS AND CHECK CASHING ISSUES

19.     Throughout the course of the settlement, JND has corresponded with Class Members via both the email account and the toll-free number established for the purpose of this settlement. Since February 1, 2019, JND has received 46,128 emails and 6,455 calls to the toll-free number, resulting in 2,256 calls that were handled by agents in our Contact Center.

20.     In JND's experience, a check conversion rate in excess of 75% constitutes a very good outcome for distribution with a class of this size, particularly when the claimed checks represent almost 90% of the distributed funds. Nonetheless, many of the requests JND has received since distribution commenced in February 2020 related to checks not being received or class members not being able to cash checks.

21.     Despite JND's efforts to convey settlement payments to Class Members, JND has been contacted throughout the course of the distribution process by Class Members who were experiencing difficulties in receiving their settlement benefits. JND understands that shortly after distribution commenced, postal restrictions were put in place due to the spread of Covid-19.[3] These restrictions have significantly affected the deliverability of settlement checks, particularly to certain countries where postal services were suspended for a period. For example, of 319 payments issued to Class members in South Africa, 197 were returned as undeliverable, and of the 28 payments that were completed, 13 were

---

[3] https://about.usps.com/newsroom/service-alerts/international/welcome.htm

checks cashed more than 90 days after the date of issue and 6 were payments that were completed by wire, meaning only 9 checks to South Africa were cashed within 90 days of the date of issue.  Similarly, of the 57 enquiries received from Class Members in Colombia, approximately half indicated that they had never received their check, with the remainder primarily advising that although they had received their check, they were unable to deposit it.

22.   In addition, Class Members from certain countries, such as the Scandinavian countries, advised that they were unable to negotiate their checks as banking services in those countries will no longer accept checks.

23.   JND began tracking all requests relating to check cashing issues at an early stage and has monitored the progress of those requests throughout.  Out of 903 such requests, 434 Class Members were subsequently able to cash their checks and 33 were able to receive payment via wire transfer as described in paragraph 18 above.  However, as of the date of this Declaration, 436 Class Members have either not received the check or have not been able to negotiate it.  JND has also monitored the delivery status by country of each country to which at least one settlement check was issued, and a summary report of the check cashing status by country is attached hereto as **Exhibit A**, which accurately summarizes business records that JND keeps in the ordinary course.

## ALTERNATIVE PAYMENT METHODS

24.   Although checks are the primary medium for distribution of settlement benefits, many au pairs who have contacted JND about their payments have requested payment by another method, including payment by wire transfer or via services such as TransferWise or PayPal.  If an alternative payment method is to be considered, JND would

8

recommend offering payment by wire transfer. JND has an existing relationship with Signature Bank, the bank where the settlement account is established, and as evidenced by the wire transfers that have already been conducted, JND is already in a position to coordinate payments of this type. Such payments are also conducted directly via the bank where the funds are held, meaning no intermediary entity involved.

25. Furthermore, in addition to the time that would be required to allow for accounts to be set up with other payment providers so as to be able to make payments, in JND's experience, a high number of transfers from a newly-established account, particularly where there are large dollar amounts involved, can be considered a sign of potentially fraudulent activity, and on at least one previous occasion where JND was asked to distribute payments via PayPal, the payments were blocked for this reason. Any such occurrence could cause even further undue delay of payments to Class Members.

## SETTLEMENT FUND

26. As of the date of this Declaration, the balance of the settlement account is $2,947,223.10, comprised principally of $2,538,918.34 from 3,139 uncashed checks and $453,145.49 from funds that were reserved for payment of employer payroll taxes but which were subsequently not required for that purpose.

27. Of the 3,139 uncashed checks, 1,867 are Participation Bonuses only, comprising nine (9) payments to Settlement Class Members who were deposed and 1,858 payments to Settlement Class Members who opted into the Collective Action. The remaining 1,272 uncashed checks are payments to Settlement Class Members who submitted a claim for the Class Action and may have also opted into the Collective Action. The mean average value of checks issued to claimants that were not cashed is $1,844.18.

## ADMINISTRATION FEES AND COSTS

28. In my Declaration dated May 16, 2019, I indicated that as of April 30, 2019, JND had incurred costs of $175,336.69 in respect of post-settlement activities and anticipated incurring a further $75,000 in fees and expenses in order to bring the administration of the settlement to completion. This estimate was based on the projected work required to finalize the claims population, obtain tax information and issue checks with tax forms, with this work to be completed over a total period of 12 months. It did not include any activity relating to claims rejected as untimely and the associated class member communications. In addition, as part of its claim verification process, JND identified a large number of claims that it could not be matched to records in the Settlement Class Member data provided by Defendants based on the data provided in the claim submissions, and as a consequence, claim verification was much more involved than anticipated. Lastly, as a consequence of the commencement of the distribution phase coinciding with the outbreak of Covid-19, the distribution of benefits has been prolonged and required a much higher level of interaction with Settlement Class Members in an effort to ensure that they received their settlement benefits.

29. In the circumstances, JND has incurred significantly higher fees and expenses than projected in bringing the settlement administration to its current stage. Between April 2019 and November 2020, JND incurred fees totaling $805,490.75 and expenses totaling $75,741.80. This includes $437,559.39 for class member communications by email or phone; $76,901.76 relating to distribution; $78,875.69 relating to tax reporting activities, and $36,724.90 for claim validation. JND has not received any payment for this work above the $75,000.00 originally estimated.

30. JND has been asked to provide an estimate for contacting approximately 1,400 Settlement Class Members who have notified JND of their check cashing difficulties or who submitted a claim for the Class Action and have not cashed their check, requesting wire transfer instructions and collating the instructions provided by respondents, coordinating wire transfer payments to those individuals, and providing email confirmation at completion of the wire process. JND estimates the cost to be $60,950.00 plus any expenses that may be incurred. JND also anticipates that this process may lead to contact from other Settlement Class Members who had not previously notified JND of difficulties, and accordingly projects that the total cost of the activities described to be $65,000.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 8, 2021, at Seattle, Washington.

BY: _____
JENNIFER M. KEOUGH

# Exhibit A

*Beltran, et al., v. InterExchange, Inc., et al.*
Case No: 14-cv-03074-CMA-KMT (D. Colo.)
**Summary of Check Cashing Outcomes by Country (by Descending Check Count)**

| Country * | Total Checks | Cleared | Not Cashed | % Cashed | % Not Cashed | $ Cashed | $ Uncashed |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 5,913 | 4,883 | 1,030 | 82.580754% | 17.419246% | $9,564,868.45 | $515,016.94 |
| GERMANY | 2,061 | 1,930 | 131 | 93.643862% | 6.356138% | $3,625,552.48 | $126,444.19 |
| BRAZIL | 1,058 | 875 | 183 | 82.703214% | 17.296786% | $1,764,634.76 | $125,251.82 |
| FRANCE | 525 | 447 | 78 | 85.142857% | 14.857143% | $872,439.64 | $40,469.45 |
| MEXICO | 493 | 209 | 284 | 42.393509% | 57.606491% | $437,734.63 | $134,260.64 |
| COLOMBIA | 467 | 54 | 413 | 11.563169% | 88.436831% | $78,675.20 | $410,325.22 |
| SOUTH AFRICA | 319 | 28 | 291 | 8.777429% | 91.222571% | $28,033.69 | $468,858.35 |
| UNITED KINGDOM | 253 | 212 | 41 | 83.794466% | 16.205534% | $466,684.35 | $29,051.77 |
| AUSTRALIA | 219 | 186 | 33 | 84.931507% | 15.068493% | $379,361.97 | $22,897.15 |
| THAILAND | 214 | 180 | 34 | 84.112150% | 15.887850% | $456,616.45 | $50,428.00 |
| SPAIN | 209 | 175 | 34 | 83.732057% | 16.267943% | $363,906.01 | $22,190.03 |
| SWEDEN | 197 | 133 | 64 | 67.512690% | 32.487310% | $285,775.43 | $81,114.36 |
| ITALY | 184 | 161 | 23 | 87.500000% | 12.500000% | $309,567.23 | $27,398.40 |
| AUSTRIA | 169 | 144 | 25 | 85.207101% | 14.792899% | $304,871.15 | $21,633.39 |
| CANADA | 145 | 127 | 18 | 87.586207% | 12.413793% | $287,105.39 | $5,837.44 |
| POLAND | 134 | 106 | 28 | 79.104478% | 20.895522% | $251,394.55 | $22,763.34 |
| DENMARK | 98 | 71 | 27 | 72.448980% | 27.551020% | $136,776.06 | $34,156.79 |
| CZECH REPUBLIC | 89 | 80 | 9 | 89.887640% | 10.112360% | $209,674.72 | $4,268.00 |
| NETHERLANDS | 68 | 62 | 6 | 91.176471% | 8.823529% | $164,065.26 | $6,821.84 |
| ARGENTINA | 60 | 13 | 47 | 21.666667% | 78.333333% | $19,349.00 | $54,221.05 |
| SWITZERLAND | 56 | 44 | 12 | 78.571429% | 21.428571% | $82,709.27 | $10,284.07 |
| ISRAEL | 50 | 44 | 6 | 88.000000% | 12.000000% | $58,755.60 | $2,359.06 |
| CHINA | 45 | 5 | 40 | 11.111111% | 88.888889% | $10,508.87 | $66,088.98 |
| NEW ZEALAND | 38 | 31 | 7 | 81.578947% | 18.421053% | $57,146.99 | $3,538.78 |
| JAPAN | 34 | 29 | 5 | 85.294118% | 14.705882% | $73,292.10 | $7,813.05 |
| CHILE | 33 | 7 | 26 | 21.212121% | 78.787879% | $7,730.86 | $15,920.91 |
| COSTA RICA | 33 | 10 | 23 | 30.303030% | 69.696970% | $18,148.17 | $27,841.26 |
| SOUTH KOREA | 32 | 27 | 5 | 84.375000% | 15.625000% | $56,131.30 | $3,866.25 |
| FINLAND | 29 | 18 | 11 | 62.068966% | 37.931034% | $40,245.16 | $5,712.67 |
| IRELAND | 27 | 20 | 7 | 74.074074% | 25.925926% | $43,125.36 | $4,561.69 |
| HUNGARY | 25 | 15 | 10 | 60.000000% | 40.000000% | $34,130.43 | $7,219.76 |
| BELGIUM | 24 | 21 | 3 | 87.500000% | 12.500000% | $49,834.63 | $2,031.67 |
| SLOVAKIA | 23 | 21 | 2 | 91.304348% | 8.695652% | $38,407.09 | $200.00 |
| SERBIA | 22 | 16 | 6 | 72.727273% | 27.272727% | $21,358.23 | $600.00 |
| PANAMA | 20 | 0 | 20 | 0.000000% | 100.000000% | $0.00 | $10,655.31 |
| NICARAGUA | 17 | 0 | 17 | 0.000000% | 100.000000% | $0.00 | $22,740.93 |
| ESTONIA | 16 | 5 | 11 | 31.250000% | 68.750000% | $10,063.87 | $16,333.42 |
| NORWAY | 16 | 12 | 4 | 75.000000% | 25.000000% | $23,903.96 | $1,195.60 |
| UKRAINE | 16 | 3 | 13 | 18.750000% | 81.250000% | $4,148.15 | $9,153.79 |
| TURKEY | 15 | 8 | 7 | 53.333333% | 46.666667% | $10,813.95 | $6,339.53 |
| ECUADOR | 14 | 0 | 14 | 0.000000% | 100.000000% | $0.00 | $18,193.59 |
| RUSSIAN FEDERATION | 11 | 3 | 8 | 27.272727% | 72.727273% | $4,475.83 | $5,155.30 |
| BOLIVIA | 10 | 1 | 9 | 10.000000% | 90.000000% | $100.00 | $4,444.64 |
| LATVIA | 10 | 6 | 4 | 60.000000% | 40.000000% | $11,945.45 | $5,188.11 |
| CROATIA | 9 | 8 | 1 | 88.888889% | 11.111111% | $14,801.64 | $100.00 |
| EL SALVADOR | 9 | 4 | 5 | 44.444444% | 55.555556% | $3,740.92 | $500.00 |
| PORTUGAL | 9 | 7 | 2 | 77.777778% | 22.222222% | $20,638.03 | $200.00 |
| LUXEMBOURG | 7 | 5 | 2 | 71.428571% | 28.571429% | $10,188.74 | $767.33 |
| NAMIBIA | 7 | 0 | 7 | 0.000000% | 100.000000% | $0.00 | $11,401.27 |
| PERU | 7 | 1 | 6 | 14.285714% | 85.714286% | $1,886.78 | $8,154.13 |
| VENEZUELA | 7 | 0 | 7 | 0.000000% | 100.000000% | $0.00 | $7,665.34 |
| BOSNIA AND HERZEGOVINA | 5 | 1 | 4 | 20.000000% | 80.000000% | $100.00 | $4,230.65 |
| SLOVENIA | 5 | 3 | 2 | 60.000000% | 40.000000% | $7,839.95 | $200.00 |
| TAIWAN | 5 | 5 | 0 | 100.000000% | 0.000000% | $12,317.80 | $0.00 |
| VIETNAM | 5 | 1 | 4 | 20.000000% | 80.000000% | $1,932.37 | $16,560.78 |
| GUATEMALA | 4 | 0 | 4 | 0.000000% | 100.000000% | $0.00 | $3,680.26 |

\* "Country" indicates the country currently associated with the record.  Some au pairs provided a country other than their country of residence to facilitate check cashing. Highlighted countries have a conversion rate of 25% or less.

Page 1 of 2

*Beltran, et al., v. InterExchange, Inc., et al.*
Case No: 14-cv-03074-CMA-KMT (D. Colo.)
**Summary of Check Cashing Outcomes by Country (by Descending Check Count)**

| Country * | Total Checks | Cleared | Not Cashed | % Cashed | % Not Cashed | $ Cashed | $ Uncashed |
|---|---|---|---|---|---|---|---|
| MALAYSIA | 4 | 3 | 1 | 75.000000% | 25.000000% | $5,504.12 | $100.00 |
| NORTH MACEDONIA | 4 | 0 | 4 | 0.000000% | 100.000000% | $0.00 | $400.00 |
| PHILIPPINES | 4 | 2 | 2 | 50.000000% | 50.000000% | $6,252.01 | $2,432.91 |
| ICELAND | 3 | 0 | 3 | 0.000000% | 100.000000% | $0.00 | $2,235.46 |
| JAMAICA | 3 | 2 | 1 | 66.666667% | 33.333333% | $4,823.71 | $1,411.35 |
| PARAGUAY | 3 | 0 | 3 | 0.000000% | 100.000000% | $0.00 | $300.00 |
| SINGAPORE | 3 | 2 | 1 | 66.666667% | 33.333333% | $2,607.98 | $1,990.31 |
| UNITED ARAB EMIRATES | 3 | 0 | 3 | 0.000000% | 100.000000% | $0.00 | $2,727.40 |
| GREECE | 2 | 1 | 1 | 50.000000% | 50.000000% | $3,308.58 | $915.52 |
| MALTA | 2 | 2 | 0 | 100.000000% | 0.000000% | $6,869.44 | $0.00 |
| ROMANIA | 2 | 0 | 2 | 0.000000% | 100.000000% | $0.00 | $4,237.33 |
| BAHRAIN | 1 | 0 | 1 | 0.000000% | 100.000000% | $0.00 | $100.00 |
| BELARUS | 1 | 1 | 0 | 100.000000% | 0.000000% | $1,966.81 | $0.00 |
| BOTSWANA | 1 | 0 | 1 | 0.000000% | 100.000000% | $0.00 | $3,795.53 |
| FAROE ISLANDS | 1 | 0 | 1 | 0.000000% | 100.000000% | $0.00 | $2,163.23 |
| INDIA | 1 | 0 | 1 | 0.000000% | 100.000000% | $0.00 | $1,370.59 |
| INDONESIA | 1 | 1 | 0 | 100.000000% | 0.000000% | $1,750.94 | $0.00 |
| QATAR | 1 | 1 | 0 | 100.000000% | 0.000000% | $1,793.93 | $0.00 |
| SRI LANKA | 1 | 1 | 0 | 100.000000% | 0.000000% | $2,416.24 | $0.00 |
| URUGUAY | 1 | 0 | 1 | 0.000000% | 100.000000% | $0.00 | $432.41 |

* "Country" indicates the country currently associated with the record. Some au pairs provided a country other than their country of residence to facilitate check cashing. Highlighted countries have a conversion rate of 25% or less.