# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
and those similarly situated,
    Plaintiffs,
v.

INTEREXCHANGE, INC.,
USAuPair, Inc.,
GreatAuPair, LLC,
Expert Group International Inc., dba Expert AuPair,
EurAuPair Intercultural Child Care Programs,
Cultural Homestay International,
Cultural Care, Inc. d/b/a Cultural Care Au pair,
AuPairCare Inc.,
Au pair International, Inc.,
APF Global Exchange, NFP, DBA aupair foundation,
American Institute For Foreign Study dba Au pair in America,
ASSOCIATES IN CULTURAL EXCHANGE dba GOAUPAIR,
American Cultural Exchange, LLC, dba goAuPair,
GoAuPair Operations, LLC, DBA GOAUPAIR,
Agent Au pair,
A.P.EX. American Professional Exchange, LLC dba ProAuPair, and
20/20 Care Exchange, Inc. dba The International Au pair Exchange,
    Defendants.
_____

**[PROPOSED] ORDER GRANTING CLASS COUNSEL'S
MOTION TO FUND SPECIAL DISTRIBUTION EFFORTS IN
RESPONSE TO COVID-19-RELATED ISSUES**
_____

On February 11, 2021, Class Counsel filed a Motion to Fund Special Distribution Efforts in Response to COVID-19 Related Issues.  Dkt. 1238.  The Court, having considered the Motion, all supporting and opposing papers thereto, and having considered the relevant facts and law, hereby finds that the requested Special Efforts are appropriate to administer and effectuate the Amended Final Judgment in this case in light of the unforeseeable consequences of Covid-19 and those consequences' effects on certain class members' ability to obtain their claimed settlement funds.  The Court therefore ORDERS as follows:

1. The Class Administrator shall create a secure web form that permits *au pairs* who have already submitted valid claims to provide information verifying their identity and banking information sufficient to authorize a wire transfer;

2. The web form shall cause the class member's information, including banking information, to be transferred to the Class Administrator and stored using industry-standard encryption and security protocols;

3. The Class Administrator shall send an email communication to class members who have submitted valid claims but whose checks have not been cashed, and who have not previously obtained a wire payment (the "Potentially Affected Class Members"), notifying the Potentially Affected Class Members that they should contact the Class Administrator via the online web form within 30 days if they have been unable to receive or cash their settlement check and wish to request a wire transfer payment;

4. If the Class Administrator confirms the identity of a Potentially Affected Class Members and her or his eligibility for a wire, the Class Administrator will (a) stop payment on the check, (b) wait seven days, after which a wire transfer will be completed if the check has not been presented and payment has been successfully stopped;

5. The Class Administrator may initiate wire transfers for *au pairs* who have previously contacted the Class Administrator or Class Counsel to request a wire transfer;

6. Wire transfers may be made on a rolling basis throughout the period encompassed by Steps 1-5; and

7. Following completion of the foregoing steps, the QSF shall be closed consistent with Amended Order Granting Final Approval (Dkt. No. 1234) at 4.

The Court further authorizes payment to the Class Administrator of actual time and expenses of up to, but not more than, $65,000 for implementing the measures above.

IT IS SO ORDERED.

DATED: _____, 2021        BY THE COURT:


_____
Hon. Christine M. Arguello
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record identified on the Court's CM/ECF system for this matter.

I further certify that I have also e-mailed a copy of the foregoing to Mr. Eugene Schwartz at the address provided in ECF No. 1236.

/s/ Sean P. Rodriguez
Sean P. Rodriguez
BOIES SCHILLER FLEXNER LLP
44 Montgomery St, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6820
Fax: (415) 293-6899
srodriguez@bsfllp.com
*Attorneys for Plaintiffs*