## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
and those similarly situated,
    Plaintiffs,
v.

INTEREXCHANGE, INC.,
USAuPair, Inc.,
GreatAuPair, LLC,
Expert Group International Inc., dba Expert AuPair,
EurAuPair Intercultural Child Care Programs,
Cultural Homestay International,
Cultural Care, Inc. d/b/a Cultural Care Au pair,
AuPairCare Inc.,
Au pair International, Inc.,
APF Global Exchange, NFP, DBA aupair foundation,
American Institute For Foreign Study dba Au pair in America,
ASSOCIATES IN CULTURAL EXCHANGE dba GOAUPAIR,
American Cultural Exchange, LLC, dba goAuPair,
GoAuPair Operations, LLC, DBA GOAUPAIR,
Agent Au pair,
A.P.EX. American Professional Exchange, LLC dba ProAuPair, and
20/20 Care Exchange, Inc. dba The International Au pair Exchange,
    Defendants.

_____

**MOTION FOR WITHDRAWAL OF BYRON PACHECO, DAWN L. SMALLS, AND JOSHUA J. LIBLING AS COUNSEL FOR PLAINTIFFS**

_____

Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel, Sean P. Rodriguez of Boies Schiller Flexner LLP ("BSF") respectfully moves this Court for an Order to withdraw Byron Pacheco, Dawn L. Smalls, and Joshua J. Libling as counsel of record for Plaintiffs and, in support of the motion, states as follows:

1. As of the date of this filing, Byron Pacheco, Dawn L. Smalls, and Joshua J. Libling are all no longer affiliated with and employed by class counsel, BSF.

2. BSF attorneys Matthew L. Schwartz, Peter M. Skinner, Sean P. Rodriguez, Sigrid S. McCawley, and Sabria McElroy, along with Towards Justice attorney Alexander N. Hood, will continue to represent Plaintiffs. Accordingly, withdrawal can be accomplished without any adverse effect on Plaintiffs' interests.

3. Because this motion is based on D.C.COLO.LAttyR 5(b), there is no duty to confer with opposing counsel regarding this motion and the undersigned has not done so. *See* D.C.COLO.LCivR 7.1(b)(4).

4. A copy of this Motion has been caused to be served on the named Plaintiffs in this action.

5. Based on the foregoing, the undersigned respectfully requests that the Court enter an order permitting Byron Pacheco, Dawn L. Smalls, and Joshua J. Libling to withdraw as counsel for Plaintiffs in this matter and directing the Clerk of the Court to delete their respective email addresses from future ECF filings and electronic notifications in this case.

Respectfully submitted this 11th day of February, 2021.

*/s/ Sean P. Rodriguez*
BOIES SCHILLER FLEXNER LLP
Sean P. Rodriguez
44 Montgomery St, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6820
Fax: (415) 293-6899
srodriguez@bsfllp.com
*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record identified on the Court's CM/ECF system for this matter.

I further certify that I have also e-mailed a copy of the foregoing to Mr. Eugene Schwartz at the address provided in ECF No. 1236.

/s/ Sean P. Rodriguez
Sean P. Rodriguez
BOIES SCHILLER FLEXNER LLP
44 Montgomery St, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6820
Fax: (415) 293-6899
srodriguez@bsfllp.com
*Attorneys for Plaintiffs*