# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
and those similarly situated,
    Plaintiffs,
v.

INTEREXCHANGE, INC.,
USAuPair, Inc.,
GreatAuPair, LLC,
Expert Group International Inc., dba Expert AuPair,
EurAuPair Intercultural Child Care Programs,
Cultural Homestay International,
Cultural Care, Inc. d/b/a Cultural Care Au pair,
AuPairCare Inc.,
Au pair International, Inc.,
APF Global Exchange, NFP, DBA aupair foundation,
American Institute For Foreign Study dba Au pair in America,
ASSOCIATES IN CULTURAL EXCHANGE dba GOAUPAIR,
American Cultural Exchange, LLC, dba goAuPair,
GoAuPair Operations, LLC, DBA GOAUPAIR,
Agent Au pair,
A.P.EX. American Professional Exchange, LLC dba ProAuPair, and
20/20 Care Exchange, Inc. dba The International Au pair Exchange,
    Defendants.
_____

**CERTIFICATE OF SERVICE RE DECLARATION OF CLAIMS ADMINISTRATOR REGARDING DISTRIBUTION OF NET SETTLEMENT FUND (DKT. 1240)**
_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2021, I electronically filed the DECLARATION OF CLAIMS ADMINISTRATOR REGARDING DISTRIBUTION OF NET SETTLEMENT FUND with the Clerk of the Court using the CM/ECF system which sent a notification of such filing to all counsel of record identified on the Court's CM/ECF system for this matter.

I further certify that I have also e-mailed a copy of the DECLARATION OF CLAIMS ADMINISTRATOR REGARDING DISTRIBUTION OF NET SETTLEMENT FUND to Mr. Eugene Schwartz at the address provided in ECF No. 1236.

*/s/ Sean P. Rodriguez*
Sean P. Rodriguez
BOIES SCHILLER FLEXNER LLP
44 Montgomery St, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6820
Fax: (415) 293-6899
srodriguez@bsfllp.com
*Attorneys for Plaintiffs*