IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

## MOTION FOR WITHDRAWAL OF V. WILLIAM SCARPATO III AS COUNSEL FOR CERTAIN DEFENDANTS

Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel, Kathryn A. Reilly of Wheeler Trigg O'Donnell LLP respectfully moves this Court for an Order to withdraw V. William Scarpato III as counsel of record for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair, Go Au Pair Operations LLC, and Au Pair International Inc. and, in support of the motion, states as follows:

    1.    V. William Scarpato III left Wheeler Trigg O'Donnell LLP, effective April 30, 2020.

    2.    Kathryn A. Reilly of Wheeler Trigg O'Donnell LLP will continue to represent Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair, Go Au Pair Operations LLC, and Au Pair International Inc.

3. Because this Motion is based on D.C.COLO.LAttyR 5(b), there is no duty to confer with opposing counsel regarding this Motion and the undersigned has not done so. See D.C.COLO.LCivR7.1 (b)(4).

4. A copy of this Motion will be served on Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair, Go Au Pair Operations LLC, and Au Pair International Inc.

WHEREFORE, the undersigned respectfully requests that the Court enter an order permitting Mr. Scarpato to withdraw as counsel for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair, Go Au Pair Operations LLC, and Au Pair International Inc. in this matter and directing the Clerk of the Court to delete his email address from future ECF filings and electronic notifications in this case.

Dated:  February 18, 2021.               Respectfully submitted,


                                         s/ Kathryn A. Reilly
                                         Kathryn A. Reilly
                                         Wheeler Trigg O'Donnell LLP
                                         370 Seventeenth Street, Suite 4500
                                         Denver, CO  80202-5647
                                         Telephone:  303.244.1800
                                         Facsimile:  303.244.1879
                                         Email:  Reilly@wtotrial.com

                                         Attorneys for Defendants Agent Au Pair, Inc.,
                                         American Cultural Exchange, LLC d/b/a
                                         GoAuPair, Go Au Pair Operations LLC, and
                                         Au Pair International Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2021, I electronically filed the foregoing MOTION FOR WITHDRAWAL OF V. WILLIAM SCARPATO III AS COUNSEL FOR CERTAIN DEFENDANTS with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Claudia L. Jones*

Additionally, a copy of this motion has been sent to the clients via email as required by D.C.COLO.LCivR. 6.1(c) as follows:

Stacey L. Frank
Stacey@agentaupair.com

Bill Kapler
bkapler@goaupair.com

Steve Lehan
slehan@aupairint.com