## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al;

      Plaintiffs,

v.

INTEREXCHANGE, INC., et al;

      Defendants.

---

## MOTION FOR WITHDRAWAL OF JOSEPH H. HUNT
## AS COUNSEL FOR DEFENDANT INTEREXCHANGE, INC.

---

Pursuant to D.C.COLO.LAttyR 5(b), Defendant InterExchange, Inc. ("InterExchange") hereby moves to withdraw Joseph H. Hunt as counsel of record for InterExchange and in support states as follows:

1.      Mr. Hunt has left the law firm of Sherman & Howard L.L.C. and will no longer be counsel for InterExchange.

2.      Brooke Colaizzi, Heather Vickles, Raymond Deeny, and Alyssa Levy, who are already attorneys of record in this matter, will continue to represent InterExchange and will ensure compliance with all court orders, time limitations, and other obligations, including federal and local rules. Therefore, withdrawal can be accomplished without any adverse effect on the interests of InterExchange.

3.      Because this Motion is based on D.C.COLO.LAttyR 5(b), there is no duty to confer with opposing counsel regarding this Motion and, accordingly, the undersigned has not done so. See D.C.COLO.LCivR 7.1(b)(4).

4.      A copy of this Motion will be served on InterExchange, Inc. and all counsel of record.

5.      WHEREFORE, for the foregoing reasons, InterExchange respectfully requests that the Court enter an order permitting Joseph H. Hunt to withdraw as counsel for InterExchange in this matter and that the Clerk of the Court delete his e-mail address from future ECF filings and electronic notifications in this case

DATED this 15th day of April 2021.

SPENCER FANE LLP

*s/ Joseph H. Hunt*
Joseph Hunt
1700 Lincoln St., Suite 2000
Denver, Colorado  80203
(303) 839-3734
jhunt@spencerfane.com

Brooke Colaizzi
Heather Vickles
Raymond Deeny
Alyssa Levy
SHERMAN & HOWARD L.L.C.
633 17th Street, Suite 3000
Denver, CO 80202
(303) 297-2900
bolaizzi@shermanhoward.com
hvickles@shermanhoward.com
rdeeny@shermanhoward.com
alevy@shermanhoward.com

Attorney for Defendant InterExchange, Inc.

48241801.2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 15, 2021, I electronically filed the foregoing **MOTION FOR WITHDRAWAL OF JOSEPH H. HUNT AS COUNSEL FOR DEFENDANT INTEREXCHANGE, INC.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record on the Court's CM/ECF system for this matter.

*s/ Olivia Hintz*

48241801.2