# Exhibit 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
*Southern Division*

**TATIANA CUENCA-VIDARTE,** *et al.*,   \*

    **Plaintiffs,**   \*

v.       Case No.: GJH-20-1885

    \*

**MICHAELE C. SAMUEL,** *et al.*,

    \*

    **Defendants.**

    \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is ordered by the United States District Court for the District of Maryland that:

1. Defendant APC's Motion to Compel Arbitration of Cross-Claims, ECF No. 43 is **GRANTED**;

2. Defendant Samuel's Motion to Dismiss, ECF No. 46 is **GRANTED**; and

3. The Clerk shall **CLOSE** this case.

Dated: September 30, 2022       /s/
    GEORGE J. HAZEL
    United States District Judge