# Exhibit 6

# Christopher Ryon

| | |
|---|---|
| **From:** | Gabriel Christian <gabriel@gclawmd.com> |
| **Sent:** | Thursday, November 3, 2022 5:05 PM |
| **To:** | Christopher Ryon |
| **Cc:** | EDWARD LEYDEN; Cori Alonso-Yoder |
| **Subject:** | Re: Cuenca-Vidarte et al v. Samuel et al. |
| **Attachments:** | image001.jpg |

Chris

The answer is no.  A call will issue to you shortly..

Thank

GJC

On Thu, Nov 3, 2022, 4:30 PM Christopher Ryon <ryon@kahnsmith.com> wrote:

> Counsel:
>
> The District Court in Maryland indicated that we need to ask the "Settlement Court," *i.e.*, Judge Arguello in the District of Colorado, whether my clients' claims are covered by the *Beltran* release or not. We believe that finding is likely in error and thus have preserved all appeal rights with the Fourth Circuit.
>
> Nevertheless, we will also be filing a motion with Judge Arguello requesting that she resolve the dispute over the scope of the *Beltran* release. However, it is not clear to us how Judge Arguello would have jurisdiction over your clients given your clients are not parties to the *Beltran* litigation.  **Will your clients consent to jurisdiction by Judge Arguello, and voluntarily appear in Judge Arguello's court, to resolve the dispute regarding the scope of the release?**
>
> Please let me know as soon as possible.
>
> Thanks,
>
> Chris
>
> Christopher R. Ryon
>
> ryon@kahnsmith.com

1

201 N. Charles Street, 10th Floor | Baltimore, Maryland 21201

www.kahnsmith.com

410-244-1010 | 410-244-8001 (fax) | 443-836-5683 (direct and texts)

This message is being sent by a lawyer. It is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify me immediately by e-mail, discard any paper copies and delete all electronic copies of the message. Thank you for your cooperation.