IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.
_____

**NOTICE OF INTENT TO RESPOND TO PLAINTIFFS' MOTION FOR INTERPRETATION OF CLASS ACTION SETTLEMENT AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**
_____

Defendant AuPairCare, Inc. ("AuPairCare") by and through their attorneys of Gordon & Rees, hereby submits its Notice of Intent to Respond to Plaintiffs' Motion for Interpretation of Class Action Settlement and Unopposed Motion for Extension of Time to Respond.

**Certificate of Conferral:** Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with Plaintiffs' counsel regarding the relief requested by this motion. Plaintiffs do not oppose the relief requested.

1. This class action was closed in early 2021. On November 18, 2022, Plaintiffs filed a Motion for Interpretation of Class Action Settlement. Plaintiffs have not requested that the case be re-opened.

2. AuPairCare believes the relief Plaintiffs request is contrary to the plain language of the Settlement Agreement. AuPairCare intends to file a response in opposition to Plaintiffs' motion. AuPairCare anticipates other Defendants may also file responses in opposition to Plaintiffs' motion.

3. Under a traditional briefing schedule, any response to Plaintiffs' Motion would be due December 9, 2022.

4. AuPairCare requires additional time to prepare its response to Plaintiffs' motion. AuPairCare seeks a 14-day extension, up to and including December 23, 2022, for any Defendant to file its response.

5. No prior extensions of time have been granted for Defendants to respond to Plaintiffs' Motion for Interpretation of Class Action Settlement. Further, because this matter has been closed and there are no outstanding deadlines, the requested extension will not prejudice any parties.

6. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this Unopposed Motion is being contemporaneously served by undersigned counsel on its client, AuPairCare.

WHEREFORE, Defendant AuPairCare, Inc. respectfully requests that the Court grant it an extension of time up to and including December 23, 2022 to respond to Plaintiffs' Motion for Interpretation of Class Action Settlement.

Respectfully submitted this 7th day of December, 2022.

*s/ Thomas B. Quinn*
Thomas B. Quinn
Peggy E. Kozal
Nathan Huey
Jennifer Arnett-Roehrich
GORDON & REES
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Tel: (303) 534-5160
Fax: (303) 534-5161
tquinn@grsm.com
pkozal@grsm.com
nhuey@grsm.com
jarnett-roehrich@grsm.com

**Attorneys for Defendant**
**AuPairCare, Inc.**

**CERTIFICATE OF SERVICE (CM/ECF)**

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all counsel referenced below, and/or sent via electronic mail on this the 7th day of December, 2022 addressed to:

| | | |
|---|---|---|
| Sigrid S. McCawley<br>Sabria McElroy<br>Matthew L. Schwartz<br>Peter M. Skinner<br>Randall W. Jackson<br>Juan P. Valdivieso<br>BOIES SCHILLER & FLEXNER, LLP<br>smccawley@bsfllp.com<br>smcelroy@bsfllp.com<br>mlschwartz@bsfllp.com<br>pskinner@bsfllp.com<br>rjackson@bsfllp.com<br>srogriguez@bsfllp.com<br>jvaldivieso@bsfllp.com<br>　　　and<br>Alexander N. Hood<br>TOWARDS JUSTICE – DENVER<br>alex@towardsjustice.org<br>**Attorneys for Plaintiffs** | Brooke A. Colaizzi<br>Raymond M. Deeny<br>Heather F. Vickles<br>Alyssa L. Levy<br>SHERMAN & HOWARD, LLC<br>bcolaizzi@shermanhoward.com<br>rdeeny@shermanhoward.com<br>hvickles@shermanhoward.com<br>alevy@shermanhoward.com<br>**Attorneys for Defendant InterExchange, Inc.** | William J. Kelly, III<br>Chanda M. Feldkamp<br>KELLY & WALKER, LLC<br>wkelly@kellywalkerlaw.com<br>cfeldkamp@kellywalkerlaw.com<br>**Attorneys for Defendant USAuPair, Inc.** |
| Meshach Y. Rhoades<br>Martin J. Estevao<br>Vance Orlando Knapp<br>ARMSTRONG TEASDALE, LLP<br>mrhoades@armstrongteasdale.com<br>mestevao@armstrongteasdale.com<br>vknapp@armstrongteasdale.com<br>**Attorneys for Defendant GreatAuPair, LLC** | Bogdan Enica<br>BOGDAN ENICA, ATTORNEY AT LAW<br>bogdane@hotmail.com<br>**Attorney for Defendant Expert Group International, Inc. d/b/a Expert AuPair** | David B. Meschke<br>Martha L. Fitzgerald<br>Martine T. Wells<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>dmeschke@bhfs.com<br>mfitzgerald@bhfs.com<br>mwells@bhfs.com<br>**Attorneys for Defendant EurAupair InterCultural Child Care Programs** |
| James E. Hartley<br>Adam A. Hubbard<br>Jonathan S. Bender<br>HOLLAND & HART, LLP<br>jhartley@hollandhart.com<br>aahubbard@hollandhart.com<br>jsbender@hollandhart.com<br>**Attorneys for Defendant Cultural Homestay International** | Brian A. Birenbach<br>RIETZ LAW FIRM, LLC<br>brian@rietzlawfirm.com<br>　　　and<br>Kathryn A. Reilly<br>Grace A. Fox<br>Natalie West<br>WHEELER TRIGG O'DONNELL, LLP<br>reilly@wtotrial.com<br>fox@wtotrial.com | Kathryn A. Reilly<br>Grace A. Fox<br>Natalie West<br>WHEELER TRIGG O'DONNELL, LLP<br>reilly@wtotrial.com<br>fox@wtotrial.com<br>west@wtotrial.com<br>**Attorney for Defendant Agent Au Pair** |

| | west@wtotrial.com<br>**Attorneys for Defendants Au Pair International, Inc.; American Cultural Exchange, LLC d/b/a GoAuPair** | |
|---|---|---|
| Lawrence L. Lee<br>Susan M. Schaecher<br>FISHER & PHILLIPS, LLP<br>llee@laborlawyers.com<br>sschaecher@laborlawyers.com<br><br>and<br><br>Joseph B. Cartafalsa<br>Robert M. Tucker<br>Stephen J. Macri<br>Joseph B. Cartafalsa<br>OGLETREE, DEAKINS<br>Stephen.macri@ogletree.com<br>Jopseh.cartafalsa@ogletree.com<br>**Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a Au Pair in America** | Eric J. Stock<br>Gibson, Dunn & Crutcher LLP<br>estock@gibsondunn.com<br>mao@gibsondunn.com<br>**Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America**<br><br>Lawrence D. Stone<br>Kathleen E. Craigmile<br>NIXON SHEFRIN HENSEN OGBURN, P.C.<br>lstone@nixonshefrin.com<br>kcraigmile@nixonshefrin.com<br>**Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair;<br>20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange** | Joan A. Lukey<br>Robert M. Buchanan, Jr.<br>Michael T. Gass<br>Justin J. Wolosz<br>Lyndsey M. Kruzer<br>Kevin P. O'Keefe<br>CHOATE, HALL & STEWART, LLP<br>joan.lukey@choate.com<br>rbuchanan@choate.com<br>mgass@choate.com<br>jwolosz@choate.com<br>lkruzer@choate.com<br>kokeefe@choate.com<br>      and<br>Diane R. Hazel<br>James M. Lyons<br>Jessica L. Fuller<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>dhazel@lrrc.com<br>jlyons@lrrc.com<br>jfuller@lrrc.com<br>**Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair** |

*/s/ Fran Aragon Eaves*
For Gordon & Rees