# UNITED STATES DISTRICT COURT

## for the

## District of Colorado

*JOHANA PAOLA BELTRAN, ET AL*
*Plaintiff*

*vs.*

*INTEREXCHANGE, INC., ET AL*
*Defendant*

Case Number: **14-CV-03074-CMA**

### *Affidavit of Service*

The undersigned hereby certifies as follows:

1. That I am a competent individual over eighteen (18) years of age and not a party to the above action.

2. That on **12/06/22 at 3:56 PM**, I served a *Motion for Interpretation of Class Action Settlement, Exhibits* upon **Michaele C Samuel**, **by personal service,** description as follows:

| Race | Sex | Age | Hair | Height | Weight |
|---|---|---|---|---|---|
| Black | Female | 55 - 59 | Black | 5ft 3in - 5ft 5in | 166 - 180 lbs |

3. That service was effected at 8200 Student Drive in Clinton, MD 20735.

4. That the facts, upon which I concluded that the individual served was of suitable age and discretion, were personal observation and the recipient's statement.

5. That, in accordance with MD Rule 20-201(f), this affidavit does not contain any restricted information.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are accurate to the best of my knowledge, information, and belief.

_____
**Roland Duff**, **Agent For**
**Monumental Process Servers, Inc.**
823 M. L. K. Jr. Blvd.
Baltimore, MD 21201
Monumentalpsphotos@gmail.com
(410) 523-4980
**Process Server Cost: 88.80**
MPS File Number: 2211210213418
Client File Number: