IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

---

**DEFENDANT CULTURAL CARE INC.'S JOINDER IN UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR INTERPRETATION OF CLASS ACTION SETTLEMENT**

---

Defendant Cultural Care, Inc., by undersigned counsel, hereby joins in the Motion for Extension of Time filed by AuPairCare, Inc. on December 7, 2022.  *See Notice of Intent to Respond to Plaintiffs' Motion for Interpretation of Class Action Settlement and Unopposed Motion for Extension of Time to Respond,* ECF 1251 (the "Motion").  The Motion seeks an extension of two weeks, to and including December 23, 2022, to respond to certain class members' Motion for Interpretation of Class Action Settlement, ECF 1250.  For the same reasons set forth in the Motion, Defendant Cultural Care, Inc. requests that it be granted additional time to prepare its response to the Motion for Interpretation of Class Action Settlement.

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with Plaintiffs' counsel regarding the relief requested herein. Plaintiffs do not oppose the relief requested.

Pursuant to D.C.COLO.LCivR 6.1(c), the undersigned counsel of record hereby certifies that a copy of this joinder is being served contemporaneously on his client.

WHEREFORE, Defendant Cultural Care, Inc. respectfully requests that the Court grant it an extension of time up to and including December 23, 2022 to respond to Plaintiffs' Motion for Interpretation of Class Action Settlement.

Respectfully submitted this 8th day of December, 2022

/s/ Justin J. Wolosz
Joan A. Lukey (joan.lukey@choate.com)
Justin J. Wolosz (jwolosz@choate.com)
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-5000


**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on December 8, 2022, I caused to be electronically filed the foregoing joinder with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Justin J. Wolosz