# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| **TATIANA CUENCA-VIDARTE, et al.,** | * |
| **Plaintiffs,** | * |
| v. | Case No.: GJH-20-1885 |
| | * |
| **MICHAELE C. SAMUEL, et al.,** | |
| | * |
| **Defendants.** | |
| | * |

* * * * * * * * * * * * *

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is ordered by the United States District Court for the District of Maryland that:

1. Defendant's Motion to Compel Arbitration, ECF No. 22, is **GRANTED**;

2. Plaintiff Cuenca-Vidarte's claims against APC Defendants in Counts I–V of the First Amended Complaint, regarding her participation as an APC-sponsored au pair, **SHALL** be submitted to arbitration;

3. The APC Agreements **SHALL** be amended as follows:

    a. The arbitration provider clause in the 2017 APC Agreement **SHALL** be severed; and

    b. The parties **SHALL** proceed to arbitration using the 2018 APC Agreement and are directed to use the arbitration provider selection clause in the 2018 Agreement

4. Plaintiff Cuenca-Vidarte's claims in Counts I–V of the First Amended Complaint against APC Defendants are **DISMISSED** and

5. Remaining parties shall contact chambers to schedule a date for a scheduling call.

Dated: November 30, 2021               /s/_____
                                       GEORGE J. HAZEL
                                       United States District Judge

1